ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

RAMIRO CAZARES (1)
BLANCA CAZARES (2)
SHISHANA AVINA (3)
JUAN CARLOS VEGA (4)

CRIMINAL COMPLAINT
CASE NUMBER: 4:12MJ141

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 10 2012
BY DAVID J. MALAND, CLERK
DEPUTY

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about January 2008, up until the present, in the Eastern District of Texas and elsewhere, defendant did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the affiant, to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and/or 50 grams or more of methamphetamine (actual) in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1). I further state that I am a Special Agent of the Drug Enforcement Administration and that this complaint is based on the following facts:

# SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.    Yes.

_____
SA Joe Mata, DEA
Complainant

Sworn to before me, and subscribed in my presence

April 10, 2012                                                          Plano, Texas
_____  at  _____
Date                                                                    City and State
    DON D. BUSH
    U. S. MAGISTRATE JUDGE
_____      _____
Name and Title of Judicial Officer                 Signature of Judicial Officer