DATE    4/10/12                          CASE NUMBER   4:12mj141   DDB
LOCATION   Plano                         USA        Ernest Gonzalez              Assigned
JUDGE    Don D. Bush                     VS         Jay Johnson                  Appeared
DEPUTY CLERK   Toya McEwen
COURT REPORTER: Digital Recording

INTERPRETER   Michael Mahler
BEGIN    11:15am

Ramiro Cañares        (1)
Blanca Cañares        (2)
Shishana Arina        (3)
Juan Carlos Vega      (4)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 10 2012

BY DAVID J. MALAND, CLERK
DEPUTY

Defendants

_____ (1)
_____ (2)
_____ (3)
_____ (4)

Attorneys

☑ INIT APPEARANCE / COMPLAINT
☐ _____

☑ Hearing Held   ☐ Hearing Called   ☑ Defendants Sworn   ☑ Interpreter Sworn  for dfts 1,2+4

☑ Dft # 1  appears: ☐ with ☑ w/o counsel ☐ pro se ☐ Counsel appears on behalf of dft
Appears on: ☐ Complaint

☑ Dft # 2  appears: ☐ with ☑ w/o counsel ☐ pro se ☐ Counsel appears on behalf of dft
Appears on: ☐ Complaint

☑ Dft # 3  appears: ☐ with ☑ w/o counsel ☐ pro se ☐ Counsel appears on behalf of dft
Appears on: ☐ Complaint

☑ Dft # 4  appears: ☐ with ☑ w/o counsel ☐ pro se ☐ Counsel appears on behalf of dft
Appears on: ☐ Complaint

☑ Date of arrest: 4-9-12        or ☐ Rule 40. (dist & case #) _____

☑ Dfts   ☑ advised of charges        ☐ advised of maximum penalties   ☑ advised of right to remain silent;
         ☑ advised of right to counsel   ☐ received copy of complaint

☐ . Dfts first appearance with counsel ☐ CJA ☐ Ret. ☐ USPD (DO NOT DOCKET IN MAG. CASE - WITHOUT CONSENT)
Attorneys: _____

☐ Dft # 1   advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel
☑ Dft # 1   Requests appointed counsel, is sworn & examined re: financial status.
☑ Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel.
☑ ___to be___ appointed        ☐ . U.S. Pub Defender _____ appointed

☐ Dft # 2   advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel
☐ Dft # 2   Requests appointed counsel, is sworn & examined re: financial status.
☑ Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel.
☑ ___to be___ appointed        ☐ . U.S. Pub Defender _____ appointed
☐ Dft # 3   advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel

CRIM 92-116                    ☐ See reverse/attached for additional proceedings

☑ Dft # 3   Requests appointed counsel, is sworn & examined re: financial status.

☑ Financial affidavit executed by dft.  The court finds the defendant ☐ able  ☑ unable to employ counsel.

☐ _____to be_____ appointed          ☐.  U.S. Pub Defender _____ appointed

☐ Dft # 4   advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel

☑ Dft # 4   Requests appointed counsel, is sworn & examined re: financial status.

☑ Financial affidavit executed by dft.  The court finds the defendant ☐ able  ☑ unable to employ counsel.

☑ _____to be_____ appointed          ☐.  U.S. Pub Defender _____ appointed

☐ Dfts # _____ waived preliminary  hearing

☐ Dfts # _____ waived detention hearing

☑ Govt  motion for detention  ☐ Govt oral motion to continue detention hearing ☐ Oral Order granting ☐ Oral Order denying

☐ Dfts # _____ oral motion to continue preliminary/detention hearing  ☐ Oral Order granting ☐ Oral Order denying

☑ **Preliminary Hrg set** _Thurs   4-12-12 @ 10:30am_  on Dfts # 1, 2, 3 + 4

☑ **Detention Hrg set** _Thurs   4-12-12 @ 10:30 am_  on Dfts # 1, 2, 3 + 4

☐ Order setting conditions of release on Dfts #_____

☐  Dft ordered removed to Originating District

☐ Dft motion _____

☐ Gvt motion _____

☐ Dft failed to appear,          ☐ oral order for arrest warrant;          ☐ bond forfeited

☑ Dfts 1, 2, 3 + 4 _____ remanded to custody of U.S. Marshal.

☐ Dfts _____ placed on Conditions of Release, to be released after processing by USMO.

☑ Recess ~~@~~ 11:20 am

**CRIM 92-116**                    ☐   See reverse/attached for additional proceedings