IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:12mj141.4 |
| | § | |
| JUAN CARLOS VEGA | § | |

### ORDER

The Defendant's initial appearance was held on April 10, 2012. Pursuant to Federal Rule of Criminal Procedure 5.1, the Court conducted a preliminary and detention hearing on April 12, 2012. Defendant was represented by Joel Petrazio. The United States was represented by Jay Johnson. After hearing the evidence presented, the Court finds that there is probable cause to believe that an offense has been committed and that the Defendant committed the offense for which he is charged and should be held over to answer to the grand jury.

The Court further finds that Defendant shall be detained. As stated at the hearing, Defendant has an immigration hold. Therefore, there are no conditions the Court can set for his release. He is detained at this time.

**SO ORDERED**.

SIGNED this 12th day of April, 2012.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE