UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Richard Schell

COURT REPORTER:
David Jackson

COURTROOM DEPUTY:
Bonnie Sanford

Interpreter: Luis Garcia

This day came the parties and by their attorneys the following proceedings were held before Judge Richard Schell in Plano, Texas on 8/6/12:

**Final Pretrial Conference**

| | |
|---|---|
| 9:12 am | The court called 4:11cr224, Morgan Wilson.  Ernest Gonzalez for Amanda Griffith for the Govt.  Michael Price for the Defendant.  Defense makes oral motion for continuance.  Case continued for final pretrial conference to 9/4/12 at 9:00 a.m. |
| 9:14 am | The court called 4:11cr247, Jay Combs standing in for Heather Rattan for the Govt.  Clark Birdsall for David Fabian (1) set for change of plea 8/21/12 at 10:30 a.m. before Magistrate Judge Bush. <br> Micah Belden for Tomas Balcorta-Cordova(4) continued for final pretrial conference to 9/4/12 at 9:00 a.m. <br> Camille Knight for Jose Morales (5) continued for final pretrial conference to 9/4/12 at 9:00 a.m. <br> Donald Hoover for Aimee Aguilar (6) continued for final pretrial conference to 9/4/12 at 9:00 a.m. <br> Scott Palmer for John Gebara (7) **requests speedy trial**. <br> Brian O'Shea for Joaquin Peralta (9) continued for final pretrial conference to 9/4/12.  Ron Uselton for Andres Cortez (10) **requests trial**. <br> Jury Trial set for Thursday, November 1, 2012 at 9:00 a.m.  (6 days). <br> Motion to sever DENIED. |
| 9:40 am | The court called 4:12cr14, Frank Henderson for Carolyn Boehm-McCauley.  Jay Johnson for the Govt.  Case continued for final pretrial conference to 9/4/12 at 9:00 a.m. |
| 9:44 am | The court called 4:12cr16.  Ernest Gonzalez for the Govt. |

|  |  |
|---|---|
|  | Donald Hoover for Rene Salazar (1).  Kyle Kemp filed motion to substitute.  **Defendant maintains speedy trial rights.**<br>Bobbie Peterson Cate for Joey Trevathan (4). Requests 30 day motion to continue.<br>Mick Mickelsen for Melinda Marshall (5). Does not demand speedy trial.<br>Brian O'Shea for Brent Askew (6). Requests 30 day motion to continue.<br>Gerald Cobb for Jason Hooper (7). Requests 30 day motion to continue.<br>Garland Cardwell for Brian McMenamy. Requests 60 day motion to continue.<br>John Hopping for Shannon Askew (10). Requests continuance.<br>Scott Palmer for Melvin Bowen (11). Requests continuance.<br>Craig Jett for Melissa Stewart (12). Requests continuance.<br>Randall Nunn for Daniel Jenson (13). Requests continuance.<br>James Whalen for Timothy Bowen (14). **Wants speedy trial.**<br>Frank Perez for Manuel Camacho (15). Requests continuance.<br>Micah Belden for Malcom Conyers (16). Requests 60 day continuance.<br>Robert Richardson for Andrea Reeves (17). Requests 90 day continuance.<br>Alfred Gilbertson for Lorene Valdez (18). Requests continuance.<br>Joey Fritts for Pricilla Marceleno (20).  Requests continuance.<br>John Hunter Smith for Augustine Rodriguez (21). Case set for change of plea 8/8.<br>Ron Uselton for Abraham Aecxuadra-Chavez (23). No objection to 60 day continuance.<br>Chris Mulder standing for Douglas Mulder for Paul Camacho (25).  No objection to continuance.<br>Keith Willeford for Becker Demming (28). Oral motion for 60 day continuance.<br>Christopher Mulder ofr Cindy Fox (29). Motion for continuance.<br>Heath Hyde for Ramiro Cazares (31). Motion for 60 day continuance.<br>Jeff King for Blanca Cazares (32). **Requests trial date.**<br>Heather Fisher for Shishana Avina (33). **Requests trial date.**<br>Joel Petrazio for Juan Vega (34). No objection to continuance.<br><br>Case continued for final pretrial conference to 10/1/12 at 9:00 a.m.  The court finds that the case is unusual and complex due to the number of defendants.<br>Defendants 1, 14, 32, 33 - Case set for Jury Trial on December 4, 2012 at 9:00 a.m. (2 weeks). |
| 10:24 am | The court calls 4:12cr28, Joe Wayne Shannon.  Tracey Batson for the Govt.  Robert Arrambide for the Defendant.  Govt. to file motion to dismiss.  Defendant to appear today, 8/6/12 at 2:00 p.m. before Magistrate Judge Bush. |
| 10:29 am | The court calls 4:12cr41, Jose Santo Molina.  Ernest Gonzalez for the Govt.  Omar Nawaz appears for Michael Levine for Defendant.  Defense requests trial. Jury Trial set for 11/26/12 at 9:00 a.m. (3 days). |
| 10:36 am | The court calls 4:12cr61, Quincy Gilstrap.  Tracey Batson for the Govt.  Robert Arrambide for the Defendant.  Case set for change of plea hearing on 8/21/12 at |

           10:30 a.m. before Magistrate Judge Bush.

| | |
|---|---|
| 10:38 am | The court calls 4:12cr66, Clifford Berlin. Camilia Lopez for the Govt. John Hopping for the Defendant. Defense requests continuance. Case reset for final pretrial conference to 9/4/12 at 9:00 a.m. |
| 10:40 am | The court calls 4:12cr73. Jay Combs for Heather Rattan for the Govt. Robert Arrambide for Julian Espinoza (1). Set for change of plea 8/21/12 at 10:30 a.m. before Magistrate Judge Bush.<br>Brian O'Shea for Oralia Villanueva (2)  Requests trial.<br>Mac Morris for Edgardo Espinoza (3) Requests trial.<br>Scott Smith for Gabriel Espinoza (4) Requests trial asap.<br>Bobbie Cate for Alfredo Pineda (5)   Requests trial asap.<br>Case set for jury selection and trial on 9/17/12 at 9:00 a.m. (4 days). |
| 10:51 am | The court calls 4:12cr84 Jose Figueroa. Ernest Gonzalez for the Govt. Rafael Leal for the Defendant. Mr. Leal states that the defendant in the courtroom is not his client. Prisoner is taken from the courtroom. Mr. Gonzalez and Defense request continuance based on the motion to suppress. Case continued for final pretrial conference to 10/1/12 at 9:00 a.m. |
| 10:57 am | The court calls 4:12cr112, Gamaliel Rangel Villanueva. Ernest Gonzalez for the Govt. Frank Henderson for the Defendant. Defense requests continuance. Case continued for final pretrial conference to 9/4/12 at 9:00 a.m. |
| 11:00 am | The court calls 4:12cr123, Roger Allen Paris. Andy Williams for the Govt. John Teakell for the Defendant. Case set for change of plea on 8/21/12 at 10:30 a.m. before Magistrate Judge Bush. |
| 11:01 am | Court recessed. |