IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 4:12CR16 |
| | § | Judge Schell |
| RENE CORTEZ SALAZAR | § | |
| TIMOTHY LEDON BOWEN | § | |
| JUAN CARLOS VEGA | § | |

**AMENDED EXHIBIT LIST**

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
| --- | --- | --- | --- | --- | --- |
| 1. | | **Video of traffic stop of Kenneth House** | | | |
| 2. | | **Intentionally left blank** | | | |
| 3. | | **Three ounces of methamphetamine** | | | |
| 4. | | **Lab report** | | | |
| 5. | | **Photos from traffic stop** | | | |
| 6. | | **Photos of 334 DeHaes** | | | |
| 7. | | **Drugs located at 334 DeHaes** | | | |
| 8. | | **Lab report** | | | |
| 9. | | **Photos of 2139 Shea** | | | |
| 10. | | **Drugs** | | | |
| 11. | | **Lab report** | | | |
| 12. | | **Digital scale N-112** | | | |
| 13. | | **Digital scales N-113** | | | |
| 14. | | **Intentionally left blank** | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 15. | | Photos from 3050 Merrell | | | |
| 16. | | Photos of money N-106 | | | |
| 17. | | Photos of vehicles N-123 | | | |
| 18. | | Photos from 7908 Riverwalk | | | |
| 19. | | Money counter N-151 | | | |
| 20. | | Photos of money N107 | | | |
| 21. | | Photos from Ice seizure at Park | | | |
| 22. | | Drugs | | | |
| 23. | | Lab report #23 | | | |
| 24. | | Photos from 4122 Briton Court | | | |
| 25. | | Western Union Transaction receipt | | | |
| 26. | | Drug #25 | | | |
| 27. | | Drug #26 | | | |
| 28. | | Drug #27 | | | |
| 29. | | Drug #28 | | | |
| 30. | | Drug #29 | | | |
| 31. | | Drug #30 | | | |
| 32. | | Drug #31 | | | |
| 33. | | Drug #32 | | | |
| 34. | | Lab report (#25) | | | |
| 35. | | Lab report (#26) | | | |
| 36. | | Lab report (#27) | | | |
| 37. | | Lab report (#28) | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 38. | | Lab report (#29) | | | |
| 39. | | Lab report (#30 and #31) | | | |
| 40. | | Lab report (#32) | | | |
| 41. | | Two strainers, three pots, one pitcher and one spoon | | | |
| 42. | | Five igloo water jugs and one ice chest | | | |
| 43. | | Two plastic trays | | | |
| 44. | | One box of ammunition | | | |
| 45. | | Drug notes | | | |
| 46. | | One set of scales | | | |
| 47. | | Photos from Tealmont Trail | | | |
| 48. | | Photos of money N-156 | | | |
| 49. | | One red mead spiral notebook N-162 | | | |
| 50. | | Photos from vehicle and trap N-108 | | | |
| 51. | | Registration documents for Black Honda N-170 | | | |
| 52. | | Telephone recordings Ramiro Cazares and Juan Vega | | | |
| 53. | | Transcript for #52 | | | |
| 54. | | Drugs from traffic stop on 7/6/11 | | | |
| 54a. | | Photos | | | |
| 55. | | Lab report | | | |
| 56. | | Photos of money seizure 9/4/11 | | | |
| 57. | | Video of traffic stop | | | |
| 58. | | Drug | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 59. | | Lab report | | | |
| 60. | | Scales | | | |
| 61. | | Baggies/straw | | | |
| 62. | | Baggies from trash pulls at Day Street | | | |
| 63. | | Photos from trash pulls | | | |
| 64. | | Photo of Rene Salazar's house | | | |
| 65. | | Photo of Charles Quirolo's house | | | |
| 66. | | Photo of Rene Salazar's mother's house | | | |
| 67. | | Photo of Carlos Cabrela's vehicle | | | |
| 68. | | Receipts from Enterprise | | | |
| 69. | | Photo of Benjamin Moldovan | | | |
| 70. | | Photo of Manuel Camacho | | | |
| 71. | | Photo of Priscilla Marceleno | | | |
| 72. | | Photo of Andrea Reeves | | | |
| 73. | | Photo of Melissa Stewart | | | |
| 74. | | Photo of Jason Hooper | | | |
| 75. | | Photo of Melvin Bowen | | | |
| 76. | | Photo of Trey Tibbs | | | |
| 77. | | Photo of Shannon Askew | | | |
| 78. | | Photo of Brent Askew | | | |
| 79. | | Photo of Bryan McMenamy | | | |
| 80. | | Photo of Joey Trevathan | | | |
| 81. | | Photo of Taska Graham | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 82. | | Photo of Fernando Perales | | | |
| 83. | | Photo of Thieu Nguyen | | | |
| 84. | | Photo of Manuel Urbina | | | |
| 85. | | Photo of Augustine Rodriguez | | | |
| 86. | | Photo of Bobby James | | | |
| 87. | | Photo of Kenneth House | | | |
| 88. | | Photo of Sabrina Shroder | | | |
| 89. | | Photo of Maria Davila | | | |
| 90. | | Photo of Carlos Cabrela | | | |
| 91. | | Photo of Christina House | | | |
| 92. | | Photo of Kisha Bowen | | | |
| 93. | | Plea agreement of Kenneth House | | | |
| 94. | | Plea agreement of Bobby James | | | |
| 95. | | Plea agreement of Taska Graham | | | |
| 96. | | Plea agreement of Joey Trevathan | | | |
| 97. | | Plea agreement of Brent Askew | | | |
| 98. | | Plea agreement of Brian McMenamy | | | |
| 99. | | Plea agreement of Shannon Askew | | | |
| 100. | | Plea agreement of Melissa Stewart | | | |
| 101. | | Plea agreement of Daniel Jenson | | | |
| 102. | | Plea agreement of Manuel Camacho | | | |
| 103. | | Plea agreement of Andrea Reeves | | | |
| 104. | | Plea agreement of Fernando Perales | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 105. | | **Plea agreement of Priscilla Marceleno** | | | |
| 106. | | **Plea agreement of Augustine Rodriguez** | | | |
| 107. | | **Plea agreement of Thieu Nguyen** | | | |
| 108. | | **Plea agreement of Manuel Urbina** | | | |
| 109. | | **Plea agreement of Paul Camacho** | | | |
| 110. | | **Plea agreement of Hoa Hoang** | | | |
| 111. | | **Plea agreement of Ramiro Cazares** | | | |
| 112. | | **Plea agreement of Trey Tibbs** | | | |
| 113. | | **Plea agreement of Abraham Escuadra-Chavez** | | | |
| 114. | | **Drugs** | | | |
| 114a. | | **Lab report** | | | |
| 115. | | **Photos of Bobby James' traffic stop** | | | |
| 116. | | **Drugs** | | | |
| 117. | | **Lab report** | | | |
| 118. | | **Tim Bowen's house and purse** | | | |
| 119. | | **Video** | | | |
| 120. | | **Photos** | | | |
| 121. | | **Firearm** | | | |

        Respectfully submitted,

        JOHN M. BALES
        United States Attorney

         /s/
        ERNEST GONZALEZ
        Assistant United States Attorney
        101 East Park Blvd., Suite 500
        Plano, Texas 75074
        Telephone:  972/509-1201
        Facsimile: 972/509-1209
        State Bar No. 00789318

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on this the 3rd day of December, 2012.

         /s/
        Ernest Gonzalez