IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 4:12CR16 |
| | § | Judge Schell |
| RENE CORTEZ SALAZAR (1) | § | |
| TIMOTHY LEDON BOWEN (14) | § | |
| JUAN CARLOS VEGA (34) | § | |

## EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | ADM |
| --- | --- | --- |
| 1. | **Video of traffic stop of Kenneth House** | 12/5/12 |
| 2. | | |
| 3. | **Three ounces of methamphetamine** | 12/7/12 |
| 4. | **Lab report** | 12/7/12 |
| 5. | **Photos from traffic stop** | 12/6/12 |
| 6. | **Photos of 334 DeHaes** | 12/5/12 |
| 7. | **Drugs located at 334 DeHaes** | 12/7/12 |
| 8. | **Lab report** | 12/7/12 |
| 9. | **Photos of 2139 Shea** | 12/5/12 |
| 10. | **Drugs** | 12/7/12 |
| 11. | **Lab report** | 12/7/12 |

| EXHIBIT NO. | DESCRIPTION | ADM |
|---|---|---|
| 12. | Digital scale N-112 | 12/5/12 |
| 13. | Digital scales N-113 | 12/5/12 |
| 14. | | |
| 15. | Photos from 3050 Merrell | 12/5/12 |
| 16. | Photos of money N-106 | 12/5/12 |
| 17. | Photos of vehicles N-123 | 12/5/12 |
| 18. | Photos from 7908 Riverwalk | 12/5/12 |
| 19. | Money counter N-151 | 12/5/12 |
| 20. | Photos of money N107 | 12/5/12 |
| 21. | Photos from Ice seizure at Park | 12/5/12 |
| 22. | Drugs | 12/7/12 |
| 23. | Lab report #23 | 12/7/12 |
| 24. | Photos from 4122 Briton Court | 12/5/12 |
| 25. | Western Union Transaction receipt | 12/5/12 |
| 26. | Drug #25 | 12/7/12 |
| 27. | Drug #26 | 12/7/12 |
| 28. | Drug #27 | 12/7/12 |
| 29. | Drug #28 | 12/7/12 |
| 30. | Drug #29 | 12/7/12 |
| 31. | Drug #30 | 12/7/12 |
| 32. | Drug #31 | 12/7/12 |
| 33. | Drug #32 | 12/7/12 |
| 34. | Lab report (#25) | 12/7/12 |
| 35. | Lab report (#26) | 12/7/12 |

| EXHIBIT NO. | DESCRIPTION | ADM |
|---|---|---|
| 36. | Lab report (#27) | 12/7/12 |
| 37. | Lab report (#28) | 12/7/12 |
| 38. | Lab report (#29) | 12/7/12 |
| 39. | Lab report (#30 and #31) | 12/7/12 |
| 40. | Lab report (#32) | 12/7/12 |
| 41. | Two strainers, three pots, one pitcher and one spoon | 12/5/12 |
| 42. | Five igloo water jugs and one ice chest | 12/5/12 |
| 43. | Two plastic trays | 12/5/12 |
| 44. | One box of ammunition | 12/5/12 |
| 45. | | |
| 46. | One set of scales | 12/5/12 |
| 47. | Photos from Tealmont Trail | 12/5/12 |
| 48. | | |
| 49. | One red mead spiral notebook N-162 | 12/5/12 |
| 50. | Photos from vehicle and trap N-108 | 12/5/12 |
| 51. | Registration documents for Black Honda N-170 | 12/5/12 |
| 52. | Telephone recordings Ramiro Cazares and Juan Vega | 12/5/12 |
| 53. | Transcript for #52 | 12/5/12 |
| 54. | Drugs from traffic stop on 7/6/11 | 12/7/12 |
| 54a. | Photos | 12/7/12 |
| 55. | Lab report | 12/7/12 |
| 56. | | |
| 57. | | |
| 58. | Drug | 12/7/12 |

| EXHIBIT NO. | DESCRIPTION | ADM |
|---|---|---|
| 59. | Lab report | 12/7/12 |
| 60. | Scales | 12/10/12 |
| 61. | Baggies/straw | 12/10/12 |
| 62. | Baggies from trash pulls at Day Street | 12/6/12 |
| 63. | Photos from trash pulls | 12/6/12 |
| 64. | Photo of Rene Salazar's house | 12/6/12 |
| 65. | Photo of Charles Quirolo's house | 12/6/12 |
| 66. | Photo of Rene Salazar's mother's house | 12/7/12 |
| 67. | Photo of Carlos Cabrela's vehicle | 12/11/12 |
| 68. | Receipts from Enterprise | 12/10/12 |
| 69. | Intentionally left blank | 12/6/12 |
| 70. | Photo of Manuel Camacho | 12/5/12 |
| 71. | Photo of Priscilla Marceleno | 12/5/12 |
| 72. | Photo of Andrea Reeves | 12/6/12 |
| 73. | Photo of Melissa Stewart | 12/6/12 |
| 74. | Photo of Jason Hooper | 12/6/12 |
| 75. | Photo of Melvin Bowen | 12/6/12 |
| 76. | Photo of Trey Tibbs | 12/5/12 |
| 77. | Photo of Shannon Askew | 12/6/12 |
| 78. | Photo of Brent Askew | 12/6/12 |
| 79. | Photo of Bryan McMenamy | 12/6/12 |
| 80. | Photo of Joey Trevathan | 12/6/12 |
| 81. | Photo of Taska Graham | 12/6/12 |
| 82. | Photo of Fernando Perales | 12/5/12 |

| EXHIBIT NO. | DESCRIPTION | ADM |
|---|---|---|
| 83. | Photo of Thieu Nguyen | 12/5/12 |
| 84. | Photo of Manuel Urbina | 12/5/12 |
| 85. | Photo of Augustine Rodriguez | 12/5/12 |
| 86. | Photo of Bobby James | 12/5/12 |
| 87. | Photo of Kenneth House | 12/5/12 |
| 88. | Photo of Sabrina Shroder | 12/10/12 |
| 89. | Photo of Maria Davila | 12/10/12 |
| 90. | Photo of Carlos Cabrela | 12/10/12 |
| 91. | Photo of Christina House | 12/5/12 |
| 92. | Photo of Kisha Bowen | 12/6/12 |
| 93. | Plea agreement of Kenneth House | 12/10/12 |
| 94. | Plea agreement of Bobby James | 12/7/12 |
| 95. | | |
| 96. | | |
| 97. | | |
| 98. | | |
| 99. | | |
| 100. | Plea agreement of Melissa Stewart | 12/11/12 |
| 101. | | |
| 102. | Plea agreement of Manuel Camacho | 12/6/12 |
| 103. | Plea agreement of Andrea Reeves | 12/7/12 |
| 104. | Plea agreement of Fernando Perales | 12/6/12 |
| 105. | Plea agreement of Priscilla Marceleno | 12/7/12 |
| 106. | | |

| EXHIBIT NO. | DESCRIPTION | ADM |
|---|---|---|
| 107. | Plea agreement of Thieu Nguyen | 12/5/12 |
| 108. | Plea agreement of Manuel Urbina | 12/5/12 |
| 109. | | |
| 110. | Plea agreement of Hoa Hoang | 12/6/12 |
| 111. | Plea agreement of Ramiro Cazares | 12/6/12 |
| 112. | Plea agreement of Trey Tibbs | 12/10/12 |
| 113. | | |
| 114. | Drugs | 12/7/12 |
| 114a. | Lab report | 12/7/12 |
| 115. | Photos of Bobby James' traffic stop | 12/5/12 |
| 116. | Drugs | 12/7/12 |
| 117. | Lab report | 12/7/12 |
| 118. | Tim Bowen's house and purse | 12/10/12 |
| 119. | | |
| 120. | | |
| 121. | | |
| 122 | Photo of Hoa Minh Hoang | 12/5/12 |
| 123 | Photo of Charles Quirolo | 12/5/12 |
| 124 | Picture of Ramiro Cazares | 12/5/12 |
| 125 | Consent to Search | 12/5/12 |
| | | |
| | | |