IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 4:12-CR-16 |
| RENE CORTEZ SALAZAR, TIMOTHY LEDON BOWEN, and JUAN CARLOS VEGA | § § § | |

## VERDICT OF THE JURY

We, the Jury, find as follows:

### RENE CORTEZ SALAZAR

As to Count 1 of the second superseding indictment, we the Jury find:

**RENE CORTEZ SALAZAR**       __✓__ Guilty       _____ Not Guilty

If you have found Defendant RENE CORTEZ SALAZAR guilty of count 1 of the second superseding indictment, then you must consider the following question. You must determine the quantity range of methamphetamine involved in the conspiracy. Indicate below your unanimous finding beyond a reasonable doubt of the quantity range of methamphetamine, if any, applicable to the overall scope of the conspiracy of which you have found the defendant to be a member and during the time he was a member. A quantity of methamphetamine may only be attributed to the defendant if that quantity was within the scope of the conspiracy after the defendant's entry into the conspiracy.

So, if you found the defendant, RENE CORTEZ SALAZAR, "guilty" of count one of the second superseding indictment, you must answer the following:

Please indicate your finding of the quantity involved in the conspiracy:

__✓__ 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual)

_____ 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 5 grams or more of methamphetamine (actual)

_____ Less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine or less than 5 grams ~~or more~~ of methamphetamine (actual)

## TIMOTHY LEDON BOWEN

As to Count 1 of the second superseding indictment, we the Jury find:

**TIMOTHY LEDON BOWEN** __✓__ Guilty _____ Not Guilty

If you have found Defendant TIMOTHY LEDON BOWEN guilty of count 1 of the second superseding indictment, then you must consider the following question. You must determine the quantity range of methamphetamine involved in the conspiracy. Indicate below your unanimous finding beyond a reasonable doubt of the quantity range of methamphetamine, if any, applicable to the overall scope of the conspiracy of which you have found the defendant to be a member and during the time he was a member. A quantity of methamphetamine may only be attributed to the defendant if that quantity was within the scope of the conspiracy after the defendant's entry into the conspiracy.

So, if you found the defendant, TIMOTHY LEDON BOWEN, "guilty" of count one of the second superseding indictment, you must answer the following:

Please indicate your finding of the quantity involved in the conspiracy:

__✓__ 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual)

_____   50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 5 grams or more of methamphetamine (actual)

_____   Less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine or less than 5 grams or more of methamphetamine (actual)

### JUAN CARLOS VEGA

As to Count 1 of the second superseding indictment, we the Jury find:

**JUAN CARLOS VEGA**          √  Guilty          _____ Not Guilty

If you have found Defendant JUAN CARLOS VEGA guilty of count 1 of the second superseding indictment, then you must consider the following question. You must determine the quantity range of methamphetamine involved in the conspiracy. Indicate below your unanimous finding beyond a reasonable doubt of the quantity range of methamphetamine, if any, applicable to the overall scope of the conspiracy of which you have found the defendant to be a member and during the time he was a member. A quantity of methamphetamine may only be attributed to the defendant if that quantity was within the scope of the conspiracy after the defendant's entry into the conspiracy.

So, if you found the defendant, JUAN CARLOS VEGA, "guilty" of count one of the second superseding indictment, you must answer the following:

Please indicate your finding of the quantity involved in the conspiracy:

√   500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual)

_____   50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 5 grams or more of methamphetamine (actual)

_____   Less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine or less than 5 grams or more of methamphetamine (actual)

Date: 12/12/12                                   Redacted
                                                 _____
                                                      Foreperson