TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1485

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

------------------------------------------------------------

THE UNITED STATES OF AMERICA    ] CASE NO. 4:12CR16

VS.                             ] 9 AM, DECEMBER 11, 2012

RENE CORTEZ SALAZAR, ET AL      ] PLANO, TEXAS

------------------------------------------------------------

REPORTER'S TRANSCRIPT OF JURY TRIAL

VOLUME 6 OF 7, PAGES 1485 THROUGH 1626

TABLE OF CONTENTS, PAGE 1604

CONCORDANCE, PAGE 1606

THE HONORABLE RICHARD A. SCHELL, U.S. DISTRICT JUDGE, PRESIDING

PROCEEDINGS REPORTED IN REALTIME USING COMPUTERIZED STENOTYPE,

TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.

1486

1    [COURT REPORTER'S NOTES 20121211, 9 AM, WEDNESDAY,

2  DECEMBER 11, 2012, PLANO, TEXAS, U.S. DISTRICT JUDGE RICHARD A.

3  SCHELL PRESIDING]

4  APPEARANCES:

5  FOR THE GOVERNMENT:        ERNEST GONZALEZ

6                            TRACEY BATSON

7                            ASSISTANT U.S. ATTORNEYS

8                            U.S. ATTORNEY'S OFFICE

9                            101 EAST PARK BOULEVARD, SUITE 500

10                           PLANO, TEXAS 75074

11                           972-509-1201

12 FOR THE DEFENDANT RENE CORTEZ SALAZAR:

13                           KYLE KEMP

14                           ATTORNEY AT LAW

15                           406 N. GRAND AVENUE, SUITE 106

16                           GAINESVILLE, TEXAS 76240

17                           469-223-7821

18 FOR THE DEFENDANT TIMOTHY LEDON BOWEN:

19                           JAMES P. WHALEN

20                           ATTORNEY AT LAW

21                           6500 INTERNATIONAL PARKWAY #1700

22                           PLANO, TEXAS 75093

23                           214-368-2560

24

25

1487

1  FOR THE DEFENDANT JUAN CARLOS VEGA:

2                          JOEL KEITH PETRAZIO

3                          ATTORNEY AT LAW

4                          5700 GRANITE PARKWAY, SUITE 200

5                          PLANO, TEXAS 75024

6                          972-965-1016

7

8

9

10

08:58AM   11

08:58AM   12

09:06AM   13            [OPEN COURT, DEFENDANTS PRESENT, JURY NOT PRESENT]

09:06AM   14            THE COURT:  THANK YOU.  PLEASE BE SEATED.

09:06AM   15            MR. GONZALEZ, DID YOU HAVE SOMETHING BEFORE WE BRING

09:06AM   16  IN THE JURY?

09:06AM   17            MR. GONZALEZ:  NO, I DON'T, YOUR HONOR.

09:06AM   18            THE COURT:  OKAY.

09:06AM   19            LET ME TELL ALL OF YOU THAT I RECEIVED ANOTHER NOTE

09:06AM   20  FROM THE JURY.  THIS ONE WAS JUST HANDED TO ME.  THIS IS FROM

09:06AM   21  NUMBER 2.  I'LL READ IT VERBATIM.  "JUDGE SCHELL, IF THE TRIAL

09:06AM   22  CONTINUES BEYOND THIS WEEK, I HAVE TWO MEDICAL TESTS SCHEDULED

09:06AM   23  ON MONDAY AND TUESDAY MORNING, DECEMBER 17TH AND DECEMBER 18TH.

09:06AM   24  THANK YOU."  AND SHE SIGNS HER NAME, JUROR NUMBER 2.

09:06AM   25            MR. GONZALEZ:  YOUR HONOR, WE HAVE TWO MORE WITNESSES.

**1488**

| | |
|---|---|
| 09:06AM | 1 |
| 09:06AM | 2 |
| 09:06AM | 3 |
| 09:07AM | 4 |
| 09:07AM | 5 |
| 09:07AM | 6 |
| 09:07AM | 7 |
| 09:08AM | 8 |
| 09:08AM | 9 |
| 09:08AM | 10 |
| 09:08AM | 11 |
| 09:08AM | 12 |
| 09:08AM | 13 |
| 09:08AM | 14 |
| 09:08AM | 15 |
| 09:08AM | 16 |
| 09:08AM | 17 |
| 09:08AM | 18 |
| 09:08AM | 19 |
| 09:08AM | 20 |
| 09:08AM | 21 |
| 09:08AM | 22 |
| 09:08AM | 23 |
| 09:09AM | 24 |
| 09:09AM | 25 |

1 THEY ARE GOING TO BE SHORT WITNESSES.

2         THE COURT:  OKAY.  I'LL REASSURE HER THAT SHE'LL BE

3 ABLE TO GO TO HER TESTS.

4         IT LOOKS LIKE EVERYONE IS HERE.

5         ALL RIGHT, MR. HOLLIS, GO AHEAD AND BRING IN THE

6 JURY.

7         COURT SECURITY OFFICER:  ALL RISE.

8         [OPEN COURT, DEFENDANTS AND JURY PRESENT]

9         THE COURT:  ALL RIGHT.  TAKE YOUR SEATS.

10         LADIES AND GENTLEMEN, WE'RE READY TO CONTINUE WITH

11 THE GOVERNMENT'S CASE-IN-CHIEF.

12         MR. GONZALEZ, WHO IS YOUR NEXT WITNESS?

13         MR. GONZALEZ:  THE GOVERNMENT CALLS MELISSA STEWART.

14         THE COURT:  OKAY.

15         MS. STEWART, JUST COME RIGHT DOWN IN FRONT OF THIS

16 LADY RIGHT HERE.  WOULD YOU RAISE YOUR RIGHT HAND, PLEASE,

17 MA'AM.

18         DEPUTY COURT CLERK:  YOU DO SOLEMNLY SWEAR THAT THE

19 TESTIMONY YOU SHALL GIVE IN THE CASE NOW IN HEARING SHALL BE

20 THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO HELP

21 YOU GOD.

22         THE WITNESS:  YES, I DO.

23         THE COURT:  OKAY.  JUST COME AROUND RIGHT OVER HERE.

24         ALL RIGHT, MR. GONZALEZ.

25

1489

DIRECT EXAMINATION OF MELISSA RENEE STEWART ON BEHALF OF THE GOVERNMENT

MR. GONZALEZ:

Q.    MS. STEWART, IF YOU CAN GET CLOSE TO THAT MIKE, WE CAN HEAR YOUR VOICE.

A.    OKAY.

Q.    THANK YOU.

WOULD YOU PLEASE STATE YOUR FULL NAME FOR THE COURT, THE JURY AND THE RECORD.

A.    MELISSA RENEE STEWART.

Q.    AND HOW OLD ARE YOU?

A.    38.

Q.    WHERE WERE YOU BORN?

A.    CARSON CITY, NEVADA.

Q.    AND WHERE HAVE YOU RESIDED MOST OF YOUR LIFE?

A.    BETWEEN LAS VEGAS, NEVADA, AND SHERMAN, TEXAS.

Q.    ARE YOU MARRIED?

A.    NO, SIR.

Q.    DO YOU HAVE ANY CHILDREN?

A.    YES.

Q.    HOW MANY CHILDREN DO YOU HAVE?

A.    I HAVE ONE DECEASED AND TWO ALIVE.

Q.    AND WHAT ARE THEIR AGES?

A.    13 AND 14 RIGHT NOW.

Q.    OKAY.

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1490

| | | |
|---|---|---|
| 09:09AM | 1 | AND WHAT DO YOU DO FOR A LIVING? |
| 09:09AM | 2 | A.    I WORK AT A VIDEO STORE. |
| 09:09AM | 3 | Q.    HOW LONG HAVE YOU BEEN WORKING THERE? |
| 09:09AM | 4 | THE COURT:  WOULD YOU SPEAK A LITTLE LOUDER? |
| 09:09AM | 5 | THE WITNESS:  I'M SORRY. |
| 09:09AM | 6 | I WORK AT A VIDEO STORE.  I'VE BEEN THERE FOR A YEAR |
| 09:09AM | 7 | AND A HALF NOW. |
| 09:09AM | 8 | MR. GONZALEZ: |
| 09:09AM | 9 | Q.    AND IS THAT IN DENISON, TEXAS? |
| 09:09AM | 10 | A.    YES, SIR. |
| 09:09AM | 11 | Q.    WHAT'S THE HIGHEST LEVEL OF EDUCATION THAT YOU HAVE |
| 09:10AM | 12 | ATTAINED IN YOUR LIFE? |
| 09:10AM | 13 | A.    TENTH GRADE. |
| 09:10AM | 14 | Q.    OKAY.  AND DID YOU EVER RECEIVE YOUR GED? |
| 09:10AM | 15 | A.    NO, SIR. |
| 09:10AM | 16 | Q.    PRESENTLY, YOU HAVE A CASE PENDING BEFORE THIS COURT, |
| 09:10AM | 17 | IS THAT CORRECT? |
| 09:10AM | 18 | A.    YES, SIR. |
| 09:10AM | 19 | Q.    WHAT ARE THE CHARGES THAT WERE BROUGHT AGAINST YOU IN |
| 09:10AM | 20 | THIS COURT? |
| 09:10AM | 21 | A.    CONSPIRACY TO SELL METHAMPHETAMINES. |
| 09:10AM | 22 | Q.    OKAY.  AND WHAT IS THE STATUS OF YOUR CASE?  HAVE YOU |
| 09:10AM | 23 | PLED GUILTY TO THAT OFFENSE? |
| 09:10AM | 24 | A.    YES, SIR. |
| 09:10AM | 25 | Q.    HAVE YOU BEEN SENTENCED YET? |

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1491

09:10AM 1    A.    NO.

09:10AM 2    Q.    NOW, PRIOR TO PLEADING GUILTY TO THIS OFFENSE

09:10AM 3    OF CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE

09:10AM 4    METHAMPHETAMINE, HAD YOU BEEN CONVICTED OF ANY OTHER

09:10AM 5    PRIOR FELONY OFFENSES?

09:10AM 6    A.    NO, SIR.

09:10AM 7    Q.    NOW, WHEN EXACTLY WAS IT THAT YOU BECAME INVOLVED IN

09:10AM 8    THE DISTRIBUTION OF METHAMPHETAMINE?

09:10AM 9    A.    I STARTED IN FEBRUARY OF 2011.

09:10AM 10   Q.    AND WHO WAS YOUR SUPPLIER IN FEBRUARY OF 2011?

09:10AM 11   A.    I WENT TO A FRIEND OF MINE NAMED TERRELL.

09:10AM 12   Q.    AND WHAT QUANTITIES WERE YOU DISTRIBUTING BACK IN

09:10AM 13   FEBRUARY OF 2011?

09:10AM 14   A.    AT FIRST, I STARTED GETTING A GRAM ABOUT EVERY DAY,

09:11AM 15   SOMETIMES EVERY OTHER DAY.

09:11AM 16   Q.    AND WERE YOU DISTRIBUTING THAT GRAM THERE IN THE

09:11AM 17   DENISON AREA?

09:11AM 18   A.    YES.

09:11AM 19   Q.    AT SOME POINT DID YOU ACQUIRE ANOTHER SUPPLIER?

09:11AM 20   A.    I GOT IN TROUBLE IN APRIL AND I QUIT UNTIL JUNE.

09:11AM 21   AND THAT'S WHEN I STARTED DOING--WORKING WITH RENE.

09:11AM 22   Q.    AND WHEN YOU SAY "RENE," IS THAT RENE SALAZAR?

09:11AM 23   A.    YES, SIR.

09:11AM 24   Q.    DO YOU SEE HIM IN THE COURTROOM TODAY?

09:11AM 25   A.    YES, SIR.

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1492

09:11AM  1   Q.    OKAY.  IF THIS IS PERSON NUMBER 1, PERSON NUMBER 2,

09:11AM  2   PERSON NUMBER 3, PERSON NUMBER 4, PERSON NUMBER 5, PERSON

09:11AM  3   NUMBER 6, WHICH PERSON WOULD HE BE?

09:11AM  4   A.    PERSON NUMBER 2.

09:11AM  5          MR. GONZALEZ:  YOUR HONOR, MAY THE RECORD REFLECT

09:11AM  6   THAT THIS WITNESS HAS IDENTIFIED THE DEFENDANT RENE SALAZAR?

09:11AM  7          THE COURT:  YES.

09:11AM  8          MR. GONZALEZ:

09:11AM  9   Q.    NOW, WHEN EXACTLY DID YOU START GOING TO HIM FOR

09:11AM  10  METHAMPHETAMINE?

09:11AM  11  A.    IT WAS IN JUNE.

09:11AM  12  Q.    OKAY.  OF WHAT YEAR?

09:12AM  13  A.    2011.

09:12AM  14  Q.    AND HOW WAS IT THAT YOU MET OR KNEW RENE SALAZAR?

09:12AM  15  A.    HE WAS WITH MY SISTER FOR A WHILE.

09:12AM  16  Q.    BUT YOU KNEW HIM BEFORE THEN.  CORRECT?

09:12AM  17  A.    BEFORE HE GOT WITH MY SISTER?

09:12AM  18  Q.    WELL, BEFORE YOU STARTED DEALING WITH HIM.

09:12AM  19  A.    OH, YEAH, YEAH, YEAH.

09:12AM  20  Q.    BECAUSE HE WAS WITH YOUR SISTER?

09:12AM  21  A.    YES.

09:12AM  22  Q.    WHAT WAS YOUR SISTER'S NAME?

09:12AM  23  A.    SHERRY WEST.

09:12AM  24  Q.    AND WHEN YOU FIRST STARTED WITH RENE SALAZAR, WHAT

09:12AM  25  QUANTITIES WERE YOU RECEIVING FROM HIM?

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1493

09:12AM  1   A.     WHEN I FIRST STARTED, I WAS GETTING, LIKE, A QUARTER-

09:12AM  2   OUNCE A DAY MAYBE.

09:12AM  3   Q.     AND DID THAT AMOUNT INCREASE OVER TIME?

09:12AM  4   A.     YES.

09:12AM  5   Q.     WHAT DID IT INCREASE TO?

09:12AM  6   A.     ABOUT AN OUNCE.

09:12AM  7   Q.     AND HOW QUICKLY DID IT INCREASE TO AN OUNCE?

09:12AM  8   A.     ALL I WORKED WITH RENE WAS FROM JUNE TO AUGUST, UNTIL

09:12AM  9   HE WAS INCARCERATED.

09:12AM  10  Q.     SO SOMETIME BETWEEN JUNE AND AUGUST YOU WENT FROM A

09:12AM  11  QUARTER TO AN OUNCE?

09:12AM  12  A.     YES, SIR.

09:12AM  13  Q.     NOW, AT THE TIME THAT YOU FIRST STARTED GOING TO HIM

09:13AM  14  TO HAVE HIM SUPPLY YOU, WHERE WAS HE LIVING?

09:13AM  15  A.     I THINK THAT HE WAS IN THE APARTMENT BEHIND HIS SISTER'S

09:13AM  16  HOUSE.

09:13AM  17  Q.     APARTMENT BEHIND WHO?

09:13AM  18  A.     HIS SISTER'S HOUSE.

09:13AM  19  Q.     OKAY.

09:13AM  20         AND DO YOU RECALL WHO HE WAS LIVING WITH AT THAT

09:13AM  21  TIME?

09:13AM  22  A.     I THINK HIM AND MY SISTER WERE ON AND OFF AT THAT TIME.

09:13AM  23  I'M NOT REAL SURE.

09:13AM  24  Q.     OKAY.

09:13AM  25  A.     THEY WERE ALWAYS ON AND OFF.

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1494

09:13AM 1 Q.    AND WAS HE FRONTING YOU THE DRUGS?

09:13AM 2 A.    YES.

09:13AM 3 Q.    SO YOU WOULD SELL THE DRUGS AND THEN BRING HIM BACK THE

09:13AM 4 AMOUNTS?

09:13AM 5 A.    YES.

09:13AM 6 Q.    HOW MUCH WERE YOU BUYING A QUARTER-OUNCE FOR?

09:13AM 7 A.    200.

09:13AM 8 Q.    OKAY.  AND HOW MUCH WERE YOU SELLING IT FOR?

09:13AM 9 A.    SOMETIMES I WOULD MAKE 250, SOMETIMES I WOULD MAKE 300.

09:13AM 10 IT VARIED.

09:13AM 11 Q.    SO, BASICALLY, YOU WENT FROM A QUARTER-OUNCE TO MAYBE A

09:13AM 12 HALF-OUNCE?

09:13AM 13 A.    YES.

09:13AM 14 Q.    AND HOW MUCH WERE YOU BUYING A HALF-OUNCE FOR?

09:13AM 15 A.    400.

09:13AM 16 Q.    AND HOW MUCH WERE YOU SELLING IT FOR?

09:14AM 17 A.    I WOULD MAKE A HUNDRED DOLLARS OFF THAT.

09:14AM 18 Q.    AND THEN FROM A HALF-OUNCE TO AN OUNCE?

09:14AM 19 A.    YES.

09:14AM 20 Q.    DO YOU RECALL HOW MUCH YOU WERE PAYING FOR AN OUNCE?

09:14AM 21 A.    I THINK 14, 12.  I DON'T REMEMBER, HONESTLY.

09:14AM 22 Q.    OKAY.

09:14AM 23        AND WHAT WAS THE LARGEST AMOUNT OF METHAMPHETAMINE

09:14AM 24 THAT YOU RECEIVED DURING THAT TIME PERIOD FROM RENE SALAZAR AT

09:14AM 25 ONE TIME?

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1495

09:14AM  1   A.     AT ONE TIME?  AN OUNCE.

09:14AM  2   Q.     AND WHEN YOU WOULD RECEIVE IT AT HIS HOUSE, HE WOULD

09:14AM  3   FRONT IT TO YOU.  WOULD YOU ALSO BRING BACK THE MONEY TO HIM,

09:14AM  4   TO RENE SALAZAR?

09:14AM  5   A.     I DIDN'T ALWAYS GET IT FROM HIM, EITHER, OR BRING THE

09:14AM  6   MONEY TO HIM.  80 PERCENT OF THE TIME I WAS GOING THROUGH

09:14AM  7   CHARLIE.

09:14AM  8   Q.     AND WHO IS CHARLIE?

09:14AM  9   A.     HE WAS HIS NEIGHBOR.

09:14AM  10          MR. GONZALEZ:  CAN WE HAVE GOVERNMENT'S EXHIBIT 123,

09:14AM  11  PLEASE?

09:14AM  12  Q.     DO YOU RECOGNIZE WHO IS DEPICTED ON THE SCREEN THERE?

09:14AM  13  A.     YES, SIR.

09:14AM  14  Q.     IS THAT CHARLIE, THE CHARLIE YOU ARE REFERRING TO?

09:14AM  15  A.     YES, SIR.

09:15AM  16  Q.     OKAY.  AND YOU SAY HE WAS RENE SALAZAR'S NEIGHBOR.

09:15AM  17  CORRECT?

09:15AM  18  A.     [MOVING HEAD UP AND DOWN]

09:15AM  19  Q.     AND WAS HE RENE SALAZAR'S NEIGHBOR WHEN HE WAS LIVING

09:15AM  20  IN THE APARTMENT BEHIND HIS SISTER'S HOUSE?

09:15AM  21  A.     NO, IT WAS ON DAY STREET.

09:15AM  22  Q.     ON DAY STREET?

09:15AM  23  A.     YES.

09:15AM  24  Q.     SO DID RENE SALAZAR MOVE FROM THE APARTMENT BEHIND HIS

09:15AM  25  SISTER'S HOUSE OVER TO DAY STREET?

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

**1496**

09:15AM 1   A.    I THINK HE WAS IN THE PROCESS IN JUNE OF MOVING TO DAY

09:15AM 2   STREET.  I'M NOT EXACTLY SURE WHEN HE MOVED TO DAY STREET,

09:15AM 3   BUT I THINK HE WAS IN THE PROCESS OF DOING ALL THAT ABOUT

09:15AM 4   THAT TIME.

09:15AM 5   Q.    BUT EVENTUALLY HE DID MOVE OVER TO DAY STREET?

09:15AM 6   A.    YES.

09:15AM 7   Q.    AND CHARLIE QUIROLO WAS HIS NEIGHBOR?

09:15AM 8   A.    YES.

09:15AM 9   Q.    AND DO YOU RECALL WHO WAS LIVING WITH HIM ON DAY STREET?

09:15AM 10  A.    A GIRL NAMED ANDREA.

09:15AM 11  Q.    SO THAT WAS HIS GIRLFRIEND AT THE TIME HE WAS LIVING ON

09:15AM 12  DAY STREET?

09:15AM 13  A.    YES.

09:15AM 14  Q.    SO HE WAS NO LONGER WITH YOUR SISTER?

09:15AM 15  A.    NO.

09:15AM 16  Q.    AND WERE YOU PICKING UP THE SAME QUANTITIES FROM

09:15AM 17  CHARLIE QUIROLO?

09:15AM 18  A.    YES.  UNTIL AFTER RENE WENT TO JAIL.

09:15AM 19  Q.    OKAY.  BUT LET'S STICK WITH THAT TIME PERIOD.  WHEN YOU

09:15AM 20  NEEDED DRUGS, WHO WOULD YOU CALL?

09:15AM 21  A.    I WOULD CALL RENE.

09:16AM 22  Q.    AND WOULD HE THEN SEND YOU OVER TO CHARLIE TO PICK IT

09:16AM 23  UP?

09:16AM 24  A.    YES.

09:16AM 25  Q.    AND THEN AFTER YOU SOLD THE DRUGS, WOULD YOU EITHER

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1497

09:16AM 1   BRING THE MONEY DIRECTLY TO RENE OR TO CHARLIE, OR BOTH?

09:16AM 2   A.      BOTH.

09:16AM 3   Q.      OKAY.  BUT IN ORDER TO PLACE AN ORDER, YOU WENT THROUGH

09:16AM 4   RENE?

09:16AM 5   A.      YES.

09:16AM 6   Q.      OKAY.

09:16AM 7           AT SOME POINT DURING YOUR DEALINGS WITH RENE

09:16AM 8   SALAZAR, DID YOU FIND OUT THAT HE HAD A PARTNER IN THE DRUG

09:16AM 9   BUSINESS?

09:16AM 10  A.      YEAH.

09:16AM 11  Q.      AND WHO WAS THAT?

09:16AM 12  A.      KENNETH HOUSE.

09:16AM 13  Q.      AND DID YOU KNOW KENNETH HOUSE BEFORE THAT DAY?

09:16AM 14  A.      YES.  I'VE KNOWN HIM FOREVER.

09:16AM 15  Q.      OKAY.  AND DO YOU KNOW WHAT HIS NICKNAME IS?  WHAT DOES

09:16AM 16  HE GO BY?

09:16AM 17  A.      NO, I DIDN'T KNOW UNTIL AFTER HE WAS WORKING WITH RENE.

09:16AM 18  Q.      WHAT DID YOU FIND OUT TO BE HIS NICKNAME?

09:16AM 19  A.      FLIP.

09:16AM 20  Q.      BUT YOU HAD ALL YOUR DEALINGS WITH RENE SALAZAR.

09:17AM 21  CORRECT?

09:17AM 22  A.      YES.

09:17AM 23  Q.      NOW, DURING THE TIME PERIOD THAT YOU ARE DEALING WITH

09:17AM 24  RENE SALAZAR, ARE YOU INTRODUCED TO AN INDIVIDUAL BY THE NAME

09:17AM 25  OF MIKE CAMACHO?

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1498

09:17AM 1    A.    YES.

09:17AM 2    Q.    WHO INTRODUCES YOU TO MIKE CAMACHO?

09:17AM 3    A.    RENE DID.

09:17AM 4    Q.    OKAY.  AND WHY WAS THAT DONE?  WHY DID HE INTRODUCE YOU

09:17AM 5    TO MIKE CAMACHO?

09:17AM 6    A.    HE WAS GOING--RENE WAS FIXING TO GO TO PRISON.

09:17AM 7    Q.    AND WHY DID HE WANT TO INTRODUCE YOU TO MIKE CAMACHO

09:17AM 8    IF HE WAS GOING TO PRISON?

09:17AM 9    A.    I'M NOT REAL SURE WHY HE WANTED ME TO.  I'M THINKING SO

09:17AM 10   I COULD GO THROUGH MIKE.

09:17AM 11   Q.    DID HE REPRESENT THAT CAMACHO WAS HIS SOURCE OF SUPPLY,

09:17AM 12   THE PERSON THAT WAS SUPPLYING HIM?

09:17AM 13   A.    NO.  HE JUST SAID THAT HE WANTED ME TO MEET SOMEBODY.

09:17AM 14   Q.    NOW, ARE YOU FAMILIAR WITH AN INDIVIDUAL BY THE NAME

09:17AM 15   OF BOBBY JAMES?

09:17AM 16   A.    YES.

09:17AM 17   Q.    AND WHAT WAS BOBBY JAMES' ROLE IN ALL OF THIS?

09:17AM 18   A.    TOWARDS THE END OF ME SELLING METHAMPHETAMINES,

09:18AM 19   HE WAS ONE OF THE ONES THAT WOULD BRING IT TO ME.

09:18AM 20   Q.    OKAY.  SO WAS HE WORKING FOR RENE SALAZAR?

09:18AM 21   A.    I'M NOT--I DON'T KNOW.

09:18AM 22   Q.    OKAY.

09:18AM 23         NOW, DURING YOUR TIME PERIOD THAT YOU ARE DEALING

09:18AM 24   WITH RENE AND YOU KNOW THAT FLIP, OR KENNETH HOUSE, WAS HIS

09:18AM 25   PARTNER, DID YOU EVER HEAR RENE MENTION WHO WAS GOING DOWN

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1499

09:18AM  1   TO PICK UP THE METHAMPHETAMINE?

09:18AM  2   A.      HE WOULD SAY ONCE IN A WHILE, "IT'LL BE HERE IN A

09:18AM  3   LITTLE WHILE.  FLIP WENT TO GO GET IT."

09:18AM  4   Q.      SO THAT INDICATED TO YOU THAT KENNETH HOUSE WAS PICKING

09:18AM  5   IT UP?

09:18AM  6   A.      YEAH.

09:18AM  7   Q.      NOW, WAS THERE A POINT WHERE YOU WERE DEALING WITH

09:18AM  8   CHARLIE AND HE STARTED MESSING UP THE DELIVERY OR THE

09:18AM  9   DISTRIBUTION?

09:18AM  10  A.      HE WAS MESSING UP THE MONEY AND THE METHAMPHETAMINES.

09:18AM  11  SO CAMACHO TOOK HIM OFF OF IT.

09:18AM  12  Q.      OKAY.  SO YOU WERE NO LONGER DEALING WITH CHARLIE?

09:18AM  13  A.      YEAH.

09:18AM  14  Q.      WHO WERE YOU DEALING WITH?

09:18AM  15  A.      AT THAT POINT, CAMACHO CALLED ME AND ASKED ME IF I WAS

09:18AM  16  COMFORTABLE GOING THROUGH ANDREA OR BOBBY JAMES.

09:19AM  17  Q.      OKAY.  AND DID YOU DO THAT?

09:19AM  18  A.      YES, SIR.

09:19AM  19  Q.      SO YOU STARTED GOING THROUGH THEM?

09:19AM  20  A.      YES.  THEY WOULD BRING IT TO ME.

09:19AM  21  Q.      SO, BASICALLY, YOU AND BOBBY JAMES AND ANDREA WERE

09:19AM  22  PUTTING YOUR MONEY TOGETHER?

09:19AM  23  A.      NO.  I ALWAYS GOT IT FRONTED.

09:19AM  24  Q.      OKAY.  BUT WOULD YOU SEND YOUR MONEY BACK THROUGH THEM?

09:19AM  25  A.      NO, SIR.

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1500

09:19AM 1   Q.     YOU PAID CAMACHO DIRECTLY?

09:19AM 2   A.     YES.

09:19AM 3   Q.     OKAY.

09:19AM 4          NOW, YOU SAID YOU STARTED IN JUNE OF 2011, IS THAT

09:19AM 5   CORRECT?

09:19AM 6   A.     I STARTED IN FEBRUARY 2011, BUT JUNE 2011 I STARTED

09:19AM 7   WORKING WITH RENE.

09:19AM 8   Q.     OKAY.  AND UNTIL WHAT TIME DID YOU DISTRIBUTE

09:19AM 9   METHAMPHETAMINE?

09:19AM 10  A.     I QUIT AT THE BEGINNING--I QUIT RIGHT AROUND THE

09:19AM 11  BEGINNING OF NOVEMBER/THE END OF OCTOBER OF 2011.

09:19AM 12  Q.     NOW, CONSIDERING THAT TIME PERIOD OF JUNE THROUGH

09:20AM 13  NOVEMBER, IF YOU HAD TO ESTIMATE THE AMOUNT OF METHAMPHETAMINE

09:20AM 14  THAT YOU RECEIVED FROM RENE SALAZAR, WHAT WOULD THAT AMOUNT BE?

09:20AM 15  A.     FROM RENE?

09:20AM 16  Q.     YES.

09:20AM 17  A.     IT WOULD BE ABOUT SIX, EIGHT OUNCES.  SIX TO EIGHT

09:20AM 18  OUNCES.

09:20AM 19  Q.     OKAY.

09:20AM 20         NOW, FROM DURING THE TIME PERIOD THAT YOU WERE

09:20AM 21  DEALING WITH CHARLIE, WHAT WOULD THAT AMOUNT BE?

09:20AM 22  A.     ABOUT THREE TO FOUR.

09:20AM 23  Q.     AND DURING THE TIME THAT YOU WERE DEALING WITH ANDREA,

09:20AM 24  BOBBY JAMES AND MIKE CAMACHO, WHAT WOULD THAT AMOUNT BE?

09:20AM 25  A.     ABOUT 16 TO 18.

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1501

09:20AM 1  Q.      SO ANYWHERE FROM 25 TO 30 OUNCES DURING THAT TIME

09:20AM 2  PERIOD?

09:20AM 3  A.      ROUNDABOUT.

09:20AM 4  Q.      AND YOU INDICATED THAT IT WAS JUST ABOUT EVERY OTHER

09:20AM 5  DAY THAT YOU WERE PICKING UP AND DISTRIBUTING?

09:20AM 6  A.      YES.  UNTIL I GOT INTO BIGGER QUANTITIES.  AND THEN

09:20AM 7  IT WAS--I WAS PICKING UP LESS.  I WAS PICKING UP, LIKE, ONCE

09:21AM 8  A WEEK.

09:21AM 9  Q.      AND THAT'S WHEN YOU GOT UP TO AN OUNCE?

09:21AM 10 A.      UP TO TWO OUNCES.

09:21AM 11 Q.      SO TWO OUNCES WAS THE LARGEST QUANTITY THAT YOU GOT UP

09:21AM 12 TO?

09:21AM 13 A.      YES.

09:21AM 14 Q.      AND THAT'S TWO OUNCES PER WEEK?

09:21AM 15 A.      YES.

09:21AM 16 Q.      OKAY.

09:21AM 17         NOW, AFTER YOUR ARREST ON THE FEDERAL CHARGES, YOU

09:21AM 18 AGREED TO COOPERATE.  CORRECT?

09:21AM 19 A.      YES.

09:21AM 20 Q.      AND YOU STARTED COOPERATING AND PROVIDING INFORMATION.

09:21AM 21 CORRECT?

09:21AM 22 A.      YES.

09:21AM 23 Q.      AND EVEN FURTHER THAN THAT, YOU AGREED TO WORK AS A

09:21AM 24 CONFIDENTIAL INFORMANT FOR THE AGENTS?

09:21AM 25 A.      YES.

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1502

09:21AM 1  Q.     AND YOU WORKED AS A CONFIDENTIAL INFORMANT FOR THE

09:21AM 2  AGENTS?

09:21AM 3  A.     YES.

09:21AM 4  Q.     NOW, HAVE I, MS. BATSON OR ANY OF THE AGENTS PROMISED

09:21AM 5  YOU ANYTHING SPECIFIC IN REGARDS TO YOUR COOPERATION AS A

09:21AM 6  CONFIDENTIAL INFORMANT?

09:21AM 7  A.     NO.

09:21AM 8  Q.     HAVE I TOLD YOU THAT BECAUSE OF BEING A CONFIDENTIAL

09:21AM 9  INFORMANT, YOU SHOULD EXPECT TO RECEIVE A CERTAIN SENTENCE?

09:21AM 10  A.     NO.

09:21AM 11  Q.     HAVE I TOLD YOU BECAUSE OF YOUR COOPERATION AS A

09:21AM 12  CONFIDENTIAL INFORMANT, YOU SHOULD EXPECT THE JUDGE TO GIVE

09:21AM 13  YOU A CERTAIN SENTENCE?

09:22AM 14  A.     NO, SIR.

09:22AM 15  Q.     HAVE ANY GUARANTEES OR PROMISES BEEN MADE TO YOU

09:22AM 16  BECAUSE YOU ARE WORKING AS A CONFIDENTIAL INFORMANT?

09:22AM 17  A.     NO, SIR.

09:22AM 18  Q.     ALL RIGHT.

09:22AM 19        NOW, YOU INDICATED THAT YOU PLED GUILTY TO THIS

09:22AM 20  OFFENSE, IS THAT CORRECT?

09:22AM 21  A.     YES.

09:22AM 22  Q.     AND WAS THAT BY WAY OF A PLEA AGREEMENT?  DID YOU HAVE

09:22AM 23  A PLEA AGREEMENT IN PLACE?

09:22AM 24  A.     YEAH.

09:22AM 25  Q.     OKAY.  CAN YOU TURN TO TAB 73 IN THAT NOTEBOOK IN FRONT

1503

09:22AM   1   OF YOU?

09:22AM   2   A.      73?

09:22AM   3   Q.      YES.  I'M SORRY.  I MISDIRECTED YOU.  CAN YOU TURN TO

09:22AM   4   TAB 100?  SORRY ABOUT THAT.

09:22AM   5   A.      THAT'S OKAY.

09:23AM   6   Q.      DO YOU RECOGNIZE THAT DOCUMENT?

09:23AM   7   A.      YES, SIR.

09:23AM   8   Q.      WHAT DO YOU RECOGNIZE IT TO BE?

09:23AM   9   A.      MY PLEA AGREEMENT.

09:23AM  10   Q.      OKAY.  CAN YOU REVIEW THAT PLEA AGREEMENT, NOT

09:23AM  11   NECESSARILY READING IT, BUT GOING THROUGH IT AND MAKING SURE

09:23AM  12   THAT IT HASN'T BEEN CHANGED IN ANY WAY SINCE YOU LAST SAW IT.

09:23AM  13   A.      YES, SIR.  YES, IT'S THE ONE I READ AND SIGNED.

09:24AM  14   Q.      HAS IT BEEN CHANGED OR ALTERED IN ANY WAY SINCE YOU SAW

09:24AM  15   IT LAST?

09:24AM  16   A.      I DON'T THINK SO.

09:24AM  17           MR. GONZALEZ:  YOUR HONOR, AT THIS TIME WE WOULD

09:24AM  18   OFFER GOVERNMENT'S EXHIBIT 100 INTO EVIDENCE.

09:24AM  19           MR. WHALEN:  NO OBJECTION.

09:24AM  20           MR. KEMP:  NO OBJECTION.

09:24AM  21           MR. PETRAZIO:  NO OBJECTION.

09:24AM  22           THE COURT:  GOVERNMENT'S EXHIBIT 100 IS ADMITTED.

09:24AM  23           MR. GONZALEZ:  MAY WE PUBLISH?

09:24AM  24           THE COURT:  YES.

09:24AM  25           MR. GONZALEZ:

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1504

09:24AM  1    Q.     NOW, MS. STEWART, ON THE SCREEN THERE IS "UNITED STATES

09:24AM  2   VERSUS MELISSA RENEE STEWART PLEA AGREEMENT."  IS THAT THE

09:24AM  3   SAME DOCUMENT THAT YOU ARE LOOKING AT ON THE WITNESS STAND?

09:24AM  4    A.     YES, SIR.

09:24AM  5    Q.     IT'S THE SAME DOCUMENT THAT YOU INDICATED HAD NOT BEEN

09:24AM  6   CHANGED SINCE YOU LAST SAW IT.  CORRECT?

09:24AM  7    A.     YES, SIR.

09:24AM  8    Q.     ALL RIGHT.

09:24AM  9           NOW, IN PARAGRAPH 2, IT STATES THAT YOU AGREE TO

09:24AM  10  WAIVE CERTAIN RIGHTS AND AGREE TO PLEAD GUILTY TO COUNT 1 OF

09:25AM  11  THE SECOND SUPERSEDING INDICTMENT, WHICH CHARGES A VIOLATION

09:25AM  12  OF 21 USC 846, CONSPIRACY TO POSSESS WITH THE INTENT TO

09:25AM  13  MANUFACTURE AND DISTRIBUTE METHAMPHETAMINE.  IS THAT WHAT

09:25AM  14  YOU PLED GUILTY TO?

09:25AM  15   A.     YES.

09:25AM  16   Q.     AND THAT'S WHAT YOU TOOK RESPONSIBILITY FOR?

09:25AM  17   A.     YES.

09:25AM  18   Q.     OKAY.

09:25AM  19          NOW, IN PARAGRAPH 5(A), YOU AGREED IN YOUR PLEA

09:25AM  20  AGREEMENT THAT THE BASE OFFENSE LEVEL UNDER UNITED STATES

09:25AM  21  SENTENCING GUIDELINE SECTION 2D1.1 IS 32 BASED ON THE

09:25AM  22  POSSESSION WITH INTENT TO DISTRIBUTE AT LEAST 500 GRAMS BUT

09:25AM  23  LESS THAN 1.5 KILOGRAMS OF A MIXTURE OR SUBSTANCE CONTAINING

09:25AM  24  A DETECTABLE AMOUNT OF METHAMPHETAMINE.  AND IS THAT WHAT YOU

09:25AM  25  AGREED TO?

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1505

09:25AM  1    A.    YES, SIR.

09:25AM  2    Q.    AND THAT'S WHAT YOU PLED GUILTY TO?

09:25AM  3    A.    YES, SIR.

09:25AM  4    Q.    ALL RIGHT.

09:25AM  5          NOW, IN PARAGRAPH 7, IT STATES THAT "THE DEFENDANT

09:25AM  6    SHALL GIVE TRUTHFUL AND COMPLETE INFORMATION AND/OR TESTIMONY

09:26AM  7    CONCERNING THE DEFENDANT'S PARTICIPATION IN THE OFFENSE OF

09:26AM  8    CONVICTION AND KNOWLEDGE OF OTHER CRIMINAL ACTIVITIES."

09:26AM  9    DID YOU UNDERSTAND THAT SECTION?

09:26AM  10   A.    YES, SIR.

09:26AM  11   Q.    AND, IN FACT, HAVE YOU ALREADY DONE THAT?

09:26AM  12   A.    YES, SIR.

09:26AM  13   Q.    AND TODAY YOU ARE HERE TESTIFYING BECAUSE YOU

09:26AM  14   UNDERSTOOD THAT, IF CALLED UPON, YOU HAD TO GIVE TRUTHFUL

09:26AM  15   AND COMPLETE INFORMATION?

09:26AM  16   A.    YES, SIR.

09:26AM  17   Q.    AND YOU'VE ALSO TALKED ABOUT OTHER CRIMINAL ACTIVITIES

09:26AM  18   AND ARE WORKING AS A CONFIDENTIAL INFORMANT IN REGARDS TO THAT.

09:26AM  19   CORRECT?

09:26AM  20   A.    YES, SIR.

09:26AM  21   Q.    OKAY.

09:26AM  22         NOW, IT GOES ON TO SAY, "THE DEFENDANT SHALL NOT

09:26AM  23   TAKE ANY ACTIONS THAT WOULD OBSTRUCT THE GOVERNMENT'S

09:26AM  24   INVESTIGATION INTO THE OFFENSE OF CONVICTION OR THE OTHER

09:26AM  25   CRIMINAL ACTIVITIES OF WHICH THE DEFENDANT HAS KNOWLEDGE."

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

**1506**

| | | |
|---|---|---|
| 09:26AM | 1 | DID YOU UNDERSTAND THAT? |
| 09:26AM | 2 | A.    YES, SIR. |
| 09:26AM | 3 | Q.    AND THEN IT GOES ON TO SAY THAT "THE DEFENDANT |
| 09:26AM | 4 | UNDERSTANDS THAT INTENTIONALLY PROVIDING FALSE INFORMATION OR |
| 09:26AM | 5 | TESTIMONY TO IMPLICATE AN INNOCENT PERSON IN THE COMMISSION OF |
| 09:26AM | 6 | A CRIME OR TO PROTECT A GUILTY PERSON AND/OR EXAGGERATING THE |
| 09:26AM | 7 | INVOLVEMENT OF ANY PERSON IN A CRIME IN ORDER TO APPEAR |
| 09:26AM | 8 | COOPERATIVE WILL BE A MATERIAL VIOLATION OF THIS AGREEMENT." |
| 09:26AM | 9 | DID YOU UNDERSTAND THAT? |
| 09:26AM | 10 | A.    YES. |
| 09:26AM | 11 | Q.    DID YOU UNDERSTAND THAT YOU COULDN'T EXAGGERATE AND |
| 09:26AM | 12 | THAT YOU COULDN'T PROTECT ANYBODY? |
| 09:27AM | 13 | A.    YES. |
| 09:27AM | 14 | Q.    AND THAT YOU HAD TO BE COMPLETELY TRUTHFUL? |
| 09:27AM | 15 | A.    YES. |
| 09:27AM | 16 | Q.    OKAY. |
| 09:27AM | 17 | NOW, TOWARDS THE BOTTOM, WHERE IT STARTS WITH THE |
| 09:27AM | 18 | WORD "FAILURE," IT SAYS, "FAILURE TO COMPLY WITH THIS SECTION |
| 09:27AM | 19 | CAN RESULT IN PROSECUTION FOR THE CHARGES IDENTIFIED IN |
| 09:27AM | 20 | PARAGRAPH 2 ABOVE AND FOR ANY OTHER FEDERAL OFFENSES THE |
| 09:27AM | 21 | DEFENDANT MAY HAVE COMMITTED."  DID YOU UNDERSTAND THAT? |
| 09:27AM | 22 | A.    YES. |
| 09:27AM | 23 | Q.    THAT IF YOU TOOK THE STAND AND LIED, YOU COULD BE |
| 09:27AM | 24 | CHARGED WITH PERJURY? |
| 09:27AM | 25 | A.    YES. |

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1507

09:27AM 1 Q.      AND THAT THE TIME FOR THE PERJURY WOULD BE STACKED ON

09:27AM 2 THE DRUG OFFENSE?

09:27AM 3 A.      YES.

09:27AM 4 Q.      AND THAT YOU COULD ALSO BE CHARGED FOR OTHER FEDERAL

09:27AM 5 VIOLATIONS, SUCH AS OBSTRUCTION OF JUSTICE?

09:27AM 6 A.      YES.

09:27AM 7 Q.      OKAY.  AND YOU UNDERSTOOD THAT?

09:27AM 8 A.      YES, SIR.

09:27AM 9 Q.      THEN, FINALLY, IN THAT SECTION IT TALKS ABOUT "UPON

09:27AM 10 SUCH FAILURE, THE GOVERNMENT MAY USE ANY OF THE DEFENDANT'S

09:27AM 11 STATEMENTS OR LEADS DERIVED THEREFROM AGAINST THE DEFENDANT

09:27AM 12 IN ANY PROCEEDING."  SO DID YOU UNDERSTAND THAT YOUR OWN WORDS

09:27AM 13 COULD BE USED AGAINST YOU IF YOU FAILED TO COMPLY WITH THIS

09:27AM 14 PLEA AGREEMENT?

09:27AM 15 A.      YES.

09:27AM 16 Q.      OR IF YOU COMMITTED PERJURY OR IF YOU OBSTRUCTED

09:28AM 17 JUSTICE, WE COULD USE WHAT YOU'VE TESTIFIED TO TODAY AND ANY

09:28AM 18 STATEMENTS THAT YOU HAVE PROVIDED IN YOUR COOPERATION WITH

09:28AM 19 AGENTS?

09:28AM 20 A.      YES.

09:28AM 21 Q.      AND YOU UNDERSTOOD THAT?

09:28AM 22 A.      YES, SIR.

09:28AM 23 Q.      THE NEXT SECTION, PARAGRAPH 8, IS ENTITLED "SUBSTANTIAL

09:28AM 24 ASSISTANCE," AND IT SAYS, "IF, IN ITS SOLE DISCRETION, THE

09:28AM 25 GOVERNMENT DETERMINES THAT THE DEFENDANT HAS PROVIDED

DIRECT EXAMINATION OF MELISSA RENEE STEWART BY THE GOVERNMENT

1508

09:28AM 1   SUBSTANTIAL ASSISTANCE IN THE INVESTIGATION OR PROSECUTION

09:28AM 2   OF OTHERS, THE GOVERNMENT WILL FILE A MOTION FOR DOWNWARD

09:28AM 3   DEPARTURE PURSUANT TO UNITED STATES SENTENCING GUIDELINE

09:28AM 4   SECTION 5K.1 OR A MOTION FOR REDUCTION OF SENTENCE PURSUANT

09:28AM 5   TO FEDERAL CRIMINAL RULE OF PROCEDURE 35(B).  THE DEFENDANT'S

09:28AM 6   COOPERATION DOES NOT AUTOMATICALLY REQUIRE THE GOVERNMENT

09:28AM 7   TO REQUEST A DOWNWARD DEPARTURE OR A REDUCTION IN SENTENCE,

09:28AM 8   AND THE TIME FOR FILING SUCH A MOTION WILL BE DETERMINED BY

09:28AM 9   THE GOVERNMENT."  SO DID YOU UNDERSTAND THAT EVEN WITH YOUR

09:28AM 10  COOPERATION AS A CONFIDENTIAL INFORMANT AND YOUR TESTIMONY

09:28AM 11  HERE TODAY, YOU ARE NOT GUARANTEED THAT THE GOVERNMENT IS

09:28AM 12  GOING TO FILE A MOTION FOR DOWNWARD DEPARTURE ON YOUR BEHALF?

09:28AM 13  A.     YES.

09:28AM 14  Q.     NOW, ARE YOU HOPING THAT THE GOVERNMENT DOES THAT?

09:28AM 15  A.     YES.

09:28AM 16  Q.     BUT HAVE I OR MS. BATSON OR THE AGENTS WORKING ON THIS

09:29AM 17  CASE EVER PROMISED YOU THAT?

09:29AM 18  A.     NO.

09:29AM 19  Q.     HAVE WE GUARANTEED THAT TO YOU?

09:29AM 20  A.     NO.

09:29AM 21  Q.     AND THEN, IN BOLD PRINT, IN THIS PARAGRAPH IT STATES,

09:29AM 22  "IT IS ENTIRELY WITHIN THE COURT'S DISCRETION AS TO WHAT, IF

09:29AM 23  ANY, REDUCTION IN SENTENCE THE DEFENDANT WILL RECEIVE."  SO,

09:29AM 24  ULTIMATELY, WHO DECIDES YOUR SENTENCE?

09:29AM 25  A.     THE JUDGE.

CROSS-EXAMINATION OF MELISSA RENEE STEWART BY DEFENDANT SALAZAR

1509

09:29AM  1    Q.    JUDGE SCHELL DOES?

09:29AM  2    A.    YES.

09:29AM  3    Q.    OKAY.  HAVE I OR MS. BATSON EVER PROMISED YOU A

09:29AM  4    SPECIFIC SENTENCE IN THIS CASE?

09:29AM  5    A.    NO.

09:29AM  6    Q.    HAVE WE PROMISED YOU A SPECIFIC SENTENCE IN THIS CASE

09:29AM  7    IN EXCHANGE FOR YOUR TESTIMONY HERE TODAY?

09:29AM  8    A.    [MOVING HEAD SIDE TO SIDE]

09:29AM  9    Q.    HAVE WE GUARANTEED YOU A SPECIFIC REDUCTION OF SENTENCE

09:29AM  10   IN THIS CASE?

09:29AM  11   A.    NO, SIR.

09:29AM  12          MR. GONZALEZ:  ALL RIGHT.  THANK YOU, MA'AM.

09:29AM  13          I PASS THE WITNESS.

09:29AM  14          THE COURT:  MR. KEMP?

09:29AM  15   CROSS-EXAMINATION OF MELISSA RENEE STEWART ON BEHALF OF THE

09:29AM  16   DEFENDANT SALAZAR

09:29AM  17          MR. KEMP:

09:29AM  18   Q.    GOOD MORNING, MS. STEWART.

09:29AM  19   A.    HI.

09:29AM  20   Q.    HOW MUCH OF A DOWNWARD DEPARTURE ARE YOU HOPING TO GET?

09:29AM  21   A.    I DON'T KNOW.

09:29AM  22   Q.    JUST AS MUCH AS YOU CAN GET.  RIGHT?

09:29AM  23   A.    YES, SIR.

09:29AM  24   Q.    WITH A LEVEL 32, I'M NOT SURE ABOUT WHAT YOUR CRIMINAL

09:29AM  25   HISTORY IS, BUT YOU ARE PROBABLY LOOKING AT SOME PRISON TIME,

CROSS-EXAMINATION OF MELISSA RENEE STEWART BY DEFENDANT SALAZAR

1510

09:30AM 1   ARE YOU NOT?

09:30AM 2   A.      YES.

09:30AM 3   Q.      AND THE FEWER DAYS THAT YOU CAN ACTUALLY SPEND

09:30AM 4   INCARCERATED, THE BETTER.  CORRECT?

09:30AM 5   A.      YES.

09:30AM 6   Q.      YOU SAID YOU HAD TWO KIDS?

09:30AM 7   A.      YES, SIR.

09:30AM 8   Q.      AND HOW OLD ARE THEY?

09:30AM 9   A.      14 AND 13.

09:30AM 10  Q.      SO YOU ARE CERTAINLY GOING TO DO EVERYTHING YOU CAN

09:30AM 11  DO TO WATCH THEM GRADUATE FROM HIGH SCHOOL, AREN'T YOU?

09:30AM 12  A.      OH, YEAH.

09:30AM 13  Q.      NOW, HOW LONG HAVE YOU BEEN WORKING AS AN INFORMANT,

09:30AM 14  AGAIN?

09:30AM 15  A.      JUST SINCE I'VE BEEN OUT OF JAIL.  I'M NOT SURE.

09:30AM 16  Q.      SINCE YOU GOT OUT OF JAIL FOR THIS PARTICULAR OFFENSE?

09:30AM 17  A.      YES.

09:30AM 18  Q.      AND WHEN WAS THAT?

09:30AM 19  A.      MARCH.  I GOT ARRESTED THE BEGINNING OF MARCH, AND

09:30AM 20  I STAYED IN FOR, I THINK, TWO AND A HALF WEEKS.

09:30AM 21  Q.      AND THAT'S MARCH OF 2012.  CORRECT?

09:30AM 22  A.      YES.

09:30AM 23  Q.      NOW LET ME GO BACK.  YOU SAID YOU STARTED IN FEBRUARY

09:30AM 24  OF 2011, AND YOU SAID YOUR SOURCE OF SUPPLY, BUT I DIDN'T CATCH

09:30AM 25  THE NAME.  WHO WAS THAT?

CROSS-EXAMINATION OF MELISSA RENEE STEWART BY DEFENDANT SALAZAR

1511

| | | |
|---|---|---|
| 09:30AM | 1 | A.      HIS NAME WAS TERRELL. |
| 09:30AM | 2 | Q.      TERRELL?  IS HE A CODEFENDANT IN THIS CASE? |
| 09:30AM | 3 | A.      NO. |
| 09:30AM | 4 | Q.      NOW, TO YOUR KNOWLEDGE, IS HE STILL OUT THERE DEALING? |
| 09:30AM | 5 | A.      NO.  HE'S IN PRISON. |
| 09:31AM | 6 | Q.      NOW, YOU MENTIONED THAT YOU GOT IN TROUBLE IN APRIL. |
| 09:31AM | 7 | A.      YES. |
| 09:31AM | 8 | Q.      WHAT HAPPENED IN APRIL? |
| 09:31AM | 9 | A.      I GOT PULLED OVER, AND I HAD SOME PILLS ON ME, AND I |
| 09:31AM | 10 | HAD SOME TEXT MESSAGES COMING THROUGH ON MY PHONE, AND THEY |
| 09:31AM | 11 | HAD REASON TO BELIEVE I WAS SELLING METH, AND THEY WENT INTO |
| 09:31AM | 12 | MY HOUSE. |
| 09:31AM | 13 | Q.      DID THEY FIND ANY METH IN YOUR HOUSE? |
| 09:31AM | 14 | A.      YES, SIR. |
| 09:31AM | 15 | Q.      HOW MUCH WAS THERE? |
| 09:31AM | 16 | A.      HALF-OUNCE. |
| 09:31AM | 17 | Q.      WAS THAT SOME YOU HAD GOTTEN FROM TERRELL, I ASSUME? |
| 09:31AM | 18 | A.      YES. |
| 09:31AM | 19 | Q.      WHAT KIND OF PILLS DID YOU HAVE ON YOU? |
| 09:31AM | 20 | A.      XANAXES. |
| 09:31AM | 21 | Q.      AND YOU DIDN'T HAVE A PRESCRIPTION FOR THAT? |
| 09:31AM | 22 | A.      NO, SIR. |
| 09:31AM | 23 | Q.      NOW, DO YOU USE METHAMPHETAMINES? |
| 09:31AM | 24 | A.      NO, I DON'T, SIR. |
| 09:31AM | 25 | Q.      HAVE YOU EVER? |

CROSS-EXAMINATION OF MELISSA RENEE STEWART BY DEFENDANT SALAZAR

1512

09:31AM  1   A.     YES, I HAVE.

09:31AM  2   Q.     IS IT SAFE TO SAY THAT PILLS ARE KIND OF YOUR DRUG OF

09:31AM  3   CHOICE?

09:31AM  4   A.     NO.  WEED.

09:31AM  5   Q.     WERE YOU SELLING WEED AS WELL?

09:31AM  6   A.     NO.  I TOOK XANAXES EVERY ONCE IN A WHILE, BUT, NO,

09:31AM  7   I'D RATHER SMOKE WEED.

09:31AM  8   Q.     YOU GOT IN TROUBLE IN APRIL, AND YOU SAID THAT YOU

09:31AM  9   DIDN'T DO ANYTHING ELSE UNTIL JUNE.  YOU JUST KIND OF GOT

09:31AM  10  SCARED, I GUESS, AND DECIDED TO CLEAN UP?

09:32AM  11  A.     YEAH.  AND DIDN'T HAVE THE MONEY OR ANYTHING, SO...

09:32AM  12  Q.     SO WHAT DREW YOU BACK IN IN JUNE?

09:32AM  13  A.     I NEEDED THE MONEY.  I NEEDED TO PAY BILLS.

09:32AM  14  Q.     WERE YOU WORKING AT THE TIME?

09:32AM  15  A.     I HAD JUST GOT A JOB, YEAH.

09:32AM  16  Q.     BUT THIS WAS JUST A MEANS OF YOU MAKING ENDS MEET?

09:32AM  17  A.     YES, SIR.

09:32AM  18  Q.     NOW, YOU SAID YOU MET RENE THROUGH YOUR SISTER, IS THAT

09:32AM  19  RIGHT?

09:32AM  20  A.     YES.

09:32AM  21  Q.     AND THAT WAS IN JUNE OF 2011?

09:32AM  22  A.     NO, I DON'T REALLY KNOW WHEN THEY GOT TOGETHER.  I

09:32AM  23  THINK IT WAS 2010.

09:32AM  24  Q.     WELL, BUT YOU MET RENE SALAZAR IN JUNE OF 2011?

09:32AM  25  OR DID YOU KNOW HIM PRIOR?

CROSS-EXAMINATION OF MELISSA RENEE STEWART BY DEFENDANT SALAZAR

**1513**

09:32AM    1    A.      I KNEW HIM WHEN HIM AND SHERRY FIRST GOT TOGETHER.

09:32AM    2    Q.      DID YOU KNOW HIM BEFORE THAT OR JUST WHEN THEY GOT

09:32AM    3    TOGETHER?

09:32AM    4    A.      I JUST KNEW HIM--BEFORE THEY GOT TOGETHER.

09:32AM    5    Q.      NOW, YOU SAID THAT YOU HAD STARTED--YOU BEGAN WITH A

09:32AM    6    QUARTER OF AN OUNCE A DAY AND THEN GRADUALLY WORKED YOUR WAY

09:32AM    7    UP.  WAS THAT SOMETHING THAT YOU STARTED INITIALLY EVERY DAY,

09:32AM    8    OR WERE YOU KIND OF WORKING INTO IT EVERY OTHER DAY?

09:32AM    9    A.      WELL, I WOULD ONLY WORK, LIKE, WHILE THE KIDS WERE AT

09:33AM   10    SCHOOL, OR WHATEVER.  SO ON THE WEEKENDS I DIDN'T DO ANYTHING.

09:33AM   11    IT WAS MAINLY JUST FIVE DAYS A WEEK.  SO IT WAS JUST--

09:33AM   12    I GRADUATED SLOWLY UP.

09:33AM   13    Q.      AND YOU SAID THAT YOU THOUGHT THAT RENE SALAZAR WAS

09:33AM   14    MOVING TO DAY STREET AROUND THIS SAME TIME WHEN YOU STARTED?

09:33AM   15    A.      YEAH.

09:33AM   16    Q.      WELL, NOW, AT THAT TIME, YOUR SISTER'S AND HIS

09:33AM   17    RELATIONSHIP HAD CEASED TO EXIST, IS THAT RIGHT?

09:33AM   18    A.      PRETTY MUCH.

09:33AM   19    Q.      WHY DID THAT OCCUR?  DO YOU KNOW?

09:33AM   20    A.      I HAVE NO CLUE.

09:33AM   21    Q.      NOW, FROM JUNE 2011 THROUGH, I GUESS, AUGUST OF 2011,

09:33AM   22    WHEN RENE SALAZAR WENT INTO STATE CUSTODY, YOU SAID THAT 80

09:33AM   23    PERCENT OF THE TIME YOU WERE GETTING YOUR PRODUCT FROM CHARLIE,

09:33AM   24    IS THAT RIGHT?

09:33AM   25    A.      YES, SIR.

CROSS-EXAMINATION OF MELISSA RENEE STEWART BY DEFENDANT SALAZAR

**1514**

09:33AM 1    Q.    THROUGH THAT TIME, HOW MANY DIFFERENT TIMES DID YOU

09:33AM 2    DEAL WITH KENNETH HOUSE?

09:33AM 3    A.    I DIDN'T.

09:33AM 4    Q.    DID YOU EVER SEE KENNETH HOUSE?

09:34AM 5    A.    OH, LET ME BACK UP.  RENE WENT TO JAIL FOR, LIKE, A

09:34AM 6    WEEK FOR--HE FAILED A UA.  AND I HAD TO GO TO KENNETH HOUSE

09:34AM 7    ONE TIME.

09:34AM 8    Q.    WHEN DID HE GO TO JAIL FOR A WEEK?

09:34AM 9    A.    I DON'T HAVE NO CLUE.

09:34AM 10    Q.    OKAY.

09:34AM 11    A.    I DON'T KNOW EXACTLY WHEN HE WENT TO JAIL FOR THAT WEEK.

09:34AM 12    Q.    SO YOU SAID ONLY ONE TIME DID YOU DEAL WITH HOUSE?

09:34AM 13    A.    YES.

09:34AM 14    Q.    NOW, YOU TESTIFIED THAT THROUGH THAT TIME PERIOD THAT

09:34AM 15    YOU WERE WORKING FIVE DAYS A WEEK, IS THAT RIGHT?

09:34AM 16    A.    YES, SIR.

09:34AM 17    Q.    SO, THEN, HOW WOULD YOU BE ABLE TO DISTRIBUTE PRODUCT

09:34AM 18    TO YOUR CUSTOMERS IF YOU ONLY WENT ONE TIME THAT WEEK WITH

09:34AM 19    HOUSE?

09:34AM 20    A.    I'M SORRY.  I DIDN'T UNDERSTAND THAT.

09:34AM 21    Q.    YOU SAID YOU DIDN'T USE.  CORRECT?

09:34AM 22    A.    RIGHT.

09:34AM 23    Q.    SO YOU HAD AN ESTABLISHED CUSTOMER BASE, DID YOU NOT?

09:34AM 24    A.    YES.

09:34AM 25    Q.    AND IT WAS YOUR TESTIMONY THAT FOR FIVE DAYS A WEEK

CROSS-EXAMINATION OF MELISSA RENEE STEWART BY DEFENDANT SALAZAR

**1515**

09:34AM 1  YOU WERE GETTING METHAMPHETAMINE TO DISTRIBUTE TO YOUR CUSTOMER

09:35AM 2  BASE?

09:35AM 3  A.    YES.

09:35AM 4  Q.    THROUGH JUNE--JUNE TO AUGUST 2011?

09:35AM 5  A.    YES.

09:35AM 6  Q.    YOU TESTIFIED THAT WHEN RENE SALAZAR WENT TO JAIL FOR

09:35AM 7  A WEEK PERIOD OF TIME THAT YOU DEALT WITH KENNETH HOUSE ONLY

09:35AM 8  ONE TIME, IS THAT RIGHT?

09:35AM 9  A.    YEAH.  AND I WENT AND PICKED UP I THINK IT WAS AN OUNCE

09:35AM 10  OR MAYBE A HALF-OUNCE.  I'M NOT REAL SURE.

09:35AM 11  Q.    THEN, HOW WERE YOU ABLE TO SUPPLY YOUR EXISTING

09:35AM 12  CUSTOMER BASE IF YOU ONLY WENT TO KENNETH HOUSE THAT ONE TIME?

09:35AM 13  A.    I GUESS DURING THAT WEEK--I MEAN, I ONLY SOLD SO MUCH--

09:35AM 14  I DON'T KNOW.

09:35AM 15  Q.    YOU SAID THAT YOU HAD KNOWN KENNETH HOUSE FOR A LONG

09:35AM 16  TIME, IS THAT RIGHT?

09:35AM 17  A.    YES.

09:35AM 18  Q.    DID YOU GO TO SCHOOL WITH HIM?

09:35AM 19  A.    [MOVING HEAD UP AND DOWN]

09:35AM 20  Q.    HOW LONG DID YOU KNOW HE WAS DEALING METHAMPHETAMINES?

09:35AM 21  A.    WHEN HIM--WHEN HIM AND RENE WERE WORKING TOGETHER.

09:35AM 22  Q.    SO YOU NEVER KNEW THAT HE WAS DEALING--

09:35AM 23  A.    NO, I THOUGHT HE WAS JUST A USER, HONESTLY.

09:36AM 24  Q.    YOU THOUGHT HE WAS A USER SINCE THE DAYS YOU WERE IN

09:36AM 25  HIGH SCHOOL?

CROSS-EXAMINATION OF MELISSA RENEE STEWART BY DEFENDANT SALAZAR

1516

09:36AM  1    A.     NO.  I HADN'T SEEN HIM FROM SINCE HIGH SCHOOL.  FOR

09:36AM  2    YEARS, I DIDN'T SEE HIM.

09:36AM  3    Q.     I BELIEVE YOU ALSO TESTIFIED THAT YOU HAD MET MIKE

09:36AM  4    CAMACHO THROUGH RENE.  IS THAT RIGHT?

09:36AM  5    A.     YES.

09:36AM  6    Q.     HAD YOU EVER SEEN MIKE CAMACHO BEFORE?

09:36AM  7    A.     NO.

09:36AM  8    Q.     HOW MANY TIMES DID YOU SEE MIKE CAMACHO WITH RENE

09:36AM  9    SALAZAR?

09:36AM  10   A.     JUST ONE TIME.

09:36AM  11   Q.     BUT HE DIDN'T TELL YOU HE WAS MAKING THIS INTRODUCTION

09:36AM  12   TO YOU AS A SOURCE OF SUPPLY, DID HE?

09:36AM  13   A.     NO.  HE JUST INTRODUCED ME TO HIM.

09:36AM  14          MR. KEMP:  PASS THE WITNESS, YOUR HONOR.

09:36AM  15          THE COURT:  MR. WHALEN, ANY QUESTIONS?

09:36AM  16          MR. WHALEN:  I HAVE NO QUESTIONS.

09:36AM  17          THE COURT:  MR. PETRAZIO?

09:36AM  18          MR. PETRAZIO:  NO QUESTIONS.

09:36AM  19          THE COURT:  ALL RIGHT.

09:36AM  20          MR. GONZALEZ, ANYTHING ELSE?

09:36AM  21          MR. GONZALEZ:  NOTHING FURTHER.

09:36AM  22          THE COURT:  IS THIS WITNESS EXCUSED, THEN?

09:36AM  23          MR. GONZALEZ:  YES, YOUR HONOR.

09:36AM  24          THE COURT:  ALL RIGHT.

09:36AM  25          MS. STEWART, THANK YOU.  I NEED TO TELL YOU THAT YOU

DIRECT EXAMINATION OF BRIAN MCCLARAN BY THE GOVERNMENT

**1517**

| | | |
|---|---|---|
| 09:37AM | 1 | CANNOT DISCUSS YOUR TESTIMONY THAT YOU HAVE GIVEN HERE WITH ANY |
| 09:37AM | 2 | OTHER WITNESSES IN THIS CASE UNTIL WE HAVE FINISHED THE TRIAL. |
| 09:37AM | 3 | THE WITNESS:  YES, SIR.  THANK YOU. |
| 09:37AM | 4 | MS. BATSON:  YOUR HONOR, WE CALL BRIAN MCCLARAN. |
| 09:37AM | 5 | THE COURT:  OKAY.  OFFICER, IF YOU WILL COME UP AND |
| 09:37AM | 6 | BE PLACED UNDER OATH. |
| 09:37AM | 7 | DEPUTY COURT CLERK:  YOU DO SOLEMNLY SWEAR THAT THE |
| 09:37AM | 8 | TESTIMONY YOU SHALL GIVE IN THE CASE NOW IN HEARING SHALL BE |
| 09:37AM | 9 | THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO HELP |
| 09:37AM | 10 | YOU GOD. |
| 09:37AM | 11 | THE WITNESS:  I DO. |
| 09:37AM | 12 | THE COURT:  ALL RIGHT, MS. BATSON. |
| 09:37AM | 13 | DIRECT EXAMINATION OF BRIAN MCCLARAN ON BEHALF OF THE GOVERNMENT |
| 09:37AM | 14 | MS. BATSON:  THANK YOU, YOUR HONOR. |
| 09:37AM | 15 | Q.    STATE YOUR NAME FOR THE RECORD, PLEASE. |
| 09:37AM | 16 | A.    BRIAN MCCLARAN. |
| 09:37AM | 17 | Q.    AND HOW ARE YOU EMPLOYED? |
| 09:37AM | 18 | A.    I AM CURRENTLY EMPLOYED BY THE SHERMAN POLICE |
| 09:37AM | 19 | DEPARTMENT AS A NARCOTICS DETECTIVE. |
| 09:37AM | 20 | Q.    AND HOW LONG HAVE YOU BEEN WITH SHERMAN P.D.? |
| 09:37AM | 21 | A.    OVER FIVE YEARS. |
| 09:37AM | 22 | Q.    AND HOW LONG HAVE YOU BEEN IN THE NARCOTICS SECTION? |
| 09:38AM | 23 | A.    APPROXIMATELY FOUR YEARS. |
| 09:38AM | 24 | Q.    NOW, IN JULY OF 1999, WERE YOU WORKING WITH SHERMAN |
| 09:38AM | 25 | P.D. THEN? |

1518

09:38AM  1    A.    YES, I WAS.

09:38AM  2    Q.    AND AT THAT TIME DID OFFICERS WITH THE SHERMAN POLICE

09:38AM  3    DEPARTMENT, INCLUDING YOURSELF--DID Y'ALL RECEIVE INFORMATION

09:38AM  4    FROM A CONFIDENTIAL INFORMANT THAT DEFENDANT TIMOTHY BOWEN WAS

09:38AM  5    DISTRIBUTING CRACK COCAINE?

09:38AM  6            MR. WHALEN:  I OBJECT.

09:38AM  7            THE COURT:  WAIT A MINUTE.

09:38AM  8            MR. WHALEN:  MAY WE APPROACH?

09:38AM  9            THE COURT:  I NEED TO PUT IT ON THE RECORD IF YOU

09:38AM  10   HAVE SOMETHING TO SAY.

09:38AM  11           LADIES AND GENTLEMEN, I NEED TO TAKE THIS UP OUTSIDE

09:38AM  12   YOUR PRESENCE.  WOULD YOU GO WITH THE COURT OFFICER, PLEASE.

09:38AM  13           COURT SECURITY OFFICER:  ALL RISE.

09:39AM  14           [OPEN COURT, DEFENDANTS PRESENT, JURY NOT PRESENT]

09:39AM  15           THE COURT:  ALL RIGHT.  BE SEATED, PLEASE.

09:39AM  16           IS YOUR OBJECTION "HEARSAY"?

09:39AM  17           MR. WHALEN:  YOUR HONOR, YES, HEARSAY, BUT ALSO WE

09:39AM  18   WOULD OBJECT--

09:39AM  19           DEPUTY COURT CLERK:  TURN ON YOUR MIKE, PLEASE.

09:39AM  20           MR. WHALEN:  WE WOULD OBJECT TO THE UNDERLYING FACTS

09:39AM  21   CONCERNING EACH OFFENSE.  I MEAN, I THINK THEY CAN--

09:39AM  22           THE COURT:  CONCERNING EACH OFFENSE?

09:39AM  23           MR. WHALEN:  WELL, EACH CONVICTION.  THEY'VE ALLEGED

09:39AM  24   TWO PRIOR CONVICTIONS UNDER 404(B).  AND SO WE'RE GOING TO

09:39AM  25   OBJECT TO THE UNDERLYING FACTS ABOUT THOSE OFFENSES.  THEY'VE

DIRECT EXAMINATION OF BRIAN MCCLARAN BY THE GOVERNMENT

1519

09:39AM 1  PUT ON THEIR NOTICE ABOUT THE CONVICTIONS AND PROVIDED THE

09:39AM 2  JUDGMENTS AND SENTENCES AND REPORTS, BUT WE WOULD OBJECT TO

09:39AM 3  THE UNDERLYING FACTS.  THE FACT HE HAS CONVICTIONS, I THINK,

09:39AM 4  SATISFIES THE NECESSITY UNDER 404(B) THAT IT'S A SIMILAR ACT.

09:39AM 5  WE WOULD OBJECT TO--

09:39AM 6            THE COURT:  THE QUESTION BY MS. BATSON HAD TO DO

09:39AM 7  WITH--NOT WITH EXTRANEOUS OFFENSES, BUT EVENTS INTRINSIC TO

09:40AM 8  THIS CHARGED CRIME.

09:40AM 9            CORRECT?

09:40AM 10           MS. BATSON:  YOUR HONOR, THIS WOULD BE THE 404(B).

09:40AM 11  THIS WAS A 1999 INFORMATION JUST ON TIMOTHY BOWEN.

09:40AM 12           THE COURT:  THAT WAS IN 1999?

09:40AM 13           MS. BATSON:  1999, YES, SIR.

09:40AM 14           THE COURT:  OKAY.  WAIT A MINUTE.

09:40AM 15           MS. BATSON:  SO, YOUR HONOR, IF I UNDERSTAND

09:40AM 16  MR. WHALEN CORRECTLY, HE--

09:40AM 17           MAY I HAVE A MINUTE WITH MR. WHALEN?

09:40AM 18           THE COURT:  YES.

09:40AM 19           MS. BATSON:  I'M TRYING TO SEE HOW...

09:40AM 20           [OFF-THE-RECORD DISCUSSION BETWEEN COUNSEL]

09:43AM 21           THE COURT:  WHICH ONE OF THESE TWO OFFENSES WAS

09:43AM 22  MENTIONED YESTERDAY AND MR. WHALEN ASKED ME TO INSTRUCT THE

09:43AM 23  JURY, GIVE A LIMITING INSTRUCTION?

09:43AM 24           MS. BATSON:  I JUST ASKED YESTERDAY, WITH MS. BOWEN,

09:43AM 25  IF SHE WAS AWARE THAT TIM BOWEN HAD BEEN CONVICTED OF THE

DIRECT EXAMINATION OF BRIAN MCCLARAN BY THE GOVERNMENT

1520

09:43AM 1  DISTRIBUTION OF CRACK COCAINE.

09:43AM 2  THE COURT:  OKAY.  AND HE HAS A FEDERAL CONVICTION

09:43AM 3  FOR CRACK COCAINE, AND A STATE CONVICTION?  BOTH FOR CRACK

09:43AM 4  COCAINE?

09:43AM 5  MS. BATSON:  RIGHT.  THE FEDERAL CONVICTION IS

09:43AM 6  CONSPIRACY, YOUR HONOR.

09:43AM 7  THE COURT:  OKAY.  ALL RIGHT.  SO I HAVE AN

09:43AM 8  OBJECTION TO YOUR QUESTION WHETHER HE LEARNED IN 1999 THAT

09:43AM 9  MR. BOWEN WAS DISTRIBUTING DRUGS.  WHICH OF THE TWO CASES

09:44AM 10 DOES THAT REFER TO, THE STATE CASE OR--

09:44AM 11 MS. BATSON:  BOTH.

09:44AM 12 THE COURT:  --FEDERAL?  BOTH OF THEM?

09:44AM 13 MS. BATSON:  YES, BOTH OF THEM.  I BELIEVE

09:44AM 14 MR. WHALEN--IN CONVERSATION WITH MR. WHALEN, HE IS OBJECTING TO

09:44AM 15 US GOING INTO THE FACTS OF THOSE PRIOR CONVICTIONS.  BUT HE'S

09:44AM 16 UNABLE TO STIPULATE TO THE PRIOR CONVICTIONS THEMSELVES.  AND

09:44AM 17 SO WHAT I INFORMED HIM WAS NORMALLY IN THE PRESENTATION OF

09:44AM 18 404(B), WE PRESENT AN OFFICER WHO WAS INVOLVED AT THE TIME WHO

09:44AM 19 IS FAMILIAR WITH THE FACTS AND CAN TESTIFY AND IDENTIFY THE

09:44AM 20 DEFENDANT, AND WE GO INTO THE FACTS TO PROVE UP THE CONVICTION.

09:44AM 21 SO...  BUT HE WANTS TO OBJECT TO US GOING INTO UNDERLYING

09:44AM 22 FACTS.

09:44AM 23 THE COURT:  WELL, YOU DON'T NEED TO GO INTO ANY

09:44AM 24 DETAIL ON THE UNDERLYING--OR THE 404(B) EVIDENCE.  I DON'T

09:44AM 25 KNOW WHAT YOU WANT TO ASK.  MAYBE IT'S TOO EARLY.  MAYBE IT'S

DIRECT EXAMINATION OF BRIAN MCCLARAN BY THE GOVERNMENT

1521

09:44AM 1   PREMATURE HERE.

09:45AM 2          MS. BATSON:  DO YOU WANT ME TO ASK IT NOW, YOUR

09:45AM 3   HONOR, OUTSIDE THE PRESENCE OF THE JURY?

09:45AM 4          THE COURT:  SURE.  I HAVE MADE A RULING ON THIS,

09:45AM 5   THOUGH, AND I'M GOING TO ALLOW THE GOVERNMENT--AND I SAID SO

09:45AM 6   IN MY ORDER WHICH I SIGNED, LET'S SEE, DECEMBER 3RD, 2012,

09:45AM 7   THAT THE GOVERNMENT MAY OFFER EVIDENCE OF THE TWO SIMILAR-ACT

09:45AM 8   CONVICTIONS OF MR. BOWEN.  ONE WAS IN FEDERAL COURT, CAUSE

09:45AM 9   NUMBER 4:01CR29, AND THAT WAS IN--THE ARREST WAS IN 2001.  I'M

09:45AM 10  NOT SURE WHEN HE WAS ULTIMATELY CONVICTED.  BUT, ANYWAY.  AND

09:45AM 11  THEN THERE WAS A FEBRUARY 13TH, 2002, CONVICTION IN STATE

09:45AM 12  COURT.  WERE THEY TWO SEPARATE--WELL, LET'S SEE.  ONE WAS

09:45AM 13  CONSPIRACY, ONE WAS DELIVERY.  DID THE CONSPIRACY ENCOMPASS

09:46AM 14  THE STATE DELIVERY?

09:46AM 15         MS. BATSON:  YES, YOUR HONOR.

09:46AM 16         THE COURT:  OKAY.

09:46AM 17         MS. BATSON:  BUT THERE ARE STILL TWO SEPARATE

09:46AM 18  CONVICTIONS.

09:46AM 19         THE COURT:  I UNDERSTAND.  DO YOU WANT TO JUST ASK

09:46AM 20  WHATEVER QUESTIONS YOU HAVE?

09:46AM 21         MS. BATSON:  SURE.

09:46AM 22  Q.    NOW, ARE YOU A DETECTIVE?

09:46AM 23  A.    YES, MA'AM.

09:46AM 24  Q.    OKAY.  DETECTIVE MCCLARAN, YOU STATED THAT IN 1999 YOU

09:46AM 25  WERE WORKING WITH THE SHERMAN POLICE DEPARTMENT.  BUT, I MEAN,

DIRECT EXAMINATION OF BRIAN MCCLARAN BY THE GOVERNMENT

**1522**

09:46AM 1  WERE YOU WORKING FOR POTTSBORO, BUT ASSISTING SHERMAN POLICE

09:46AM 2  DEPARTMENT?

09:46AM 3   A.     I WAS WORKING FOR POTTSBORO, ASSISTING SHERMAN POLICE

09:46AM 4  DEPARTMENT.

09:46AM 5   Q.     OKAY.  ALL RIGHT.  SO THAT WAS--ALL RIGHT.  BAD

09:46AM 6  QUESTION.  SO HOPEFULLY THAT CLARIFIED ANY ISSUES THERE.

09:46AM 7           AND WHEN YOU WERE ASSISTING THE SHERMAN POLICE

09:46AM 8  DEPARTMENT, WERE YOU AWARE THAT THEY HAD RECEIVED INFORMATION

09:46AM 9  FROM A CONFIDENTIAL INFORMANT THAT DEFENDANT TIMOTHY BOWEN WAS

09:46AM 10 SELLING CRACK COCAINE?

09:46AM 11  A.     YES, I WAS.

09:46AM 12  Q.     AND WAS HE SELLING FROM A RESIDENCE?

09:46AM 13  A.     YES; 308 SOUTH DEWEY.

09:46AM 14  Q.     OKAY.  AND BASED ON THE INFORMATION RECEIVED FROM THE

09:47AM 15 CONFIDENTIAL INFORMANT, DID YOU SET UP VIDEO SURVEILLANCE AT

09:47AM 16 THAT RESIDENCE?

09:47AM 17  A.     YES, WE DID.

09:47AM 18  Q.     OKAY.  AND DURING THE VIDEO SURVEILLANCE, WAS THE

09:47AM 19 DEFENDANT SEEN DISTRIBUTING NUMEROUS TIMES--CRACK COCAINE

09:47AM 20 NUMEROUS TIMES?

09:47AM 21  A.     YES, HE WAS.

09:47AM 22  Q.     AND THE DISTRIBUTION OF THAT CRACK COCAINE LED TO TWO

09:47AM 23 SEPARATE CONVICTIONS?

09:47AM 24  A.     YES, IT DID.

09:47AM 25  Q.     ONE FEDERALLY IN 2001?

DIRECT EXAMINATION OF BRIAN MCCLARAN BY THE GOVERNMENT

1523

09:47AM  1   A.     YES, THAT'S CORRECT.

09:47AM  2   Q.     AND ONE STATE CHARGE OF DISTRIBUTION OF CRACK COCAINE

09:47AM  3   IN 2002?

09:47AM  4   A.     YES, MA'AM.

09:47AM  5              MS. BATSON:  OKAY.

09:47AM  6              THE COURT:  OKAY.

09:47AM  7              MS. BATSON:  AND, THEN, YOUR HONOR, I CAN USE THE

09:47AM  8   JUDGMENTS, PUT THEM IN AS EVIDENCE.  I--YOU KNOW, I HAD TOLD

09:47AM  9   MR. WHALEN--

09:47AM  10             THE COURT:  I DON'T KNOW THAT YOU NEED TO.

09:47AM  11             MS. BATSON:  I TOLD MR. WHALEN I NORMALLY DON'T

09:47AM  12  DO THAT, BUT IF HE WANTS TO OBJECT TO THAT, I MEAN, I HAVE

09:47AM  13  TO PROVE THEM UP, AND SO I COULD PUT THEM IN AS EXHIBITS.

09:47AM  14             MR. WHALEN:  I WOULD SAY IF THAT'S THE EXTENT OF THE

09:47AM  15  OFFER, I WON'T PROFFER ANY OBJECTION TO THOSE QUESTIONS.  I'M

09:48AM  16  NOT WAIVING MY OVERALL OBJECTION TO THE 404(B).  I WANT TO MAKE

09:48AM  17  THAT CLEAR.  AND THEN I WOULD ASK THAT WHEN THE JURY COMES BACK

09:48AM  18  IN, I WOULD MAKE A REQUEST THAT THE COURT GIVE A LIMITING

09:48AM  19  INSTRUCTION NOW THAT THE TESTIMONY THEY'RE ABOUT TO HEAR IS

09:48AM  20  BEING OFFERED FOR THIS PURPOSE AND LIMITED TO THAT PURPOSE.

09:48AM  21             THE COURT:  OKAY.

09:48AM  22             MS. BATSON, SO THOSE ARE THE QUESTIONS YOU WANT TO

09:48AM  23  ASK?

09:48AM  24             MS. BATSON:  YES, THAT'S IT, YOUR HONOR.  AND THEN,

09:48AM  25  AS MR. WHALEN STATED, IF YOU WANT TO GIVE THE LIMITING

DIRECT EXAMINATION OF BRIAN MCCLARAN BY THE GOVERNMENT

**1524**

09:48AM  1    INSTRUCTION WHEN THE JURY COMES BACK IN, AND I GUESS WHEN IT'S

09:48AM  2    OVER AGAIN GIVE IT TO THEM AND SAY NOW THAT THEY'VE HEARD IT,

09:48AM  3    THEY, AGAIN, CAN ONLY CONSIDER IT FOR...  AND, YOUR HONOR, WE

09:48AM  4    WOULD ASK FOR THE INSTRUCTION IN--CITED IN 1.30 OF THE PATTERN

09:48AM  5    JURY INSTRUCTIONS ON PAGE 46, THAT THAT WOULD BE THE LIMITING

09:49AM  6    INSTRUCTION GIVEN TO THE JURY.

09:49AM  7              THE COURT:  OKAY.

09:49AM  8              ARE YOU READY?

09:49AM  9              MR. WHALEN:  YES, YOUR HONOR.

09:49AM  10             MS. BATSON:  YES, YOUR HONOR.

09:49AM  11             THE COURT:  LET'S BRING THE JURY BACK IN.

09:50AM  12             COURT SECURITY OFFICER:  ALL RISE.

09:50AM  13             [OPEN COURT, DEFENDANTS AND JURY PRESENT]

09:50AM  14             THE COURT:  ALL RIGHT.  PLEASE TAKE YOUR SEATS.

09:50AM  15             LADIES AND GENTLEMEN, I GAVE YOU A SIMILAR

09:50AM  16   INSTRUCTION YESTERDAY, BUT LET ME TELL YOU THAT IN THE CASE

09:50AM  17   OF DETECTIVE MCCLARAN, YOU ARE ABOUT TO HEAR TESTIMONY FROM

09:50AM  18   HIM REGARDING ACTS OF THE DEFENDANT TIMOTHY BOWEN WHICH MAY BE

09:50AM  19   SIMILAR TO THOSE ACTS THAT ARE CHARGED IN THE INDICTMENT IN

09:50AM  20   THIS CASE, BUT WHICH WERE COMMITTED ON OTHER OCCASIONS.  YOU

09:50AM  21   MAY NOT CONSIDER ANY OF THIS TESTIMONY IN DECIDING IF MR. BOWEN

09:51AM  22   COMMITTED THE ACT FOR WHICH HE IS ON TRIAL NOW, WHICH IS THE

09:51AM  23   ACCUSATION OF CONSPIRING WITH OTHERS TO POSSESS WITH INTENT

09:51AM  24   TO DISTRIBUTE METHAMPHETAMINE.  HOWEVER, YOU CAN CONSIDER THE

09:51AM  25   TESTIMONY FROM DETECTIVE MCCLARAN THAT YOU ARE ABOUT TO HEAR

DIRECT EXAMINATION OF BRIAN MCCLARAN BY THE GOVERNMENT

**1525**

09:51AM  1   FOR VERY LIMITED PURPOSES.  AND THAT IS, IF YOU FIND BEYOND

09:51AM  2   A REASONABLE DOUBT FROM OTHER EVIDENCE IN THIS TRIAL THAT

09:51AM  3   MR. BOWEN DID COMMIT THE ACTS FOR WHICH HE IS ON TRIAL RIGHT

09:51AM  4   NOW, THEN YOU MAY CONSIDER THIS TESTIMONY OF SIMILAR ACTS

09:51AM  5   ALLEGEDLY COMMITTED ON OTHER OCCASIONS FOR THE PURPOSE OF

09:51AM  6   DETERMINING WHETHER OR NOT MR. BOWEN HAD THE STATE OF MIND

09:51AM  7   OR THE INTENT NECESSARY TO COMMIT THE CRIME CHARGED IN THIS

09:51AM  8   INDICTMENT THAT HE'S ON TRIAL FOR NOW, WHETHER HE HAD THE

09:51AM  9   MOTIVE OR THE OPPORTUNITY TO COMMIT THE ACTS CHARGED IN

09:51AM  10  THE INDICTMENT, WHETHER HE ACTED ACCORDING TO A PLAN OR IN

09:52AM  11  PREPARATION FOR COMMISSION OF A CRIME, OR WHETHER HE COMMITTED

09:52AM  12  THE ACTS FOR WHICH HE IS ON TRIAL BY ACCIDENT OR MISTAKE.

09:52AM  13  THOSE ARE THE LIMITED PURPOSES FOR WHICH YOU CAN CONSIDER THIS

09:52AM  14  TESTIMONY THAT YOU ARE ABOUT TO HEAR ABOUT OTHER SIMILAR ACTS

09:52AM  15  BY MR. BOWEN.

09:52AM  16          OKAY, MS. BATSON.

09:52AM  17          MS. BATSON:  THANK YOU, YOUR HONOR.

09:52AM  18  Q.    DETECTIVE MCCLARAN, IN 1999, SPECIFICALLY, IN JULY OF

09:52AM  19  1999, WHERE WERE YOU EMPLOYED?

09:52AM  20  A.    I WAS EMPLOYED BY THE POTTSBORO POLICE DEPARTMENT.

09:52AM  21  Q.    OKAY.  AND DID YOU ASSIST THE SHERMAN POLICE DEPARTMENT

09:52AM  22  WITH AN INVESTIGATION THEY HAD GOING ON THAT INCLUDED THE

09:52AM  23  DEFENDANT TIMOTHY BOWEN?

09:52AM  24  A.    YES, MA'AM, I DID.

09:52AM  25  Q.    NOW, IN 1999, DID THE SHERMAN POLICE DEPARTMENT RECEIVE

DIRECT EXAMINATION OF BRIAN MCCLARAN BY THE GOVERNMENT

**1526**

09:52AM 1 INFORMATION FROM A CONFIDENTIAL INFORMANT THAT NUMEROUS

09:52AM 2 INDIVIDUALS, INCLUDING THE DEFENDANT TIMOTHY BOWEN--THAT THEY

09:52AM 3 WERE DISTRIBUTING CRACK COCAINE FROM A PARTICULAR RESIDENCE IN

09:52AM 4 SHERMAN?

09:52AM 5 A.    YES, THEY DID.

09:52AM 6 Q.    AND WHAT RESIDENCE WAS THAT?

09:53AM 7 A.    308 SOUTH DEWEY STREET, SHERMAN, TEXAS.

09:53AM 8 Q.    ALL RIGHT.  AND IS THAT--WHEN THE CONFIDENTIAL

09:53AM 9 INFORMANT PROVIDED THAT INFORMATION, DID OFFICERS SET UP

09:53AM 10 VIDEO SURVEILLANCE AT THAT RESIDENCE?

09:53AM 11 A.    YES, THEY DID.

09:53AM 12 Q.    OKAY.  AND DURING THAT VIDEO SURVEILLANCE, WAS THE

09:53AM 13 DEFENDANT TIMOTHY BOWEN SEEN DISTRIBUTING CRACK COCAINE ON

09:53AM 14 NUMEROUS OCCASIONS?

09:53AM 15 A.    YES, HE WAS.

09:53AM 16 Q.    AND BASED ON THE EVIDENCE GATHERED DURING THE

09:53AM 17 INVESTIGATION, INCLUDING THE VIDEO SURVEILLANCE, WAS DEFENDANT

09:53AM 18 TIMOTHY BOWEN CHARGED FEDERALLY WITH CONSPIRACY TO DISTRIBUTE

09:53AM 19 CRACK COCAINE?

09:53AM 20 A.    YES, HE WAS.

09:53AM 21 Q.    AND THEN IN THE STATE FOR THE DISTRIBUTION OF CRACK

09:53AM 22 COCAINE?

09:53AM 23 A.    YES, HE WAS.

09:53AM 24 Q.    AND WAS HE CONVICTED IN 2001 OF THE FEDERAL CONSPIRACY?

09:53AM 25 A.    YES, HE WAS.

DIRECT EXAMINATION OF BRIAN MCCLARAN BY THE GOVERNMENT

1527

09:53AM   1    Q.     AND THEN IN 2002 FOR THE STATE DISTRIBUTION?

09:53AM   2    A.     YES, HE WAS.

09:53AM   3    Q.     NOW, YOU'VE BEEN ONE OF THE CASE AGENTS ON THIS CASE

09:54AM   4    THAT WE'RE HERE ON TODAY, IS THAT CORRECT?

09:54AM   5    A.     YES, MA'AM, THAT'S CORRECT.

09:54AM   6    Q.     AND YOU'VE SEEN THE NUMEROUS EXHIBITS THAT HAVE BEEN

09:54AM   7    OFFERED BY THE GOVERNMENT?

09:54AM   8    A.     YES, MA'AM, I HAVE.

09:54AM   9    Q.     OKAY.  AND IF YOU COULD LOOK AT GOVERNMENT'S EXHIBIT 67

09:54AM   10   IN THAT BOOK, I BELIEVE IT'S BEEN SHOWN, BUT I JUST WANT TO

09:54AM   11   MAKE SURE THAT IT'S BEEN ENTERED INTO EVIDENCE.  DO YOU SEE

09:54AM   12   THAT PHOTOGRAPH THERE?

09:54AM   13   A.     YES, MA'AM, I DO.

09:54AM   14   Q.     AND WHAT IS IT?

09:54AM   15   A.     THAT IS A PHOTOGRAPH OF THE DODGE MAGNUM THAT CARLOS

09:54AM   16   CABRALES DRIVES.

09:54AM   17          MS. BATSON:  OKAY.

09:54AM   18          YOUR HONOR, AT THIS TIME I MOVE TO ADMIT

09:54AM   19   GOVERNMENT'S EXHIBIT 67 INTO EVIDENCE.

09:54AM   20          MR. WHALEN:  NO OBJECTION.

09:54AM   21          MR. PETRAZIO:  NO OBJECTION.

09:54AM   22          MR. KEMP:  NO OBJECTION.

09:54AM   23          THE COURT:  ALL RIGHT.  GOVERNMENT'S EXHIBIT 67 IS

09:54AM   24   ADMITTED.

09:54AM   25          MS. BATSON:  YOUR HONOR, MAY I HAVE A MINUTE?

DIRECT EXAMINATION OF BRIAN MCCLARAN BY THE GOVERNMENT

**1528**

| | | |
|---|---|---|
| 09:55AM | 1 | THE COURT:  YES. |
| 09:55AM | 2 | MS. BATSON: |
| 09:55AM | 3 | Q.    NOW, DETECTIVE MCCLARAN, AS YOU JUST TOLD THIS JURY, |
| 09:55AM | 4 | DEFENDANT BOWEN WAS CONVICTED IN 2001 OF CONSPIRACY TO POSSESS |
| 09:55AM | 5 | WITH INTENT TO DISTRIBUTE CRACK COCAINE, AND IN 2002 OF A STATE |
| 09:55AM | 6 | CHARGE OF THE DISTRIBUTION OF CRACK COCAINE. |
| 09:55AM | 7 | A.    YES, MA'AM. |
| 09:55AM | 8 | Q.    OKAY.  AND ARE YOU AWARE OF THE TERM "DUAL |
| 09:55AM | 9 | SOVEREIGNTY"? |
| 09:55AM | 10 | A.    YES, MA'AM, I AM. |
| 09:55AM | 11 | Q.    AND WHAT DOES THAT MEAN? |
| 09:55AM | 12 | A.    THAT GIVES THE STATE OF TEXAS THE RIGHT TO PROSECUTE |
| 09:55AM | 13 | THEIR STATUTES AND CRIMINAL OFFENSES, AS WELL AS THE FEDERAL |
| 09:55AM | 14 | GOVERNMENT HAS THEIR OWN STATUTES AND CRIMINAL OFFENSES THAT |
| 09:55AM | 15 | THEY CAN PROSECUTE SEPARATELY. |
| 09:55AM | 16 | Q.    OKAY.  SO, EVEN IF SOME INCIDENTS OVERLAP, THE FEDERAL |
| 09:55AM | 17 | SOVEREIGNTY IS DIFFERENT FROM THE STATE SOVEREIGNTY AND WE CAN |
| 09:55AM | 18 | EACH DO OUR OWN PROSECUTIONS, IS THAT CORRECT? |
| 09:55AM | 19 | A.    YES, MA'AM, THAT'S CORRECT. |
| 09:55AM | 20 | MS. BATSON:  NO FURTHER QUESTIONS. |
| 09:55AM | 21 | THE COURT:  ALL RIGHT. |
| 09:55AM | 22 | MR. KEMP? |
| 09:55AM | 23 | MR. KEMP:  NO QUESTIONS, YOUR HONOR. |
| 09:56AM | 24 | THE COURT:  MR. WHALEN? |
| 09:56AM | 25 | |

CROSS-EXAMINATION OF BRIAN MCCLARAN BY DEFENDANT BOWEN

**1529**

09:56AM 1  CROSS-EXAMINATION OF BRIAN MCCLARAN ON BEHALF OF THE DEFENDANT

09:56AM 2  BOWEN

09:56AM 3         MR. WHALEN:

09:56AM 4   Q.    DETECTIVE MCCLARAN, JUST SO WE'RE CLEAR, EVEN THOUGH

09:56AM 5  THE STATE OFFENSE--THE CONVICTION WAS IN 2002, THE DATE OF THE

09:56AM 6  OFFENSE WAS IN 1999, IS THAT CORRECT?

09:56AM 7   A.    YES, SIR, THAT IS CORRECT.

09:56AM 8   Q.    SO THAT OFFENSE IN 1999, THAT WAS ENCOMPASSED IN THE

09:56AM 9  FEDERAL CONSPIRACY INDICTMENT.  CORRECT?

09:56AM 10  A.    YES, SIR, THAT'S CORRECT.

09:56AM 11  Q.    AND SO THE ACTS THAT WERE ALLEGED IN THE FEDERAL

09:56AM 12 CONSPIRACY, THAT STATE CHARGE WAS PART OF THOSE ACTS, IS THAT

09:56AM 13 RIGHT?

09:56AM 14  A.    YES, SIR, THAT'S CORRECT.

09:56AM 15  Q.    AND THAT ALL OCCURRED IN 1999?

09:56AM 16  A.    THAT IS CORRECT, SIR.

09:56AM 17  Q.    AND THAT WAS 13 YEARS AGO.  CORRECT?

09:56AM 18  A.    YES, SIR, THAT'S CORRECT.

09:56AM 19        MR. WHALEN:  I'LL PASS THE WITNESS.

09:56AM 20        THE COURT:  MS. BATSON?

09:56AM 21 REDIRECT EXAMINATION OF BRIAN MCCLARAN ON BEHALF OF THE

09:56AM 22 GOVERNMENT

09:56AM 23        MS. BATSON:

09:56AM 24  Q.    JUST TO CLARIFY, DETECTIVE MCCLARAN, THE DEFENDANT

09:56AM 25 WAS SEEN NUMEROUS TIMES DISTRIBUTING CRACK COCAINE?

REDIRECT EXAMINATION OF BRIAN MCCLARAN BY THE GOVERNMENT

1530

09:56AM  1   A.      YES, MA'AM, THAT'S CORRECT.

09:57AM  2   Q.      AND THE STATE CONVICTION ONLY CHARGES HIM WITH ONE OF

09:57AM  3   THOSE, IS THAT CORRECT?

09:57AM  4   A.      YES, MA'AM, THAT'S CORRECT.

09:57AM  5   Q.      AND THAT WOULD BE OCTOBER 26TH, I BELIEVE, OF 1999?

09:57AM  6   A.      YES, MA'AM, I BELIEVE THAT'S CORRECT.

09:57AM  7   Q.      AND THE CONSPIRACY--THE FEDERAL CONSPIRACY CHARGED HIM

09:57AM  8   AND OTHERS WITH THE OVERALL DISTRIBUTION AND INCLUDED ALL OF

09:57AM  9   THE TIMES THE DEFENDANT WAS SEEN DISTRIBUTING, IS THAT CORRECT?

09:57AM  10  A.      YES, MA'AM, THAT'S CORRECT.

09:57AM  11          MS. BATSON:  NO FURTHER QUESTIONS.

09:57AM  12          THE COURT:  MR. WHALEN, ANYTHING FURTHER?

09:57AM  13          MR. WHALEN:  NOTHING FURTHER.

09:57AM  14          THE COURT:  THERE BEING NO FURTHER QUESTIONS, THEN,

09:57AM  15  THANK YOU, DETECTIVE MCCLARAN.

09:57AM  16          THE WITNESS:  THANK YOU.

09:57AM  17          THE COURT:  OKAY.

09:57AM  18          MS. BATSON:  YOUR HONOR, AT THIS TIME THE UNITED

09:57AM  19  STATES RESTS ITS CASE-IN-CHIEF.

09:57AM  20          THE COURT:  ALL RIGHT.  THANK YOU.

09:57AM  21          LET ME ASK DEFENSE COUNSEL:  DO YOU WANT A RECESS?

09:57AM  22          MR. WHALEN:  YES, PLEASE.

09:57AM  23          MR. KEMP:  YES, PLEASE.

09:57AM  24          MR. PETRAZIO:  YES, PLEASE.

09:57AM  25          THE COURT:  ALL RIGHT.

09:57AM  1        LADIES AND GENTLEMEN, THE GOVERNMENT HAS RESTED ITS

09:58AM  2   CASE.  THE NEXT STEP IS FOR ME TO TAKE UP SOME MATTERS OUTSIDE

09:58AM  3   YOUR PRESENCE.  SO WE WILL TAKE A RECESS AT THIS TIME.

09:58AM  4        COURT SECURITY OFFICER:  ALL RISE.

09:58AM  5        [OPEN COURT, DEFENDANTS PRESENT, JURY NOT PRESENT]

09:58AM  6        THE COURT:  PLEASE BE SEATED.

09:58AM  7        MR. KEMP, I'LL START WITH YOU, OR WHOEVER WANTS TO

09:58AM  8   START.  IT DOESN'T MATTER.

09:58AM  9        MR. KEMP:  YOUR HONOR, AT THIS TIME, ON BEHALF OF

09:58AM  10  MR. SALAZAR, WE WOULD MAKE A RULE 29 MOTION FOR A JUDGMENT OF

09:58AM  11  ACQUITTAL ON THE BASIS OF THE INSUFFICIENCY OF THE EVIDENCE

09:58AM  12  PRESENTED BY THE GOVERNMENT IN THEIR CASE-IN-CHIEF.

09:59AM  13        THE COURT:  LET ME JUST ASK:  DO ALL THREE OF YOU

09:59AM  14  WANT TO MAKE THAT MOTION?

09:59AM  15        MR. PETRAZIO:  I DO, YOUR HONOR.

09:59AM  16        MR. WHALEN:  I DO.  MINE MAY BE A LITTLE BIT MORE

09:59AM  17  INVOLVED THAN JUST THE GENERAL--

09:59AM  18        THE COURT:  THAT'S FINE.  I'LL HEAR FROM ALL THREE

09:59AM  19  OF YOU.  I THINK WHAT I NEED TO DO IS TAKE A BREAK AND GO

09:59AM  20  THROUGH MY NOTES.  I USUALLY DO SOME HIGHLIGHTING OR SOME

09:59AM  21  RED-INK CHECKING, AND THEN I WILL BETTER RECALL THE EVIDENCE

09:59AM  22  WHEN YOU MAKE YOUR MOTION.

09:59AM  23        MR. WHALEN:  THANK YOU, YOUR HONOR.

09:59AM  24        THE COURT:  OKAY.  SO LET'S TAKE A RECESS.  GIVE ME,

09:59AM  25  I DON'T KNOW, AT LEAST 15 MINUTES TO GO BACK THROUGH MY NOTES.

| | | |
|---|---|---|
| 09:59AM | 1 | OKAY.  WE'LL RECESS FOR AT LEAST 15 MINUTES.  THANK YOU. |
| 09:59AM | 2 | [RECESS] |
| 10:49AM | 3 | [OPEN COURT, DEFENDANTS PRESENT, JURY NOT PRESENT] |
| 10:49AM | 4 | THE COURT:  THANK YOU.  PLEASE BE SEATED. |
| 10:49AM | 5 | IT SOMETIMES TAKES ME LONGER THAN I THINK TO GO |
| 10:49AM | 6 | THROUGH MY NOTES, BUT I HAVE DONE THAT.  SO LET ME HEAR |
| 10:49AM | 7 | WHATEVER YOU WANT TO SAY. |
| 10:49AM | 8 | MR. KEMP, WAS THERE ANYTHING ELSE YOU WANTED TO SAY |
| 10:49AM | 9 | ON YOUR RULE 29 MOTION? |
| 10:49AM | 10 | MR. KEMP:  NO, YOUR HONOR. |
| 10:49AM | 11 | THE COURT:  OKAY. |
| 10:49AM | 12 | MR. KEMP:  THAT WAS IT. |
| 10:49AM | 13 | THE COURT:  ALL RIGHT. |
| 10:49AM | 14 | MR. WHALEN? |
| 10:49AM | 15 | MR. WHALEN:  YOUR HONOR, ON BEHALF OF MR. BOWEN, |
| 10:50AM | 16 | WE WOULD MOVE UNDER RULE 29 FOR A MOTION FOR ACQUITTAL.  WE |
| 10:50AM | 17 | WOULD ARGUE THAT THERE HAS NOT BEEN ANY PROOF OF ANY AGREEMENT |
| 10:50AM | 18 | BETWEEN MR. BOWEN AND ANYONE ELSE WITH THE INTENT TO DISTRIBUTE |
| 10:50AM | 19 | METHAMPHETAMINE. |
| 10:50AM | 20 | BY WAY OF ASSISTANCE, I DIRECT THE COURT TO UNITED |
| 10:50AM | 21 | STATES VERSUS HOLLOWAY.  IT IS A--THE CITE--IT'S AN UNPUBLISHED |
| 10:50AM | 22 | OPINION, BUT I THINK IT'S VERY HELPFUL, BECAUSE IT LAYS OUT ALL |
| 10:50AM | 23 | THE FACTORS OF ANALYZING A CONSPIRACY CASE THAT I THINK ARE |
| 10:50AM | 24 | PERTINENT TO HEAR.  THE CITE IS 377 F.APP'X 383.  IT TALKS |
| 10:50AM | 25 | ABOUT ALL THE DIFFERENT CONCEPTS, THE DIFFERENT ELEMENTS, AND |

10:50AM 1    HOW MERE PRESENCE OR ASSOCIATION ALONE ARE NOT SUFFICIENT.  BUT

10:50AM 2    IN THAT PARTICULAR CASE, THEY TALK ABOUT, YOU KNOW, THERE'S THE

10:50AM 3    BUYER/SELLER EXCEPTION THAT IF IT'S JUST A BUY/SELL AGREEMENT,

10:51AM 4    THEN THERE MAY NOT BE PROOF OF A CONSPIRACY.  AND ONE OF THE

10:51AM 5    THINGS THEY LOOK AT AS AN EXAMPLE IS THAT EVIDENCE THAT A

10:51AM 6    DEFENDANT PURCHASED DRUGS ON CONSIGNMENT WOULD PROVIDE STRONG

10:51AM 7    EVIDENCE OF MEMBERSHIP IN A CONSPIRACY BECAUSE IT INDICATES

10:51AM 8    A STRONG LEVEL OF TRUST IN AN ONGOING MUTUALLY DEPENDENT

10:51AM 9    RELATIONSHIP.  AND IN THAT PARTICULAR CASE THEY DIDN'T FIND

10:51AM 10   THAT.

10:51AM 11          I THINK IN THIS PARTICULAR CASE THERE IS NO EVIDENCE

10:51AM 12   PRESENTED ON BEHALF OF MR.--AS IT RELATES TO MR. BOWEN AS IT

10:51AM 13   RELATES TO ANY DRUGS THAT WERE PLACED ON CONSIGNMENT.  I THINK

10:51AM 14   THE TESTIMONY--THE ONLY TESTIMONY THAT YOU HAVE IS FROM

10:51AM 15   MR. PERALES.  HE NEVER SAID HE FRONTED ANY DRUGS TO MR. BOWEN.

10:51AM 16   I THINK MR. TIBBS AND ANYBODY ELSE WHO SAID THEY HAD ANY

10:51AM 17   ASSOCIATION WITH MR. BOWEN SAID THAT THE DRUGS WERE ALWAYS PAID

10:51AM 18   FOR AND THEY WERE NEVER FRONTED.  SO I THINK THAT IS A FACTOR

10:52AM 19   THE COURT SHOULD LOOK AT AS FAR AS IT RELATES TO WHETHER OR NOT

10:52AM 20   THERE WAS AN AGREEMENT, BECAUSE THERE WAS NO DRUGS PLACED ON

10:52AM 21   CONSIGNMENT.

10:52AM 22          ALSO, THEY DID MENTION IN THAT CASE IF EACH PARTY

10:52AM 23   HAS A STAKE IN THE SUCCESS OF THE OTHER'S BUSINESS, SUGGESTING

10:52AM 24   A SUBSTANTIAL DEGREE OF COOPERATION AND PARTNERSHIP RATHER THAN

10:52AM 25   A SERIES OF ISOLATED AND SPORADIC TRANSACTIONS.  I DON'T THINK

10:52AM 1    THERE'S ANY TESTIMONY FROM MR. PERALES, WHO IS THE ALLEGED

10:52AM 2    SOURCE, THAT HE AND MR. BOWEN HAD ANY TYPE OF PARTNERSHIP

10:52AM 3    AND WERE DEPENDENT ON EACH OTHER FOR THEIR SUCCESS.  I THINK

10:52AM 4    THAT WAS NOT STATED ON THE RECORD.

10:52AM 5            ALSO, THERE WASN'T ANY TESTIMONY FROM MR. PERALES

10:52AM 6    THAT THERE WAS ANY EVIDENCE THAT HE KNEW THAT THE DRUGS THAT

10:52AM 7    HE WAS GIVING MR. BOWEN WERE GOING TO BE RESOLD.  ONCE THEY

10:52AM 8    WERE SOLD, HE DIDN'T HAVE ANY INTEREST IN WHAT HAPPENED TO THEM

10:52AM 9    AFTER THAT BECAUSE HE WAS PAID FOR THEM.  THEY HAD BEEN PAID.

10:53AM 10           AND ALSO I THINK THE EVIDENCE SHOWS THAT, YOU KNOW,

10:53AM 11   AS THIS SO-CALLED MASSIVE GROUP OF PEOPLE IS BEHAVING IN

10:53AM 12   A CERTAIN WAY, THAT ALL OF A SUDDEN MR. BOWEN'S NAME THEN

10:53AM 13   APPEARS SOMETIME IN 2011.  AND AS RELATES TO THAT, YOU HAVE

10:53AM 14   MR. TIBBS, MS. DAVILA, MR. CABRALES TALKING ABOUT HOW HE MAY

10:53AM 15   HAVE BEEN INVOLVED IN JUNE OR JULY OF 2011, THAT THEY WERE

10:53AM 16   GOING DOWN TO DUNCANVILLE OR GOING TO DALLAS TO GET DRUGS FROM

10:53AM 17   MR. PERALES.  BUT YOU THEN HAD MS. KISHA BOWEN COME IN AND

10:53AM 18   STATE THAT SHE DIDN'T MAKE THIS INTRODUCTION UNTIL SEPTEMBER OF

10:53AM 19   2011.  SO YOU HAVE ALL THAT INCONSISTENT TESTIMONY ABOUT WHEN

10:53AM 20   HIS INVOLVEMENT OCCURRED.

10:53AM 21           YOU HAD MR. HOUSE, WHO TRIED TO IMPLICATE MR. BOWEN

10:54AM 22   BY SAYING HE--THAT MR. SALAZAR TOLD HIM THAT HE WAS HAVING

10:54AM 23   TROUBLE WITH MR. BOWEN.  BUT THEN WHEN YOU LISTEN TO KISHA'S

10:54AM 24   TESTIMONY, SHE DIDN'T MAKE THIS ALLEGED INTRODUCTION UNTIL

10:54AM 25   AUGUST OF 2011.  WE ALL KNOW BY THE TESTIMONY THAT THEN

10:54AM 1    MR. SALAZAR IS IN CUSTODY BY THAT TIME AND MR. HOUSE DIDN'T

10:54AM 2    HAVE ANY DEALINGS WITH MR. BOWEN.

10:54AM 3          SO THEN YOU GET TO THE FALL OF 2011.  YOU HAVE

10:54AM 4    MR. TIBBS, WHO CLAIMS THAT THEY POOLED THEIR MONEY TOGETHER.

10:54AM 5    BUT I THINK THE ISSUE THERE IS THEN THEY WOULD SEPARATE IT OUT

10:54AM 6    AND THEN THEY WENT THEIR OWN WAYS, THAT NEITHER ONE OF THEM WAS

10:54AM 7    MUTUALLY DEPENDENT ON EACH OTHER FOR THEIR SUCCESS.  ONE WASN'T

10:54AM 8    DEPENDING ON THE OTHER TO MAKE A PROFIT.  THEY WEREN'T SPLITTING

10:54AM 9    PROFITS.  THERE WASN'T ANY EVIDENCE THAT THERE WAS ANY

10:54AM 10   SPLITTING OF ANY TYPE OF PROFIT.

10:54AM 11         AND THEN I WOULD SIMPLY END THAT, YOU KNOW, THE CASE

10:54AM 12   AGAINST MR. BOWEN SIMPLY RESTS ON CODEFENDANT TESTIMONY ALONE.

10:55AM 13   YOU HAVE NO SURVEILLANCE, YOU HAVE NO TRAFFIC STOPS, YOU HAVE

10:55AM 14   NO SEARCH WARRANTS, YOU HAVE NO WIRETAPS, YOU HAVE NO RECORDED

10:55AM 15   PHONE CONVERSATIONS, NO DRUG SEIZURES, YOU HAVE NO PHYSICAL

10:55AM 16   EVIDENCE OR ANY INVESTIGATIVE TECHNIQUES THAT WERE UTILIZED TO

10:55AM 17   CORROBORATE ANY OF THIS TESTIMONY.  MY UNDERSTANDING IS, IF

10:55AM 18   YOU LISTENED TO THE EVIDENCE, THAT MR. MATA AND THE DEA GETS

10:55AM 19   INVOLVED IN NOVEMBER OF 2011 AND THEN MR. BOWEN IS INDICTED IN

10:55AM 20   JANUARY OF 2012.

10:55AM 21         SO I THINK WHEN YOU LOOK AT THE WHOLE RECORD ON ITS

10:55AM 22   FACE AND LOOK AT THE ELEMENTS THEY NEEDED TO PROVE, YOUR HONOR,

10:55AM 23   THERE'S SIMPLY NO EVIDENCE THAT THERE WAS ANY SORT OF AN

10:55AM 24   AGREEMENT THAT MR. BOWEN ENTERED INTO OR INTENDED TO FURTHER

10:55AM 25   IT.

TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1536

10:55AM 1      AND THEN, FINALLY, I WOULD ARGUE THAT THEY HAVE PLED

10:55AM 2  THIS CASE AS THIS SINGLE OVERARCHING CONSPIRACY, BUT, FRANKLY,

10:55AM 3  I THINK THEY'VE PROVEN SEVERAL ISOLATED CONSPIRACIES.

10:55AM 4      YOU HAD MR. NGUYEN, MR. CAMACHO AND THAT WHOLE LINE

10:56AM 5  OF PEOPLE.

10:56AM 6      THEN YOU HEAR THAT MR. SALAZAR GOES TO JAIL, SO

10:56AM 7  MR. QUIROLO STARTS DOING HIS OWN THING.

10:56AM 8      THEN CHRISTINA HOUSE AND KISHA BOWEN ARE STARTING TO

10:56AM 9  DO THEIR OWN THING.

10:56AM 10     AND THEN YOU HAVE TREY TIBBS, WHO IS JUST ALL OVER

10:56AM 11 THE MAP DOING HIS OWN THING WHEREVER HE CAN SO HE CAN SUPPORT

10:56AM 12 HIS DRUG HABIT.

10:56AM 13     SO I THINK WHEN YOU LOOK AT IT ALL, THEY'VE PROVEN

10:56AM 14 MAYBE A POSSIBILITY OF MULTIPLE CONSPIRACIES, BUT AS THEY HAVE

10:56AM 15 CHARGED IT WITH ONE SINGLE AGREEMENT AND FURTHERANCE OF THAT

10:56AM 16 AGREEMENT, THEY HAVEN'T DONE THAT.  AND WE ASK FOR AN

10:56AM 17 ACQUITTAL.

10:56AM 18     THE COURT:  OKAY.  WHILE YOU ARE AT THE PODIUM, YOU

10:56AM 19 MENTIONED THE TESTIMONY OF FERNANDO PERALES.  I'LL GO THROUGH

10:56AM 20 THAT.  AND YOU'VE CITED THE HOLLOWAY CASE FOR THE PROPOSITION

10:56AM 21 THAT SIMPLY A BUY/SELL ARRANGEMENT IS NOT EVIDENCE--AN

10:56AM 22 ARRANGEMENT BETWEEN A BUYER AND A SELLER IS NOT NECESSARILY

10:56AM 23 EVIDENCE OF A CONSPIRACY; HOWEVER, FRONTING DRUGS, FOR EXAMPLE,

10:57AM 24 OR DRUGS GIVEN TO SOMEONE ON CONSIGNMENT MAY INDICATE A

10:57AM 25 COOPERATIVE ARRANGEMENT.

10:57AM  1      JUST LOOKING THROUGH MY NOTES ON THE TESTIMONY--

10:57AM  2  AND I CAN'T WRITE DOWN EVERYTHING--FERNANDO PERALES DID

10:57AM  3  IDENTIFY MR. BOWEN IN OPEN COURT AND TESTIFIED THAT HE SOLD

10:57AM  4  DRUGS--METHAMPHETAMINE--TO MR. BOWEN.  HE TESTIFIED THAT TREY

10:57AM  5  TIBBS WAS ONE OF--WAS WITH MR. BOWEN, AND THAT BOWEN AND TIBBS

10:57AM  6  TOGETHER WOULD PICK UP 10 OUNCES, AND THAT PERALES BEGAN

10:57AM  7  SELLING TO TIMOTHY BOWEN IN 2011, AND HE DELIVERED DRUGS TO

10:57AM  8  TIMOTHY BOWEN.

10:57AM  9      THEN WE HEARD THE TESTIMONY OF KENNETH HOUSE, WHO

10:57AM 10  TESTIFIED THAT MR. SALAZAR SAID HE WAS SELLING DRUGS TO TIMOTHY

10:58AM 11  BOWEN.  MR. HOUSE IDENTIFIED MR. BOWEN HERE IN THE COURTROOM.

10:58AM 12      THEN TREY TIBBS TESTIFIED, REGARDING BOWEN, THAT

10:58AM 13  HE MET TIMOTHY BOWEN.  HE IDENTIFIED HIM HERE IN THE COURTROOM.

10:58AM 14  ACCORDING TO TIBBS, MR. BOWEN TOLD TIBBS THAT PERALES WAS

10:58AM 15  BOWEN'S SUPPLIER.  AND I BELIEVE TREY TIBBS TESTIFIED THAT

10:58AM 16  HE AND MR. BOWEN DECIDED TO POOL THEIR MONEY AND BUY A LARGER

10:58AM 17  QUANTITY TOGETHER FROM PERALES.  IS THAT NOT CORRECT?  IS THAT

10:58AM 18  YOUR RECOLLECTION?

10:58AM 19      MR. WHALEN:  I DON'T KNOW ABOUT THE LARGER QUANTITY,

10:58AM 20  BUT MY RECOLLECTION IS THEY DID POOL THEIR MONEY TOGETHER.  AND

10:58AM 21  THERE WAS TESTIMONY THAT THEY GOT A BETTER PRICE AS A RESULT OF

10:58AM 22  THAT.  OR TIBBS WAS GETTING A BETTER PRICE.  I WOULD AGREE WITH

10:59AM 23  THAT.

10:59AM 24      THE COURT:  OKAY.  WELL, POOLING YOUR MONEY IS

10:59AM 25  WORKING COOPERATIVELY.  AND THAT WAS THE TESTIMONY OF TREY

10:59AM 1   TIBBS.

10:59AM 2       THERE WAS ALSO THE TESTIMONY OF MARIE DAVILA.  AND

10:59AM 3   SHE TESTIFIED THAT SHE WENT WITH JOSH BOWEN TO HIS BROTHER,

10:59AM 4   TIM BOWEN'S, HOUSE TO GET METHAMPHETAMINE FROM TIM BOWEN.  SHE

10:59AM 5   IDENTIFIED TIM BOWEN HERE IN THE COURTROOM.  SHE SAID SHE MET

10:59AM 6   WITH TIM BOWEN TO GET A BETTER DEAL ON METHAMPHETAMINE.  AND

10:59AM 7   SHE STARTED DRIVING FOR TIM BOWEN IN MID-JUNE OF 2011 TO GO

10:59AM 8   PICK UP DRUGS.  AND TIM BOWEN PAID HER A HUNDRED DOLLARS EACH

10:59AM 9   TIME, AND A GRAM OF METHAMPHETAMINE.  NOW, THAT IS A COOPERATIVE

10:59AM 10  WORKING RELATIONSHIP.  THAT INDICATES--THAT'S EVIDENCE OF A

11:00AM 11  CONSPIRACY.  SHE HAD OTHER TESTIMONY.  FOR EXAMPLE, SHE

11:00AM 12  TESTIFIED SHE HEARD TIM BOWEN COMPLAINING TO DOGG, WHO IS

11:00AM 13  FERNANDO PERALES, ABOUT THE PRICE OF METHAMPHETAMINE THAT

11:00AM 14  PERALES WAS CHARGING TIM BOWEN.

11:00AM 15      WE HEARD FROM CARLOS CABRALES, WHO IDENTIFIED TIM

11:00AM 16  BOWEN HERE IN THE COURTROOM.  HE SAID THAT HE GOT PAID WITH

11:00AM 17  METHAMPHETAMINE TO ALLOW HIS CAR TO BE USED BY MARIE DAVILA

11:00AM 18  AND TIM BOWEN.  AGAIN, I THINK THAT'S EVIDENCE OF A CONSPIRACY.

11:00AM 19  THAT'S A WORKING RELATIONSHIP, CABRALES ALLOWING HIS CAR TO

11:00AM 20  BE USED, AND IN RETURN BOWEN PAYS HIM OFF WITH METH.

11:01AM 21      SO I DON'T KNOW IF THERE'S OTHER TESTIMONY THAT

11:01AM 22  MS. BATSON OR MR. GONZALEZ WANTS TO POINT OUT TO THE COURT

11:01AM 23  ABOUT TIM BOWEN.

11:01AM 24      MS. BATSON:  YOUR HONOR, WITH THE TESTIMONY THAT

11:01AM 25  THE COURT HAS ALREADY GONE OVER, MS. DAVILA ALSO TESTIFIED THAT

11:01AM   1    THEY RENTED CARS, AND SO DID CARLOS CABRALES, IN ORDER FOR THEM

11:01AM   2    TO DRIVE DOWN THERE TO MEET DOGG TO OBTAIN THE METHAMPHETAMINE.

11:01AM   3            BUT THEN KISHA BOWEN ALSO TESTIFIED THAT TIM BOWEN

11:01AM   4    WAS HER BROTHER-IN-LAW.  AND SHE IS THE ONE WHO INITIALLY

11:01AM   5    INTRODUCED TIM BOWEN TO DEFENDANT SALAZAR IN ORDER FOR THEM TO

11:01AM   6    START DISTRIBUTING DRUGS TO EACH OTHER.  WHEN MR. SALAZAR WENT

11:01AM   7    TO JAIL, HE STARTED GOING TO DOGG.  AND CHRISTINA HOUSE ALSO

11:01AM   8    MADE THAT INTRODUCTION.  AND CHRISTINA HOUSE ALSO CORROBORATED

11:01AM   9    THAT.

11:01AM   10            THE COURT:  ALL RIGHT.

11:02AM   11            MR. WHALEN, BASED ON THE EVIDENCE I'VE REVIEWED AND

11:02AM   12    WHAT MS. BATSON HAS JUST POINTED OUT, I'M GOING TO DENY YOUR

11:02AM   13    MOTION FOR JUDGMENT OF ACQUITTAL UNDER RULE 29.  I THINK THERE

11:02AM   14    IS EVIDENCE OF A COOPERATIVE WORKING RELATIONSHIP BETWEEN

11:02AM   15    MR. BOWEN AND OTHER COCONSPIRATORS IN THIS CASE.  AND I LOOK

11:02AM   16    AT THE EVIDENCE IN THE LIGHT MOST FAVORABLE TO THE GOVERNMENT

11:02AM   17    AT THIS POINT.

11:02AM   18            MR. WHALEN:  I UNDERSTAND.

11:02AM   19            THE COURT:  LET ME COME BACK TO YOU, MR. KEMP,

11:02AM   20    BEFORE I GO ON.

11:02AM   21            WITH REGARD TO MR. SALAZAR, I'VE GONE THROUGH MY

11:02AM   22    NOTES.  ANDY NGUYEN TESTIFIED.  HE IDENTIFIED MR. SALAZAR IN

11:02AM   23    COURT--IN OPEN COURT HERE.  HE TESTIFIED THAT SALAZAR WENT TO

11:02AM   24    DALLAS TO PICK UP DRUGS.

11:03AM   25            MANUEL URBINA TESTIFIED.  HE IDENTIFIED RENE SALAZAR

11:03AM  1   IN THE COURTROOM.  HE SAID THAT SALAZAR WAS WITH MANUEL CAMACHO

11:03AM  2   WHEN CAMACHO PICKED UP METHAMPHETAMINE TO SELL TO SALAZAR.

11:03AM  3   CAMACHO GOT THE METHAMPHETAMINE FROM URBINA, WHO WAS

11:03AM  4   DISTRIBUTING METHAMPHETAMINE RECEIVED FROM ANDY NGUYEN.

11:03AM  5   SO THERE'S EVIDENCE OF A WORKING RELATIONSHIP AMONG URBINA,

11:03AM  6   SALAZAR, CAMACHO AND NGUYEN FROM THE TESTIMONY OF MANUEL

11:03AM  7   URBINA.

11:04AM  8        MANUEL CAMACHO TESTIFIED.  HE TESTIFIED THAT HE

11:04AM  9   DISTRIBUTED METHAMPHETAMINE TO SALAZAR, WHO REDISTRIBUTED THE

11:04AM  10  METHAMPHETAMINE IN SHERMAN AND DENISON.  HE TESTIFIED ABOUT

11:04AM  11  AMOUNTS.  HE TESTIFIED THAT HE DELIVERED METHAMPHETAMINE

11:04AM  12  TO SALAZAR, WHO LIVED ON DAY STREET, I THINK HE SAID.  HE

11:04AM  13  TESTIFIED THAT SALAZAR PUT CHARLES QUIROLO IN CHARGE WHEN

11:04AM  14  SALAZAR WAS UNAVAILABLE.  THAT'S EVIDENCE OF A COOPERATIVE

11:04AM  15  WORKING RELATIONSHIP AMONG CAMACHO, SALAZAR AND QUIROLO.

11:04AM  16  ALSO, HE TESTIFIED THAT KENNETH HOUSE WAS SALAZAR'S PARTNER.

11:04AM  17  AGAIN, EVIDENCE OF A WORKING RELATIONSHIP IN A CONSPIRACY.

11:05AM  18  HE TESTIFIED THAT TREY TIBBS WORKED FOR KENNETH HOUSE AND

11:05AM  19  THAT HOUSE AND SALAZAR WERE PARTNERS.

11:05AM  20       WE HEARD FROM FERNANDO PERALES, ALSO KNOWN AS DOGG.

11:05AM  21  HE TESTIFIED THAT KENNETH HOUSE TOLD PERALES THAT HOUSE'S

11:05AM  22  PARTNER WAS RENE SALAZAR.  PERALES IDENTIFIED SALAZAR IN

11:05AM  23  OPEN COURT.  HE TESTIFIED HE SOLD DIRECTLY TO SALAZAR--

11:05AM  24  SOLD METHAMPHETAMINE TO SALAZAR.

11:05AM  25       PRISCILLA CAMACHO MARCELENO TESTIFIED.  SHE SAID

11:05AM 1 MANUEL CAMACHO IS HER YOUNGER BROTHER. SHE DROVE

11:05AM 2 METHAMPHETAMINE TO DENISON FOR HER BROTHER. SHE IDENTIFIED

11:06AM 3 RENE SALAZAR IN THE COURTROOM. SHE DELIVERED DRUGS TO SALAZAR.

11:06AM 4 SHE ALSO DELIVERED TO KENNETH HOUSE WHEN SALAZAR WAS PRESENT.

11:06AM 5 THAT'S SOME EVIDENCE THAT SALAZAR AND HOUSE ARE WORKING TOGETHER.

11:06AM 6 BOBBY JOE JAMES TESTIFIED THAT SALAZAR WAS HOUSE'S

11:06AM 7 PARTNER. HE IDENTIFIED RENE SALAZAR HERE IN THE COURTROOM.

11:06AM 8 HE TESTIFIED HE GOT METHAMPHETAMINE FROM SALAZAR AND THAT HE

11:06AM 9 SOLD THE METHAMPHETAMINE HE GOT FROM HOUSE AND SALAZAR. HE

11:06AM 10 TESTIFIED CHARLIE QUIROLO WORKED FOR SALAZAR AND STASHED

11:07AM 11 METHAMPHETAMINE FOR SALAZAR. THAT'S EVIDENCE OF A CONSPIRACY.

11:07AM 12 CHARLES QUIROLO TESTIFIED. HE IDENTIFIED RENE

11:07AM 13 SALAZAR IN OPEN COURT. HE TESTIFIED THAT SALAZAR SOLD

11:07AM 14 METHAMPHETAMINE TO QUIROLO. HE TESTIFIED THAT HE WENT TO

11:07AM 15 SALAZAR'S HOUSE TO BUY THE METHAMPHETAMINE AND THAT HE

11:07AM 16 DELIVERED METHAMPHETAMINE TO SALAZAR'S CUSTOMERS. THAT IS

11:07AM 17 EVIDENCE OF A COOPERATIVE WORKING RELATIONSHIP AND, THEREFORE,

11:07AM 18 A CONSPIRACY. HE TESTIFIED THAT SALAZAR GOT HIS METH FROM

11:07AM 19 MANUEL MIKE CAMACHO. HE ALSO TESTIFIED THAT SALAZAR SUPPORTED

11:07AM 20 KENNETH HOUSE'S WIFE AFTER HOUSE WAS ARRESTED AND THAT SALAZAR

11:07AM 21 HAD TOLD QUIROLO THAT HE SUPPORTED CHRISTINA HOUSE.

11:08AM 22 ANDREA REEVES TESTIFIED THAT SHE'S THE EX-GIRLFRIEND

11:08AM 23 OF RENE SALAZAR. SHE IDENTIFIED SALAZAR IN THE COURTROOM.

11:08AM 24 SHE TESTIFIED SHE LIVED WITH SALAZAR AT 426 WEST DAY STREET

11:08AM 25 IN DENISON AND THAT SALAZAR SOLD METHAMPHETAMINE.

11:08AM 1    KENNETH HOUSE TESTIFIED THAT SALAZAR WAS

11:08AM 2 DISTRIBUTING DRUGS.  HE IDENTIFIED SALAZAR IN THE COURTROOM.

11:08AM 3 HE SAID HE SOLD METHAMPHETAMINE FOR RENE SALAZAR AND THEN HE

11:08AM 4 BECAME A PARTNER WITH SALAZAR.  AND FERNANDO PERALES BECAME

11:08AM 5 HOUSE'S SUPPLIER, AND HE WOULD SPLIT THE DRUGS HE BOUGHT WITH

11:08AM 6 SALAZAR.  THAT'S EVIDENCE OF A CONSPIRACY.  HE SAID HE SHARED

11:09AM 7 DRUGS WITH SALAZAR.  HE SAID BOBBY JAMES WOULD DELIVER DRUGS

11:09AM 8 AND PICK UP MONEY FOR KENNETH HOUSE AND RENE SALAZAR.  THAT'S

11:09AM 9 EVIDENCE OF A CONSPIRACY.  THOSE ARE WORKING RELATIONSHIPS.

11:09AM 10 HE TESTIFIED AND CORROBORATED OTHER TESTIMONY THAT CHARLES

11:09AM 11 QUIROLO SOLD AND STASHED DRUGS FOR RENE SALAZAR.

11:09AM 12    TREY TIBBS IDENTIFIED RENE SALAZAR IN THE COURTROOM.

11:09AM 13 HE TESTIFIED MANUEL CAMACHO SUPPLIED KENNETH HOUSE AND RENE

11:09AM 14 SALAZAR.  HE TESTIFIED THAT HE BOUGHT METHAMPHETAMINE FROM

11:10AM 15 SALAZAR AT THE HOUSE ON DAY STREET WHERE SALAZAR LIVED.

11:10AM 16 HE TESTIFIED THAT SALAZAR LIVED WITH ANDREA REEVES.

11:10AM 17    KISHA BOWEN TESTIFIED.  LET'S SEE.  SHE IDENTIFIED

11:10AM 18 RENE SALAZAR IN THE COURTROOM.  SHE TESTIFIED THAT WHEN HER

11:10AM 19 HUSBAND, MELVIN BOWEN, WENT TO JAIL--MELVIN BEING TIM BOWEN'S

11:10AM 20 BROTHER--THAT RENE SALAZAR TOLD HER THAT MELVIN OWED HIM

11:10AM 21 $298 AND SALAZAR TOLD HER THAT SHE COULD WORK OFF THE DEBT

11:11AM 22 BY PICKING UP METHAMPHETAMINE AND DELIVERING METHAMPHETAMINE

11:11AM 23 FOR HIM.  SHE DID SO.  THAT'S EVIDENCE OF A CONSPIRACY.

11:11AM 24 SHE TESTIFIED SHE DID THAT THREE TIMES.

11:11AM 25    SO YOUR MOTION FOR JUDGMENT OF ACQUITTAL UNDER RULE

Case 4:12-cr-00016-SDJ-CAN  Document 1160  Filed 11/10/14  Page 59 of 142 PageID #:
9188
TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1543

11:11AM 1  29 IS DENIED.  I THINK THERE IS EVIDENCE IN THE RECORD FROM

11:11AM 2  WHICH A REASONABLE JURY COULD FIND RENE SALAZAR GUILTY.

11:11AM 3          MR. KEMP:  THANK YOU, YOUR HONOR.

11:11AM 4          THE COURT:  MR. PETRAZIO?

11:11AM 5          MR. PETRAZIO:  THANK YOU, YOUR HONOR.

11:11AM 6          JUAN CARLOS VEGA MOVES THIS COURT, PURSUANT TO RULE

11:11AM 7  29, FOR A JUDGMENT OF ACQUITTAL.  YOUR HONOR, AS YOU ARE AWARE,

11:11AM 8  WE'VE HAD ONE WITNESS IN THIS CASE, ASIDE FROM THE CASE AGENT,

11:12AM 9  THAT TESTIFIED CONCERNING MR. VEGA'S ALLEGED INVOLVEMENT IN

11:12AM 10  THIS CASE.  THE COCONSPIRATOR THAT'S ALLEGED MR. VEGA IS

11:12AM 11  INVOLVED, AS YOU ARE AWARE, IS RAMIRO CAZARES.  MR. CAZARES

11:12AM 12  WAS ARRESTED ON APRIL 9TH OF 2012.  AFTER HE WAS ARRESTED,

11:12AM 13  I SUSPECT THAT THE GOVERNMENT TOLD HIM THAT IF HE COOPERATED

11:12AM 14  AND PROVIDED SUBSTANTIAL ASSISTANCE IN GIVING NAMES OF OTHER

11:12AM 15  INDIVIDUALS, THAT THAT MIGHT ASSIST HIM IN HIS CASE.  ON THAT

11:12AM 16  SAME DAY, A TELEPHONE CALL WAS MADE TO MR. VEGA BY RAMIRO

11:12AM 17  CAZARES.  AND MR. MATA TESTIFIED THAT HE WAS PRESENT DURING

11:12AM 18  THAT CALL, ALBEIT MR. VEGA WAS NOT AWARE THAT THERE WAS SOMEONE

11:12AM 19  ELSE LISTENING IN.  DURING THIS CALL THAT OBVIOUSLY MR. VEGA

11:13AM 20  HAS NO IDEA IS BEING RECORDED, SOME DISCUSSION WAS HAD.

11:13AM 21  WHETHER THAT RISES TO THE LEVEL OF A CONSPIRACY, WE DON'T

11:13AM 22  BELIEVE HAS BEEN ESTABLISHED.  MR. VEGA WAS ARRESTED ON THE

11:13AM 23  VERY SAME DAY.  HE WAS GIVEN AN ADDRESS BY MR. CAZARES.  THE

11:13AM 24  AGENTS WENT TO THAT HOUSE WITHOUT A SEARCH WARRANT, GOT CONSENT

11:13AM 25  TO SEARCH, AND FOUND NOTHING.  THE TESTIMONY IS THAT THERE WERE

Case 4:12-cr-00016-SDJ-CAN Document 1160 Filed 11/10/14 Page 60 of 142 PageID #: 9160
TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1544

11:13AM  1    NO PHOTOGRAPHS TAKEN AT THAT HOUSE.  THERE WAS A CAR SEIZED

11:13AM  2    FROM THE PARKING LOT OF THAT HOUSE THAT WAS REGISTERED TO

11:13AM  3    RAMIRO CAZARES, THE BLACK HONDA ACCORD THAT HAD A TRAP IN IT.

11:13AM  4    THERE'S NO EVIDENCE BEFORE THE COURT THAT MR. VEGA KNEW THERE

11:13AM  5    WAS A TRAP IN THAT CAR.

11:13AM  6            THE TESTIMONY OF MR. RAMIRO CAZARES IS THAT HE HAD

11:13AM  7    A ROMANTIC RELATIONSHIP WITH AN INDIVIDUAL BY THE NAME OF

11:13AM  8    YOLANDA DIVA IN MEXICO AND THAT MS. DIVA CALLED HIM AND

11:13AM  9    TESTIFIED--OR CALLED HIM AND SAID, "CAN YOU HELP ME OUT?  MY

11:14AM  10   BROTHER IS IN DANGER.  I NEED YOU TO DO ME A FAVOR TO PROTECT

11:14AM  11   HIM."  THAT WAS THE TESTIMONY THAT HE GAVE, THAT HE HAD REACHED

11:14AM  12   SOME SORT OF AGREEMENT WITH HIS GIRLFRIEND IN MEXICO TO DO HER

11:14AM  13   A FAVOR, AND THAT'S HOW HE BECAME INVOLVED IN THIS CASE.

11:14AM  14   THERE'S NO TESTIMONY THAT HE TOLD MR. VEGA ABOUT THAT AGREEMENT.

11:14AM  15   THERE'S NO TESTIMONY THAT--THE TESTIMONY THAT HE DID GIVE WAS

11:14AM  16   THAT HE AGREED TO DO FIVE FAVORS.  AND AT SOME POINT, WE GO

11:14AM  17   THROUGH AND THE TESTIMONY IS THERE THAT HE DOES THREE--HE GOES

11:14AM  18   THROUGH AND HE MAKES THREE MONEY PICKUPS BY HIMSELF.  THEN HE

11:14AM  19   DOES TWO DRUG PICKUPS BY HIMSELF.  THIS IS MR. RAMIRO CAZARES.

11:14AM  20   AND THEN BEFORE WE GET TO THE LAST DRUG PICKUP, THE GOVERNMENT

11:15AM  21   ASKS HIM IF HE KNOWS JUAN CARLOS VEGA.  THAT'S WHERE HE'S

11:15AM  22   BROUGHT INTO THIS DISCUSSION ON DIRECT.

11:15AM  23            THE TESTIMONY IS, "YEAH, HE'S SOMEONE WHO WORKS

11:15AM  24   FOR ME.  HE'S WORKED FOR ME FOR SIX OR SEVEN YEARS.  I HAVE

11:15AM  25   A REMODELING BUSINESS."  WE DIDN'T CONTROVERT THAT TESTIMONY.

11:15AM 1  THAT'S HOW MR. VEGA KNOWS RAMIRO CAZARES.  HE'S HIS WORKER.

11:15AM 2  THEN HE GOES ON TO SAY, WITHOUT EXPLANATION, WITHOUT

11:15AM 3  ANY SORT OF LAYING THE FOUNDATION THAT MR. VEGA KNEW ANYTHING

11:15AM 4  ABOUT HIS DRUG TRANSACTIONS, THAT HE LEFT THE WORK SITE WITH

11:15AM 5  MR. VEGA, NOT CLEAR WHETHER IN ONE OR TWO CARS, AND GOES TO

11:15AM 6  PICK UP DRUGS.  AND WE DON'T EVEN KNOW THAT--AND MR. CAZARES

11:15AM 7  DIDN'T TESTIFY AT ANY POINT PRIOR TO THIS THAT HE INFORMED

11:15AM 8  MR. VEGA ABOUT HIS INVOLVEMENT IN THIS--IN THIS RUNNING DRUGS.

11:15AM 9  AND WHAT'S CURIOUS IS THIS IS THE LAST TIME THAT THEY--THAT

11:16AM 10  MR. CAZARES HAS AN AGREEMENT WITH PRIMO TO PICK UP DRUGS.  AND

11:16AM 11  NOW HE'S INVOLVED HIS FRIEND AND HIS WORKER, MR. VEGA, IN THAT

11:16AM 12  TIME.  THERE'S NO SURVEILLANCE OF THAT, THERE'S NO PICTURES OF

11:16AM 13  THAT, THERE'S NO EVIDENCE OTHER THAN MR. RAMIRO CAZARES SAYING,

11:16AM 14  "HE WENT WITH ME ON THIS TIME," WITHOUT EXPLAINING WHY ON THE

11:16AM 15  EIGHT OR NINE PREVIOUS TIMES THAT HE'S INVOLVED THAT HE NEVER

11:16AM 16  TAKES ANYONE, LET ALONE MR. VEGA.  IT JUST SO HAPPENS THIS LAST

11:16AM 17  TIME.

11:16AM 18  AND THEN THERE'S TESTIMONY FROM RAMIRO CAZARES

11:16AM 19  THAT THEY TOOK THE DRUGS TO MR. VEGA'S APARTMENT WITHOUT

11:16AM 20  AN EXPLANATION AS TO WHY THEY DID THAT, AND THEN THEY TOOK

11:16AM 21  THEM--WHAT HE SAYS IS, "WE LOOKED AT THEM.  WE OPENED THEM UP

11:16AM 22  AND WE LOOKED AT THEM TO SEE WHAT--WE JUST LOOKED AT THEM,

11:16AM 23  AND THEN WE TOOK THEM AND WE LEFT AND WE WENT TO BLANCA

11:16AM 24  CAZARES'S," HIS EX-WIFE'S HOUSE, WHERE MR. CAZARES SAYS HE PUT

11:17AM 25  THEM IN A CLOSET IN A BASKET AND THAT'S WHERE THEY WENT.  HE

Case 4:12-cr-00016-SDJ-CAN  Document 1160  Filed 11/10/14  Page 62 of 142 PageID #:
8161
TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1546

11:17AM  1   WAS JUST GONNA LEAVE THEM THERE FOR A FEW DAYS.

11:17AM  2            JUDGE, AT THAT POINT THEY GET A WARRANT TO SEARCH

11:17AM  3   THAT HOUSE, THE DRUGS ARE FOUND.  THERE'S NO--AND THEN THEY

11:17AM  4   PLAY THE RECORDING ABOUT COOKING.  HE DIDN'T TESTIFY THAT THEY

11:17AM  5   HAD EVER DONE THIS BEFORE.  I THINK HIS TESTIMONY WAS, "I

11:17AM  6   TALKED TO PRIMO AND MR. VEGA--THERE WAS AN OPEN LINE.  HE HEARD

11:17AM  7   EVERYTHING.  AND HE TAUGHT US HOW TO COOK, AND WE TRIED IT AND

11:17AM  8   IT DIDN'T WORK."

11:17AM  9            THERE'S NO EVIDENCE BEFORE THE COURT THAT THERE WAS

11:17AM  10  AN AGREEMENT FOR MR. VEGA TO PARTICIPATE IN ANY CONSPIRACY.  HE

11:17AM  11  KNEW NO ONE IN THE CASE OTHER THAN RAMIRO CAZARES.  AND TO SAY

11:17AM  12  NOW THAT THEY'RE LINKED UP TO--WE DON'T KNOW WHO PRIMO IS.  WE

11:17AM  13  DO KNOW THAT THE GOVERNMENT HAS HIS PHONE NUMBER BECAUSE THEY

11:18AM  14  PLACED A CALL TO HIM.  BUT OTHER THAN THAT, THERE'S NO OTHER

11:18AM  15  BUYS THAT WERE SET UP WITH PRIMO.

11:18AM  16            THE COURT:  YOU ARE SAYING MR. VEGA DIDN'T KNOW WHO

11:18AM  17  PRIMO WAS?

11:18AM  18            MR. PETRAZIO:  I'M SAYING THAT THE PERSON THAT HAD

11:18AM  19  ALL THE CONTACT WITH PRIMO WAS MR. CAZARES.  HE TESTIFIED THAT

11:18AM  20  SOMEBODY MET HIM AND GAVE HIM A PHONE.  HE ALSO TESTIFIED THAT

11:18AM  21  HE HAD THE NUMBER FOR PRIMO, THAT MR. CAZARES HAD THE NUMBER

11:18AM  22  FOR PRIMO.

11:18AM  23            THE COURT:  OKAY.  BUT I HAVE IN MY NOTES THAT

11:18AM  24  AGENT MATA TESTIFIED THAT UPON ARREST MR. VEGA GAVE A VOLUNTARY

11:18AM  25  STATEMENT AND SAID HE KNEW CAZARES'S SOURCE OF DRUGS WAS PRIMO.

1547

11:18AM  1     MR. PETRAZIO:  I UNDERSTAND.

11:18AM  2     THE COURT:  THAT'S WHAT I WROTE DOWN.

11:18AM  3     MR. PETRAZIO:  I UNDERSTAND THAT, YOUR HONOR.  AND

11:18AM  4  I ASKED MR. MATA WHY, WITH ALL THE TECHNOLOGY THAT WE HAVE,

11:18AM  5  THAT A STATEMENT OR A CONFESSION IS ALLEGEDLY MADE BY MR. VEGA,

11:19AM  6  THERE'S NO RECORDING OF IT.  I MEAN, WHY THAT HAPPENED IS

11:19AM  7  BEYOND ME.

11:19AM  8     WHAT DID HAPPEN, THOUGH--AND I DON'T KNOW WHETHER

11:19AM  9  HIS RECORDER--ON THE SAME DAY THAT MR. VEGA ALLEGEDLY GAVE HIS

11:19AM  10 CONFESSION, HE RECORDED THE PHONE CALL.  IT ALL HAPPENED ON THE

11:19AM  11 SAME DAY.  SO HE HAS SOME SORT OF RECORDING DEVICE.  WHY HE

11:19AM  12 WOULDN'T RECORD SOME ALLEGED CONFESSION, WE DON'T HAVE IT.

11:19AM  13 WHAT WE DO HAVE IS THE AGENT'S CASE REPORT SAYING THAT HE

11:19AM  14 SAID ALL THIS.  THAT'S WHAT WE HAVE.  WE DON'T HAVE ANY

11:19AM  15 DIRECT EVIDENCE, A RECORDING OF A CONFESSION, A RECORDING OF

11:19AM  16 A STATEMENT OR ANYTHING LIKE THAT.  ANYTHING SIGNED.  I THINK

11:19AM  17 YOU NEED MORE EVIDENCE OTHER THAN WHAT'S PURPORTEDLY SAID BY A

11:19AM  18 DEFENDANT TO ESTABLISH THEIR ROLE IN A CONSPIRACY.  THERE WERE

11:19AM  19 NO OTHER WITNESSES.  WE HAVE ONE PERSON.  AND THAT ONE PERSON,

11:20AM  20 ON THE SAME DAY HE'S ARRESTED, MAKES A PHONE CALL THAT'S

11:20AM  21 RECORDED BY THE AGENT.  NOW HE'S CONNECTED TO HIM WHEN HE'S

11:20AM  22 DONE NINE DEALS BY HIMSELF, AND THEN ON THIS LAST TIME NOW

11:20AM  23 MR. VEGA SUPPOSEDLY WENT WITH HIM.  HE NEEDED TO TURN OVER

11:20AM  24 SOMEBODY.  HE DIDN'T HAVE ANYONE BECAUSE HE DIDN'T THINK THAT

11:20AM  25 HIS EX-WIFE OR MS. DAVILA KNEW ABOUT THE DRUGS.  HE TESTIFIED

11:20AM  1  TO THAT.  THAT WAS HIS TESTIMONY.  SO HE ONLY HAS ONE OTHER

11:20AM  2  PERSON, AND IT'S MR. VEGA.  AND HE'S BROUGHT IN ON THE DAY

11:20AM  3  THAT NOT ONLY MR. VEGA IS ARRESTED, HE'S BROUGHT INTO THIS

11:20AM  4  CASE--HE'S NOT EVEN ON THE GOVERNMENT'S RADAR UNTIL MR. CAZARES

11:20AM  5  BRINGS UP HIS NAME.  THEY MAKE A RECORDED TELEPHONE CALL, HE

11:20AM  6  GETS ARRESTED ON THE SAME DAY, ON THE LAST DAY THAT ANYONE IN

11:20AM  7  THIS CASE IS ARRESTED.  AS YOU ARE AWARE, MR. VEGA IS NUMBER

11:20AM  8  34 IN THIS CASE.  HE'S IT.  THEY STOPPED.  AND ON THE LAST DAY

11:20AM  9  THEY GIVE HIM SOMEBODY ELSE.  AND THAT'S WHAT THE EVIDENCE IS.

11:21AM  10  NONE OF THESE WITNESSES THAT TOOK THE STAND EVER SAID ANYTHING.

11:21AM  11  EVERY TIME I HAD TO STAND UP AND SAY, "NO QUESTIONS," BECAUSE

11:21AM  12  THEY DON'T KNOW WHO HE IS.  SO WE HAVE ONE PERSON.  AND SO FOR

11:21AM  13  THAT REASON WE RESPECTFULLY MOVE UNDER RULE 29.

11:21AM  14          THE COURT:  OKAY.  THANK YOU, MR. PETRAZIO.

11:21AM  15          MS. BATSON OR MR. GONZALEZ?

11:21AM  16          MS. BATSON:  DOES THE COURT HAVE THE TRANSCRIPT OF

11:21AM  17  MR. CAZARES'S TESTIMONY?

11:21AM  18          THE COURT:  THE TRANSCRIPT?  OH, YES, AS A MATTER

11:21AM  19  OF FACT, I DO.

11:21AM  20          LET ME TELL YOU WHAT I WROTE DOWN FIRST.  LET'S SEE.

11:21AM  21  HERE'S WHAT I WROTE DOWN ABOUT RAMIRO CAZARES:  HE TESTIFIED

11:21AM  22  THAT HE KNEW JUAN CARLOS VEGA.  HE IDENTIFIED MR. VEGA IN THE

11:21AM  23  COURTROOM.  HE TESTIFIED HE GAVE A PHONE NUMBER TO MR. VEGA AND

11:22AM  24  THAT VEGA TOLD HIM THAT HE PICKED UP SOME MONEY AND DELIVERED

11:22AM  25  IT TO TWO WOMEN.  HE TESTIFIED HE CALLED JUAN VEGA.  VEGA DROVE

11:22AM 1 A BLACK HONDA.  HE CALLED JUAN VEGA, WHO DROVE A BLACK HONDA,

11:22AM 2 TO MAKE THE PICKUP OF DRUGS.  AND HE ALSO TESTIFIED THAT HE AND

11:22AM 3 JUAN VEGA COOKED METHAMPHETAMINE TOGETHER AT THE BRITON COURT

11:22AM 4 HOUSE.

11:22AM 5          WAS THAT IN GRAND PRAIRIE?  IS THAT WHERE THAT HOUSE

11:22AM 6 WAS?

11:22AM 7          MS. BATSON:  YES, YOUR HONOR.

11:22AM 8          THE COURT:  HE ALSO TESTIFIED ABOUT THE RECORDED

11:22AM 9 PHONE CALL TO JUAN VEGA, WHICH IS GOVERNMENT'S EXHIBIT 52.

11:23AM 10 AND I WAS JUST PULLING OUT THAT TRANSCRIPT HERE TO LOOK BACK

11:23AM 11 THROUGH IT.  I'M SORRY.  YEAH.  SO THAT WAS THE TESTIMONY OF

11:23AM 12 RAMIRO CAZARES THAT I HAVE.

11:23AM 13          DID YOU WANT TO POINT OUT MORE TO ME IN THE

11:23AM 14 TRANSCRIPT?

11:23AM 15          MS. BATSON:  YOUR HONOR, THERE'S THE TRANSCRIPT OF,

11:23AM 16 ACTUALLY, CAZARES'S TESTIMONY.  DO YOU HAVE THAT?

11:23AM 17          THE COURT:  YES.

11:23AM 18          MS. BATSON:  OKAY.  YOUR HONOR, I WAS JUST GOING TO

11:23AM 19 POINT OUT A COUPLE OF THINGS.  WHEN MR. CAZARES TESTIFIED--

11:23AM 20 THIS IS ON--WHAT PAGE IS THIS?  THIS IS GOING TO BE PAGE 50.

11:23AM 21 HE TESTIFIED THAT THEY DECIDED TO DO IT TOGETHER.

11:23AM 22          THE COURT:  ALL RIGHT.  LET'S SEE.

11:23AM 23          MS. BATSON:  IT'S AT PAGE 50, LINE 9.

11:23AM 24          THE COURT:  LET ME GO BACK TO THE QUESTION.  OKAY.

11:24AM 25 I THINK THIS WAS DURING MR. PETRAZIO'S EXAMINATION OF THE

1550

11:24AM 1  WITNESS.

11:24AM 2          MS. BATSON:  YES, YOUR HONOR.

11:24AM 3          THE COURT:  ALL RIGHT.  MR. PETRAZIO ASKED

11:24AM 4  MR. CAZARES, "TELL ME WHO GOT JUAN INVOLVED IN THIS."

11:24AM 5          CAZARES SAID, "I DID."

11:24AM 6          "QUESTION:  YOU DID.  AND BECAUSE OF YOU, HE'S

11:24AM 7  SITTING HERE.  CORRECT?

11:24AM 8          "ANSWER:  YES.

11:25AM 9          "AND BECAUSE OF YOU, YOUR EX-WIFE IS IN THIS CASE.

11:25AM 10 CORRECT?"

11:25AM 11         "ANSWER:  YES.

11:25AM 12         "YOU WERE THINKING OF YOURSELF.  CORRECT?

11:25AM 13         "YES."

11:25AM 14         MR. PETRAZIO SAYS, "AND THAT'S ANOTHER PROBLEM YOU

11:25AM 15 HAVE, ISN'T IT?"

11:25AM 16         "ANSWER:  YES.  BUT I'M READY TO CHANGE IT."

11:25AM 17         MR. PETRAZIO SAYS, "THAT'S VERY ENCOURAGING, I'M

11:25AM 18 SURE, FOR MR. VEGA AT THIS POINT.  IS THAT ENCOURAGING?"

11:25AM 19         "ANSWER:  WELL, NO, WE DECIDED TO DO THAT TOGETHER.

11:25AM 20 NO ONE FORCED HIM."

11:25AM 21         IS THAT WHAT YOU WANT ME TO READ?

11:25AM 22         MS. BATSON:  YES, YOUR HONOR, THAT'S PART OF IT,

11:25AM 23 THAT THEY WERE DOING IT TOGETHER AND THAT MR. VEGA WASN'T

11:25AM 24 FORCED TO DO IT.  THAT'S A PART OF MR. CAZARES'S TESTIMONY.

11:26AM 25         AND THEN ON PAGE 58 MR. CAZARES FURTHER TESTIFIES

11:26AM  1  THAT MR. VEGA WAS GETTING PAID FOR HIS INVOLVEMENT WITH

11:26AM  2  MR. CAZARES AND PRIMO.  AND THAT WOULD BE ON PAGE 58, AGAIN

11:26AM  3  AT LINE 9.

11:26AM  4            THE COURT:  OKAY.  I SEE THAT.

11:26AM  5            MS. BATSON:  AND, YOUR HONOR, YOU HAVE THE TRANSCRIPT

11:26AM  6  OF THE RECORDING?

11:26AM  7            THE COURT:  YES.

11:26AM  8            MS. BATSON:  OKAY.  IN THAT RECORDING, YOUR HONOR,

11:26AM  9  JUST TO NOTE, WHEN THE DEFENDANT VEGA IS TALKING TO MR. CAZARES,

11:26AM  10  HE DISCUSSES WITH MR. CAZARES THE FACT THAT THEY'RE THE ONES WHO

11:26AM  11  HID THE BALLS IN THE LAUNDRY BASKET UPSTAIRS IN THE BEDROOM.

11:27AM  12            THE COURT:  THE BALLS?

11:27AM  13            MS. BATSON:  THE BALLS.  THEY WERE LIKE FOOTBALLS.

11:27AM  14  HE SAID THEY WERE SHAPED LIKE AMERICAN FOOTBALLS.

11:27AM  15            THE COURT:  OKAY.

11:27AM  16            MS. BATSON:  HE SAID THEY HID THOSE UPSTAIRS IN THE

11:27AM  17  UPSTAIRS AT BRITON COURT.  AND THEN HE TALKS ABOUT COOKING NOT

11:27AM  18  ONCE BUT TWICE, MR. VEGA DOES.  THEN WHEN MR. CAZARES SAYS,

11:27AM  19  "WE NEED TO MOVE THOSE BALLS, BECAUSE MY EX-WIFE FOUND OUT

11:27AM  20  AND SHE'S UPSET," MR. VEGA VOLUNTEERS TO MOVE THE BALLS TO

11:27AM  21  ANOTHER LOCATION.

11:27AM  22            THE COURT:  OKAY.  COULD I GO THROUGH THIS REAL

11:27AM  23  QUICK?  THEN I'LL BE UP TO SPEED WITH YOU.

11:27AM  24            MS. BATSON:  YES, YOUR HONOR.

11:28AM  25            THE COURT:  OKAY.  I SEE IN THE TRANSCRIPT OF THE

11:28AM 1 RECORDED PHONE CALL WHERE JUAN CARLOS VEGA SAYS TO RAMIRO

11:28AM 2 CAZARES, "ALL RIGHT.  WELL, CALL ME, MAN, IN CASE ANYTHING--IF

11:28AM 3 YOU WANT ME TO GO OVER THERE OR SOMETHING.  ANYWAY, I'M GONNA

11:28AM 4 SEE IF I CAN DO THE COOKING."  RIGHT?  IS THAT WHAT YOU ARE

11:29AM 5 REFERRING TO?

11:29AM 6          MS. BATSON:  YES.  THAT'S ON PAGE 3 OF GOVERNMENT'S

11:29AM 7 EXHIBIT 53.

11:29AM 8          THE COURT:  IT'S ON PAGE 2, ALSO.

11:29AM 9          MS. BATSON:  2 AND 3.

11:29AM 10          THE COURT:  I'M SORRY.  IT'S ON PAGE 3.

11:29AM 11          AND THEN CAZARES MENTIONS PRIMO, HE DOESN'T KNOW

11:29AM 12 WHAT'S GOING ON, HE HASN'T GOTTEN ANY NEWS.

11:29AM 13          MS. BATSON:  THEN HE ASKS JUAN CARLOS, "HAVE YOU

11:29AM 14 FOUND OUT ANYTHING?"  IN THAT SAME SENTENCE.

11:29AM 15          THE COURT:  YEAH.

11:29AM 16          MS. BATSON:  SO, CLEARLY, MR. VEGA HAS EQUAL ACCESS

11:29AM 17 TO THE SAME INFORMATION THAT MR. CAZARES DOES.  MR. VEGA SAYS

11:30AM 18 THAT THEY HAVEN'T CALLED HIM EITHER.

11:30AM 19          THEN ON PAGE 4 IS THE CONVERSATION ABOUT THE BALLS.

11:30AM 20          THE COURT:  YEAH.  OKAY.  WAS THERE OTHER TESTIMONY

11:30AM 21 ABOUT THE BALLS?

11:30AM 22          MS. BATSON:  YES, YOUR HONOR.  I BELIEVE THAT AGENT

11:30AM 23 MATA TESTIFIED THAT, AFTER SPEAKING WITH MR. VEGA, MR. VEGA

11:30AM 24 TOLD HIM THAT THEY HAD HIDDEN THE BALLS IN THE LAUNDRY BASKET

11:30AM 25 UPSTAIRS AT BRITON COURT.  THERE WAS A SEARCH WARRANT EXECUTED

11:30AM  1   AT THAT LOCATION, AND THAT'S WHERE THE BALLS WERE.  SO HOW ELSE

11:30AM  2   WOULD MR. VEGA KNOW THAT THAT'S WHERE THEY HID THEM?  AND

11:30AM  3   THAT'S EXACTLY WHERE THEY WERE FOUND.

11:30AM  4          THE COURT:  OKAY.

11:30AM  5          WELL, IN ADDITION TO WHAT YOU'VE POINTED OUT IN THE

11:30AM  6   TRANSCRIPT OF RAMIRO CAZARES'S TESTIMONY, CAZARES SAYS, "WE

11:31AM  7   DECIDED TO DO THAT TOGETHER.  NO ONE FORCED HIM.  HE TOOK THESE

11:31AM  8   ACTIONS ON HIS OWN," TALKING ABOUT JUAN VEGA.

11:31AM  9          I HAVE IN MY NOTES, AND I'M SURE IT'S IN THIS

11:31AM  10  TRANSCRIPT HERE, THAT CAZARES CALLED JUAN VEGA, WHO DROVE HIS

11:31AM  11  HONDA TO MAKE THE PICKUP OF DRUGS.

11:31AM  12         MS. BATSON:  YES, YOUR HONOR.  AND WHAT MR. CAZARES

11:31AM  13  TESTIFIED TO IS THAT WHILE HE WAS PUMPING GAS, MR. VEGA WENT

11:31AM  14  OVER AND MET WITH THE PEOPLE, OBTAINED THE METHAMPHETAMINE,

11:31AM  15  AND GOT BACK IN THE CAR AND SAID, YOU KNOW, "IT'S DONE."  THEN

11:31AM  16  THEY TOGETHER DROVE TO MR. VEGA'S APARTMENT, LOOKED AT THE

11:31AM  17  METHAMPHETAMINE, SAW IT WAS METHAMPHETAMINE, LEFT IT IN THE

11:31AM  18  CAR OVERNIGHT, AND THEN THEY DROVE IT TO BRITON COURT THE NEXT

11:31AM  19  MORNING AND HID IT IN THE LAUNDRY BASKET WITH THE CLOTHES.

11:31AM  20         THE COURT:  OKAY.  AND THEN CAZARES TESTIFIED THAT

11:32AM  21  HE AND JUAN VEGA COOKED METHAMPHETAMINE AT THE BRITON

11:32AM  22  COURT HOUSE.  THAT SUGGESTS A WORKING RELATIONSHIP.

11:32AM  23         MS. BATSON:  IT WAS PRIMO WHO GAVE THEM THE

11:32AM  24  INSTRUCTIONS ON HOW TO COOK.

11:32AM  25         THE COURT:  THEN THERE WAS THE TESTIMONY OF AGENT

**1554**

11:32AM  1   MATA, WHO SAID WHEN HE ARRESTED VEGA, VEGA GAVE A VOLUNTARY

11:32AM  2   STATEMENT.  VEGA SAID HE KNEW CAZARES AND THAT CAZARES'S SOURCE

11:32AM  3   OF DRUGS WAS PRIMO.  VEGA SAID HE WAS A RUNNER FOR CAZARES AND

11:32AM  4   HE PICKED UP MONEY.  AND MR. VEGA SAID HE KNEW THAT THE BLACK

11:32AM  5   HONDA ACCORD HAD HIDDEN TRAPS.

11:32AM  6          SO, MR. PETRAZIO, I'M GOING TO DENY YOUR MOTION FOR

11:32AM  7   JUDGMENT OF ACQUITTAL.  I THINK THERE IS EVIDENCE UPON WHICH

11:32AM  8   A JURY COULD RELY TO BASE A VERDICT OF GUILTY.

11:32AM  9          MR. PETRAZIO:  THANK YOU, YOUR HONOR.

11:32AM  10          THE COURT:  ALL RIGHT.

11:32AM  11          I'M DENYING THE RULE 29 MOTIONS.

11:32AM  12          THE GOVERNMENT HAS RESTED.

11:32AM  13          I'M GOING TO BRING THE JURY BACK OUT HERE.  EACH

11:33AM  14   DEFENSE COUNSEL SHOULD STAND AND ANNOUNCE TO THE JURY THAT YOU

11:33AM  15   HAVE ALSO RESTED, UNLESS YOU HAVE WITNESSES, UNLESS SOMETHING

11:33AM  16   HAS CHANGED.  OKAY.

11:33AM  17          SO WE'LL DO THAT.  THEN I'LL LET THE JURY GO UNTIL

11:33AM  18   PROBABLY--I'M THINKING--IT TAKES ME A LITTLE WHILE TO PUT THE

11:33AM  19   CHARGE TOGETHER, AND THEN YOU'LL NEED TIME TO LOOK AT IT.  IT'S

11:33AM  20   11:30.  I WAS THINKING ABOUT BRINGING THEM BACK AT 2:00.  WHAT

11:33AM  21   DO COUNSEL FEEL ABOUT THAT?  THEN HAVE FINAL ARGUMENTS AT 2:00.

11:33AM  22   THAT'S ABOUT AS QUICK AS WE COULD DO IT.  AND IT DEPENDS ON HOW

11:33AM  23   MUCH TIME YOU WANT FOR FINAL ARGUMENTS.

11:34AM  24          MR. KEMP:  WELL, YOUR HONOR, IN TALKING WITH

11:34AM  25   MS. BATSON, I THINK THAT WE'RE LOOKING AT PROBABLY THREE HOURS

Case 4:12-cr-00016-SDJ-CAN  Document 1160  Filed 11/10/14  Page 71 of 142 PageID #: 8260
TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1555

11:34AM 1  IN TERMS OF ACTUAL CLOSING-ARGUMENT TIME, DIVIDED AMONG THE

11:34AM 2  FOUR OF US.

11:34AM 3          THE COURT:  OKAY.  SO SHALL WE BRING THEM BACK

11:34AM 4  TOMORROW?

11:34AM 5          MR. WHALEN:  I THINK THAT MAY BE BEST, JUST BECAUSE

11:34AM 6  IF WE GET INTO A SITUATION WHERE THE CHARGE TAKES A LONG TIME,

11:34AM 7  TO HAVE THE GOVERNMENT ARGUE FIRST AND HAVE US COME BACK THE

11:34AM 8  FIRST DAY, I THINK--

11:34AM 9          THE COURT:  YEAH, I THINK IT WOULD BE BETTER IF YOU

11:34AM 10 ARGUED ON THE SAME DAY.  OKAY.  THEY LIKE TO GO HOME AT 5:00.

11:34AM 11 SO I'M GOING TO BRING THEM OUT HERE AND LET ALL DEFENDANTS

11:34AM 12 REST.  I'LL TELL THE JURY, "ALL OF THE EVIDENCE IS NOW BEFORE

11:34AM 13 YOU.  THE NEXT STEP IS FOR ME TO PREPARE THE JURY INSTRUCTIONS

11:34AM 14 AND HAVE A CONFERENCE WITH COUNSEL.  AND WE WON'T HAVE ENOUGH

11:35AM 15 TIME THIS AFTERNOON TO BOTH ARGUE AND FOR YOU TO DELIBERATE."

11:35AM 16 OKAY?  IS THAT AGREEABLE?

11:35AM 17         MR. WHALEN:  IT IS, YOUR HONOR.

11:35AM 18         MR. KEMP:  YES, YOUR HONOR.

11:35AM 19         MS. BATSON:  YES, YOUR HONOR.

11:35AM 20         MR. PETRAZIO:  YES, YOUR HONOR.

11:35AM 21         THE COURT:  OKAY.  GREAT.

11:35AM 22         MR. WHALEN:  DO YOU WANT US TO PUT ON THE RECORD

11:35AM 23 BRIEFLY THAT MR. BOWEN UNDERSTANDS HIS RIGHT TO TESTIFY OR

11:35AM 24 NOT TESTIFY, AND HE'S ELECTING TO NOT TESTIFY?

11:35AM 25         THE COURT:  YOU WANT TO ASK HIM THAT?

SWORN TESTIMONY OF TIMOTHY LEDON BOWEN

1556

| | | |
|---|---|---|
| 11:35AM | 1 | MR. WHALEN:  YES.  CAN I? |
| 11:35AM | 2 | THE COURT:  SURE.  YOU WILL NEED A MICROPHONE. |
| 11:35AM | 3 | MR. WHALEN:  SHALL I JUST HAVE HIM GO TO THE PODIUM? |
| 11:35AM | 4 | THE COURT:  SURE.  THAT WILL BE FINE. |
| 11:35AM | 5 | MR. WHALEN:  DOES HE NEED TO BE SWORN? |
| 11:35AM | 6 | THE COURT:  YES. |
| 11:35AM | 7 | MR. BOWEN, WOULD YOU RAISE YOUR RIGHT HAND? |
| 11:35AM | 8 | THE WITNESS:  IT'S AGAINST MY RELIGION TO SWEAR. |
| 11:35AM | 9 | THE COURT:  DO WHAT? |
| 11:35AM | 10 | THE WITNESS:  IT'S AGAINST MY RELIGION TO SWEAR. |
| 11:35AM | 11 | THE COURT:  I'M NOT GOING TO ASK YOU TO SWEAR. |
| 11:36AM | 12 | I'M GOING TO ASK YOU TO AFFIRM. |
| 11:36AM | 13 | THE WITNESS:  ALL RIGHT. |
| 11:36AM | 14 | DEPUTY CLERK:  YOU DO AFFIRM THAT THE TESTIMONY |
| 11:36AM | 15 | YOU SHALL GIVE IN THIS CASE NOW IN HEARING SHALL BE THE TRUTH, |
| 11:36AM | 16 | THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO HELP YOU GOD. |
| 11:36AM | 17 | THE WITNESS:  YES. |
| 11:36AM | 18 | EXAMINATION OF TIMOTHY LEDON BOWEN |
| 11:36AM | 19 | MR. WHALEN: |
| 11:36AM | 20 | Q.    STATE YOUR NAME FOR THE RECORD AND FOR THE COURT. |
| 11:36AM | 21 | A.    TIMOTHY LEDON BOWEN. |
| 11:36AM | 22 | Q.    TIM, WE DISCUSSED YOUR RIGHT TO TESTIFY, IS THAT |
| 11:36AM | 23 | CORRECT? |
| 11:36AM | 24 | A.    YES. |
| 11:36AM | 25 | Q.    YOU UNDERSTAND THAT IT'S YOUR RIGHT AND YOUR RIGHT |

SWORN TESTIMONY OF TIMOTHY LEDON BOWEN

**1557**

11:36AM  1   ALONE, IS THAT RIGHT?

11:36AM  2   A.    YES.

11:36AM  3   Q.    AND BASED ON OUR DISCUSSIONS, YOU HAVE ELECTED NOT TO

11:36AM  4   TESTIFY AT YOUR TRIAL, IS THAT RIGHT?

11:36AM  5   A.    YES.

11:36AM  6   Q.    AND THAT WAS A DECISION THAT YOU MADE ON YOUR OWN,

11:36AM  7   FREELY AND VOLUNTARILY, IS THAT CORRECT?

11:36AM  8   A.    YES.

11:36AM  9         MR. WHALEN:  THANK YOU.

11:36AM  10        THAT'S ALL I HAVE, YOUR HONOR.

11:41AM  11        THE COURT:  MR. PETRAZIO?

11:41AM  12        MR. PETRAZIO:  YOUR HONOR, I WOULD LIKE A MOMENT

11:41AM  13   ALONE WITH THE INTERPRETER TO DISCUSS THE SAME ISSUE.

11:41AM  14        THE COURT:  OKAY.

11:41AM  15        MR. PETRAZIO:  YOUR HONOR, AFTER HAVING SPOKEN

11:41AM  16   WITH MR. VEGA AND ADVISING HIM OF HIS RIGHT TO TESTIFY, AND MY

11:41AM  17   COUNSEL WITH RESPECT TO THAT, HE HAS CHOSEN TO WAIVE HIS RIGHT

11:41AM  18   TO TESTIFY ON HIS OWN BEHALF.

11:41AM  19        THE COURT:  ALL RIGHT.  OKAY.

11:41AM  20        MR. KEMP?

11:41AM  21        MR. KEMP:  WITH RESPECT TO MR. SALAZAR, WE, TOO,

11:41AM  22   HAVE DISCUSSED AD NAUSEAM HIS RIGHT TO TESTIFY, AND HE BELIEVES

11:41AM  23   IT'S IN HIS BEST INTEREST NOT TO TESTIFY AT THIS POINT, AND

11:41AM  24   HE'S NOT GOING TO DO SO.

11:41AM  25        THE COURT:  OKAY.  THANK YOU.

1558

| | | |
|---|---|---|
| 11:41AM | 1 | I'M GOING TO BRING IN THE JURY. |
| 11:41AM | 2 | MR. HOLLIS, GO AHEAD. |
| 11:42AM | 3 | COURT SECURITY OFFICER:  ALL RISE. |
| 11:43AM | 4 | [OPEN COURT, DEFENDANTS AND JURY PRESENT] |
| 11:43AM | 5 | THE COURT:  ALL RIGHT.  BE SEATED, PLEASE. |
| 11:43AM | 6 | LADIES AND GENTLEMEN, AS I TOLD YOU, THE GOVERNMENT |
| 11:43AM | 7 | HAS RESTED ITS CASE-IN-CHIEF. |
| 11:43AM | 8 | MR. KEMP, WHAT SAYS MR. SALAZAR? |
| 11:43AM | 9 | MR. KEMP:  YOUR HONOR, ON BEHALF OF MR. SALAZAR, AT |
| 11:43AM | 10 | THIS TIME THE DEFENSE RESTS. |
| 11:43AM | 11 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 11:43AM | 12 | MR. WHALEN? |
| 11:43AM | 13 | MR. WHALEN:  ON BEHALF OF TIMOTHY LEDON BOWEN, WE |
| 11:43AM | 14 | REST. |
| 11:43AM | 15 | THE COURT:  OKAY. |
| 11:43AM | 16 | MR. PETRAZIO:  YOUR HONOR, ON BEHALF OF JUAN CARLOS |
| 11:43AM | 17 | VEGA, WE REST. |
| 11:43AM | 18 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 11:43AM | 19 | LADIES AND GENTLEMEN, ALL OF THE EVIDENCE IS NOW |
| 11:43AM | 20 | BEFORE YOU IN THIS CASE.  THE NEXT STEP IS FOR THE COURT TO |
| 11:43AM | 21 | PREPARE JURY INSTRUCTIONS.  AFTER I HAVE PREPARED THE JURY |
| 11:43AM | 22 | INSTRUCTIONS, THEN I'LL CONDUCT A HEARING WITH ALL COUNSEL |
| 11:43AM | 23 | TO GIVE THEM AN OPPORTUNITY TO REVIEW MY DRAFT OF THE JURY |
| 11:43AM | 24 | INSTRUCTIONS AND TO MAKE ANY REQUESTS THEY MIGHT HAVE FOR |
| 11:43AM | 25 | CHANGES TO THE INSTRUCTIONS.  THAT PROCESS WILL TAKE AT LEAST |

11:43AM 1    TWO HOURS, PROBABLY TWO AND A HALF OR THREE HOURS.  SO BY THE

11:44AM 2    TIME WE FINISH THAT AND THEN BEGIN FINAL ARGUMENTS--AND THERE

11:44AM 3    ARE FOUR LAWYERS WHO WILL BE MAKING FINAL ARGUMENTS TO YOU, SO

11:44AM 4    THAT PROCESS WILL TAKE PROBABLY SEVERAL HOURS--THEN WE WOULD BE

11:44AM 5    RIGHT AT 5:00 OR EVEN AFTER.  AND I KNOW THAT SOME OF YOU NEED

11:44AM 6    TO LEAVE AT 5:00.  SO WE'RE GOING TO RECESS FOR TODAY.  I WILL

11:44AM 7    WORK ON THE JURY INSTRUCTIONS.  I'LL HAVE A HEARING LATER THIS

11:44AM 8    AFTERNOON WITH COUNSEL TO GO OVER THOSE INSTRUCTIONS AND GET

11:44AM 9    THEM FINALIZED, AND THEN WE'LL START WITH FINAL ARGUMENTS IN

11:44AM 10   THE MORNING.

11:44AM 11           ALL RIGHT, LADIES AND GENTLEMEN.

11:44AM 12           OH, AND I WILL EXPLAIN TO YOU THE HOUR AND 45

11:44AM 13   MINUTES THAT YOU WERE IN THE JURY ROOM JUST NOW.  I'LL EXPLAIN

11:44AM 14   THAT PROCESS TO YOU AFTER THE TRIAL.

11:44AM 15           THE ONLY OTHER THING I WANT TO SAY IS, JUROR NUMBER

11:44AM 16   2, I DID GET YOUR NOTE.  I DON'T THINK THERE WILL BE ANY

11:44AM 17   CONFLICT WITH YOUR APPOINTMENTS NEXT WEEK.

11:45AM 18           OKAY, LADIES AND GENTLEMEN.  AGAIN THANK YOU FOR

11:45AM 19   YOUR TIME AND ATTENTION.  I'LL SEE YOU TOMORROW MORNING AT

11:45AM 20   9 AM.

11:45AM 21           COURT SECURITY OFFICER:  ALL RISE.

11:45AM 22           [OPEN COURT, DEFENDANTS PRESENT, JURY NOT PRESENT]

11:45AM 23           THE COURT:  ALL RIGHT.  I THINK WHAT WE'LL DO IS

11:45AM 24   RECESS UNTIL--LET ME HAVE COUNSEL COME BACK AT--I CAN PROBABLY

11:45AM 25   HAVE IT DONE BY 2:00.  THAT WILL GIVE ME TWO HOURS AND 15

1560

11:45AM  1    MINUTES.  IS 2:00 OKAY?

11:46AM  2            SIMULTANEOUS VOICES:  THAT'S FINE.

11:46AM  3            THE COURT:  OKAY.  I'LL SEE YOU BACK AT 2:00.  DO

11:46AM  4    YOU WANT THE DEFENDANTS BACK HERE FOR THE CHARGE CONFERENCE?

11:46AM  5    IT DOESN'T MATTER TO ME.

11:46AM  6            MR. WHALEN:  ON BEHALF OF MR. BOWEN, HE'LL WAIVE HIS

11:46AM  7    PRESENCE AT THAT HEARING, YOUR HONOR.

11:46AM  8            THE COURT:  OKAY.

11:46AM  9            MR. PETRAZIO:  MR. VEGA WAIVES HIS RIGHT TO BE

11:46AM  10   PRESENT FOR THAT PARTICULAR CONFERENCE, YOUR HONOR.

11:46AM  11           THE COURT:  OKAY.

11:46AM  12           MR. KEMP:  YOUR HONOR, MR. SALAZAR WAIVES HIS

11:46AM  13   APPEARANCE FOR THE CONFERENCE AS WELL.

11:46AM  14           THE COURT:  OKAY.  THEN, I'LL TELL THE MARSHALS

11:46AM  15   THAT THEY CAN TAKE MR. SALAZAR, MR. BOWEN AND MR. VEGA BACK

11:46AM  16   TO WHEREVER THEY ARE BEING HOUSED.  JUST HAVE THEM BACK HERE

11:46AM  17   TOMORROW MORNING BY 9:00.

11:47AM  18           OKAY.  THANK YOU.  WE'LL RECESS UNTIL 2:00 THIS

11:47AM  19   AFTERNOON.

02:35PM  20           [RECESS]

02:35PM  21           [OPEN COURT, NEITHER DEFENDANTS NOR JURY PRESENT]

02:35PM  22           THE COURT:  KEEP YOUR SEATS.

02:40PM  23           Y'ALL JUST LET ME KNOW WHEN YOU ARE READY.

02:52PM  24           MR. GONZALEZ AND MS. BATSON, ARE YOU READY, OR ARE

02:52PM  25   YOU STILL WORKING ON IT?

Case 4:12-cr-00016-SDJ-CAN   Document 1160   Filed 11/10/14   Page 77 of 142 PageID #:
8266
TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1561

02:52PM   1          MR. GONZALEZ:  I'M READY.

02:52PM   2          THE COURT:  LET'S GO ON THE RECORD.

02:52PM   3          TO THE PROPOSED JURY INSTRUCTIONS, ARE THERE

02:52PM   4   OBJECTIONS BY THE GOVERNMENT?

02:52PM   5          MR. GONZALEZ:  YOUR HONOR, THE FIRST QUESTION I

02:52PM   6   HAVE IS ON PAGE 5, THE ACCOMPLICE/CODEFENDANT PLEA-AGREEMENT

02:52PM   7   SECTION.

02:52PM   8          THE COURT:  OKAY.

02:52PM   9          MR. GONZALEZ:  I THINK THAT ADDRESSES CODEFENDANTS,

02:52PM   10  BUT THERE WERE OTHERS WHO WEREN'T CODEFENDANTS.  FOR EXAMPLE--

02:52PM   11         THE COURT:  I CHANGED THE WORDING.  I JUST GROUPED

02:52PM   12  THEM ALL AS ACCOMPLICES, WHICH WOULD INCLUDE CODEFENDANTS, I

02:52PM   13  BELIEVE.

02:52PM   14         MR. GONZALEZ:  OKAY.  WELL, IT SAYS "SOME OF WHOM

02:52PM   15  WERE NAMED AS CODEFENDANTS."

02:52PM   16         THE COURT:  RIGHT.  SOME OF YOUR WITNESSES ARE

02:52PM   17  CODEFENDANTS, SOME AREN'T.

02:52PM   18         MR. GONZALEZ:  OKAY.  I SEE WHAT YOU DID.

02:53PM   19         THE COURT:  THERE MAY BE OTHER LANGUAGE FROM 1.14

02:53PM   20  ON ACCOMPLICE-INFORMER IMMUNITY THAT COULD BE PUT IN THERE.

02:53PM   21  I'M NOT SURE ANYBODY HAS BEEN GIVEN IMMUNITY.  I DIDN'T

02:53PM   22  HEAR ANYTHING ABOUT THAT.  SOME OF THEM DID TESTIFY THAT THE

02:53PM   23  GOVERNMENT HAD AGREED NOT TO PROSECUTE THEM IF THEY TESTIFIED.

02:53PM   24         MR. GONZALEZ:  OKAY.

02:53PM   25         YOUR HONOR, THEN, ON PAGE 10, WHERE IT SAYS "COUNT 1

02:53PM 1   OF THE SECOND SUPERSEDING INDICTMENT CHARGES"--AND IT HAS THE

02:54PM 2   DEFENDANTS--AND IT SAYS, "DID KNOWINGLY AND INTENTIONALLY

02:54PM 3   COMBINE, CONSPIRE AND AGREE WITH EACH OTHER AND OTHER PERSONS

02:54PM 4   KNOWN AND UNKNOWN TO THE UNITED STATES GRAND JURY, TO KNOWINGLY

02:54PM 5   AND INTENTIONALLY POSSESS WITH THE INTENT TO DISTRIBUTE"--

02:54PM 6   I THINK THE INDICTMENT SAYS "MANUFACTURE AND DISTRIBUTE" OR

02:54PM 7   "DISTRIBUTE AND MANUFACTURE," ONE OF THE TWO.  I THINK IT'S

02:54PM 8   "MANUFACTURE AND DISTRIBUTE."  SO, OBVIOUSLY, IN ORDER FOR IT

02:54PM 9   TO TRACK THE INDICTMENT...

02:54PM 10          THE COURT:  I DON'T SEE "MANUFACTURE" IN THERE.

02:55PM 11          MR. GONZALEZ:  THAT'S FINE.  IT DOES SAY IT IN THE

02:55PM 12  CAPTION ON TOP, IT JUST DOESN'T SAY IT IN THE BODY.

02:55PM 13          THE COURT:  OKAY.

02:55PM 14          MR. GONZALEZ:  IN THE CAPTION IT SAYS, "CONSPIRACY

02:55PM 15  TO POSSESS WITH THE INTENT TO MANUFACTURE AND DISTRIBUTE

02:55PM 16  METHAMPHETAMINE," BUT IN THE BODY, YOU ARE CORRECT, YOUR HONOR,

02:55PM 17  IT JUST SAYS "DISTRIBUTE."

02:55PM 18          THE COURT:  IF Y'ALL CAN AGREE ON SOMETHING--I WAS

02:55PM 19  JUST GOING BY WHAT'S ALLEGED IN THE BODY.  I DIDN'T EVEN LOOK

02:55PM 20  AT THE CAPTION.

02:55PM 21          MR. GONZALEZ:  AND I THINK THAT'S PROBABLY CORRECT.

02:55PM 22  I THINK THAT'S CONTROLLING.  SO I THINK THAT TECHNICALLY IS

02:55PM 23  CORRECT.

02:55PM 24          THE COURT:  WELL, THEN, I PROBABLY NEED TO ASK

02:55PM 25  MS. SANFORD, WHEN SHE SENDS A COPY OF THE SECOND SUPERSEDING

02:55PM 1   INDICTMENT BACK TO THE JURY, TO TAKE OUT NOT ONLY THE

02:55PM 2   FORFEITURE NOTICE BUT ALSO THE CAPTION.

02:55PM 3          MR. GONZALEZ:  I JUST DON'T WANT ANY QUESTIONS FROM

02:55PM 4   THE JURY LATER ON ABOUT THAT ISSUE.

02:56PM 5          THE COURT:  YEAH.

02:56PM 6          ANY OBJECTION TO TAKING OUT THE CAPTION THAT

02:56PM 7   REFERS TO "DISTRIBUTION"?  I MEAN, THERE'S NO ALLEGATION OF

02:56PM 8   DISTRIBUTION IN THE WORDING OF COUNT 1 OTHER THAN IN THE

02:56PM 9   PARENTHETICAL PORTION OF THE CAPTION.

02:56PM 10         MR. WHALEN:  THE "MANUFACTURE"?

02:56PM 11         THE COURT:  I'M SORRY.  YEAH, "MANUFACTURING."  TAKE

02:56PM 12  OUT THE CAPTIONING THAT REFERS TO "MANUFACTURING" WHEN THERE'S

02:56PM 13  NO REFERENCE TO THAT IN THE REST OF COUNT 1.

02:56PM 14         MR. WHALEN:  I'D HAVE NO OBJECTIONS TO THAT.

02:56PM 15         MR. KEMP:  I'D HAVE NO OBJECTION TO THAT EITHER.

02:56PM 16         MR. PETRAZIO:  NO OBJECTION.

02:56PM 17         THE COURT:  OKAY.

02:56PM 18         MS. SANFORD, WOULD YOU TAKE OUT THAT CAPTION THERE.

02:56PM 19         DEPUTY COURT CLERK:  YES.

02:57PM 20         THE COURT:  WHAT ELSE, MR. GONZALEZ?

02:57PM 21         MR. GONZALEZ:  AND I THINK IN THE ELEMENTS, YOUR

02:57PM 22  HONOR, IT TALKS ABOUT "METHAMPHETAMINE (ACTUAL)" BEFORE

02:57PM 23  "MIXTURE."  I KNOW THAT THAT'S JUST STYLISTIC.  IN REGARDS

02:57PM 24  TO, ONCE AGAIN, WHAT'S CONSTRUCTED ABOVE, AS OPPOSED TO WHAT'S

02:57PM 25  IN THE ELEMENTS.  THEY'RE IN REVERSE ORDER.  WE TALKED ABOUT

02:57PM   1   MIXTURE FIRST, AND THAT'S THE WAY IT'S IN THE INDICTMENT.

02:57PM   2           THE COURT:  ALL RIGHT.  NOW, WAIT A MINUTE.  LET'S

02:58PM   3   SEE.  OH, OKAY.  THE INDICTMENT ALLEGES "MIXTURE" FIRST AND

02:58PM   4   THEN "ACTUAL"?

02:58PM   5           MR. GONZALEZ:  CORRECT.  AND THAT'S HOW YOU

02:58PM   6   INSTRUCTED ABOVE, ALSO.  RIGHT BEFORE THAT, IN THE PARAGRAPH

02:58PM   7   ABOVE, YOU SAY "500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE

02:58PM   8   CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE AND/OR 50

02:58PM   9   GRAMS--IT DOESN'T MAKE A DIFFERENCE.  I'M JUST POINTING THAT

02:58PM   10  OUT.

02:58PM   11          THE COURT:  YEAH, I DON'T KNOW THAT IT MATTERS, BUT

02:58PM   12  I MEAN, I CAN INVERT THAT IF YOU WANT ME TO.

02:58PM   13          MR. GONZALEZ:  OKAY.

02:58PM   14          THE COURT:  I DON'T THINK IT'S A BIG DEAL.

02:58PM   15          MR. GONZALEZ:  RIGHT.  I WAS JUST POINTING THAT OUT

02:58PM   16  TO THE COURT THAT THAT WAS DIFFERENT.

02:58PM   17          THE COURT:  OKAY.

02:58PM   18          MR. GONZALEZ:  NOW, IN THE JURY VERDICT, YOUR HONOR,

02:59PM   19  I DON'T THINK WE NEED THE PORTION WHERE IT SAYS, "SO IF YOU

02:59PM   20  HAVE FOUND THE DEFENDANT RENE CORTEZ SALAZAR GUILTY, YOU MUST

02:59PM   21  ANSWER THE FOLLOWING QUESTION," AND THEN IT GOES TO "1.  DO

02:59PM   22  YOU FIND BEYOND A REASONABLE DOUBT THAT THE CONSPIRACY ALLEGED

02:59PM   23  INVOLVED A MIXTURE OR SUBSTANCE CONTAINING DETECTABLE AMOUNTS

02:59PM   24  OF METHAMPHETAMINE OR ACTUAL METHAMPHETAMINE?"  BECAUSE IF THEY

02:59PM   25  FIND HIM GUILTY OF COUNT 1, I THINK THAT APPLIES TO A SITUATION

02:59PM   1   WHERE YOU HAVE MULTIPLE DRUGS ALLEGED IN ONE COUNT AND,

02:59PM   2   THEREFORE, YOU ARE HAVING THEM GO THROUGH EACH ONE AND HAVING

02:59PM   3   THEM--FOR EXAMPLE, IF THEY HAD ALLEGED--IF WE HAD ALLEGED

02:59PM   4   MARIJUANA AND METHAMPHETAMINE, HAVING THEM FIND THAT HE WAS

02:59PM   5   INVOLVED WITH MARIJUANA, THEN FINDING THE QUANTITY, HAVING THEM

02:59PM   6   FIND--AND SO ON AND SO FORTH.  SO I DON'T THINK WE NEED THAT

02:59PM   7   PARTICULAR QUESTION.  I THINK IT'S REDUNDANT.

02:59PM   8            THE COURT:  OKAY.  I'M TRYING TO THINK OF--LET'S

02:59PM   9   SEE.  WHY DID I HAVE THAT?

02:59PM  10            MR. GONZALEZ:  I THINK MS. RATTAN TYPICALLY CHARGES

03:00PM  11   MORE THAN ONE DRUG IN HER INDICTMENTS.  SHE DOESN'T SEPARATE

03:00PM  12   THEM OUT LIKE I DO.  SO I THINK MAYBE THAT'S WHERE THAT CAME

03:00PM  13   FROM.

03:00PM  14            THE COURT:  LET'S SEE.  YES, YOU ARE RIGHT.  THE

03:00PM  15   CASE THAT I TRIED--ONE OF THE CASES I TRIED IN NOVEMBER

03:00PM  16   INVOLVED TWO DIFFERENT DRUGS.

03:00PM  17            MR. GONZALEZ:  CORRECT.  AND THAT'S WHEN YOU HAVE

03:00PM  18   THE SAME DRUG IN ONE COUNT AND YOU HAVE TO--I MEAN, I GUESS

03:00PM  19   THE JURY COULD FIND TWO--ONE DRUG AND NOT THE OTHER.

03:00PM  20            THE COURT:  OH, OKAY.  I'M TOLD THAT YOUR PROPOSED

03:00PM  21   INSTRUCTION CAME LIKE THIS.

03:00PM  22            MR. GONZALEZ:  IF IT DID, I APOLOGIZE FOR THAT.

03:00PM  23            THE COURT:  BUT I THINK YOU ARE RIGHT.  I DON'T

03:00PM  24   THINK THERE'S A NEED TO ASK THAT.  IF THEY FOUND HIM GUILTY,

03:00PM  25   THAT'S IN THE INDICTMENT ITSELF.

03:00PM  1        MR. GONZALEZ:  CORRECT.  IF THEY FOUND HIM GUILTY OF

03:00PM  2  THE METHAMPHETAMINE.  SO THE ONLY QUESTION LEFT IS THE QUANTITY.

03:01PM  3        THE COURT:  YES.  OKAY.  LET'S SEE.  WELL, IT'S OKAY

03:01PM  4  TO LEAVE IN THE SENTENCE, THEN, "SO IF YOU FOUND THE DEFENDANT

03:01PM  5  RENE CORTEZ SALAZAR GUILTY OF COUNT 1 OF THE SUPERSEDING

03:01PM  6  INDICTMENT, YOU MUST ANSWER THE FOLLOWING QUESTION."  AND THEN

03:01PM  7  WE COULD JUST START WITH "PLEASE INDICATE YOUR FINDING OF THE

03:01PM  8  QUANTITY INVOLVED IN THE CONSPIRACY."

03:01PM  9        MR. GONZALEZ:  YES, SIR.

03:01PM 10        THE COURT:  OKAY.  ALL RIGHT.  THAT MAKES SENSE.

03:01PM 11  THANK YOU.

03:01PM 12        MR. GONZALEZ:  AND FINALLY, YOUR HONOR, IN REGARDS

03:01PM 13  TO "MULTIPLE CONSPIRACIES," I WOULD ARGUE THAT THEY'RE NOT

03:01PM 14  MULTIPLE CONSPIRACIES; THERE'S ONLY ONE CONSPIRACY HERE,

03:01PM 15  AND THE EVIDENCE HAS ONLY INDICATED ONE CONSPIRACY.

03:02PM 16        THE COURT:  OKAY.  I THINK MR. WHALEN ASKED FOR

03:02PM 17  THAT.

03:02PM 18        MR. GONZALEZ:  YOUR HONOR, I WOULD SIMPLY ARGUE THAT

03:02PM 19  IT'S THE NATURE AND SCOPE OF THE AGREEMENT THAT DISTINGUISHES

03:02PM 20  BETWEEN A SINGLE CONSPIRACY AND MULTIPLE CONSPIRACIES AND THAT

03:02PM 21  IT IS THE COMMON CRIMINAL OBJECTIVE THAT DETERMINES WHETHER

03:02PM 22  IT'S ONE CONSPIRACY OR A SECOND CONSPIRACY, OR TWO CONSPIRACIES.

03:02PM 23  ALSO, THE CASE LAW INDICATES THAT THERE ARE THREE FACTORS

03:02PM 24  TO BE CONSIDERED IN DETERMINING WHETHER THERE'S A SINGLE OR

03:02PM 25  MULTIPLE CONSPIRACIES:

1567

03:02PM   1            FIRST, WHAT WAS THE COMMON GOAL OF THE CRIMINAL

03:02PM   2   AGREEMENT?

03:02PM   3            SECONDLY, WHAT WAS THE NATURE OF THE AGREEMENT?

03:02PM   4            THIRD, DO THE NETWORK ACTIVITIES OF THE PARTICIPANTS

03:02PM   5   OVERLAP?

03:02PM   6            THOSE ARE THE--WHAT SOME OF THE CASE LAW SAYS YOU

03:02PM   7   SHOULD LOOK AT.

03:02PM   8            IN REGARDS TO THE FIRST FACTOR, THE COMMON GOAL

03:03PM   9   IN THIS CONSPIRACY WAS TO PURCHASE METHAMPHETAMINE IN DALLAS,

03:03PM  10   TRANSPORT IT TO SHERMAN AND DENISON, AND DISTRIBUTE IT THERE.

03:03PM  11   THAT WAS THE COMMON GOAL OF ALL THE PEOPLE THAT WERE INVOLVED

03:03PM  12   HERE.  THERE WERE TWO SEPARATE SOURCES OF SUPPLY, BUT THE

03:03PM  13   COMMON GOAL WAS THAT, OBTAIN METHAMPHETAMINE IN DALLAS,

03:03PM  14   TRANSPORT IT TO SHERMAN-DENISON, AND DISTRIBUTE IT THERE,

03:03PM  15   AND THEN DO THAT ALL OVER AGAIN.

03:03PM  16            AND IN REGARDS TO THE SECOND FACTOR OR SECOND

03:03PM  17   CONSIDERATION, "WHAT WAS THE NATURE OF THE AGREEMENT," THE

03:03PM  18   NATURE OF THE AGREEMENT WAS:  SELL THE METHAMPHETAMINE IN

03:03PM  19   SHERMAN-DENISON, GET THE MONEY, AND TAKE IT TO THE TWO

03:03PM  20   SUPPLIERS.

03:03PM  21            AND DURING THE TESTIMONY, WHAT THE WITNESSES SAID

03:03PM  22   IS THAT THEY WENT FROM ONE SUPPLIER TO ANOTHER SUPPLIER BECAUSE

03:03PM  23   THE MONEY--OR THE COST WAS CHEAPER ONE TO THE OTHER.  BUT

03:03PM  24   DURING THE CONSPIRACY, THERE WAS TIMES WHERE THEY WERE GETTING

03:03PM  25   SOME FROM EITHER OF THE SUPPLIERS.  BECAUSE THE COMMON GOAL AND

**1568**

03:04PM  1   OBJECTIVE WAS, ONCE AGAIN, TO DISTRIBUTE THE METHAMPHETAMINE IN

03:04PM  2   SHERMAN-DENISON.

03:04PM  3            AND LASTLY, DO THE NETWORK ACTIVITIES OR THE

03:04PM  4   PARTICIPANTS OVERLAP?  WELL, THE ONLY OVERLAP THAT OCCURS IS

03:04PM  5   GOING BACK AND FORTH BETWEEN THE SUPPLIERS.  I KNOW THAT THERE

03:04PM  6   WAS SOME TESTIMONY ABOUT SOME OF THESE INDIVIDUALS GETTING

03:04PM  7   SUPPLIED BY OTHER PEOPLE BEFORE THEY JOINED THIS GROUP, BUT I

03:04PM  8   THINK THE BULK OF THE TESTIMONY HERE WAS IT WAS THIS GROUP OF

03:04PM  9   PEOPLE THAT KEPT BEING MENTIONED OVER AND OVER AND OVER AGAIN

03:04PM  10  DEALING TOGETHER, WORKING TOGETHER FOR THAT COMMON GOAL AND

03:04PM  11  OBJECTIVE, WHICH WAS THE DISTRIBUTION OF THE METHAMPHETAMINE

03:04PM  12  IN SHERMAN-DENISON.  SO THERE'S ONLY ONE CONSPIRACY HERE, NOT

03:04PM  13  MULTIPLE CONSPIRACIES.

03:04PM  14           THE COURT:  AND THE TWO SUPPLIERS BEING FERNANDO

03:04PM  15  PERALES AND PRIMO?

03:04PM  16           MR. GONZALEZ:  THE TWO SUPPLIERS BEING FERNANDO

03:04PM  17  PERALES AND ANDY NGUYEN.

03:04PM  18           THE COURT:  WELL, ANDY NGUYEN GOT HIS DRUGS FROM

03:05PM  19  PRIMO.  RIGHT?

03:05PM  20           MR. GONZALEZ:  CORRECT.  BUT NONE OF THE--AND I

03:05PM  21  SAY "THE TWO SUPPLIERS" HERE BECAUSE NONE OF THE PARTICIPANTS

03:05PM  22  IN--THAT TESTIFIED ACTUALLY RECEIVED IT DIRECTLY FROM PRIMO

03:05PM  23  OR ACTUALLY RECEIVED IT DIRECTLY FROM PELON, WHO WAS FERNANDO

03:05PM  24  PERALES'S SUPPLIER IN MEXICO, BECAUSE THOSE INDIVIDUALS WERE IN

03:05PM  25  MEXICO, OBVIOUSLY.

**1569**

| | |
|---|---|
| 03:05PM | 1 |

THE COURT:  YEAH.  OKAY.

MR. GONZALEZ:  AND IF THE COURT WISHES, I HAVE
SOME CITES.  I HAVE SOME FIFTH CIRCUIT CITES AS WELL AS OTHER
CIRCUITS THAT HAVE WHAT I'VE JUST ARTICULATED TO THE COURT.

THE COURT:  OKAY.  ALL RIGHT.  IS THAT IT FOR THE
GOVERNMENT?

MR. GONZALEZ:  YES, YOUR HONOR, IT IS.

THE COURT:  OKAY.

WHO WANTS TO SPEAK FIRST FOR THE DEFENSE?

MR. WHALEN:  I WILL, YOUR HONOR.

THE COURT:  OKAY.

MR. WHALEN:  WOULD YOU LIKE ME TO RESPOND TO THE
MULTIPLE-CONSPIRACIES ARGUMENT?

THE COURT:  YES.

MR. WHALEN:  OKAY.  YOUR HONOR, I THINK IF YOU LOOK
AT THE TESTIMONY THAT YOU HAVE AND THE EVIDENCE THAT YOU HAVE,
I THINK THERE IS EVIDENCE THAT THERE ARE MULTIPLE CONSPIRACIES.
I THINK IT'S TOO SIMPLISTIC TO THEN SAY THAT THE OVERALL SCHEME
WAS TO GET METHAMPHETAMINE IN DALLAS AND TAKE IT TO THE
SHERMAN-DENISON AREA.  I THINK THE THING THAT--IF THAT IS
THE AGREEMENT, I THINK THAT'S AN OVERSIMPLIFICATION OF THE
AGREEMENT.  EACH PART HAS A DIFFERENT AGREEMENT.  AND I THINK
IF YOU LOOK AT THE EVIDENCE PRESENTED, YOU HAVE A GROUP OF
PEOPLE THAT WORKED WITH HOUSE, SALAZAR AND BOBBY JAMES AT ONE
PARTICULAR TIME, AND THEY WERE BEING SUPPLIED BY MR. CAMACHO.

03:06PM  1  THEN I THINK THE ARGUMENT COULD ALSO BE MADE THAT ONCE KENNETH

03:07PM  2  HOUSE AND MR. SALAZAR ARE ARRESTED, THEY'RE NO LONGER A PART

03:07PM  3  OF THE CONSPIRACY, AND THAT CONSPIRACY ENDED AND THAT AGREEMENT

03:07PM  4  ENDED.

03:07PM  5           BECAUSE THEN YOU HAD TESTIMONY THAT MR. JAMES,

03:07PM  6  MELISSA STEWART AND TREY TIBBS THEN STARTED DEALING WITH

03:07PM  7  MR. CAMACHO DIRECTLY.  SO THAT, THEN, IS ANOTHER AGREEMENT,

03:07PM  8  ANOTHER GROUP OF PEOPLE WORKING SEPARATELY FROM THE OVERALL

03:07PM  9  INITIAL GROUP, BECAUSE IT'S STARTING TO FALL APART.

03:07PM  10          THEN YOU HAVE MS. HOUSE AND MS. BOWEN, WHO TESTIFIED

03:07PM  11 THAT ONCE HER HUSBAND WENT TO JAIL, SHE STARTED DOING HER OWN

03:07PM  12 THING AND DIDN'T TELL HER HUSBAND ABOUT IT.  SO THERE'S NOT

03:07PM  13 ANY KNOWLEDGE IMPUTED TO THEM, MR. HOUSE OR MR. SALAZAR, DURING

03:07PM  14 THAT PERIOD OF TIME.

03:07PM  15          THEN YOU ALSO HAVE--WHEN IT RELATES TO MR. BOWEN,

03:07PM  16 HE COMES ON THE SCENE IN JUNE OR JULY OR JULY OR AUGUST AND

03:07PM  17 HE'S TALKING TO KISHA ABOUT, "HEY, I NEED," SUPPOSEDLY, "A NEW

03:08PM  18 SOURCE."  SO HE GETS INTRODUCED TO MR. PERALES.  BUT THAT'S A

03:08PM  19 WHOLE DIFFERENT AGREEMENT.

03:08PM  20          SO I THINK THE EVIDENCE CAN SUPPORT THE ARGUMENT

03:08PM  21 THAT THESE WERE SEPARATE INDIVIDUAL AGREEMENTS OR GROUPS OF

03:08PM  22 PEOPLE.  YEAH, OVERALL, THE DRUG WAS THE SAME.  BUT THEN TO

03:08PM  23 SAY THAT THEY'RE ALL WORKING TOGETHER UNDER THAT GUISE, I

03:08PM  24 DON'T THINK THE EVIDENCE SUPPORTS THAT.  SO I THINK THE

03:08PM  25 MULTIPLE-CONSPIRACY CHARGE IS APPROPRIATE.

03:08PM 1        AND I DO--AND, ALSO I THINK, AS FAR AS THE FIFTH

03:08PM 2  CIRCUIT IS CONCERNED, THAT A DEFENDANT IS ENTITLED TO AN

03:08PM 3  INSTRUCTION ON A RECOGNIZED DEFENSE FOR WHICH THERE RESTS

03:08PM 4  EVIDENCE SUFFICIENT FOR A REASONABLE JURY TO FIND IN ITS FAVOR.

03:08PM 5  AND THAT'S THE U.S. VERSUS MATA, IRONICALLY, 491 F.3D 237,

03:08PM 6  CITING U.S. VERSUS MASERATI, 1 F.3D 330.  SO I THINK THE

03:08PM 7  EVIDENCE DOES SUPPORT A REASONABLE JURY TO FIND THAT.  AND SO

03:09PM 8  WE DO THINK THE CHARGE IS APPROPRIATE--OR THE INSTRUCTION IS

03:09PM 9  APPROPRIATE.

03:09PM 10        THE COURT:  OKAY.

03:09PM 11        WHAT ELSE?

03:09PM 12        MR. WHALEN:  AND THE ONLY OTHER REQUEST THAT I

03:09PM 13  WOULD MAKE--AND I PREFACE THE REQUEST WITH THE KNOWLEDGE

03:09PM 14  AND UNDERSTANDING THAT IN U.S. VERSUS MATA, 491 F.3D 237, THE

03:09PM 15  FIFTH CIRCUIT HAS SAID THIS INSTRUCTION IS NO LONGER NECESSARY

03:09PM 16  BECAUSE THE CONSPIRACY INSTRUCTION--PATTERN INSTRUCTION COVERS

03:09PM 17  IT.  BUT WE WOULD REQUEST THAT THE COURT INCLUDE IN THE

03:09PM 18  CONSPIRACY SECTION THAT IF YOU FIND THAT MR. BOWEN WAS ONLY

03:09PM 19  INVOLVED IN A BUYER-SELLER RELATIONSHIP, THEN HE CANNOT

03:09PM 20  BE FOUND GUILTY OF CONSPIRACY.  AND WE WOULD REQUEST THAT

03:10PM 21  INSTRUCTION, BUT RECOGNIZE THE FIFTH CIRCUIT HAS--

03:10PM 22        THE COURT:  DID YOU PUT THAT--

03:10PM 23        MR. WHALEN:  I DID NOT.  I FOUND THIS LATE.  BUT

03:10PM 24  I ONLY BRING IT UP BECAUSE I'M GOING TO MAKE THE REQUEST, BUT

03:10PM 25  RECOGNIZE THE FIFTH CIRCUIT HAS SAID IT'S NOT NECESSARY TO GIVE

1572

03:10PM 1 IT.

03:10PM 2 THE COURT: OKAY.

03:10PM 3 MR. WHALEN: SO...

03:10PM 4 THE COURT: AND YOU ARE ASKING ME TO SAY "IF YOU

03:10PM 5 FIND" WHAT?

03:10PM 6 MR. WHALEN: THAT MR. BOWEN WAS ONLY INVOLVED IN A

03:10PM 7 BUYER-SELLER RELATIONSHIP, THEN HE CANNOT BE FOUND GUILTY OF

03:10PM 8 CONSPIRACY.

03:11PM 9 THE COURT: AND WHAT'S THE CASE CITE FROM THE FIFTH

03:11PM 10 CIRCUIT?

03:11PM 11 MR. WHALEN: 491 F.3D 237, U.S. VERSUS MATA. AND

03:11PM 12 IT'S IN--

03:11PM 13 THE COURT: 237? NOT 297?

03:11PM 14 MR. WHALEN: 237. I'M SORRY.

03:11PM 15 THE COURT: OKAY. STILL THE MATA CASE?

03:11PM 16 MR. WHALEN: STILL THE MATA CASE. AND IT'S HEADNOTE

03:11PM 17 NUMBER 7.

03:11PM 18 THE COURT: OKAY.

03:11PM 19 MR. WHALEN: AND THAT'S ALL I HAVE AS FAR AS THE

03:11PM 20 CHARGE GOES, YOUR HONOR.

03:11PM 21 THE COURT: OKAY. THANK YOU.

03:11PM 22 MR. KEMP?

03:11PM 23 MR. KEMP: NOTHING FURTHER FROM ME, YOUR HONOR.

03:11PM 24 THE COURT: OKAY.

03:11PM 25 MR. PETRAZIO: I THINK THE CHARGE IS FINE AS IT'S

**1573**

03:11PM  1    WRITTEN.

03:11PM  2              THE COURT:  OKAY.  THANK YOU.

03:11PM  3              LET ME GO LOOK AT THESE CASES YOU'VE GIVEN ME.

03:12PM  4              WHAT WAS THE CASE YOU CITED, MR. GONZALEZ, ON

03:12PM  5    MULTIPLE CONSPIRACIES?

03:12PM  6              MR. GONZALEZ:  I HAVE SEVERAL, YOUR HONOR.  IF I

03:12PM  7    COULD, THE FIFTH CIRCUIT CASE IS UNITED STATES VERSUS WILSON,

03:12PM  8    116 F.3D 1066, SPECIFICALLY 1075 AND 1076.

03:12PM  9              ALSO, UNITED STATES VERSUS SHORTER, S-H-O-R-T-E-R,

03:12PM  10   AND THAT IS A SEVENTH CIRCUIT CASE.  AND THAT'S 54 F.3D 1248,

03:12PM  11   SPECIFICALLY 1255.  I'M SORRY.  1254 AND 1255.

03:12PM  12             AND THEN UNITED STATES VERSUS MALDONADO-RIVERA, AND

03:13PM  13   THAT'S AT 922 F.2D 934.  AND THAT'S A SECOND CIRCUIT CASE, YOUR

03:13PM  14   HONOR, BUT BASICALLY SPEAKING OF THE THREE SPECIFIC FACTORS

03:13PM  15   THAT THE COURT SHOULD LOOK AT TO DETERMINE WHETHER IT'S A

03:13PM  16   SINGLE CONSPIRACY OR MULTIPLE CONSPIRACIES.  THOSE CIRCUITS

03:13PM  17   HAVE LOOKED AT THAT.

03:13PM  18             THE COURT:  OKAY.

03:13PM  19             MR. GONZALEZ:  THANK YOU.

03:13PM  20             AND IN REGARDS TO THE OTHER INSTRUCTION, YOUR HONOR,

03:13PM  21   OBVIOUSLY DEFENSE COUNSEL HAS ACKNOWLEDGED THAT THE FIFTH

03:13PM  22   CIRCUIT HAS INDICATED THAT IT'S NOT NECESSARY.  OBVIOUSLY,

03:13PM  23   WE WOULD ARGUE THAT IT'S NOT NECESSARY AND THAT IT SHOULDN'T

03:13PM  24   BE INCLUDED BECAUSE THIS IS A CONSPIRACY AND AN END-USER

03:13PM  25   DEFINITION WOULD NOT BE NECESSARY.

03:13PM 1          THE COURT:  OKAY.

03:13PM 2          MR. WHALEN:  WHAT IS THE CITE FOR THAT WILSON CASE,

03:13PM 3  AGAIN?

03:13PM 4          MR. GONZALEZ:  116 F.3D 1066.

03:14PM 5          MR. WHALEN:  160?

03:14PM 6          MR. GONZALEZ:  116.

03:14PM 7          MS. BATSON:  YOUR HONOR, AS FAR AS THE BUYER-SELLER

03:14PM 8  INSTRUCTION, IN A CASE BEFORE THIS COURT, UNITED STATES VERSUS

03:14PM 9  KEYON MITCHELL--UNFORTUNATELY, I DO NOT HAVE THE CITE, BUT YOU

03:14PM 10 WERE THE JUDGE ON THAT--SINCE COUNSEL DID RAISE THE BUYER-

03:14PM 11 SELLER ARGUMENT BEFORE THIS COURT, WHAT YOU RULED BACK THEN WAS

03:14PM 12 THAT ONCE YOU MADE A DETERMINATION THAT A CONSPIRACY EXISTED,

03:14PM 13 THERE COULD NOT BE A SIMPLE BUYER-SELLER RELATIONSHIP BECAUSE

03:14PM 14 OF THE AGREEMENTS THAT WERE MADE.

03:14PM 15         THE COURT:  IN OTHER WORDS, ON THE RULE 29 MOTIONS?

03:14PM 16         MS. BATSON:  YES, YES.  AND YOU DID NOT GIVE THE

03:14PM 17 INSTRUCTION.

03:14PM 18         THE COURT:  OKAY.

03:15PM 19         WELL, I NEED TO GO LOOK AT THESE CASES.  I DON'T

03:15PM 20 KNOW IF YOU WANT TO WAIT OR JUST COME BACK TOMORROW MORNING,

03:15PM 21 OR WHAT YOU WOULD LIKE TO DO.

03:15PM 22         MS. BATSON:  WE'LL WAIT, YOUR HONOR.

03:15PM 23         MR. PETRAZIO:  WE'LL WAIT.

03:15PM 24         THE COURT:  YOU WANT TO WAIT?  OKAY.  ALL RIGHT.

03:15PM 25 AND THEN AFTER I LOOK AT THESE CASES WE'LL TALK ABOUT TIME

**1575**

03:15PM 1    FOR FINAL ARGUMENTS.

03:15PM 2         LET ME GO BACK THERE.

03:16PM 3         [RECESS]

04:46PM 4         [OPEN COURT, NEITHER THE DEFENDANTS NOR THE JURY ARE

04:46PM 5    PRESENT]

04:46PM 6         THE COURT:  I'VE LOOKED AT A LOT OF CASES.  MOST

04:46PM 7    OF THEM ARE FIFTH CIRCUIT CASES, BUT ALSO FROM TWO OF THE OTHER

04:47PM 8    CIRCUITS.  I LOOKED AT THE CASES THAT MR. GONZALEZ CITED, AND

04:47PM 9    I LOOKED AT A COUPLE OF OTHERS, MAYBE THREE OTHERS.

04:47PM 10        FIRST OF ALL, ON THE BUYER-SELLER ISSUE, I DID LOOK

04:47PM 11   AT THE MASERATI CASE AND THE MATA CASE, BOTH FIFTH CIRCUIT

04:47PM 12   CASES THAT HOLD THAT WHILE IT IS TRUE THAT A BUYER-SELLER

04:47PM 13   RELATIONSHIP WITHOUT MORE WILL NOT PROVE A CONSPIRACY, THE

04:48PM 14   FIFTH CIRCUIT HAS HELD THAT THE PATTERN JURY INSTRUCTION UNDER

04:48PM 15   2.89 ADEQUATELY COVERS INSTRUCTION ON DRUG CONSPIRACIES.  AND

04:48PM 16   THAT INSTRUCTION COVERS THE PROPOSED BUYER-SELLER ISSUE.  THAT

04:49PM 17   COMES ALSO FROM THE FIFTH CIRCUIT'S CLARK CASE, WHICH IS A

04:49PM 18   2008 CASE, WHICH IS MORE RECENT THAN EITHER MASERATI OR MATA.

04:49PM 19   AND SO THE FIFTH CIRCUIT HAS HELD THAT THERE'S NO ERROR IN

04:49PM 20   REFUSING TO GIVE A SEPARATE INSTRUCTION ON BUYER-SELLER.

04:49PM 21        SO, MR. WHALEN, I'M NOT GOING TO GIVE ANOTHER

04:49PM 22   INSTRUCTION ON BUYER-SELLER.

04:49PM 23        MR. WHALEN:  I UNDERSTAND, YOUR HONOR.  I RECOGNIZE

04:49PM 24   THE FIFTH CIRCUIT PRECEDENT.

04:49PM 25        THE COURT:  OKAY.

04:51PM    1          ON THE MULTIPLE-CONSPIRACIES ISSUE, I LOOKED AT A

04:51PM    2   COUPLE OF CASES OTHER THAN THE ONES THAT MR. GONZALEZ CITED.

04:51PM    3          THE FIRST ONE WAS UNITED STATES VERSUS ERWIN, CITED

04:51PM    4   AT 793 F.2D 656.  IN THAT CASE, THE DEFENDANT REQUESTED THE

04:51PM    5   COURT GIVE AN INSTRUCTION ON MULTIPLE CONSPIRACIES.  THE COURT

04:52PM    6   REFUSED.  THE FIFTH CIRCUIT SAID THAT WHETHER THE EVIDENCE

04:52PM    7   SHOWS ONE OR MULTIPLE CONSPIRACIES IS A FACT QUESTION FOR THE

04:52PM    8   JURY.  OF COURSE, THE EVIDENCE MUST ARGUABLY RAISE A QUESTION

04:52PM    9   OF MULTIPLE CONSPIRACIES IN ORDER FOR THE DEFENDANT TO BE

04:52PM   10   ENTITLED TO AN INSTRUCTION ON THAT THEORY.  THE FIFTH CIRCUIT

04:52PM   11   SAID IT'S ERROR TO REFUSE A REQUEST TO INSTRUCT ON MULTIPLE

04:52PM   12   CONSPIRACIES IF THAT THEORY HAS ANY EVIDENTIARY SUPPORT

04:52PM   13   WHATSOEVER.  THE FIFTH CIRCUIT THEN LISTED FIVE CONSIDERATIONS.

04:52PM   14   THEY HAVE TO DO WITH TIME FRAME, LOCATIONS OF THE EVENTS

04:52PM   15   INVOLVED IN THE CONSPIRACY, PERSONS ACTING AS COCONSPIRATORS,

04:53PM   16   THE STATUTORY OFFENSES CHARGED IN THE INDICTMENT--OF COURSE,

04:53PM   17   HERE WE ONLY HAVE THE CONSPIRACY CHARGE--AND ANY OTHER

04:53PM   18   DESCRIPTION OF THE OFFENSE.  SO...

04:53PM   19          THE TIME FRAME HERE IS ALMOST FOUR AND A HALF YEARS,

04:53PM   20   AS ALLEGED IN THE INDICTMENT.  SO THERE'S A BROAD TIME FRAME.

04:53PM   21          THE LOCATIONS?  WELL, IT'S PRETTY MUCH IN THE DALLAS

04:53PM   22   AREA, AS WELL AS IN COLLIN AND GRAYSON COUNTIES.  I DON'T

04:54PM   23   REMEMBER IF THERE'S ANYTHING IN DENTON COUNTY.  THERE MAY HAVE

04:54PM   24   BEEN SOME OF IT IN TARRANT COUNTY, BECAUSE THERE WAS A HOUSE

04:54PM   25   IN GRAND PRAIRIE.  SO IT'S IN THE DALLAS-FORT WORTH AREA AND

1577

04:54PM  1  NORTH.

04:54PM  2          PERSONS ACTING AS COCONSPIRATORS.  THERE'S 34 OF

04:54PM  3  THEM ACCUSED.  ALL HAVE PLED GUILTY EXCEPT FOR THESE THREE.

04:54PM  4  SO PRESUMABLY THE OTHER 31 CONSPIRED.  THEY'VE ADMITTED IT.

04:54PM  5  I'M NOT SURE HOW THAT HELPS THE COURT ANALYZE WHETHER TO GIVE

04:54PM  6  THE INSTRUCTION, THOUGH.

04:54PM  7          THERE ARE NO OTHER OFFENSES CHARGED IN THE INDICTMENT

04:55PM  8  OTHER THAN CONSPIRACY.

04:55PM  9          DESCRIPTION OF THE OFFENSE.  THAT'S THE FIFTH FACTOR

04:55PM  10  IN THE ERWIN CASE.  HERE WE HAVE EVIDENCE THAT JUAN CARLOS VEGA

04:55PM  11  KNEW RAMIRO CAZARES AND WHERE CAZARES GOT HIS DRUGS, WHICH WAS

04:55PM  12  FROM PRIMO.  VEGA SAID HE WAS A RUNNER FOR CAZARES.  HE HAD A

04:55PM  13  CAR THAT HAD HIDDEN TRAPS.  AND THEN CAZARES SAYS HE KNOWS VEGA.

04:56PM  14  HE CALLED VEGA TO PICK UP DRUGS AND HE COOKED METH WITH VEGA.

04:56PM  15  AND THEN THERE WAS THE RECORDED PHONE CALL WHERE THEY TALKED

04:56PM  16  ABOUT COOKING METH.

04:56PM  17          OKAY.  WITH RESPECT TO TIMOTHY BOWEN, WHO HAS

04:56PM  18  REQUESTED THIS CHARGE, FERNANDO PERALES, THE OTHER SUPPLIER

04:57PM  19  BESIDES ANDY NGUYEN, TESTIFIED THAT HE SOLD TO BOWEN.  TREY

04:57PM  20  TIBBS WAS WITH BOWEN.  BOWEN AND TIBBS PICKED UP DRUGS TOGETHER.

04:57PM  21  THERE'S EVIDENCE OF A RELATIONSHIP AMONG BOWEN, TIBBS AND

04:57PM  22  PERALES, THE SUPPLIER.  DOGG WAS HIS NICKNAME.  AND THERE'S

04:57PM  23  EVIDENCE OF A RELATIONSHIP BETWEEN HOUSE AND HIS PARTNER,

04:58PM  24  SALAZAR, AND BOWEN.  SALAZAR TOLD HOUSE HE WAS SELLING TO

04:58PM  25  BOWEN.  BOWEN AND TIBBS POOLED THEIR MONEY TO BUY DRUGS.

Case 4:12-cr-00016-SDJ-CAN  Document 1160  Filed 11/10/14  Page 94 of 142 PageID #:
8283
TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1578

04:58PM  1  AND MARIE DAVILA GOT DRUGS FROM BOWEN.  SO THERE ARE SEVERAL

04:58PM  2  OTHER ALLEGED COCONSPIRATORS, SOME OF WHICH--MANY OF WHICH

04:58PM  3  HAVE PLED GUILTY, WHO TESTIFIED ABOUT THEIR RELATIONSHIP

04:58PM  4  WITH BOWEN; GETTING DRUGS FROM HIM, SELLING DRUGS TO HIM AND

04:59PM  5  BOWEN DISTRIBUTING DRUGS.  AND A LOT OF THESE WITNESSES WERE

04:59PM  6  DISTRIBUTORS.  SOME WERE SELLERS, SOME WERE DISTRIBUTORS,

04:59PM  7  BUT THEY WERE ALL INVOLVED IN THE SCHEME TO DISTRIBUTE

04:59PM  8  METHAMPHETAMINE.

04:59PM  9          AND THEN THERE ARE UNINDICTED PERSONS WHO WERE DOING

04:59PM  10 BUSINESS WITH BOWEN, SUCH AS CARLOS CABRALES AND MARIE DAVILA

04:59PM  11 AND KISHA BOWEN.

05:00PM  12          SO THE FIFTH CIRCUIT SAID IN THAT FIRST CASE, THE

05:00PM  13 ERWIN CASE, THAT BASICALLY BECAUSE THERE WERE--EVEN THOUGH--

05:00PM  14 LET'S SEE.  EVEN THOUGH THERE WERE TWO GROUPS OPERATING IN THE

05:00PM  15 SAME TIME PERIOD IN CLOSE PROXIMITY TO EACH OTHER, COOPERATING

05:00PM  16 WITH EACH OTHER, THEIR TECHNIQUES OF DISTRIBUTION WERE IDENTICAL,

05:00PM  17 THERE WAS NO EVIDENCE OF INTERGROUP COMPETITION.  THEY SUPPLIED

05:00PM  18 EACH OTHER.  THE COURT SAID, "WHILE THE LATTER EVIDENCE WOULD

05:00PM  19 WARRANT OUR AFFIRMING A JURY FINDING OF A SINGLE CONSPIRACY,

05:01PM  20 IT'S NOT SO OVERWHELMING THAT THE COURT COULD DECIDE THE

05:01PM  21 QUESTION AS A MATTER OF LAW."  AND THE COURT CONCLUDED THAT THE

05:01PM  22 DEFENDANT WAS ENTITLED TO A MULTIPLE-CONSPIRACY INSTRUCTION.

05:01PM  23 SO THERE'S THAT CASE THAT WOULD SEEM TO FAVOR GRANTING THE

05:01PM  24 INSTRUCTION, I GUESS.

05:01PM  25          THEN THERE'S THE '91 CASE OF U.S. VERSUS ELLENDER,

05:01PM  1    947 F.2D 748.  THAT WASN'T A REQUEST FOR A JURY INSTRUCTION.

05:01PM  2    IT WAS AN ARGUMENT THAT THE EVIDENCE DIDN'T SUPPORT THE JURY'S

05:01PM  3    FINDING.  AGAIN THEY LOOKED AT THE FIVE FACTORS THAT WERE IN

05:02PM  4    ERWIN, WHICH DIFFER FROM THE THREE FACTORS THAT MR. GONZALEZ

05:02PM  5    TALKED ABOUT THAT ARE IN OTHER CASES.  THE FIVE FACTORS BEING

05:02PM  6    TIME FRAME, LOCATION OF THE EVENTS CHARGED AS PART OF THE

05:02PM  7    CONSPIRACY, THE PERSONS ACTING AS COCONSPIRATORS, THE STATUTORY

05:02PM  8    OFFENSES CHARGED IN THE INDICTMENT, AND THE OVERT ACTS OR OTHER

05:02PM  9    DESCRIPTION OF THE OFFENSE.  AND THE COURT SIMPLY FOUND THAT

05:02PM  10   THE EVIDENCE WAS SUFFICIENT FOR A RATIONAL JURY TO CONCLUDE

05:02PM  11   THAT THE GOVERNMENT HAD ESTABLISHED THE ELEMENTS OF A SINGLE

05:03PM  12   CONSPIRACY.  AGAIN, THAT'S NOT A REQUEST FOR A JURY INSTRUCTION;

05:03PM  13   THAT'S A CHALLENGE TO THE SUFFICIENCY OF THE EVIDENCE AT THE

05:03PM  14   CONCLUSION OF THE CASE, IS THE WAY I READ THAT CASE.

05:03PM  15           BUT BOTH ERWIN AND ELLENDER HAVE A FIVE-FACTOR TEST.

05:03PM  16           THEN I GOT TO ANOTHER CASE, STOWELL, U.S. VERSUS

05:03PM  17   STOWELL, 947 F.2D 1251.  THAT'S THE THIRD CASE THAT I SIMPLY

05:03PM  18   LOOKED AT ON MY OWN THAT WE DIDN'T DISCUSS EARLIER OUT HERE IN

05:03PM  19   THE COURTROOM.  THAT'S ALSO A FIFTH CIRCUIT CASE.  THE QUESTION

05:04PM  20   IS WHETHER THERE'S ANY EVIDENCE TO SUPPORT THE ISSUANCE OF THE

05:04PM  21   MULTIPLE CONSPIRACIES CHARGED.  AND IN THAT CASE, THERE WAS A

05:04PM  22   REQUEST FOR THE INSTRUCTION.  APPARENTLY, THE CASE AGENT

05:04PM  23   TESTIFIED THAT THE ROLE OF ONE OF THE DEFENDANTS WAS AS A

05:04PM  24   SUPPLIER.  THE DEFENDANT WAS JIMMY WOOD.  HE WAS A SUPPLIER

05:04PM  25   OF MARIJUANA.  HE DIDN'T PARTICIPATE IN ANY LOADING OR

05:04PM  1    TRANSPORTATION ACTIVITIES.  THE COURT SAID, "THUS THERE WAS

05:04PM  2    SOME EVIDENCE TENDING TO SHOW THAT WOOD PARTICIPATED ONLY IN

05:04PM  3    A CONSPIRACY TO IMPORT AND NOT A CONSPIRACY TO POSSESS WITH

05:04PM  4    INTENT TO DISTRIBUTE.  THEREFORE, IT WAS ERROR FOR THE COURT

05:05PM  5    TO REFUSE TO INSTRUCT ON MULTIPLE CONSPIRACIES."

05:05PM  6              HERE, WE HAVE BOWEN BUYING--EVIDENCE OF HIM BUYING

05:05PM  7    AND SELLING.  I GUESS HE'S BOTH A SUPPLIER AND A DISTRIBUTOR.

05:05PM  8    WAS HE SELLING ONLY TO END USERS?  DO Y'ALL REMEMBER?  OR

05:05PM  9    WAS HE SELLING QUANTITIES THAT OTHERS WOULD REDISTRIBUTE?

05:05PM  10             MR. WHALEN:  YOUR HONOR, I DON'T THINK THERE'S

05:05PM  11   ANY TESTIMONY IN THE RECORD CONCERNING WHAT HE DID WITH ANY

05:06PM  12   SUPPOSED METHAMPHETAMINE.

05:06PM  13             THE COURT:  DO YOU RECALL?

05:06PM  14             MS. BATSON:  YOUR HONOR, I BELIEVE IT WAS MS. DAVILA

05:06PM  15   WHO TESTIFIED THAT AFTER SHE AND DEFENDANT BOWEN RETURNED FROM

05:06PM  16   OBTAINING THE METHAMPHETAMINE, THAT THEY WOULD REWEIGH IT AND

05:06PM  17   REPACKAGE IT AND THEN THEY WOULD CALL THE CUSTOMERS AND THEY

05:06PM  18   WOULD COME OVER.  AND THEN IF THERE WAS ANY OTHER--I THINK THIS

05:06PM  19   WAS MS. DAVILA--IF THERE WAS ANY OTHER METHAMPHETAMINE LEFT,

05:06PM  20   THEN TIM BOWEN WOULD REDISTRIBUTE IT AND FILL THE ORDERS WHEN

05:06PM  21   THE PEOPLE CALLED.

05:06PM  22             BUT THEN SHE ALSO TESTIFIED THAT WHEN --ACTUALLY, I

05:06PM  23   THINK IT WAS MR. CABRALES.  HE TESTIFIED THAT MARIE DAVILA AND

05:06PM  24   TIM BOWEN GAVE HIM SOME METHAMPHETAMINE FOR THE USE OF HIS CAR.

05:07PM  25             THE COURT:  YEAH.

05:07PM  1          MS. BATSON:  SO IN THAT CASE MS. DAVILA WOULD

05:07PM  2  REDISTRIBUTE.  NOT FOR PROFIT, BUT DISTRIBUTION IS SHARING,

05:07PM  3  JUST GIVING IT TO ANOTHER PERSON.

05:07PM  4          THE COURT:  BOWEN IS BUYING METHAMPHETAMINE, HE'S

05:07PM  5  COMPLAINING ABOUT THE PRICE THAT DOGG IS CHARGING HIM--FERNANDO

05:07PM  6  PERALES--AND TRYING TO GET A BETTER PRICE.

05:07PM  7          MS. BATSON:  YOUR HONOR, IF WE CAN BACK UP FROM

05:07PM  8  THAT, WE KNOW THAT HE WAS GETTING FROM DEFENDANT SALAZAR.

05:07PM  9          THE COURT:  YES.

05:07PM  10         MS. BATSON:  AND THEN WHEN SALAZAR WENT TO JAIL,

05:07PM  11  HE NEEDED TO FIND ANOTHER SOURCE OF SUPPLY, AND THEN, YES,

05:07PM  12  HE STARTED GOING TO DOGG.

05:07PM  13         THE COURT:  WELL, IN THIS STOWELL CASE, THE FIFTH

05:07PM  14  CIRCUIT SEPARATED CONSPIRACY TO IMPORT FROM CONSPIRACY TO

05:07PM  15  POSSESS WITH INTENT TO DISTRIBUTE.  I GUESS YOU WOULD HAVE

05:08PM  16  HAD TO KNOW MORE DETAILS ABOUT THE CASE.  IT LOOKS LIKE

05:08PM  17  THERE'S--WELL, I DON'T KNOW.  THEY JUST SAID THERE WAS SOME

05:08PM  18  EVIDENCE THAT HE PARTICIPATED ONLY IN A CONSPIRACY TO IMPORT

05:08PM  19  AND NOT TO POSSESS WITH INTENT TO DISTRIBUTE.  THE CHARGE IN

05:08PM  20  THE CASE WAS CONSPIRING TO POSSESS WITH INTENT TO DISTRIBUTE.

05:08PM  21  SO APPARENTLY THE DEFENDANT IN THE STOWELL CASE WASN'T A

05:08PM  22  DISTRIBUTOR.  OF COURSE, IF YOU SUPPLY MARIJUANA TO OTHERS,

05:08PM  23  AREN'T YOU DISTRIBUTING?  I DON'T KNOW.  I CAN'T EXPLAIN IT.

05:09PM  24         OKAY.  THEN I WENT TO THE CASES THAT MR. GONZALEZ

05:09PM  25  CITED.  OKAY.  THE WILSON CASE.  LET'S SEE.  I THINK THE WILSON

05:09PM  1   CASE WAS A RULE 29 MOTION.  I DON'T THINK IT WAS A REQUEST TO

05:09PM  2   INCLUDE THE INSTRUCTION IN THE JURY INSTRUCTIONS, THE MULTIPLE-

05:09PM  3   CONSPIRACY INSTRUCTION, BECAUSE AT HEADNOTE 8, THE FIFTH

05:09PM  4   CIRCUIT WRITES, "NEXT, THE DEFENDANTS ARGUE THAT THERE IS A

05:09PM  5   PREJUDICIAL VARIANCE BETWEEN THE INDICTMENT, WHICH CHARGES A

05:09PM  6   SINGLE CONSPIRACY, AND THE PROOF AT TRIAL," WHICH THEY SUGGEST

05:09PM  7   TENDS TO SHOW THE EXISTENCE OF MULTIPLE CONSPIRACIES.  OKAY.

05:10PM  8          THEN WE GET TO THE THREE-FACTOR TEST.  AND WILSON IS

05:10PM  9   A 1997 CASE.  IT CAME AFTER ERWIN, ELLENDER AND STOWELL.  AND

05:10PM  10  THERE'S THIS THREE-FACTOR TEST:  EXISTENCE OF A COMMON GOAL,

05:10PM  11  NATURE OF THE SCHEME, OVERLAPPING OF PARTICIPANTS.  THE COURT

05:10PM  12  SAID, "THE GOAL OF SELLING COCAINE FOR PROFIT SATISFIES THE

05:10PM  13  COMMON-GOAL REQUIREMENT."  SO BY THAT TEST--UNDER THAT FACTOR,

05:10PM  14  ALL OF THESE PEOPLE WERE--WELL, MANY OF THESE PEOPLE WERE

05:10PM  15  SELLING COCAINE OR DISTRIBUTING COCAINE FOR PROFIT.  SOME OF

05:10PM  16  THEM WERE USERS, LIKE DAVILA.  I DON'T KNOW WHO ELSE.  MELISSA

05:11PM  17  STEWART MAYBE.  OH, I'M SORRY.  DID I SAY "COCAINE"?

05:11PM  18          MS. BATSON:  YES, SIR.

05:11PM  19          THE COURT:  WELL, LET'S SEE.  WHAT KIND OF CASE WAS

05:11PM  20  THIS?  OKAY.  YEAH.  WELL, I WAS READING FROM THIS WILSON CASE.

05:11PM  21  "THE GOAL OF SELLING COCAINE FOR PROFIT SATISFIES THE COMMON

05:11PM  22  GOAL."  LIKEWISE, THE GOAL OF SELLING METHAMPHETAMINE FOR

05:11PM  23  PROFIT SATISFIES THE COMMON GOAL.

05:11PM  24          DID YOU WANT TO SAY SOMETHING?

05:11PM  25          MR. WHALEN:  JUDGE, AS FAR AS THE WILSON CASE GOES,

05:11PM 1  IT'S DISTINGUISHABLE IN THE SENSE THAT THE PARTICIPANTS IN THAT

05:11PM 2  WERE PART OF A CRIMINAL STREET GANG.  I THINK THEY WERE, YOU

05:11PM 3  KNOW, EITHER SOME TYPE OF GANG WHERE THEY'RE ALL AFFILIATED

05:11PM 4  WITH EACH OTHER THROUGH THIS COMMON BOND OF BEING IN A GANG.

05:12PM 5  I THINK IT IS A LITTLE BIT DIFFERENT.

05:12PM 6           AND THEN I WOULD SAY, AS FAR AS THE FIVE-FACTOR

05:12PM 7  TEST, IT'S STILL THE ANALYSIS THAT I THINK THE FIFTH CIRCUIT

05:12PM 8  IS USING, BECAUSE IN THE CASE UNITED STATES VERSUS DUFFY, WHERE

05:12PM 9  I ARGUED IT, WE USED THAT FIVE-FACTOR--THEY CONSIDERED THE

05:12PM 10 FIVE-FACTOR TEST BECAUSE OUR ARGUMENT AT TRIAL WAS THAT THEY

05:12PM 11 PROVED A BANK-ROBBERY CASE WHEN THEY ROBBED MULTIPLE BANKS,

05:12PM 12 CHARGED THEM SEPARATELY, AND WE ARGUED THAT THEY WERE A SINGLE

05:12PM 13 CONSPIRACY, AND THEY USED THE FIVE-FACTOR TEST AND FOUND THAT

05:12PM 14 EACH BANK ROBBERY WAS A SEPARATE OFFENSE.  SO THE FIVE-FACTOR

05:12PM 15 TEST IS STILL BEING UTILIZED BY THE FIFTH CIRCUIT.

05:12PM 16          THE COURT:  DO YOU HAVE AN ARGUMENT AS TO WHEN YOU

05:12PM 17 USE THE FIVE-FACTOR TEST AND WHEN YOU USE THE THREE-FACTOR

05:12PM 18 TEST?  DO YOU KNOW?

05:12PM 19          MR. WHALEN:  IN ALL MY RESEARCH, I DIDN'T KNOW THAT

05:12PM 20 THEY EVEN HAD A THREE-FACTOR TEST.  BECAUSE IN OUR PARTICULAR

05:13PM 21 CASE WE SAW THE FIVE-FACTOR TEST AND NOBODY EVER MENTIONED

05:13PM 22 THERE WAS A THREE-FACTOR TEST IN THE FIFTH CIRCUIT WHEN WE

05:13PM 23 ARGUED.  SO...

05:13PM 24          THE COURT:  OKAY.  WELL, THE FIVE-FACTOR TEST

05:13PM 25 WAS USED IN ERWIN, AND THAT WAS BASED UPON A REQUEST BY

**1584**

05:13PM  1   THE DEFENDANT TO INCLUDE MULTIPLE CONSPIRACIES IN THE JURY

05:13PM  2   INSTRUCTIONS.  IT WASN'T A RULE 29-MOTION-TYPE ARGUMENT, IT

05:13PM  3   WASN'T AN ARGUMENT AFTER THE JURY'S VERDICT CAME IN SAYING IT

05:13PM  4   WAS INSUFFICIENT EVIDENCE; IT WAS A CHARGE-CONFERENCE-TYPE

05:13PM  5   ARGUMENT.

05:13PM  6           OKAY.  COMMON GOAL.  SELLING METHAMPHETAMINE FOR

05:13PM  7   PROFIT SATISFIES THE COMMON GOAL.

05:13PM  8           NATURE OF THE SCHEME.  THE FIFTH CIRCUIT SAID--I'M

05:13PM  9   BACK ON WILSON--"WITH RESPECT TO THE NATURE OF THE SCHEME,

05:13PM  10  WE LOOK AT THE DEGREE OF INTERDEPENDENCE OF THE ACTIONS OF

05:14PM  11  MEMBERS."  INTERDEPENDENCE.

05:14PM  12          MS. BATSON OR MR. GONZALEZ, ARE THEY INTERDEPENDENT,

05:14PM  13  OR ARE THEY ALL WORKING FOR THEIR OWN INTERESTS HERE, SELLING

05:14PM  14  METHAMPHETAMINE?  I MEAN, THEY'RE INTERDEPENDENT IN THE SENSE

05:14PM  15  THAT SOME ARE SELLING TO OTHERS IN THE CONSPIRACY AND BUYING

05:14PM  16  FROM OTHERS IN THE CONSPIRACY.

05:14PM  17          MS. BATSON:  YOUR HONOR, YES, WE BELIEVE THAT THEY

05:14PM  18  WERE INTERDEPENDENT.  AND ONE OF THE WAYS--

05:14PM  19          THE COURT:  WELL--

05:14PM  20          MS. BATSON:  GO AHEAD.

05:14PM  21          THE COURT:  --ONE OF THE WAYS IS THAT TREY TIBBS AND

05:14PM  22  MR. BOWEN POOLED THEIR MONEY--

05:14PM  23          MS. BATSON:  YES.

05:14PM  24          THE COURT:  --TO BUY--

05:14PM  25          MS. BATSON:  AND THEY RELIED ON DRIVERS IN ORDER

**1585**

05:14PM   1   TO GET THEM DOWN TO PURCHASE THE METHAMPHETAMINE FROM DOGG,

05:15PM   2   BECAUSE THEY DIDN'T HAVE A VEHICLE.  SO THEY DID RELY ON ONE

05:15PM   3   ANOTHER.

05:15PM   4             AND THEN THERE WAS ALSO TESTIMONY, YOUR HONOR, THAT

05:15PM   5   IF ONE PERSON WAS OUT OF METHAMPHETAMINE, THEY WENT TO ANOTHER

05:15PM   6   PERSON TO GET THE METHAMPHETAMINE.  AND SO THEY WERE DEPENDENT

05:15PM   7   ON EACH OTHER, AS WELL, TO COVER EACH OTHER'S CUSTOMERS.

05:15PM   8             THE COURT:  MR. WHALEN?

05:15PM   9             MR. WHALEN:  OBVIOUSLY, I DISAGREE WITH THAT,

05:15PM  10   BECAUSE I THINK IF YOU LOOK AT THE TESTIMONY, THAT THERE'S SOME

05:15PM  11   SUGGESTION THAT MR. BOWEN WAS DEALING WITH PERALES PRIOR TO

05:15PM  12   ENGAGING MR. TIBBS IN NEGOTIATING A LOWER PRICE.  AND SO HE

05:15PM  13   WAS--IF YOU BELIEVE THAT TESTIMONY, THEN HE'S ENGAGING IN HIS

05:15PM  14   OWN ACTIVITY WITHOUT ANY HELP FROM MR. TIBBS.  THERE'S NOTHING

05:15PM  15   TO SUGGEST HE WOULDN'T HAVE CONTINUED ON HIS OWN IF MR. TIBBS

05:15PM  16   HADN'T--HE DIDN'T NEED MR. TIBBS TO CONTINUE HIS ACTIVITIES.

05:15PM  17             THE COURT:  PERALES?

05:15PM  18             MR. WHALEN:  I MEAN MR. BOWEN.  SO HE'S NOT

05:15PM  19   DEPENDENT ON MR. TIBBS.

05:15PM  20             THE COURT:  BUT THEY POOLED THEIR MONEY.

05:16PM  21             MR. WHALEN:  AT THAT TIME.  BUT I THINK PRIOR TO

05:16PM  22   THAT THEY WEREN'T.  SO I THINK IF YOU LOOK AT THE WHOLE

05:16PM  23   RELATIONSHIP, THEY'RE NOT INTERDEPENDENT ON EACH OTHER BECAUSE

05:16PM  24   THEN AFTER THEY PURCHASED IT AND SPLIT IT UP, THEY WENT THEIR

05:16PM  25   SEPARATE WAYS.  SO HE WASN'T DEPENDENT ON HIM TO SELL ANY

05:16PM  1  ADDITIONAL PRODUCT OR MAKE ANY PROFIT OFF OF THAT.  SO THEY

05:16PM  2  WERE NOT INTERDEPENDENT ON EACH OTHER.  AND I THINK THAT THE

05:16PM  3  ISSUE BECOMES--I THINK YOU CAN LOOK AT IT FROM TWO DIFFERENT

05:16PM  4  PERSPECTIVES, IN TWO DIFFERENT WAYS.  I THINK THAT THEN LENDS

05:16PM  5  ITSELF TO THE COURT GIVING THE JURY INSTRUCTION IF THERE'S

05:16PM  6  ANY WAY YOU CAN VIEW IT.  AND I THINK YOU CAN LOOK AT IT TWO

05:16PM  7  DIFFERENT WAYS AND COME TO TWO DIFFERENT CONCLUSIONS.  IT'S

05:16PM  8  OVERWHELMING TO SAY IT'S JUST A SINGLE CONSPIRACY.

05:16PM  9          THE COURT:  WHAT YOU WOULD LIKE TO ARGUE, MR. WHALEN,

05:16PM  10 IS THAT YOUR CLIENT WAS BASICALLY AN INDEPENDENT CONTRACTOR,

05:16PM  11 HE WAS JUST GETTING COCAINE, THEN HE WENT OUT AND HAD HIS OWN

05:17PM  12 BUSINESS?

05:17PM  13         MR. WHALEN:  RIGHT.

05:17PM  14         THE COURT:  HE WAS A SOLE PROPRIETOR?

05:17PM  15         MR. WHALEN:  RIGHT.  I THINK THAT'S A REASONABLE

05:17PM  16 INFERENCE FROM THE EVIDENCE.

05:17PM  17         MS. BATSON:  YOUR HONOR, I WOULD ARGUE THAT IN THE

05:17PM  18 TESTIMONY OF KISHA BOWEN, SHE INTRODUCED TIM BOWEN TO DEFENDANT

05:17PM  19 SALAZAR.  SO SHE MADE THAT INTRODUCTION.  SO INTRODUCING THE

05:17PM  20 PARTICIPANTS IS ANOTHER LEVEL OF INTERDEPENDENCY.

05:17PM  21         THEN, WHEN MR. SALAZAR WENT TO JAIL, IT WAS KISHA

05:17PM  22 BOWEN AND CHRISTINA HOUSE THAT INTRODUCED TIM BOWEN TO DOGG.

05:17PM  23 AND SO THEY WERE ALL POOLING THEIR MONEY.  THE TESTIMONY WAS

05:17PM  24 EVEN BEFORE TIM BOWEN MET DOGG THAT THEY WERE GOING BY AND

05:17PM  25 PICKING UP TIM BOWEN'S MONEY, DRIVING DOWN AND GETTING FROM

TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

**1587**

05:17PM  1  DOGG.  AND BECAUSE KISHA BOWEN WAS TOO PREGNANT TO MAKE THE

05:17PM  2  DRIVE, THAT'S WHEN THEY DECIDED TO MAKE THE FACE-TO-FACE

05:17PM  3  INTRODUCTION.  SO DEFENDANT BOWEN WAS ALSO POOLING HIS MONEY

05:17PM  4  WITH KISHA BOWEN AND CHRISTINA HOUSE WELL BEFORE TREY TIBBS.

05:18PM  5  AND THE USE OF THE DRIVERS WAS ALL THROUGHOUT, BEFORE TREY

05:18PM  6  TIBBS AND AFTER TREY TIBBS.

05:18PM  7         THE COURT:  OKAY.  SO THE GOVERNMENT'S POSITION IS

05:18PM  8  THAT THERE IS EVIDENCE OF INTERDEPENDENCE AMONG BOWEN AND

05:18PM  9  OTHERS IN THE CHARGED CONSPIRACY.  AND I AGREE WITH YOU.

05:18PM  10         MR. WHALEN'S POSITION IS THERE'S ALSO EVIDENCE THAT

05:18PM  11  MR. BOWEN WAS OPERATING ON HIS OWN, FOR HIS OWN INTERESTS.  AND

05:18PM  12  THAT'S, TO SOME EXTENT, ALWAYS THE CASE IN A CONSPIRACY.  EVERY

05:18PM  13  CONSPIRATOR WANTS TO GET SOMETHING OUT OF IT FOR HIMSELF OR

05:18PM  14  HERSELF.  SO WHERE DO YOU DRAW THE LINE?  IT LOOKS LIKE I LOOK

05:18PM  15  AT THE DEGREE OF INTERDEPENDENCE, OF ACTIONS OF THE MEMBERS.

05:18PM  16         MS. BATSON:  WELL, YOUR HONOR, THE TESTIMONY

05:18PM  17  PRESENTED AT TRIAL SHOWED THAT TIM BOWEN NEVER CULTIVATED HIS

05:18PM  18  OWN SOURCE OF SUPPLY.  HE ALWAYS HAD TO BE INTRODUCED TO A

05:19PM  19  SOURCE OF SUPPLY BY SOMEONE ELSE WHO WAS ALREADY IN THE

05:19PM  20  CONSPIRACY.  SO TO SAY HE WAS ACTING FOR HIMSELF, I MEAN,

05:19PM  21  HOW COULD HE ACT FOR HIMSELF?

05:19PM  22         THE COURT:  ONCE HE GOT THE SOURCE OF SUPPLY AND HE

05:19PM  23  GOT HIS TWO OUNCES OR FOUR OUNCES, OR WHATEVER, HE GOES OFF AND

05:19PM  24  SELLS TO HIS OWN CUSTOMERS.

05:19PM  25         MS. BATSON:  YES, HE DOES.  BUT THEY ALL DO, YOUR

**1588**

05:19PM 1  HONOR.  THEY ALL GO OFF AND SELL TO THEIR OWN CUSTOMERS.  EACH

05:19PM 2  ONE OF THEM HAS THEIR OWN CUSTOMER BASE.  BUT STILL THEY RELIED

05:19PM 3  ON EACH OTHER TO ASSIST THEM IN THE DISTRIBUTION OF THAT

05:19PM 4  METHAMPHETAMINE.  THE ACQUIRING OF IT AND THE REDISTRIBUTION.

05:19PM 5          THE COURT:  I MEAN, I ASSUME HE SOLD IT.

05:19PM 6          MS. BATSON:  MS. DAVILA TESTIFIED--IF YOU LOOK AT

05:19PM 7  MS. DAVILA'S TESTIMONY, SHE TESTIFIED THAT WHEN THEY REPACKAGED

05:20PM 8  IT, THEY REPACKAGED IT INTO THREE BAGS OF 7.5, SOMETHING LIKE

05:20PM 9  THAT, AND THEN THEY HAD CUSTOMERS COME AND PICK IT UP.

05:20PM 10          THE COURT:  OKAY.  I DIDN'T WRITE THAT DOWN.

05:20PM 11          THE THIRD FACTOR IS THE OVERLAPPING OF THE

05:20PM 12  PARTICIPANTS IN THE VARIOUS DEALINGS.  AND THAT'S ALSO REFERRED

05:20PM 13  TO AS THE NEXUS AMONG PARTICIPANTS.  THE FIFTH CIRCUIT SAYS,

05:20PM 14  "THERE'S NO REQUIREMENT THAT EVERY MEMBER MUST PARTICIPATE IN

05:20PM 15  EVERY TRANSACTION TO FIND A SINGLE CONSPIRACY.  PARTIES WHO

05:20PM 16  KNOWINGLY PARTICIPATE WITH CORE CONSPIRATORS MAY BE MEMBERS

05:20PM 17  OF A SINGLE CONSPIRACY."

05:20PM 18          "CORE CONSPIRATORS" BEING WHOM?  ANDY NGUYEN AND

05:20PM 19  FERNANDO PERALES?

05:20PM 20          MS. BATSON:  AND RENE SALAZAR.

05:21PM 21          THE COURT:  OKAY.  AND KENNETH HOUSE?

05:21PM 22          MS. BATSON:  KENNETH HOUSE, YES.

05:21PM 23          THE COURT:  WAIT A MINUTE.  WHERE IS TIM BOWEN ON

05:21PM 24  THIS?  LET ME SEE HERE.  OH, I SEE.  OKAY.

05:21PM 25          MS. BATSON:  YOUR HONOR, I BELIEVE WE HAVE ANOTHER

**1589**

05:21PM   1   CHART--ANOTHER FLOWCHART THAT WE COULD SHOW THE COURT.

05:21PM   2   THAT ONE WAS REALLY A ROUGH DRAFT.  SO IF WE COULD--

05:21PM   3          THE COURT:  WELL, THE CORE CONSPIRATORS HAVE TO BE

05:21PM   4   THE PEOPLE WHO HAVE THE METHAMPHETAMINE.

05:21PM   5          MS. BATSON:  RIGHT.  THE SOURCES OF SUPPLY.

05:21PM   6          THE COURT:  I MEAN, THERE'S NO OPERATION HERE

05:21PM   7   WITHOUT GETTING THE METHAMPHETAMINE.  AND THOSE WOULD BE

05:21PM   8   FERNANDO PERALES--I CAN'T REMEMBER--

05:21PM   9          MS. BATSON:  HERE IT IS, YOUR HONOR.  YOUR HONOR,

05:22PM  10   IT'S ON THE SCREEN.  IF YOU WANT TO LOOK AT IT ON YOUR

05:22PM  11   COMPUTER, THAT MIGHT HELP.

05:22PM  12          THE COURT:  WAS PERALES INDICTED?  YES.  OKAY.

05:22PM  13   PERALES, NGUYEN, SALAZAR.  OKAY.  SO JUST THREE FACTORS:

05:22PM  14   COMMON GOAL; NATURE OF THE SCHEME, WHICH IS INTERDEPENDENCE

05:22PM  15   AMONG MEMBERS; AND NEXUS AMONG MEMBERS, WHICH HAS TO DO WITH

05:23PM  16   PARTICIPATING WITH THE CORE CONSPIRATORS.  THAT'S A FIFTH

05:23PM  17   CIRCUIT CASE.

05:23PM  18          AND THEN I LOOKED AT THE OTHER TWO CASES THAT

05:23PM  19   MR. GONZALEZ GAVE ME ON THIS ISSUE.  ONE WAS A SEVENTH

05:23PM  20   CIRCUIT CASE, SHORTER.  AND THE SEVENTH CIRCUIT SAID, "IF

05:23PM  21   THE DEFENDANTS JOIN TOGETHER FOR ONE COMMON DESIGN OR PURPOSE,

05:23PM  22   THERE'S A SINGLE CONSPIRACY.  IN CONTRAST, IF THERE ARE

05:23PM  23   DISTINCT ILLEGAL ENDS AND NO OVERLAPPING INTERESTS BETWEEN

05:23PM  24   THE PARTIES, THEY'RE SEPARATE CONSPIRACIES."  WELL, THERE ARE

05:23PM  25   OVERLAPPING INTERESTS HERE.

Case 4:12-cr-00016-SDJ-CAN   Document 1160   Filed 11/10/14   Page 106 of 142 PageID #:
8235
TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1590

05:24PM 1          AND THEN MALDONADO-RIVERA, WHICH IS A SECOND CIRCUIT

05:24PM 2   CASE.  THAT COURT OF APPEALS SAID, "A DEFENDANT MUST SHOW THERE

05:24PM 3   WAS EVIDENCE OF SEPARATE NETWORKS OPERATING INDEPENDENTLY OF

05:24PM 4   EACH OTHER."  AND THAT WAS A REQUEST TO CHARGE THE JURY ON

05:24PM 5   MULTIPLE CONSPIRACIES.  SO THE CASE IS ON POINT.  THE PROBLEM

05:24PM 6   IS, IT'S THE SECOND CIRCUIT, NOT THE FIFTH CIRCUIT.  BUT THEIR

05:25PM 7   STANDARD IS A REQUIREMENT THAT THE DEFENDANT SHOW EVIDENCE OF

05:25PM 8   SEPARATE NETWORKS OPERATING INDEPENDENTLY OF EACH OTHER.  WE

05:25PM 9   DON'T HAVE THAT HERE, I DON'T THINK.

05:25PM 10          THE SECOND CIRCUIT ALSO SAYS, "THE COCONSPIRATORS

05:25PM 11  NEED NOT HAVE AGREED ON THE DETAILS SO LONG AS THEY AGREE

05:25PM 12  ON THE ESSENTIAL NATURE OF THE PLAN.  THE GOALS OF ALL

05:25PM 13  PARTICIPANTS NEED NOT BE CONGRUENT SO LONG AS THEY ARE NOT

05:25PM 14  AT CROSS-PURPOSES.  LAPSES IN TIME, CHANGES IN MEMBERSHIP,

05:25PM 15  SHIFTING EMPHASIS IN THE LOCALE OF OPERATIONS DOES NOT

05:25PM 16  NECESSARILY CONVERT A SINGLE CONSPIRACY INTO MULTIPLE

05:25PM 17  CONSPIRACIES.  AND IT'S NOT NECESSARY THAT THE CONSPIRATORS

05:25PM 18  KNOW ALL THE IDENTITIES OF ALL THE OTHER CONSPIRATORS."

05:25PM 19          SO THOSE TWO OUT-OF-CIRCUIT CASES WOULD SEEM TO

05:26PM 20  SUPPORT THE GOVERNMENT.

05:26PM 21          MR. PETRAZIO:  JUDGE--

05:26PM 22          THE COURT:  I'VE NEVER HAD A REAL CLEAR PICTURE OF

05:26PM 23  WHEN YOU GIVE A MULTIPLE-CONSPIRACY INSTRUCTION AND WHEN YOU

05:26PM 24  DON'T.

05:26PM 25          MR. PETRAZIO:  JUDGE, FROM MY PERSPECTIVE, I THINK

Case 4:12-cr-00016-SDJ-CAN  Document 1160  Filed 11/10/14  Page 107 of 142 PageID #:
8286
TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1591

05:26PM 1   AS I SAT HERE DURING THIS TRIAL AND THERE WAS ONE WITNESS THAT

05:26PM 2   TESTIFIED AGAINST MY CLIENT--IT WAS A COCONSPIRATOR--I THINK

05:26PM 3   THAT MIGHT BE A SITUATION THAT WOULD LEND ITSELF TO MULTIPLE

05:26PM 4   CONSPIRACIES.  YOU HAVE ANDY NGUYEN TESTIFYING THAT HE ALWAYS

05:26PM 5   GOT IT DIRECTLY FROM PRIMO.  THEIR DIAGRAM THEY PUT UP SHOWS

05:26PM 6   ANDY NGUYEN GETTING IT FROM CAZARES AND/OR MR. VEGA.  BUT IF

05:27PM 7   YOU LOOK AT THE TIME THAT THEY HAVE TESTIFIED THAT THEY HAD

05:27PM 8   DRUGS, IT LOOKED LIKE MR. CAZARES HAD GONE OUT ON HIS OWN AND

05:27PM 9   NOW

05:27PM 10  WAS ATTEMPTING TO COOK METHAMPHETAMINE.  THERE WAS NEVER ANY

05:27PM 11  TESTIMONY OF WHAT THEY WERE GONNA DO WITH THAT.  SO, AS FAR

05:27PM 12  AS DISTRIBUTION, IT'S POSSIBLE THAT MR. CAZARES HAD DECIDED HE

05:27PM 13  WAS GONNA GO OUT ON HIS OWN.  I DON'T KNOW.  I MEAN, THAT MIGHT

05:27PM 14  LEND ITSELF TO AN ARGUMENT THAT MR. CAZARES HAD DECIDED THROUGH

05:27PM 15  HIS CONNECTION THAT HE HAD NEWLY MADE WITH PRIMO IN MEXICO THAT

05:27PM 16  HE WAS GONNA GO OUT ON HIS OWN.  I DON'T KNOW THAT THEY TIED IT

05:27PM 17  IN UNDERNEATH THAT.  THERE WASN'T EVIDENCE OF THAT.

05:27PM 18          THE COURT:  THE ONLY EVIDENCE ON YOUR CLIENT COMES

05:27PM 19  FROM RAMIRO CAZARES.

05:28PM 20          MR. PETRAZIO:  THERE'S TESTIMONY FROM MR. CAZARES

05:28PM 21  THAT AT TIMES WHEN HE DROPPED MONEY OR GAVE MONEY OR DROPPED

05:28PM 22  DRUGS IT WAS AT ONE POINT, IF YOU READ HIS TESTIMONY, TWO

05:28PM 23  SKINNY WHITE GUYS; AND THEN IT'S ASIAN GUYS; AND THEN ANOTHER

05:28PM 24  TIME TO WOMEN.  BUT WE DON'T HAVE THE IDENTITY OF ANYONE, EVER,

05:28PM 25  IN ANY OF HIS DEALINGS.

05:28PM  1          THE COURT:  DID NGUYEN TESTIFY HE GOT HIS DRUGS FROM

05:28PM  2  YOUR CLIENT?

05:28PM  3          MR. PETRAZIO:  I DON'T BELIEVE SO.  I BELIEVE THAT

05:28PM  4  HIS TESTIMONY WAS EITHER HE GOT IT DIRECTLY FROM PRIMO OR COOL

05:28PM  5  GUY DIRECTLY.

05:28PM  6          THE COURT:  IS THAT YOUR RECOLLECTION, MR. GONZALEZ

05:28PM  7  AND MS. BATSON?

05:28PM  8          MR. GONZALEZ:  THAT HE--THAT WHO--THAT ANDY NGUYEN?

05:28PM  9          THE COURT:  UH-HUH.

05:28PM  10         MR. GONZALEZ:  HE IDENTIFIED THAT HE GOT THE DRUGS

05:28PM  11  FROM CAZARES.

05:28PM  12         THE COURT:  SO WHAT'S THE CONNECTION WITH VEGA?

05:29PM  13  SIMPLY THAT CAZARES AND VEGA WORKED TOGETHER?

05:29PM  14         MR. GONZALEZ:  AND VEGA INDICATED THAT HE WAS ALSO

05:29PM  15  PICKING UP CURRENCY DURING THE TIME.

05:29PM  16         THE COURT:  DID HE PICK IT UP FROM ANDY NGUYEN?

05:29PM  17         MR. GONZALEZ:  HE SAID HE PICKED IT UP FROM TWO

05:29PM  18  INDIVIDUALS AND DELIVERED THE MONEY TO TWO FEMALES.  THAT'S

05:29PM  19  WHAT I REMEMBER.

05:29PM  20         THE COURT:  WELL, THE ONLY THING I HAVE ON CARLOS

05:29PM  21  VEGA IS CAZARES KNOWS HIM, HE IDENTIFIED HIM.  VEGA TOLD

05:29PM  22  CAZARES HE PICKED UP THE MONEY AND DELIVERED IT TO TWO WOMEN.

05:29PM  23  CAZARES CALLED JUAN VEGA, WHO DROVE A BLACK HONDA, TO MAKE

05:29PM  24  THE PICKUP OF DRUGS.  CAZARES--OR VEGA IS PICKING UP MONEY,

05:29PM  25  GIVING IT TO TWO WOMEN, PICKING UP DRUGS--

05:29PM   1                MR. GONZALEZ:  AND COOKING DRUGS.

05:29PM   2                THE COURT:  --AND COOKING DRUGS.

05:30PM   3                MR. GONZALEZ:  AND THEN CAZARES WAS DELIVERING IT

05:30PM   4     TO ANDY NGUYEN.

05:30PM   5                THE COURT:  AND VEGA SAID IN HIS STATEMENT TO AGENT

05:30PM   6     MATA THAT HE WAS A RUNNER FOR CAZARES.

05:30PM   7                MR. GONZALEZ:  CORRECT, YOUR HONOR.  AND THAT HE

05:30PM   8     KNEW THAT PRIMO WAS A SOURCE OF SUPPLY FOR CAZARES.

05:30PM   9                THE COURT:  THEN CAZARES IS DELIVERING TO ANDY

05:30PM  10     NGUYEN.  WHY WOULD I NOT GIVE A MULTIPLE-CONSPIRACY INSTRUCTION

05:30PM  11     REGARDING VEGA?

05:30PM  12                MR. GONZALEZ:  BECAUSE, YOUR HONOR, THE CHAIN OF

05:30PM  13     DISTRIBUTION IS FROM PRIMO, CAZARES AND VEGA TO ANDY NGUYEN.

05:30PM  14     ANDY NGUYEN THEN DELIVERS IT TO MIKE CAMACHO, WHO THEN DELIVERS

05:30PM  15     IT TO RENE SALAZAR, WHO THEN DELIVERS IT TO ALL THE PERSONS IN

05:30PM  16     SHERMAN.  SO THAT'S THE CHAIN OF DISTRIBUTION.  THAT'S ONE

05:30PM  17     CONSPIRACY.

05:30PM  18                THE COURT:  ALL RIGHT.  BUT IT'S ERROR IF THE COURT

05:31PM  19     REFUSES A REQUEST TO INSTRUCT ON MULTIPLE CONSPIRACIES AND THE

05:31PM  20     THEORY HAS ANY EVIDENTIARY SUPPORT.  COULD MR. PETRAZIO NOT

05:31PM  21     ARGUE THAT MR. VEGA HAD ONLY AN AGREEMENT WITH CAZARES?

05:31PM  22                MR. GONZALEZ:  NO.  BECAUSE THE RECORDING WHERE--

05:31PM  23     IT'S CLEAR IN THE RECORDING THAT HE KNOWS WHO--ONE, HE TOLD

05:31PM  24     AGENT MATA THAT HE KNEW PRIMO WAS A SOURCE OF SUPPLY.

05:31PM  25                THE COURT:  OKAY.

**1594**

05:31PM  1          MR. GONZALEZ:  SO HE HAS AN AGREEMENT WITH PRIMO,

05:31PM  2     ALSO, 'CAUSE THAT'S WHO THEY'RE WORKING FOR.

05:31PM  3          MR. PETRAZIO:  I DON'T KNOW THAT YOU CAN MAKE THAT

05:31PM  4     JUMP.

05:31PM  5          MR. GONZALEZ:  SO IT'S NOT ONLY WITH CAZARES, IT'S

05:31PM  6     ALSO WITH THE SOURCE OF SUPPLY IN MEXICO.  'CAUSE THAT'S WHO

05:31PM  7     THEY'RE WORKING FOR.

05:31PM  8          THE COURT:  OKAY.

05:32PM  9          MR. GONZALEZ:  PLUS, THERE'S ALSO THE TESTIMONY

05:32PM  10    THAT PRIMO TOLD THEM HOW TO COOK.  HE TOLD THEM.  'CAUSE YOU

05:32PM  11    REMEMBER THE TESTIMONY OF CAZARES THAT HE SAID THAT HE PUT HIM

05:32PM  12    ON THE SPEAKERPHONE SO THAT HE, PRIMO, COULD TELL THEM, WHICH

05:32PM  13    IS VEGA AND CAZARES, HOW TO COOK THE METH.  SO THEY'RE TAKING

05:32PM  14    THEIR DIRECTION FROM PRIMO.  SO I DON'T SEE HOW HE COULD ARGUE

05:32PM  15    THAT IT'S SOMEBODY ELSE, YOU KNOW, THAT HE'S ONLY TAKING HIS

05:32PM  16    ORDERS FROM CAZARES AND THAT THAT'S A SEPARATE CONSPIRACY.

05:32PM  17         THE COURT:  HE COULD ARGUE IT'S A CONSPIRACY WITH

05:32PM  18    CAZARES AND PRIMO AND THAT'S IT.  I MEAN, JUST KNOWING THAT

05:32PM  19    SOMETHING COMES FROM SOMEONE DOESN'T MEAN YOU HAVE AN AGREEMENT

05:32PM  20    WITH THEM.

05:32PM  21         MR. GONZALEZ:  BUT THEY'RE NOT ONLY DOING THAT,

05:32PM  22    THEY'RE TAKING DIRECTION FROM HIM AND THEY'RE DOING SOMETHING

05:32PM  23    FOR HIM.  SO THERE'S AN AGREEMENT FOR THEM TO DO SOMETHING FOR

05:32PM  24    HIM.

05:32PM  25         THE COURT:  OKAY.

05:32PM 1        MR. GONZALEZ:  AND THEN THAT DRUG THAT THEY'RE

05:32PM 2  PROCESSING IS THE DRUG THAT THEY'RE DISTRIBUTING.  THAT DRUG

05:32PM 3  THAT THEY'RE DISTRIBUTING IS GOING TO ANDY NGUYEN.  THAT DRUG

05:32PM 4  THAT ANDY NGUYEN IS RECEIVING IS GOING TO MICHAEL CAMACHO.

05:33PM 5  FROM MICHAEL CAMACHO, IT THEN GOES TO RENE SALAZAR, AND THEN IT

05:33PM 6  GOES TO ALL THE PEOPLE DOWN IN SHERMAN.  SO THAT'S WHY IT'S ONE

05:33PM 7  SINGLE CONSPIRACY.  AND THAT'S JUST KEEPING IT ON ONE SIDE OF

05:33PM 8  THE DISTRIBUTION.

05:33PM 9        WE CAN THEN GO TO THE OTHER SIDE OF THE DISTRIBUTION,

05:33PM 10 WHICH IS FERNANDO PERALES, AND IT'S THE SAME CONSPIRACY BECAUSE

05:33PM 11 THE GOAL IS ONCE AGAIN THE SAME:  GET THE METHAMPHETAMINE TO

05:33PM 12 SHERMAN FOR DISTRIBUTION.

05:33PM 13       THE COURT:  SO WHAT YOU ARE SAYING IS:  THE

05:33PM 14 DEFENDANT HAS TO DEMONSTRATE TO THE COURT, IN ORDER TO BE

05:33PM 15 ENTITLED TO THE MULTIPLE-CONSPIRACY INSTRUCTION, THAT THERE IS

05:33PM 16 A CLEAR SEPARATION BETWEEN WHAT HE WAS DOING AND WHAT ALL THE

05:33PM 17 OTHERS WERE DOING?

05:33PM 18       MR. GONZALEZ:  YES.  BECAUSE THEY'RE INTERCONNECTED.

05:33PM 19 IT'S A CHAIN OF DISTRIBUTION.  THE BOTTOM PART OF THE CHAIN

05:33PM 20 DOESN'T HAPPEN IF THE TOP PART OF THE CHAIN DOESN'T OCCUR.  AND

05:33PM 21 THAT'S WHAT'S HAPPENING HERE.  IF IT'S BEING IMPORTED AND IT'S

05:33PM 22 BEING MANUFACTURED HERE WHERE THEY'RE CONVERTING IT AND COOKING

05:33PM 23 IT, IT DOESN'T GET TO SHERMAN IF THEY DON'T DO THEIR PART IN

05:34PM 24 IT.  AND THEY DON'T HAVE TO KNOW EVERYBODY IN SHERMAN--

05:34PM 25       THE COURT:  OH, I KNOW.

05:34PM 1          MR. GONZALEZ:  --THEY JUST HAVE TO KNOW ANDY NGUYEN,

05:34PM 2  WHICH THEY DO, BECAUSE THAT'S WHO'S GETTING IT AND THAT'S WHO'S

05:34PM 3  DISTRIBUTING IT AND FACILITATING THAT PART OF IT.  AND THEN

05:34PM 4  WHEN MICHAEL CAMACHO TAKES IT TO RENE SALAZAR, HE'S THE ONE

05:34PM 5  THAT HAS THE DISTRIBUTION IN SHERMAN.

05:34PM 6          THE COURT:  WELL, YOUR POSITION IS WHAT THE SECOND

05:34PM 7  CIRCUIT SAYS, WHICH IS THAT A DEFENDANT MUST SHOW THAT THERE

05:34PM 8  WAS EVIDENCE OF SEPARATE NETWORKS OPERATING INDEPENDENTLY

05:34PM 9  OF EACH OTHER.  I MEAN, AT LEAST THAT'S A CLEAR TEST.

05:34PM 10          MR. WHALEN:  THE ONLY THING I WOULD ADD TO THAT

05:34PM 11  IS THAT I THINK IF YOU LOOK AT THE TESTIMONY OF CAZARES, HE

05:34PM 12  STARTED--HE SAYS HE GOT THIS PHONE CALL IN JANUARY OF 2012.

05:34PM 13  HE GETS THIS CALL AND HE STARTS WORKING IN 2012.  I THINK

05:34PM 14  ALSO THAT THE TESTIMONY IS THAT MR. SALAZAR AND MR. HOUSE ARE

05:35PM 15  INCARCERATED AND THEY'RE OUT IN AUGUST OF 2011.  THEY'RE IN

05:35PM 16  CUSTODY.

05:35PM 17          THE COURT:  OKAY.

05:35PM 18          MR. WHALEN:  SO THE ARGUMENT THAT THEN IT'S GOING

05:35PM 19  TO ANDY NGUYEN, THEN GOING TO CAMACHO, THEN GOING TO SALAZAR,

05:35PM 20  THAT'S NOT ACCURATE, BECAUSE THEN SALAZAR AND HOUSE ARE

05:35PM 21  INCARCERATED AND NOT CONTINUING TO ACCEPT PRODUCT FROM

05:35PM 22  MR. CAMACHO BECAUSE--

05:35PM 23          MR. GONZALEZ:  YOUR HONOR, THAT ARGUMENT ALSO--

05:35PM 24  DEFENSE COUNSEL MADE THAT ARGUMENT EARLIER.  JUST BECAUSE

05:35PM 25  PEOPLE LEAVE A CONSPIRACY DOESN'T MEAN THE CONSPIRACY ENDS.

Case 4:12-cr-00016-SDJ-CAN   Document 1160   Filed 11/10/14   Page 113 of 142 PageID #:
8242
TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1597

05:35PM 1 THERE'S PEOPLE WHO GET ARRESTED AND DON'T WITHDRAW FROM

05:35PM 2 THE CONSPIRACY AND COME RIGHT BACK INTO THE CONSPIRACY.  SO

05:35PM 3 THAT DOESN'T NECESSARILY MEAN THERE'S ONE CONSPIRACY AND THEN

05:35PM 4 ANOTHER CONSPIRACY.  I UNDERSTAND THAT'S WHAT MR. WHALEN IS

05:35PM 5 SAYING.

05:35PM 6         THE COURT:  THAT'S WHAT'S CONFUSING ABOUT THIS,

05:35PM 7 THOUGH.  I MEAN, YOU KNOW, IF YOU SHOW--THAT OUT-OF-CIRCUIT

05:36PM 8 CASE--LET'S SEE.  I'VE GOT TO GET BACK TO IT--IF YOU SHOW

05:36PM 9 SEPARATE NETWORKS OPERATING INDEPENDENTLY OF EACH OTHER,

05:36PM 10 THEN YOU ARE DEFINITELY ENTITLED TO THE INSTRUCTION.

05:36PM 11         YOU KNOW, MR. WHALEN, IT DOES LOOK LIKE ONE NETWORK

05:36PM 12 HERE.  I MEAN, THERE IS AN INTERRELATIONSHIP AMONG ALL OF THESE

05:36PM 13 PEOPLE, INCLUDING YOUR CLIENT AND EVEN INCLUDING MR. PETRAZIO'S

05:36PM 14 CLIENT.  AND WHILE THERE WERE ONLY TWO WITNESSES TESTIFYING

05:36PM 15 AGAINST JUAN CARLOS VEGA, THE JURY CAN CERTAINLY BELIEVE THEM.

05:36PM 16 AND IF THE JURY BELIEVES THEM, THEY COULD FIND HIM GUILTY.

05:36PM 17         MR. PETRAZIO:  UNDERSTOOD, YOUR HONOR.  BUT I ALSO

05:36PM 18 BELIEVE THAT MR. CAZARES IS THE ONE WITH THE AGREEMENT WITH

05:36PM 19 PRIMO.  OBVIOUSLY, I'M GOING TO ARGUE--

05:36PM 20         THE COURT:  BUT VEGA IS WORKING WITH CAZARES AND

05:37PM 21 HE'S AWARE OF PRIMO.

05:37PM 22         MR. PETRAZIO:  HE IS AN EMPLOYEE FOR SIX YEARS ALSO.

05:37PM 23 SO TO SAY THAT, YOU KNOW, THREE DAYS BEFORE THEY SHUT THIS

05:37PM 24 THING DOWN AND THEY ARREST MY GUY BASED ON MR. CAZARES'S

05:37PM 25 TESTIMONY AFTER HE'S IN CUSTODY, AND THAT'S ALL THE EVIDENCE

05:37PM 1 THAT THEY GATHER, COMES FROM MR. CAZARES, I'M GONNA MAKE THE

05:37PM 2 ARGUMENT THAT, YOU KNOW, HE CAME IN AT THE LAST MOMENT ON THIS

05:37PM 3 CASE.  AND TO SAY THAT HE HAD AN AGREEMENT WITH PRIMO, WHO IS

05:37PM 4 TO SAY PRIMO DIDN'T HAVE FOUR OTHER PEOPLE IN THE DALLAS

05:37PM 5 METROPLEX THAT HE HAS HIS OWN CONSPIRACIES WITH?  IF HE'S A

05:37PM 6 MAIN SOURCE OF SUPPLY FROM MEXICO, I SUSPECT THAT'S THE CASE.

05:37PM 7 THE COURT:  PRIMO MAY HAVE BEEN INVOLVED IN OTHER

05:37PM 8 CONSPIRACIES, YEAH.

05:37PM 9 MR. PETRAZIO:  RIGHT.  AND MY POINT IS, FROM

05:37PM 10 MR. VEGA'S PERSPECTIVE, HE DOESN'T KNOW WHAT HAPPENS AFTER

05:37PM 11 HE GETS IT.  AND IT'S NEVER BEEN TIED IN THAT MR. VEGA EVER

05:37PM 12 GAVE TO ANYONE IN THIS CONSPIRACY.  THAT HASN'T BEEN TIED IN.

05:38PM 13 THERE'S NO EVIDENCE OF THAT.  AND MY POINT IS, I GUESS, ALL

05:38PM 14 OF A SUDDEN, ON APRIL 8TH OR 9TH, WHENEVER THEY GET ARRESTED

05:38PM 15 WITH ALL THESE DRUGS THAT ALL OF A SUDDEN THEY'RE GONNA START

05:38PM 16 COOKING, ISN'T THAT SOMETHING THAT THE PEOPLE BELOW THEM IN

05:38PM 17 THIS CONSPIRACY WERE DOING?  IT SEEMS THAT I COULD MAKE THE

05:38PM 18 ARGUMENT THAT IF MR. CAZARES DECIDED--AND THE GOVERNMENT HAS

05:38PM 19 SAID HE DID--TO START COOKING, THAT THEY WERE STARTING THEIR

05:38PM 20 OWN DEAL IN DISTRIBUTING.

05:38PM 21 THE COURT:  MR. GONZALEZ, WHAT DID YOU SAY THE

05:38PM 22 EVIDENCE IS THAT CAZARES AND VEGA WERE DISTRIBUTING TO NGUYEN?

05:38PM 23 DID YOU HAVE ANY EVIDENCE?

05:38PM 24 MR. GONZALEZ:  CAZARES TESTIFIED THAT HE WAS

05:38PM 25 DISTRIBUTING TO ONE OF THE RUNNERS.  HE IDENTIFIED ONE OF THE

05:38PM  1  RUNNERS, WHICH WAS HOA MINH HOANG.  IF YOU RECALL, HE SAID HE

05:38PM  2  DELIVERED FOUR KILOGRAMS TO HOA MINH HOANG.  AND THEN HOA MINH

05:39PM  3  HOANG DELIVERED IT.  AND THEN HE DELIVERED SOME MORE TO THEM.

05:39PM  4          THE COURT:  OKAY.

05:39PM  5          MR. GONZALEZ:  PLUS, THERE'S ALSO THE CONNECTION OF

05:39PM  6  THE VEHICLE.  IF YOU RECALL, PRIMO WANTED A VEHICLE, AND ANDY

05:39PM  7  NGUYEN DELIVERED A VEHICLE TO MR. CAZARES.  SO THAT'S THE

05:39PM  8  CONNECTION BETWEEN THEM.

05:39PM  9          MR. PETRAZIO:  JUDGE, THERE'S STILL NO EVIDENCE AS

05:39PM  10  TO WHEN MR. VEGA PURPORTEDLY JOINED THIS CONSPIRACY.  THERE IS

05:39PM  11  TESTIMONY THAT THERE WERE FIVE, SIX, SEVEN TRANSACTIONS THAT

05:39PM  12  MR. CAZARES DID FOR PRIMO PRIOR TO--THERE'S NO TESTIMONY FROM

05:39PM  13  CAZARES SAYING AT WHAT POINT HE TOLD MR. VEGA ABOUT WHAT HE

05:39PM  14  WAS DOING.  SO TO ARGUE THAT THESE THINGS HAPPENED AND INVOLVED

05:39PM  15  MR. VEGA WHEN WE DON'T HAVE A TIME PERIOD WHEN THAT COMES IN--

05:39PM  16          MR. GONZALEZ:  WE HAVE A TIME PERIOD THAT WAS

05:39PM  17  TESTIFIED BY MR. CAZARES AS TO HIS INVOLVEMENT.

05:39PM  18          MR. PETRAZIO:  I DON'T SEE IT IN THE TESTIMONY.

05:39PM  19          THE COURT:  VEGA WAS AWARE OF PRIMO, ACCORDING TO

05:39PM  20  THE EVIDENCE.  SOME EVIDENCE.  VEGA'S RELATIONSHIP COULD HAVE

05:40PM  21  BEEN STRICTLY WITH CAZARES AND DOING WHAT CAZARES TELLS HIM TO

05:40PM  22  DO.  AND HE'S STILL A CONSPIRATOR--

05:40PM  23          MR. PETRAZIO:  I UNDERSTAND.

05:40PM  24          THE COURT:  --IN THE OVERALL CONSPIRACY.  THERE'S A

05:40PM  25  COMMON GOAL OF DISTRIBUTING METHAMPHETAMINE FOR PROFIT AMONG

Case 4:12-cr-00016-SDJ-CAN  Document 1160  Filed 11/10/14  Page 116 of 142 PageID #:
8245
TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1600

05:40PM  1  ALL THESE PEOPLE.  OR JUST FOR USE.

05:40PM  2  INTERDEPENDENCE?  WELL, THEY'RE GETTING THE

05:40PM  3  METHAMPHETAMINE FROM--ACCORDING TO SOME OF THE EVIDENCE FROM

05:40PM  4  CAZARES AND VEGA AND NGUYEN AND PERALES, SALAZAR AND HOUSE,

05:40PM  5  DISTRIBUTORS INCLUDING HOA HOANG, MANUEL CAMACHO, PRISCILLA

05:40PM  6  MARCELENO CAMACHO, BOBBY JAMES.  AND TIMOTHY BOWEN IS BUYING,

05:41PM  7  CHARLIE QUIROLO IS DISTRIBUTING.  THE DEGREE OF INTERDEPENDENCE

05:41PM  8  OF THE ACTIONS OF MEMBERS--I THINK THERE'S INTERDEPENDENCE.

05:41PM  9  REQUIRED NEXUS.  ARE THEY PARTICIPATING WITH CORE

05:41PM  10  CONSPIRATORS?  THEY ALL HAVE TO BE PARTICIPATING WITH EITHER

05:41PM  11  NGUYEN OR PERALES OR HOUSE OR SALAZAR OR VEGA, SOMEBODY WHO IS

05:41PM  12  SUPPLYING DRUGS.

05:42PM  13  THE ONLY THING THAT BOTHERS ME IS THE LANGUAGE IN

05:42PM  14  SOME OF THESE CASES THAT SAYS--FOR EXAMPLE, IN THE ERWIN CASE,

05:42PM  15  WHICH IS A FIFTH CIRCUIT CASE, YOU GIVE THE INSTRUCTION IF

05:42PM  16  THERE'S ANY EVIDENCE TO SUPPORT IT WHATSOEVER.  OF COURSE, IT

05:42PM  17  TAKES EVIDENCE TO SUPPORT IT.  THAT'S WHERE YOU LOOK AT ISSUES

05:42PM  18  LIKE THE THREE-FACTOR TEST, WHICH I'VE JUST GONE THROUGH, AND

05:43PM  19  THE FIVE-FACTOR TEST.

05:43PM  20  TIME FRAMES DIFFERED.  SOME OF THESE PEOPLE WERE

05:43PM  21  ARRESTED AT DIFFERENT TIMES AND TAKEN OUT OF THE PICTURE.

05:43PM  22  LOCATION WAS PRETTY MUCH THE SAME, THE DALLAS-FORT

05:43PM  23  WORTH AREA AND THE SHERMAN-DENISON AREA.

05:43PM  24  OKAY.  MR. WHALEN, I DON'T KNOW WHETHER TO THINK

05:43PM  25  ABOUT IT OVERNIGHT OR TO GIVE YOU A RULING RIGHT NOW.  I MEAN,

Case 4:12-cr-00016-SDJ-CAN   Document 1160   Filed 11/10/14   Page 117 of 142 PageID #:
8266
TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1601

05:43PM 1    YOUR GUY, TIM BOWEN, IS GETTING DRUGS FROM A LOT OF THESE OTHER

05:44PM 2    CONSPIRATORS.  I DON'T KNOW HOW YOU COULD ARGUE HE'S A MEMBER

05:44PM 3    OF SOME SEPARATE CONSPIRACY.

05:44PM 4             SALAZAR DEFINITELY IS INVOLVED WITH MANY OF THESE

05:44PM 5    PEOPLE.  MOST OF THE PEOPLE WHO GOT ON THE WITNESS STAND

05:44PM 6    TESTIFIED AND IDENTIFIED MR. SALAZAR AND TESTIFIED ABOUT

05:44PM 7    HIS INVOLVEMENT WITH THEM.

05:44PM 8             JUAN CARLOS VEGA.  CERTAINLY THE FEWEST WITNESSES

05:44PM 9    TESTIFIED ABOUT VEGA.  BUT IF THE JURY BELIEVES IT, BELIEVES

05:44PM 10   THOSE TWO WITNESSES, AGENT MATA AND CAZARES--

05:44PM 11            MR. PETRAZIO:  JUDGE, ALSO, AN ARGUMENT COULD BE

05:44PM 12   MADE THAT THE FIRST FIVE OR SIX TRANSACTIONS THAT CAZARES DID

05:44PM 13   FOR PRIMO DID RELATE TO THIS CASE.  AND THEN, ONCE HE HAD DONE

05:44PM 14   THAT, HE WAS FREE TO DO WHATEVER HE WANTED TO DO.  YOU COULD

05:45PM 15   MAKE AN ARGUMENT HE WITHDREW FROM THAT AND NOW DECIDED TO GO

05:45PM 16   OUT ON HIS OWN DEAL.

05:45PM 17            THE COURT:  YOU COULD MAKE THAT ARGUMENT.

05:45PM 18            MR. GONZALEZ:  YOUR HONOR, AND THE TIME FRAME--

05:45PM 19   JUST FOR THE RECORD, THE TIME FRAME, CAZARES SAID HE STARTED

05:45PM 20   IN JANUARY 2012.  ANDY NGUYEN WAS NOT ARRESTED UNTIL MARCH

05:45PM 21   OF 2012.  SO HE WAS STILL IN THE CONSPIRACY DURING THAT TIME

05:45PM 22   PERIOD, THOSE MONTHS IN 2012.

05:45PM 23            THE COURT:  OF COURSE, THE CAR THAT VEGA IS DRIVING,

05:45PM 24   THE HONDA, SHOWS THE OWNER AS ANDY NGUYEN'S SISTER.

05:45PM 25            MR. PETRAZIO:  VEGA DOESN'T KNOW THAT.

Case 4:12-cr-00016-SDJ-CAN  Document 1160  Filed 11/10/14  Page 118 of 142 PageID #:
8247
TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1602

05:45PM  1        THE COURT:  WAIT A MINUTE.  THESE ARE DOCUMENTS THAT

05:46PM  2  ARE IN THE CAR.

05:46PM  3        MR. PETRAZIO:  I UNDERSTAND.  BUT THAT'S ASSUMING

05:46PM  4  THAT VEGA EVER READ WHAT WAS IN THE GLOVE BOX.  HE KNOWS HIS

05:46PM  5  BOSS GAVE HIM A CAR TO DRIVE.

05:46PM  6        THE COURT:  I DON'T KNOW THAT VEGA HAS TO KNOW

05:46PM  7  NGUYEN PERSONALLY.  BUT THERE'S DEFINITELY A RELATIONSHIP

05:46PM  8  BETWEEN CAZARES AND NGUYEN, ACCORDING TO THE EVIDENCE.  AND

05:46PM  9  THEN YOU'VE GOT VEGA TAKING ORDERS FROM CAZARES.  BASICALLY,

05:46PM  10  VEGA WAS TAKING ORDERS FROM CAZARES.

05:46PM  11        DO YOU AGREE, MR. GONZALEZ?

05:46PM  12        MR. GONZALEZ:  YES, I DO.

05:46PM  13        THE COURT:  YOU JUST DON'T THINK THERE'S ANY

05:46PM  14  EVIDENCE THAT VEGA AND CAZARES ARE OUT THERE DOING THEIR OWN

05:46PM  15  THING?

05:46PM  16        MR. GONZALEZ:  I DO NOT.

05:46PM  17        THE COURT:  YOU THINK THEY'RE CONNECTED WITH THE

05:46PM  18  OTHER PEOPLE HERE?

05:46PM  19        MR. GONZALEZ:  I THINK THEY'RE WORKING FOR PRIMO AND

05:46PM  20  THEY BOTH KNOW IT.

05:46PM  21        THE COURT:  YEAH.  AND I THINK YOU SAID EARLIER THAT

05:46PM  22  THERE'S EVIDENCE THAT NGUYEN GOT DRUGS FROM CAZARES.

05:46PM  23        MR. GONZALEZ:  YES.  THROUGH THE--WE GOT THAT

05:46PM  24  EVIDENCE THROUGH HIS DRIVER AND CAZARES.

05:47PM  25        THE COURT:  AND BECAUSE CAZARES DELIVERED METH TO

05:47PM 1    HOA HOANG, WHO IS NGUYEN'S COUSIN, AND THEY WERE WORKING FOR

05:47PM 2    EACH OTHER--OR HOA HOANG WAS WORKING FOR NGUYEN.

05:47PM 3              MR. GONZALEZ:  BOTH DRUGS AND MONEY.

05:47PM 4              THE COURT:  I THINK THE EVIDENCE HERE IS ABOUT ONE

05:47PM 5    CONSPIRACY.  I'M GOING TO DENY YOUR REQUEST FOR A MULTIPLE-

05:47PM 6    CONSPIRACY CHARGE.  I DON'T THINK THE EVIDENCE RAISES IT.

05:47PM 7    THERE'S TOO MUCH INTERDEPENDENCE AMONG ALL OF THESE ALLEGED

05:47PM 8    COCONSPIRATORS.

05:47PM 9              SO I WILL MAKE THE CHANGE THAT MR. GONZALEZ SUGGESTS

05:47PM 10   ON THE VERDICT FORM.  AND I CAN DO THAT TONIGHT WHILE YOU WAIT.

05:47PM 11   OR I CAN HAVE THESE FOR YOU IN THE MORNING.

05:47PM 12             MR. PETRAZIO:  IN THE MORNING, YOUR HONOR.

05:47PM 13             THE COURT:  OKAY.

05:47PM 14             HOW MUCH TIME DO Y'ALL WANT TO ARGUE?  DO YOU HAVE

05:48PM 15   ANY IDEA?  OR DO YOU WANT TO THINK ABOUT IT AND LET ME KNOW IN

05:48PM 16   THE MORNING?  I DON'T CARE.  YOU CAN TELL ME TOMORROW MORNING.

05:48PM 17             MR. WHALEN:  I'LL LET YOU KNOW IN THE MORNING.

05:48PM 18             THE COURT:  OKAY.  ALL RIGHT.  I'LL SEE Y'ALL

05:48PM 19   TOMORROW AT 9:00.  THANK YOU.

05:48PM 20             [OVERNIGHT RECESS]

21                        ---------

22

23

24

25

TRIAL TRANSCRIPT, VOLUME 6 OF 7, DECEMBER 11, 2012

1604

COURT REPORTER'S CERTIFICATE

1

2

3    I CERTIFY THAT PAGES 1485 THROUGH 1626 CONTAIN A CORRECT

4  TRANSCRIPT FROM THE RECORD OF PROCEEDINGS.

5     MAY 1, 2014.

6

7

8                    JERRY KELLEY, CRR

9                    OFFICIAL COURT REPORTER

10                   U.S. COURTHOUSE

11                   7940 PRESTON ROAD

12                   PLANO, TEXAS 75024

13                   214-872-4829

14

15                   --------

16

17

18                  TABLE OF CONTENTS

19

20  DIRECT EXAMINATION OF MELISSA RENEE STEWART ON        1489

21  BEHALF OF THE GOVERNMENT

22  CROSS-EXAMINATION OF MELISSA RENEE STEWART ON         1509

23  BEHALF OF THE DEFENDANT SALAZAR

24  DIRECT EXAMINATION OF BRIAN MCCLARAN ON BEHALF OF     1517

25  THE GOVERNMENT

1605

CROSS-EXAMINATION OF BRIAN MCCLARAN ON BEHALF OF         1529

THE DEFENDANT BOWEN

REDIRECT EXAMINATION OF BRIAN MCCLARAN ON BEHALF         1529

OF THE GOVERNMENT

THE UNITED STATES RESTS ITS CASE-IN-CHIEF               1530

EXAMINATION OF TIMOTHY LEDON BOWEN                       1556

DEFENSE RESTS                                           1558

ON BEHALF OF TIMOTHY LEDON BOWEN, WE REST.              1558

ON BEHALF OF JUAN CARLOS VEGA, WE REST.                1558

GOVERNMENT'S EXHIBIT 52                                 1549

GOVERNMENT'S EXHIBIT 53                                 1552

GOVERNMENT'S EXHIBIT 67                                 1527

GOVERNMENT'S EXHIBIT 67                                 1527

GOVERNMENT'S EXHIBIT 67 IS ADMITTED                    1527

GOVERNMENT'S EXHIBIT 100                                1503

GOVERNMENT'S EXHIBIT 100 IS ADMITTED                   1503

GOVERNMENT'S EXHIBIT 123                                1495

# #

**#1700** [1] - 1486:21

# $

**$298** [1] - 1542:21

# '

**'91** [1] - 1578:25

# 0

**000** [2] - 1485:13, 1604:3

# 1

**1** [10] - 1492:1, 1504:10, 1561:25, 1563:8, 1563:13, 1564:21, 1564:25, 1566:5, 1571:6, 1604:5
**1.14** [1] - 1561:19
**1.30** [1] - 1524:4
**1.5** [1] - 1504:23
**10** [2] - 1537:6, 1561:25
**100** [5] - 1503:4, 1503:18, 1503:22, 1605:15, 1605:16
**101** [1] - 1486:9
**106** [1] - 1486:15
**1066** [2] - 1573:8, 1574:4
**1075** [1] - 1573:8
**1076** [1] - 1573:8
**11** [2] - 1485:7, 1486:2
**116** [3] - 1573:8, 1574:4, 1574:6
**11:30** [1] - 1554:20
**12** [1] - 1494:21
**123** [2] - 1495:10, 1605:17
**1248** [1] - 1573:10
**1251** [1] - 1579:17
**1254** [1] - 1573:11
**1255** [2] - 1573:11
**13** [3] - 1489:24, 1510:9, 1529:17
**13TH** [1] - 1521:11
**14** [3] - 1489:24, 1494:21, 1510:9
**1485** [2] - 1485:13, 1604:3
**1489** [1] - 1604:20
**1495** [1] - 1605:17
**15** [3] - 1531:25,

1532:1, 1559:25
**1503** [2] - 1605:15, 1605:16
**1509** [1] - 1604:22
**1517** [1] - 1604:24
**1527** [3] - 1605:12, 1605:13, 1605:14
**1529** [2] - 1605:1, 1605:3
**1530** [1] - 1605:5
**1549** [1] - 1605:10
**1552** [1] - 1605:11
**1556** [1] - 1605:6
**1558** [3] - 1605:7, 1605:8, 1605:9
**16** [1] - 1500:25
**160** [1] - 1574:5
**1604** [1] - 1485:15
**1606** [1] - 1485:17
**17TH** [1] - 1487:23
**18** [1] - 1500:25
**18TH** [1] - 1487:23
**1997** [1] - 1582:9
**1999** [13] - 1517:24, 1519:11, 1519:12, 1519:13, 1520:8, 1521:24, 1525:18, 1525:19, 1525:25, 1529:6, 1529:8, 1529:15, 1530:5

# 2

**2** [9] - 1487:21, 1487:24, 1492:1, 1492:4, 1504:9, 1506:20, 1552:8, 1552:9, 1559:16
**2.89** [1] - 1575:15
**200** [2] - 1487:4, 1494:7
**2001** [4] - 1521:9, 1522:25, 1526:24, 1528:4
**2002** [5] - 1521:11, 1523:3, 1527:1, 1528:5, 1529:5
**2008** [1] - 1575:18
**2010** [1] - 1512:23
**2011** [23] - 1491:9, 1491:10, 1491:13, 1492:13, 1500:4, 1500:6, 1500:11, 1510:24, 1512:21, 1512:24, 1513:21, 1515:4, 1534:13, 1534:15, 1534:19, 1534:25, 1535:3, 1535:19, 1537:7, 1538:7, 1596:15

2012 [11] - 1485:7, 1486:2, 1510:21, 1521:6, 1535:20, 1543:12, 1596:12, 1596:13, 1601:20, 1601:21, 1601:22
**20121211** [1] - 1486:1
**2014** [1] - 1604:5
**21** [1] - 1504:12
**214-368-2560** [1] - 1486:23
**214-872-4829** [1] - 1604:13
**237** [5] - 1571:5, 1571:14, 1572:11, 1572:13, 1572:14
**25** [1] - 1501:1
**250** [1] - 1494:9
**26TH** [1] - 1530:5
**29** [10] - 1531:10, 1532:9, 1532:16, 1539:13, 1543:1, 1543:7, 1548:13, 1554:11, 1574:15, 1582:1
**29-MOTION-TYPE** [1] - 1584:2
**297** [1] - 1572:13
**2:00** [6] - 1554:20, 1554:21, 1559:25, 1560:1, 1560:3, 1560:18
**2D1.1** [1] - 1504:21

# 3

**3** [4] - 1492:2, 1552:6, 1552:9, 1552:10
**30** [1] - 1501:1
**300** [1] - 1494:9
**308** [2] - 1522:13, 1526:7
**31** [1] - 1577:4
**32** [2] - 1504:21, 1509:24
**330** [1] - 1571:6
**34** [2] - 1548:8, 1577:2
**35(B)** [1] - 1508:5
**377** [1] - 1532:24
**38** [1] - 1489:12
**383** [1] - 1532:24
**3RD** [1] - 1521:6

# 4

**4** [2] - 1492:2, 1552:19
**400** [1] - 1494:15
**404(B** [3] - 1519:4, 1520:18, 1520:24
**404(B)** [3] - 1518:24,

1519:10, 1523:16
**406** [1] - 1486:15
**426** [1] - 1541:24
**45** [1] - 1559:12
**46** [1] - 1524:5
**469-223-7821** [1] - 1486:17
**491** [3] - 1571:5, 1571:14, 1572:11
**4:01CR29** [1] - 1521:9
**4:12CR16** [1] - 1485:6

# 5

**5** [2] - 1492:2, 1561:6
**5(A** [1] - 1504:19
**50** [3] - 1549:20, 1549:23, 1564:8
**500** [3] - 1486:9, 1504:22, 1564:7
**52** [2] - 1549:9, 1605:10
**53** [2] - 1552:7, 1605:11
**54** [1] - 1573:10
**5700** [1] - 1487:4
**58** [2] - 1550:25, 1551:2
**5:00** [3] - 1555:10, 1559:5, 1559:6
**5K.1** [1] - 1508:4

# 6

**6** [2] - 1485:13, 1492:3
**6500** [1] - 1486:21
**656** [1] - 1576:4
**67** [6] - 1527:9, 1527:19, 1527:23, 1605:12, 1605:13, 1605:14

# 7

**7** [3] - 1485:13, 1505:5, 1572:17
**7.5** [1] - 1588:8
**73** [2] - 1502:25, 1503:2
**748** [1] - 1579:1
**75024** [2] - 1487:5, 1604:12
**75074** [1] - 1486:10
**75093** [1] - 1486:22
**76240** [1] - 1486:16
**793** [1] - 1576:4
**7940** [1] - 1604:11

# 8

**8** [2] - 1507:23, 1582:3
**80** [2] - 1495:6, 1513:22
**846** [1] - 1504:12
**8TH** [1] - 1598:14

# 9

**9** [5] - 1485:7, 1486:1, 1549:23, 1551:3, 1559:20
**922** [1] - 1573:13
**934** [1] - 1573:13
**947** [2] - 1579:1, 1579:17
**972-509-1201** [1] - 1486:11
**972-965-1016** [1] - 1487:6
**9:00** [2] - 1560:17, 1603:19
**9TH** [1] - 1543:12, 1598:14

# A

**ABLE** [3] - 1488:3, 1514:17, 1515:11
**ACCEPT** [1] - 1596:21
**ACCESS** [1] - 1552:16
**ACCIDENT** [1] - 1525:12
**ACCOMPLICE** [1] - 1561:20
**ACCOMPLICE-INFORMER** [1] - 1561:20
**ACCOMPLICE/ CODEFENDANT** [1] - 1561:6
**ACCOMPLICES** [1] - 1561:12
**ACCORD** [2] - 1544:3, 1554:5
**ACCORDING** [5] - 1525:10, 1537:14, 1599:19, 1600:3, 1602:8
**ACCURATE** [1] - 1596:20
**ACCUSATION** [1] - 1524:23
**ACCUSED** [1] - 1577:3
**ACKNOWLEDGED** [1] - 1573:21
**ACQUIRE** [1] - 1491:19

**ACQUIRING** [1] - 1588:4

**ACQUITTAL** [7] - 1531:11, 1532:16, 1536:17, 1539:13, 1542:25, 1543:7, 1554:7

**ACT** [4] - 1519:4, 1521:7, 1524:22, 1587:21

**ACTED** [1] - 1525:10

**ACTING** [4] - 1576:15, 1577:2, 1579:7, 1587:20

**ACTIONS** [5] - 1505:23, 1553:8, 1584:10, 1587:15, 1600:8

**ACTIVITIES** [7] - 1505:8, 1505:17, 1505:25, 1567:4, 1568:3, 1580:1, 1585:16

**ACTIVITY** [1] - 1585:14

**ACTS** [10] - 1524:18, 1524:19, 1525:3, 1525:4, 1525:9, 1525:12, 1525:14, 1529:11, 1529:12, 1579:8

**ACTUAL** [4] - 1555:1, 1563:22, 1564:4, 1564:24

**AD** [1] - 1557:22

**ADD** [1] - 1596:10

**ADDITION** [1] - 1553:5

**ADDITIONAL** [1] - 1586:1

**ADDRESS** [1] - 1543:23

**ADDRESSES** [1] - 1561:9

**ADEQUATELY** [1] - 1575:15

**ADMIT** [1] - 1527:18

**ADMITTED** [5] - 1503:22, 1527:24, 1577:4, 1605:14, 1605:16

**ADVISING** [1] - 1557:16

**AFFILIATED** [1] - 1583:3

**AFFIRM** [2] - 1556:12, 1556:14

**AFFIRMING** [1] - 1578:19

**AFTERNOON** [3] - 1555:15, 1559:8,

1560:19

**AGENT** [9] - 1543:8, 1546:24, 1547:21, 1552:22, 1553:25, 1579:22, 1593:5, 1593:24, 1601:10

**AGENT'S** [1] - 1547:13

**AGENTS** [7] - 1501:24, 1502:2, 1502:4, 1507:19, 1508:16, 1527:3, 1543:24

**AGES** [1] - 1489:23

**AGO** [1] - 1529:17

**AGREE** [8] - 1504:9, 1504:10, 1537:22, 1562:3, 1562:18, 1587:9, 1590:11, 1602:11

**AGREEABLE** [1] - 1555:16

**AGREED** [7] - 1501:18, 1501:23, 1504:19, 1504:25, 1544:16, 1561:23, 1590:11

**AGREEMENT** [36] - 1502:22, 1502:23, 1503:9, 1503:10, 1504:2, 1504:20, 1506:8, 1507:14, 1532:17, 1533:3, 1533:20, 1535:24, 1536:15, 1536:16, 1544:12, 1544:14, 1545:10, 1546:10, 1561:6, 1566:19, 1567:2, 1567:3, 1567:17, 1567:18, 1569:21, 1569:22, 1570:3, 1570:7, 1570:19, 1593:21, 1594:1, 1594:19, 1594:23, 1597:18, 1598:3

**AGREEMENTS** [2] - 1570:21, 1574:14

**AHEAD** [3] - 1488:5, 1558:2, 1584:20

**AIDED** [1] - 1485:25

**AL** [1] - 1485:8

**ALBEIT** [1] - 1543:18

**ALIVE** [1] - 1489:22

**ALLEGATION** [1] - 1563:7

**ALLEGED** [15] - 1518:23, 1529:11, 1534:1, 1534:24, 1543:9, 1543:10,

1547:12, 1562:19, 1564:22, 1565:1, 1565:3, 1576:20, 1578:2, 1603:7

**ALLEGEDLY** [3] - 1525:5, 1547:5, 1547:9

**ALLEGES** [1] - 1564:3

**ALLOW** [2] - 1521:5, 1538:17

**ALLOWING** [1] - 1538:19

**ALMOST** [1] - 1576:19

**ALONE** [5] - 1533:1, 1535:12, 1545:16, 1557:1, 1557:13

**ALTERED** [1] - 1503:14

**AMERICA** [1] - 1485:6

**AMERICAN** [1] - 1551:14

**AMOUNT** [8] - 1493:3, 1494:23, 1500:13, 1500:14, 1500:21, 1500:24, 1504:24, 1564:8

**AMOUNTS** [3] - 1494:4, 1540:11, 1564:23

**ANALYSIS** [1] - 1583:7

**ANALYZE** [1] - 1577:5

**ANALYZING** [1] - 1532:23

**ANDREA** [6] - 1496:10, 1499:16, 1499:21, 1500:23, 1541:22, 1542:16

**ANDY** [21] - 1539:22, 1540:4, 1568:17, 1568:18, 1577:19, 1588:18, 1591:4, 1591:6, 1592:8, 1592:16, 1593:4, 1593:9, 1593:13, 1593:14, 1595:3, 1595:4, 1596:1, 1596:19, 1599:6, 1601:20, 1601:24

**ANNOUNCE** [1] - 1554:14

**ANSWER** [6] - 1550:8, 1550:11, 1550:16, 1550:19, 1564:21, 1566:6

**ANYWAY** [2] - 1521:10, 1552:3

**APART** [1] - 1570:9

**APARTMENT** [6] - 1493:15, 1493:17,

1495:20, 1495:24, 1545:19, 1553:16

**APOLOGIZE** [1] - 1565:22

**APPARENTLY** [2] - 1579:22, 1581:21

**APPEALS** [1] - 1590:2

**APPEAR** [1] - 1506:7

**APPEARANCE** [1] - 1560:13

**APPEARANCES** [1] - 1486:4

**APPLIES** [1] - 1564:25

**APPOINTMENTS** [1] - 1559:17

**APPROACH** [1] - 1518:8

**APPROPRIATE** [3] - 1570:25, 1571:8, 1571:9

**APRIL** [6] - 1491:20, 1511:6, 1511:8, 1512:8, 1543:12, 1598:14

**AREA** [6] - 1491:17, 1569:20, 1576:22, 1576:25, 1600:23

**ARGUABLY** [1] - 1576:8

**ARGUE** [17] - 1532:17, 1536:1, 1555:7, 1555:15, 1566:13, 1566:18, 1573:23, 1582:4, 1586:9, 1586:17, 1593:21, 1594:14, 1594:17, 1597:19, 1599:14, 1601:2, 1603:14

**ARGUED** [4] - 1555:10, 1583:9, 1583:12, 1583:23

**ARGUMENT** [20] - 1555:1, 1569:13, 1570:1, 1570:20, 1574:11, 1579:2, 1583:10, 1583:16, 1584:2, 1584:3, 1584:5, 1591:14, 1596:18, 1596:23, 1596:24, 1598:2, 1598:18, 1601:11, 1601:15, 1601:17

**ARGUMENTS** [6] - 1554:21, 1554:23, 1559:2, 1559:3, 1559:9, 1575:1

**ARRANGEMENT** [3] - 1536:21, 1536:22, 1536:25

**ARREST** [4] -

1501:17, 1521:9, 1546:24, 1597:24

**ARRESTED** [15] - 1510:19, 1541:20, 1543:12, 1543:22, 1547:20, 1548:3, 1548:6, 1548:7, 1554:1, 1570:2, 1597:1, 1598:14, 1600:21, 1601:20

**ARTICULATED** [1] - 1569:4

**ASIAN** [1] - 1591:23

**ASIDE** [1] - 1543:8

**ASSIST** [3] - 1525:21, 1543:15, 1588:3

**ASSISTANCE** [4] - 1507:24, 1508:1, 1532:20, 1543:14

**ASSISTANT** [1] - 1486:7

**ASSISTING** [3] - 1522:1, 1522:3, 1522:7

**ASSOCIATION** [2] - 1533:1, 1533:17

**ASSUME** [2] - 1511:17, 1588:5

**ASSUMING** [1] - 1602:3

**ATTAINED** [1] - 1490:12

**ATTEMPTING** [1] - 1591:10

**ATTENTION** [1] - 1559:19

**ATTORNEY** [3] - 1486:14, 1486:20, 1487:3

**ATTORNEY'S** [1] - 1486:8

**ATTORNEYS** [1] - 1486:7

**AUGUST** [7] - 1493:8, 1493:10, 1513:21, 1515:4, 1534:25, 1570:16, 1596:15

**AUTOMATICALLY** [1] - 1508:6

**AVENUE** [1] - 1486:15

**AWARE** [9] - 1519:25, 1522:8, 1528:8, 1543:7, 1543:11, 1543:18, 1548:7, 1597:21, 1599:19

**B**

**BAD** [1] - 1522:5

**BAGS** [1] - 1588:8

**BALLS** [9] - 1551:11, 1551:12, 1551:13, 1551:19, 1551:20, 1552:19, 1552:21, 1552:24, 1553:1
**BANK** [2] - 1583:11, 1583:14
**BANK-ROBBERY** [1] - 1583:11
**BANKS** [1] - 1583:11
**BASE** [6] - 1504:20, 1514:23, 1515:2, 1515:12, 1554:8, 1588:2
**BASED** [7] - 1504:21, 1522:14, 1526:16, 1539:11, 1557:3, 1583:25, 1597:24
**BASIS** [1] - 1531:17
**BASKET** [4] - 1545:25, 1551:11, 1552:24, 1553:19
**BATSON** [85] - 1486:6, 1502:4, 1508:16, 1509:3, 1517:4, 1517:12, 1517:14, 1519:6, 1519:10, 1519:13, 1519:15, 1519:19, 1519:24, 1520:5, 1520:11, 1520:13, 1521:2, 1521:15, 1521:17, 1521:21, 1523:5, 1523:7, 1523:11, 1523:22, 1523:24, 1524:10, 1525:16, 1525:17, 1527:17, 1527:25, 1528:2, 1528:20, 1529:20, 1529:23, 1530:11, 1530:18, 1538:22, 1538:24, 1539:12, 1548:15, 1548:16, 1549:7, 1549:15, 1549:18, 1549:23, 1550:2, 1550:22, 1551:5, 1551:8, 1551:13, 1551:16, 1551:24, 1552:6, 1552:9, 1552:13, 1552:16, 1552:22, 1553:12, 1553:23, 1554:25, 1555:19, 1560:24, 1574:7, 1574:16, 1574:22, 1580:14, 1581:1, 1581:7, 1581:10, 1582:18, 1584:12, 1584:17, 1584:20, 1584:23,

1584:25, 1586:17, 1587:16, 1587:25, 1588:6, 1588:20, 1588:22, 1588:25, 1589:5, 1589:9, 1592:7
**BECAME** [4] - 1491:7, 1542:4, 1544:13
**BECOMES** [1] - 1586:3
**BEDROOM** [1] - 1551:11
**BEGAN** [2] - 1513:5, 1537:6
**BEGIN** [1] - 1559:2
**BEGINNING** [3] - 1500:10, 1500:11, 1510:19
**BEHALF** [21] - 1489:1, 1508:12, 1509:15, 1517:13, 1529:1, 1529:21, 1531:9, 1532:15, 1533:12, 1557:18, 1558:9, 1558:13, 1558:16, 1560:6, 1604:21, 1604:23, 1604:24, 1605:1, 1605:3, 1605:8, 1605:9
**BEHAVING** [1] - 1534:11
**BEHIND** [4] - 1493:15, 1493:17, 1495:20, 1495:24
**BELIEVES** [1] - 1557:22, 1597:16, 1601:9
**BELOW** [1] - 1598:16
**BEST** [2] - 1555:5, 1557:23
**BETTER** [7] - 1510:4, 1531:21, 1537:21, 1537:22, 1538:6, 1555:9, 1581:6
**BETWEEN** [14] - 1489:16, 1493:10, 1519:20, 1532:18, 1536:22, 1539:14, 1566:20, 1568:5, 1577:23, 1582:5, 1589:23, 1595:16, 1599:8, 1602:8
**BEYOND** [4] - 1487:22, 1525:1, 1547:7, 1564:22
**BIG** [1] - 1564:14
**BIGGER** [1] - 1501:6
**BILLS** [1] - 1512:13
**BIT** [2] - 1531:16, 1583:5

**BLACK** [5] - 1544:3, 1549:1, 1554:4, 1592:23
**BLANCA** [1] - 1545:23
**BOBBY** [9] - 1498:15, 1498:17, 1499:16, 1499:21, 1500:24, 1541:6, 1542:7, 1569:24, 1600:6
**BODY** [3] - 1562:12, 1562:16, 1562:19
**BOLD** [1] - 1508:21
**BOND** [1] - 1583:4
**BOOK** [1] - 1527:10
**BORN** [1] - 1489:13
**BOSS** [1] - 1602:5
**BOTHERS** [1] - 1600:13
**BOTTOM** [2] - 1506:17, 1595:19
**BOUGHT** [2] - 1542:5, 1542:14
**BOULEVARD** [1] - 1486:9
**BOWEN** [113] - 1486:18, 1518:4, 1519:11, 1519:24, 1519:25, 1520:9, 1521:8, 1522:9, 1524:18, 1524:21, 1525:3, 1525:6, 1525:15, 1525:23, 1526:2, 1526:13, 1526:18, 1528:4, 1529:2, 1532:15, 1532:18, 1533:12, 1533:15, 1533:17, 1534:2, 1534:7, 1534:17, 1534:21, 1534:23, 1535:2, 1535:12, 1535:19, 1535:24, 1536:8, 1537:3, 1537:4, 1537:5, 1537:7, 1537:8, 1537:11, 1537:12, 1537:13, 1537:14, 1537:16, 1538:3, 1538:4, 1538:5, 1538:6, 1538:7, 1538:8, 1538:12, 1538:14, 1538:16, 1538:18, 1538:20, 1538:23, 1539:3, 1539:5, 1539:15, 1542:17, 1542:19, 1555:23, 1556:7, 1556:18, 1556:21, 1558:13, 1560:6, 1560:15, 1570:10, 1570:15,

1571:18, 1572:6, 1577:17, 1577:19, 1577:20, 1577:21, 1577:24, 1577:25, 1578:1, 1578:4, 1578:5, 1578:10, 1578:11, 1580:6, 1580:15, 1580:20, 1580:24, 1581:4, 1584:22, 1585:11, 1585:18, 1586:18, 1586:22, 1586:24, 1587:1, 1587:3, 1587:4, 1587:8, 1587:11, 1587:17, 1588:23, 1600:6, 1601:1, 1605:2, 1605:6, 1605:8
**BOWEN'S** [5] - 1534:12, 1537:15, 1538:4, 1542:19, 1586:25
**BOX** [1] - 1602:4
**BREAK** [1] - 1531:19
**BRIAN** [8] - 1517:4, 1517:13, 1517:16, 1529:1, 1529:21, 1604:24, 1605:1, 1605:3
**BRIEFLY** [1] - 1555:23
**BRING** [14] - 1487:15, 1488:5, 1494:3, 1495:3, 1495:5, 1497:1, 1498:19, 1499:20, 1524:11, 1554:13, 1555:3, 1555:11, 1558:1, 1571:24
**BRINGING** [1] - 1554:20
**BRINGS** [1] - 1548:5
**BRITON** [5] - 1549:3, 1551:17, 1552:25, 1553:18, 1553:21
**BROAD** [1] - 1576:20
**BROTHER** [6] - 1538:3, 1539:4, 1541:1, 1541:2, 1542:20, 1544:10
**BROTHER-IN-LAW** [1] - 1539:4
**BROUGHT** [4] - 1490:19, 1544:22, 1548:2, 1548:3
**BULK** [1] - 1568:8
**BUSINESS** [5] - 1497:9, 1533:23, 1544:25, 1578:10, 1586:12
**BUY** [4] - 1537:16,

1541:15, 1577:25, 1584:24
**BUY/SELL** [2] - 1533:3, 1536:21
**BUYER** [11] - 1536:22, 1571:19, 1572:7, 1574:7, 1574:10, 1574:13, 1575:10, 1575:12, 1575:16, 1575:20, 1575:22
**BUYER-SELLER** [9] - 1571:19, 1572:7, 1574:7, 1574:13, 1575:10, 1575:12, 1575:16, 1575:20, 1575:22
**BUYER/SELLER** [1] - 1533:3
**BUYING** [7] - 1494:6, 1494:14, 1580:6, 1581:4, 1584:15, 1600:6
**BUYS** [1] - 1546:15

## C

**CABRALES** [7] - 1527:16, 1534:14, 1538:15, 1538:19, 1539:1, 1578:10, 1580:23
**CAMACHO** [33] - 1497:25, 1498:2, 1498:5, 1498:7, 1498:11, 1499:11, 1499:15, 1500:1, 1500:24, 1516:4, 1516:6, 1516:8, 1536:4, 1540:1, 1540:2, 1540:3, 1540:6, 1540:8, 1540:15, 1540:25, 1541:1, 1541:19, 1542:13, 1569:25, 1570:7, 1593:14, 1595:4, 1595:5, 1596:4, 1596:19, 1596:22, 1600:5, 1600:6
**CANNOT** [3] - 1517:1, 1571:19, 1572:7
**CAPTION** [7] - 1562:12, 1562:14, 1562:20, 1563:2, 1563:6, 1563:9, 1563:18
**CAPTIONING** [1] - 1563:12
**CAR** [11] - 1538:17, 1538:19, 1544:1,

1544:5, 1553:15,
1553:18, 1577:13,
1580:24, 1601:23,
1602:2, 1602:5
**CARE** [1] - 1603:16
**CARLOS** [16] -
1487:1, 1527:15,
1538:15, 1539:1,
1543:6, 1544:21,
1548:22, 1552:1,
1552:13, 1558:16,
1577:10, 1578:10,
1592:20, 1597:15,
1601:8, 1605:9
**CARS** [2] - 1539:1,
1545:5
**CARSON** [1] - 1489:14
**CASE** [99] - 1485:6,
1488:11, 1488:19,
1490:16, 1490:22,
1508:17, 1509:4,
1509:6, 1509:10,
1511:2, 1517:2,
1517:8, 1520:10,
1524:16, 1524:20,
1527:3, 1530:19,
1531:2, 1531:12,
1532:23, 1533:2,
1533:9, 1533:11,
1533:22, 1535:11,
1536:2, 1536:20,
1539:15, 1543:8,
1543:10, 1543:15,
1544:13, 1546:11,
1547:13, 1548:4,
1548:7, 1548:8,
1550:9, 1552:2,
1556:15, 1558:7,
1558:20, 1565:15,
1566:23, 1567:6,
1572:9, 1572:15,
1572:16, 1573:4,
1573:7, 1573:10,
1573:13, 1574:2,
1574:8, 1575:11,
1575:17, 1575:18,
1576:4, 1577:10,
1578:12, 1578:13,
1578:23, 1578:25,
1579:14, 1579:16,
1579:17, 1579:19,
1579:21, 1579:22,
1581:1, 1581:13,
1581:16, 1581:20,
1581:21, 1581:25,
1582:1, 1582:9,
1582:19, 1582:20,
1582:25, 1583:8,
1583:11, 1583:21,
1587:12, 1589:17,

1589:20, 1590:2,
1590:5, 1597:8,
1598:3, 1598:6,
1600:14, 1600:15,
1601:13, 1605:5
**CASE-IN-CHIEF** [5] -
1488:11, 1530:19,
1531:12, 1558:7,
1605:5
**CASES** [15] - 1520:9,
1565:15, 1573:3,
1574:19, 1574:25,
1575:6, 1575:7,
1575:8, 1575:12,
1576:2, 1579:5,
1581:24, 1589:18,
1590:19, 1600:14
**CATCH** [1] - 1510:24
**CAZARES** [87] -
1543:11, 1543:17,
1543:23, 1544:3,
1544:6, 1544:19,
1545:1, 1545:6,
1545:10, 1545:13,
1545:18, 1545:24,
1546:11, 1546:19,
1546:21, 1548:4,
1548:21, 1549:12,
1549:19, 1550:4,
1550:5, 1550:25,
1551:2, 1551:9,
1551:10, 1551:18,
1552:2, 1552:11,
1552:17, 1553:6,
1553:10, 1553:12,
1553:20, 1554:2,
1554:3, 1577:11,
1577:12, 1577:13,
1591:6, 1591:8,
1591:12, 1591:14,
1591:19, 1591:20,
1592:11, 1592:13,
1592:21, 1592:22,
1592:23, 1592:24,
1593:3, 1593:6,
1593:8, 1593:9,
1593:13, 1593:21,
1594:5, 1594:11,
1594:13, 1594:16,
1594:18, 1596:11,
1597:18, 1597:20,
1598:1, 1598:18,
1598:22, 1598:24,
1599:7, 1599:12,
1599:13, 1599:17,
1599:21, 1600:4,
1601:10, 1601:12,
1601:19, 1602:8,
1602:9, 1602:10,
1602:14, 1602:22,
1602:24, 1602:25

**CAZARES'S** [8] -
1545:24, 1546:25,
1548:17, 1549:16,
1550:24, 1553:6,
1554:2, 1597:24
**CEASED** [1] - 1513:17
**CERTAIN** [4] - 1502:9,
1502:13, 1504:10,
1534:12
**CERTAINLY** [3] -
1510:10, 1597:15,
1601:8
**CERTIFICATE** [1] -
1604:1
**CERTIFY** [1] - 1604:3
**CHAIN** [5] - 1593:12,
1593:16, 1595:19,
1595:20
**CHALLENGE** [1] -
1579:13
**CHANGE** [2] -
1550:16, 1603:9
**CHANGED** [5] -
1503:12, 1503:14,
1504:6, 1554:16,
1561:11
**CHANGES** [2] -
1558:25, 1590:14
**CHARGE** [17] -
1523:2, 1528:6,
1529:12, 1540:13,
1554:19, 1555:6,
1560:4, 1570:25,
1571:8, 1572:20,
1572:25, 1576:17,
1577:18, 1581:19,
1584:4, 1590:4,
1603:6
**CHARGE-**
**CONFERENCE-**
**TYPE** [1] - 1584:4
**CHARGED** [16] -
1506:24, 1507:4,
1519:8, 1524:19,
1525:7, 1525:9,
1526:18, 1530:7,
1536:15, 1576:16,
1577:7, 1579:6,
1579:8, 1579:21,
1583:12, 1587:9
**CHARGES** [8] -
1490:19, 1501:17,
1504:11, 1506:19,
1530:2, 1562:1,
1565:10, 1582:5
**CHARGING** [2] -
1538:14, 1581:5
**CHARLES** [2] -
1540:13, 1541:12,
1542:10

**CHARLIE** [14] -
1495:7, 1495:8,
1495:14, 1496:7,
1496:17, 1496:22,
1497:1, 1499:8,
1499:12, 1500:21,
1513:23, 1541:10,
1600:7
**CHART** [1] - 1589:1
**CHEAPER** [1] -
1567:23
**CHECKING** [1] -
1531:21
**CHIEF** [5] - 1488:11,
1530:19, 1531:12,
1558:7, 1605:5
**CHILDREN** [2] -
1489:19, 1489:21
**CHOICE** [1] - 1512:3
**CHOSEN** [1] - 1557:17
**CHRISTINA** [6] -
1536:8, 1539:7,
1539:8, 1541:21,
1586:22, 1587:4
**CIRCUIT** [38] - 1569:3,
1571:2, 1571:15,
1571:21, 1571:25,
1572:10, 1573:7,
1573:10, 1573:13,
1573:22, 1575:7,
1575:11, 1575:14,
1575:19, 1575:24,
1576:6, 1576:10,
1576:13, 1578:12,
1579:19, 1581:14,
1582:4, 1583:7,
1583:15, 1583:22,
1584:8, 1588:13,
1589:17, 1589:20,
1590:1, 1590:6,
1590:10, 1590:19,
1596:7, 1597:7,
1600:15
**CIRCUIT'S** [1] -
1575:17
**CIRCUITS** [3] -
1569:4, 1573:16,
1575:8
**CITE** [5] - 1532:21,
1532:24, 1572:9,
1574:2, 1574:9
**CITED** [7] - 1524:4,
1536:20, 1573:4,
1575:8, 1576:2,
1576:3, 1581:25
**CITES** [2] - 1569:3
**CITING** [1] - 1571:6
**CITY** [1] - 1489:14
**CLAIMS** [1] - 1535:4
**CLARIFIED** [1] -

1522:6
**CLARIFY** [1] - 1529:24
**CLARK** [1] - 1575:17
**CLEAN** [1] - 1512:10
**CLEAR** [7] - 1523:17,
1529:4, 1545:5,
1590:22, 1593:23,
1595:16, 1596:9
**CLEARLY** [1] -
1552:16
**CLERK** [5] - 1488:18,
1517:7, 1518:19,
1556:14, 1563:19
**CLIENT** [6] - 1586:10,
1591:2, 1591:18,
1592:2, 1597:13,
1597:14
**CLOSE** [2] - 1489:4,
1578:15
**CLOSET** [1] - 1545:25
**CLOSING** [1] - 1555:1
**CLOSING-**
**ARGUMENT** [1] -
1555:1
**CLOTHES** [1] -
1553:19
**CLUE** [2] - 1513:20,
1514:9
**COCAINE** [21] -
1518:5, 1520:1,
1520:3, 1520:4,
1522:10, 1522:19,
1522:22, 1523:2,
1526:3, 1526:13,
1526:19, 1526:22,
1528:5, 1528:6,
1529:25, 1582:12,
1582:15, 1582:17,
1582:21, 1586:11
**COCONSPIRATOR**
[2] - 1543:10, 1591:2
**COCONSPIRATORS**
[7] - 1539:15,
1576:15, 1577:2,
1578:2, 1579:7,
1590:10, 1603:8
**CODEFENDANT** [2] -
1511:2, 1535:12
**CODEFENDANTS** [5]
- 1561:9, 1561:10,
1561:12, 1561:15,
1561:17
**COLLIN** [1] - 1576:22
**COMBINE** [1] - 1562:3
**COMFORTABLE** [1] -
1499:16
**COMING** [1] - 1511:10
**COMMISSION** [2] -
1506:5, 1525:11
**COMMIT** [3] - 1525:3,

1525:7, 1525:9
**COMMITTED** [6] -
1506:21, 1507:16,
1524:20, 1524:22,
1525:5, 1525:11
**COMMON** [17] -
1566:21, 1567:1,
1567:8, 1567:11,
1567:13, 1567:25,
1568:10, 1582:10,
1582:13, 1582:21,
1582:23, 1583:4,
1584:6, 1584:7,
1589:14, 1589:21,
1599:25
**COMMON-GOAL** [1] -
1582:13
**COMPETITION** [1] -
1578:17
**COMPLAINING** [2] -
1538:12, 1581:5
**COMPLETE** [2] -
1505:6, 1505:15
**COMPLETELY** [1] -
1506:14
**COMPLY** [2] -
1506:18, 1507:13
**COMPUTER** [2] -
1485:25, 1589:11
**COMPUTER-AIDED**
[1] - 1485:25
**COMPUTERIZED** [1] -
1485:24
**CONCEPTS** [1] -
1532:25
**CONCERNED** [1] -
1571:2
**CONCERNING** [5] -
1505:7, 1518:21,
1518:22, 1543:9,
1580:11
**CONCLUDE** [1] -
1579:10
**CONCLUDED** [1] -
1578:21
**CONCLUSION** [1] -
1579:14
**CONCLUSIONS** [1] -
1586:7
**CONCORDANCE** [1] -
1485:17
**CONDUCT** [1] -
1558:22
**CONFERENCE** [5] -
1555:14, 1560:4,
1560:10, 1560:13,
1584:4
**CONFESSION** [4] -
1547:5, 1547:10,
1547:12, 1547:15

**CONFIDENTIAL** [13] -
1501:24, 1502:1,
1502:6, 1502:8,
1502:12, 1502:16,
1505:18, 1508:10,
1518:4, 1522:9,
1522:15, 1526:1,
1526:8
**CONFLICT** [1] -
1559:17
**CONFUSING** [1] -
1597:6
**CONGRUENT** [1] -
1590:13
**CONNECTED** [2] -
1547:21, 1602:17
**CONNECTION** [4] -
1591:15, 1592:12,
1599:5, 1599:8
**CONSENT** [1] -
1543:24
**CONSIDER** [5] -
1524:3, 1524:21,
1524:24, 1525:4,
1525:13
**CONSIDERATION** [1]
- 1567:17
**CONSIDERATIONS**
[1] - 1576:13
**CONSIDERED** [2] -
1566:24, 1583:9
**CONSIDERING** [1] -
1500:12
**CONSIGNMENT** [4] -
1533:6, 1533:13,
1533:21, 1536:24
**CONSPIRACIES** [29] -
1536:3, 1536:14,
1566:13, 1566:14,
1566:20, 1566:22,
1566:25, 1568:13,
1569:13, 1569:17,
1573:5, 1573:16,
1575:15, 1576:1,
1576:5, 1576:7,
1576:9, 1576:12,
1579:21, 1580:5,
1582:7, 1584:1,
1589:24, 1590:5,
1590:17, 1591:4,
1593:19, 1598:5,
1598:8
**CONSPIRACY** [98] -
1490:21, 1491:3,
1504:12, 1520:6,
1521:13, 1526:18,
1526:24, 1528:4,
1529:9, 1529:12,
1530:7, 1532:23,
1533:4, 1533:7,

1536:2, 1536:23,
1538:11, 1538:18,
1540:17, 1541:11,
1541:18, 1542:6,
1542:9, 1542:23,
1543:21, 1546:10,
1547:18, 1562:14,
1564:22, 1566:8,
1566:14, 1566:15,
1566:20, 1566:22,
1567:9, 1567:24,
1568:12, 1570:3,
1570:25, 1571:16,
1571:18, 1571:20,
1572:8, 1573:16,
1573:24, 1574:12,
1575:13, 1576:15,
1576:17, 1577:8,
1578:19, 1578:22,
1579:7, 1579:12,
1580:3, 1581:14,
1581:18, 1582:3,
1582:6, 1583:13,
1584:15, 1584:16,
1586:8, 1587:9,
1587:12, 1587:20,
1588:15, 1588:17,
1589:22, 1590:16,
1590:23, 1593:10,
1593:17, 1594:16,
1594:17, 1595:7,
1595:10, 1595:15,
1596:25, 1597:2,
1597:3, 1597:4,
1598:12, 1598:17,
1599:10, 1599:24,
1601:3, 1601:21,
1603:5, 1603:6
**CONSPIRATOR** [2] -
1587:13, 1599:22
**CONSPIRATORS** [8] -
1588:16, 1588:18,
1589:3, 1589:16,
1590:17, 1590:18,
1600:10, 1601:2
**CONSPIRE** [1] -
1562:3
**CONSPIRED** [1] -
1577:4
**CONSPIRING** [2] -
1524:23, 1581:20
**CONSTRUCTED** [1] -
1563:24
**CONTACT** [1] -
1546:19
**CONTAIN** [1] - 1604:3
**CONTAINING** [3] -
1504:23, 1564:8,
1564:23
**CONTENTS** [2] -

1485:15, 1604:18
**CONTINUE** [2] -
1488:10, 1585:16
**CONTINUED** [1] -
1585:15
**CONTINUES** [1] -
1487:22
**CONTINUING** [1] -
1596:21
**CONTRACTOR** [1] -
1586:10
**CONTRAST** [1] -
1589:22
**CONTROLLING** [1] -
1562:22
**CONTROVERT** [1] -
1544:25
**CONVERSATION** [2] -
1520:14, 1552:19
**CONVERSATIONS** [1]
- 1535:15
**CONVERT** [1] -
1590:16
**CONVERTING** [1] -
1595:22
**CONVICTED** [5] -
1491:4, 1519:25,
1521:10, 1526:24,
1528:4
**CONVICTION** [10] -
1505:8, 1505:24,
1518:23, 1520:2,
1520:3, 1520:5,
1520:20, 1521:11,
1529:5, 1530:2
**CONVICTIONS** [8] -
1518:24, 1519:1,
1519:3, 1520:15,
1520:16, 1521:8,
1521:18, 1522:23
**COOK** [5] - 1546:7,
1553:24, 1591:10,
1594:10, 1594:13
**COOKED** [3] - 1549:3,
1553:21, 1577:14
**COOKING** [9] -
1546:4, 1551:17,
1552:4, 1577:16,
1593:1, 1593:2,
1595:22, 1598:16,
1598:19
**COOL** [1] - 1592:4
**COOPERATE** [1] -
1501:18
**COOPERATED** [1] -
1543:13
**COOPERATING** [2] -
1501:20, 1578:15
**COOPERATION** [6] -
1502:5, 1502:11,

1507:18, 1508:6,
1508:10, 1533:24
**COOPERATIVE** [6] -
1506:8, 1536:25,
1538:9, 1539:14,
1540:14, 1541:17
**COOPERATIVELY** [1]
- 1537:25
**COPY** [1] - 1562:25
**CORE** [5] - 1588:16,
1588:18, 1589:3,
1589:16, 1600:9
**CORRECT** [48] -
1490:17, 1492:16,
1495:17, 1497:21,
1500:5, 1501:18,
1501:21, 1502:20,
1504:6, 1505:19,
1510:4, 1510:21,
1514:21, 1519:9,
1523:1, 1527:4,
1527:5, 1528:18,
1528:19, 1529:6,
1529:7, 1529:9,
1529:10, 1529:14,
1529:16, 1529:17,
1529:18, 1530:1,
1530:3, 1530:4,
1530:6, 1530:9,
1530:10, 1537:17,
1550:7, 1550:10,
1550:12, 1556:23,
1557:7, 1562:16,
1562:21, 1562:23,
1564:5, 1565:17,
1566:1, 1568:20,
1593:7, 1604:3
**CORRECTLY** [1] -
1519:16
**CORROBORATE** [1] -
1535:17
**CORROBORATED** [2]
- 1539:8, 1542:10
**CORTEZ** [4] - 1485:8,
1486:12, 1564:20,
1566:5
**COST** [1] - 1567:23
**COUNSEL** [12] -
1519:20, 1530:21,
1554:14, 1554:21,
1555:14, 1557:17,
1558:22, 1559:8,
1559:24, 1573:21,
1574:10, 1596:24
**COUNT** [8] - 1504:10,
1561:25, 1563:8,
1563:13, 1564:25,
1565:1, 1565:18,
1566:5
**COUNTIES** [1] -

1576:22
**COUNTY** [2] -
1576:23, 1576:24
**COUPLE** [3] -
1549:19, 1575:9,
1576:2
**COURSE** [5] - 1576:8,
1576:16, 1581:22,
1600:16, 1601:23
**COURT** [294] - 1485:1,
1486:1, 1487:13,
1487:14, 1487:18,
1488:2, 1488:7,
1488:8, 1488:9,
1488:14, 1488:18,
1488:23, 1489:8,
1490:4, 1490:16,
1490:20, 1492:7,
1503:22, 1503:24,
1509:14, 1516:15,
1516:17, 1516:19,
1516:22, 1516:24,
1517:5, 1517:7,
1517:12, 1518:7,
1518:9, 1518:12,
1518:13, 1518:14,
1518:15, 1518:19,
1518:22, 1519:6,
1519:12, 1519:14,
1519:18, 1519:21,
1520:2, 1520:7,
1520:12, 1520:23,
1521:4, 1521:8,
1521:12, 1521:16,
1521:19, 1523:6,
1523:10, 1523:18,
1523:21, 1524:7,
1524:11, 1524:12,
1524:13, 1524:14,
1527:23, 1528:1,
1528:21, 1528:24,
1529:20, 1530:12,
1530:14, 1530:17,
1530:20, 1530:25,
1531:4, 1531:5,
1531:6, 1531:13,
1531:18, 1531:24,
1532:3, 1532:4,
1532:11, 1532:13,
1532:20, 1533:19,
1536:18, 1537:3,
1537:24, 1538:22,
1538:25, 1539:10,
1539:19, 1539:23,
1540:23, 1541:13,
1543:4, 1543:6,
1544:4, 1546:9,
1546:16, 1546:23,
1547:2, 1548:14,
1548:16, 1548:18,
1549:3, 1549:8,

1549:17, 1549:22,
1549:24, 1550:3,
1551:4, 1551:7,
1551:12, 1551:15,
1551:17, 1551:22,
1551:25, 1552:8,
1552:10, 1552:15,
1552:20, 1552:25,
1553:4, 1553:18,
1553:20, 1553:22,
1553:25, 1554:10,
1555:3, 1555:9,
1555:21, 1555:25,
1556:2, 1556:4,
1556:6, 1556:9,
1556:11, 1556:20,
1557:11, 1557:14,
1557:19, 1557:25,
1558:3, 1558:4,
1558:5, 1558:11,
1558:15, 1558:18,
1558:20, 1559:21,
1559:22, 1559:23,
1560:3, 1560:8,
1560:11, 1560:14,
1560:21, 1560:22,
1561:2, 1561:8,
1561:11, 1561:16,
1561:19, 1562:10,
1562:13, 1562:18,
1562:24, 1563:5,
1563:11, 1563:17,
1563:19, 1563:20,
1564:2, 1564:11,
1564:14, 1564:16,
1564:17, 1565:8,
1565:14, 1565:20,
1565:23, 1566:3,
1566:10, 1566:16,
1568:14, 1568:18,
1569:1, 1569:2,
1569:4, 1569:5,
1569:8, 1569:11,
1569:14, 1571:10,
1571:17, 1571:22,
1572:2, 1572:4,
1572:9, 1572:13,
1572:15, 1572:18,
1572:21, 1572:24,
1573:2, 1573:15,
1573:18, 1574:1,
1574:8, 1574:11,
1574:15, 1574:18,
1574:24, 1575:4,
1575:6, 1575:25,
1576:5, 1577:5,
1578:18, 1578:20,
1578:21, 1579:9,
1580:1, 1580:4,
1580:13, 1580:25,
1581:4, 1581:9,

1581:13, 1582:11,
1582:19, 1583:16,
1583:24, 1584:19,
1584:21, 1584:24,
1585:8, 1585:17,
1585:20, 1586:5,
1586:9, 1586:14,
1587:7, 1587:22,
1588:5, 1588:10,
1588:21, 1588:23,
1589:1, 1589:3,
1589:6, 1589:12,
1590:2, 1590:22,
1591:18, 1592:1,
1592:6, 1592:9,
1592:12, 1592:16,
1592:20, 1593:2,
1593:5, 1593:9,
1593:18, 1593:25,
1594:8, 1594:17,
1594:25, 1595:13,
1595:14, 1595:25,
1596:6, 1596:17,
1597:6, 1597:20,
1598:7, 1598:21,
1599:4, 1599:19,
1599:24, 1601:17,
1601:23, 1602:1,
1602:6, 1602:13,
1602:17, 1602:21,
1602:25, 1603:4,
1603:13, 1603:18,
1604:1, 1604:9
**COURT'S** [1] -
1508:22
**COURTHOUSE** [1] -
1604:10
**COURTROOM** [14] -
1491:24, 1537:11,
1537:13, 1538:5,
1538:16, 1540:1,
1541:3, 1541:7,
1541:23, 1542:2,
1542:12, 1542:18,
1548:23, 1579:19
**COUSIN** [1] - 1603:1
**COVER** [1] - 1585:7
**COVERS** [3] -
1571:16, 1575:15,
1575:16
**CRACK** [15] - 1518:5,
1520:1, 1520:3,
1522:10, 1522:19,
1522:22, 1523:2,
1526:3, 1526:13,
1526:19, 1526:21,
1528:5, 1528:6,
1529:25
**CRIME** [5] - 1506:6,
1506:7, 1519:8,

1525:7, 1525:11
**CRIMINAL** [10] -
1505:8, 1505:17,
1505:25, 1508:5,
1509:24, 1528:13,
1528:14, 1566:21,
1567:1, 1583:2
**CROSS** [5] - 1509:15,
1529:1, 1590:14,
1604:22, 1605:1
**CROSS-
EXAMINATION** [4] -
1509:15, 1529:1,
1604:22, 1605:1
**CROSS-PURPOSES**
[1] - 1590:14
**CRR** [1] - 1604:8
**CULTIVATED** [1] -
1587:17
**CURIOUS** [1] - 1545:9
**CURRENCY** [1] -
1592:15
**CUSTODY** [4] -
1513:22, 1535:1,
1596:16, 1597:25
**CUSTOMER** [4] -
1514:23, 1515:1,
1515:12, 1588:2
**CUSTOMERS** [7] -
1514:18, 1541:16,
1580:17, 1585:7,
1587:24, 1588:1,
1588:9

# D

**DALLAS** [9] - 1534:16,
1539:24, 1567:9,
1567:13, 1569:19,
1576:21, 1576:25,
1598:4, 1600:22
**DALLAS-FORT** [2] -
1576:25, 1600:22
**DANGER** [1] - 1544:10
**DATE** [1] - 1529:5
**DAVILA** [13] -
1534:14, 1538:2,
1538:17, 1538:25,
1547:25, 1578:1,
1578:10, 1580:14,
1580:19, 1580:23,
1581:1, 1582:16,
1588:6
**DAVILA'S** [1] - 1588:7
**DAYS** [7] - 1510:3,
1513:11, 1514:15,
1514:25, 1515:24,
1546:1, 1597:23
**DEA** [1] - 1535:18
**DEAL** [6] - 1514:2,

1514:12, 1538:6,
1564:14, 1598:20,
1601:16
**DEALING** [14] -
1492:18, 1497:23,
1498:23, 1499:7,
1499:12, 1499:14,
1500:21, 1500:23,
1511:4, 1515:20,
1515:22, 1568:10,
1570:6, 1585:11
**DEALINGS** [5] -
1497:7, 1497:20,
1535:2, 1588:12,
1591:25
**DEALS** [1] - 1547:22
**DEALT** [1] - 1515:7
**DEBT** [1] - 1542:21
**DECEASED** [1] -
1489:22
**DECEMBER** [5] -
1485:7, 1486:2,
1487:23, 1521:6
**DECIDE** [1] - 1578:20
**DECIDED** [10] -
1512:10, 1537:16,
1549:21, 1550:19,
1553:7, 1587:2,
1591:12, 1591:14,
1598:18, 1601:15
**DECIDES** [1] -
1508:24
**DECIDING** [1] -
1524:21
**DECISION** [1] - 1557:6
**DEFENDANT** [49] -
1486:12, 1486:18,
1487:1, 1492:6,
1505:5, 1505:22,
1505:25, 1506:3,
1506:21, 1507:11,
1507:25, 1508:23,
1509:16, 1518:4,
1520:20, 1522:9,
1522:19, 1524:18,
1525:23, 1526:2,
1526:13, 1526:17,
1528:4, 1529:1,
1529:24, 1530:9,
1533:6, 1539:5,
1547:18, 1551:9,
1564:20, 1566:4,
1571:2, 1576:4,
1576:9, 1578:22,
1579:24, 1580:15,
1581:8, 1581:21,
1584:1, 1586:18,
1587:3, 1590:2,
1590:7, 1595:14,
1596:7, 1604:23,

1605:2
**DEFENDANT'S** [3] -
1505:7, 1507:10,
1508:5
**DEFENDANTS** [16] -
1487:13, 1488:8,
1518:14, 1524:13,
1531:5, 1532:3,
1555:11, 1558:4,
1559:22, 1560:4,
1560:21, 1562:2,
1575:4, 1579:23,
1582:4, 1589:21
**DEFENSE** [8] -
1530:21, 1554:14,
1558:10, 1569:9,
1571:3, 1573:21,
1596:24, 1605:7
**DEFINITELY** [3] -
1597:10, 1601:4,
1602:7
**DEFINITION** [1] -
1573:25
**DEGREE** [4] -
1533:24, 1584:10,
1587:15, 1600:7
**DELIBERATE** [1] -
1555:15
**DELIVER** [1] - 1542:7
**DELIVERED** [13] -
1537:7, 1540:11,
1541:3, 1541:4,
1541:16, 1548:24,
1592:18, 1592:22,
1599:2, 1599:3,
1599:7, 1602:25
**DELIVERING** [3] -
1542:22, 1593:3,
1593:9
**DELIVERS** [2] -
1593:14, 1593:15
**DELIVERY** [3] -
1499:8, 1521:13,
1521:14
**DEMONSTRATE** [1] -
1595:14
**DENIED** [1] - 1543:1
**DENISON** [12] -
1490:9, 1491:17,
1540:10, 1541:2,
1541:25, 1567:10,
1567:14, 1567:19,
1568:2, 1568:12,
1569:20, 1600:23
**DENTON** [1] - 1576:23
**DENY** [3] - 1539:12,
1554:6, 1603:5
**DENYING** [1] -
1554:11
**DEPARTMENT** [9] -

1517:19, 1518:3,
1521:25, 1522:2,
1522:4, 1522:8,
1525:20, 1525:21,
1525:25
**DEPARTURE** [4] -
1508:3, 1508:7,
1508:12, 1509:20
**DEPENDENT** [6] -
1533:8, 1534:3,
1535:7, 1585:6,
1585:19, 1585:25
**DEPICTED** [1] -
1495:12
**DEPUTY** [5] -
1488:18, 1517:7,
1518:19, 1556:14,
1563:19
**DERIVED** [1] -
1507:11
**DESCRIPTION** [3] -
1576:18, 1577:9,
1579:9
**DESIGN** [1] - 1589:21
**DETAIL** [1] - 1520:24
**DETAILS** [2] -
1581:16, 1590:11
**DETECTABLE** [3] -
1504:24, 1564:8,
1564:23
**DETECTIVE** [10] -
1517:19, 1521:22,
1521:24, 1524:17,
1524:25, 1525:18,
1528:3, 1529:4,
1529:24, 1530:15
**DETERMINATION** [1]
- 1574:12
**DETERMINE** [1] -
1573:15
**DETERMINED** [1] -
1508:8
**DETERMINES** [2] -
1507:25, 1566:21
**DETERMINING** [2] -
1525:6, 1566:24
**DEVICE** [1] - 1547:11
**DEWEY** [2] - 1522:13,
1526:7
**DIAGRAM** [1] - 1591:5
**DIFFER** [1] - 1579:4
**DIFFERED** [1] -
1600:20
**DIFFERENCE** [1] -
1564:9
**DIFFERENT** [14] -
1514:1, 1528:17,
1532:25, 1564:16,
1565:16, 1569:22,
1570:19, 1583:5,

1586:3, 1586:4,
1586:7, 1600:21
**DIRECT** [7] - 1489:1,
1517:13, 1532:20,
1544:22, 1547:15,
1604:20, 1604:24
**DIRECTION** [2] -
1594:14, 1594:22
**DIRECTLY** [9] -
1497:1, 1500:1,
1540:23, 1568:22,
1568:23, 1570:7,
1591:5, 1592:4,
1592:5
**DISAGREE** [1] -
1585:9
**DISCRETION** [2] -
1507:24, 1508:22
**DISCUSS** [3] - 1517:1,
1557:13, 1579:18
**DISCUSSED** [2] -
1556:22, 1557:22
**DISCUSSES** [1] -
1551:10
**DISCUSSION** [3] -
1519:20, 1543:20,
1544:22
**DISCUSSIONS** [1] -
1557:3
**DISTINCT** [1] -
1589:23
**DISTINGUISHABLE**
[1] - 1583:1
**DISTINGUISHES** [1] -
1566:19
**DISTRIBUTE** [24] -
1491:3, 1500:8,
1504:13, 1504:22,
1514:17, 1515:1,
1524:24, 1526:18,
1528:5, 1532:18,
1562:5, 1562:6,
1562:7, 1562:8,
1562:15, 1562:17,
1567:10, 1567:14,
1568:1, 1578:7,
1580:4, 1581:15,
1581:19, 1581:20
**DISTRIBUTED** [1] -
1540:9
**DISTRIBUTING** [24] -
1491:12, 1491:16,
1501:5, 1518:5,
1520:9, 1522:19,
1526:3, 1526:13,
1529:25, 1530:9,
1539:6, 1540:4,
1542:2, 1578:5,
1581:23, 1582:15,
1595:2, 1595:3,

1596:3, 1598:20,
1598:22, 1598:25,
1599:25, 1600:7
**DISTRIBUTION** [23] -
1491:8, 1499:9,
1520:1, 1522:22,
1523:2, 1526:21,
1527:1, 1528:6,
1530:8, 1563:7,
1563:8, 1568:11,
1578:16, 1581:2,
1583:3, 1591:12,
1593:13, 1593:16,
1595:8, 1595:9,
1595:12, 1595:19,
1596:5
**DISTRIBUTOR** [2] -
1580:7, 1581:22
**DISTRIBUTORS** [3] -
1578:6, 1600:5
**DISTRICT** [4] -
1485:1, 1485:2,
1485:19, 1486:2
**DIVA** [2] - 1544:8
**DIVIDED** [1] - 1555:1
**DIVISION** [1] - 1485:3
**DOCUMENT** [3] -
1503:6, 1504:3,
1504:5
**DOCUMENTS** [1] -
1602:1
**DODGE** [1] - 1527:15
**DOGG** [11] - 1538:12,
1539:2, 1539:7,
1540:20, 1577:22,
1581:5, 1581:12,
1585:1, 1586:22,
1586:24, 1587:1
**DOLLARS** [2] -
1494:17, 1538:8
**DONE** [9] - 1498:4,
1505:11, 1532:6,
1536:16, 1546:5,
1547:22, 1553:15,
1559:25, 1601:13
**DOUBT** [2] - 1525:2,
1564:22
**DOWN** [15] - 1488:15,
1495:18, 1498:25,
1515:19, 1534:16,
1537:2, 1539:2,
1547:2, 1548:20,
1548:21, 1585:1,
1586:25, 1588:10,
1595:6, 1597:24
**DOWNWARD** [4] -
1508:2, 1508:7,
1508:12, 1509:20
**DRAFT** [2] - 1558:23,
1589:2

**DRAW** [1] - 1587:14
**DREW** [1] - 1512:12
**DRIVE** [3] - 1539:2,
1587:2, 1602:5
**DRIVER** [1] - 1602:24
**DRIVERS** [2] -
1584:25, 1587:5
**DRIVES** [1] - 1527:16
**DRIVING** [3] - 1538:7,
1586:25, 1601:23
**DROPPED** [2] -
1591:21
**DROVE** [7] - 1541:1,
1548:25, 1549:1,
1553:10, 1553:16,
1553:18, 1592:23
**DRUG** [17] - 1497:8,
1507:2, 1512:2,
1535:15, 1536:12,
1544:19, 1544:20,
1545:4, 1565:11,
1565:18, 1565:19,
1570:22, 1575:15,
1595:1, 1595:2,
1595:3
**DRUGS** [60] - 1494:1,
1494:3, 1496:20,
1496:25, 1520:9,
1533:6, 1533:13,
1533:15, 1533:17,
1533:20, 1534:6,
1534:16, 1536:23,
1536:24, 1537:4,
1537:7, 1537:10,
1538:8, 1539:6,
1539:24, 1541:3,
1542:2, 1542:5,
1542:7, 1542:11,
1545:6, 1545:8,
1545:10, 1545:19,
1546:3, 1546:25,
1547:25, 1549:2,
1553:11, 1554:3,
1565:1, 1565:16,
1568:18, 1577:11,
1577:14, 1577:20,
1577:25, 1578:1,
1578:4, 1578:5,
1591:8, 1591:22,
1592:1, 1592:10,
1592:24, 1592:25,
1593:1, 1593:2,
1598:15, 1600:12,
1601:1, 1602:22,
1603:3
**DUAL** [1] - 1528:8
**DUFFY** [1] - 1583:8
**DUNCANVILLE** [1] -
1534:16
**DURING** [20] -

1494:24, 1497:7, 1497:23, 1498:23, 1500:20, 1500:23, 1501:1, 1515:13, 1522:18, 1526:12, 1526:16, 1543:17, 1543:19, 1549:25, 1567:21, 1567:24, 1570:13, 1591:1, 1592:15, 1601:21

## E

**EARLY** [1] - 1520:25
**EAST** [1] - 1486:9
**EASTERN** [1] - 1485:2
**EDUCATION** [1] - 1490:11
**EIGHT** [3] - 1500:17, 1545:15
**EITHER** [9] - 1495:5, 1496:25, 1552:18, 1563:15, 1567:25, 1575:18, 1583:3, 1592:4, 1600:10
**ELECTED** [1] - 1557:3
**ELECTING** [1] - 1555:24
**ELEMENTS** [5] - 1532:25, 1535:22, 1563:21, 1563:25, 1579:11
**ELLENDER** [3] - 1578:25, 1579:15, 1582:9
**EMPHASIS** [1] - 1590:15
**EMPLOYED** [4] - 1517:17, 1517:18, 1525:19, 1525:20
**EMPLOYEE** [1] - 1597:22
**ENCOMPASS** [1] - 1521:13
**ENCOMPASSED** [1] - 1529:8
**ENCOURAGING** [2] - 1550:17, 1550:18
**END** [5] - 1498:18, 1500:11, 1535:11, 1573:24, 1580:8
**END-USER** [1] - 1573:24
**ENDED** [2] - 1570:3, 1570:4
**ENDS** [3] - 1512:14, 1589:23, 1596:25
**ENGAGING** [2] - 1585:12, 1585:13
**ENTERED** [2] -

1527:11, 1535:24
**ENTIRELY** [1] - 1508:22
**ENTITLED** [6] - 1507:23, 1571:2, 1576:10, 1578:22, 1595:15, 1597:10
**EQUAL** [1] - 1552:16
**ERNEST** [1] - 1486:5
**ERROR** [4] - 1575:19, 1576:11, 1580:4, 1593:18
**ERWIN** [8] - 1576:3, 1577:10, 1578:13, 1579:4, 1579:15, 1582:9, 1583:25, 1600:14
**ESSENTIAL** [1] - 1590:12
**ESTABLISH** [1] - 1547:18
**ESTABLISHED** [3] - 1514:23, 1543:22, 1579:11
**ESTIMATE** [1] - 1500:13
**ET** [1] - 1485:8
**EVENTS** [3] - 1519:7, 1576:14, 1579:6
**EVENTUALLY** [1] - 1496:5
**EVIDENCE** [92] - 1503:18, 1520:24, 1521:7, 1523:8, 1525:2, 1526:16, 1527:11, 1527:19, 1531:11, 1531:21, 1533:5, 1533:7, 1533:11, 1534:6, 1534:10, 1535:9, 1535:16, 1535:18, 1535:23, 1536:21, 1536:23, 1538:10, 1538:18, 1539:11, 1539:14, 1539:16, 1540:5, 1540:14, 1540:17, 1541:5, 1541:11, 1541:17, 1542:6, 1542:9, 1542:23, 1543:1, 1544:4, 1545:13, 1546:9, 1547:15, 1547:17, 1548:9, 1554:7, 1555:12, 1558:19, 1566:15, 1569:16, 1569:17, 1569:23, 1570:20, 1570:24, 1571:4, 1571:7, 1576:6, 1576:8, 1577:10,

1577:21, 1577:23, 1578:17, 1578:18, 1579:2, 1579:10, 1579:13, 1579:20, 1580:2, 1580:6, 1581:18, 1584:4, 1586:16, 1587:8, 1587:10, 1590:3, 1590:7, 1591:17, 1591:18, 1596:8, 1597:25, 1598:13, 1598:22, 1598:23, 1599:9, 1599:20, 1600:3, 1600:16, 1600:17, 1602:8, 1602:14, 1602:22, 1602:24, 1603:4, 1603:6
**EVIDENTIARY** [2] - 1576:12, 1593:20
**EX** [5] - 1541:22, 1545:24, 1547:25, 1550:9, 1551:19
**EX-GIRLFRIEND** [1] - 1541:22
**EX-WIFE** [3] - 1547:25, 1550:9, 1551:19
**EX-WIFE'S** [1] - 1545:24
**EXACTLY** [5] - 1491:7, 1492:9, 1496:2, 1514:11, 1553:3
**EXAGGERATE** [1] - 1506:11
**EXAGGERATING** [1] - 1506:6
**EXAMINATION** [13] - 1489:1, 1509:15, 1517:13, 1529:1, 1529:21, 1549:25, 1556:18, 1604:20, 1604:22, 1604:24, 1605:1, 1605:3, 1605:6
**EXAMPLE** [6] - 1533:5, 1536:23, 1538:11, 1561:10, 1565:3, 1600:14
**EXCEPT** [1] - 1577:3
**EXCEPTION** [1] - 1533:3
**EXCHANGE** [1] - 1509:7
**EXCUSED** [1] - 1516:22
**EXECUTED** [1] - 1552:25
**EXHIBIT** [16] -

1495:10, 1503:18, 1503:22, 1527:9, 1527:19, 1527:23, 1549:9, 1552:7, 1605:10, 1605:11, 1605:12, 1605:13, 1605:14, 1605:15, 1605:16, 1605:17
**EXHIBITS** [2] - 1523:13, 1527:6
**EXIST** [1] - 1513:17
**EXISTED** [1] - 1574:12
**EXISTENCE** [2] - 1582:7, 1582:10
**EXISTING** [1] - 1515:11
**EXPECT** [2] - 1502:9, 1502:12
**EXPLAIN** [3] - 1559:12, 1559:13, 1581:23
**EXPLAINING** [1] - 1545:14
**EXPLANATION** [2] - 1545:2, 1545:20
**EXTENT** [2] - 1523:14, 1587:12
**EXTRANEOUS** [1] - 1519:7

## F

**F.2D** [4] - 1573:13, 1576:4, 1579:1, 1579:17
**F.3D** [7] - 1571:5, 1571:6, 1571:14, 1572:11, 1573:8, 1573:10, 1574:4
**F.APP'X** [1] - 1532:24
**FACE** [3] - 1535:22, 1587:2
**FACE-TO-FACE** [1] - 1587:2
**FACILITATING** [1] - 1596:3
**FACT** [5] - 1505:11, 1519:3, 1548:19, 1551:10, 1576:7
**FACTOR** [21] - 1533:18, 1567:8, 1567:16, 1577:9, 1579:15, 1582:8, 1582:10, 1582:13, 1583:6, 1583:10, 1583:13, 1583:14, 1583:17, 1583:20, 1583:21, 1583:22, 1583:24, 1588:11, 1600:18, 1600:19

**FACTORS** [7] - 1532:23, 1566:23, 1573:14, 1579:3, 1579:4, 1579:5, 1589:13
**FACTS** [7] - 1518:20, 1518:25, 1519:3, 1520:15, 1520:19, 1520:20, 1520:22
**FAILED** [2] - 1507:13, 1514:6
**FAILURE** [3] - 1506:18, 1507:10
**FALL** [1] - 1535:3, 1570:9
**FALSE** [1] - 1506:4
**FAMILIAR** [2] - 1498:14, 1520:19
**FAR** [7] - 1533:19, 1571:1, 1572:19, 1574:7, 1582:25, 1583:6, 1591:11
**FAVOR** [4] - 1544:10, 1544:13, 1571:4, 1578:23
**FAVORABLE** [1] - 1539:16
**FAVORS** [1] - 1544:16
**FEBRUARY** [6] - 1491:9, 1491:10, 1491:13, 1500:6, 1510:23, 1521:11
**FEDERAL** [14] - 1501:17, 1506:20, 1507:4, 1508:5, 1520:2, 1520:5, 1520:12, 1521:8, 1526:24, 1528:13, 1528:16, 1529:9, 1529:11, 1530:7
**FEDERALLY** [1] - 1522:25, 1526:18
**FELONY** [1] - 1491:5
**FEMALES** [1] - 1592:18
**FERNANDO** [13] - 1536:19, 1537:2, 1538:13, 1540:20, 1542:4, 1568:14, 1568:16, 1568:23, 1577:18, 1581:5, 1588:19, 1589:8, 1595:10
**FEW** [1] - 1546:1
**FEWER** [1] - 1510:3
**FEWEST** [1] - 1601:8
**FIFTH** [30] - 1569:3, 1571:1, 1571:15, 1571:21, 1571:25, 1572:9, 1573:7,

1573:21, 1575:7, 1575:11, 1575:14, 1575:17, 1575:19, 1575:24, 1576:6, 1576:10, 1576:13, 1577:9, 1578:12, 1579:19, 1581:13, 1582:3, 1583:7, 1583:15, 1583:22, 1584:8, 1588:13, 1589:16, 1590:6, 1600:15

**FILE** [2] - 1508:2, 1508:12

**FILING** [1] - 1508:8

**FILL** [1] - 1580:20

**FINAL** [6] - 1554:21, 1554:23, 1559:2, 1559:3, 1559:9, 1575:1

**FINALIZED** [1] - 1559:9

**FINALLY** [3] - 1507:9, 1536:1, 1566:12

**FINE** [5] - 1531:18, 1556:4, 1560:2, 1562:11, 1572:25

**FINISH** [1] - 1559:2

**FINISHED** [1] - 1517:2

**FIRST** [18] - 1491:14, 1492:24, 1493:1, 1493:13, 1513:1, 1548:20, 1555:7, 1555:8, 1561:5, 1564:1, 1564:3, 1567:1, 1567:8, 1569:9, 1575:10, 1576:3, 1578:12, 1601:12

**FIVE** [19] - 1513:11, 1514:15, 1514:25, 1517:21, 1544:16, 1576:13, 1579:3, 1579:5, 1579:15, 1583:6, 1583:10, 1583:13, 1583:14, 1583:17, 1583:21, 1583:24, 1599:11, 1600:19, 1601:12

**FIVE-FACTOR** [9] - 1579:15, 1583:6, 1583:10, 1583:13, 1583:14, 1583:17, 1583:21, 1583:24, 1600:19

**FIVE-FACTOR-- THEY** [1] - 1583:9

**FIXING** [1] - 1498:6

**FLIP** [3] - 1497:19, 1498:24, 1499:3

**FLOWCHART** [1] - 1589:1

**FOLLOWING** [2] - 1564:21, 1566:6

**FOOTBALLS** [2] - 1551:13, 1551:14

**FOR..** [1] - 1524:3

**FORCED** [3] - 1550:20, 1550:24, 1553:7

**FOREVER** [1] - 1497:14

**FORFEITURE** [1] - 1563:2

**FORM** [1] - 1603:10

**FORT** [2] - 1576:25, 1600:22

**FORTH** [2] - 1565:6, 1568:5

**FOUNDATION** [1] - 1545:3

**FOUR** [8] - 1500:22, 1517:23, 1555:2, 1559:3, 1576:19, 1587:23, 1598:4, 1599:2

**FRAME** [6] - 1576:14, 1576:19, 1576:20, 1579:6, 1601:18, 1601:19

**FRAMES** [1] - 1600:20

**FRANKLY** [1] - 1536:2

**FREE** [1] - 1601:14

**FREELY** [1] - 1557:7

**FRIEND** [2] - 1491:11, 1545:11

**FRONT** [3] - 1488:15, 1495:3, 1502:25

**FRONTED** [3] - 1499:23, 1533:15, 1533:18

**FRONTING** [2] - 1494:1, 1536:23

**FULL** [1] - 1489:8

**FURTHERANCE** [1] - 1536:15

**G**

**GAINESVILLE** [1] - 1486:16

**GANG** [3] - 1583:2, 1583:3, 1583:4

**GAS** [1] - 1553:13

**GATHER** [1] - 1598:1

**GATHERED** [1] - 1526:16

**GED** [1] - 1490:14

**GENERAL** [1] - 1531:17

**GENTLEMEN** [8] - 1488:10, 1518:11, 1524:15, 1531:1, 1558:6, 1558:19, 1559:11, 1559:18

**GIRL** [1] - 1496:10

**GIRLFRIEND** [3] - 1496:11, 1541:22, 1544:12

**GIVEN** [6] - 1517:1, 1524:6, 1536:24, 1543:23, 1561:21, 1573:3

**GLOVE** [1] - 1602:4

**GOAL** [18] - 1567:1, 1567:8, 1567:11, 1567:13, 1567:25, 1568:10, 1582:10, 1582:12, 1582:13, 1582:21, 1582:22, 1582:23, 1584:6, 1584:7, 1589:14, 1595:11, 1599:25

**GOALS** [1] - 1590:12

**GOD** [3] - 1488:21, 1517:10, 1556:16

**GONNA** [7] - 1546:1, 1552:3, 1591:11, 1591:13, 1591:16, 1598:1, 1598:15

**GONZALEZ** [90] - 1486:5, 1487:15, 1487:17, 1487:25, 1488:12, 1488:13, 1488:24, 1489:3, 1490:8, 1492:5, 1492:8, 1495:10, 1503:17, 1503:23, 1503:25, 1509:12, 1516:20, 1516:21, 1516:23, 1538:22, 1548:15, 1560:24, 1561:1, 1561:5, 1561:9, 1561:14, 1561:18, 1561:24, 1562:11, 1562:14, 1562:21, 1563:3, 1563:20, 1563:21, 1564:5, 1564:13, 1564:15, 1564:18, 1565:10, 1565:17, 1565:22, 1566:1, 1566:9, 1566:12, 1566:18, 1568:16, 1568:20, 1569:2, 1569:7, 1573:4, 1573:6, 1573:19, 1574:4, 1574:6, 1575:8, 1576:2, 1579:4, 1581:24,

1584:12, 1589:19, 1592:6, 1592:8, 1592:10, 1592:14, 1592:17, 1593:1, 1593:3, 1593:7, 1593:12, 1593:22, 1594:1, 1594:5, 1594:9, 1594:21, 1595:1, 1595:18, 1596:1, 1596:23, 1598:21, 1598:24, 1599:5, 1599:16, 1601:18, 1602:11, 1602:12, 1602:16, 1602:19, 1602:23, 1603:3, 1603:9

**GOVERNMENT** [34] - 1486:5, 1488:13, 1489:2, 1507:10, 1507:25, 1508:2, 1508:6, 1508:9, 1508:11, 1508:14, 1517:13, 1521:5, 1521:7, 1527:7, 1528:14, 1529:22, 1531:1, 1531:12, 1539:16, 1543:13, 1544:20, 1546:13, 1554:12, 1555:7, 1558:6, 1561:4, 1561:23, 1569:6, 1579:11, 1590:20, 1598:18, 1604:21, 1604:25, 1605:4

**GOVERNMENT'S** [20] - 1488:11, 1495:10, 1503:18, 1503:22, 1505:23, 1527:9, 1527:19, 1527:23, 1548:4, 1549:9, 1552:6, 1587:7, 1605:10, 1605:11, 1605:12, 1605:13, 1605:14, 1605:15, 1605:16, 1605:17

**GRADE** [1] - 1490:13

**GRADUALLY** [1] - 1513:6

**GRADUATE** [1] - 1510:11

**GRADUATED** [1] - 1513:12

**GRAM** [3] - 1491:14, 1491:16, 1538:9

**GRAMS** [3] - 1504:22, 1564:7, 1564:9

**GRAND** [4] - 1486:15, 1549:5, 1562:4, 1576:25

**GRANITE** [1] - 1487:4

**GRANTING** [1] - 1578:23

**GRAYSON** [1] - 1576:22

**GREAT** [1] - 1555:21

**GROUP** [6] - 1534:11, 1568:7, 1568:8, 1569:23, 1570:8, 1570:9

**GROUPED** [1] - 1561:11

**GROUPS** [2] - 1570:21, 1578:14

**GUARANTEED** [3] - 1508:11, 1508:19, 1509:9

**GUARANTEES** [1] - 1502:15

**GUESS** [9] - 1512:10, 1513:21, 1515:13, 1524:1, 1565:18, 1578:24, 1580:7, 1581:15, 1598:13

**GUIDELINE** [2] - 1504:21, 1508:3

**GUILTY** [19] - 1490:23, 1491:2, 1502:19, 1504:10, 1504:14, 1505:2, 1506:6, 1543:2, 1554:8, 1564:20, 1564:25, 1565:24, 1566:1, 1566:5, 1571:20, 1572:7, 1577:3, 1578:3, 1597:16

**GUISE** [1] - 1570:23

**GUY** [3] - 1592:5, 1597:24, 1601:1

**GUYS** [2] - 1591:23

**H**

**HABIT** [1] - 1536:12

**HALF** [9] - 1490:7, 1494:12, 1494:14, 1494:18, 1510:20, 1511:16, 1515:10, 1559:1, 1576:19

**HALF-OUNCE** [5] - 1494:12, 1494:14, 1494:18, 1511:16, 1515:10

**HAND** [2] - 1488:16, 1556:7

**HANDED** [1] - 1487:20

**HEAD** [3] - 1495:18, 1509:8, 1515:19

**HEADNOTE** [2] - 1572:16, 1582:3

**HEAR** [11] - 1489:5, 1498:25, 1523:19, 1524:17, 1524:25, 1525:14, 1531:18, 1532:6, 1532:24, 1536:6, 1561:22

**HEARD** [6] - 1524:2, 1537:9, 1538:12, 1538:15, 1540:20, 1546:6

**HEARING** [6] - 1488:19, 1517:8, 1556:15, 1558:22, 1559:7, 1560:7

**HEARSAY** [2] - 1518:16, 1518:17

**HELD** [2] - 1575:14, 1575:19

**HELP** [6] - 1488:20, 1517:9, 1544:9, 1556:16, 1585:14, 1589:11

**HELPFUL** [1] - 1532:22

**HELPS** [1] - 1577:5

**HERSELF** [1] - 1587:14

**HI** [1] - 1509:19

**HID** [4] - 1551:11, 1551:16, 1553:2, 1553:19

**HIDDEN** [3] - 1552:24, 1554:5, 1577:13

**HIGH** [3] - 1510:11, 1515:25, 1516:1

**HIGHEST** [1] - 1490:11

**HIGHLIGHTING** [1] - 1531:20

**HIMSELF** [6] - 1544:18, 1544:19, 1547:22, 1587:13, 1587:20, 1587:21

**HISTORY** [1] - 1509:25

**HOA** [6] - 1599:1, 1599:2, 1600:5, 1603:1, 1603:2

**HOANG** [6] - 1599:1, 1599:2, 1599:3, 1600:5, 1603:1, 1603:2

**HOLD** [1] - 1575:12

**HOLLIS** [2] - 1488:5, 1558:2

**HOLLOWAY** [2] - 1532:21, 1536:20

**HOME** [1] - 1555:10

**HONDA** [7] - 1544:3, 1549:1, 1553:11,

1554:5, 1592:23, 1601:24

**HONESTLY** [2] - 1494:21, 1515:23

**HONOR** [94] - 1487:17, 1487:25, 1492:5, 1503:17, 1516:14, 1516:23, 1517:4, 1517:14, 1518:17, 1519:10, 1519:15, 1520:6, 1521:3, 1521:15, 1523:7, 1523:24, 1524:3, 1524:9, 1524:10, 1525:17, 1527:18, 1527:25, 1528:23, 1530:18, 1531:9, 1531:15, 1531:23, 1532:10, 1532:15, 1535:22, 1538:24, 1543:3, 1543:5, 1543:7, 1547:3, 1549:7, 1549:15, 1549:18, 1550:2, 1550:22, 1551:5, 1551:8, 1551:24, 1552:22, 1553:12, 1554:9, 1554:24, 1555:17, 1555:18, 1555:19, 1555:20, 1557:10, 1557:12, 1557:15, 1558:9, 1558:16, 1560:7, 1560:10, 1560:12, 1561:5, 1561:25, 1562:16, 1563:22, 1564:18, 1566:12, 1566:18, 1569:7, 1569:10, 1569:15, 1572:20, 1572:23, 1573:6, 1573:14, 1573:20, 1574:7, 1574:22, 1575:23, 1580:10, 1580:14, 1581:7, 1584:17, 1585:4, 1586:17, 1587:16, 1588:1, 1588:25, 1589:9, 1593:7, 1593:12, 1596:23, 1597:17, 1601:18, 1603:12

**HONORABLE** [1] - 1485:19

**HOPEFULLY** [1] - 1522:6

**HOPING** [2] - 1508:14, 1509:20

**HOUR** [1] - 1559:12

**HOURS** [5] - 1554:25,

1559:1, 1559:4, 1559:25

**HOUSE** [64] - 1493:16, 1493:18, 1495:2, 1495:20, 1495:25, 1497:12, 1497:13, 1498:24, 1499:4, 1511:12, 1511:13, 1514:2, 1514:4, 1514:6, 1514:12, 1514:19, 1515:7, 1515:12, 1515:15, 1534:21, 1535:1, 1536:8, 1537:9, 1537:11, 1538:4, 1539:7, 1539:8, 1540:16, 1540:18, 1540:19, 1540:21, 1541:4, 1541:5, 1541:9, 1541:15, 1541:20, 1541:21, 1542:1, 1542:8, 1542:13, 1542:15, 1543:24, 1544:1, 1544:2, 1545:24, 1546:3, 1549:4, 1549:5, 1553:22, 1569:24, 1570:2, 1570:10, 1570:13, 1576:24, 1577:23, 1577:24, 1586:22, 1587:4, 1588:21, 1588:22, 1596:14, 1596:20, 1600:4, 1600:11

**HOUSE'S** [4] - 1540:21, 1541:6, 1541:20, 1542:5

**HOUSED** [1] - 1560:16

**HOW..** [1] - 1519:19

**HUNDRED** [2] - 1494:17, 1538:8

**HUSBAND** [3] - 1542:19, 1570:11, 1570:12

**I**

**IDEA** [2] - 1543:20, 1603:15

**IDENTICAL** [1] - 1578:16

**IDENTIFIED** [21] - 1492:6, 1506:19, 1537:11, 1537:13, 1538:5, 1538:15, 1539:22, 1539:25, 1540:22, 1541:2, 1541:7, 1541:12, 1541:23, 1542:2,

1542:12, 1542:17, 1548:22, 1592:10, 1592:21, 1598:25, 1601:6

**IDENTIFY** [2] - 1520:19, 1537:3

**IDENTITIES** [1] - 1590:18

**IDENTITY** [1] - 1591:24

**ILLEGAL** [1] - 1589:23

**IMMUNITY** [2] - 1561:20, 1561:21

**IMPLICATE** [2] - 1506:5, 1534:21

**IMPORT** [3] - 1580:3, 1581:14, 1581:18

**IMPORTED** [1] - 1595:21

**IMPUTED** [1] - 1570:13

**INCARCERATED** [4] - 1493:9, 1510:4, 1596:15, 1596:21

**INCIDENTS** [1] - 1528:16

**INCLUDE** [4] - 1561:12, 1571:17, 1582:2, 1584:1

**INCLUDED** [3] - 1525:22, 1530:8, 1573:24

**INCLUDING** [6] - 1518:3, 1526:2, 1526:17, 1597:13, 1600:5

**INCONSISTENT** [1] - 1534:19

**INCREASE** [3] - 1493:3, 1493:5, 1493:7

**INDEPENDENT** [1] - 1586:10

**INDEPENDENTLY** [4] - 1590:3, 1590:8, 1596:8, 1597:9

**INDICATE** [2] - 1536:24, 1566:7

**INDICATED** [7] - 1499:4, 1501:4, 1502:19, 1504:5, 1566:15, 1573:22, 1592:14

**INDICATES** [3] - 1533:7, 1538:10, 1566:23

**INDICTED** [2] - 1535:19, 1589:12

**INDICTMENT** [17] - 1504:11, 1524:19,

1525:8, 1525:10, 1529:9, 1562:1, 1562:6, 1563:1, 1564:1, 1564:3, 1565:25, 1566:6, 1576:16, 1576:20, 1577:7, 1579:8, 1582:5

**INDICTMENT..** [1] - 1562:9

**INDICTMENTS** [1] - 1565:11

**INDIVIDUAL** [4] - 1497:24, 1498:14, 1544:7, 1570:21

**INDIVIDUALS** [5] - 1526:2, 1543:15, 1568:6, 1568:24, 1592:18

**INFERENCE** [1] - 1586:16

**INFORMANT** [14] - 1501:24, 1502:1, 1502:6, 1502:9, 1502:12, 1502:16, 1505:18, 1508:10, 1510:13, 1518:4, 1522:9, 1522:15, 1526:1, 1526:9

**INFORMATION** [11] - 1501:20, 1505:6, 1505:15, 1506:4, 1518:3, 1519:11, 1522:8, 1522:14, 1526:1, 1526:9, 1552:17

**INFORMED** [2] - 1520:17, 1545:7

**INFORMER** [1] - 1561:20

**INITIAL** [1] - 1570:9

**INK** [1] - 1531:21

**INNOCENT** [1] - 1506:5

**INSTRUCT** [4] - 1519:22, 1576:11, 1580:5, 1593:19

**INSTRUCTED** [1] - 1564:6

**INSTRUCTION** [37] - 1519:23, 1523:19, 1524:1, 1524:4, 1524:6, 1524:16, 1565:21, 1571:3, 1571:8, 1571:15, 1571:16, 1571:21, 1573:20, 1574:8, 1574:17, 1575:14, 1575:15, 1575:16, 1575:20, 1575:22,

1576:5, 1576:10, 1577:6, 1578:22, 1578:24, 1579:1, 1579:12, 1579:22, 1582:2, 1582:3, 1586:5, 1590:23, 1593:10, 1595:15, 1597:10, 1600:15

**INSTRUCTIONS** [12] - 1524:5, 1553:24, 1555:13, 1558:21, 1558:22, 1558:24, 1558:25, 1559:7, 1559:8, 1561:3, 1582:2, 1584:2

**INSUFFICIENCY** [1] - 1531:11

**INSUFFICIENT** [1] - 1584:4

**INTENDED** [1] - 1535:24

**INTENT** [13] - 1491:3, 1504:12, 1504:22, 1524:23, 1525:7, 1528:5, 1532:18, 1562:5, 1562:15, 1580:4, 1581:15, 1581:19, 1581:20

**INTENTIONALLY** [3] - 1506:4, 1562:2, 1562:5

**INTERCONNECTED** [1] - 1595:18

**INTERDEPENDENC E** [9] - 1584:10, 1584:11, 1587:8, 1587:15, 1589:14, 1600:2, 1600:7, 1600:8, 1603:7

**INTERDEPENDENC Y** [1] - 1586:20

**INTERDEPENDENT** [5] - 1584:12, 1584:14, 1584:18, 1585:23, 1586:2

**INTEREST** [2] - 1534:8, 1557:23

**INTERESTS** [4] - 1584:13, 1587:11, 1589:23, 1589:25

**INTERGROUP** [1] - 1578:17

**INTERNATIONAL** [1] - 1486:21

**INTERPRETER** [1] - 1557:13

**INTERRELATIONSHI P** [1] - 1597:12

**INTRINSIC** [1] - 1519:7

**INTRODUCE** [2] - 1498:4, 1498:7

**INTRODUCED** [7] - 1497:24, 1516:13, 1539:5, 1570:18, 1586:18, 1586:22, 1587:18

**INTRODUCES** [1] - 1498:2

**INTRODUCING** [1] - 1586:19

**INTRODUCTION** [6] - 1516:11, 1534:18, 1534:24, 1539:8, 1586:19, 1587:3

**INVERT** [1] - 1564:12

**INVESTIGATION** [4] - 1505:24, 1508:1, 1525:22, 1526:17

**INVESTIGATIVE** [1] - 1535:16

**INVOLVED** [22] - 1491:7, 1520:18, 1531:17, 1534:15, 1535:19, 1543:11, 1544:13, 1545:11, 1545:15, 1550:4, 1564:23, 1565:5, 1565:16, 1566:8, 1567:11, 1571:19, 1572:6, 1576:15, 1578:7, 1598:7, 1599:14, 1601:4

**INVOLVEMENT** [7] - 1506:7, 1534:20, 1543:9, 1545:8, 1551:1, 1599:17, 1601:7

**IRONICALLY** [1] - 1571:5

**ISOLATED** [2] - 1533:25, 1536:3

**ISSUANCE** [1] - 1579:20

**ISSUE** [8] - 1535:5, 1557:13, 1563:4, 1575:10, 1575:16, 1576:1, 1586:3, 1589:19

**ISSUES** [2] - 1522:6, 1600:17

**IT'LL** [1] - 1499:2

**ITSELF** [4] - 1565:25, 1586:5, 1591:3, 1591:14

---

**J**

**JAIL** [13] - 1496:18, 1510:15, 1510:16,

---

1514:5, 1514:8, 1514:11, 1515:6, 1536:6, 1539:7, 1542:19, 1570:11, 1581:10, 1586:21

**JAMES** [10] - 1486:19, 1498:15, 1499:16, 1499:21, 1500:24, 1541:6, 1542:7, 1569:24, 1570:5, 1600:6

**JAMES'** [1] - 1498:17

**JANUARY** [3] - 1535:20, 1596:12, 1601:20

**JERRY** [1] - 1604:8

**JIMMY** [1] - 1579:24

**JOB** [1] - 1512:15

**JOE** [1] - 1541:6

**JOEL** [1] - 1487:2

**JOIN** [1] - 1589:21

**JOINED** [2] - 1568:7, 1599:10

**JOSH** [1] - 1538:3

**JUAN** [20] - 1487:1, 1543:6, 1544:21, 1548:22, 1548:25, 1549:1, 1549:3, 1549:9, 1550:4, 1552:1, 1552:13, 1553:8, 1553:10, 1553:21, 1558:16, 1577:10, 1592:23, 1597:15, 1601:8, 1605:9

**JUDGE** [13] - 1485:19, 1486:2, 1487:21, 1502:12, 1508:25, 1509:1, 1546:2, 1574:10, 1582:25, 1590:21, 1590:25, 1599:9, 1601:11

**JUDGMENT** [5] - 1531:10, 1539:13, 1542:25, 1543:7, 1554:7

**JUDGMENTS** [2] - 1519:2, 1523:8

**JULY** [5] - 1517:24, 1525:18, 1534:15, 1570:16

**JUMP** [1] - 1594:4

**JUNE** [18] - 1491:20, 1492:11, 1493:8, 1493:10, 1496:1, 1500:4, 1500:6, 1500:12, 1512:9, 1512:12, 1512:21, 1512:24, 1513:21, 1515:4, 1534:15,

---

1538:7, 1570:16

**JUROR** [2] - 1487:24, 1559:15

**JURY** [57] - 1485:11, 1487:13, 1487:16, 1487:20, 1488:6, 1488:8, 1489:9, 1518:14, 1519:23, 1521:3, 1523:17, 1524:1, 1524:5, 1524:6, 1524:11, 1524:13, 1528:3, 1531:5, 1532:3, 1543:2, 1554:8, 1554:13, 1554:14, 1554:17, 1555:12, 1555:13, 1558:1, 1558:4, 1558:21, 1558:23, 1559:7, 1559:13, 1559:22, 1560:21, 1561:3, 1562:4, 1563:1, 1563:4, 1564:18, 1565:19, 1571:4, 1571:7, 1575:4, 1575:14, 1576:8, 1578:19, 1579:1, 1579:10, 1579:12, 1582:2, 1584:1, 1586:5, 1590:4, 1597:15, 1597:16, 1601:9

**JURY'S** [2] - 1579:2, 1584:3

**JUSTICE** [2] - 1507:5, 1507:17

---

**K**

**KEEP** [1] - 1560:22

**KEEPING** [1] - 1595:7

**KEITH** [1] - 1487:2

**KELLEY** [1] - 1604:8

**KEMP** [26] - 1486:13, 1503:20, 1509:14, 1509:17, 1516:14, 1527:22, 1528:22, 1528:23, 1530:23, 1531:7, 1531:9, 1532:8, 1532:10, 1532:12, 1539:19, 1543:3, 1554:24, 1555:18, 1557:20, 1557:21, 1558:8, 1558:9, 1560:12, 1563:15, 1572:22, 1572:23

**KENNETH** [22] - 1497:12, 1497:13, 1498:24, 1499:4,

---

1514:2, 1514:4, 1514:6, 1515:7, 1515:12, 1515:15, 1537:9, 1540:16, 1540:18, 1540:21, 1541:4, 1541:20, 1542:1, 1542:8, 1542:13, 1570:1, 1588:21, 1588:22

**KEPT** [1] - 1568:9

**KEYON** [1] - 1574:9

**KIDS** [2] - 1510:6, 1513:9

**KILOGRAMS** [2] - 1504:23, 1599:2

**KIND** [5] - 1511:19, 1512:2, 1512:9, 1513:8, 1582:19

**KISHA** [10] - 1534:17, 1536:8, 1539:3, 1542:17, 1570:17, 1578:11, 1586:18, 1586:21, 1587:1, 1587:4

**KISHA'S** [1] - 1534:23

**KNOWING** [1] - 1594:18

**KNOWINGLY** [3] - 1562:2, 1562:4, 1588:16

**KNOWLEDGE** [5] - 1505:8, 1505:25, 1511:4, 1570:13, 1571:13

**KNOWN** [4] - 1497:14, 1515:15, 1540:20, 1562:4

**KNOWS** [6] - 1544:21, 1545:1, 1577:13, 1592:21, 1593:23, 1602:4

**KYLE** [1] - 1486:13

---

**L**

**LADIES** [8] - 1488:10, 1518:11, 1524:15, 1531:1, 1558:6, 1558:19, 1559:11, 1559:18

**LADY** [1] - 1488:16

**LANGUAGE** [2] - 1561:19, 1600:13

**LAPSES** [1] - 1590:14

**LARGER** [2] - 1537:16, 1537:19

**LARGEST** [2] - 1494:23, 1501:11

**LAS** [1] - 1489:16

**LAST** [10] - 1503:12,

1503:15, 1504:6, 1544:20, 1545:9, 1545:16, 1547:22, 1548:6, 1548:8, 1598:2
**LASTLY** [1] - 1568:3
**LATE** [1] - 1571:23
**LATTER** [1] - 1578:18
**LAUNDRY** [3] - 1551:11, 1552:24, 1553:19
**LAW** [7] - 1486:14, 1486:20, 1487:3, 1539:4, 1566:23, 1567:6, 1578:21
**LAWYERS** [1] - 1559:3
**LAYING** [1] - 1545:3
**LAYS** [1] - 1532:22
**LEADS** [1] - 1507:11
**LEARNED** [1] - 1520:8
**LEAST** [5] - 1504:22, 1531:25, 1532:1, 1558:25, 1596:9
**LEAVE** [4] - 1546:1, 1559:6, 1566:4, 1596:25
**LED** [1] - 1522:22
**LEDON** [6] - 1486:18, 1556:18, 1556:21, 1558:13, 1605:6, 1605:8
**LEFT** [5] - 1545:4, 1545:23, 1553:17, 1566:2, 1580:19
**LEND** [2] - 1591:3, 1591:14
**LENDS** [1] - 1586:4
**LESS** [2] - 1501:7, 1504:23
**LEVEL** [6] - 1490:11, 1504:20, 1509:24, 1533:8, 1543:21, 1586:20
**LIED** [1] - 1506:23
**LIFE** [2] - 1489:15, 1490:12
**LIGHT** [1] - 1539:16
**LIKEWISE** [1] - 1582:22
**LIMITED** [3] - 1523:20, 1525:1, 1525:13
**LIMITING** [4] - 1519:23, 1523:18, 1523:25, 1524:5
**LINE** [5] - 1536:4, 1546:6, 1549:23, 1551:3, 1587:14
**LINKED** [1] - 1546:12
**LISTED** [1] - 1576:13

**LISTEN** [1] - 1534:23
**LISTENED** [1] - 1535:18
**LISTENING** [1] - 1543:19
**LIVED** [4] - 1540:12, 1541:24, 1542:15, 1542:16
**LIVING** [6] - 1490:1, 1493:14, 1493:20, 1495:19, 1496:9, 1496:11
**LOADING** [1] - 1579:25
**LOCALE** [1] - 1590:15
**LOCATION** [4] - 1551:21, 1553:1, 1579:6, 1600:22
**LOCATIONS** [2] - 1576:14, 1576:21
**LOOK** [30] - 1527:9, 1533:5, 1533:19, 1535:21, 1535:22, 1536:13, 1539:15, 1549:10, 1554:19, 1562:19, 1567:7, 1569:15, 1569:23, 1573:3, 1573:15, 1574:19, 1574:25, 1575:10, 1584:10, 1585:10, 1585:22, 1586:3, 1586:6, 1587:14, 1588:6, 1589:10, 1591:7, 1596:11, 1597:11, 1600:17
**LOOKED** [13] - 1545:21, 1545:22, 1553:16, 1573:17, 1575:6, 1575:8, 1575:9, 1576:1, 1579:3, 1579:18, 1589:18, 1591:8
**LOOKING** [4] - 1504:3, 1509:25, 1537:1, 1554:25
**LOOKS** [3] - 1488:4, 1581:16, 1587:14
**LOUDER** [1] - 1490:4
**LOWER** [1] - 1585:12

**M**

**MA'AM** [15] - 1488:17, 1509:12, 1521:23, 1523:4, 1525:24, 1527:5, 1527:8, 1527:13, 1528:7, 1528:10, 1528:19, 1530:1, 1530:4,

1530:6, 1530:10
**MAGNUM** [1] - 1527:15
**MAIN** [1] - 1598:6
**MALDONADO** [2] - 1573:12, 1590:1
**MALDONADO-RIVERA** [2] - 1573:12, 1590:1
**MAN** [1] - 1552:2
**MANUEL** [8] - 1539:25, 1540:1, 1540:6, 1540:8, 1541:1, 1541:19, 1542:13, 1600:5
**MANUFACTURE** [7] - 1504:13, 1562:6, 1562:7, 1562:8, 1562:10, 1562:15, 1563:10
**MANUFACTURED** [1] - 1595:22
**MANUFACTURING** [2] - 1563:11, 1563:12
**MAP** [1] - 1536:11
**MARCELENO** [2] - 1540:25, 1600:6
**MARCH** [4] - 1510:19, 1510:21, 1601:20
**MARIE** [5] - 1538:2, 1538:17, 1578:1, 1578:10, 1580:23
**MARIJUANA** [4] - 1565:4, 1565:5, 1579:25, 1581:22
**MARRIED** [1] - 1489:17
**MARSHALS** [1] - 1560:14
**MASERATI** [3] - 1571:6, 1575:11, 1575:18
**MASSIVE** [1] - 1534:11
**MATA** [16] - 1535:18, 1543:17, 1546:24, 1547:4, 1562:23, 1554:1, 1571:5, 1571:14, 1572:11, 1572:15, 1572:16, 1575:11, 1575:18, 1593:6, 1593:24, 1601:10
**MATERIAL** [1] - 1506:8
**MATTER** [4] - 1531:8, 1548:18, 1560:5, 1578:21
**MATTERS** [2] -

1531:2, 1564:11
**MCCLARAN** [16] - 1517:4, 1517:13, 1517:16, 1521:24, 1524:17, 1524:25, 1525:18, 1528:3, 1529:1, 1529:4, 1529:21, 1529:24, 1530:15, 1604:24, 1605:1, 1605:3
**MEAN** [23] - 1515:13, 1518:21, 1521:25, 1523:12, 1528:11, 1547:6, 1563:7, 1564:12, 1565:18, 1584:14, 1585:18, 1587:20, 1588:5, 1589:6, 1591:13, 1594:18, 1594:19, 1596:9, 1596:25, 1597:3, 1597:7, 1597:12, 1600:25
**MEANS** [1] - 1512:16
**MEDICAL** [1] - 1487:22
**MEET** [3] - 1498:13, 1512:16, 1539:2
**MELISSA** [9] - 1488:13, 1489:1, 1489:10, 1504:2, 1509:15, 1570:6, 1582:16, 1604:20, 1604:22
**MELVIN** [3] - 1542:19, 1542:20
**MEMBER** [2] - 1588:14, 1601:2
**MEMBERS** [6] - 1584:11, 1587:15, 1588:16, 1589:15, 1600:8
**MEMBERSHIP** [2] - 1533:7, 1590:14
**MENTION** [2] - 1498:25, 1533:22
**MENTIONED** [5] - 1511:6, 1519:22, 1536:19, 1568:9, 1583:21
**MENTIONS** [1] - 1552:11
**MERE** [1] - 1533:1
**MESSAGES** [1] - 1511:10
**MESSING** [2] - 1499:8, 1499:10
**MET** [9] - 1492:14, 1512:18, 1512:24, 1516:3, 1537:13, 1538:5, 1546:20,

1553:14, 1586:24
**METH** [8] - 1511:11, 1511:13, 1538:20, 1541:18, 1577:14, 1577:16, 1594:13, 1602:25
**METHAMPHETAMIN E** [75] - 1491:4, 1491:8, 1492:10, 1494:23, 1499:1, 1500:9, 1500:13, 1504:13, 1504:24, 1515:1, 1524:24, 1532:19, 1537:4, 1538:4, 1538:6, 1538:9, 1538:13, 1538:17, 1539:2, 1540:2, 1540:3, 1540:4, 1540:9, 1540:10, 1540:11, 1540:24, 1541:2, 1541:8, 1541:9, 1541:11, 1541:14, 1541:15, 1541:16, 1541:25, 1542:3, 1542:14, 1542:22, 1549:3, 1553:14, 1553:17, 1553:21, 1562:16, 1563:22, 1564:8, 1564:24, 1565:4, 1566:2, 1567:9, 1567:13, 1567:18, 1568:1, 1568:11, 1569:19, 1578:8, 1580:12, 1580:16, 1580:19, 1580:24, 1581:4, 1582:22, 1584:6, 1584:14, 1585:1, 1585:5, 1585:6, 1588:4, 1589:4, 1589:7, 1591:10, 1595:11, 1599:25, 1600:3
**METHAMPHETAMIN ES** [5] - 1490:21, 1498:18, 1499:10, 1511:23, 1515:20
**METROPLEX** [1] - 1598:5
**MEXICO** [7] - 1544:8, 1544:12, 1568:24, 1568:25, 1591:15, 1594:6, 1598:6
**MICHAEL** [3] - 1595:4, 1595:5, 1596:4
**MICROPHONE** [1] - 1556:2
**MID** [1] - 1538:7
**MID-JUNE** [1] - 1538:7

**MIGHT** [5] - 1543:15, 1558:24, 1589:11, 1591:3, 1591:13

**MIKE** [13] - 1489:4, 1497:25, 1498:2, 1498:5, 1498:7, 1498:10, 1500:24, 1516:3, 1516:6, 1516:8, 1518:19, 1541:19, 1593:14

**MIND** [1] - 1525:6

**MINE** [2] - 1491:11, 1531:16

**MINH** [3] - 1599:1, 1599:2

**MINUTE** [7] - 1518:7, 1519:14, 1519:17, 1527:25, 1564:2, 1588:23, 1602:1

**MINUTES** [4] - 1531:25, 1532:1, 1559:13, 1560:1

**MISDIRECTED** [1] - 1503:3

**MISTAKE** [1] - 1525:12

**MITCHELL** [1] - 1574:9

**MIXTURE** [6] - 1504:23, 1563:23, 1564:1, 1564:3, 1564:7, 1564:23

**MOMENT** [2] - 1557:12, 1598:2

**MONDAY** [1] - 1487:23

**MONEY** [30] - 1495:3, 1495:6, 1497:1, 1499:10, 1499:22, 1499:24, 1512:11, 1512:13, 1535:4, 1537:16, 1537:20, 1537:24, 1542:8, 1544:18, 1548:24, 1554:4, 1567:19, 1567:23, 1577:25, 1584:22, 1585:20, 1586:23, 1586:25, 1587:3, 1591:21, 1592:18, 1592:22, 1592:24, 1603:23

**MONTHS** [1] - 1601:22

**MORNING** [12] - 1487:23, 1509:18, 1553:19, 1559:10, 1559:19, 1560:17, 1574:20, 1603:11, 1603:12, 1603:16, 1603:17

**MOST** [4] - 1489:15, 1539:16, 1575:6, 1601:5

**MOTION** [13] - 1508:2, 1508:4, 1508:8, 1508:12, 1531:10, 1531:14, 1531:22, 1532:9, 1532:16, 1539:13, 1542:25, 1554:6, 1582:1

**MOTIONS** [2] - 1554:11, 1574:15

**MOTIVE** [1] - 1525:9

**MOVE** [7] - 1495:24, 1496:5, 1527:18, 1532:16, 1548:13, 1551:19, 1551:20

**MOVED** [1] - 1496:2

**MOVES** [1] - 1543:6

**MOVING** [5] - 1495:18, 1496:1, 1509:8, 1513:14, 1515:19

**MULTIPLE** [32] - 1536:14, 1565:1, 1566:13, 1566:14, 1566:20, 1566:25, 1568:13, 1569:13, 1569:17, 1570:25, 1573:5, 1573:16, 1576:1, 1576:5, 1576:7, 1576:9, 1576:11, 1578:22, 1579:21, 1580:5, 1582:2, 1582:7, 1583:11, 1584:1, 1590:5, 1590:16, 1590:23, 1591:3, 1593:10, 1593:19, 1595:15, 1603:5

**MULTIPLE-**
**CONSPIRACIES** [2] - 1569:13, 1576:1

**MULTIPLE-**
**CONSPIRACY** [5] - 1570:25, 1578:22, 1590:23, 1593:10, 1595:15

**MUST** [6] - 1564:20, 1566:6, 1576:8, 1588:14, 1590:2, 1596:7

**MUTUALLY** [2] - 1533:8, 1535:7

**N**

**NAME** [12] - 1487:24, 1489:8, 1492:22, 1497:24, 1498:14,

1510:25, 1511:1, 1517:15, 1534:12, 1544:7, 1548:5, 1556:20

**NAMED** [3] - 1491:11, 1496:10, 1561:15

**NAMES** [1] - 1543:14

**NARCOTICS** [2] - 1517:19, 1517:22

**NATURE** [9] - 1566:19, 1567:3, 1567:17, 1567:18, 1582:11, 1584:8, 1584:9, 1589:14, 1590:12

**NAUSEAM** [1] - 1557:22

**NECESSARILY** [4] - 1503:11, 1536:22, 1590:16, 1597:3

**NECESSARY** [7] - 1525:7, 1571:15, 1571:25, 1573:22, 1573:23, 1573:25, 1590:17

**NECESSITY** [1] - 1519:4

**NEED** [22] - 1516:25, 1518:9, 1518:11, 1520:23, 1523:10, 1531:19, 1544:10, 1547:17, 1551:19, 1554:19, 1556:2, 1556:5, 1559:5, 1562:24, 1564:19, 1565:6, 1565:24, 1570:17, 1574:19, 1585:16, 1590:11, 1590:13

**NEEDED** [6] - 1496:20, 1512:13, 1535:22, 1547:23, 1581:11

**NEGOTIATING** [1] - 1585:12

**NEIGHBOR** [4] - 1495:9, 1495:16, 1495:19, 1496:7

**NETWORK** [3] - 1567:4, 1568:3, 1597:11

**NETWORKS** [4] - 1590:3, 1590:8, 1596:8, 1597:9

**NEVADA** [2] - 1489:14, 1489:16

**NEVER** [8] - 1515:22, 1533:15, 1533:18, 1545:15, 1587:17, 1590:22, 1591:10,

1598:11

**NEW** [1] - 1570:17

**NEWLY** [1] - 1591:15

**NEWS** [1] - 1552:12

**NEXT** [8] - 1488:12, 1507:23, 1531:2, 1553:18, 1555:13, 1558:20, 1559:17, 1582:4

**NEXUS** [3] - 1588:13, 1589:15, 1600:9

**NGUYEN** [31] - 1536:4, 1539:22, 1540:4, 1540:6, 1568:17, 1568:18, 1577:19, 1588:18, 1589:13, 1591:4, 1591:6, 1592:1, 1592:8, 1592:16, 1593:4, 1593:10, 1593:13, 1593:14, 1595:3, 1595:4, 1596:1, 1596:19, 1598:22, 1599:7, 1600:4, 1600:11, 1601:20, 1602:7, 1602:8, 1602:22, 1603:2

**NGUYEN'S** [2] - 1601:24, 1603:1

**NICKNAME** [3] - 1497:15, 1497:18, 1577:22

**NINE** [2] - 1545:15, 1547:22

**NOBODY** [1] - 1583:21

**NONE** [3] - 1548:10, 1568:20, 1568:21

**NORMALLY** [2] - 1520:17, 1523:11

**NORTH** [1] - 1577:1

**NOTE** [3] - 1487:19, 1551:9, 1559:16

**NOTEBOOK** [1] - 1502:25

**NOTES** [8] - 1486:1, 1531:20, 1531:25, 1532:6, 1537:1, 1539:22, 1546:23, 1553:9

**NOTHING** [8] - 1488:20, 1516:21, 1517:9, 1530:13, 1543:25, 1556:16, 1572:23, 1585:14

**NOTICE** [2] - 1519:1, 1563:2

**NOVEMBER** [3] - 1500:13, 1535:19,

1565:15

**NOVEMBER/THE** [1] - 1500:11

**NUMBER** [17] - 1487:21, 1487:24, 1492:1, 1492:2, 1492:3, 1492:4, 1521:9, 1546:13, 1546:21, 1548:7, 1548:23, 1559:15, 1572:17

**NUMEROUS** [6] - 1522:19, 1522:20, 1526:1, 1526:14, 1527:6, 1529:25

**O**

**OATH** [1] - 1517:6

**OBJECT** [8] - 1518:6, 1518:18, 1518:20, 1518:25, 1519:2, 1519:5, 1520:21, 1523:12

**OBJECTING** [1] - 1520:14

**OBJECTION** [13] - 1503:19, 1503:20, 1503:21, 1518:16, 1520:8, 1523:15, 1523:16, 1527:20, 1527:21, 1527:22, 1563:6, 1563:15, 1563:16

**OBJECTIONS** [2] - 1561:4, 1563:14

**OBJECTIVE** [3] - 1566:21, 1568:1, 1568:11

**OBSTRUCT** [1] - 1505:23

**OBSTRUCTED** [1] - 1507:16

**OBSTRUCTION** [1] - 1507:5

**OBTAIN** [2] - 1539:2, 1567:13

**OBTAINED** [1] - 1553:14

**OBTAINING** [1] - 1580:16

**OBVIOUSLY** [7] - 1543:19, 1562:8, 1568:25, 1573:21, 1573:22, 1585:9, 1597:19

**OCCASIONS** [3] - 1524:20, 1525:5, 1526:14

**OCCUR** [2] - 1513:19,

1595:20

**OCCURRED** [2] - 1529:15, 1534:20

**OCCURS** [1] - 1568:4

**OCTOBER** [2] - 1500:11, 1530:5

**OFF-THE-RECORD** [1] - 1519:20

**OFFENSE** [17] - 1490:23, 1491:2, 1502:20, 1504:20, 1505:7, 1505:24, 1507:2, 1510:16, 1518:21, 1518:22, 1529:5, 1529:6, 1529:8, 1576:18, 1577:9, 1579:9, 1583:14

**OFFENSES** [10] - 1491:5, 1506:20, 1518:25, 1519:7, 1519:21, 1528:13, 1528:14, 1576:16, 1577:7, 1579:8

**OFFER** [3] - 1503:18, 1521:7, 1523:15

**OFFERED** [2] - 1523:20, 1527:7

**OFFICE** [1] - 1486:8

**OFFICER** [9] - 1488:7, 1517:5, 1518:12, 1518:13, 1520:18, 1524:12, 1531:4, 1558:3, 1559:21

**OFFICERS** [2] - 1518:2, 1526:9

**OFFICIAL** [1] - 1604:9

**OLD** [2] - 1489:11, 1510:8

**ONCE** [13] - 1499:2, 1501:7, 1512:6, 1534:7, 1551:18, 1563:24, 1568:1, 1570:1, 1570:11, 1574:12, 1587:22, 1595:11, 1601:13

**ONE** [73] - 1487:20, 1489:22, 1494:25, 1495:1, 1498:19, 1503:13, 1514:7, 1514:12, 1514:18, 1515:8, 1515:12, 1516:10, 1519:21, 1521:8, 1521:12, 1521:13, 1522:25, 1523:2, 1527:3, 1530:2, 1533:4, 1535:6, 1535:7, 1536:15, 1537:5, 1539:4, 1543:8,

1545:5, 1546:11, 1547:19, 1548:1, 1548:12, 1550:20, 1553:7, 1562:7, 1565:1, 1565:2, 1565:11, 1565:15, 1565:18, 1565:19, 1566:14, 1566:15, 1566:22, 1567:22, 1567:23, 1568:12, 1569:24, 1576:3, 1576:7, 1579:23, 1584:18, 1584:21, 1585:2, 1585:5, 1588:2, 1589:2, 1589:19, 1589:21, 1591:1, 1591:22, 1593:16, 1593:23, 1595:6, 1595:7, 1596:4, 1597:3, 1597:11, 1597:18, 1598:25, 1603:4

**ONES** [3] - 1498:19, 1551:10, 1576:2

**ONGOING** [1] - 1533:8

**OPEN** [15] - 1487:13, 1488:8, 1518:14, 1524:13, 1531:5, 1532:3, 1537:3, 1539:23, 1540:23, 1541:13, 1546:6, 1558:4, 1559:22, 1560:21, 1575:4

**OPENED** [1] - 1545:21

**OPERATING** [6] - 1578:14, 1587:11, 1590:3, 1590:8, 1596:8, 1597:9

**OPERATION** [1] - 1589:6

**OPERATIONS** [1] - 1590:15

**OPINION** [1] - 1532:22

**OPPORTUNITY** [2] - 1525:9, 1558:23

**OPPOSED** [1] - 1563:24

**ORDER** [11] - 1497:3, 1506:7, 1521:6, 1539:1, 1539:5, 1562:8, 1563:25, 1576:9, 1584:25, 1595:14

**ORDERS** [4] - 1580:20, 1594:16, 1602:9, 1602:10

**OUNCE** [17] - 1493:2, 1493:7, 1493:11, 1494:6, 1494:11, 1494:12,

1494:14, 1494:18, 1494:20, 1495:1, 1501:9, 1511:16, 1513:6, 1515:9, 1515:10

**OUNCES** [9] - 1500:17, 1500:18, 1501:1, 1501:10, 1501:11, 1501:14, 1537:6, 1587:23

**OUT-OF-CIRCUIT** [2] - 1590:19, 1597:7

**OUTSIDE** [3] - 1518:11, 1521:3, 1531:2

**OVERALL** [6] - 1523:16, 1530:8, 1569:18, 1570:8, 1570:22, 1599:24

**OVERARCHING** [1] - 1536:2

**OVERLAP** [4] - 1528:16, 1567:5, 1568:4

**OVERLAPPING** [4] - 1582:11, 1588:11, 1589:23, 1589:25

**OVERNIGHT** [3] - 1553:18, 1600:25, 1603:20

**OVERSIMPLIFICATION** [1] - 1569:21

**OVERT** [1] - 1579:8

**OVERWHELMING** [2] - 1578:20, 1586:8

**OWED** [1] - 1542:20

**OWN** [29] - 1507:12, 1528:14, 1528:18, 1535:6, 1536:7, 1536:9, 1536:11, 1553:8, 1557:6, 1557:18, 1570:11, 1579:18, 1584:13, 1585:14, 1585:15, 1586:11, 1587:11, 1587:18, 1587:24, 1588:1, 1588:2, 1591:8, 1591:13, 1591:16, 1598:5, 1598:20, 1601:16, 1602:14

**OWNER** [1] - 1601:24

---

**P**

**P.D** [2] - 1517:20, 1517:25

**PAGE** [14] - 1485:15, 1485:17, 1524:5, 1549:20, 1549:23,

1550:25, 1551:2, 1552:6, 1552:8, 1552:10, 1552:19, 1561:6, 1561:25

**PAGES** [2] - 1485:13, 1604:3

**PAID** [7] - 1500:1, 1533:17, 1534:9, 1538:8, 1538:16, 1551:1

**PARAGRAPH** [7] - 1504:9, 1504:19, 1505:5, 1506:20, 1507:23, 1508:21, 1564:6

**PARENTHETICAL** [1] - 1563:9

**PARK** [1] - 1486:9

**PARKING** [1] - 1544:2

**PARKWAY** [2] - 1486:21, 1487:4

**PART** [11] - 1529:12, 1550:22, 1550:24, 1569:22, 1570:2, 1579:6, 1583:2, 1595:19, 1595:20, 1595:23, 1596:3

**PARTICIPANTS** [9] - 1567:4, 1568:4, 1568:21, 1582:11, 1583:1, 1586:20, 1588:12, 1588:13, 1590:13

**PARTICIPATE** [4] - 1546:10, 1579:25, 1588:14, 1588:16

**PARTICIPATED** [2] - 1580:2, 1581:18

**PARTICIPATING** [3] - 1589:16, 1600:9, 1600:10

**PARTICIPATION** [1] - 1505:7

**PARTICULAR** [9] - 1510:16, 1526:3, 1533:2, 1533:9, 1533:11, 1560:10, 1565:7, 1569:25, 1583:20

**PARTIES** [2] - 1588:15, 1589:24

**PARTNER** [7] - 1497:8, 1498:25, 1540:16, 1540:22, 1541:7, 1542:4, 1577:23

**PARTNERS** [1] - 1540:19

**PARTNERSHIP** [2] - 1533:24, 1534:2

**PARTY** [1] - 1533:22

**PASS** [3] - 1509:13, 1516:14, 1529:19

**PATTERN** [3] - 1524:4, 1571:16, 1575:14

**PAY** [1] - 1512:13

**PAYING** [1] - 1494:20

**PAYS** [1] - 1538:20

**PELON** [1] - 1568:23

**PENDING** [1] - 1490:16

**PEOPLE** [24] - 1534:11, 1536:5, 1553:14, 1567:11, 1568:7, 1568:9, 1569:24, 1570:8, 1570:22, 1580:21, 1582:14, 1589:4, 1595:6, 1596:25, 1597:1, 1597:13, 1598:4, 1598:16, 1600:1, 1600:20, 1601:5, 1602:18

**PER** [1] - 1501:14

**PERALES** [30] - 1533:15, 1534:1, 1534:5, 1534:17, 1536:19, 1537:2, 1537:6, 1537:14, 1537:17, 1538:13, 1538:14, 1540:20, 1540:21, 1540:22, 1542:4, 1568:15, 1568:17, 1570:18, 1577:18, 1577:22, 1581:6, 1585:11, 1585:17, 1588:19, 1589:8, 1589:12, 1589:13, 1595:10, 1600:4, 1600:11

**PERALES'S** [1] - 1568:24

**PERCENT** [2] - 1495:6, 1513:23

**PERIOD** [14] - 1494:24, 1496:19, 1497:23, 1498:23, 1500:12, 1500:20, 1501:2, 1514:14, 1515:7, 1570:14, 1578:15, 1599:15, 1599:16, 1601:22

**PERJURY** [3] - 1506:24, 1507:1, 1507:16

**PERSON** [20] - 1492:1, 1492:2, 1492:3, 1492:4, 1498:12, 1506:5,

1506:6, 1506:7,
1546:18, 1547:19,
1548:2, 1548:12,
1581:3, 1585:5,
1585:6
**PERSONALLY** [1] -
1602:7
**PERSONS** [6] -
1562:3, 1576:15,
1577:2, 1578:9,
1579:7, 1593:15
**PERSPECTIVE** [2] -
1590:25, 1598:10
**PERSPECTIVES** [1] -
1586:4
**PERTINENT** [1] -
1532:24
**PETRAZIO** [43] -
1487:2, 1503:21,
1516:17, 1516:18,
1527:21, 1530:24,
1531:15, 1543:4,
1543:5, 1546:18,
1547:1, 1547:3,
1548:14, 1550:3,
1550:14, 1550:17,
1554:6, 1554:9,
1555:20, 1557:11,
1557:12, 1557:15,
1558:16, 1560:9,
1563:16, 1572:25,
1574:23, 1590:21,
1590:25, 1591:20,
1592:3, 1593:20,
1594:3, 1597:17,
1597:22, 1598:9,
1599:9, 1599:18,
1599:23, 1601:11,
1601:25, 1602:3,
1603:12
**PETRAZIO'S** [2] -
1549:25, 1597:13
**PHONE** [11] - 1511:10,
1535:15, 1546:13,
1546:20, 1547:10,
1547:20, 1548:23,
1549:9, 1552:1,
1577:15, 1596:12
**PHOTOGRAPH** [2] -
1527:12, 1527:15
**PHOTOGRAPHS** [1] -
1544:1
**PHYSICAL** [1] -
1535:15
**PICK** [11] - 1496:22,
1499:1, 1537:6,
1538:8, 1539:24,
1542:8, 1545:6,
1545:10, 1577:14,
1588:9, 1592:16

**PICKED** [7] - 1515:9,
1540:2, 1548:24,
1554:4, 1577:20,
1592:17, 1592:22
**PICKING** [10] -
1496:16, 1499:4,
1501:5, 1501:7,
1542:22, 1586:25,
1592:15, 1592:24,
1592:25
**PICKUP** [4] - 1544:20,
1549:2, 1553:11,
1592:24
**PICKUPS** [2] -
1544:18, 1544:19
**PICTURE** [2] -
1590:22, 1600:21
**PICTURES** [1] -
1545:12
**PILLS** [3] - 1511:9,
1511:19, 1512:2
**PLACE** [2] - 1497:3,
1502:23
**PLACED** [4] - 1517:6,
1533:13, 1533:20,
1546:14
**PLAN** [2] - 1525:10,
1590:12
**PLANO** [6] - 1485:8,
1486:2, 1486:10,
1486:22, 1487:5,
1604:12
**PLAY** [1] - 1546:4
**PLEA** [8] - 1502:22,
1502:23, 1503:9,
1503:10, 1504:2,
1504:19, 1507:14,
1561:6
**PLEA-AGREEMENT**
[1] - 1561:6
**PLEAD** [1] - 1504:10
**PLEADING** [1] -
1491:2
**PLED** [7] - 1490:23,
1502:19, 1504:14,
1505:2, 1536:1,
1577:3, 1578:3
**PLUS** [2] - 1594:9,
1599:5
**PODIUM** [2] - 1536:18,
1556:3
**POINT** [18] - 1491:19,
1497:7, 1499:7,
1499:15, 1538:22,
1539:17, 1544:16,
1545:7, 1546:2,
1549:13, 1549:19,
1550:18, 1557:23,
1590:5, 1591:22,
1598:9, 1598:13,

1599:13
**POINTED** [2] -
1539:12, 1553:5
**POINTING** [2] -
1564:9, 1564:15
**POLICE** [9] - 1517:18,
1518:2, 1521:25,
1522:1, 1522:3,
1522:7, 1525:20,
1525:21, 1525:25
**POOL** [2] - 1537:16,
1537:20
**POOLED** [4] - 1535:4,
1577:25, 1584:22,
1585:20
**POOLING** [3] -
1537:24, 1586:23,
1587:3
**PORTION** [2] - 1563:9,
1564:19
**POSITION** [3] -
1587:7, 1587:10,
1596:6
**POSSESS** [10] -
1491:3, 1504:12,
1524:23, 1528:4,
1562:5, 1562:15,
1580:3, 1581:15,
1581:19, 1581:20
**POSSESSION** [1] -
1504:22
**POSSIBILITY** [1] -
1536:14
**POSSIBLE** [1] -
1591:12
**POTTSBORO** [3] -
1522:1, 1522:3,
1525:20
**PRAIRIE** [2] - 1549:5,
1576:25
**PRECEDENT** [1] -
1575:24
**PREFACE** [1] -
1571:13
**PREGNANT** [1] -
1587:1
**PREJUDICIAL** [1] -
1582:5
**PREMATURE** [1] -
1521:1
**PREPARATION** [1] -
1525:11
**PREPARE** [2] -
1555:13, 1558:21
**PREPARED** [1] -
1558:21
**PRESCRIPTION** [1] -
1511:21
**PRESENCE** [5] -
1518:12, 1521:3,

1531:3, 1533:1,
1560:7
**PRESENT** [19] -
1487:13, 1488:8,
1518:14, 1520:18,
1524:13, 1531:5,
1532:3, 1541:4,
1543:17, 1558:4,
1559:22, 1560:10,
1560:21, 1575:5
**PRESENTATION** [1] -
1520:17
**PRESENTED** [4] -
1531:12, 1533:12,
1569:23, 1587:17
**PRESENTLY** [1] -
1490:16
**PRESIDING** [2] -
1485:19, 1486:3
**PRESTON** [1] -
1604:11
**PRESUMABLY** [1] -
1577:4
**PRETTY** [3] - 1513:18,
1576:21, 1600:22
**PREVIOUS** [1] -
1545:15
**PRICE** [6] - 1537:21,
1537:22, 1538:13,
1581:5, 1581:6,
1585:12
**PRIMO** [38] - 1545:10,
1546:6, 1546:12,
1546:15, 1546:17,
1546:19, 1546:21,
1546:22, 1546:25,
1551:2, 1552:11,
1553:23, 1554:3,
1568:15, 1568:19,
1568:22, 1577:12,
1591:5, 1591:15,
1592:4, 1593:8,
1593:13, 1593:24,
1594:1, 1594:10,
1594:12, 1594:14,
1594:18, 1597:19,
1597:21, 1598:3,
1598:4, 1598:7,
1599:6, 1599:12,
1599:19, 1601:13,
1602:19
**PRINT** [1] - 1508:21
**PRISCILLA** [2] -
1540:25, 1600:5
**PRISON** [4] - 1498:6,
1498:8, 1509:25,
1511:5
**PROBLEM** [2] -
1550:14, 1590:5
**PROCEDURE** [1] -

1508:5
**PROCEEDING** [1] -
1507:12
**PROCEEDINGS** [2] -
1485:24, 1604:4
**PROCESS** [5] -
1496:1, 1496:3,
1558:25, 1559:4,
1559:14
**PROCESSING** [1] -
1595:2
**PRODUCED** [1] -
1485:25
**PRODUCT** [4] -
1513:23, 1514:17,
1586:1, 1596:21
**PROFFER** [1] -
1523:15
**PROFIT** [10] - 1535:8,
1535:10, 1581:2,
1582:12, 1582:15,
1582:21, 1582:23,
1584:7, 1586:1,
1599:25
**PROFITS** [1] - 1535:9
**PROMISED** [4] -
1502:4, 1508:17,
1509:3, 1509:6
**PROMISES** [1] -
1502:15
**PROOF** [3] - 1532:17,
1533:4, 1582:6
**PROPOSED** [3] -
1561:3, 1565:20,
1575:16
**PROPOSITION** [1] -
1536:20
**PROPRIETOR** [1] -
1586:14
**PROSECUTE** [3] -
1528:12, 1528:15,
1561:23
**PROSECUTION** [2] -
1506:19, 1508:1
**PROSECUTIONS** [1] -
1528:18
**PROTECT** [3] -
1506:6, 1506:12,
1544:10
**PROVE** [4] - 1520:20,
1523:13, 1535:22,
1575:13
**PROVED** [1] - 1583:11
**PROVEN** [2] - 1536:3,
1536:13
**PROVIDE** [1] - 1533:6
**PROVIDED** [5] -
1507:18, 1507:25,
1519:1, 1526:9,
1543:14

PROVIDING [2] - 1501:20, 1506:4
PROXIMITY [1] - 1578:15
PUBLISH [1] - 1503:23
PULLED [1] - 1511:9
PULLING [1] - 1549:10
PUMPING [1] - 1553:13
PURCHASE [2] - 1567:9, 1585:1
PURCHASED [2] - 1533:6, 1585:24
PURPORTEDLY [2] - 1547:17, 1599:10
PURPOSE [4] - 1523:20, 1525:5, 1589:21
PURPOSES [3] - 1525:1, 1525:13, 1590:14
PURSUANT [3] - 1508:3, 1508:4, 1543:6
PUT [12] - 1518:9, 1519:1, 1523:8, 1523:13, 1540:13, 1545:24, 1554:18, 1555:22, 1561:20, 1571:22, 1591:5, 1594:11
PUTTING [1] - 1499:22

Q

QUANTITIES [5] - 1491:12, 1492:25, 1496:16, 1501:6, 1580:9
QUANTITY [6] - 1501:11, 1537:17, 1537:19, 1565:5, 1566:2, 1566:8
QUARTER [5] - 1493:1, 1493:11, 1494:6, 1494:11, 1513:6
QUARTER-OUNCE [2] - 1494:6, 1494:11
QUESTIONS [12] - 1516:15, 1516:16, 1516:18, 1521:20, 1523:15, 1523:22, 1528:20, 1528:23, 1530:11, 1530:14, 1548:11, 1563:3
QUICK [2] - 1551:23,

1554:22
QUICKLY [1] - 1493:7
QUIROLO [11] - 1496:7, 1496:17, 1536:7, 1540:13, 1540:15, 1541:10, 1541:12, 1541:14, 1541:21, 1542:11, 1600:7
QUIT [3] - 1491:20, 1500:10

R

RADAR [1] - 1548:4
RAISE [4] - 1488:16, 1556:7, 1574:10, 1576:8
RAISES [1] - 1603:6
RAMIRO [15] - 1543:11, 1543:16, 1544:3, 1544:6, 1544:19, 1545:1, 1545:13, 1545:18, 1546:11, 1548:21, 1549:12, 1552:1, 1553:6, 1577:11, 1591:19
RATHER [2] - 1512:7, 1533:24
RATIONAL [1] - 1579:10
RATTAN [1] - 1565:10
REACHED [1] - 1544:11
READ [6] - 1487:21, 1503:13, 1550:21, 1579:14, 1591:22, 1602:4
READING [2] - 1503:11, 1582:20
READY [6] - 1488:10, 1524:8, 1550:16, 1560:23, 1560:24, 1561:1
REAL [5] - 1493:23, 1498:9, 1515:10, 1551:22, 1590:22
REALLY [2] - 1512:22, 1589:2
REALTIME [1] - 1485:24
REASON [2] - 1511:11, 1548:13
REASONABLE [6] - 1525:2, 1543:2, 1564:22, 1571:4, 1571:7, 1586:15
REASSURE [1] - 1488:2

RECEIVE [6] - 1490:14, 1495:2, 1502:9, 1508:23, 1518:3, 1525:25
RECEIVED [8] - 1487:19, 1494:24, 1500:14, 1522:8, 1522:14, 1540:4, 1568:22, 1568:23
RECEIVING [2] - 1492:25, 1595:4
RECENT [1] - 1575:18
RECESS [11] - 1530:21, 1531:3, 1531:24, 1532:1, 1532:2, 1559:6, 1559:24, 1560:18, 1560:20, 1575:3, 1603:20
RECOGNIZE [6] - 1495:12, 1503:6, 1503:8, 1571:21, 1571:25, 1575:23
RECOGNIZED [1] - 1571:3
RECOLLECTION [3] - 1537:18, 1537:20, 1592:6
RECORD [15] - 1489:9, 1492:5, 1517:15, 1518:9, 1519:20, 1534:4, 1535:21, 1543:1, 1547:12, 1555:22, 1556:20, 1561:2, 1580:11, 1601:19, 1604:4
RECORDED [8] - 1535:14, 1543:20, 1547:10, 1547:21, 1548:5, 1549:8, 1552:1, 1577:15
RECORDER [1] - 1547:9
RECORDING [9] - 1546:4, 1547:6, 1547:11, 1547:15, 1551:6, 1551:8, 1593:22, 1593:23
RED [1] - 1531:21
RED-INK [1] - 1531:21
REDIRECT [2] - 1529:21, 1605:3
REDISTRIBUTE [3] - 1580:9, 1580:20, 1581:2
REDISTRIBUTED [1] - 1540:9
REDISTRIBUTION [1] - 1588:4

REDUCTION [4] - 1508:4, 1508:7, 1508:23, 1509:9
REDUNDANT [1] - 1565:7
REEVES [2] - 1541:22, 1542:16
REFER [1] - 1520:10
REFERENCE [1] - 1563:13
REFERRED [1] - 1588:12
REFERRING [2] - 1495:14, 1552:5
REFERS [2] - 1563:7, 1563:12
REFLECT [1] - 1492:5
REFUSE [2] - 1576:11, 1580:5
REFUSED [1] - 1576:6
REFUSES [1] - 1593:19
REFUSING [1] - 1575:20
REGARD [1] - 1539:21
REGARDING [3] - 1524:18, 1537:12, 1593:11
REGARDS [7] - 1502:5, 1505:18, 1563:23, 1566:12, 1567:8, 1567:16, 1573:20
REGISTERED [1] - 1544:2
RELATE [1] - 1601:13
RELATES [5] - 1533:12, 1533:13, 1533:19, 1534:13, 1570:15
RELATIONSHIP [21] - 1513:17, 1533:9, 1538:10, 1538:19, 1539:14, 1540:5, 1540:15, 1540:17, 1541:17, 1544:7, 1553:22, 1571:19, 1572:7, 1574:13, 1575:13, 1577:21, 1577:23, 1578:3, 1585:23, 1599:20, 1602:7
RELATIONSHIPS [1] - 1542:9
RELIED [2] - 1584:25, 1588:2
RELIGION [2] - 1556:8, 1556:10
RELY [1] - 1554:8, 1585:2

REMEMBER [6] - 1494:21, 1576:23, 1580:8, 1589:8, 1592:19, 1594:11
REMODELING [1] - 1544:25
RENE [59] - 1485:8, 1486:12, 1491:21, 1491:22, 1492:6, 1492:14, 1492:24, 1493:8, 1494:24, 1495:4, 1495:16, 1495:19, 1495:24, 1496:18, 1496:21, 1497:1, 1497:4, 1497:7, 1497:17, 1497:20, 1497:24, 1498:3, 1498:6, 1498:20, 1498:24, 1498:25, 1500:7, 1500:14, 1500:15, 1512:18, 1512:24, 1513:13, 1513:22, 1514:5, 1515:6, 1515:21, 1516:4, 1516:8, 1539:25, 1540:22, 1541:3, 1541:7, 1541:12, 1541:23, 1542:3, 1542:8, 1542:11, 1542:12, 1542:13, 1542:18, 1542:20, 1543:2, 1564:20, 1566:5, 1588:20, 1593:15, 1595:5, 1596:4
RENEE [6] - 1489:1, 1489:10, 1504:2, 1509:15, 1604:20, 1604:22
RENTED [1] - 1539:1
REPACKAGE [1] - 1580:17
REPACKAGED [2] - 1588:7, 1588:8
REPORT [1] - 1547:13
REPORTED [1] - 1485:24
REPORTER [1] - 1604:9
REPORTER'S [3] - 1485:11, 1486:1, 1604:1
REPORTS [1] - 1519:2
REPRESENT [1] - 1498:11
REQUEST [16] - 1508:7, 1523:18, 1571:12, 1571:13, 1571:17, 1571:20,

1571:24, 1576:11, 1579:1, 1579:12, 1579:22, 1582:1, 1583:25, 1590:4, 1593:19, 1603:5
**REQUESTED** [2] - 1576:4, 1577:18
**REQUESTS** [1] - 1558:24
**REQUIRE** [1] - 1508:6
**REQUIRED** [1] - 1600:9
**REQUIREMENT** [3] - 1582:13, 1588:14, 1590:7
**RESEARCH** [1] - 1583:19
**RESIDED** [1] - 1489:15
**RESIDENCE** [5] - 1522:12, 1522:16, 1526:3, 1526:6, 1526:10
**RESOLD** [1] - 1534:7
**RESPECT** [4] - 1557:17, 1557:21, 1577:17, 1584:9
**RESPECTFULLY** [1] - 1548:13
**RESPOND** [1] - 1569:12
**RESPONSIBILITY** [1] - 1504:16
**REST** [6] - 1555:12, 1558:14, 1558:17, 1563:13, 1605:8, 1605:9
**RESTED** [4] - 1531:1, 1554:12, 1554:15, 1558:7
**RESTS** [6] - 1530:19, 1535:12, 1558:10, 1571:3, 1605:5, 1605:7
**RESULT** [2] - 1506:19, 1537:21
**RETURN** [1] - 1538:20
**RETURNED** [1] - 1580:15
**REVERSE** [1] - 1563:25
**REVIEW** [2] - 1503:10, 1558:23
**REVIEWED** [1] - 1539:11
**REWEIGH** [1] - 1580:16
**RICHARD** [2] - 1485:19, 1486:2
**RIGHTS** [1] - 1504:10

**RISE** [6] - 1488:7, 1518:13, 1524:12, 1531:4, 1558:3, 1559:21
**RISES** [1] - 1543:21
**RIVERA** [2] - 1573:12, 1590:1
**ROAD** [1] - 1604:11
**ROBBED** [1] - 1583:11
**ROBBERY** [2] - 1583:11, 1583:14
**ROLE** [3] - 1498:17, 1547:18, 1579:23
**ROMANTIC** [1] - 1544:7
**ROOM** [1] - 1559:13
**ROUGH** [1] - 1501:3
**ROUNDABOUT** [1] - 1501:3
**RULE** [12] - 1508:5, 1531:10, 1532:9, 1532:16, 1539:13, 1542:25, 1543:6, 1548:13, 1554:11, 1574:15, 1582:1, 1584:2
**RULED** [1] - 1574:11
**RULING** [2] - 1521:4, 1600:25
**RUNNER** [3] - 1554:3, 1577:12, 1593:6
**RUNNERS** [2] - 1598:25, 1599:1
**RUNNING** [1] - 1545:8

**S**

**SAFE** [1] - 1512:2
**SALAZAR** [109] - 1485:8, 1486:12, 1491:22, 1492:6, 1492:14, 1492:24, 1494:24, 1495:4, 1495:24, 1497:8, 1497:20, 1497:24, 1498:20, 1500:14, 1509:16, 1512:24, 1513:13, 1513:22, 1515:6, 1516:9, 1531:10, 1534:22, 1535:1, 1536:6, 1537:10, 1539:5, 1539:6, 1539:21, 1539:22, 1539:23, 1539:25, 1540:1, 1540:2, 1540:6, 1540:12, 1540:13, 1540:14, 1540:15, 1540:19,

1540:22, 1540:23, 1540:24, 1541:3, 1541:4, 1541:5, 1541:6, 1541:7, 1541:8, 1541:9, 1541:10, 1541:11, 1541:13, 1541:18, 1541:19, 1541:20, 1541:23, 1541:24, 1541:25, 1542:1, 1542:2, 1542:3, 1542:4, 1542:6, 1542:7, 1542:8, 1542:11, 1542:12, 1542:14, 1542:15, 1542:16, 1542:18, 1542:20, 1542:21, 1543:2, 1557:21, 1558:8, 1558:9, 1560:12, 1560:15, 1564:20, 1566:5, 1569:24, 1570:2, 1570:13, 1577:24, 1581:8, 1581:10, 1586:19, 1586:21, 1588:20, 1589:13, 1593:15, 1595:5, 1596:4, 1596:14, 1596:19, 1596:20, 1600:4, 1600:11, 1601:4, 1601:6, 1604:23
**SALAZAR'S** [5] - 1495:16, 1495:19, 1540:16, 1541:15, 1541:16
**SANFORD** [2] - 1562:25, 1563:18
**SAT** [1] - 1591:1
**SATISFIES** [5] - 1519:4, 1582:12, 1582:21, 1582:23, 1584:7
**SAW** [5] - 1503:12, 1503:14, 1504:6, 1553:17, 1583:21
**SCARED** [1] - 1512:10
**SCENE** [1] - 1570:16
**SCHEDULED** [1] - 1487:22
**SCHELL** [4] - 1485:19, 1486:3, 1487:21, 1509:1
**SCHEME** [6] - 1569:18, 1578:7, 1582:11, 1584:8, 1584:9, 1589:14
**SCHOOL** [5] - 1510:11, 1513:10, 1515:18, 1515:25,

1516:1
**SCOPE** [1] - 1566:19
**SCREEN** [3] - 1495:12, 1504:1, 1589:10
**SEARCH** [5] - 1535:14, 1543:24, 1543:25, 1546:2, 1552:25
**SEATED** [5] - 1487:14, 1518:15, 1531:6, 1532:4, 1558:5
**SEATS** [3] - 1488:9, 1524:14, 1560:22
**SECOND** [11] - 1504:11, 1562:1, 1562:25, 1566:22, 1567:16, 1573:13, 1590:1, 1590:6, 1590:10, 1596:6
**SECONDLY** [1] - 1567:3
**SECTION** [9] - 1504:21, 1505:9, 1506:18, 1507:9, 1507:23, 1508:4, 1517:22, 1561:7, 1571:18
**SECURITY** [6] - 1488:7, 1518:13, 1524:12, 1531:4, 1558:3, 1559:21
**SEE** [32] - 1491:24, 1514:4, 1516:2, 1516:8, 1519:19, 1521:6, 1521:12, 1527:11, 1542:17, 1545:22, 1548:20, 1549:22, 1551:4, 1551:25, 1552:4, 1559:19, 1560:3, 1561:18, 1562:10, 1564:3, 1565:9, 1565:14, 1566:3, 1578:14, 1581:25, 1582:19, 1588:24, 1594:14, 1597:8, 1599:18, 1603:18
**SEEM** [2] - 1578:23, 1590:19
**SEIZED** [1] - 1544:1
**SEIZURES** [1] - 1535:15
**SELL** [6] - 1490:21, 1494:3, 1540:2, 1567:18, 1585:25, 1588:1
**SELLER** [11] - 1536:22, 1571:19, 1572:7, 1574:7,

1574:11, 1574:13, 1575:10, 1575:12, 1575:16, 1575:20, 1575:22
**SELLERS** [1] - 1578:6
**SELLING** [21] - 1494:8, 1494:16, 1498:18, 1511:11, 1512:5, 1522:10, 1522:12, 1537:7, 1537:10, 1577:24, 1578:4, 1580:7, 1580:8, 1580:9, 1582:12, 1582:15, 1582:21, 1582:22, 1584:6, 1584:13, 1584:15
**SELLS** [1] - 1587:24
**SEND** [2] - 1496:22, 1499:24
**SENDS** [1] - 1562:25
**SENSE** [3] - 1566:10, 1583:1, 1584:14
**SENTENCE** [11] - 1502:9, 1502:13, 1508:4, 1508:7, 1508:23, 1508:24, 1509:4, 1509:6, 1509:9, 1552:14, 1566:4
**SENTENCED** [1] - 1490:25
**SENTENCES** [1] - 1519:2
**SENTENCING** [2] - 1504:21, 1508:3
**SEPARATE** [17] - 1521:12, 1521:17, 1522:23, 1535:5, 1565:11, 1567:12, 1570:21, 1575:20, 1583:14, 1585:25, 1589:24, 1590:3, 1590:8, 1594:16, 1596:8, 1597:9, 1601:3
**SEPARATED** [1] - 1581:14
**SEPARATELY** [3] - 1528:15, 1570:8, 1583:12
**SEPARATION** [1] - 1595:16
**SEPTEMBER** [1] - 1534:18
**SERIES** [1] - 1533:25
**SET** [3] - 1522:15, 1526:9, 1546:15
**SEVEN** [2] - 1544:24, 1599:11

**SEVENTH** [3] - 1573:10, 1589:19, 1589:20
**SEVERAL** [4] - 1536:3, 1559:4, 1573:6, 1578:1
**SHALL** [10] - 1488:19, 1505:6, 1505:22, 1517:8, 1555:3, 1556:3, 1556:15
**SHAPED** [1] - 1551:14
**SHARED** [1] - 1542:6
**SHARING** [1] - 1581:2
**SHERMAN** [28] - 1485:3, 1489:16, 1517:18, 1517:20, 1517:24, 1518:2, 1521:25, 1522:1, 1522:3, 1522:7, 1525:21, 1525:25, 1526:4, 1526:7, 1540:10, 1567:10, 1567:14, 1567:19, 1568:2, 1568:12, 1569:20, 1593:16, 1595:6, 1595:12, 1595:23, 1595:24, 1596:5, 1600:23
**SHERMAN-DENISON** [6] - 1567:14, 1567:19, 1568:2, 1568:12, 1569:20, 1600:23
**SHERRY** [2] - 1492:23, 1513:1
**SHIFTING** [1] - 1590:15
**SHORT** [1] - 1488:1
**SHORTER** [3] - 1573:9, 1589:20
**SHOW** [8] - 1580:2, 1582:7, 1589:1, 1590:2, 1590:7, 1596:7, 1597:7, 1597:8
**SHOWED** [1] - 1587:17
**SHOWN** [1] - 1527:10
**SHOWS** [4] - 1534:10, 1576:7, 1591:5, 1601:24
**SHUT** [1] - 1597:23
**SIDE** [4] - 1509:8, 1595:7, 1595:9
**SIGNED** [3] - 1503:13, 1521:6, 1547:16
**SIGNS** [1] - 1487:24
**SIMILAR** [6] - 1519:4, 1521:7, 1524:15, 1524:19, 1525:4,

1525:14
**SIMILAR-ACT** [1] - 1521:7
**SIMPLE** [1] - 1574:13
**SIMPLISTIC** [1] - 1569:18
**SIMPLY** [8] - 1535:11, 1535:12, 1535:23, 1536:21, 1566:18, 1579:9, 1579:17, 1592:13
**SIMULTANEOUS** [1] - 1560:2
**SINGLE** [15] - 1536:2, 1536:15, 1566:20, 1566:24, 1573:16, 1578:19, 1579:11, 1582:6, 1583:12, 1586:8, 1588:15, 1588:17, 1589:22, 1590:16, 1595:7
**SISTER** [7] - 1492:15, 1492:17, 1492:20, 1493:22, 1496:14, 1512:18, 1601:24
**SISTER'S** [6] - 1492:22, 1493:15, 1493:18, 1495:20, 1495:25, 1513:16
**SITE** [1] - 1545:4
**SITTING** [1] - 1550:7
**SITUATION** [3] - 1555:6, 1564:25, 1591:3
**SIX** [6] - 1500:17, 1544:24, 1597:22, 1599:11, 1601:12
**SKINNY** [1] - 1591:23
**SLOWLY** [1] - 1513:12
**SMOKE** [1] - 1512:7
**SO-CALLED** [1] - 1534:11
**SO..** [5] - 1512:11, 1520:21, 1572:3, 1576:18, 1583:23
**SOLD** [13] - 1496:25, 1515:13, 1534:8, 1537:3, 1540:23, 1540:24, 1541:9, 1541:13, 1541:25, 1542:3, 1542:11, 1577:19, 1588:5
**SOLE** [2] - 1507:24, 1586:14
**SOLEMNLY** [2] - 1488:18, 1517:7
**SOMEONE** [5] - 1536:24, 1543:18, 1544:23, 1587:19, 1594:19

**SOMETIME** [2] - 1493:10, 1534:13
**SOMETIMES** [4] - 1491:15, 1494:9, 1532:5
**SORRY** [10] - 1490:5, 1503:3, 1503:4, 1514:20, 1549:11, 1552:10, 1563:11, 1572:14, 1573:11, 1582:17
**SORT** [4] - 1535:23, 1544:12, 1545:3, 1547:11
**SOURCE** [15] - 1498:11, 1510:24, 1516:12, 1534:2, 1546:25, 1554:2, 1570:18, 1581:11, 1587:18, 1587:19, 1587:22, 1593:8, 1593:24, 1594:6, 1598:6
**SOURCES** [2] - 1567:12, 1589:5
**SOUTH** [2] - 1522:13, 1526:7
**SOVEREIGNTY** [2] - 1528:9, 1528:17
**SPEAKERPHONE** [1] - 1594:12
**SPEAKING** [2] - 1552:23, 1573:14
**SPECIFIC** [5] - 1502:5, 1509:4, 1509:6, 1509:9, 1573:14
**SPECIFICALLY** [3] - 1525:18, 1573:8, 1573:11
**SPEED** [1] - 1551:23
**SPEND** [1] - 1510:3
**SPLIT** [2] - 1542:5, 1585:24
**SPLITTING** [1] - 1535:8, 1535:10
**SPOKEN** [1] - 1557:15
**SPORADIC** [1] - 1533:25
**STACKED** [1] - 1507:1
**STAKE** [1] - 1533:23
**STAND** [6] - 1504:3, 1506:23, 1548:10, 1548:11, 1554:14, 1601:5
**STANDARD** [1] - 1590:7
**START** [8] - 1492:9, 1531:7, 1531:8, 1539:6, 1559:9,

1566:7, 1598:15, 1598:19
**STARTED** [24] - 1491:9, 1491:14, 1491:21, 1492:18, 1492:24, 1493:1, 1493:13, 1499:8, 1499:19, 1500:4, 1500:6, 1501:20, 1510:23, 1513:5, 1513:7, 1513:14, 1538:7, 1539:7, 1570:6, 1570:11, 1581:12, 1596:12, 1601:19
**STARTING** [3] - 1536:8, 1570:9, 1598:19
**STARTS** [3] - 1506:17, 1536:7, 1596:13
**STASHED** [2] - 1541:10, 1542:11
**STATE** [19] - 1489:8, 1513:22, 1517:15, 1520:3, 1520:10, 1521:11, 1521:14, 1523:2, 1525:6, 1526:21, 1527:1, 1528:5, 1528:12, 1528:17, 1529:5, 1529:12, 1530:2, 1534:18, 1556:20
**STATEMENT** [5] - 1546:25, 1547:5, 1547:16, 1554:2, 1593:5
**STATEMENTS** [2] - 1507:11, 1507:18
**STATES** [18] - 1485:1, 1485:6, 1504:1, 1504:9, 1504:20, 1505:5, 1508:3, 1508:21, 1530:19, 1532:21, 1562:4, 1573:7, 1573:9, 1573:12, 1574:8, 1576:3, 1583:8, 1605:5
**STATUS** [1] - 1490:22
**STATUTES** [2] - 1528:13, 1528:14
**STATUTORY** [2] - 1576:16, 1579:7
**STAYED** [1] - 1510:20
**STENOTYPE** [1] - 1485:24
**STEP** [3] - 1531:2, 1555:13, 1558:20
**STEWART** [14] - 1488:13, 1488:15,

1489:1, 1489:4, 1489:10, 1504:1, 1504:2, 1509:15, 1509:18, 1516:25, 1570:6, 1582:17, 1604:20, 1604:22
**STICK** [1] - 1496:19
**STILL** [11] - 1511:4, 1521:17, 1560:25, 1572:15, 1572:16, 1583:7, 1583:15, 1588:2, 1599:9, 1599:22, 1601:21
**STIPULATE** [1] - 1520:16
**STOPPED** [1] - 1548:8
**STOPS** [1] - 1535:13
**STORE** [2] - 1490:2, 1490:6
**STOWELL** [5] - 1579:16, 1579:17, 1581:13, 1581:21, 1582:9
**STREET** [14] - 1495:21, 1495:22, 1495:25, 1496:2, 1496:5, 1496:9, 1496:12, 1513:14, 1526:7, 1540:12, 1541:24, 1542:15, 1583:2
**STRICTLY** [1] - 1599:21
**STRONG** [2] - 1533:6, 1533:8
**STYLISTIC** [1] - 1563:23
**SUBSTANCE** [3] - 1504:23, 1564:7, 1564:23
**SUBSTANTIAL** [4] - 1507:23, 1508:1, 1533:24, 1543:14
**SUCCESS** [3] - 1533:23, 1534:3, 1535:7
**SUDDEN** [3] - 1534:12, 1598:14, 1598:15
**SUFFICIENCY** [1] - 1579:13
**SUFFICIENT** [3] - 1533:1, 1571:4, 1579:10
**SUGGEST** [2] - 1582:6, 1585:15
**SUGGESTING** [1] - 1533:23
**SUGGESTION** [1] - 1585:11

**SUGGESTS** [2] - 1553:22, 1603:9
**SUITE** [3] - 1486:9, 1486:15, 1487:4
**SUPERSEDING** [4] - 1504:11, 1562:1, 1562:25, 1566:5
**SUPPLIED** [4] - 1542:13, 1568:7, 1569:25, 1578:17
**SUPPLIER** [12] - 1491:10, 1491:19, 1537:15, 1542:5, 1567:22, 1568:24, 1577:18, 1577:22, 1579:24, 1580:7
**SUPPLIERS** [6] - 1567:20, 1567:25, 1568:5, 1568:14, 1568:16, 1568:21
**SUPPLY** [16] - 1493:14, 1498:11, 1510:24, 1515:11, 1516:12, 1567:12, 1581:11, 1581:22, 1587:18, 1587:19, 1587:22, 1589:5, 1593:8, 1593:24, 1594:6, 1598:6
**SUPPLYING** [2] - 1498:12, 1600:12
**SUPPORT** [10] - 1536:11, 1570:20, 1571:7, 1576:12, 1579:2, 1579:20, 1590:20, 1593:20, 1600:16, 1600:17
**SUPPORTED** [2] - 1541:19, 1541:21
**SUPPORTS** [1] - 1570:24
**SUPPOSED** [1] - 1580:12
**SUPPOSEDLY** [2] - 1547:23, 1570:17
**SURVEILLANCE** [7] - 1522:15, 1522:18, 1526:10, 1526:12, 1526:17, 1535:13, 1545:12
**SUSPECT** [2] - 1543:13, 1598:6
**SWEAR** [5] - 1488:18, 1517:7, 1556:8, 1556:10, 1556:14
**SWORN** [1] - 1556:5

**T**

**TAB** [2] - 1502:25,
1503:4
**TABLE** [2] - 1485:15, 1604:18
**TALKS** [4] - 1507:9, 1532:24, 1551:17, 1563:22
**TARRANT** [1] - 1576:24
**TAUGHT** [1] - 1546:7
**TECHNICALLY** [1] - 1562:22
**TECHNIQUES** [2] - 1535:16, 1578:16
**TECHNOLOGY** [1] - 1547:4
**TELEPHONE** [2] - 1543:16, 1548:5
**TENDING** [1] - 1580:2
**TENDS** [1] - 1582:7
**TENTH** [1] - 1490:13
**TERM** [1] - 1528:8
**TERMS** [1] - 1555:1
**TERRELL** [4] - 1491:11, 1511:1, 1511:2, 1511:17
**TEST** [17] - 1579:15, 1582:8, 1582:10, 1582:13, 1583:7, 1583:10, 1583:13, 1583:15, 1583:17, 1583:18, 1583:20, 1583:21, 1583:22, 1583:24, 1596:9, 1600:18, 1600:19
**TESTIFIED** [79] - 1507:17, 1514:14, 1515:6, 1516:3, 1537:3, 1537:4, 1537:10, 1537:12, 1537:15, 1538:3, 1538:12, 1538:25, 1539:3, 1539:22, 1539:23, 1539:25, 1540:8, 1540:10, 1540:11, 1540:13, 1540:16, 1540:18, 1540:21, 1540:23, 1540:25, 1541:6, 1541:8, 1541:10, 1541:12, 1541:13, 1541:14, 1541:18, 1541:19, 1541:22, 1541:24, 1542:1, 1542:10, 1542:13, 1542:14, 1542:16, 1542:17, 1542:18, 1542:24, 1543:9, 1543:17, 1544:9, 1546:19, 1546:20, 1546:24, 1547:25,

1548:21, 1548:23, 1548:25, 1549:2, 1549:8, 1549:19, 1549:21, 1552:23, 1553:13, 1553:20, 1561:23, 1568:22, 1570:10, 1577:19, 1578:3, 1579:23, 1580:15, 1580:22, 1580:23, 1588:6, 1588:7, 1591:2, 1591:7, 1598:24, 1599:17, 1601:6, 1601:9
**TESTIFIES** [1] - 1550:25
**TESTIFY** [14] - 1520:19, 1545:7, 1546:4, 1555:23, 1555:24, 1556:22, 1557:4, 1557:16, 1557:18, 1557:22, 1557:23, 1561:22, 1592:1
**TESTIFYING** [3] - 1505:13, 1591:4, 1597:14
**TESTIMONY** [79] - 1488:19, 1505:6, 1506:5, 1508:10, 1509:7, 1514:25, 1517:1, 1517:8, 1523:19, 1524:17, 1524:21, 1524:25, 1525:4, 1525:14, 1533:14, 1534:1, 1534:5, 1534:19, 1534:24, 1534:25, 1535:12, 1535:17, 1536:19, 1537:1, 1537:9, 1537:21, 1537:25, 1538:2, 1538:11, 1538:21, 1538:24, 1540:6, 1542:10, 1543:25, 1544:6, 1544:11, 1544:14, 1544:15, 1544:17, 1544:23, 1544:25, 1545:18, 1546:5, 1548:1, 1548:17, 1549:11, 1549:16, 1550:24, 1552:20, 1553:6, 1553:25, 1556:14, 1567:21, 1568:6, 1568:8, 1569:16, 1570:5, 1580:11, 1585:4, 1585:10, 1585:13, 1586:18, 1586:23, 1587:16, 1588:7, 1591:11,

1591:20, 1591:22, 1592:4, 1594:9, 1594:11, 1596:11, 1596:14, 1597:25, 1599:11, 1599:12, 1599:18
**TESTS** [2] - 1487:22, 1488:3
**TEXAS** [12] - 1485:2, 1485:8, 1486:2, 1486:10, 1486:16, 1486:22, 1487:5, 1489:16, 1490:9, 1526:7, 1528:12, 1604:12
**TEXT** [1] - 1511:10
**THEMSELVES** [1] - 1520:16
**THEORY** [3] - 1576:10, 1576:12, 1593:20
**THEREFORE** [3] - 1541:17, 1565:2, 1580:4
**THEREFROM** [1] - 1507:11
**THEY'VE** [6] - 1518:23, 1518:25, 1524:2, 1536:3, 1536:13, 1577:4
**THINKING** [4] - 1498:9, 1550:12, 1554:18, 1554:20
**THIRD** [3] - 1567:4, 1579:17, 1588:11
**THREE** [22] - 1500:22, 1531:13, 1531:18, 1542:24, 1544:17, 1544:18, 1554:25, 1559:1, 1566:23, 1573:14, 1575:9, 1577:3, 1579:4, 1582:8, 1582:10, 1583:17, 1583:20, 1583:22, 1588:8, 1589:13, 1597:23, 1600:18
**THREE-FACTOR** [6] - 1582:8, 1582:10, 1583:17, 1583:20, 1583:22, 1600:18
**THROUGHOUT** [1] - 1587:5
**TIBBS** [28] - 1533:16, 1534:14, 1535:4, 1536:10, 1537:5, 1537:12, 1537:14, 1537:15, 1537:22, 1538:1, 1540:18, 1542:12, 1570:6,

1577:20, 1577:21, 1577:25, 1584:21, 1585:12, 1585:14, 1585:15, 1585:16, 1585:19, 1587:4, 1587:6
**TIED** [3] - 1591:16, 1598:11, 1598:12
**TIM** [25] - 1519:25, 1538:4, 1538:5, 1538:6, 1538:7, 1538:8, 1538:12, 1538:14, 1538:15, 1538:18, 1538:23, 1539:3, 1539:5, 1542:19, 1556:22, 1580:20, 1580:24, 1586:18, 1586:22, 1586:24, 1586:25, 1587:17, 1588:23, 1601:1
**TIMOTHY** [20] - 1486:18, 1518:4, 1519:11, 1522:9, 1524:18, 1525:23, 1526:2, 1526:13, 1526:18, 1537:7, 1537:8, 1537:10, 1537:13, 1556:18, 1556:21, 1558:13, 1577:17, 1600:6, 1605:6, 1605:8
**TODAY** [7] - 1491:24, 1505:13, 1507:17, 1508:11, 1509:7, 1527:4, 1559:6
**TOGETHER** [24] - 1499:22, 1512:22, 1513:1, 1513:3, 1513:4, 1515:21, 1535:4, 1537:6, 1537:17, 1537:20, 1541:5, 1549:3, 1549:21, 1550:19, 1550:23, 1553:7, 1553:16, 1554:19, 1568:10, 1570:23, 1577:20, 1589:21, 1592:13
**TOMORROW** [6] - 1555:4, 1559:19, 1560:17, 1574:20, 1603:16, 1603:19
**TONIGHT** [1] - 1603:10
**TOOK** [9] - 1499:11, 1504:16, 1506:23, 1512:6, 1545:19, 1545:20, 1545:23, 1548:10, 1553:7

**TOP** [2] - 1562:12, 1595:20

**TOWARDS** [2] - 1498:18, 1506:17

**TRACEY** [1] - 1486:6

**TRACK** [1] - 1562:9

**TRAFFIC** [1] - 1535:13

**TRANSACTION** [1] - 1588:15

**TRANSACTIONS** [4] - 1533:25, 1545:4, 1599:11, 1601:12

**TRANSCRIPT** [12] - 1485:11, 1485:25, 1548:16, 1548:18, 1549:10, 1549:14, 1549:15, 1551:5, 1551:25, 1553:6, 1553:10, 1604:4

**TRANSCRIPTION** [1] - 1485:25

**TRANSPORT** [2] - 1567:10, 1567:14

**TRANSPORTATION** [1] - 1580:1

**TRAP** [2] - 1544:3, 1544:5

**TRAPS** [2] - 1554:5, 1577:13

**TREY** [13] - 1536:10, 1537:4, 1537:12, 1537:15, 1537:25, 1540:18, 1542:12, 1570:6, 1577:19, 1584:21, 1587:4, 1587:5, 1587:6

**TRIAL** [14] - 1485:11, 1487:21, 1517:2, 1524:22, 1525:2, 1525:3, 1525:8, 1525:12, 1557:4, 1559:14, 1582:6, 1583:10, 1587:17, 1591:1

**TRIED** [4] - 1534:21, 1546:7, 1565:15

**TROUBLE** [4] - 1491:20, 1511:6, 1512:8, 1534:23

**TRUE** [1] - 1575:12

**TRUST** [1] - 1533:8

**TRUTH** [9] - 1488:20, 1517:9, 1556:15, 1556:16

**TRUTHFUL** [3] - 1505:6, 1505:14, 1506:14

**TRYING** [3] - 1519:19, 1565:8, 1581:6

**TUESDAY** [1] -

1487:23

**TURN** [4] - 1502:25, 1503:3, 1518:19, 1547:23

**TWICE** [1] - 1551:18

**TWO** [46] - 1487:22, 1487:25, 1489:22, 1501:10, 1501:11, 1501:14, 1510:6, 1510:20, 1518:24, 1519:21, 1520:9, 1521:7, 1521:12, 1521:17, 1522:22, 1544:19, 1545:5, 1548:25, 1559:1, 1559:25, 1562:7, 1565:16, 1565:19, 1566:22, 1567:12, 1567:19, 1568:14, 1568:16, 1568:21, 1575:7, 1578:14, 1586:3, 1586:4, 1586:6, 1586:7, 1587:23, 1589:18, 1590:19, 1591:22, 1592:17, 1592:18, 1592:22, 1592:25, 1597:14, 1601:10

**TYPE** [4] - 1534:2, 1535:10, 1583:3, 1584:4

**TYPICALLY** [1] - 1565:10

## U

**U.S** [11] - 1485:19, 1486:2, 1486:7, 1486:8, 1571:5, 1571:6, 1571:14, 1572:11, 1578:25, 1579:16, 1604:10

**UA** [1] - 1514:6

**ULTIMATELY** [2] - 1508:24, 1521:10

**UNABLE** [1] - 1520:16

**UNAVAILABLE** [1] - 1540:14

**UNDER** [11] - 1504:20, 1517:6, 1518:24, 1519:4, 1532:16, 1539:13, 1542:25, 1548:13, 1570:23, 1575:14, 1582:13

**UNDERLYING** [5] - 1518:20, 1518:25, 1519:3, 1520:21, 1520:24

**UNDERNEATH** [1] - 1591:17

**UNDERSTOOD** [4] - 1505:14, 1507:7, 1507:21, 1597:17

**UNFORTUNATELY** [1] - 1574:9

**UNINDICTED** [1] - 1578:9

**UNITED** [15] - 1485:1, 1485:6, 1504:1, 1504:20, 1508:3, 1530:18, 1532:20, 1562:4, 1573:7, 1573:9, 1573:12, 1574:8, 1576:3, 1583:8, 1605:5

**UNKNOWN** [1] - 1562:4

**UNLESS** [2] - 1554:15

**UNPUBLISHED** [1] - 1532:21

**UP** [56] - 1495:18, 1496:16, 1496:23, 1499:1, 1499:5, 1499:8, 1499:10, 1501:5, 1501:7, 1501:9, 1501:10, 1501:11, 1512:10, 1513:7, 1513:12, 1514:5, 1515:9, 1515:19, 1517:5, 1518:11, 1520:20, 1522:15, 1523:13, 1526:9, 1531:2, 1537:6, 1538:8, 1539:24, 1540:2, 1542:8, 1542:22, 1545:6, 1545:10, 1545:21, 1546:12, 1546:15, 1548:5, 1548:11, 1548:24, 1551:23, 1554:4, 1571:24, 1577:14, 1577:20, 1581:7, 1585:24, 1586:25, 1588:9, 1591:5, 1592:15, 1592:16, 1592:17, 1592:22, 1592:24, 1592:25

**UPSET** [1] - 1551:20

**UPSTAIRS** [4] - 1551:11, 1551:16, 1551:17, 1552:25

**URBINA** [4] - 1539:25, 1540:3, 1540:5, 1540:7

**USC** [1] - 1504:12

**USER** [3] - 1515:23, 1515:24, 1573:24

**USERS** [2] - 1580:8, 1582:16

**UTILIZED** [2] - 1535:16, 1583:15

## V

**VARIANCE** [1] - 1582:5

**VARIED** [1] - 1494:10

**VARIOUS** [1] - 1588:12

**VEGA** [98] - 1487:1, 1543:6, 1543:10, 1543:16, 1543:18, 1543:19, 1543:22, 1544:4, 1544:14, 1544:21, 1545:1, 1545:3, 1545:5, 1545:8, 1545:11, 1545:16, 1546:6, 1546:10, 1546:16, 1546:24, 1547:5, 1547:9, 1547:23, 1548:2, 1548:3, 1548:7, 1548:22, 1548:23, 1548:24, 1548:25, 1549:1, 1549:3, 1549:9, 1550:18, 1550:23, 1551:1, 1551:9, 1551:18, 1551:20, 1552:1, 1552:16, 1552:17, 1552:23, 1553:2, 1553:8, 1553:10, 1553:13, 1553:21, 1554:1, 1554:2, 1554:3, 1554:4, 1557:16, 1558:17, 1560:9, 1560:15, 1577:10, 1577:12, 1577:13, 1577:14, 1591:6, 1592:12, 1592:13, 1592:14, 1592:21, 1592:23, 1592:24, 1593:5, 1593:11, 1593:13, 1593:21, 1594:13, 1597:15, 1597:20, 1598:11, 1598:22, 1599:10, 1599:13, 1599:15, 1599:19, 1600:4, 1600:11, 1601:8, 1601:9, 1601:23, 1601:25, 1602:4, 1602:6, 1602:9, 1602:10, 1602:14, 1605:9

**VEGA'S** [5] - 1543:9, 1545:19, 1553:16, 1598:10, 1599:20

**VEGAS** [1] - 1489:16

**VEHICLE** [4] - 1585:2, 1599:6, 1599:7

**VERBATIM** [1] - 1487:21

**VERDICT** [4] - 1554:8, 1564:18, 1584:3, 1603:10

**VERSUS** [14] - 1504:2, 1532:21, 1571:5, 1571:6, 1571:14, 1572:11, 1573:7, 1573:9, 1573:12, 1574:8, 1576:3, 1578:25, 1579:16, 1583:8

**VIDEO** [7] - 1490:2, 1490:6, 1522:15, 1522:18, 1526:10, 1526:12, 1526:17

**VIEW** [1] - 1586:6

**VIOLATION** [2] - 1504:11, 1506:8

**VIOLATIONS** [1] - 1507:5

**VOICE** [1] - 1489:5

**VOICES** [1] - 1560:2

**VOLUME** [1] - 1485:13

**VOLUNTARILY** [1] - 1557:7

**VOLUNTARY** [2] - 1546:24, 1554:1

**VOLUNTEERS** [1] - 1551:20

**VS** [1] - 1485:7

## W

**WAIT** [10] - 1518:7, 1519:14, 1564:2, 1574:20, 1574:22, 1574:23, 1574:24, 1588:23, 1602:1, 1603:10

**WAIVE** [3] - 1504:10, 1557:17, 1560:6

**WAIVES** [1] - 1560:9, 1560:12

**WAIVING** [1] - 1523:16

**WANTS** [6] - 1520:21, 1523:12, 1531:7, 1538:22, 1569:9, 1587:13

**WARRANT** [4] - 1543:24, 1546:2, 1552:25, 1578:19

**WARRANTS** [1] - 1535:14

**WATCH** [1] - 1510:11

**WAYS** [6] - 1535:6,

1584:18, 1584:21, 1585:25, 1586:4, 1586:7

**WEDNESDAY** [1] - 1486:1

**WEED** [3] - 1512:4, 1512:5, 1512:7

**WEEK** [13] - 1487:22, 1501:8, 1501:14, 1513:11, 1514:6, 1514:8, 1514:11, 1514:15, 1514:18, 1514:25, 1515:7, 1515:13, 1559:17

**WEEKENDS** [1] - 1513:10

**WEEKS** [1] - 1510:20

**WEST** [2] - 1492:23, 1541:24

**WHALEN** [78] - 1486:19, 1503:19, 1516:15, 1516:16, 1518:6, 1518:8, 1518:17, 1518:20, 1518:23, 1519:16, 1519:17, 1519:22, 1520:14, 1523:9, 1523:11, 1523:14, 1523:25, 1524:9, 1527:20, 1528:24, 1529:3, 1529:19, 1530:12, 1530:13, 1530:22, 1531:16, 1531:23, 1532:14, 1532:15, 1537:19, 1539:11, 1539:18, 1555:5, 1555:17, 1555:22, 1556:1, 1556:3, 1556:5, 1556:19, 1557:9, 1558:12, 1558:13, 1560:6, 1563:10, 1563:14, 1566:16, 1569:10, 1569:12, 1569:15, 1571:12, 1571:23, 1572:3, 1572:6, 1572:11, 1572:14, 1572:16, 1572:19, 1574:2, 1574:5, 1575:21, 1575:23, 1580:10, 1582:25, 1583:19, 1585:8, 1585:9, 1585:18, 1585:21, 1586:9, 1586:13, 1586:15, 1596:10, 1596:18, 1597:4, 1597:11, 1600:24, 1603:17

**WHALEN'S** [1] -

1587:10

**WHATSOEVER** [2] - 1576:13, 1600:16

**WHITE** [1] - 1591:23

**WHOLE** [7] - 1488:20, 1517:9, 1535:21, 1536:4, 1556:16, 1570:19, 1585:22

**WIFE** [4] - 1541:20, 1547:25, 1550:9, 1551:19

**WIFE'S** [1] - 1545:24

**WILSON** [8] - 1573:7, 1574:2, 1581:25, 1582:8, 1582:20, 1582:25, 1584:9

**WIRETAPS** [1] - 1535:14

**WISHES** [1] - 1569:2

**WITHDRAW** [1] - 1597:1

**WITHDREW** [1] - 1601:15

**WITNESS** [20] - 1488:12, 1488:22, 1490:5, 1492:6, 1504:3, 1509:13, 1516:14, 1516:22, 1517:3, 1517:11, 1529:19, 1530:16, 1543:8, 1550:1, 1556:8, 1556:10, 1556:13, 1556:17, 1591:1, 1601:5

**WITNESSES** [12] - 1487:25, 1488:1, 1517:2, 1547:19, 1548:10, 1554:15, 1561:16, 1567:21, 1578:5, 1597:14, 1601:8, 1601:10

**WOMEN** [4] - 1548:25, 1591:24, 1592:22, 1592:25

**WOOD** [2] - 1579:24, 1580:2

**WORD** [1] - 1506:18

**WORDING** [2] - 1561:11, 1563:8

**WORDS** [2] - 1507:12, 1574:15

**WORKER** [2] - 1545:1, 1545:11

**WORKS** [1] - 1544:23

**WORTH** [2] - 1576:25, 1600:23

**WRITE** [2] - 1537:2, 1588:10

**WRITES** [1] - 1582:4

**WRITTEN** [1] - 1573:1

**WROTE** [3] - 1547:2, 1548:20, 1548:21

# X

**XANAXES** [2] - 1511:20, 1512:6

# Y

**Y'ALL** [6] - 1518:3, 1560:23, 1562:18, 1580:8, 1603:14, 1603:18

**YEAR** [2] - 1490:6, 1492:12

**YEARS** [7] - 1516:2, 1517:21, 1517:23, 1529:17, 1544:24, 1576:19, 1597:22

**YESTERDAY** [3] - 1519:22, 1519:24, 1524:16

**YOLANDA** [1] - 1544:8

**YOUNGER** [1] - 1541:1

**YOURSELF** [2] - 1518:3, 1550:12