TRIAL TRANSCRIPT, VOLUME 7 OF 7, DECEMBER 12, 2012

1627

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF TEXAS

3    SHERMAN DIVISION

4

5    ------------------------------------------------------------

6    THE UNITED STATES OF AMERICA    ]  CASE NO. 4:12CR16

7    VS.                             ]  9 AM, DECEMBER 12, 2012

8    RENE CORTEZ SALAZAR, ET AL      ]  PLANO, TEXAS

9    ------------------------------------------------------------

10

11    REPORTER'S TRANSCRIPT OF JURY TRIAL

12

13    VOLUME 7 OF 7, PAGES 1627 THROUGH 1804

14

15    TABLE OF CONTENTS, PAGE 1774

16

17    CONCORDANCE, PAGE 1775

18

19    THE HONORABLE RICHARD A. SCHELL, U.S. DISTRICT JUDGE, PRESIDING

20

21

22

23

24    PROCEEDINGS REPORTED IN REALTIME USING COMPUTERIZED STENOTYPE,

25    TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.

TRIAL TRANSCRIPT, VOLUME 7 OF 7, DECEMBER 12, 2012

**1628**

1    [COURT REPORTER'S NOTES 20121212, 9 AM, WEDNESDAY,

2  DECEMBER 12, 2012, PLANO, TEXAS, U.S. DISTRICT JUDGE RICHARD A.

3  SCHELL PRESIDING]

4  APPEARANCES:

5  FOR THE GOVERNMENT:          ERNEST GONZALEZ

6                               TRACEY BATSON

7                               ASSISTANT U.S. ATTORNEYS

8                               U.S. ATTORNEY'S OFFICE

9                               101 EAST PARK BOULEVARD, SUITE 500

10                              PLANO, TEXAS 75074

11                              972-509-1201

12 FOR THE DEFENDANT RENE CORTEZ SALAZAR:

13                              KYLE KEMP

14                              ATTORNEY AT LAW

15                              406 N. GRAND AVENUE, SUITE 106

16                              GAINESVILLE, TEXAS 76240

17                              469-223-7821

18 FOR THE DEFENDANT TIMOTHY LEDON BOWEN:

19                              JAMES P. WHALEN

20                              ATTORNEY AT LAW

21                              6500 INTERNATIONAL PARKWAY #1700

22                              PLANO, TEXAS 75093

23                              214-368-2560

24

25

1629

FOR THE DEFENDANT JUAN CARLOS VEGA:

                        JOEL KEITH PETRAZIO

                        ATTORNEY AT LAW

                        5700 GRANITE PARKWAY, SUITE 200

                        PLANO, TEXAS 75024

                        972-965-1016


                    THE COURT:  THANK YOU.  YOU MAY BE SEATED.

                    OKAY.  COUNSEL SHOULD HAVE COPIES OF THE FINAL DRAFT

OF THE COURT'S JURY INSTRUCTIONS.  LET ME JUST TELL YOU THAT I

MADE THE CHANGE THAT MR. GONZALEZ REQUESTED ON THE VERDICT FORM

AND I TOOK OUT THE INSTRUCTION ON MULTIPLE CONSPIRACIES.

                    SO, TO THE FINAL DRAFT OF THE JURY INSTRUCTIONS,

ARE THERE ANY OBJECTIONS BY THE GOVERNMENT?

                    MR. GONZALEZ:  NO OBJECTIONS, YOUR HONOR.

                    THE COURT:  ALL RIGHT.

                    AND ARE THERE OBJECTIONS BY THE DEFENDANTS?

                    MR. KEMP:  NO OBJECTIONS AS TO MR. SALAZAR, YOUR

HONOR.

                    MR. WHALEN:  YES, YOUR HONOR.  ON BEHALF OF

MR. BOWEN, WE WOULD OBJECT TO THE JURY INSTRUCTION FOR FAILING

TO INCLUDE THE MULTIPLE-CONSPIRACIES INSTRUCTION AND THE

BUYER-SELLER INSTRUCTION, FOR THE RECORD.

| | | |
|---|---|---|
| 09:11AM | 1 | THE COURT:  OKAY. |
| 09:11AM | 2 | MR. PETRAZIO:  SAME OBJECTION WITH RESPECT TO |
| 09:11AM | 3 | FAILURE TO INCLUDE THE MULTIPLE-CONSPIRACY INSTRUCTION FOR |
| 09:11AM | 4 | MR. JUAN CARLOS VEGA. |
| 09:11AM | 5 | THE COURT:  OKAY. |
| 09:12AM | 6 | MR. KEMP:  YOUR HONOR, EXCUSE ME FOR INTERRUPTING. |
| 09:12AM | 7 | AS FAR AS MR. SALAZAR GOES, I DO THINK THAT WE WOULD ACTUALLY |
| 09:12AM | 8 | LODGE A FORMAL OBJECTION TO THE MULTIPLE CONSPIRACIES--FAILURE |
| 09:12AM | 9 | TO INCLUDE MULTIPLE CONSPIRACIES IN THE JURY INSTRUCTIONS. |
| 09:12AM | 10 | THE COURT:  OKAY.  I'M JUST MAKING A NOTE HERE. |
| 09:12AM | 11 | AS FAR AS TIME FOR ARGUMENTS, HOW MUCH TIME DO YOU |
| 09:12AM | 12 | WANT FOR ARGUMENTS, MR. GONZALEZ OR MS. BATSON? |
| 09:12AM | 13 | MS. BATSON:  YOUR HONOR, I BELIEVE YESTERDAY WE |
| 09:12AM | 14 | AGREED ON ABOUT AN HOUR AND 45 MINUTES TOTAL FOR OUR SIDE |
| 09:13AM | 15 | AND AN HOUR AND 45 MINUTES FOR THE DEFENSE. |
| 09:13AM | 16 | THE COURT:  OKAY.  SO YOU AND MR. GONZALEZ WILL USE |
| 09:13AM | 17 | AN HOUR AND 45 MINUTES? |
| 09:13AM | 18 | MS. BATSON:  WE WILL SPLIT AN HOUR AND 45 MINUTES, |
| 09:13AM | 19 | YES, YOUR HONOR. |
| 09:13AM | 20 | THE COURT:  OKAY.  WHO IS GOING TO OPEN? |
| 09:13AM | 21 | MS. BATSON:  I WILL, YOUR HONOR. |
| 09:13AM | 22 | THE COURT:  OKAY.  HOW MUCH TIME DO YOU WANT TO USE |
| 09:13AM | 23 | IN YOUR OPENING?  OR ARE YOU JUST GOING TO TAKE CARE OF THAT |
| 09:13AM | 24 | YOURSELF? |
| 09:13AM | 25 | MS. BATSON:  YOUR HONOR, I THINK IF I COULD USE |

09:13AM   1   ABOUT AN HOUR AND 20 MINUTES WITH A TWO-MINUTE WARNING.

09:13AM   2   AND IF I GO OVER THAT, WE'LL LEAVE THE REST OF THE TIME

09:13AM   3   FOR MR. GONZALEZ.

09:13AM   4           THE COURT:  OKAY.

09:13AM   5           MS. BATSON:  THANK YOU.  I'LL TRY GET IT IN WITHIN

09:13AM   6   AN HOUR AND 20 MINUTES.

09:13AM   7           THE COURT:  ABOUT A TWO-MINUTE WARNING, DID YOU SAY?

09:13AM   8           MS. BATSON:  PLEASE.

09:13AM   9           THE COURT:  OKAY.  SO THAT WILL LEAVE MR. GONZALEZ

09:13AM   10  25 MINUTES?

09:13AM   11          MS. BATSON:  YES, YOUR HONOR.

09:14AM   12          THE COURT:  OKAY.

09:14AM   13          MR. KEMP?

09:14AM   14          MR. KEMP:  YOUR HONOR, I'LL BE GOING FIRST.  I

09:14AM   15  ANTICIPATE USING APPROXIMATELY 30 MINUTES AND WOULD ALSO

09:14AM   16  APPRECIATE A TWO-MINUTE WARNING, IF POSSIBLE.

09:14AM   17          THE COURT:  OKAY.

09:14AM   18          MR. WHALEN?

09:14AM   19          MR. WHALEN:  I'D REQUEST 45 MINUTES, WITH A FIVE-

09:14AM   20  MINUTE WARNING.

09:14AM   21          THE COURT:  OKAY.

09:14AM   22          AND MR. PETRAZIO?

09:14AM   23          MR. PETRAZIO:  YOUR HONOR, I WOULD REQUEST 30

09:14AM   24  MINUTES, WITH A FIVE-MINUTE WARNING.

09:14AM   25          THE COURT:  OKAY.

1632

09:14AM  1          I THINK WE'RE READY, THEN.  LET'S BRING IN THE JURY.

09:14AM  2          COURT SECURITY OFFICER:  ALL RISE FOR THE JURY,

09:14AM  3  PLEASE.

09:15AM  4          [OPEN COURT, DEFENDANTS AND JURY PRESENT]

09:15AM  5          THE COURT:  ALL RIGHT.  BE SEATED, PLEASE.

09:15AM  6          LADIES AND GENTLEMEN, YOU WILL FIND IN YOUR CHAIRS

09:15AM  7  A COPY OF THE COURT'S JURY INSTRUCTIONS.  I'M REQUIRED TO READ

09:15AM  8  THESE INSTRUCTIONS TO YOU, AND THEN YOU WILL HEAR THE FINAL

09:16AM  9  ARGUMENTS OF THE LAWYERS.

09:16AM  10          AFTER WE GO OVER THE JURY INSTRUCTIONS, BECAUSE THE

09:16AM  11  GOVERNMENT HAS THE BURDEN OF PROOF IN THE CASE, THE GOVERNMENT

09:16AM  12  HAS THE RIGHT TO OPEN FINAL ARGUMENTS AND CLOSE FINAL ARGUMENTS.

09:16AM  13  SO YOU'LL HEAR FIRST FROM MS. BATSON, THEN YOU'LL HEAR THE

09:16AM  14  COMPLETE ARGUMENTS FROM DEFENSE COUNSEL--MR. KEMP, THEN

09:16AM  15  MR. WHALEN, THEN MR. PETRAZIO--AND THEN MR. GONZALEZ WILL USE

09:16AM  16  THE GOVERNMENT'S REMAINING TIME FOR THE GOVERNMENT'S CLOSING

09:16AM  17  ARGUMENT.

09:16AM  18          EACH SIDE WILL HAVE AN HOUR AND 45 MINUTES EACH.

09:16AM  19  SO MS. BATSON WILL ARGUE FIRST.  SHE'LL USE PART OF THE HOUR

09:16AM  20  AND 45 MINUTES THAT THE GOVERNMENT HAS, AND THEN EACH OF THE

09:16AM  21  DEFENSE LAWYERS WILL USE THEIR TIME, A TOTAL OF AN HOUR AND

09:16AM  22  45 MINUTES, AND THEN WE'LL COME BACK AND FINISH UP WITH

09:16AM  23  MR. GONZALEZ.

09:17AM  24          SO LET'S GO OVER THE JURY INSTRUCTIONS NOW.

09:17AM  25

1633

### JURY INSTRUCTIONS

09:17AM  1

09:17AM  2  THE COURT:  MEMBERS OF THE JURY, IN ANY JURY TRIAL,

09:17AM  3  THERE ARE, IN EFFECT, TWO JUDGES.  I AM ONE OF THE JUDGES; THE

09:17AM  4  OTHER IS THE JURY.  IT IS MY DUTY TO PRESIDE OVER THE TRIAL

09:17AM  5  AND TO DECIDE WHAT EVIDENCE IS PROPER FOR YOUR CONSIDERATION.

09:17AM  6  IT IS ALSO MY DUTY, AT THE END OF TRIAL, TO EXPLAIN TO YOU THE

09:17AM  7  RULES OF LAW THAT YOU MUST FOLLOW AND APPLY IN ARRIVING AT YOUR

09:17AM  8  VERDICT.

09:17AM  9  FIRST I WILL GIVE YOU SOME GENERAL INSTRUCTIONS

09:17AM  10  WHICH APPLY IN EVERY CASE, FOR EXAMPLE, INSTRUCTIONS ABOUT

09:17AM  11  BURDEN OF PROOF AND HOW TO JUDGE THE BELIEVABILITY OF

09:17AM  12  WITNESSES; THEN I WILL GIVE YOU SOME SPECIFIC RULES OF LAW

09:17AM  13  ABOUT THIS PARTICULAR CASE; AND, FINALLY, I WILL EXPLAIN TO

09:17AM  14  YOU THE PROCEDURES YOU SHOULD FOLLOW IN YOUR DELIBERATIONS.

09:17AM  15  YOU, AS JURORS, ARE THE JUDGES OF THE FACTS.  BUT IN

09:17AM  16  DETERMINING WHAT ACTUALLY HAPPENED--THAT IS, IN REACHING YOUR

09:17AM  17  DECISION AS TO THE FACTS--IT IS YOUR SWORN DUTY TO FOLLOW ALL

09:18AM  18  OF THE RULES OF LAW AS I EXPLAIN THEM TO YOU.

09:18AM  19  YOU HAVE NO RIGHT TO DISREGARD OR GIVE SPECIAL

09:18AM  20  ATTENTION TO ANY ONE INSTRUCTION OR TO THE WISDOM OR

09:18AM  21  CORRECTNESS OF ANY RULE I MAY STATE TO YOU.  YOU MUST NOT

09:18AM  22  SUBSTITUTE OR FOLLOW YOUR OWN NOTION OR OPINION AS TO WHAT

09:18AM  23  THE LAW IS OR OUGHT TO BE.  IT IS YOUR DUTY TO APPLY THE LAW

09:18AM  24  AS I EXPLAIN IT TO YOU, REGARDLESS OF THE CONSEQUENCES.

09:18AM  25  IT IS ALSO YOUR DUTY TO BASE YOUR VERDICT SOLELY

09:18AM 1    UPON THE EVIDENCE, WITHOUT PREJUDICE OR SYMPATHY.  THAT WAS THE

09:18AM 2    PROMISE YOU MADE AND THE OATH YOU TOOK BEFORE BEING ACCEPTED

09:18AM 3    BY THE PARTIES AS JURORS, AND THEY HAVE THE RIGHT TO EXPECT

09:18AM 4    NOTHING LESS.

09:18AM 5         THE INDICTMENT, OR FORMAL CHARGE, AGAINST THE

09:18AM 6    DEFENDANTS IS NOT EVIDENCE OF GUILT.  INDEED, THE DEFENDANTS

09:18AM 7    ARE PRESUMED BY THE LAW TO BE INNOCENCE.  THE LAW DOES NOT

09:18AM 8    REQUIRE A DEFENDANT TO PROVE HIS INNOCENCE OR PRODUCE ANY

09:19AM 9    EVIDENCE AT ALL, AND NO INFERENCE WHATEVER MAY BE DRAWN FROM

09:19AM 10   THE ELECTION OF A DEFENDANT NOT TO TESTIFY AT THIS TRIAL.

09:19AM 11   THE GOVERNMENT HAS THE BURDEN OF PROVING THE DEFENDANTS GUILTY

09:19AM 12   BEYOND A REASONABLE DOUBT, AND IF IT FAILS TO DO SO, YOU MUST

09:19AM 13   ACQUIT THE DEFENDANTS.

09:19AM 14        WHILE THE GOVERNMENT'S BURDEN OF PROOF IS A STRICT

09:19AM 15   OR HEAVY BURDEN, IT IS NOT NECESSARY THAT THE DEFENDANTS' GUILT

09:19AM 16   BE PROVED BEYOND ALL POSSIBLE DOUBT.  IT IS ONLY REQUIRED THAT

09:19AM 17   THE GOVERNMENT'S PROOF EXCLUDE ANY REASONABLE DOUBT CONCERNING

09:19AM 18   THE DEFENDANTS' GUILT.

09:19AM 19        A REASONABLE DOUBT IS A DOUBT BASED UPON REASON AND

09:19AM 20   COMMON SENSE AFTER CAREFUL AND IMPARTIAL CONSIDERATION OF ALL

09:19AM 21   THE EVIDENCE IN THE CASE.

09:19AM 22        PROOF BEYOND A REASONABLE DOUBT, THEREFORE, IS PROOF

09:19AM 23   OF SUCH A CONVINCING CHARACTER THAT YOU WOULD BE WILLING TO

09:19AM 24   RELY AND ACT UPON IT WITHOUT HESITATION IN THE MOST IMPORTANT

09:19AM 25   OF YOUR OWN AFFAIRS.

JURY INSTRUCTIONS

**1635**

|       |    |
|-------|----|
| 09:19AM | 1 |

AS I TOLD YOU EARLIER, IT IS YOUR DUTY TO DETERMINE THE FACTS.  IN DOING SO, YOU MUST CONSIDER ONLY THE EVIDENCE PRESENTED DURING THE TRIAL, INCLUDING THE SWORN TESTIMONY OF THE WITNESSES AND THE EXHIBITS.  REMEMBER THAT ANY STATEMENTS, OBJECTIONS OR ARGUMENTS MADE BY THE LAWYERS ARE NOT EVIDENCE. THE FUNCTION OF THE LAWYERS IS TO POINT OUT THOSE THINGS THAT ARE MOST SIGNIFICANT OR MOST HELPFUL TO THEIR SIDE OF THE CASE, AND IN SO DOING TO CALL YOUR ATTENTION TO CERTAIN FACTS OR INFERENCES THAT MIGHT OTHERWISE ESCAPE YOUR NOTICE.  IN THE FINAL ANALYSIS, HOWEVER, IT IS YOUR OWN RECOLLECTION AND INTERPRETATION OF THE EVIDENCE THAT CONTROLS IN THE CASE. WHAT THE LAWYERS SAY IS NOT BINDING UPON YOU.

DURING THE TRIAL, I SUSTAINED OBJECTIONS TO CERTAIN QUESTIONS.  YOU MUST DISREGARD THOSE QUESTIONS ENTIRELY. DO NOT SPECULATE AS TO WHAT THE WITNESS WOULD HAVE SAID IF PERMITTED TO ANSWER THE QUESTION.  YOUR VERDICT MUST BE BASED SOLELY ON THE LEGALLY ADMISSIBLE EVIDENCE AND TESTIMONY.

ALSO, DO NOT ASSUME FROM ANYTHING I MAY HAVE DONE OR SAID DURING THE TRIAL THAT I HAVE ANY OPINION CONCERNING ANY OF THE ISSUES IN THIS CASE.  EXCEPT FOR THE INSTRUCTIONS TO YOU ON THE LAW, YOU SHOULD DISREGARD ANYTHING I MAY HAVE SAID DURING THE TRIAL IN ARRIVING AT YOUR FINDINGS--AT YOUR OWN FINDINGS AS TO THE FACTS.

WHILE YOU SHOULD CONSIDER ONLY THE EVIDENCE, YOU ARE PERMITTED TO DRAW SUCH REASONABLE INFERENCES FROM THE TESTIMONY

**1636**

09:21AM  1    AND EXHIBITS AS YOU FEEL ARE JUSTIFIED IN THE LIGHT OF COMMON

09:21AM  2    EXPERIENCE.  IN OTHER WORDS, YOU MAY MAKE DEDUCTIONS AND REACH

09:21AM  3    CONCLUSIONS THAT REASON AND COMMON SENSE LEAD YOU TO DRAW FROM

09:21AM  4    THE FACTS WHICH HAVE BEEN ESTABLISHED BY THE EVIDENCE.

09:21AM  5            IN CONSIDERING THE EVIDENCE, YOU SHOULD NOT

09:21AM  6    BE CONCERNED ABOUT WHETHER THE EVIDENCE IS DIRECT OR

09:21AM  7    CIRCUMSTANTIAL.  DIRECT EVIDENCE IS THE TESTIMONY OF ONE WHO

09:21AM  8    ASSERTS ACTUAL KNOWLEDGE OF A FACT, SUCH AS AN EYEWITNESS.

09:21AM  9    CIRCUMSTANTIAL EVIDENCE IS PROOF OF A CHAIN OF EVENTS AND

09:22AM  10   CIRCUMSTANCES INDICATING THAT SOMETHING IS OR IS NOT A FACT.

09:22AM  11   THE LAW MAKES NO DISTINCTION BETWEEN THE WEIGHT YOU MAY GIVE

09:22AM  12   TO EITHER DIRECT OR CIRCUMSTANTIAL EVIDENCE.

09:22AM  13           I REMIND YOU THAT IT IS YOUR JOB TO DECIDE WHETHER

09:22AM  14   THE GOVERNMENT HAS PROVED THE GUILT OF THE DEFENDANTS BEYOND A

09:22AM  15   REASONABLE DOUBT.  IN DOING SO, YOU MUST CONSIDER ALL OF THE

09:22AM  16   EVIDENCE.  THIS DOES NOT MEAN, HOWEVER, THAT YOU MUST ACCEPT

09:22AM  17   ALL OF THE EVIDENCE AS TRUE OR ACCURATE.

09:22AM  18           YOU ARE THE SOLE JUDGES OF THE CREDIBILITY OR

09:22AM  19   BELIEVABILITY OF EACH WITNESS AND THE WEIGHT TO BE GIVEN THE

09:22AM  20   WITNESS'S TESTIMONY.  AN IMPORTANT PART OF YOUR JOB WILL BE

09:22AM  21   MAKING JUDGMENTS ABOUT THE TESTIMONY OF THE WITNESSES IN THIS

09:22AM  22   CASE.  YOU SHOULD DECIDE WHETHER YOU BELIEVE ALL OR ANY PART OF

09:22AM  23   WHAT EACH PERSON HAD TO SAY, AND HOW IMPORTANT THAT TESTIMONY

09:22AM  24   WAS.  IN MAKING THAT DECISION, I SUGGEST THAT YOU ASK YOURSELF

09:22AM  25   A FEW QUESTIONS:

JURY INSTRUCTIONS

1637

09:22AM 1      DID THE PERSON IMPRESS YOU AS HONEST?

09:23AM 2          DID THE WITNESS HAVE ANY PARTICULAR REASON NOT TO

09:23AM 3  TELL THE TRUTH?

09:23AM 4          DID THE WITNESS HAVE A PERSONAL INTEREST IN THE

09:23AM 5  OUTCOME OF THE CASE?

09:23AM 6          DID THE WITNESS HAVE ANY RELATIONSHIP WITH EITHER

09:23AM 7  THE GOVERNMENT OR THE DEFENSE?

09:23AM 8          DID THE WITNESS SEEM TO HAVE A GOOD MEMORY?

09:23AM 9          DID THE WITNESS CLEARLY SEE OR HEAR THE THINGS ABOUT

09:23AM 10 WHICH HE TESTIFIED?

09:23AM 11         DID THE WITNESS HAVE THE OPPORTUNITY AND ABILITY TO

09:23AM 12 UNDERSTAND THE QUESTIONS CLEARLY AND ANSWER THEM DIRECTLY?

09:23AM 13         DID THE WITNESS'S TESTIMONY DIFFER FROM THE

09:23AM 14 TESTIMONY OF OTHER WITNESSES?

09:23AM 15         THESE ARE A FEW OF THE CONSIDERATIONS THAT WILL HELP

09:23AM 16 YOU DETERMINE THE ACCURACY OF WHAT EACH WITNESS SAID.

09:23AM 17         YOUR JOB IS TO THINK ABOUT THE TESTIMONY OF EACH

09:23AM 18 WITNESS YOU HAVE HEARD AND DECIDE HOW MUCH YOU BELIEVE OF WHAT

09:23AM 19 EACH WITNESS HAD TO SAY.  IN MAKING UP YOUR MIND AND REACHING

09:23AM 20 A VERDICT, DO NOT MAKE ANY DECISIONS SIMPLY BECAUSE THERE WERE

09:23AM 21 MORE WITNESSES ON ONE SIDE THAN ON THE OTHER.  DO NOT REACH A

09:23AM 22 CONCLUSION ON A PARTICULAR POINT JUST BECAUSE THERE WERE MORE

09:24AM 23 WITNESSES TESTIFYING FOR ONE SIDE ON THAT POINT.

09:24AM 24         YOU HAVE BEEN TOLD THAT CERTAIN WITNESSES WERE

09:24AM 25 CONVICTED OF VARIOUS CRIMES.  A CONVICTION IS A FACTOR YOU MAY

09:24AM  1   CONSIDER IN DECIDING WHETHER YOU BELIEVE THAT WITNESS, BUT IT

09:24AM  2   DOES NOT NECESSARILY DESTROY THE WITNESS'S CREDIBILITY.  IT

09:24AM  3   HAS BEEN BROUGHT TO YOUR ATTENTION ONLY BECAUSE YOU MAY WISH TO

09:24AM  4   CONSIDER IT WHEN YOU DECIDE WHETHER YOU BELIEVE THE WITNESS'S

09:24AM  5   TESTIMONY.  IT IS NOT EVIDENCE OF ANYTHING ELSE.

09:24AM  6        IN THIS CASE, THE GOVERNMENT CALLED SEVERAL

09:24AM  7   WITNESSES WHO WERE ALLEGED ACCOMPLICES, SOME OF WHOM WERE NAMED

09:24AM  8   AS CODEFENDANTS IN THE SECOND SUPERSEDING INDICTMENT AND WITH

09:24AM  9   WHOM THE GOVERNMENT HAS ENTERED INTO PLEA AGREEMENTS PROVIDING

09:24AM  10  FOR THE DISMISSAL OF SOME CHARGES AND/OR A LESSER SENTENCE THAN

09:24AM  11  THE CODEFENDANTS WOULD OTHERWISE BE EXPOSED TO FOR THE OFFENSE

09:24AM  12  TO WHICH THE CODEFENDANTS PLED GUILTY.  SUCH PLEA-BARGAINING,

09:24AM  13  AS IT IS CALLED, HAS BEEN APPROVED AS LAWFUL AND PROPER AND

09:24AM  14  IS EXPRESSLY PROVIDED FOR IN THE RULES OF THIS COURT.

09:25AM  15       AN ALLEGED ACCOMPLICE, INCLUDING ONE WHO HAS ENTERED

09:25AM  16  INTO A PLEA AGREEMENT WITH THE GOVERNMENT, IS NOT PROHIBITED

09:25AM  17  FROM TESTIFYING.  ON THE CONTRARY, THE TESTIMONY OF SUCH A

09:25AM  18  WITNESS MAY ALONE BE OF SUFFICIENT WEIGHT TO SUSTAIN A VERDICT

09:25AM  19  OF GUILTY.  YOU SHOULD KEEP IN MIND THAT SUCH TESTIMONY IS

09:25AM  20  ALWAYS TO BE RECEIVED WITH CAUTION AND WEIGHED WITH GREAT CARE.

09:25AM  21  YOU SHOULD NEVER CONVICT A DEFENDANT UPON THE UNSUPPORTED

09:25AM  22  TESTIMONY OF AN ALLEGED ACCOMPLICE UNLESS YOU BELIEVE THAT

09:25AM  23  TESTIMONY BEYOND A REASONABLE DOUBT.  THE FACT THAT AN

09:25AM  24  ACCOMPLICE HAS ENTERED A PLEA OF GUILTY TO THE OFFENSE

09:25AM  25  CHARGED IS NOT EVIDENCE OF THE GUILT OF ANY OTHER PERSON.

JURY INSTRUCTIONS

**1639**

09:25AM  1      THE TESTIMONY OF SOMEONE WHO IS SHOWN TO HAVE

09:25AM  2  USED ADDICTIVE DRUGS DURING THE PERIOD OF TIME ABOUT WHICH HE

09:25AM  3  TESTIFIED--ABOUT WHICH THE WITNESS TESTIFIED--MUST ALWAYS BE

09:25AM  4  EXAMINED AND WEIGHED BY THE JURY WITH GREATER CARE AND CAUTION

09:25AM  5  THAN THE TESTIMONY OF ORDINARY WITNESSES.

09:26AM  6      YOU SHOULD NEVER CONVICT ANY DEFENDANT UPON THE

09:26AM  7  UNSUPPORTED TESTIMONY OF SUCH A WITNESS UNLESS YOU BELIEVE

09:26AM  8  THAT TESTIMONY BEYOND A REASONABLE DOUBT.

09:26AM  9      DURING THE TRIAL, YOU HEARD THE TESTIMONY OF MARK

09:26AM  10  MCDONALD, SENIOR FORENSIC CHEMIST WITH THE DRUG ENFORCEMENT

09:26AM  11  ADMINISTRATION; CHARITY FOREMAN, FORENSIC CHEMIST WITH THE DRUG

09:26AM  12  ENFORCEMENT ADMINISTRATION; CLAY PHELAN, FORENSIC CHEMIST WITH

09:26AM  13  THE DRUG ENFORCEMENT ADMINISTRATION; NICHOLAS GRIZZLE, FORENSIC

09:26AM  14  CHEMIST WITH THE TEXAS DEPARTMENT OF PUBLIC SAFETY; JENNIFER

09:26AM  15  RUMPE, FORENSIC CHEMIST WITH THE TEXAS DEPARTMENT OF PUBLIC

09:26AM  16  SAFETY; RICHARD DREW FOUT, FORENSIC CHEMIST WITH THE TEXAS

09:26AM  17  DEPARTMENT OF PUBLIC SAFETY; AND GENEVIEVE MEDINA, FORENSIC

09:26AM  18  SCIENTIST WITH THE TEXAS DEPARTMENT OF PUBLIC SAFETY, WHO WERE

09:26AM  19  OFFERED AS EXPERT WITNESSES ON THE IDENTIFICATION OF NARCOTICS.

09:26AM  20  IF SCIENTIFIC, TECHNICAL OR OTHER SPECIALIZED KNOWLEDGE MIGHT

09:26AM  21  ASSIST THE JURY IN UNDERSTANDING THE EVIDENCE OR IN DETERMINING

09:27AM  22  A FACT IN ISSUE, A WITNESS QUALIFIED BY KNOWLEDGE, SKILL,

09:27AM  23  EXPERIENCE, TRAINING OR EDUCATION MAY TESTIFY AND STATE AN

09:27AM  24  OPINION CONCERNING SUCH MATTERS.

09:27AM  25      MERELY BECAUSE SUCH A WITNESS HAS EXPRESSED AN

JURY INSTRUCTIONS

**1640**

09:27AM  1   OPINION DOES NOT MEAN, HOWEVER, THAT YOU MUST ACCEPT THIS

09:27AM  2   OPINION.  YOU SHOULD JUDGE SUCH TESTIMONY LIKE ANY OTHER

09:27AM  3   TESTIMONY.  YOU MAY ACCEPT IT OR REJECT IT, AND GIVE IT AS

09:27AM  4   MUCH WEIGHT AS YOU THINK IT DESERVES CONSIDERING THE WITNESS'S

09:27AM  5   EDUCATION AND EXPERIENCE, THE SOUNDNESS OF THE REASONS GIVEN

09:27AM  6   FOR THE OPINION, AND ALL OTHER EVIDENCE IN THE CASE.

09:27AM  7          YOU WILL NOTE THAT THE SECOND SUPERSEDING INDICTMENT

09:27AM  8   CHARGES THAT THE OFFENSE WAS COMMITTED FROM SOMETIME IN OR

09:27AM  9   ABOUT JANUARY 2008 AND CONTINUOUSLY THEREAFTER UP TO AND

09:27AM  10  INCLUDING APRIL 12TH, 2012.  THE GOVERNMENT DOES NOT HAVE TO

09:27AM  11  PROVE THAT THE CRIME WAS COMMITTED ON THOSE EXACT DATES, SO

09:27AM  12  LONG AS THE GOVERNMENT PROVES BEYOND A REASONABLE DOUBT THAT

09:27AM  13  THE DEFENDANTS COMMITTED THE CRIME ON DATES REASONABLY NEAR

09:28AM  14  THE DATES STATED IN THE SECOND SUPERSEDING INDICTMENT.

09:28AM  15         YOU ARE HERE TO DECIDE WHETHER THE GOVERNMENT HAS

09:28AM  16  PROVED BEYOND A REASONABLE DOUBT THAT THE DEFENDANTS ARE GUILTY

09:28AM  17  OF THE CRIME CHARGED.  THE DEFENDANTS ARE NOT ON TRIAL FOR ANY

09:28AM  18  ACT, CONDUCT OR OFFENSE NOT ALLEGED IN THE SECOND SUPERSEDING

09:28AM  19  INDICTMENT.  NEITHER ARE YOU CONCERNED WITH THE GUILT OF ANY

09:28AM  20  OTHER PERSON OR PERSONS NOT ON TRIAL AS A DEFENDANT IN THIS

09:28AM  21  CASE.

09:28AM  22         IF A DEFENDANT IS FOUND GUILTY, IT WILL BE MY DUTY

09:28AM  23  TO DECIDE WHAT THE PUNISHMENT WILL BE.  YOU SHOULD NOT BE

09:28AM  24  CONCERNED WITH PUNISHMENT IN ANY WAY.  IT SHOULD NOT ENTER

09:28AM  25  YOUR CONSIDERATION OR DISCUSSION.

JURY INSTRUCTIONS

**1641**

THE CASE OF EACH DEFENDANT AND THE EVIDENCE PERTAINING TO THAT DEFENDANT SHOULD BE CONSIDERED SEPARATELY AND INDIVIDUALLY.  THE FACT THAT YOU MAY FIND ONE OF THE DEFENDANTS GUILTY OR NOT GUILTY SHOULD NOT CONTROL YOUR VERDICT AS TO ANY OTHER DEFENDANT.

IN DETERMINING WHETHER ANY STATEMENT, CLAIMED TO HAVE BEEN MADE BY A DEFENDANT OUTSIDE OF COURT AND AFTER AN ALLEGED CRIME HAS BEEN COMMITTED, WAS KNOWINGLY AND VOLUNTARILY MADE, YOU SHOULD CONSIDER THE EVIDENCE CONCERNING SUCH A STATEMENT WITH CAUTION AND GREAT CARE AND SHOULD GIVE SUCH WEIGHT TO THE STATEMENT AS YOU FEEL IT DESERVES UNDER ALL THE CIRCUMSTANCES.

YOU MAY CONSIDER IN THAT REGARD SUCH FACTORS AS THE AGE, SEX, TRAINING, EDUCATION, OCCUPATION, AND PHYSICAL AND MENTAL CONDITION OF THE DEFENDANT, HIS TREATMENT WHILE UNDER INTERROGATION, AND ALL OTHER CIRCUMSTANCES IN EVIDENCE SURROUNDING THE MAKING OF THE STATEMENT.

OF COURSE, ANY SUCH STATEMENT SHOULD NOT BE CONSIDERED IN ANY WAY WHATSOEVER AS EVIDENCE WITH RESPECT TO ANY OTHER DEFENDANT ON TRIAL.

IN ANY CRIMINAL CASE, THE GOVERNMENT MUST PROVE NOT ONLY THE ESSENTIAL ELEMENTS OF THE OFFENSE OR OFFENSES CHARGED, AS HEREAFTER DEFINED, BUT MUST ALSO PROVE, OF COURSE, THE IDENTITY OF THE DEFENDANT AS THE PERPETRATOR OF THE ALLEGED OFFENSE OR OFFENSES.

JURY INSTRUCTIONS

**1642**

IN EVALUATING THE IDENTIFICATION TESTIMONY OF A WITNESS, YOU SHOULD CONSIDER ALL OF THE FACTORS ALREADY MENTIONED CONCERNING YOUR ASSESSMENT OF THE CREDIBILITY OF ANY WITNESS IN GENERAL, AND SHOULD ALSO CONSIDER, IN PARTICULAR, WHETHER THE WITNESS HAD AN ADEQUATE OPPORTUNITY TO OBSERVE THE PERSON IN QUESTION AT THE TIME OR TIMES ABOUT WHICH THE WITNESS TESTIFIED.  YOU MAY CONSIDER, IN THAT REGARD, SUCH MATTERS AS THE LENGTH OF TIME THE WITNESS HAD TO OBSERVE THE PERSON IN QUESTION, THE PREVAILING CONDITIONS AT THAT TIME IN TERMS OF VISIBILITY OR DISTANCE AND THE LIKE, AND WHETHER THE WITNESS HAD KNOWN OR OBSERVED THE PERSON AT EARLIER TIMES.

YOU MAY ALSO CONSIDER THE CIRCUMSTANCES SURROUNDING THE IDENTIFICATION ITSELF, INCLUDING, FOR EXAMPLE, THE MANNER IN WHICH THE DEFENDANT WAS PRESENTED TO THE WITNESS FOR IDENTIFICATION AND THE LENGTH OF TIME THAT HAS ELAPSED BETWEEN THE INCIDENT IN QUESTION AND THE NEXT OPPORTUNITY THE WITNESS HAD TO OBSERVE THE DEFENDANT.

IF, AFTER EXAMINING ALL THE TESTIMONY AND EVIDENCE IN THE CASE, YOU HAVE A REASONABLE DOUBT AS TO THE IDENTITY OF A DEFENDANT AS THE PERPETRATOR OF THE OFFENSE CHARGED, YOU MUST FIND THAT DEFENDANT NOT GUILTY.

YOU HAVE HEARD EVIDENCE OF ACTS OF DEFENDANT TIMOTHY LEDON BOWEN WHICH MAY BE SIMILAR TO THOSE CHARGED IN THE SECOND SUPERSEDING INDICTMENT BUT WHICH WERE COMMITTED ON OTHER OCCASIONS.  YOU MUST NOT CONSIDER ANY OF THIS EVIDENCE IN

JURY INSTRUCTIONS

**1643**

09:31AM  1   DECIDING IF DEFENDANT TIMOTHY LEDON BOWEN COMMITTED THE ACTS

09:31AM  2   CHARGED IN THE SECOND SUPERSEDING INDICTMENT.  HOWEVER, YOU

09:31AM  3   MAY CONSIDER THIS EVIDENCE FOR OTHER, VERY LIMITED, PURPOSES.

09:31AM  4          IF YOU FIND BEYOND A REASONABLE DOUBT FROM OTHER

09:31AM  5   EVIDENCE IN THIS CASE THAT DEFENDANT TIMOTHY LEDON BOWEN DID

09:31AM  6   COMMIT THE ACTS CHARGED IN THE SECOND SUPERSEDING INDICTMENT,

09:31AM  7   THEN YOU MAY CONSIDER EVIDENCE OF THE SIMILAR ACTS ALLEGEDLY

09:32AM  8   COMMITTED ON OTHER OCCASIONS TO DETERMINE WHETHER DEFENDANT

09:32AM  9   TIMOTHY LEDON BOWEN HAD THE STATE OF MIND OR INTENT NECESSARY

09:32AM  10  TO COMMIT THE CRIME CHARGED IN THE SECOND SUPERSEDING

09:32AM  11  INDICTMENT, OR WHETHER DEFENDANT TIMOTHY LEDON BOWEN HAD A

09:32AM  12  MOTIVE OR THE OPPORTUNITY TO COMMIT THE CRIME--COMMIT THE

09:32AM  13  ACTS CHARGED IN THE SECOND SUPERSEDING INDICTMENT, OR WHETHER

09:32AM  14  DEFENDANT TIMOTHY LEDON BOWEN ACTED ACCORDING TO A PLAN, OR

09:32AM  15  WHETHER DEFENDANT TIMOTHY LEDON BOWEN COMMITTED THE ACTS FOR

09:32AM  16  WHICH HE IS ON TRIAL BY ACCIDENT OR MISTAKE.  THESE ARE THE

09:32AM  17  LIMITED PURPOSES FOR WHICH ANY EVIDENCE OF OTHER, SIMILAR ACTS

09:32AM  18  MAY BE CONSIDERED.

09:32AM  19         GOVERNMENT'S EXHIBIT 53 HAS BEEN IDENTIFIED AS A

09:32AM  20  TYPEWRITTEN TRANSCRIPT AND PARTIAL TRANSLATION FROM SPANISH

09:32AM  21  INTO ENGLISH OF THE ORAL CONVERSATION WHICH CAN BE HEARD ON THE

09:32AM  22  TAPE RECORDING RECEIVED INTO EVIDENCE AS GOVERNMENT'S EXHIBIT

09:32AM  23  52.  THE TRANSCRIPT ALSO PURPORTS TO IDENTIFY THE SPEAKERS

09:33AM  24  ENGAGED IN SUCH CONVERSATION.

09:33AM  25         I HAVE ADMITTED THE TRANSCRIPT FOR THE LIMITED AND

JURY INSTRUCTIONS

**1644**

09:33AM 1    SECONDARY PURPOSE OF AIDING YOU IN FOLLOWING THE CONTENT OF THE

09:33AM 2    CONVERSATION AS YOU LISTEN TO THE TAPE RECORDING, PARTICULARLY

09:33AM 3    THOSE PORTIONS SPOKEN IN SPANISH, AND ALSO TO AID YOU IN

09:33AM 4    IDENTIFYING THE SPEAKERS.

09:33AM 5            YOU ARE SPECIFICALLY INSTRUCTED THAT WHETHER THE

09:33AM 6    TRANSCRIPT CORRECTLY OR INCORRECTLY REFLECTS THE CONTENT OF

09:33AM 7    THE CONVERSATION OR THE IDENTITY OF THE SPEAKERS IS ENTIRELY

09:33AM 8    FOR YOU TO DETERMINE BASED UPON YOUR OWN EVALUATION OF THE

09:33AM 9    TESTIMONY YOU HAVE HEARD CONCERNING THE PREPARATION OF THE

09:33AM 10   TRANSCRIPT AND FROM YOUR OWN EXAMINATION OF THE TRANSCRIPT

09:33AM 11   IN RELATION TO YOUR HEARING OF THE TAPE RECORDING ITSELF AS

09:33AM 12   THE PRIMARY EVIDENCE OF ITS OWN CONTENTS; AND IF YOU SHOULD

09:33AM 13   DETERMINE THAT THE TRANSCRIPT IS IN ANY RESPECT INCORRECT

09:33AM 14   OR UNRELIABLE, YOU SHOULD DISREGARD IT TO THAT EXTENT.

09:33AM 15           IN THIS CASE, THE SECOND SUPERSEDING INDICTMENT

09:33AM 16   CHARGES DEFENDANTS RENE CORTEZ SALAZAR, TIMOTHY LEDON BOWEN AND

09:34AM 17   JUAN CARLOS VEGA WITH ONE OFFENSE ALLEGED IN ONE COUNT.  I WILL

09:34AM 18   NOT READ THE SECOND SUPERSEDING INDICTMENT TO YOU AT THIS TIME

09:34AM 19   BECAUSE I WILL GIVE YOU A COPY TO TAKE WITH YOU TO THE JURY

09:34AM 20   ROOM.

09:34AM 21           COUNT 1 OF THE SECOND SUPERSEDING INDICTMENT CHARGES

09:34AM 22   THAT DEFENDANTS RENE CORTEZ SALAZAR, TIMOTHY LEDON BOWEN AND

09:34AM 23   JUAN CARLOS VEGA DID KNOWINGLY AND INTENTIONALLY COMBINE,

09:34AM 24   CONSPIRE AND AGREE WITH EACH OTHER AND OTHER PERSONS KNOWN

09:34AM 25   AND UNKNOWN TO THE UNITED STATES GRAND JURY TO KNOWINGLY AND

JURY INSTRUCTIONS

**1645**

INTENTIONALLY POSSESS WITH THE INTENT TO DISTRIBUTE 500 GRAMS
OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE
AMOUNT OF METHAMPHETAMINE AND/OR 50 GRAMS OR MORE OF
METHAMPHETAMINE (ACTUAL), IN VIOLATION OF TITLE 21, UNITED
STATES CODE, SECTION 841(A)(1), ALL IN VIOLATION OF TITLE 21,
UNITED STATES CODE, SECTION 846.

TITLE 21, UNITED STATES CODE, SECTION 846 MAKES IT
A CRIME FOR ANYONE TO CONSPIRE WITH SOMEONE ELSE TO COMMIT A
VIOLATION OF CERTAIN CONTROLLED-SUBSTANCES LAWS OF THE UNITED
STATES.

FOR YOU TO FIND THE DEFENDANTS GUILTY OF THIS CRIME,
YOU MUST BE CONVINCED THAT THE GOVERNMENT HAS PROVED EACH OF
THE FOLLOWING BEYOND A REASONABLE DOUBT:

FIRST:  THAT TWO OR MORE PERSONS, DIRECTLY OR
INDIRECTLY, REACHED AN AGREEMENT TO KNOWINGLY AND INTENTIONALLY
POSSESS WITH THE INTENT TO DISTRIBUTE ACTUAL METHAMPHETAMINE
OR A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF
METHAMPHETAMINE AS CHARGED IN THE SECOND SUPERSEDING INDICTMENT;

SECOND:  THAT THE DEFENDANTS KNEW OF THE UNLAWFUL
PURPOSE OF THE AGREEMENT;

THIRD, THAT THE DEFENDANTS JOINED IN THE AGREEMENT
WILLFULLY, THAT IS, WITH THE INTENT TO FURTHER ITS UNLAWFUL
PURPOSE; AND

FOURTH:  THAT THE OVERALL SCOPE OF THE CONSPIRACY
INVOLVED A QUANTITY OF ACTUAL METHAMPHETAMINE OR A MIXTURE OR

JURY INSTRUCTIONS

**1646**

09:36AM 1    SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE

09:36AM 2    AS DETERMINED BY THE JURY IN THE VERDICT-OF-THE-JURY FORM.

09:36AM 3             A CONSPIRACY IS AN AGREEMENT BETWEEN TWO OR MORE

09:36AM 4    PERSONS TO JOIN TOGETHER TO ACCOMPLISH SOME UNLAWFUL PURPOSE.

09:36AM 5    IT IS A KIND OF PARTNERSHIP IN CRIME IN WHICH EACH MEMBER

09:36AM 6    BECOMES THE AGENT OF EVERY OTHER MEMBER.

09:36AM 7             ONE MAY BECOME A MEMBER OF A CONSPIRACY WITHOUT

09:36AM 8    KNOWING ALL THE DETAILS OF THE UNLAWFUL SCHEME OR THE

09:36AM 9    IDENTITIES OF ALL THE OTHER ALLEGED CONSPIRATORS.  IF A

09:36AM 10   DEFENDANT UNDERSTANDS THE UNLAWFUL NATURE OF A PLAN OR SCHEME

09:36AM 11   AND KNOWINGLY AND INTENTIONALLY JOINS IN THAT PLAN OR SCHEME ON

09:36AM 12   ONE OCCASION, THAT IS SUFFICIENT TO CONVICT HIM FOR CONSPIRACY

09:36AM 13   EVEN THOUGH THE DEFENDANT HAD NOT PARTICIPATED BEFORE AND EVEN

09:36AM 14   THOUGH THE DEFENDANT PLAYED ONLY A MINOR PART.

09:36AM 15            THE GOVERNMENT NEED NOT PROVE THAT THE ALLEGED

09:37AM 16   CONSPIRATORS ENTERED INTO ANY FORMAL AGREEMENT, NOR THAT THEY

09:37AM 17   DIRECTLY STATED BETWEEN THEMSELVES ALL THE DETAILS OF THE

09:37AM 18   SCHEME.  ALSO, THE GOVERNMENT NEED NOT PROVE THAT ALL OF

09:37AM 19   THE DETAILS OF THE SCHEME ALLEGED IN THE SECOND SUPERSEDING

09:37AM 20   INDICTMENT WERE ACTUALLY AGREED UPON OR CARRIED OUT.  NOR MUST

09:37AM 21   IT PROVE THAT ALL OF THE PERSONS ALLEGED TO HAVE BEEN MEMBERS

09:37AM 22   OF THE CONSPIRACY WERE SUCH OR THAT THE ALLEGED CONSPIRATORS

09:37AM 23   ACTUALLY SUCCEEDED IN ACCOMPLISHING THEIR UNLAWFUL OBJECTIVES.

09:37AM 24            MERE PRESENCE AT THE SCENE OF AN EVENT, EVEN WITH

09:37AM 25   KNOWLEDGE THAT A CRIME IS BEING COMMITTED, OR THE MERE FACT

JURY INSTRUCTIONS

**1647**

09:37AM 1  THAT CERTAIN PERSONS MAY HAVE ASSOCIATED WITH EACH OTHER AND

09:37AM 2  MAY HAVE ASSEMBLED TOGETHER AND DISCUSSED COMMON AIMS AND

09:37AM 3  INTERESTS DOES NOT NECESSARILY ESTABLISH PROOF OF THE EXISTENCE

09:37AM 4  OF A CONSPIRACY.  ALSO, A PERSON WHO HAS NO KNOWLEDGE OF A

09:37AM 5  CONSPIRACY, BUT WHO HAPPENS TO ACT IN A WAY WHICH ADVANCES SOME

09:37AM 6  PURPOSE OF A CONSPIRACY, DOES NOT THEREBY BECOME A CONSPIRATOR.

09:37AM 7        THE WORD "KNOWINGLY," AS THAT TERM HAS BEEN USED

09:38AM 8  FROM TIME TO TIME IN THESE INSTRUCTIONS, MEANS THAT THE ACT WAS

09:38AM 9  DONE VOLUNTARILY AND INTENTIONALLY AND NOT BECAUSE OF MISTAKE

09:38AM 10  OR ACCIDENT.

09:38AM 11        "POSSESSION," AS THAT TERM IS USED IN THIS CASE,

09:38AM 12  MAY BE OF TWO KINDS:  ACTUAL POSSESSION AND CONSTRUCTIVE

09:38AM 13  POSSESSION.  A PERSON WHO KNOWINGLY HAS DIRECT PHYSICAL CONTROL

09:38AM 14  OVER A THING, AT A GIVEN TIME, IS THEN IN ACTUAL POSSESSION OF

09:38AM 15  IT.

09:38AM 16        A PERSON WHO, ALTHOUGH NOT IN ACTUAL POSSESSION,

09:38AM 17  KNOWINGLY HAS BOTH THE POWER AND THE INTENTION, AT A GIVEN

09:38AM 18  TIME, TO EXERCISE DOMINION OR CONTROL OVER A THING, EITHER

09:38AM 19  DIRECTLY OR THROUGH ANOTHER PERSON OR PERSONS, IS THEN IN

09:38AM 20  CONSTRUCTIVE POSSESSION OF IT.

09:38AM 21        POSSESSION MAY BE SOLE OR JOINT.  IF ONE PERSON

09:38AM 22  ALONE HAS ACTUAL OR CONSTRUCTIVE POSSESSION OF A THING,

09:38AM 23  POSSESSION IS SOLE.  IF TWO OR MORE PERSONS SHARE ACTUAL

09:38AM 24  OR CONSTRUCTIVE POSSESSION OF A THING, POSSESSION IS JOINT.

09:38AM 25        YOU MAY FIND THAT THE ELEMENT OF "POSSESSION," AS

JURY INSTRUCTIONS

**1648**

1   THAT TERM IS USED IN THESE INSTRUCTIONS, IS PRESENT IF YOU

2   FIND BEYOND A REASONABLE DOUBT THAT A DEFENDANT HAD ACTUAL OR

3   CONSTRUCTIVE POSSESSION, EITHER ALONE OR JOINTLY WITH OTHERS.

4   TO "POSSESS WITH INTENT TO DISTRIBUTE" SIMPLY MEANS

5   TO POSSESS WITH INTENT TO DELIVER OR TRANSFER POSSESSION OF A

6   CONTROLLED SUBSTANCE TO ANOTHER PERSON, WITH OR WITHOUT ANY

7   FINANCIAL INTEREST IN THE TRANSACTION.

8   TO REACH A VERDICT, WHETHER IT IS "GUILTY" OR "NOT

9   GUILTY," ALL OF YOU MUST AGREE.  YOUR VERDICT MUST BE UNANIMOUS.

10  YOUR DELIBERATIONS WILL BE SECRET.  YOU WILL NEVER HAVE TO

11  EXPLAIN YOUR VERDICT TO ANYONE.

12  IT IS YOUR DUTY TO CONSULT WITH ONE ANOTHER AND TO

13  DELIBERATE IN AN EFFORT TO REACH AGREEMENT IF YOU CAN DO SO.

14  EACH OF YOU MUST DECIDE THE CASE FOR YOURSELF, BUT ONLY AFTER

15  AN IMPARTIAL CONSIDERATION OF THE EVIDENCE WITH YOUR FELLOW

16  JURORS.  DURING YOUR DELIBERATIONS, DO NOT HESITATE TO

17  RE-EXAMINE YOUR OWN OPINIONS AND CHANGE YOUR MIND IF CONVINCED

18  THAT YOU WERE WRONG.  BUT DO NOT GIVE UP YOUR HONEST BELIEFS

19  AS TO THE WEIGHT OR EFFECT OF THE EVIDENCE SOLELY BECAUSE OF

20  THE OPINION OF YOUR FELLOW JURORS OR FOR THE MERE PURPOSE OF

21  RETURNING A VERDICT.

22  REMEMBER AT ALL TIMES, YOU ARE JUDGES--JUDGES OF

23  THE FACTS.  YOUR DUTY IS TO DECIDE WHETHER THE GOVERNMENT

24  HAS PROVED THE DEFENDANTS GUILTY BEYOND A REASONABLE DOUBT.

25  WHEN YOU GO TO THE JURY ROOM, THE FIRST THING THAT

JURY INSTRUCTIONS

**1649**

09:40AM  1   YOU SHOULD DO IS SELECT ONE OF YOUR NUMBER AS YOUR FOREPERSON,

09:40AM  2   WHO WILL HELP TO GUIDE YOUR DELIBERATIONS AND WILL SPEAK FOR

09:40AM  3   YOU HERE IN THE COURTROOM.

09:40AM  4            A FORM OF VERDICT HAS BEEN PREPARED FOR YOUR

09:40AM  5   CONVENIENCE.

09:40AM  6            THE FOREPERSON WILL WRITE THE UNANIMOUS ANSWER

09:40AM  7   OF THE JURY IN THE SPACE PROVIDED, EITHER "GUILTY" OR "NOT

09:40AM  8   GUILTY."  AT THE CONCLUSION OF YOUR DELIBERATIONS, THE FOREMAN

09:40AM  9   SHOULD DATE AND SIGN THE VERDICT.

09:40AM  10            IF YOU NEED TO COMMUNICATE WITH ME DURING YOUR

09:40AM  11   DELIBERATIONS, THE FOREPERSON SHOULD WRITE THE MESSAGE AND

09:40AM  12   GIVE IT TO THE COURT SECURITY OFFICER.  I WILL EITHER REPLY

09:41AM  13   IN WRITING OR BRING YOU BACK INTO THE COURT TO ANSWER YOUR

09:41AM  14   MESSAGE.

09:41AM  15            IF AND WHEN YOU COMMUNICATE WITH THE COURT DURING

09:41AM  16   YOUR DELIBERATIONS, YOU ARE NEVER TO REVEAL TO ANY PERSON,

09:41AM  17   NOT EVEN TO THE COURT, HOW THE JURY STANDS, NUMERICALLY OR

09:41AM  18   OTHERWISE, UNTIL AFTER YOU HAVE REACHED A UNANIMOUS VERDICT.

09:41AM  19            NOW, LADIES AND GENTLEMEN, THE NEXT FOUR PAGES ARE

09:41AM  20   THE VERDICT FORM.  AND WHOEVER YOU ELECT AS YOUR PRESIDING

09:41AM  21   JUROR WILL DATE AND SIGN THE VERDICT FORM AND FILL IN YOUR

09:41AM  22   ANSWERS TO THE QUESTIONS.

09:41AM  23            SO THE VERDICT FORM READS:  "WE, THE JURY, FIND AS

09:41AM  24   FOLLOWS:"

09:41AM  25            AND I'LL READ THE FIRST ONE, WITH RESPECT TO RENE

09:41AM  1   CORTEZ SALAZAR.

09:41AM  2           "AS TO COUNT 1 OF THE SECOND SUPERSEDING INDICTMENT,

09:41AM  3   WE, THE JURY, FIND RENE CORTEZ SALAZAR" EITHER "GUILTY" OR "NOT

09:41AM  4   GUILTY."

09:41AM  5           "IF YOU HAVE FOUND DEFENDANT RENE CORTEZ SALAZAR

09:41AM  6   GUILTY OF THE SECOND SUPERSEDING INDICTMENT, THEN YOU MUST

09:42AM  7   CONSIDER THE FOLLOWING QUESTION.  YOU MUST DETERMINE THE

09:42AM  8   QUANTITY RANGE OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY.

09:42AM  9   INDICATE BELOW YOUR UNANIMOUS FINDING BEYOND A REASONABLE

09:42AM  10  DOUBT OF THE QUANTITY RANGE OF THE METHAMPHETAMINE, IF ANY,

09:42AM  11  APPLICABLE TO THE OVERALL SCOPE OF THE CONSPIRACY OF WHICH YOU

09:42AM  12  HAVE FOUND THE DEFENDANT TO BE A MEMBER AND DURING THE TIME HE

09:42AM  13  WAS A MEMBER.  A QUANTITY OF METHAMPHETAMINE MAY ONLY BE

09:42AM  14  ATTRIBUTED TO THE DEFENDANT IF THAT QUANTITY WAS WITHIN THE

09:42AM  15  SCOPE OF THE CONSPIRACY AFTER THE DEFENDANT'S ENTRY INTO THE

09:42AM  16  CONSPIRACY."

09:42AM  17          SO, IF YOU FOUND THE DEFENDANT RENE CORTEZ SALAZAR

09:42AM  18  GUILTY OF COUNT 1 OF THE SECOND SUPERSEDING INDICTMENT, YOU

09:42AM  19  MUST ANSWER THE FOLLOWING:  PLEASE INDICATE YOUR FINDING OF THE

09:42AM  20  QUANTITY INVOLVED IN THE CONSPIRACY.  THERE ARE THREE CHOICES.

09:42AM  21          "500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE

09:42AM  22  CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE OR 50 GRAMS

09:42AM  23  OR MORE OF ACTUAL METHAMPHETAMINE."

09:43AM  24          THE NEXT CHOICE IS "50 GRAMS OR MORE OF A MIXTURE

09:43AM  25  OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE

CLOSING STATEMENT BY THE GOVERNMENT

1651

09:43AM 1 OR FIVE GRAMS OR MORE OF ACTUAL METHAMPHETAMINE."

09:43AM 2         AND FINALLY, "LESS THAN 50 GRAMS OF A MIXTURE OR

09:43AM 3 SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE

09:43AM 4 OR LESS THAN FIVE GRAMS OR MORE OF"--LET'S SEE.

09:43AM 5         COUNSEL, I THINK THE "OR MORE" SHOULD COME OUT.

09:43AM 6 DO YOU AGREE?

09:43AM 7         MR. GONZALEZ:  YES, YOUR HONOR.

09:43AM 8         MR. WHALEN:  YES, YOUR HONOR.

09:43AM 9         THE COURT:  OKAY.

09:43AM 10         LADIES AND GENTLEMEN, IN THAT THIRD CHOICE, IT

09:43AM 11 SHOULD READ "OR LESS THAN FIVE GRAMS OF ACTUAL METHAMPHETAMINE."

09:43AM 12 JUST STRIKE THE "OR MORE" THERE.

09:43AM 13         OKAY.  AND THE SAME FOR TIMOTHY LEDON BOWEN AND JUAN

09:43AM 14 CARLOS VEGA.  IF YOU SHOULD FIND THEM GUILTY, THEN YOU WILL

09:44AM 15 NEED TO ANSWER THE DRUG QUANTITY THAT'S ATTRIBUTABLE TO THEM.

09:44AM 16         AND THE THIRD CHOICE, SHOULD YOU CHOOSE THAT, WOULD

09:44AM 17 INCLUDE THE OPTION OF "LESS THAN FIVE GRAMS OF ACTUAL

09:44AM 18 METHAMPHETAMINE."

09:44AM 19         OKAY, LADIES AND GENTLEMEN.  WE'LL GO NOW TO FINAL

09:44AM 20 ARGUMENTS.

09:44AM 21         MS. BATSON FOR THE GOVERNMENT.

09:44AM 22

09:44AM 23

09:44AM 24         CLOSING STATEMENT ON BEHALF OF THE GOVERNMENT

09:44AM 25         MS. BATSON:  MAY IT PLEASE THE COURT.

CLOSING STATEMENT BY THE GOVERNMENT

1652

09:44AM  1    COUNSEL.

09:44AM  2    GOOD MORNING, LADIES AND GENTLEMEN OF THE JURY.

09:44AM  3    BEFORE I BEGIN, I, ALONG WITH THE OTHER MEMBERS OF

09:44AM  4  THE PROSECUTION TEAM, WOULD LIKE TO THANK YOU FOR THE TIME AND

09:44AM  5  ATTENTION THAT YOU HAVE GIVEN THIS CASE.  IT'S BECAUSE OF YOUR

09:44AM  6  SERVICE AS JURORS THAT THE WHEELS OF JUSTICE CONTINUE TO TURN.

09:44AM  7  AND WE APPRECIATE THAT SERVICE.

09:44AM  8    NOW, AS YOU KNOW, THE DEFENDANTS IN THIS CASE--RENE

09:45AM  9  SALAZAR, TIMOTHY BOWEN AND JUAN CARLOS VEGA--ARE CHARGED WITH

09:45AM  10  CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE MORE THAN 500

09:45AM  11  GRAMS OF A MIXTURE OF METHAMPHETAMINE OR MORE THAN 50 GRAMS OF

09:45AM  12  ACTUAL METHAMPHETAMINE.  AND THAT'S THE ICE METHAMPHETAMINE YOU

09:45AM  13  HEARD WAS MORE THAN 80 PERCENT PURE.

09:45AM  14    NOW, I SUBMIT TO YOU THAT THE GOVERNMENT HAS PROVEN

09:45AM  15  THIS CASE TO YOU BEYOND A REASONABLE DOUBT.  AND HOW DID WE

09:45AM  16  DO THAT?  WELL, WE DID IT THROUGH THE PRESENTATION OF PHYSICAL

09:45AM  17  EVIDENCE AND THE TESTIMONY OF THE WITNESSES.  AND THROUGH

09:45AM  18  THE TESTIMONY OF THE WITNESSES YOU FOUND OUT THAT IN THIS

09:45AM  19  PARTICULAR CONSPIRACY THERE WERE TWO SOURCES OF SUPPLY WHO

09:45AM  20  WERE RESPONSIBLE FOR THE DISTRIBUTION OF THE METHAMPHETAMINE

09:45AM  21  IN THE SHERMAN-DENISON AREA.

09:45AM  22    YOU HEARD THAT ANDY NGUYEN WAS ONE OF THE SOURCES OF

09:45AM  23  SUPPLY.  AND HIS SOURCE OF SUPPLY WAS PRIMO, WHO IS IN MEXICO.

09:45AM  24  AND IT WAS THROUGH PRIMO THAT--WHO DISTRIBUTED DRUGS TO RAMIRO

09:46AM  25  CAZARES AND THE DEFENDANT JUAN CARLOS VEGA, BECAUSE THEY WERE

CLOSING STATEMENT BY THE GOVERNMENT

**1653**

09:46AM  1   OVER HERE IN THE UNITED STATES.  AND THEY WERE RESPONSIBLE

09:46AM  2   FOR DISTRIBUTING THE METHAMPHETAMINE TO ANDY NGUYEN AND HIS

09:46AM  3   ORGANIZATION.

09:46AM  4            AND THEN YOU HEARD ANDY NGUYEN'S RUNNERS WERE

09:46AM  5   RESPONSIBLE FOR DELIVERING THE METHAMPHETAMINE TO MANUEL

09:46AM  6   CAMACHO, WHO USED HIS SISTER AS A DRIVER TO DELIVER IT.

09:46AM  7   AND HE AND HIS SISTER DELIVERED IT TO RENE SALAZAR, WHO

09:46AM  8   WAS IDENTIFIED AS CHUCKY.

09:46AM  9            AND THEN YOU ALSO HEARD THAT MANUEL CAMACHO AND

09:46AM  10  HIS SISTER ALSO DELIVERED TO CHARLIE--WELL, ACTUALLY, TO RENE

09:46AM  11  SALAZAR AND HIS PARTNER, KENNETH HOUSE.  BUT WHEN RENE SALAZAR

09:46AM  12  AND KENNETH HOUSE WERE LOCKED UP, MANUEL CAMACHO AND HIS SISTER

09:46AM  13  WOULD DELIVER TO CHARLIE.  AND THEN YOU HEARD THAT WHEN CHARLIE

09:46AM  14  STARTED MESSING UP THAT THEY WOULD DELIVER TO ANDREA REEVES,

09:46AM  15  AND THEN THE WEB OF DISTRIBUTION CONTINUES.

09:46AM  16           AND THEN YOU ALSO HEARD THAT THE OTHER SOURCE

09:46AM  17  OF SUPPLY THAT WAS RESPONSIBLE FOR THE DISTRIBUTION OF THE

09:46AM  18  METHAMPHETAMINE TO SHERMAN WAS FERNANDO PERALES, WHO IS ALSO

09:47AM  19  KNOWN AS DOGG.  AND HIS SOURCE OF SUPPLY WAS PELON.  PELON

09:47AM  20  WOULD DELIVER THE METHAMPHETAMINE TO FERNANDO PERALES, WHO

09:47AM  21  WOULD THEN ALSO USE A RUNNER AND DELIVER TO RENE SALAZAR AND

09:47AM  22  HIS PARTNER, KENNETH HOUSE.

09:47AM  23           AGAIN, WHEN RENE SALAZAR AND KENNETH HOUSE WERE

09:47AM  24  LOCKED UP, THEN PERALES STARTED DELIVERING TO KISHA BOWEN AND

09:47AM  25  CHRISTINA HOUSE.  AND IT WAS THROUGH THAT RELATIONSHIP WITH

CLOSING STATEMENT BY THE GOVERNMENT

**1654**

09:47AM 1   CHRISTINA HOUSE AND KISHA BOWEN THAT TIMOTHY BOWEN MET DOGG--

09:47AM 2   FERNANDO PERALES--AND STARTED OBTAINING METHAMPHETAMINE FROM

09:47AM 3   HIM AND TRAVELING WITH TREY TIBBS AS WELL TO OBTAIN THE

09:47AM 4   METHAMPHETAMINE FROM DOGG.  SO THAT, LADIES AND GENTLEMEN,

09:47AM 5   IS HOW THIS CONSPIRACY WORKED.

09:47AM 6          AND WE PRESENTED THE TESTIMONY OF ANDY NGUYEN, ONE

09:47AM 7   OF THE SOURCES OF SUPPLY.  AND WHAT DID HE TELL YOU?  HE TOLD

09:47AM 8   YOU STRAIGHT-OUT THAT HE SOLD DRUGS FOR A LIVING, AND THAT

09:47AM 9   PRIMO WAS HIS INITIAL SOURCE OF SUPPLY, AND THAT PRIMO SENT THE

09:48AM 10  METHAMPHETAMINE FROM MEXICO, AND THAT MANUEL URBINA, AUGUSTINE

09:48AM 11  RODRIGUEZ AND MICHAEL HOANG WORKED FOR HIM, DELIVERING THE

09:48AM 12  METHAMPHETAMINE AND PICKING UP THE MONEY.  HE KEPT THE PROCEEDS

09:48AM 13  AT HIS HOUSE, BUT HE DIDN'T KEEP DRUGS AT HIS HOUSE, BECAUSE

09:48AM 14  HE HAD A SEPARATE STASH LOCATION FOR HIS DRUGS.  YOU HEARD THAT

09:48AM 15  HE LIVED IN AN APARTMENT RIGHT ACROSS THE STREET, I BELIEVE,

09:48AM 16  FROM NORTHPARK MALL.

09:48AM 17         ANDY NGUYEN ALSO TOLD YOU THAT THE METHAMPHETAMINE

09:48AM 18  HE WAS RECEIVING THAT CAME FROM PRIMO WAS DELIVERED BY ONE OF

09:48AM 19  PRIMO'S RUNNERS IN A SILVER TRUCK.  AND THE SILVER TRUCK WAS

09:48AM 20  USED BY RAMIRO CAZARES.  AND YOU HEARD AGENT MATA TELL YOU THAT

09:48AM 21  THROUGH HIS TESTIMONY.  RAMIRO CAZARES AND THE DEFENDANT JUAN

09:48AM 22  CARLOS VEGA WOULD DELIVER THE METHAMPHETAMINE THAT CAME FROM

09:48AM 23  PRIMO, AND THAT METHAMPHETAMINE ENDED UP WITH MANUEL CAMACHO,

09:48AM 24  WHO WAS MIKE, IDENTIFIED TO YOU AS MIKE, AND HE WAS A CUSTOMER

09:48AM 25  OF ANDY NGUYEN.  YOU HEARD THAT MIKE INITIALLY STARTED OUT

CLOSING STATEMENT BY THE GOVERNMENT

**1655**

09:49AM  1   BUYING ONE OUNCE OF METHAMPHETAMINE AND INCREASED TO ONE POUND

09:49AM  2   OF METHAMPHETAMINE AND THAT HE USED HIS SISTER PRISCILLA TO

09:49AM  3   HELP HIM DISTRIBUTE.  AND, ALSO, YOU HEARD THAT SHE WAS TAKING

09:49AM  4   THIS METHAMPHETAMINE TO SHERMAN FOR MANUEL CAMACHO.

09:49AM  5            AND ANDY NGUYEN TOLD YOU THAT HE, ALONG WITH HIS

09:49AM  6   WORKERS, DELIVERED THE METHAMPHETAMINE TO BOTH MIKE AND

09:49AM  7   PRISCILLA.  HE IDENTIFIED THE DEFENDANT RENE SALAZAR.  HE

09:49AM  8   KNEW HIM BECAUSE SALAZAR GOT HIS METHAMPHETAMINE FROM MANUEL

09:49AM  9   CAMACHO, WHO WAS ANDY NGUYEN'S CUSTOMER.  ONE OF THEM.  HE SAID

09:49AM 10   THAT--ANDY NGUYEN SAID THAT SALAZAR SAID THAT MANUEL CAMACHO

09:49AM 11   WOULD DRIVE THE METHAMPHETAMINE TO SHERMAN.  HE ACTUALLY TOLD

09:49AM 12   ANDY NGUYEN THAT.  AND SALAZAR WAS WITH MANUEL CAMACHO ONE

09:49AM 13   TIME WHEN THEY WENT TO PICK UP THE METHAMPHETAMINE FROM ANDY

09:49AM 14   NGUYEN'S HOUSE, AND THAT ONE OF ANDY NGUYEN'S DRIVERS, MANUEL

09:49AM 15   URBINA, BROUGHT THE DRUGS OVER TO ANDY'S HOUSE FOR CAMACHO AND

09:49AM 16   SALAZAR WHEN THEY PICKED IT UP ON THAT OCCASION.

09:50AM 17            ANDY NGUYEN TOLD YOU THAT HE OWNED A BLACK HONDA

09:50AM 18   AND HE PUT THE TRAP, A HIDDEN COMPARTMENT, INSIDE OF THAT BLACK

09:50AM 19   HONDA ACCORD.  AND HE SAID THAT PRIMO HAD CALLED HIM AND SAID

09:50AM 20   HE NEEDED A CAR SO HE COULD GIVE IT TO HIS WORKERS, AND HE SAID

09:50AM 21   THAT HE WANTED THAT BLACK HONDA BECAUSE IT ALREADY HAD THE TRAP

09:50AM 22   INSIDE.  YOU HEARD THAT THE HONDA ACCORD WAS REGISTERED TO ANDY

09:50AM 23   NGUYEN'S SISTER-IN-LAW AND WAS SUBSEQUENTLY TRANSFERRED INTO

09:50AM 24   THE NAME OF RENE SALAZAR, BUT IT WAS AT THAT TIME REGISTERED

09:50AM 25   TO ANDY NGUYEN'S SISTER-IN-LAW.

CLOSING STATEMENT BY THE GOVERNMENT

**1656**

09:50AM 1        YOU HEARD THAT ANDY NGUYEN'S DRIVER DELIVERED TO A

09:50AM 2  GUY WITH A SILVER TRUCK, WHO WAS IDENTIFIED AS RAMIRO CAZARES.

09:50AM 3  AND RAMIRO CAZARES, AGAIN, IS ONE OF PRIMO'S RUNNERS.  IT WAS

09:50AM 4  PRIMO WHO GAVE RAMIRO CAZARES THE BLACK HONDA THROUGH THE

09:50AM 5  INSTRUCTIONS TO ANDY NGUYEN.  AND YOU HEARD THROUGH ANDY NGUYEN

09:50AM 6  THAT THE TOTAL DELIVERED--THAT HE DELIVERED TO MANUEL CAMACHO

09:50AM 7  FROM ABOUT 2010 TO 2011 WAS 20 TO 30 KILOGRAMS OF

09:51AM 8  METHAMPHETAMINE.

09:51AM 9        THEN YOU HEARD FROM MANUEL URBINA, AGAIN, ONE

09:51AM 10 OF ANDY NGUYEN'S RUNNERS.  HE SAID THAT HE DELIVERED

09:51AM 11 METHAMPHETAMINE AND PICKED UP MONEY FOR ANDY NGUYEN; THAT

09:51AM 12 MICHAEL HOANG, WHO ALSO TESTIFIED BEFORE YOU, WAS ALSO

09:51AM 13 DELIVERING AND PICKING UP MONEY FOR ANDY NGUYEN.  AND DURING

09:51AM 14 HIS INVOLVEMENT IN THIS CONSPIRACY, MANUEL URBINA STARTED

09:51AM 15 COOKING THE METHAMPHETAMINE.  AND HE TOLD YOU THAT ONCE

09:51AM 16 THE METHAMPHETAMINE WAS CRYSTALIZED, HE WOULD PACKAGE THE

09:51AM 17 METHAMPHETAMINE AND FILL THE ORDERS THAT WERE COMING IN FROM

09:51AM 18 THE CUSTOMERS.  AND HE TOLD YOU HE KNEW PRIMO WAS THE SOURCE

09:51AM 19 OF SUPPLY FOR THE LARGE QUANTITIES, AND HE KNEW THAT MANUEL

09:51AM 20 CAMACHO WAS KNOWN AS MIKE AND THAT MIKE WAS ONE OF THEIR

09:51AM 21 CUSTOMERS.

09:51AM 22        HE SAID THAT HE DELIVERED APPROXIMATELY EIGHT

09:51AM 23 OUNCES EVERY TWO DAYS TO MIKE, AND HE KNEW THAT MIKE'S

09:51AM 24 SISTER PRISCILLA HELPED MIKE DELIVER, AND HE DISTRIBUTED THE

09:51AM 25 METHAMPHETAMINE AND HE ACTUALLY DELIVERED METHAMPHETAMINE TO

CLOSING STATEMENT BY THE GOVERNMENT

**1657**

09:51AM  1   HER AS WELL.  HE KNEW MANUEL WAS DELIVERING THE METHAMPHETAMINE

09:52AM  2   TO SHERMAN BECAUSE HE SAID HE WAS TAKING IT UP NORTH.  AND

09:52AM  3   HE SAW MANUEL AND THE DEFENDANT RENE SALAZAR PICKING UP THE

09:52AM  4   METHAMPHETAMINE.  HE, TOO, IDENTIFIED DEFENDANT SALAZAR.  HE

09:52AM  5   TOLD MANUEL URBINA THAT HE DELIVERED SIX TO EIGHT OUNCES OF

09:52AM  6   METHAMPHETAMINE TWICE TO BOTH MIKE AND DEFENDANT SALAZAR.

09:52AM  7          AND THEN WHEN MIKE WENT TO JAIL, MANUEL URBINA

09:52AM  8   DEALT DIRECTLY WITH PRISCILLA, BUT, OF COURSE, IT WAS IN LESSER

09:52AM  9   AMOUNTS.

09:52AM  10         HE ALSO TOLD YOU THAT HE DELIVERED BETWEEN--AT LEAST

09:52AM  11  20 KILOGRAMS OF METHAMPHETAMINE TO BOTH MANUEL AND PRISCILLA

09:52AM  12  CAMACHO.  AND HE SAID THAT BOTH HE AND HOANG WERE INTRODUCED TO

09:52AM  13  RAMIRO CAZARES, AND THAT HE'S THE ONE WHO DROPPED OFF THE HONDA

09:52AM  14  AND GAVE IT TO RAMIRO CAZARES, AND THAT RAMIRO CAZARES HAD THE

09:52AM  15  SILVER TRUCK.  AND HE'S THE ONE WHO SHOWED RAMIRO CAZARES HOW

09:52AM  16  TO OPEN THE TRAP THAT ANDY NGUYEN HAD PUT IN THE HONDA.

09:53AM  17         AND THEN MR. HOANG TESTIFIED BEFORE YOU AND HE TOLD

09:53AM  18  YOU THAT HE WAS ANDY NGUYEN'S COUSIN AND HE STARTED DEALING

09:53AM  19  METHAMPHETAMINE IN NOVEMBER OF 2011.  HE TOLD YOU THAT ANDY

09:53AM  20  LIVED IN AN APARTMENT NEAR NORTHPARK MALL, AND THAT HE WORKED

09:53AM  21  FOR ANDY DELIVERING METHAMPHETAMINE AND COLLECTING MONEY.  HE

09:53AM  22  ALSO KNEW THAT PRIMO WAS ANDY'S SOURCE OF SUPPLY, PRIMO LIVED

09:53AM  23  IN MEXICO, AND THAT PRIMO WAS DELIVERING THE METHAMPHETAMINE

09:53AM  24  TO CAZARES, WHO WAS THE DRIVER OF THE SILVER TRUCK.  HE, TOO,

09:53AM  25  STARTED COOKING METHAMPHETAMINE DURING HIS TIME WITH THE

CLOSING STATEMENT BY THE GOVERNMENT

**1658**

09:53AM  1    CONSPIRACY, AND HE WOULD DUMP THE METHAMPHETAMINE INTO THE

09:53AM  2    COOLERS, WAITING FOR IT TO CRYSTALLIZE, AND THEN GET IT READY

09:53AM  3    FOR DISTRIBUTION.  HE KNEW, ALSO, THAT MANUEL CAMACHO WAS KNOWN

09:53AM  4    AS MIKE AND THAT HE WAS ONE OF ANDY'S CUSTOMERS.  HE TOLD YOU

09:53AM  5    THAT AUGUSTINE RODRIGUEZ AND MANUEL URBINA WORKED FOR CAMACHO

09:53AM  6    IN THE SAME CAPACITY THAT HE DID, DELIVERING METHAMPHETAMINE

09:53AM  7    AND PICKING UP MONEY.  HE HAD ACCESS TO NGUYEN'S APARTMENT,

09:54AM  8    AND HE DELIVERED METHAMPHETAMINE TO PRISCILLA CAMACHO AT LEAST

09:54AM  9    TWICE A WEEK.  AND HE TOLD LAW ENFORCEMENT WHERE THERE WAS

09:54AM  10   METHAMPHETAMINE LOCATED IN A PARK THAT WAS NEAR NORTHPARK

09:54AM  11   MALL.  AND WE SHOWED YOU A PHOTOGRAPH OF THE RECOVERY OF THAT

09:54AM  12   METHAMPHETAMINE.

09:54AM  13            THEN YOU HEARD FROM MIKE CAMACHO.  HE TOLD YOU THAT

09:54AM  14   HE KNEW ANDY NGUYEN AND THAT IN 2010 ANDY NGUYEN HAD APPROACHED

09:54AM  15   HIM AND ASKED HIM TO GET RID OF THE ICE METHAMPHETAMINE.  HE

09:54AM  16   SAID THEN DEFENDANT SALAZAR APPROACHED HIM ON THE OTHER END

09:54AM  17   AND ASKED HIM IF HE KNEW ANYONE FROM WHOM HE COULD GET

09:54AM  18   METHAMPHETAMINE.  SO MIKE CAMACHO MET WITH ANDY AT A

09:54AM  19   RESTAURANT, OBTAINED THE METHAMPHETAMINE, AND INITIALLY HE SOLD

09:54AM  20   DEFENDANT SALAZAR ONE OUNCE OF METHAMPHETAMINE THE FIRST TIME.

09:54AM  21   HE TOLD YOU THAT HE WAS PAYING $900 TO ANDY FOR HIS OUNCE OF

09:54AM  22   METHAMPHETAMINE, BUT HE RESOLD IT TO DEFENDANT SALAZAR FOR

09:54AM  23   $1,050.  HE AGAIN TOLD YOU THE SECOND TIME HE SOLD ONE OUNCE

09:55AM  24   OF METHAMPHETAMINE TO DEFENDANT SALAZAR.

09:55AM  25            HE KNEW SALAZAR WAS SELLING THE METHAMPHETAMINE TO

| | |
|---|---|
| 09:55AM | 1 |
| 09:55AM | 2 |
| 09:55AM | 3 |
| 09:55AM | 4 |
| 09:55AM | 5 |
| 09:55AM | 6 |
| 09:55AM | 7 |
| 09:55AM | 8 |
| 09:55AM | 9 |
| 09:55AM | 10 |
| 09:55AM | 11 |
| 09:55AM | 12 |
| 09:55AM | 13 |
| 09:56AM | 14 |
| 09:56AM | 15 |
| 09:56AM | 16 |
| 09:56AM | 17 |
| 09:56AM | 18 |
| 09:56AM | 19 |
| 09:56AM | 20 |
| 09:56AM | 21 |
| 09:56AM | 22 |
| 09:56AM | 23 |
| 09:56AM | 24 |
| 09:56AM | 25 |

SHERMAN.  AS HE WAS DEALING WITH DEFENDANT SALAZAR, THE AMOUNTS INCREASED TO TWO OUNCES, AND HE TOLD YOU THAT HE WAS MEETING DEFENDANT SALAZAR ONE TO TWO TIMES PER WEEK, DELIVERING TWO OUNCES INITIALLY, AND THEN HE SAID IT WAS ABOUT A TOTAL OF ONE POUND INITIALLY AND THE AMOUNTS INCREASED.  HE SAID HE WOULD MEET WITH SALAZAR IN VAN ALSTYNE AND DENISON.  AND, AGAIN, THE AMOUNTS INCREASED FROM A QUARTER-POUND, WHICH IS ABOUT FOUR OUNCES, WHICH IS EQUAL TO 112 GRAMS.  HE SAID, OF COURSE, IT INCREASED TO THE POUND OR MORE THAT MIKE CAMACHO WAS DELIVERING TO DEFENDANT SALAZAR.  HE SAID ALSO THEY WOULD MEET AT A TACO BELL OR A GAS STATION IN DENISON TO CONDUCT THESE TRANSACTIONS.

MANUEL CAMACHO TOLD YOU THAT HIS SISTER HELPED HIM TRANSPORT THE METHAMPHETAMINE TO SHERMAN, BUT WHEN SHE TRANSPORTED THE METHAMPHETAMINE, HE WAS THE ONE TO COLLECT THE MONEY FROM CUSTOMERS.  HE KNEW THAT SALAZAR HAD MOVED INTO A HOUSE ON DAY STREET, AND HE STARTED DELIVERING TO HIM AT THAT HOUSE TWO TO THREE TIMES A WEEK.

HE SAW ANDREA REEVES.  HE KNEW SHE WAS SALAZAR'S GIRLFRIEND.  AND HE SOLD HER METHAMPHETAMINE.

HE KNEW CHARLES QUIROLO WAS THE DEFENDANT SALAZAR'S NEIGHBOR, AND HE SOLD TO CHARLIE ONCE BEFORE SALAZAR WENT TO JAIL.  AND AFTER SALAZAR WENT TO JAIL, HE SOLD TO CHARLIE FOUR OUNCES WEEKLY FOR ABOUT TWO MONTHS.  AND HE KNEW THAT KENNETH HOUSE WAS DEFENDANT SALAZAR'S PARTNER IN THE DRUG BUSINESS, AND HE MET HOUSE THROUGH DEFENDANT SALAZAR.  HE KNEW--ONCE

CLOSING STATEMENT BY THE GOVERNMENT

1660

09:56AM 1    HE STARTED DELIVERING TO CHARLIE, WHEN SALAZAR AND HOUSE WERE

09:56AM 2    IN CUSTODY, CHARLIE WAS HANDLING THE BUSINESS AND HE STARTED

09:56AM 3    MESSING UP.  AND SO HE TOLD YOU THAT IT WAS BOBBY JAMES, TREY

09:57AM 4    TIBBS AND MELISSA STEWART THAT COMPLAINED TO HIM ABOUT THE WAY

09:57AM 5    CHARLIE WAS HANDLING THE BUSINESS.  SO MIKE CUT CHARLIE OUT AND

09:57AM 6    STARTED DELIVERING DIRECTLY.  AND HE KNEW THAT MELISSA STEWART

09:57AM 7    WAS GETTING METHAMPHETAMINE FOR BOBBY JAMES AT A RATE OF ONE

09:57AM 8    OUNCE TWO TO THREE TIMES PER WEEK.

09:57AM 9            HE TOLD YOU THAT TREY TIBBS WAS ALSO RECEIVING ONE

09:57AM 10   OUNCE TWICE A WEEK, AND HE MET TREY TIBBS THE FIRST TIME WHEN

09:57AM 11   HE WAS AT DEFENDANT SALAZAR'S HOUSE.

09:57AM 12           HE TOLD YOU THAT PRISCILLA, HIS SISTER, DISTRIBUTED

09:57AM 13   FOUR OUNCES TO KENNETH HOUSE, WHO WAS DEFENDANT SALAZAR'S

09:57AM 14   PARTNER.  HE KNEW THAT CHRISTINA HOUSE WAS KENNETH HOUSE'S

09:57AM 15   WIFE.  HE TOLD YOU THAT HE DISTRIBUTED APPROXIMATELY 58

09:57AM 16   POUNDS OF METHAMPHETAMINE PRIOR TO HIS INCARCERATION, AND

09:57AM 17   HE DISTRIBUTED TO BOTH SALAZAR AND HOUSE DURING THIS TIME.

09:57AM 18   KENNETH HOUSE.  AND HE TOLD YOU THAT THREE-FOURTHS OF THIS 58

09:57AM 19   POUNDS THAT HE OR HIS SISTER PRISCILLA DISTRIBUTED TO EITHER

09:57AM 20   DEFENDANT SALAZAR OR HIS PARTNER, KENNETH HOUSE--THREE-FOURTHS

09:57AM 21   OF THAT 58 POUNDS WENT TO THEM.  AND THAT EQUALS ABOUT 43.5

09:58AM 22   POUNDS OF METHAMPHETAMINE.

09:58AM 23           THEN NEXT YOU HEARD FROM FERNANDO PERALES,

09:58AM 24   ALSO KNOWN AS DOGG.  HE TOLD YOU THAT HE STARTED DEALING

09:58AM 25   METHAMPHETAMINE IN 2011, AND HIS SOURCE OF SUPPLY WAS PELON.

CLOSING STATEMENT BY THE GOVERNMENT

1661

09:58AM 1 AND HE WAS INITIALLY RUNNING DRUGS FOR PELON, AND HE STASHED

09:58AM 2 APPROXIMATELY ONE POUND--A KILOGRAM OF METHAMPHETAMINE A WEEK

09:58AM 3 AT HIS HOUSE, AND THAT HE LIVED IN DUNCANVILLE, AND HE WAS

09:58AM 4 DISTRIBUTING PROBABLY ONE TO TWO POUNDS PER WEEK.

09:58AM 5 HE MET KENNETH HOUSE THROUGH AMANDA.  AND THAT'S

09:58AM 6 THE SAME THING KENNETH HOUSE TOLD YOU IN HIS TESTIMONY.  IT WAS

09:58AM 7 THROUGH A FEMALE NAMED AMANDA THAT HE MET DOGG.  AND FERNANDO

09:58AM 8 TOLD YOU THAT HE STARTED SELLING IN 2011.  HE DELIVERED

09:58AM 9 METHAMPHETAMINE TO KENNETH HOUSE AT DIFFERENT LOCATIONS IN

09:58AM 10 PLANO.  HE DELIVERED EIGHT OUNCES TO A POUND A WEEK TO KENNETH

09:58AM 11 HOUSE.  HE UTILIZED A RUNNER WHOSE NAME WAS BEN.  HE CALLED

09:59AM 12 HIM "BO."  AND THAT HE KNEW KENNETH HOUSE WAS ALSO MARRIED TO

09:59AM 13 CHRISTINA HOUSE, AND THAT HE KNEW KENNETH HOUSE DROVE A WHITE

09:59AM 14 TRUCK.  AND THAT'S THE SAME WHITE TRUCK YOU SAW IN PHOTOGRAPHS

09:59AM 15 DURING KENNETH HOUSE'S ARREST.  HE TOLD YOU THAT HE KNEW

09:59AM 16 KENNETH HOUSE WAS DELIVERING METHAMPHETAMINE IN THE SHERMAN

09:59AM 17 AND DENISON AREAS, AND HE KNEW THAT KENNETH HOUSE AND DEFENDANT

09:59AM 18 SALAZAR WERE PARTNERS.  HE SAID THAT KENNETH HOUSE TOLD HIM

09:59AM 19 THAT THE METHAMPHETAMINE WAS FOR HIM AND HIS PARTNER SALAZAR,

09:59AM 20 AND THAT HE KNEW THE DEFENDANT WAS ALSO CALLED "CHUCKY."  HE

09:59AM 21 STARTED DISTRIBUTING TO CHUCKY WHEN KENNETH HOUSE WENT TO JAIL.

09:59AM 22 HE WAS DELIVERING ABOUT FOUR OUNCES TO CHUCKY FIVE TO 10 TIMES.

09:59AM 23 AND THAT HE MET DEFENDANT SALAZAR IN DUNCANVILLE, WHERE HE

09:59AM 24 LIVED, AND GAVE HIM THAT METHAMPHETAMINE OR SOLD HIM THAT

09:59AM 25 METHAMPHETAMINE.

CLOSING STATEMENT BY THE GOVERNMENT

1662

09:59AM  1    HE SAID HE STARTED DISTRIBUTING TO CHRISTINA HOUSE

09:59AM  2  ONCE FLIP, HER HUSBAND, WAS ARRESTED, BUT HE SOLD SMALLER

09:59AM  3  AMOUNTS TO CHRISTINA HOUSE.  AND HE KNEW THAT CHRISTINA

10:00AM  4  HOUSE WAS TRAVELING WITH DEFENDANT TIM BOWEN'S SISTER-IN-LAW.

10:00AM  5  AND HE IDENTIFIED A PICTURE OF KISHA BOWEN AS TIM BOWEN'S

10:00AM  6  SISTER-IN-LAW.  AND HE SAID HE MET KISHA BOWEN THROUGH

10:00AM  7  CHRISTINA HOUSE, WHO IS FLIP'S WIFE.  THEN, THROUGH THAT

10:00AM  8  RELATIONSHIP, HE MET DEFENDANT TIM BOWEN.  THROUGH THE

10:00AM  9  RELATIONSHIP WITH CHRISTINA HOUSE AND KISHA BOWEN, HE MET TIM

10:00AM  10  BOWEN.  HE SAID HE MET KISHA FIRST, WHICH WE SHOWED YOU THROUGH

10:00AM  11  THE TESTIMONY, BECAUSE SHE WAS TRAVELING WITH CHRISTINA HOUSE

10:00AM  12  AT THAT INTRODUCTION, THEN HE MET KIM BOWEN.  HE TOLD YOU

10:00AM  13  THAT KISHA BOWEN TRAVELED AFTER THAT WITH TIM BOWEN TO GET

10:00AM  14  THE METHAMPHETAMINE.  HE WAS DELIVERING, AGAIN, THREE TO

10:00AM  15  FOUR OUNCES INITIALLY, AND THEN BOWEN STARTED TRAVELING TO

10:00AM  16  HIM AND HIS DRIVER.  HE WAS GOING THERE AND THEY WERE DRIVING

10:00AM  17  MULTIPLE VEHICLES.  THEY WERE DRIVING THE DODGE CHARGER.  HE

10:00AM  18  TOLD YOU ABOUT HE REMEMBERED FOUR-DOOR COROLLAS.  HE TOLD YOU

10:01AM  19  THAT BOWEN STARTED TRAVELING WITH TREY TIBBS, WHO WAS ALSO

10:01AM  20  KNOWN AS DOUBLE, AND THAT HE WAS SUPPLYING DEFENDANT BOWEN

10:01AM  21  AND DOUBLE FIVE TO SIX OUNCES PER WEEK INITIALLY, AND IT WAS

10:01AM  22  INCREASED TO NINE TO 10 OUNCES PER WEEK.  AND HE KNEW THAT

10:01AM  23  DEFENDANT BOWEN AND TREY TIBBS--"DOUBLE"--WERE DELIVERING

10:01AM  24  THE METHAMPHETAMINE TO THE SHERMAN AREA.

10:01AM  25    THEN NEXT YOU HEARD FROM PRISCILLA CAMACHO.  SHE

10:01AM 1 TOLD YOU THAT SHE STARTED DISTRIBUTING METHAMPHETAMINE IN 2011,

10:01AM 2 AND SHE WAS DRIVING AND DELIVERING FOR HER BROTHER, AND THAT

10:01AM 3 SHE DROVE TO THE MCKINNEY AND DENISON AREAS TO DELIVER FOR HIM.

10:01AM 4 AND SHE SAID THAT ANDY NGUYEN WAS HER SOURCE OF SUPPLY FOR THIS

10:01AM 5 METHAMPHETAMINE, AND ANDY NGUYEN HAD RUNNERS WHO DELIVERED

10:01AM 6 FOR HIM.  AND SHE IDENTIFIED THOSE TWO RUNNERS THAT TESTIFIED

10:01AM 7 BEFORE YOU AS WORKING FOR ANDY NGUYEN.  SHE TOLD YOU THAT SHE

10:01AM 8 PICKED UP THE METHAMPHETAMINE FROM ANDY NGUYEN'S RUNNERS NEAR

10:01AM 9 THE NORTHPARK MALL.

10:02AM 10      SHE TOLD YOU THAT SHE DELIVERED METHAMPHETAMINE TO

10:02AM 11 KENNETH HOUSE, HIS RESIDENCE, BECAUSE KENNETH HOUSE WAS ON AN

10:02AM 12 ANKLE MONITOR.  AND WHEN SHE DID THAT, CHRISTINA HOUSE AND

10:02AM 13 DEFENDANT SALAZAR WERE PRESENT.  AND SHE TOLD YOU SHE ALSO

10:02AM 14 DELIVERED TO DEFENDANT RENE SALAZAR'S HOUSE, WHICH WAS ON DAY

10:02AM 15 STREET, AND THAT ANDREA REEVES, HIS GIRLFRIEND, WAS PRESENT

10:02AM 16 AT THAT LOCATION.  SHE SAID THAT WHEN SHE DELIVERED TO KENNETH

10:02AM 17 HOUSE, HE AND DEFENDANT SALAZAR SPLIT THE METHAMPHETAMINE 50/50

10:02AM 18 BECAUSE THEY WERE PARTNERS.  AND SHE SAID WHEN KENNETH HOUSE

10:02AM 19 WENT TO JAIL, SHE CONTINUED TO DELIVER TO DEFENDANT RENE SALAZAR.

10:02AM 20 AND WHEN BOTH SALAZAR AND KENNETH HOUSE WERE IN JAIL, THEN SHE

10:02AM 21 DELIVERED TO CHARLIE QUIROLO, AND SHE DID THAT FOR ABOUT TWO

10:02AM 22 MONTHS.

10:02AM 23      AND SHE SAID THAT PRIOR TO SALAZAR GOING TO JAIL

10:02AM 24 THAT HE STORED HIS DRUGS AT ANOTHER HOUSE.  AND THAT'S THE

10:02AM 25 SAME THING THAT CHARLIE QUIROLO TOLD YOU.  SHE SAID THAT

CLOSING STATEMENT BY THE GOVERNMENT

1664

10:02AM  1  SHE DELIVERED TO BOBBY JAMES, WHO IS ANOTHER COCONSPIRATOR,

10:02AM  2  APPROXIMATELY ONE TIME, AND THAT WHEN HER BROTHER WENT TO JAIL,

10:03AM  3  SHE STARTED DEALING FOR HERSELF FROM JANUARY 2012 TO MARCH

10:03AM  4  2012.  AND THIS--AGAIN, SHE'S GETTING THE DRUGS FROM ANDY

10:03AM  5  NGUYEN, WHO IS GETTING THEM FROM PRIMO.

10:03AM  6          AND IT WAS ABOUT THIS TIME THAT RAMIRO CAZARES AND

10:03AM  7  JUAN CARLOS VEGA ENTERED THIS PARTICULAR CONSPIRACY, AND THEY

10:03AM  8  WERE DISTRIBUTING TO PRISCILLA CAMACHO.

10:03AM  9          SHE TOLD YOU THAT SHE DISTRIBUTED TO ANDREA REEVES,

10:03AM  10 BRENDA REEVES, WHICH IS ANDREA REEVES' STEPMOTHER, AND MELISSA

10:03AM  11 STEWART AND SHANNON ASKEW.  SHE TOLD YOU THAT ALL OF HER

10:03AM  12 CUSTOMERS PAID UP FRONT AND SHE DIDN'T FRONT ANY METHAMPHETAMINE

10:03AM  13 OUT, AND THAT ANDY NGUYEN WAS CHARGING BETWEEN FOUR AND SEVEN

10:03AM  14 HUNDRED DOLLARS AN OUNCE, AND SHE WAS RESELLING TO HER CUSTOMERS

10:03AM  15 IN SHERMAN FOR $1400 AN OUNCE.

10:03AM  16         THEN YOU HEARD FROM BOBBY JOE JAMES.  HE TOLD YOU

10:03AM  17 THAT HE STARTED DEALING IN THIS PARTICULAR CONSPIRACY IN

10:04AM  18 OCTOBER OF 2010.  HE TOLD YOU THAT KENNETH HOUSE WAS HIS SOURCE

10:04AM  19 OF SUPPLY, AND HE WAS GETTING ABOUT ONE OUNCE TO A QUARTER-POUND

10:04AM  20 OF METHAMPHETAMINE EVERY DAY; THAT HE INITIALLY WORKED FOR

10:04AM  21 HOUSE, KENNETH HOUSE, MAKING $500 A DAY FOR DELIVERING THE

10:04AM  22 METHAMPHETAMINE.  AND THAT WHEN HE WENT TO HOUSE'S RESIDENCE,

10:04AM  23 TREY TIBBS WAS PRESENT, AND HE KNEW TREY TIBBS AS DOUBLE, AND

10:04AM  24 THAT DOUBLE ALSO WORKED FOR HOUSE, AND THAT KENNETH'S WIFE--

10:04AM  25 I SHOULD SAY KENNETH HOUSE'S WIFE WAS PRESENT.

**1665**

10:04AM    1    HE TOLD YOU THAT DEFENDANT SALAZAR WAS KENNETH

10:04AM    2    HOUSE'S PARTNER IN THE DRUG BUSINESS, IN THE METHAMPHETAMINE

10:04AM    3    BUSINESS, AND THAT HE GOT METHAMPHETAMINE FROM DEFENDANT

10:04AM    4    SALAZAR WHEN HOUSE WAS UNAVAILABLE.  HE SAID HE WENT TO

10:04AM    5    SALAZAR'S HOUSE ON DAY STREET TO MEET WITH SALAZAR, AND CHARLIE

10:04AM    6    AND ANDREA WERE PRESENT.  HE KNEW THAT CHARLIE LIVED NEXT DOOR

10:04AM    7    TO SALAZAR AND STASHED METHAMPHETAMINE FOR SALAZAR.  HE TOLD

10:05AM    8    YOU HE KNEW THAT ANDREA REEVES WAS HOUSE'S GIRLFRIEND, AND

10:05AM    9    THAT HE KNEW DOGG WAS HOUSE'S FIRST SOURCE OF SUPPLY.

10:05AM   10    HE TOLD YOU THAT HE KNEW MIKE CAMACHO WAS HOUSE'S

10:05AM   11    SECOND SOURCE OF SUPPLY, THAT WHEN THEY COULDN'T GET IT FROM

10:05AM   12    DOGG, THAT THEY WENT TO DUNCANVILLE IN ORDER TO GET IT.  AND

10:05AM   13    THAT ONCE THEY STARTED GETTING IT FROM MIKE CAMACHO, THAT IT

10:05AM   14    WAS MIKE'S SISTER PRISCILLA THAT HELPED MIKE DISTRIBUTE.  THEY

10:05AM   15    WOULD MEET PRISCILLA OR MIKE IN VAN ALSTYNE WHEN KENNETH HOUSE

10:05AM   16    AND DEFENDANT SALAZAR WERE INCARCERATED.

10:05AM   17    HE TOLD YOU THAT CHARLIE SUPPLIED IT FROM HIS HOUSE

10:05AM   18    FOR A COUPLE OF MONTHS, AND THAT ONCE CHARLIE STARTED MESSING

10:05AM   19    UP, ANDREA REEVES TOOK OVER AND STARTED DELIVERING TO HIM.

10:05AM   20    AND THEN YOU HEARD FROM CHARLES QUIROLO, CHARLIE.

10:05AM   21    HE TOLD YOU THAT HE LIVED ON DAY STREET IN DENISON AND THAT HE

10:05AM   22    MET THE DEFENDANT RENE SALAZAR--CHUCKY--IN ABOUT 2011.  HE TOLD

10:06AM   23    YOU WHEN HE FIRST MET HIM THAT DEFENDANT SALAZAR WAS LIVING IN

10:06AM   24    AN APARTMENT BEHIND HIS SISTER'S HOUSE AND THAT DEFENDANT

10:06AM   25    SALAZAR MOVED IN QUIROLO'S MOTHER'S RENT HOUSE ON DAY STREET,

CLOSING STATEMENT BY THE GOVERNMENT

1666

10:06AM 1   WHICH WAS RIGHT NEXT DOOR TO WHERE HE LIVED, WITH ANDREA

10:06AM 2   REEVES.  THAT OCCURRED, THROUGH OTHER TESTIMONY, IN ABOUT JUNE

10:06AM 3   OF 2011.

10:06AM 4         HE TOLD YOU THAT HE WORKED FOR SALAZAR, DELIVERING

10:06AM 5   METHAMPHETAMINE TO CUSTOMERS, AND THAT THE CUSTOMERS WERE TREY

10:06AM 6   TIBBS, BOBBY JAMES AND MELISSA STEWART, OR MISSY.  AND THAT HE

10:06AM 7   ALSO WEIGHED THE METHAMPHETAMINE FOR DEFENDANT SALAZAR.  HE

10:06AM 8   TOLD YOU HE WEIGHED AT BOTH DAY STREET HOUSES, AND HE WEIGHED

10:06AM 9   AND STORED AT ANOTHER LOCATION WHICH WE SHOWED TO YOU, AND HE

10:06AM 10  IDENTIFIED THAT HOUSE AS BEING NOW OWNED BY SALAZAR'S MOTHER.

10:06AM 11  HE TOLD YOU THAT SALAZAR ALWAYS PAID HIM WITH METHAMPHETAMINE.

10:06AM 12  CHARLIE QUIROLO TOLD YOU THAT HE HAD BEEN A USER OF

10:06AM 13  METHAMPHETAMINE FOR ABOUT 12 YEARS AND THAT KENNETH HOUSE

10:06AM 14  HELPED HIM WITH THAT SUPPLY--WITH THAT ADDICTION BY SUPPLYING

10:07AM 15  HIM THE METHAMPHETAMINE.

10:07AM 16        HE SAID HE KNEW KENNETH HOUSE AND SALAZAR WERE

10:07AM 17  PARTNERS IN THE METHAMPHETAMINE BUSINESS.  HE TOLD YOU THAT

10:07AM 18  HOUSE--KENNETH HOUSE INTRODUCED DEFENDANT SALAZAR TO MIKE--

10:07AM 19  MIKE CAMACHO--AND HE KNEW THAT MIKE WAS THE SOURCE OF SUPPLY

10:07AM 20  FOR HOUSE AND DEFENDANT SALAZAR AND THAT MIKE'S SISTER HELPED

10:07AM 21  MIKE DISTRIBUTE THAT METHAMPHETAMINE TO BOTH SALAZAR AND HOUSE.

10:07AM 22        HE TOLD YOU THAT SALAZAR WOULD GET RID OF THE

10:07AM 23  METHAMPHETAMINE APPROXIMATELY 30 MINUTES AFTER THEY RECEIVED

10:07AM 24  IT.  HE TOLD YOU THAT WHILE HE WAS WEIGHING IT OUT AND

10:07AM 25  REPACKAGING IT IN THE BAGS FOR DISTRIBUTION THAT DEFENDANT

CLOSING STATEMENT BY THE GOVERNMENT

1667

10:07AM 1 SALAZAR WAS ON THE PHONE, CALLING CUSTOMERS, TELLING THEM THAT

10:07AM 2 THE METHAMPHETAMINE WAS THERE, AND THAT THE CUSTOMERS WERE

10:07AM 3 COMING IMMEDIATELY TO PICK IT UP.

10:07AM 4         HE ALSO TOLD YOU THAT SALAZAR WOULD PAY CHRISTINA

10:07AM 5 HOUSE'S BILLS WHILE KENNETH HOUSE WAS IN JAIL, THAT THEY HAD

10:07AM 6 THAT ARRANGEMENT.  THAT BECAUSE THEY WERE PARTNERS, DEFENDANT

10:08AM 7 SALAZAR AND HOUSE, THEY WOULD TAKE CARE OF EACH OTHER'S

10:08AM 8 FAMILIES IF ONE OF THEM WERE INCARCERATED.  AND THAT IF BOTH

10:08AM 9 OF THEM WERE INCARCERATED, THEN MIKE ENDED UP PAYING CHRISTINA

10:08AM 10 HOUSE'S BILLS.  AND THEN ALSO WHEN SALAZAR AND HOUSE WERE IN

10:08AM 11 JAIL, MIKE PAID ANDREA REEVES, DEFENDANT SALAZAR'S GIRLFRIEND--

10:08AM 12 HE PAID HER BILLS.  AND THEN WE ALSO HEARD THAT ONCE DEFENDANT

10:08AM 13 SALAZAR WAS IN JAIL, CHARLIE WOULD CONTINUE DISTRIBUTING

10:08AM 14 THE METHAMPHETAMINE TO KENNETH HOUSE AND DEFENDANT SALAZAR'S

10:08AM 15 CUSTOMERS.  CUSTOMERS STARTED COMPLAINING, SO MIKE QUIT DEALING

10:08AM 16 WITH HIM, AND THEN MIKE STARTED DEALING WITH ANDREA REEVES.

10:08AM 17         AND THEN YOU HEARD FROM ANDREA REEVES.  AND SHE TOLD

10:08AM 18 YOU SHE DATED DEFENDANT SALAZAR.  SHE IDENTIFIED HIM, AS WELL,

10:08AM 19 AS CHUCKY.  THAT THEY STARTED DATING IN MAY, BUT THEN THEY

10:08AM 20 MOVED IN TOGETHER INTO A HOUSE ON DAY STREET IN JUNE OF 2011.

10:08AM 21 SHE TOLD YOU SHE SUSPECTED THAT THE DEFENDANT RENE SALAZAR WAS

10:08AM 22 DEALING DRUGS BECAUSE HE ALWAYS HAD MONEY, HE WAS UNEMPLOYED,

10:09AM 23 AND HE DISAPPEARED FOR VARIOUS TIMES.  AND SHE ASKED SALAZAR,

10:09AM 24 YOU KNOW, WHAT'S UP, AND HE ADMITTED THAT HE WAS DISTRIBUTING

10:09AM 25 METHAMPHETAMINE TO HIM.  SHE TOLD HIM, "PLEASE DON'T DO IT

CLOSING STATEMENT BY THE GOVERNMENT

1668

10:09AM 1  AROUND MY KIDS."  BUT THEN SHE TOLD YOU HE KEPT DOING IT

10:09AM 2  BECAUSE HE ALWAYS HAD MONEY, HE DIDN'T HAVE A JOB, AND HE

10:09AM 3  KEPT DISAPPEARING.

10:09AM 4          AND SHE TOLD YOU THAT CHARLIE QUIROLO LIVED NEXT

10:09AM 5  DOOR TO THEM AT THE DAY STREET RESIDENCE AND THAT CHARLIE'S

10:09AM 6  JOB WAS DISTRIBUTING AND WEIGHING FOR SALAZAR, AND THAT SHE MET

10:09AM 7  MIKE CAMACHO THROUGH DEFENDANT SALAZAR, MIKE CAMACHO BEING THE

10:09AM 8  SOURCE OF SUPPLY.  AND SHE TOLD YOU THAT MIKE CAMACHO DELIVERED

10:09AM 9  TWO OUNCES AT A TIME TO THEM, THAT SHE WAS AWARE OF, AND THAT

10:09AM 10 WHEN SALAZAR WENT TO JAIL, MIKE PAID THE BILLS FOR HER.

10:09AM 11         SHE IDENTIFIED THE CUSTOMERS THAT DEFENDANTS SALAZAR

10:09AM 12 AND HOUSE WERE DELIVERING TO:  TREY TIBBS, OR DOUBLE, SHANNON

10:10AM 13 ASKEW, MELISSA STEWART AND BOBBY JAMES.  AND THEN, WHEN SALAZAR

10:10AM 14 WENT TO JAIL, CHARLIE STARTED MESSING UP.  WHILE

10:10AM 15 SHE WAS TALKING TO SALAZAR, HE ASKED HER IF SHE COULD START

10:10AM 16 SELLING.  AND IT WAS AFTER THAT THAT SHE CALLED MIKE AND

10:10AM 17 STARTED DISTRIBUTING.

10:10AM 18         SO, LADIES AND GENTLEMEN, WHAT YOU HAVE THERE IS THE

10:10AM 19 DEFENDANT SALAZAR IS IN CUSTODY, HE'S STILL GOING ON WITH HIS

10:10AM 20 BUSINESS.  HE KNOWS THAT CHARLIE IS RUNNING THE BUSINESS, HE

10:10AM 21 KNOWS THAT CHARLIE IS MESSING UP, AND SO, IN ORDER TO KEEP HIS

10:10AM 22 CUSTOMERS HAPPY, FROM JAIL HE ASKED ANDREA REEVES TO TAKE OVER

10:10AM 23 THE DISTRIBUTION OF HIS ORGANIZATION.

10:10AM 24         ANDREA REEVES TELLS YOU THAT SHE MET EITHER MIKE OR

10:10AM 25 PRISCILLA AT A WHATABURGER OR MCDONALD'S IN MCKINNEY, OR AT

CLOSING STATEMENT BY THE GOVERNMENT

**1669**

| | |
|---|---|
| 10:10AM | 1 |
| 10:10AM | 2 |
| 10:10AM | 3 |
| 10:10AM | 4 |
| 10:11AM | 5 |
| 10:11AM | 6 |

1  THEIR HOUSE, AND SHE STARTED RECEIVING ONE TO TWO OUNCES AT

2  THAT TIME, THEN SHE STARTED RECEIVING TWO OUNCES TWO OR THREE

3  TIMES A WEEK.  AND SHE WAS ARRESTED.  SHE WAS CAUGHT WITH WHAT

4  PRISCILLA HAD DISTRIBUTED--PRISCILLA CAMACHO HAD DISTRIBUTED

5  TO HER.  AND YOU HEARD THAT IT WAS FOUND IN A WHATABURGER CUP,

6  WHICH IS CONSISTENT WITH THE LOCATION WHERE THEY MET.

7  THEN YOU HEARD FROM KENNETH HOUSE, WHO WAS DEFENDANT

8  SALAZAR'S PARTNER IN THE METHAMPHETAMINE BUSINESS.  AND HE TOLD

9  YOU THAT HE KNEW THAT DEFENDANT SALAZAR WAS DISTRIBUTING

10  METHAMPHETAMINE.  AND ONCE KENNETH HOUSE STARTED DISTRIBUTING,

11  HE STARTED SELLING AS MUCH AS SALAZAR.  AND SO, SO THEY

12  WOULDN'T BUTT HEADS, HE APPROACHES THE DEFENDANT SALAZAR AND

13  ASKED HIM DID HE WANT TO ENTER INTO A PARTNERSHIP.  AND SALAZAR

14  AGREED.

15  AT THAT TIME, HOUSE'S SOURCE OF SUPPLY WAS FERNANDO,

16  ALSO KNOWN AS DOGG.  HE TOLD YOU THAT HE MET DOGG WHEN HE

17  STARTED RECEIVING FROM HIM AT COLLIN CREEK MALL IN PLANO,

18  RECEIVING ONE OUNCE AT A TIME, AND SPLIT IT WITH SALAZAR SO

19  THAT THEY COULD TEST IT AND SEE IF THIS IS QUALITY PRODUCT

20  AND IF THEY WANTED TO KEEP DEALING WITH DOGG.  THEY DECIDED

21  TO KEEP THE RELATIONSHIP WITH DOGG.

22  EACH TIME THAT KENNETH HOUSE RECEIVED ANY

23  METHAMPHETAMINE, HE SPLIT IT WITH HIS PARTNER, DEFENDANT

24  SALAZAR.  HE TOLD YOU THAT AT THE BEGINNING OF THEIR

25  PARTNERSHIP THAT THE DEFENDANT SALAZAR WAS LIVING BEHIND HIS

CLOSING STATEMENT BY THE GOVERNMENT

**1670**

10:12AM  1  SISTER'S HOUSE, CONSISTENT WITH THE OTHER TESTIMONY, AND THAT

10:12AM  2  DEFENDANT HOUSE MOVED TO A HOUSE ON DAY STREET, MOVED THERE

10:12AM  3  WITH HIS GIRLFRIEND, AND THAT CHARLIE WAS RESPONSIBLE FOR THE

10:12AM  4  DISTRIBUTION AND WEIGHING OF METHAMPHETAMINE FOR DEFENDANT

10:12AM  5  SALAZAR.  HE TOLD YOU THAT THEY ALSO USED A VACANT HOUSE

10:12AM  6  TO STORE THE METHAMPHETAMINE.  AND HE SAID THAT TREY TIBBS

10:12AM  7  DELIVERED AND PICKED UP MONEY FOR HIM AND THAT BOBBY JAMES

10:12AM  8  WORKED FOR BOTH HE AND HOUSE, DELIVERING THE METH AND PICKING

10:12AM  9  UP MONEY.  AND SALAZAR TOLD KENNETH HOUSE THAT HE WAS SELLING

10:12AM  10  METHAMPHETAMINE TO THE DEFENDANT TIM BOWEN, AND HE SAID HE ALSO

10:12AM  11  DISTRIBUTED TO MELVIN BOWEN.  IF YOU REMEMBER THE TESTIMONY,

10:12AM  12  THEY GOT BEHIND--DEFENDANT TIM BOWEN AND HIS BROTHER GOT BEHIND

10:12AM  13  IN THEIR PAYMENTS TO DEFENDANT SALAZAR, AND KENNETH HOUSE SAID,

10:13AM  14  "QUIT DEALING WITH THEM."  BUT DEFENDANT SALAZAR SAID, "NO,"

10:13AM  15  AND HE KEPT DELIVERING TO BOTH TIM BOWEN AND HIS BROTHER MELVIN

10:13AM  16  BOWEN.

10:13AM  17          KENNETH HOUSE TOLD YOU THAT SALAZAR--WHEN MELVIN

10:13AM  18  BOWEN WENT TO JAIL, HE WENT OVER TO KISHA BOWEN'S HOUSE

10:13AM  19  AND TOLD HER THAT MELVIN BOWEN HAD A DEBT AND THAT SHE WAS

10:13AM  20  RESPONSIBLE FOR PAYING THAT DEBT.  AND AS YOU KNOW, KISHA BOWEN

10:13AM  21  IS TIM BOWEN'S SISTER-IN-LAW.  AND SALAZAR AND HOUSE AGREED

10:13AM  22  TO TAKE CARE OF EACH OTHER'S FAMILIES, YOU KNOW, IF EITHER ONE

10:13AM  23  OF THEM WERE INCARCERATED.  AND THAT CAMACHO WOULD DELIVER TO

10:13AM  24  SALAZAR WHEN HOUSE WAS IN JAIL, AND THEN WHEN HE WAS RELEASED,

10:13AM  25  HE MET CAMACHO THROUGH SALAZAR.  WHEN HOUSE GOT OUT OF JAIL,

CLOSING STATEMENT BY THE GOVERNMENT

1671

10:13AM   1   HE HOOKED BACK UP WITH DEFENDANT SALAZAR, AND THEN HE MET MIKE

10:13AM   2   CAMACHO.  AND WHEN HE WAS ARRESTED, HE HAD THREE OUNCES THAT

10:13AM   3   HE SAID CAME FROM DOGG AND THAT HE WAS BRINGING THAT THREE

10:14AM   4   OUNCES BACK TO SPLIT WITH SALAZAR.

10:14AM   5          HE TOLD YOU THAT WHEN BOTH HE AND SALAZAR WERE

10:14AM   6   ARRESTED THAT CHARLIE TOOK OVER.  MIKE WAS DELIVERING TO

10:14AM   7   CHARLIE, CHARLIE WAS MESSING UP, CUSTOMERS COMPLAINING, AND

10:14AM   8   THEN MIKE STARTED DEALING WITH ANDREA REEVES, WHO TOOK OVER

10:14AM   9   AT DEFENDANT SALAZAR'S REQUEST, AND THAT MANUEL CAMACHO WAS

10:14AM   10  DELIVERING EIGHT OUNCES AT A TIME TO THEM, AND HIS SISTER

10:14AM   11  PRISCILLA WOULD ALSO DISTRIBUTE TO BOTH OF THEM, AND THEY WOULD

10:14AM   12  MEET, AGAIN, IN VAN ALSTYNE OR AT THEIR HOUSE, ESPECIALLY WHEN

10:14AM   13  HE WAS ON AN ANKLE MONITOR.

10:14AM   14         HE ALSO TOLD YOU THAT PRISCILLA DELIVERED TO HIM

10:14AM   15  WHEN HE WAS ON ANKLE MONITOR AND THAT THE TOTAL AMOUNT OF

10:14AM   16  METHAMPHETAMINE THAT HE RECEIVED FROM THE TWO SOURCES OF SUPPLY

10:14AM   17  IN THIS CONSPIRACY THAT THEY WERE RESPONSIBLE FOR GETTING THIS

10:14AM   18  METHAMPHETAMINE TO SHERMAN WAS APPROXIMATELY 45 POUNDS, WHICH

10:14AM   19  IS 22 KILOGRAMS OF METHAMPHETAMINE.  AND THEN ONCE HOUSE WAS

10:14AM   20  ARRESTED, SALAZAR CONTINUED TO DISTRIBUTE.

10:15AM   21         THEN YOU HEARD FROM TREY TIBBS, AND HE'S KNOWN AS

10:15AM   22  "DOUBLE," AND HE TOLD YOU THAT IN 2010 THAT KENNETH HOUSE WAS

10:15AM   23  HIS SOURCE OF SUPPLY.  AND THEN HOUSE WENT TO JAIL.  AND ONCE

10:15AM   24  HE WAS RELEASED HE STARTED DELIVERING FOR HIM, AND HE WAS

10:15AM   25  DELIVERING ABOUT A QUARTER-POUND OF METHAMPHETAMINE A DAY.

CLOSING STATEMENT BY THE GOVERNMENT

**1672**

10:15AM 1 HE MET THE DEFENDANT RENE SALAZAR THROUGH KENNETH HOUSE IN

10:15AM 2 2011.  HE KNEW THAT KENNETH HOUSE WAS ALSO CALLED "CHUCKY."

10:15AM 3 HE SAID THAT SALAZAR AND HOUSE WERE PARTNERS IN THE

10:15AM 4 METHAMPHETAMINE BUSINESS, AND HE KNEW THAT MIKE CAMACHO

10:15AM 5 WAS ONE OF THE SOURCES OF SUPPLY FOR SALAZAR AND HOUSE.

10:15AM 6        WHEN HOUSE WENT TO JAIL, DEFENDANT SALAZAR STARTED

10:15AM 7 SUPPLYING TREY TIBBS TWO OUNCES EVERY DAY FOR ABOUT ONE TO TWO

10:15AM 8 MONTHS.  HE TOLD YOU THAT INITIALLY SALAZAR WOULD FRONT THE

10:15AM 9 METHAMPHETAMINE TO TREY TIBBS, BUT THEN WHEN TREY TIBBS GOT

10:15AM 10 ARRESTED, THE DEFENDANT SALAZAR SAID, "NO MORE DRUGS UP FRONT;

10:15AM 11 YOU'VE GOTTA START PAYING FOR IT."  SO HE STARTED RECEIVING

10:16AM 12 LESSER AMOUNTS.  SO HE WAS ONLY RECEIVING A QUARTER-OUNCE TO A

10:16AM 13 HALF-OUNCE A DAY.

10:16AM 14        HE WENT TO THE HOUSE ON DAY STREET TO GET THE

10:16AM 15 METHAMPHETAMINE FROM SALAZAR.  HE KNEW ANDREA REEVES LIVED

10:16AM 16 THERE AND CHARLIE WAS THEIR NEXT-DOOR NEIGHBOR.

10:16AM 17        HE TOLD YOU ALSO THAT CHARLIE STARTED DISTRIBUTING

10:16AM 18 THE METHAMPHETAMINE WHEN SALAZAR WENT TO JAIL, CUSTOMERS

10:16AM 19 STARTED COMPLAINING TO MIKE, THEN MIKE STARTED DEALING DIRECTLY

10:16AM 20 WITH HIM UNTIL ANDREA REEVES TOOK OVER.  AND THEN DURING THAT

10:16AM 21 TIME HE ALSO STARTED BUYING METHAMPHETAMINE FROM DOGG.  HE KNEW

10:16AM 22 DOGG LIVED IN DUNCANVILLE, AND HE STARTED OUT PURCHASING ONE

10:16AM 23 OUNCE FROM DOGG, WHICH INCREASED TO EIGHT OUNCES.

10:16AM 24        AND THEN DURING HIS RELATIONSHIP WITH DOGG, HE

10:16AM 25 DISCOVERED THAT THE DEFENDANT TIM BOWEN WAS ALSO GETTING

CLOSING STATEMENT BY THE GOVERNMENT

**1673**

10:16AM  1    METHAMPHETAMINE FROM DOGG.  AND THE TESTIMONY WAS THAT AFTER

10:16AM  2    THEY FOUND OUT THAT THE DEFENDANT TIM BOWEN WAS GETTING CHARGED

10:16AM  3    MORE THAN DOUBLE WAS GETTING CHARGED, THAT THEY AGREED TO POOL

10:17AM  4    THEIR MONEY IN ORDER TO GET A CHEAPER PRICE FOR MORE

10:17AM  5    METHAMPHETAMINE.  AND SO TREY TIBBS TOLD YOU HE STARTED

10:17AM  6    RECEIVING EIGHT OUNCES OF METHAMPHETAMINE, AND TIM BOWEN WAS

10:17AM  7    RECEIVING TWO OUNCES OF METHAMPHETAMINE.

10:17AM  8          YOU HEARD TREY TIBBS TELL YOU THAT BOWEN WAS PAYING

10:17AM  9    THE DRIVERS TO DRIVE THEM TO MEET DOGG, AND THAT THE DRIVERS

10:17AM  10   WERE SABRINA AND HE SAID MARIE OR MARISA, HE COULDN'T REMEMBER

10:17AM  11   THE OTHER DRIVER'S NAME, BUT WE SHOWED YOU IT WAS MARIE, AND

10:17AM  12   SHE WAS THE ONE WHO DROVE INITIALLY A DODGE MAGNUM THAT

10:17AM  13   BELONGED TO CARLOS, THE GUY SHE WAS LIVING WITH.  AND AFTER

10:17AM  14   DRIVING CARLOS'S DODGE MAGNUM FOR A WHILE, THEN THEY RENTED

10:17AM  15   CARS WHICH THEY USED TO DRIVE TO MEET DOGG.

10:17AM  16         TREY TIBBS TOLD YOU THAT HE AND DEFENDANT BOWEN HID

10:17AM  17   THEIR METHAMPHETAMINE IN EITHER A WATER BOTTLE OR ONE OF THOSE

10:17AM  18   HIDE-A-CANS.

10:17AM  19         YOU HEARD FROM MARIE DAVILA, ONE OF THE DRIVERS

10:18AM  20   THAT TIM BOWEN HIRED TO DRIVE.  SHE TOLD YOU SHE WAS A

10:18AM  21   METHAMPHETAMINE USER.  SHE TOLD YOU THAT INITIALLY SHE WAS

10:18AM  22   GETTING SUPPLIED BY JOSH BOWEN, WHO WAS TIM BOWEN AND MELVIN

10:18AM  23   BOWEN'S OTHER BROTHER, AND THAT WHILE JOSH BOWEN WAS SUPPLYING

10:18AM  24   HER THEY WOULD GO TO TIM BOWEN'S HOUSE TO GET THE

10:18AM  25   METHAMPHETAMINE TO SUPPLY IT TO HER.  SHE HADN'T MET TIM BOWEN

CLOSING STATEMENT BY THE GOVERNMENT

**1674**

10:18AM 1    FACE-TO-FACE BY THEN, BUT THEN SHE MET SABRINA SCHROEDER, AND

10:18AM 2    IT WAS THROUGH HER RELATIONSHIP WITH SABRINA THAT SHE ENDED

10:18AM 3    UP MEETING DEFENDANT TIM BOWEN FACE-TO-FACE.

10:18AM 4            AND THEN AFTER THAT INTRODUCTION TIM BOWEN STARTED

10:18AM 5    SUPPLYING HER METHAMPHETAMINE.  AND AFTER THEIR RELATIONSHIP

10:18AM 6    TOOK OFF, SHE STARTED DRIVING FOR TIM BOWEN IN ABOUT JUNE OR

10:18AM 7    JULY OF 2001 [SIC].  AND SHE TOLD YOU THAT TIM BOWEN PAID HER

10:18AM 8    ABOUT A HUNDRED DOLLARS EACH TIME SHE DROVE.  SHE ALSO TOLD YOU

10:18AM 9    THAT TIM BOWEN PAID HER NOT ONLY THE HUNDRED DOLLARS FOR EACH

10:18AM 10   TIME BUT HE ALSO GAVE HER A GRAM OF METHAMPHETAMINE.

10:18AM 11           AND IT WAS DURING THESE TRIPS TO EITHER DOGG OR

10:19AM 12   HIS RUNNER THAT SHE WOULD OVERHEAR DEFENDANT BOWEN IN THE CAR

10:19AM 13   CALLING DOGG AND ASKING IF THE METHAMPHETAMINE WAS READY.  AND

10:19AM 14   INITIALLY WHEN THEY GOT BACK FROM GETTING THE METHAMPHETAMINE

10:19AM 15   FROM DOGG OR HIS RUNNER, THEY WERE GOING TO TIMOTHY BOWEN'S

10:19AM 16   HOUSE, BUT TIMOTHY BOWEN'S GIRLFRIEND DIDN'T LIKE MARIE DAVILA,

10:19AM 17   SO THEN THEY STARTED GOING TO HOTELS AND STARTED WEIGHING THE

10:19AM 18   METHAMPHETAMINE THERE.  AND AFTER THEY WOULD WEIGH IT UP, THEY

10:19AM 19   WOULD CALL--TIM BOWEN WOULD CALL THE CUSTOMERS AND THEY WOULD

10:19AM 20   COME GET THE METHAMPHETAMINE.

10:19AM 21           AND SHE TOLD YOU SHE WAS DRIVING TIM BOWEN EVERY TWO

10:19AM 22   TO THREE DAYS TO GET METHAMPHETAMINE.  AND AT SOME POINT WHILE

10:19AM 23   SHE WAS DRIVING FOR TIM BOWEN, TIM BOWEN HOOKED UP WITH TREY

10:19AM 24   TIBBS, WHO IS "DOUBLE," AND HE STARTED GOING WITH HER.  AND SHE

10:19AM 25   ESTIMATED THAT WHILE TREY TIBBS AND DEFENDANT BOWEN WERE

CLOSING STATEMENT BY THE GOVERNMENT

**1675**

10:19AM 1  TRAVELING TOGETHER, SHE DROVE THEM APPROXIMATELY 18 TO 20 TIMES

10:20AM 2  HERSELF.

10:20AM 3  SHE TOLD YOU THAT DOUBLE WAS GETTING A CHEAPER PRICE

10:20AM 4  THAN BOWEN, AND THAT'S HOW THEY ENDED UP HOOKING UP AND DRIVING

10:20AM 5  TOGETHER TO GET FROM DOGG.  AND SHE TOLD YOU, TOO, THAT DOUBLE

10:20AM 6  AND BOWEN USED A WATER BOTTLE AND A HIDE-A-CAN THAT THEY

10:20AM 7  CONCEALED THEIR METH IN.  AND SHE TOLD YOU, JUST AS TREY TIBBS

10:20AM 8  DID, THAT THAT HIDE-A-CAN WAS LIKE ONE OF THOSE TIRE SHINE

10:20AM 9  FALSE-BOTTOM CANS THAT SHE GOT FROM THE GAS PIPE IN PLANO.

10:20AM 10  SHE TOLD YOU THAT INITIALLY SHE STARTED DRIVING THE

10:20AM 11  DODGE MAGNUM AND THAT THEN THEY STARTED USING RENTAL CARS.

10:20AM 12  SHE TOLD YOU THEY ALSO USED COROLLAS AND DODGE CHARGERS.  SHE

10:20AM 13  SAID ONE TIME WHEN TIM BOWEN CALLED DOGG AND ASKED HIM IF THE

10:20AM 14  METHAMPHETAMINE WAS READY, THE METHAMPHETAMINE WASN'T READY,

10:20AM 15  SO THEY STOPPED OFF AT THE FRISCO MALL AND DEFENDANT BOWEN

10:20AM 16  BOUGHT HER A COACH PURSE.

10:21AM 17  THEN YOU HEARD FROM CARLOS CABRALES.  HE SAID THAT

10:21AM 18  HE MET TIM BOWEN THROUGH MARIE.  MARIE WAS LIVING WITH HIM AT

10:21AM 19  THE TIME.  SHE ASKED HIM TO USE HIS VEHICLE TO TAKE TIM BOWEN

10:21AM 20  TO PICK UP THE METHAMPHETAMINE.  THEY USED HIS DODGE MAGNUM.

10:21AM 21  AND APPROXIMATELY TWO TO THREE TIMES A WEEK THEY WOULD BOTH

10:21AM 22  PAY HIM IN METHAMPHETAMINE.  AND ON ONE OCCASION AFTER THEY HAD

10:21AM 23  USED HIS DODGE MAGNUM, HE SAW THEM IN HIS GARAGE, AND THEY WERE

10:21AM 24  REPACKAGING ABOUT TWO OUNCES OF METHAMPHETAMINE IN HIS GARAGE.

10:21AM 25  HE SAID AFTER THAT THEY SWITCHED TO RENTAL CARS, AND

Case 4:12-cr-00016-SDJ-CAN  Document 1161  Filed 11/10/14  Page 50 of 178 PageID #: 2321
CLOSING STATEMENT BY THE GOVERNMENT

1676

10:21AM  1    THE RENTAL CARS WERE IN HIS NAME, BUT THAT BOWEN PAID HIM FOR

10:21AM  2    THEM.  AND THAT THEY KEPT THE RENTAL CARS NORMALLY FOR A WHOLE

10:21AM  3    WEEK AT A TIME.

10:21AM  4            AND THEN YOU HEARD FROM CHRISTINA HOUSE.  SHE TOLD

10:21AM  5    YOU THAT SHE WAS MARRIED TO KENNETH HOUSE, ALSO KNOWN AS FLIP.

10:21AM  6    AND SHE SAID THAT KENNETH HOUSE AND RENE SALAZAR WERE CLOSE,

10:22AM  7    THEY WERE LIKE BROTHERS.  SHE KNEW SALAZAR WAS CHUCKY, AND

10:22AM  8    SHE ALSO KNEW THAT CHUCKY AND HER HUSBAND WERE PARTNERS IN

10:22AM  9    THE METHAMPHETAMINE BUSINESS.

10:22AM  10            SHE KNEW THAT DOGG WAS THE SOURCE OF SUPPLY AND THAT

10:22AM  11    HE LIVED IN DUNCANVILLE.  AND SHE WAS WITH HOUSE APPROXIMATELY

10:22AM  12    15 TIMES WHEN HE OBTAINED METHAMPHETAMINE FROM DOGG THAT HE

10:22AM  13    SUBSEQUENTLY SPLIT WITH DEFENDANT SALAZAR.  SHE SAID THAT HOUSE

10:22AM  14    AND SALAZAR WERE GETTING APPROXIMATELY TWO OUNCES TWO TO THREE

10:22AM  15    TIMES A WEEK FROM AUGUST TO NOVEMBER OF 2010, AND THAT THEY

10:22AM  16    WOULD MEET DOGG AT THE ALLEN OUTLET OR AT HOOTERS IN PLANO.

10:22AM  17    AND AFTER HER HUSBAND WENT TO JAIL, SHE CONTINUED PURCHASING

10:22AM  18    METHAMPHETAMINE FROM DOGG, AND SHE WAS POOLING MONEY WITH

10:22AM  19    OTHER COCONSPIRATORS WHEN SHE WAS TRAVELING TO MEET DOGG TO

10:22AM  20    GET METHAMPHETAMINE FROM HIM.  SHE TOLD YOU SHE WAS PURCHASING

10:22AM  21    ABOUT TWO TO THREE TIMES A WEEK FROM NOVEMBER OF 2010 TO MARCH

10:22AM  22    OF '11.

10:22AM  23            KENNETH HOUSE WAS ARRESTED IN NOVEMBER OF 2010, AND

10:22AM  24    SHE WAS ARRESTED IN MARCH OF 2011.  SO DURING THAT TIME FRAME

10:22AM  25    SHE WAS GETTING METHAMPHETAMINE TWO TO THREE TIMES A WEEK.

CLOSING STATEMENT BY THE GOVERNMENT

**1677**

10:23AM 1    AND THEN WHEN HOUSE WAS RELEASED FROM JAIL, HE

10:23AM 2 COULDN'T GET METHAMPHETAMINE FROM DOGG ANYMORE BECAUSE SHE TOLD

10:23AM 3 YOU THAT DOGG WAS A LITTLE LEERY.  SO THEN THEY STARTED GOING

10:23AM 4 TO MIKE CAMACHO.  AND THEY MET MIKE CAMACHO THROUGH SALAZAR

10:23AM 5 BECAUSE THAT'S WHO WAS DISTRIBUTING TO DEFENDANT SALAZAR

10:23AM 6 WHILE KENNETH HOUSE WAS IN JAIL.

10:23AM 7    SHE TOLD YOU THAT SALAZAR THEN INTRODUCED KENNETH

10:23AM 8 HOUSE TO MIKE CAMACHO WHEN HE GOT OUT OF JAIL, AND THAT SHE

10:23AM 9 WENT WITH KENNETH HOUSE TO PICK UP AND DELIVER MONEY TO SALAZAR

10:23AM 10 AS WELL.  SHE WENT TO SALAZAR'S HOUSE ON DAY STREET, SHE KNEW

10:23AM 11 ANDREA REEVES WAS LIVING THERE, SHE KNEW CHARLIE WAS THE

10:23AM 12 NEXT-DOOR NEIGHBOR AND THAT CHARLIE WAS INITIALLY ONE OF

10:23AM 13 KENNETH HOUSE'S CUSTOMERS AND THEN BECAME A WORKER FOR

10:23AM 14 DEFENDANT SALAZAR.

10:23AM 15    SHE TOLD YOU THAT SHE AND KISHA BOWEN WENT

10:23AM 16 APPROXIMATELY FIVE TIMES TO GET METHAMPHETAMINE FROM DOGG.

10:23AM 17 WHEN THEY WERE LEAVING SHERMAN IN ORDER TO GO MEET DOGG AT THE

10:24AM 18 VARIOUS LOCATIONS, THEY WOULD STOP BY TIM BOWEN'S HOUSE AND

10:24AM 19 PICK UP MONEY FROM HIM BEFORE THEY WENT TO MEET DOGG.

10:24AM 20    AND THEN AFTER THEY PICKED UP THE METHAMPHETAMINE,

10:24AM 21 TIM BOWEN WOULD BE THE FIRST STOP THAT THEY WOULD STOP AT WHEN

10:24AM 22 THEY GOT BACK TO SHERMAN.

10:24AM 23    AT SOME POINT, BECAUSE YOU HEARD THAT KISHA BOWEN

10:24AM 24 WAS PREGNANT, THEY DECIDED THAT KISHA BOWEN WASN'T GOING TO BE

10:24AM 25 ABLE TO DRIVE AS MUCH ANYMORE.  BUT CHRISTINA HOUSE DIDN'T HAVE

CLOSING STATEMENT BY THE GOVERNMENT

**1678**

10:24AM  1   A VEHICLE.  SO KISHA BOWEN PROVIDED TRANSPORTATION, AND THEY

10:24AM  2   DECIDED TO INTRODUCE TIM BOWEN TO DOGG.  AND SO WHAT CHRISTINA

10:24AM  3   HOUSE DID IS, SHE CALLED DOGG AND TOLD DOGG, IF YOU REMEMBER

10:24AM  4   HER TESTIMONY, THAT TIM BOWEN WAS A GOOD CUSTOMER, HE HAD A LOT

10:24AM  5   OF HIS OWN CUSTOMERS, SO HE WOULD BE A GOOD CUSTOMER TO START

10:24AM  6   GETTING FROM DOGG.  SHE TOLD YOU THAT THEY ALL STARTED OUT

10:24AM  7   GOING DOWN THERE TO MEET DOGG, BUT SHE STILL OWED DOGG MONEY

10:24AM  8   FOR METHAMPHETAMINE SHE HAD GOTTEN FROM HIM, SO SHE DIDN'T WANT

10:24AM  9   TO MAKE THE FULL TRIP DOWN THERE.  SO THEY DROPPED HER OFF AT

10:25AM  10  AN OLIVE GARDEN.  AND SO TIM BOWEN AND WENT ON DOWN TO MEET

10:25AM  11  DOGG FACE-TO-FACE.

10:25AM  12          AND SHE TOLD YOU THAT TIM BOWEN STARTED TRAVELING

10:25AM  13  WITH KISHA BOWEN, INITIALLY GOING TO DOGG'S, AND THEN AFTER

10:25AM  14  KISHA BOWEN HAD HER BABY OR, ACTUALLY, SHE WAS TOO PREGNANT TO

10:25AM  15  TRAVEL, TIM BOWEN STARTED GOING TO MEET DOGG WITHOUT HER.

10:25AM  16          SHE TOLD YOU THAT SHE AND KISHA BOWEN WERE ARRESTED

10:25AM  17  IN NOVEMBER 2011.  AND IF YOU REMEMBER HER TESTIMONY, SHE

10:25AM  18  TOLD YOU THAT KENNETH HOUSE WAS GETTING OUT THE NEXT DAY, ON

10:25AM  19  NOVEMBER 10TH, SO SHE WANTED TO MAKE A BASKET FOR HIM.  SHE

10:25AM  20  CALLED KISHA BOWEN, BECAUSE SHE DIDN'T HAVE A RIDE.  KISHA CAME

10:25AM  21  AND GOT HER, AND THEY WERE GONNA GO TO WALMART IN ORDER TO GET

10:25AM  22  STUFF FOR THIS BASKET.  WELL, KISHA TOLD HER, "I'VE GOT TO WAIT

10:25AM  23  FOR TIM BOWEN TO GET BACK WITH THE METHAMPHETAMINE."  IT GOT

10:25AM  24  LATER.  AND SO KISHA BOWEN PICKED HER UP LATE.  AND SHE TOLD

10:26AM  25  YOU KISHA HAD GONE BY--OR TIM BOWEN HAD BROUGHT THE DRUGS TO

CLOSING STATEMENT BY THE GOVERNMENT

**1679**

10:26AM 1   KISHA AT HER HOUSE OR KISHA HAD GONE TO PICK UP THE DRUGS FROM

10:26AM 2   TIM BOWEN, AND MADE A DELIVERY TO HER HOUSE AND KEPT A LITTLE

10:26AM 3   BIT OF THE METHAMPHETAMINE WITH HER BECAUSE THEY STOPPED TO

10:26AM 4   DELIVER TO A CUSTOMER, AND AFTER THAT DELIVERY THEY WERE

10:26AM 5   STOPPED BY LAW ENFORCEMENT.  SHE TOLD YOU THAT SHE TOOK THE

10:26AM 6   METHAMPHETAMINE THAT KISHA BOWEN HAD AND SHE PUT IT IN HER

10:26AM 7   OWN PURSE BECAUSE KISHA BOWEN WAS PREGNANT.

10:26AM 8          THEN YOU HEARD FROM KISHA BOWEN.  AND SHE TOLD YOU

10:26AM 9   SHE WAS MARRIED TO MELVIN BOWEN, WHO WAS TIM BOWEN'S BROTHER.

10:26AM 10  AND SHE TOLD YOU THAT SHE FOUND OUT THAT DEFENDANT SALAZAR WAS

10:26AM 11  DELIVERING METHAMPHETAMINE TO HER HOUSE.  AND THE WAY SHE FOUND

10:26AM 12  OUT WAS THAT HER HUSBAND TESTED POSITIVE FOR METHAMPHETAMINE

10:26AM 13  AND WENT BACK TO JAIL.  MAYBE NOT THE FIRST TIME, BUT THE

10:26AM 14  SECOND TIME, HE HAD A POSITIVE UA.  HE GOES TO JAIL--MELVIN

10:26AM 15  BOWEN GOES TO JAIL.  THEN SALAZAR COMES TO HER HOUSE AND

10:26AM 16  WANTS HER TO PAY OFF MELVIN BOWEN'S DEBT.  SO SHE SOLD

10:27AM 17  METHAMPHETAMINE, I THINK, THREE TIMES TO SATISFY THE DEBT

10:27AM 18  TO DEFENDANT SALAZAR.

10:27AM 19         SHE TELLS YOU THAT AFTER SHE PAYS OFF THE DEBT,

10:27AM 20  SHE CONTINUES TO OBTAIN METHAMPHETAMINE FROM SALAZAR, AND

10:27AM 21  IT'S DURING THAT RELATIONSHIP THAT SHE INTRODUCES TIM BOWEN

10:27AM 22  TO SALAZAR FOR THE PURPOSE OF CONDUCTING DRUG BUSINESS.

10:27AM 23         AND SHE TOLD YOU THAT TIM BOWEN IS HER BROTHER-IN-LAW.

10:27AM 24  SHE TOLD YOU SHE HAD MET CHRISTINA HOUSE BECAUSE THEIR HUSBANDS

10:27AM 25  WERE IN JAIL TOGETHER AND THAT KENNETH HOUSE HAD TOLD CHUCKY--

CLOSING STATEMENT BY THE GOVERNMENT

**1680**

10:27AM 1 THE DEFENDANT RENE SALAZAR--NOT TO SELL TO CHRISTINA. SO

10:27AM 2 BECAUSE CHUCKY WOULDN'T SELL TO CHRISTINA HOUSE, THEY HAD TO

10:27AM 3 GO GET THE METHAMPHETAMINE FROM DOGG.

10:27AM 4 SHE WENT WITH CHRISTINA HOUSE TO GET THAT

10:27AM 5 METHAMPHETAMINE, AND SHE WOULD STOP BY TIM BOWEN'S HOUSE IN

10:27AM 6 ORDER TO GET THE MONEY FROM HIM PRIOR TO THEIR LEAVING TO GO

10:27AM 7 MEET DOGG. AFTER THEIR MEETING WITH DOGG, THEY BROUGHT THE

10:27AM 8 METHAMPHETAMINE BACK TO TIM BOWEN.

10:28AM 9 SHE DECIDED TO INTRODUCE TIM BOWEN DIRECTLY TO DOGG.

10:28AM 10 CHRISTINA HOUSE OWED DOGG MONEY, SO THEY DROPPED HER OFF AT THE

10:28AM 11 OLIVE GARDEN. AND DURING THAT CONVERSATION SHE TOLD YOU THAT

10:28AM 12 THEY WERE ALL DISCUSSING PRICES. AND INITIALLY DOGG WAS

10:28AM 13 CHARGING $1100 AN OUNCE, BUT HE TOLD THEM IF THEY WERE GONNA

10:28AM 14 BE CONSISTENT CUSTOMERS, HE WOULD DROP IT DOWN TO $900 AN OUNCE.

10:28AM 15 AND SO THEN TIM BOWEN STARTED GOING TO GET METHAMPHETAMINE FROM

10:28AM 16 DOGG WITHOUT KISHA BOWEN. SO, THEN, DURING THE COURSE OF HIS

10:28AM 17 PURCHASING FROM DOGG, HE FINDS OUT THAT TREY TIBBS--DOUBLE--

10:28AM 18 WAS GETTING METHAMPHETAMINE AT A CHEAPER PRICE. AND SO HE

10:28AM 19 AND TIM BOWEN AND DOUBLE START TRAVELING TOGETHER TO GET

10:28AM 20 THE METHAMPHETAMINE FROM DOGG SO THAT THEY CAN GET MORE

10:28AM 21 METHAMPHETAMINE AT A CHEAPER PRICE.

10:28AM 22 AND KISHA BOWEN TOLD YOU THAT TIM BOWEN USED

10:28AM 23 DRIVERS, SABRINA AND MARIE, TO TAKE HIM TO GET THE

10:29AM 24 METHAMPHETAMINE FROM EITHER DOGG OR ONE OF HIS RUNNERS,

10:29AM 25 OR BOTH. AND SHE TOLD YOU AGAIN ABOUT THE STOP IN 2011, THAT

CLOSING STATEMENT BY THE GOVERNMENT

**1681**

10:29AM  1    SHE HAD THE METHAMPHETAMINE IN HER POSSESSION, BUT CHRISTINA

10:29AM  2    HAD TAKEN IT FROM HER AND PUT IT IN HER OWN PURSE.

10:29AM  3              THEN--WELL, INITIALLY YOU HEARD FROM AGENT JOE MATA.

10:29AM  4    AND HE TOLD YOU THAT THE WAY DEA GOT INVOLVED IN THIS CASE WAS

10:29AM  5    THAT SHERMAN P.D. CALLED THEM TO ASSIST IN THE METHAMPHETAMINE

10:29AM  6    CASE THAT THEY HAD GOING ON.  AND IT WAS DURING THIS

10:29AM  7    INVESTIGATION THAT AGENT MATA DETERMINED THAT ANDY NGUYEN WAS

10:29AM  8    THE SOURCE OF SUPPLY FOR SOME OF THE METHAMPHETAMINE THAT WAS

10:29AM  9    BEING DISTRIBUTED IN THE SHERMAN-DENISON AREA.  AND HE FOUND

10:29AM  10   OUT THAT INITIALLY THE METHAMPHETAMINE WAS BEING SENT FROM

10:29AM  11   MEXICO BY PRIMO AND THAT PRIMO WAS SUPPLYING RAMIRO CAZARES AND

10:29AM  12   THE DEFENDANT JUAN CARLOS VEGA.  AND THAT CAZARES AND DEFENDANT

10:30AM  13   VEGA, THEY WOULD PICK UP THE MONEY AND DELIVER--PICK UP AND

10:30AM  14   DELIVER MONEY FOR PRIMO.  AGENT MATA TOLD YOU THAT CAZARES

10:30AM  15   AND VEGA WERE IDENTIFIED AS SUPPLIERS OF METH TO ANDY NGUYEN.

10:30AM  16   PRIMO WAS THE SOURCE OF SUPPLY.  THE DEFENDANT JUAN CARLOS VEGA

10:30AM  17   AND CAZARES, THEY WERE WORKING FOR PRIMO IN DISTRIBUTING TO

10:30AM  18   ANDY NGUYEN AND HIS ORGANIZATION.

10:30AM  19              AGENT MATA TOLD YOU THAT DURING HIS INVESTIGATION

10:30AM  20   HE IDENTIFIED A SILVER TRUCK THAT WAS BEING UTILIZED BY RAMIRO

10:30AM  21   CAZARES WHEN HE AND DEFENDANT VEGA WENT TO PICK UP MONEY FROM

10:30AM  22   ANDY NGUYEN'S RUNNERS.

10:30AM  23              AGENT MATA ALSO TOLD YOU THAT PRIMO CALLED ANDY AND

10:30AM  24   SAID HE NEEDED ANOTHER VEHICLE FOR ONE OF HIS WORKERS TO DRIVE,

10:30AM  25   AND THAT HE WANTED THE BLACK HONDA BECAUSE IT ALREADY HAD THE

CLOSING STATEMENT BY THE GOVERNMENT

**1682**

10:31AM  1   TRAP IN IT.  SO MANUEL OR ONE OF HIS DRIVERS DELIVERED THE

10:31AM  2   BLACK HONDA ACCORD TO CAZARES.  AND NOW YOU SEE THE HONDA WITH

10:31AM  3   THE TRAP ALREADY IN IT.

10:31AM  4           AGENT MATA ALSO TOLD YOU THAT RAMIRO CAZARES GIVES

10:31AM  5   THE BLACK HONDA TO VEGA, THE DEFENDANT VEGA, SO HE CAN PICK

10:31AM  6   UP MONEY AND METH WHEN RAMIRO CAZARES IS UNABLE TO DO THAT.

10:31AM  7   AND AGENT MATA TOLD YOU THAT PRIMO TELLS RAMIRO CAZARES

10:31AM  8   AND DEFENDANT VEGA TO PICK UP THE METHAMPHETAMINE.

10:31AM  9           AND HE IDENTIFIED CAZARES AS IN A SILVER TRUCK AND

10:31AM  10  THAT VEGA--ON THIS ONE OCCASION WHERE PRIMO CALLS HIM AND TELLS

10:31AM  11  HIM THAT HE NEEDS THEM TO PICK UP THE METHAMPHETAMINE--THIS IS

10:31AM  12  THE METHAMPHETAMINE SUBSEQUENTLY FOUND OUT AT THE BRITON COURT

10:31AM  13  RESIDENCE--PRIMO TELLS THEM BOTH TO PICK THIS METHAMPHETAMINE

10:31AM  14  UP.  CAZARES IS DRIVING THE SILVER TRUCK; DEFENDANT VEGA IS

10:32AM  15  DRIVING THE BLACK HONDA WITH THE TRAP.  THEY GO TO THE MEET

10:32AM  16  LOCATION, A CONVENIENCE STORE/GAS STATION RIGHT ACROSS FROM

10:32AM  17  HOME DEPOT.  SO CAZARES--WHILE HE'S PUMPING GAS, DEFENDANT

10:32AM  18  VEGA WALKS OVER TO THE HOME DEPOT.  HE MEETS WITH THE

10:32AM  19  SUPPLIER AND PICKS UP THE METHAMPHETAMINE.  HE BRINGS THE

10:32AM  20  METHAMPHETAMINE--HE TELLS CAZARES, "LOOK, I'VE ALREADY GOT IT."

10:32AM  21          THEY PROCEED TO DEFENDANT VEGA'S APARTMENT.  THEY

10:32AM  22  LEAVE THE METHAMPHETAMINE IN THE BLACK HONDA, IN THE TRAP,

10:32AM  23  OVERNIGHT, AND THEN THE NEXT DAY IT'S EVENTUALLY TAKEN TO

10:32AM  24  BRITON COURT, WHICH IS IN GRAND PRAIRIE.

10:32AM  25          AGENT MATA TOLD YOU THAT HE OBTAINED A SEARCH

CLOSING STATEMENT BY THE GOVERNMENT

**1683**

10:32AM 1  WARRANT FOR BRITON COURT, AND THEN THAT'S WHEN HE FOUND

10:32AM 2  A CONVERSION LAB.

10:32AM 3          AND THEN WE SHOWED YOU THE PICTURE OF THE EVIDENCE

10:32AM 4  THAT WAS FOUND THERE AT BRITON COURT.  AS YOU SEE IN THE TOP

10:32AM 5  PICTURE, THERE'S ALL THE POTS AND STUFF THAT THE DEFENDANT

10:32AM 6  JUAN CARLOS VEGA AND RAMIRO CAZARES USED WHEN THEY WERE COOKING

10:33AM 7  THE METHAMPHETAMINE.

10:33AM 8          BACK UP A LITTLE BIT.  IF YOU REMEMBER CAZARES'S

10:33AM 9  TESTIMONY, HE TOLD YOU THAT WHILE THEY WERE DISTRIBUTING THE

10:33AM 10 METHAMPHETAMINE, PRIMO CALLED THEM AND WANTED THEM TO START

10:33AM 11 COOKING.  AND SO HE WAS GETTING--PRIMO WAS GIVING INSTRUCTIONS

10:33AM 12 TO RAMIRO CAZARES AND DEFENDANT VEGA ON HOW TO COOK THE

10:33AM 13 METHAMPHETAMINE.  RAMIRO CAZARES TOLD YOU THAT THEY WERE ON A

10:33AM 14 CELL PHONE.  HE PUT THE CELL PHONE ON SPEAKER SO THAT HE AND

10:33AM 15 DEFENDANT VEGA COULD LEARN AND RECEIVE THESE INSTRUCTIONS

10:33AM 16 FROM PRIMO.  SO THEY TRIED TO COOK SEVERAL TIMES.  THEY WERE

10:33AM 17 UNSUCCESSFUL.  BUT CLEARLY, AS THEY KEPT TRYING, THEY GOT MORE

10:33AM 18 SUCCESSFUL.  SO WHEN A SEARCH WARRANT WAS EXECUTED AT THIS

10:33AM 19 RESIDENCE, YOU SAW THE EVIDENCE OF THE POTS AND PANS THAT

10:33AM 20 THEY WERE USING TO COOK, YOU SAW THE COOLERS WITH THE LIQUID

10:33AM 21 METHAMPHETAMINE IN IT, AND THEN, OF COURSE, THE FINISHED

10:33AM 22 PRODUCT, WHICH THE CHEMIST TESTIFIED WAS ICE METHAMPHETAMINE

10:33AM 23 AND WAS OVER 80 PERCENT PURE.

10:34AM 24         AND THEN IN THE MIDDLE PICTURES THERE YOU SEE THE

10:34AM 25 COCAINE THAT DEFENDANT VEGA WENT AND GOT FROM THE PEOPLE OVER

CLOSING STATEMENT BY THE GOVERNMENT

**1684**

10:34AM  1    AT THE HOME DEPOT.  AND THIS IS THE METHAMPHETAMINE THAT WAS

10:34AM  2    HIDDEN IN THIS LAUNDRY BASKET UPSTAIRS AT THIS RESIDENCE.

10:34AM  3            AND, ALSO, SPECIAL AGENT MATA TOLD YOU THAT WHEN

10:34AM  4    CAZARES WAS ARRESTED, HE AGREED TO COOPERATE, AND HE PLACED A

10:34AM  5    RECORDED CALL TO DEFENDANT JUAN CARLOS VEGA.  HE SAYS THAT--

10:34AM  6    OH, AND DURING THIS RECORDED CALL YOU HEAR DEFENDANT VEGA

10:34AM  7    SAYING THAT HE CAN GO TO THE HOUSE, HE'S AVAILABLE TO GO TO

10:34AM  8    THE HOUSE AND DO THE COOKING.  HE SAYS IT NOT ONCE BUT TWICE.

10:34AM  9    AND WHAT IS HE TALKING ABOUT?  HE'S COOKING METHAMPHETAMINE.

10:34AM  10   HE MEANS THAT HE CAN GO TO THE HOUSE ON BRITON WHERE THEY

10:34AM  11   NORMALLY COOK THE METHAMPHETAMINE.

10:34AM  12           AND THEN CAZARES TELLS DEFENDANT VEGA THAT HE NEEDS

10:34AM  13   TO TAKE THE BALLS OUT OF HIS WIFE'S HOUSE.  REMEMBER THE

10:34AM  14   CONVERSATION?  CAZARES SAYS, "MY EX-WIFE FOUND OUT ABOUT THE

10:35AM  15   BALLS.  SHE'S ANGRY.  I'VE GOTTA MOVE THEM."

10:35AM  16           DEFENDANT VEGA DOESN'T SAY, "WHAT BALLS?  WHAT ARE

10:35AM  17   YOU TALKING ABOUT?"  IN FACT, HE VOLUNTEERS TO GO TO THE HOUSE

10:35AM  18   TO GET THE BALLS TO FIND THEM ANOTHER STORAGE LOCATION FOR THAT

10:35AM  19   METHAMPHETAMINE.

10:35AM  20           RAMIRO CAZARES LEADS LAW ENFORCEMENT TO DEFENDANT

10:35AM  21   VEGA'S RESIDENCE.  THEY SET UP SURVEILLANCE AT VEGA'S

10:35AM  22   RESIDENCE.  SURVEILLANCE SEES DEFENDANT VEGA INSIDE THE BLACK

10:35AM  23   HONDA AND MOVING IT AWAY FROM HIS APARTMENT.  WHEN THEY FIRST

10:35AM  24   GET THERE, THE BLACK HONDA WITH THE TRAP IS OUTSIDE OF JUAN

10:35AM  25   CARLOS VEGA'S APARTMENT.  THEY SEE HIM GET IN AND MOVE IT AWAY

CLOSING STATEMENT BY THE GOVERNMENT

**1685**

10:35AM  1    FROM HIS APARTMENT SO IT WILL BE SEVERAL DISTANCES AWAY FROM

10:35AM  2    HIS HOUSE.

10:35AM  3          AND THEN SURVEILLANCE LATER SEES DEFENDANT JUAN

10:35AM  4    CARLOS VEGA LEAVING IN ANOTHER VEHICLE, AND HE'S SUBSEQUENTLY

10:36AM  5    STOPPED AT THE CVS, AND DEFENDANT JUAN CARLOS VEGA--HE AGREES

10:36AM  6    TO COOPERATE.

10:36AM  7          THEN YOU HEAR FROM RAMIRO CAZARES, AND HE TELLS YOU

10:36AM  8    THAT HE GOT INVOLVED IN THE DISTRIBUTION OF METHAMPHETAMINE

10:36AM  9    IN JANUARY OF THIS YEAR AND THAT HE WORKED FOR PRIMO AND

10:36AM 10    THAT PRIMO INSTRUCTED HIM WHERE TO PICK UP THE MONEY AND WHO

10:36AM 11    TO DELIVER THE MONEY TO.  THE FIRST TIME HE PICKED UP MONEY,

10:36AM 12    IT WAS ABOUT 10,000.  THE SECOND TIME HE PICKED UP IT WAS

10:36AM 13    ABOUT 9,000, AND HE PICKED IT UP FROM A PERSON AT A MALL

10:36AM 14    NEAR 75 AND PARK LAKE, WHICH IS THE NORTHPARK MALL.  AND

10:36AM 15    HE CONTINUED TO PICK UP MONEY FOR PRIMO.  AND WHEN HE WAS

10:36AM 16    UNAVAILABLE,

10:36AM 17    HE SENT THE DEFENDANT JUAN CARLOS VEGA TO PICK UP MONEY.

10:36AM 18          THEN HE TOLD YOU THAT PRIMO WANTED TO START

10:36AM 19    DISTRIBUTING DRUGS--WANTED TO USE THEM TO START DISTRIBUTING

10:36AM 20    DRUGS, AND THAT HE INITIALLY PICKED UP FOUR KILOGRAMS OF

10:36AM 21    METHAMPHETAMINE.  HE TOOK THE FOUR KILOGRAMS TO A PERSON WHO

10:36AM 22    WAS NEAR THE MALL AT PARK LANE, AND HE SAID HE DELIVERED FOUR

10:37AM 23    KILOGRAMS TO AN ASIAN GUY THAT HE IDENTIFIED AS HOANG, WHICH

10:37AM 24    WAS ONE OF ANDY NGUYEN'S DRIVERS.  HE WAS IN A SILVER-GRAY FORD

10:37AM 25    TRUCK WHEN HE WOULD PICK UP THE MONEY AND DELIVER THE DRUGS.

10:37AM 1      HE SAID THAT AFTER A TIME PRIMO CALLED HIM AND TOLD

10:37AM 2  HIM THAT HE HAD TO GO MEET WITH HIM AGAIN.  SO HOANG BROUGHT

10:37AM 3  HIM BACK THE FOUR KILOGRAMS OF METH.  AND PRIMO CALLED CAZARES

10:37AM 4  AGAIN AND TOLD HIM TO TAKE MORE KILOGRAMS OF METHAMPHETAMINE

10:37AM 5  TO THE SAME PERSON AT PARK LANE AND THE MALL.

10:37AM 6      RAMIRO CAZARES TOLD YOU THAT DEFENDANT JUAN CARLOS

10:37AM 7  VEGA TRAVELED WITH HIM TO GET THE METHAMPHETAMINE.  AND HE TOLD

10:37AM 8  YOU THAT HE GAVE DEFENDANT VEGA THE PHONE NUMBER OF THE PEOPLE

10:37AM 9  THEY WERE SUPPOSED TO MEET AND THAT IT WAS DEFENDANT JUAN

10:37AM 10  CARLOS VEGA WHO ACTUALLY CALLED THE PEOPLE TO MAKE THE

10:37AM 11  ARRANGEMENTS ON WHERE TO PICK UP THE METHAMPHETAMINE.  AND

10:37AM 12  THAT'S THE LOCATION OF THE HOME DEPOT AND THE GAS STATION.

10:38AM 13      AND THEN THEY MET THOSE PEOPLE AGAIN WHILE JUAN

10:38AM 14  CARLOS WENT TO GO PICK UP THE METHAMPHETAMINE, CAZARES WAS

10:38AM 15  PUMPING THE GAS.  VEGA WAS DRIVING THE BLACK HONDA THAT CAZARES

10:38AM 16  HAD LOANED TO HIM.  AND AS YOU REMEMBER, THIS IS THE BLACK

10:38AM 17  HONDA THAT CAME FROM ANDY NGUYEN.

10:38AM 18      RAMIRO CAZARES TOLD YOU THAT HE WAS GETTING THE

10:38AM 19  GASOLINE.  VEGA MET THE PEOPLE AND PICKED UP PACKAGES THAT

10:38AM 20  LOOKED LIKE AMERICAN FOOTBALLS.  IF YOU RECALL, THE

10:38AM 21  METHAMPHETAMINE THAT WAS LOCATED IN A LAUNDRY BASKET THAT WAS

10:38AM 22  OBLONG-SHAPED.  THEY TOOK THE PACKAGE TO VEGA'S APARTMENT,

10:38AM 23  LEFT IT IN THE TRAP OVERNIGHT, THEN THEY TOOK IT TO CAZARES'S

10:38AM 24  EX-WIFE'S HOUSE, THE HOUSE ON BRITON STREET, THE NEXT DAY, AND

10:38AM 25  THEY HID THE METHAMPHETAMINE IN THE LAUNDRY BASKET, AND THAT

**1687**

10:38AM 1  WAS THE METHAMPHETAMINE THAT WAS LATER DISCOVERED DURING THE

10:39AM 2  EXECUTION OF THE WARRANT.

10:39AM 3        RAMIRO CAZARES TOLD YOU THAT PRIMO HAD GIVEN HE AND

10:39AM 4  VEGA INSTRUCTIONS ON HOW TO COOK THE METHAMPHETAMINE, AND THEY

10:39AM 5  WOULD COOK THE METHAMPHETAMINE AT THE BRITON HOUSE.  AND THEN

10:39AM 6  YOU SAW THOSE PICTURES OF THE CRYSTALIZED METHAMPHETAMINE

10:39AM 7  COOLERS AFTER THE LIQUID METHAMPHETAMINE WAS IN THE THERMOSES.

10:39AM 8        WHEN CAZARES WAS ARRESTED, HE COOPERATED, CALLED

10:39AM 9  VEGA.  IN THE RECORDED CALL--WE'LL LISTEN TO THAT NOW--

10:39AM 10  [PLAYBACK OF AUDIO RECORDING]--YOU HEAR DEFENDANT JUAN VEGA IN

10:43AM 11  THIS CALL.  HE'S TALKING TO CAZARES.  NEVER AT ANY TIME DO YOU

10:44AM 12  HEAR JUAN CARLOS VEGA ASK, "WHO'S PRIMO?  WHAT BALLS ARE YOU

10:44AM 13  TALKING ABOUT?  WHAT EX-WIFE ARE YOU TALKING ABOUT?  WHAT HOUSE

10:44AM 14  ARE YOU TALKING ABOUT?"  HE NEVER ASKED THOSE QUESTIONS.  SO

10:44AM 15  CLEARLY HE KNOWS WHAT'S GOING ON.

10:44AM 16        HE MENTIONS THAT HE WANTS TO DO THE COOKING NOT ONCE

10:44AM 17  BUT TWICE.  HE WANTS TO GET RID OF THE FOOTBALLS.

10:44AM 18        AND WHEN HE'S TALKING TO RAMIRO CAZARES, HE SAYS,

10:44AM 19  "WHAT CAN WE DO?  WHAT CAN WE DO TO MOVE THOSE BALLS, TO PUT

10:44AM 20  THEM IN ANOTHER LOCATION?"  CLEARLY SHOWING THAT HE IS WORKING

10:44AM 21  WITH RAMIRO CAZARES AND THEY'RE ALL WORKING FOR PRIMO.

10:44AM 22        IN THE CALL, CAZARES SAYS, YOU KNOW, HE HASN'T HEARD

10:44AM 23  FROM PRIMO.  AND THEN I THINK ALSO IN THAT CALL HE--RAMIRO

10:44AM 24  CAZARES ASKS JUAN CARLOS VEGA, "HAVE YOU HEARD FROM HIM?"

10:44AM 25        HE GOES, "NO, MAN, I HAVEN'T HEARD FROM HIM."

CLOSING STATEMENT BY THE GOVERNMENT

1688

10:45AM  1  SHOWING HE ALSO HAS A DIRECT CONNECTION TO PRIMO.

10:45AM  2          RAMIRO SAYS, YOU KNOW, HE NEEDS TO TAKE OUT THE

10:45AM  3  BALLS.  AND THEN VEGA VOLUNTEERS TO GO TAKE THE BALLS OUT AND

10:45AM  4  LOOK FOR ANOTHER LOCATION.

10:45AM  5          THEN YOU HEARD FROM AGENT MATA THAT AFTER THE

10:45AM  6  SURVEILLANCE WAS SET UP AT JUAN CARLOS VEGA'S RESIDENCE,

10:45AM  7  HE MOVES THE HONDA, THAT THEY FOLLOW HIM TO CVS WHERE HE'S

10:45AM  8  ENCOUNTERED THERE.  THEY TELL HIM, YOU KNOW, WHAT'S GOING ON.

10:45AM  9  AND JUAN CARLOS VEGA AGREES TO COOPERATE.  AND DURING HIS

10:45AM  10 ADMISSION OF GUILT TO AGENT MATA, JUAN CARLOS VEGA ACKNOWLEDGES

10:45AM  11 THAT HE KNEW RAMIRO CAZARES.  HE SAID THAT HE KNEW RAMIRO

10:45AM  12 CAZARES WORKED FOR PRIMO.  HE ADMITTED KNOWING THAT CAZARES WAS

10:45AM  13 INVOLVED IN DRUG ACTIVITIES, AND THAT HE ASSISTED IN PICKING UP

10:45AM  14 MONEY ON TWO OCCASIONS WITH CAZARES--OR FOR CAZARES AND PRIMO.

10:45AM  15 IT WAS $30,000 EACH TIME THAT HE PICKED UP ON THOSE TWO

10:46AM  16 OCCASIONS.  AND THAT HE KNEW THAT CAZARES HAD TAKEN, HE

10:46AM  17 SAID, APPROXIMATELY 7,000--I'M SORRY, SEVEN KILOGRAMS OF

10:46AM  18 METHAMPHETAMINE TO A HOUSE IN GRAND PRAIRIE, AND THAT'S THE

10:46AM  19 BRITON COURT HOUSE.

10:46AM  20          VEGA TELLS AGENT MATA THAT THE METHAMPHETAMINE WAS

10:46AM  21 STORED IN A BASKET IN AN UPSTAIRS BEDROOM.  I ASK YOU, LADIES

10:46AM  22 AND GENTLEMEN:  HOW ON EARTH IS HE GONNA KNOW WHERE THE

10:46AM  23 FOOTBALLS OF METHAMPHETAMINE ARE STORED IN THE LAUNDRY BASKET

10:46AM  24 IF HE WASN'T THERE AND EITHER HELPED CAZARES PUT THEM THERE OR

10:46AM  25 PUT THEM THERE HIMSELF?

10:46AM 1    VEGA TOLD AGENT MATA THAT THE BLACK HONDA HAD BEEN

10:46AM 2 LOANED TO HIM BY CAZARES.  AND INITIALLY MR. VEGA DENIED HAVING

10:46AM 3 THE KEYS TO THE HONDA ACCORD.  BUT RECALL, SURVEILLANCE HAD

10:46AM 4 SEEN DEFENDANT VEGA DRIVING THE BLACK HONDA ACCORD AWAY FROM

10:46AM 5 HIS RESIDENCE.  AND LATER JUAN CARLOS VEGA ADMITTED TO HIDING

10:47AM 6 THE KEYS IN A SPEAKER BOX INSIDE THE LIVING ROOM OF HIS

10:47AM 7 APARTMENT.  AND AGENTS FOUND THE KEYS TO THAT HONDA IN THAT

10:47AM 8 SPEAKER BOX.  AND JUAN CARLOS VEGA ADMITTED HE KNEW THE HONDA

10:47AM 9 CONTAINED A HIDDEN TRAP COMPARTMENT.  AND THAT ONCE HE HEARD

10:47AM 10 THAT CAZARES WAS ARRESTED, HE THREW AWAY THE CELL PHONE THAT

10:47AM 11 HE HAD BEEN USING.

10:47AM 12    JUAN CARLOS VEGA'S ACTIVITIES, HIS ACTIONS DURING

10:47AM 13 THIS WHOLE THING, AFTER FINDING OUT CAZARES WAS ARRESTED OR

10:47AM 14 DISTANCING HIMSELF FROM THE TRAP VEHICLE, HE MOVES THE TRAP

10:47AM 15 VEHICLE, HE THROWS AWAY THE PHONE, HE HIDES THE KEY IN THE

10:47AM 16 SPEAKER BOX.  THESE, LADIES AND GENTLEMEN, ARE EVIDENCE--IT'S

10:47AM 17 CALLED "CONSCIOUSNESS OF GUILT."  IT'S HOW A GUILTY PERSON

10:47AM 18 ACTS.  AND I SUBMIT TO YOU THAT DEFENDANT VEGA'S ACTIONS IN

10:47AM 19 JUST DOING THESE FEW THINGS SHOW CONSCIOUSNESS OF GUILT.  ALSO

10:48AM 20 HIS ADMISSION TO AGENT MATA DURING HIS CONVERSATION WITH HIM.

10:48AM 21    NOW, LADIES AND GENTLEMEN, I ANTICIPATE THAT DEFENSE

10:48AM 22 COUNSEL, AS MOST DEFENSE COUNSEL DO IN CONSPIRACY CASES,

10:48AM 23 THEY'RE GONNA ARGUE SEVERAL THINGS.  ONE OF THE THINGS THAT

10:48AM 24 THEY MAY ARGUE IS THAT "MY GUY IS NOT PART OF THIS CONSPIRACY,"

10:48AM 25 THAT HE'S PART OF SOME OTHER CONSPIRACY.  WELL, LADIES AND

CLOSING STATEMENT BY THE GOVERNMENT

**1690**

10:48AM 1    GENTLEMEN, WHAT I ASK YOU TO DO IS REMEMBER ALL THE TESTIMONY

10:48AM 2    THAT I JUST WENT OVER, WHICH SHOWS THAT EACH AND EVERY ONE OF

10:48AM 3    THESE DEFENDANTS IS A MEMBER OF THIS CONSPIRACY--OF THIS

10:48AM 4    CONSPIRACY TO DISTRIBUTE THIS METHAMPHETAMINE IN THE SHERMAN

10:48AM 5    AND DENISON AREA.

10:48AM 6            ANOTHER COMMON ARGUMENT IS THAT THE WITNESSES

10:48AM 7    WE PRESENTED TO YOU, THE COCONSPIRATORS, THEY'RE ALL LIARS.

10:48AM 8    THEY'RE ALL COMING IN HERE, TAKING THE STAND, AND THEY'RE LYING

10:48AM 9    TO YOU IN ORDER TO GET A BETTER DEAL, THAT THEY'LL SAY ANYTHING

10:49AM 10   OR DO ANYTHING TO GET BACK HOME TO THEIR FAMILIES.  THIS IS A

10:49AM 11   COMMON ARGUMENT.  BUT, LADIES AND GENTLEMEN, KEEP IN MIND THAT

10:49AM 12   WE SHOWED YOU THOSE PLEA AGREEMENTS, ALL THE RESTRICTIONS IN

10:49AM 13   THOSE PLEA AGREEMENTS, AD NAUSEAM.  WE WENT OVER IT AND OVER

10:49AM 14   IT AND OVER IT TO SHOW YOU THAT IF THESE DEFENDANTS OR

10:49AM 15   COCONSPIRATORS COME IN HERE AND LIE TO YOU, THEY'RE LOOKING

10:49AM 16   AT MORE CHARGES, PERJURY, OBSTRUCTION OF JUSTICE POTENTIALLY.

10:49AM 17   AND AS YOU HEARD ONE OF THE WITNESSES--WELL, SEVERAL OF THE

10:49AM 18   WITNESSES SAY THEY'RE NOT TRYING TO GET INTO ANY MORE TROUBLE.

10:49AM 19   SO KEEP ALL OF THAT IN MIND AND DON'T GO DOWN THAT RABBIT TRAIL

10:49AM 20   THAT THEY'RE JUST DOING THIS TO GET A SENTENCE REDUCTION, OR

10:49AM 21   WHATEVER DEFENSE COUNSEL BRINGS UP.

10:49AM 22           AS YOU'LL SEE IN THE JURY INSTRUCTIONS, THE ONES THE

10:49AM 23   JUDGE JUST READ TO YOU, THE TESTIMONY OF ACCOMPLICES IS PROPER

10:49AM 24   AT ALL TIMES, AND YOU CAN CONSIDER THAT ALONE.  I THINK IT ALSO

10:49AM 25   SAYS IN THERE THAT THE PLEA-BARGAINING THAT HAS OCCURRED WITH

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

**1691**

10:50AM  1    THESE ACCOMPLICES, THESE COCONSPIRATORS, IS PROPER AND IT'S

10:50AM  2    LAWFUL AND BEFORE THE COURT.  SO KEEP ALL OF THAT IN MIND AS

10:50AM  3    YOU DELIBERATE.

10:50AM  4             AND, LADIES AND GENTLEMEN, AFTER I FINISH SPEAKING

10:50AM  5    WITH YOU, DEFENSE COUNSEL WILL SPEAK TO YOU.  AND I ASK YOU TO

10:50AM  6    REMEMBER ALL OF THE TESTIMONY THAT I WENT THROUGH, THE RABBIT

10:50AM  7    TRAILS THAT I JUST ASKED YOU NOT TO FOLLOW.  AND AFTER YOU

10:50AM  8    DELIBERATE, I ASK YOU TO FIND EACH AND EVERY ONE OF THESE

10:50AM  9    DEFENDANTS--RENE SALAZAR, TIMOTHY BOWEN AND JUAN CARLOS VEGA--

10:50AM  10   GUILTY OF THE DISTRIBUTION OF METHAMPHETAMINE.

10:50AM  11            THANK YOU.

10:50AM  12            THE COURT:  ALL RIGHT.  THANK YOU, MS. BATSON.

10:50AM  13            MR. KEMP.

10:50AM  14        CLOSING STATEMENT ON BEHALF OF THE DEFENDANT RENE SALAZAR

10:50AM  15            MR. KEMP:  THANK YOU, YOUR HONOR.  MAY IT PLEASE THE

10:50AM  16   COURT.

10:50AM  17            COUNSEL.

10:50AM  18            LADIES AND GENTLEMEN OF THE JURY:  GOOD MORNING.

10:50AM  19            THIS IS AN IMPORTANT DAY TODAY.  FIRST AND FOREMOST,

10:51AM  20   ON BEHALF OF EVERYBODY HERE AT THE DEFENSE TABLE, BUT

10:51AM  21   SPECIFICALLY MR. SALAZAR AND MYSELF, I WANT TO THANK YOU FOR

10:51AM  22   YOUR ATTENTIVENESS THROUGHOUT THIS PROCESS.  AND I KNOW THAT

10:51AM  23   YOU'VE BEEN CAREFULLY PAYING ATTENTION, TAKING NOTES, EACH

10:51AM  24   OF YOU HAVE A NOTEPAD TODAY, AND THAT YOU'VE BEEN LISTENING

10:51AM  25   THROUGHOUT THIS TRIAL TO ALL OF THE WITNESSES AND EVERYTHING

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

**1692**

10:51AM  1    EVERYBODY HAS TO SAY.  AND I THANK YOU IN ADVANCE FOR THE

10:51AM  2    CAREFUL DELIBERATION OF ALL THE FACTS OF THIS CASE THAT YOU ARE

10:51AM  3    ABOUT TO START DURING YOUR DELIBERATION PROCESS AFTER CLOSING

10:51AM  4    ARGUMENTS HERE.

10:51AM  5              NOW, I WANT YOU TO REMEMBER BACK TO THE VOIR DIRE

10:51AM  6    PROCESS AND ALSO WHEN WE MADE OUR FIRST OPENING ARGUMENTS.

10:51AM  7    YOU KNOW, WE DISCUSSED THAT THE BURDEN OF PROOF IN THIS CASE

10:51AM  8    IS "BEYOND A REASONABLE DOUBT."  IT'S NOT UP TO THAT LINE, BUT

10:51AM  9    THE GOVERNMENT HAS TO PROVE EACH AND EVERY ELEMENT BEYOND A

10:51AM  10   REASONABLE DOUBT.  NOW, OBVIOUSLY, THAT'S A VERY HIGH STANDARD.

10:51AM  11   IN FACT, IT'S THE HIGHEST BURDEN OF PROOF THAT WE HAVE IN OUR

10:52AM  12   JUSTICE SYSTEM AS IT'S SET UP TODAY.  AND MIND YOU THAT THAT

10:52AM  13   BURDEN OF PROOF IS SQUARELY ON THE GOVERNMENT'S SHOULDERS;

10:52AM  14   IT NEVER SHIFTED THROUGHOUT THIS CASE.  I KNOW THAT YOU HEARD

10:52AM  15   MULTIPLE TIMES DURING THE VOIR DIRE PROCESS THAT WE DO NOT

10:52AM  16   HAVE A REQUIREMENT TO ACTUALLY PUT ON ANY TESTIMONY, THAT

10:52AM  17   THE GOVERNMENT HAS TO PROVE TO YOU BEYOND A REASONABLE DOUBT.

10:52AM  18   AND AS I SAID, THAT IS SOMETHING THAT SQUARELY LIES ON THEIR

10:52AM  19   SHOULDERS.

10:52AM  20              NOW, IN THE OPENING PART OF THIS TRIAL, I SPOKE TO

10:52AM  21   YOU AND GAVE YOU A LITTLE BIT OF AN EXAMPLE ABOUT KIND OF A

10:52AM  22   CAT-AND-MOUSE STORY.  AND HOPEFULLY YOU'LL ALL REMEMBER THE

10:52AM  23   FACT THAT THE CAT WAS IN THE BOX AND IT WAS WRAPPED UP AND IT

10:52AM  24   WAS TAPED.  AND THE TWO DIFFERENT VERSIONS OF THAT STORY I GAVE

10:52AM  25   YOU, THEY WERE VERY SIMILAR.  REALLY, IT WAS IN THE MINUTE

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

**1693**

| | | |
|---|---|---|
| 10:52AM | 1 | DETAIL THAT THAT STORY TURNED ON.  AND THAT'S WHAT I ASKED YOU |
| 10:52AM | 2 | TO TAKE A LOOK AT DURING THE COURSE OF THIS CASE, THE MINUTE |
| 10:52AM | 3 | DETAILS THAT THE WITNESSES PUT THERE.  THE BASIC FACTS THAT |
| 10:53AM | 4 | EVERYBODY GIVES ARE VERY--ARE VERY SIMILAR, BUT, YOU KNOW, |
| 10:53AM | 5 | REMEMBER THE INSTRUCTION THAT YOU HEARD FROM THE COURT THAT THE |
| 10:53AM | 6 | MERE FACT THAT CERTAIN PERSONS MAY HAVE ASSOCIATED WITH EACH |
| 10:53AM | 7 | OTHER, MAY HAVE ASSEMBLED TOGETHER AND DISCUSSED COMMON AIMS |
| 10:53AM | 8 | AND INTERESTS DOES NOT NECESSARILY ESTABLISH PROOF OF THE |
| 10:53AM | 9 | EXISTENCE OF A CONSPIRACY. |
| 10:53AM | 10 | NOW, THROUGHOUT THE COURSE OF THIS CASE, YOU HEARD |
| 10:53AM | 11 | FROM 29 DIFFERENT WITNESSES.  OBVIOUSLY, THERE ARE A LOT OF |
| 10:53AM | 12 | MOVING PARTS TO THIS STORY.  I MEAN, YOU ESSENTIALLY HAVE |
| 10:53AM | 13 | THREE TRIALS GOING ON AT THE SAME TIME. |
| 10:53AM | 14 | AND I KNOW THAT THE MENTIONING OF ALL KINDS OF |
| 10:53AM | 15 | NUMBERS AND MATH CONVERSIONS THAT YOU PROBABLY THOUGHT YOU LEFT |
| 10:53AM | 16 | WHEN YOU GOT OUT OF SCHOOL, SOMETIMES SOME OF THESE THINGS CAN |
| 10:53AM | 17 | BE VERY CONFUSING.  BUT HOPEFULLY AND UNDOUBTEDLY IT'S BEEN A |
| 10:53AM | 18 | LEARNING EXPERIENCE FOR YOU, AND I HOPE THAT YOU HAVE ENJOYED |
| 10:53AM | 19 | IT TO THIS POINT. |
| 10:53AM | 20 | NOW, THE BEAUTY OF OUR SYSTEM THE WAY IT'S SET |
| 10:53AM | 21 | UP, AFTER YOU'VE HEARD FROM THESE 29 WITNESSES AND THE |
| 10:54AM | 22 | ARGUMENTS FROM THE GOVERNMENT AND OUR SIDE, NOW IT'S YOUR |
| 10:54AM | 23 | TURN.  IT'S YOUR TURN TO DELIBERATE.  WE'RE GONNA HAND THIS |
| 10:54AM | 24 | CASE OVER TO YOU SO THAT YOU CAN REVIEW ALL THE FACTS OF THIS |
| 10:54AM | 25 | CASE. |

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

**1694**

10:54AM   1    NOW, LET'S GO THROUGH BRIEFLY ALL THE FACTS OR ALL

10:54AM   2  THE WITNESSES.  THIS CASE BEGAN WITH DEA AGENT--SPECIAL AGENT

10:54AM   3  JOE MATA.  NOW, HE TOLD YOU THAT HIS FIRST INTERACTION IN THIS

10:54AM   4  CASE ACTUALLY BEGAN IN FEBRUARY--EXCUSE ME, IN THE FALL OF

10:54AM   5  2011 WITH HIS IN-PERSON MEETINGS WITH SOME OF THE LOCAL LAW

10:54AM   6  ENFORCEMENT AGENCIES, LIKE SHERMAN P.D., DENISON P.D., IN 2011.

10:54AM   7  IF YOU REMEMBER THE INDICTMENT, IT ALLEGES THAT THIS CONDUCT

10:54AM   8  TOOK PLACE FROM 2008 ALL THE WAY UP UNTIL APRIL OF 2012.

10:54AM   9  SO, OBVIOUSLY, THAT'S A LARGE TIME INVESTMENT HERE.  IN FACT,

10:54AM  10  FOR THOSE OF YOU WHO HAVE KIDS, THAT'S A LARGER AMOUNT OF TIME

10:54AM  11  SPAN THAN THE AMOUNT OF TIME YOUR KIDS WILL SPEND IN HIGH

10:55AM  12  SCHOOL.  IT COVERS A LARGE NUMBER OF PEOPLE AND A LARGE NUMBER

10:55AM  13  OF EVENTS.

10:55AM  14    NOW, YOU HEARD THAT SPECIAL AGENT JOE MATA--HE

10:55AM  15  DESCRIBED THAT AS A MEMBER OF THE DEA--OR AS AN AGENT OF THE

10:55AM  16  DEA, HE HAS THE ABILITY TO CONDUCT WIRETAPS, UNDERCOVER BUYS,

10:55AM  17  AUDIO SURVEILLANCE, VIDEO SURVEILLANCE.  I FOUND IT IRONIC

10:55AM  18  THAT WHEN THEY HAVE THAT CAPABILITY THAT YOU HEARD IN HIS OWN

10:55AM  19  TESTIMONY THAT DURING THE COURSE OF THE SEARCH OF ONE OF THE

10:55AM  20  RESIDENCES, HE DIDN'T EVEN HAVE A CAMERA, BUT YET YOU HAVE

10:55AM  21  ALL OF THESE DIFFERENT THINGS--THESE DIFFERENT TECHNOLOGICAL

10:55AM  22  ADVANCES THAT ARE AVAILABLE TO YOU.

10:55AM  23    NOW, THROUGHOUT THE COURSE OF THIS TRIAL, UNDOUBTEDLY

10:55AM  24  YOU NOTICED ALL OF THE EVIDENCE THAT WAS HERE AMASSED ON THIS

10:55AM  25  FRONT BENCH HERE.  NOW, IF YOU THINK BACK, HOW MUCH OF THAT

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

**1695**

10:55AM 1   PHYSICAL EVIDENCE WAS SEIZED FROM RENE SALAZAR?  NONE OF IT.

10:56AM 2   YOU NEVER HEARD ONE WITNESS SAY THAT THERE WAS ANY KIND OF

10:56AM 3   SEIZURE OR ANYTHING LIKE THAT THAT DEALT WITH RENE SALAZAR.

10:56AM 4          HOW MANY PHONE INTERCEPTS DID THEY HAVE ON RENE

10:56AM 5   SALAZAR TALKING ABOUT THESE TRANSACTIONS?  NONE.  IN FACT, AT

10:56AM 6   ONE POINT YOU EVEN HEARD THAT I THINK IT WAS CHARLES QUIROLO

10:56AM 7   WAS MESSING UP THE MONEY AND THAT SOMEHOW WHILE RENE SALAZAR

10:56AM 8   WAS IN STATE CUSTODY, HE WAS ORCHESTRATING THE CONSPIRACY FROM

10:56AM 9   BEING ARRESTED.

10:56AM 10         NOW, I'M NOT SURE HOW MANY OF YOU HAVE EVER MADE A

10:56AM 11  CALL TO THE JAIL, BUT EACH TIME YOU CALL, IT TELLS YOU THAT

10:56AM 12  YOU MAY BE RECORDED.  HOW MANY RECORDINGS DID WE HEAR OF RENE

10:56AM 13  SALAZAR BEING IN CUSTODY, TELLING PEOPLE WHAT TO DO IN THIS

10:56AM 14  CONSPIRACY?  NONE.

10:56AM 15         NOW, IN FACT, THIS CASE IS BASED ON THE RELIANCE

10:57AM 16  OF STATEMENTS MADE BY BOBBY JAMES AND KENNETH HOUSE.

10:57AM 17         NOW, WHERE DOES THIS CASE KIND OF REALLY START?

10:57AM 18  OBVIOUSLY, YOU'VE SEEN THE HIERARCHY AND THE WAY IT GOES.

10:57AM 19  AND A LOT OF THIS PRODUCT HAS BEEN ALLEGED TO HAVE COME FROM

10:57AM 20  MEXICO, FROM PRIMO, BUT, REALLY, FOR THIS CASE, THE MAJOR

10:57AM 21  PLAYER IN THIS CASE IS ANDY NGUYEN.

10:57AM 22         AND YOU HEARD FROM ANDY NGUYEN.  LIVING THE HIGH

10:57AM 23  LIFE.  LIVING ON THE 12TH FLOOR OF A LOFT APARTMENT ACROSS

10:57AM 24  FROM NORTHPARK MALL, AND HE'S GOT ALL KINDS OF CARS, LIKE A

10:57AM 25  RANGE ROVER, VERSACE WATCHES, ROLEX WATCHES, HE'S GOT STACKS

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

1696

10:57AM 1   OF CASH, CURRENCY, THAT WERE AT HIS OWN RESIDENCE THAT HIS OWN

10:57AM 2   WIFE DIDN'T EVEN KNOW ABOUT.

10:57AM 3              NOW, HE TESTIFIED THAT--ALTHOUGH HE PROBABLY HAD

10:57AM 4   MANY OTHER PEOPLE HE WAS DISTRIBUTING TO, THE PRIMARY PERSON

10:57AM 5   INVOLVED IN THIS CASE WAS MIKE CAMACHO; SUBSEQUENTLY, SOMETIMES

10:57AM 6   PRISCILLA CAMACHO.  BUT IF YOU PAID ATTENTION TO WHAT HE SAID,

10:57AM 7   HE TOLD YOU THAT IT WAS BASICALLY A BUSINESS POLICY OF HIS THAT

10:58AM 8   HE WASN'T GOING TO TALK TO ANY OF MIKE CAMACHO'S CUSTOMERS,

10:58AM 9   THAT HE WASN'T GOING TO ASK ABOUT WHO THEIR CUSTOMERS WERE

10:58AM 10  AND THINGS LIKE THIS, BUT YET HE IDENTIFIED RENE SALAZAR.

10:58AM 11             WELL, WHEN ASKED HOW HE KNEW WHO RENE SALAZAR WAS,

10:58AM 12  HE ACTUALLY TOLD YOU THAT HE HAD NEVER MET HIM, THAT THE FIRST

10:58AM 13  TIME THAT HE HAD EVER SEEN RENE SALAZAR WAS WHEN HE WAS ALREADY

10:58AM 14  ARRESTED AND HE WAS BEING TRANSPORTED TO THE FANNIN COUNTY

10:58AM 15  JAIL.  BUT YET HE MADE THE ALLEGATION INITIALLY THAT RENE

10:58AM 16  SALAZAR CAME TO THIS LOFT APARTMENT COMPLEX ON PARK LANE

10:58AM 17  AND THAT HE WAS THERE TO PICK UP METHAMPHETAMINES WITH MIKE

10:58AM 18  CAMACHO.

10:58AM 19             MIND YOU, HE DIDN'T GO DOWN THERE.  SO WHO DID HE

10:58AM 20  SEND?  WELL, HE SENT ONE OF HIS EMPLOYEES.  SPECIFICALLY, IN

10:58AM 21  THIS INSTANCE, HE SENT MANUEL URBINA.  NOW, MANUEL URBINA CAME

10:58AM 22  IN AND HE TOLD YOU THAT MOST DEFINITELY RENE SALAZAR, THAT'S

10:59AM 23  THE PERSON THAT CAME.  AND THEY KNEW HIM BY NAME.  BUT WHEN

10:59AM 24  ASKED BY THE GOVERNMENT, IF YOU RECALL, MANUEL URBINA HAD A

10:59AM 25  DIFFICULT TIME ACTUALLY PICKING RENE SALAZAR OUT OF OUR TABLE.

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

**1697**

10:59AM 1   YOU RECALL HE HAD TO STAND UP AND LOOK AROUND.  AND HE HAD A

10:59AM 2   LOT OF HESITATION WHEN HE ACTUALLY TRIED TO PICK HIM OUT.  WHY

10:59AM 3   DID HE DO THAT?  WELL, YOU HEARD MANUEL URBINA EXPLAIN THE WAY

10:59AM 4   HE ACTUALLY DID THIS.  HE WOULD GO DOWNSTAIRS, HE WOULD GO INTO

10:59AM 5   A PARKING GARAGE, IT'S SOMETHING HE WOULDN'T SPEND A LOT OF

10:59AM 6   TIME WITH, HE WOULD JUST BASICALLY WALK UP TO THE DRIVER'S SIDE

10:59AM 7   DOOR.  REMEMBER, ANDY NGUYEN SAID IT'S BASICALLY COMPANY POLICY

10:59AM 8   FOR HIM NOT TO BE QUESTIONING WHO IS WITH MIKE CAMACHO, WHO HIS

10:59AM 9   CUSTOMERS ARE, OR INTERACTING WITH THEM IN ANY KIND OF WAY.  IF

10:59AM 10  THAT'S THE CASE, THEN EXACTLY HOW DID HE KNOW WHO RENE SALAZAR

10:59AM 11  WAS?

10:59AM 12         MANUEL URBINA UNDOUBTEDLY KNOWS THAT HIS BOSS, ANDY

11:00AM 13  NGUYEN, HAS RECEIVED A 324-MONTH SENTENCE.  27 YEARS.  NOW,

11:00AM 14  CERTAINLY MANUEL URBINA READILY ADMITS, AMONG OTHERS, THAT

11:00AM 15  HE CERTAINLY DOES NOT WANT TO SPEND MOST OF HIS ADULT LIFE IN

11:00AM 16  PRISON EITHER.  SO HE'S CERTAINLY GOING TO DO WHATEVER HE CAN

11:00AM 17  DO TO TRY TO HELP THE GOVERNMENT IN THE FURTHERANCE OF THEIR

11:00AM 18  INVESTIGATION AND THE PROSECUTION OF ANYBODY THAT HE COULD.

11:00AM 19         NOW, WITH RESPECT TO MIKE CAMACHO, WE KNOW THAT MIKE

11:00AM 20  CAMACHO WAS RECEIVING HIS NARCOTICS, OR HIS METHAMPHETAMINES,

11:00AM 21  FROM ANDY NGUYEN.  NOW, MIKE CAMACHO AND RENE SALAZAR WERE

11:00AM 22  FRIENDS.  YOU HEARD THAT FROM HIM AND YOU HEARD THAT FROM MANY

11:00AM 23  PEOPLE.  AND A LOT OF THESE PEOPLE IN THIS CASE ARE FRIENDS.

11:00AM 24  MIKE CAMACHO EVEN TOLD YOU THAT HE AND HIS WIFE, ALONG WITH

11:00AM 25  RENE SALAZAR AND ANDREA REEVES, HUNG OUT SOCIALLY TOGETHER,

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

**1698**

11:00AM 1   THEY BARBECUED TOGETHER, THEY WENT UP TO CHOCTAW CASINO IN

11:01AM 2   DURANT TOGETHER.  THIS IS SOME OF THE TESTIMONY THAT YOU

11:01AM 3   ACTUALLY HEARD.

11:01AM 4           NOW, BECAUSE THEY WERE FRIENDS AND BECAUSE HE WAS

11:01AM 5   AROUND, MIKE CAMACHO HAD THE OPPORTUNITY TO MEET MORE THAN A

11:01AM 6   FEW PEOPLE IN THE SHERMAN-DENISON AREA.  I MEAN, YOU KNOW, HE

11:01AM 7   MET TREY TIBBS, FOR INSTANCE.  NOW, MIKE CAMACHO NEVER TOLD

11:01AM 8   YOU THAT TREY TIBBS WAS WORKING FOR RENE SALAZAR.  QUITE THE

11:01AM 9   CONTRARY, HE TOLD YOU HE WAS WORKING FOR KENNETH HOUSE.  BUT

11:01AM 10  HE SAW TREY TIBBS.

11:01AM 11          HE TOLD YOU THAT HE'D ALSO MET MELISSA STEWART

11:01AM 12  THROUGH RENE SALAZAR.  AND SUBSEQUENTLY MELISSA STEWART

11:01AM 13  CONFIRMED THAT.  BUT IF YOU REMEMBER WHAT MELISSA STEWART

11:01AM 14  SAID, SHE DIDN'T SAY THAT RENE SALAZAR INTRODUCED HER TO MIKE

11:01AM 15  CAMACHO, "HEY, THIS IS MY METHAMPHETAMINE SOURCE OF SUPPLY."

11:01AM 16  SHE DIDN'T GIVE A REASON WHY THEY INTRODUCED--THEY WERE

11:01AM 17  INTRODUCED.  THEY JUST WERE BECAUSE THEY WERE ALL HANGING OUT

11:01AM 18  IN THE SAME GENERAL AREA.

11:01AM 19          NOW, YOU'LL HEAR--YOU WILL RECALL THAT RENE SALAZAR

11:02AM 20  DID RECEIVE SOME SMALL AMOUNTS INITIALLY FROM MIKE CAMACHO.

11:02AM 21  AND HE RECEIVED THOSE DIRECTLY.  BUT MIKE CAMACHO, HE'S A

11:02AM 22  BROKER.  RIGHT?  AND HE'S LOOKING FOR THE BIG DEAL.  I MEAN,

11:02AM 23  HE'S NOT GOING TO BE OUT THERE DOING THINGS ON HIS OWN.

11:02AM 24  INSTEAD, HE'S USING PRISCILLA CAMACHO TO DO MOST OF THE

11:02AM 25  DELIVERIES FOR HIM.

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

1699

11:02AM  1      NOW, MIKE CAMACHO TESTIFIED THAT HE DISTRIBUTED,

11:02AM  2  EITHER HIMSELF OR THROUGH PRISCILLA, APPROXIMATELY 58 POUNDS

11:02AM  3  OF METHAMPHETAMINE.  HE ACTUALLY TOLD YOU THAT MORE THAN

11:02AM  4  THREE-FOURTHS OF THAT AMOUNT WAS TO KENNETH HOUSE ALONE.  WHO

11:02AM  5  ARE THE OTHER CUSTOMERS THAT MIKE CAMACHO HAD UP THERE?  IF YOU

11:02AM  6  REMEMBER, BEGINNING THE SUMMER OF 2010 ALL THE WAY UP THROUGH

11:02AM  7  MIKE CAMACHO'S ARREST IN JANUARY OF 2012 THERE WERE A NUMBER

11:03AM  8  OF AGREEMENTS THAT HE SET UP, THERE WERE A NUMBER OF DEALS THAT

11:03AM  9  HE BROKERED.

11:03AM  10      HE STARTED OUT WITH KENNETH HOUSE, OBVIOUSLY.

11:03AM  11  THREE-FOURTHS OF THAT WOULD 58 POUNDS IS KENNETH HOUSE'S.  NOW,

11:03AM  12  AT SOME POINT, WHEN KENNETH HOUSE WAS ARRESTED, RENE SALAZAR

11:03AM  13  WAS ALSO ALREADY INCARCERATED, HE HAD SOME SORT OF SEPARATE

11:03AM  14  AGREEMENT WITH CHARLES QUIROLO.

11:03AM  15      SUBSEQUENT TO THAT, WHEN HE FIGURED OUT THAT THINGS

11:03AM  16  WEREN'T REALLY WORKING WELL WITH CHARLES QUIROLO, WHAT DID MIKE

11:03AM  17  CAMACHO DO?  WELL, HE STARTED WORKING INDEPENDENTLY WITH TREY

11:03AM  18  TIBBS, BOBBY JAMES, MELISSA STEWART.  SO THESE ARE THE DEALS

11:03AM  19  THAT MIKE CAMACHO IS BROKERING.

11:03AM  20      RENE SALAZAR IS ALREADY IN CUSTODY AT THIS POINT.

11:03AM  21  SO HE'S CLEARLY NOT BROKERING THESE DEALS.

11:03AM  22      NOW, THROUGH THE COURSE OF THIS TRIAL, YOU HEARD

11:03AM  23  THAT PRISCILLA CAMACHO, MIKE'S SISTER, STARTED WORKING FOR HIM,

11:03AM  24  STARTED DOING DELIVERIES FOR HIM.  YOU RECALL THAT INITIALLY

11:04AM  25  WHEN SHE STARTED DOING HER DELIVERIES, EVERYTHING WAS WRAPPED

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

1700

11:04AM  1  UP; SHE DIDN'T EVEN KNOW WHAT IT WAS.  SHE COULDN'T TELL YOU

11:04AM  2  HOW MUCH IT WAS.  SHE DIDN'T KNOW.  ALL SHE WAS DOING WAS

11:04AM  3  MAKING THESE DELIVERIES SO THAT SHE COULD MAKE SOME MONEY FOR

11:04AM  4  ENDS TO MEET.

11:04AM  5          NOW, SHE READILY ADMITS THAT ANDREA REEVES SOMETIMES

11:04AM  6  WAS AT RENE SALAZAR'S HOUSE.  AT THAT TIME, SHE WASN'T DEALING

11:04AM  7  WITH ANDREA REEVES AT ALL.

11:04AM  8          SHE ALSO TELLS YOU THAT SHE MET CHRISTINA HOUSE

11:04AM  9  NUMEROUS TIMES.  WHAT I FIND INTERESTING IS THAT ONCE MIKE

11:04AM  10  CAMACHO WAS ARRESTED, THIS WAS PRISCILLA CAMACHO'S OPPORTUNITY

11:04AM  11  SO THAT SHE COULD DEVELOP HER OWN CLIENT BASE.  RIGHT?  BUT

11:04AM  12  DOES THAT REALLY MAKE SENSE?  MIKE CAMACHO IS ARRESTED IN

11:04AM  13  JANUARY OF 2012.  AND WHEN PRISCILLA CAMACHO WAS ARRESTED,

11:04AM  14  YOU RECALL SHE WAS STAYING AT MIKE CAMACHO'S RESIDENCE.  SHE

11:04AM  15  WAS LIVING THERE.  AND ONE OF THE PICTURES THAT YOU SAW IN

11:05AM  16  GOVERNMENT'S EXHIBIT 6, I BELIEVE IT WAS PICTURE 2, WAS A

11:05AM  17  LEDGER SHEET THAT PRISCILLA CAMACHO READILY ADMITTED WAS HERS.

11:05AM  18  IT HAS THE NAMES "ANDREA, SHANNON, MARANDA."  THIS IS ANDREA

11:05AM  19  REEVES, THIS IS MELISSA STEWART, THIS IS SHANNON ASKEW.  NOW,

11:05AM  20  SHE WANTS US TO BELIEVE THAT ONLY AFTER MIKE GOT ARRESTED DID

11:05AM  21  SHE DEVELOP AN INDEPENDENT CLIENT BASE WITH ALL OF THE FEMALES

11:05AM  22  THAT SHE HAD MET DURING THE COURSE OF HER RUNNING UP NORTH,

11:05AM  23  MAKING DELIVERIES FOR HER BROTHER, KENNETH HOUSE AND SOME OF

11:05AM  24  THE OTHER PLAYERS HERE.  NOW, WHY WOULD SHE SAY THAT?

11:05AM  25          FURTHERMORE, SHE TOLD YOU THAT SHE ACTUALLY LEARNED

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

1701

11:05AM   1    PEOPLE'S NAMES FOR THE FIRST TIME AFTER EVERYBODY WAS ARRESTED,

11:05AM   2    AFTER SHE READ IT ON THE INDICTMENT LIST.  WELL, WHY DO YOU

11:05AM   3    THINK IT'S IMPORTANT FOR HER TO LEARN PEOPLE'S NAMES NOW THAT

11:06AM   4    SHE'S ARRESTED?

11:06AM   5             WHAT ABOUT THE OTHER WING?  WE HAD MIKE CAMACHO ON

11:06AM   6    ONE SIDE; WE HAD FERNANDO PERALES ON THE OTHER SIDE.  NOW,

11:06AM   7    FERNANDO PERALES TOLD YOU THAT HE MET HOUSE THROUGH SOME LADY

11:06AM   8    NAMED AMANDA, IN GUNTER.  OBVIOUSLY, YOU NEVER GOT TO HEAR FROM

11:06AM   9    AMANDA.  BUT SOMETIME IN 2011 KENNETH HOUSE BEGAN DEALING WITH

11:06AM   10   FERNANDO PERALES.  THEY INITIALLY STARTED OUT WITH EIGHT OUNCES

11:06AM   11   AND QUICKLY WORKED THEIR WAY UP TO A POUND A WEEK.  AND THAT'S

11:06AM   12   VERY CONSISTENT THAT KENNETH HOUSE WAS ALWAYS MEETING FERNANDO

11:06AM   13   PERALES.  I THINK ONE TIME HE HAD BOBBY JAMES WITH HIM.  A LOT

11:06AM   14   OF TIMES HE HAD HIS WIFE, CHRISTINA HOUSE, WITH HIM.

11:06AM   15             AT SOME POINT KENNETH HOUSE TELLS FERNANDO PERALES,

11:06AM   16   "I'VE GOT A PARTNER.  IT'S RENE SALAZAR.  YOU'RE GONNA DEAL

11:06AM   17   WITH HIM.  IF I'M EVER UNAVAILABLE, THAT'S WHO YOU ARE GONNA

11:07AM   18   SEE."  NOW, REMEMBER, AT THIS POINT THIS IS A RELATIONSHIP THAT

11:07AM   19   HAS DEVELOPED BETWEEN KENNETH HOUSE AND FERNANDO PERALES.  AND

11:07AM   20   THEY'RE MOVING A POUND, 16 OUNCES.  BUT FERNANDO PERALES TELLS

11:07AM   21   YOU THAT THE FEW TIMES THAT HE ACTUALLY DID DELIVER TO RENE

11:07AM   22   SALAZAR, FOUR OUNCES WAS THE HIGHEST AMOUNT.

11:07AM   23             SOMETHING ELSE THAT BOTHERED ME THROUGHOUT THIS

11:07AM   24   CASE, IF YOU HAVE THIS PARTNERSHIP, IF YOU ARE GONNA SEND THIS

11:07AM   25   PARTNER TO GO PICK UP METHAMPHETAMINE, WHY WOULD HE ONLY BE

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

1702

11:07AM  1    ALLOWED TO PICK UP A QUARTER OF THE WEIGHT?  THAT JUST NEVER

11:07AM  2    MADE SENSE TO ME.  I THINK IT'S BECAUSE THERE REALLY WAS

11:07AM  3    ACTUALLY NO PARTNERSHIP BETWEEN KENNETH HOUSE AND RENE SALAZAR.

11:07AM  4    MY BELIEF IS THAT THIS IS JUST A FABRICATION OF KENNETH HOUSE

11:07AM  5    TO MANIPULATE THE FACTS TO SUIT HIS BEST INTERESTS.

11:07AM  6             NOW, WHEN KENNETH HOUSE WENT TO JAIL, YOU HEARD

11:08AM  7    TESTIMONY THAT CHRISTINA HOUSE BEGAN GOING TO PICK UP METH FROM

11:08AM  8    FERNANDO PERALES.  I BELIEVE LATER IN THE TRIAL YOU ALSO HEARD

11:08AM  9    THAT CHRISTINA HOUSE ADMITTED THAT KENNETH HOUSE DIDN'T KNOW

11:08AM  10   SHE WAS DOING IT AND, IN FACT, DIDN'T WANT HER TO DO IT.  BUT

11:08AM  11   NONETHELESS SHE BEGAN PICKING UP METHAMPHETAMINES FROM PERALES.

11:08AM  12   SHE DID THIS HERSELF, SOMETIMES WITH TREY TIBBS, SOMETIMES WITH

11:08AM  13   KISHA BOWEN.  KEEP IN MIND THAT WHEN SHE'S DOING THIS WITH TREY

11:08AM  14   TIBBS, WHO IS TREY TIBBS?  HE'S KENNETH HOUSE'S EMPLOYEE.  AND

11:08AM  15   NOW HE'S GOING UP AND RUNNING WITH CHRISTINA HOUSE?  IT KIND OF

11:08AM  16   SEEMS LIKE IT'S JUST THE CARRYING ON OF THE FAMILY BUSINESS, TO

11:08AM  17   ME.

11:08AM  18             BUT WE NEVER HEARD--AFTER KENNETH HOUSE WAS ARRESTED

11:08AM  19   IN JULY OF 2011, WE NEVER HEARD ANYTHING ABOUT CHRISTINA HOUSE

11:09AM  20   AND RENE SALAZAR EVER GOING TO FERNANDO PERALES'S PLACE IN

11:09AM  21   DUNCANVILLE TO PICK UP METHAMPHETAMINES, DID WE?  WE NEVER

11:09AM  22   HEARD THAT.

11:09AM  23             I THOUGHT AN INTERESTING OBSERVATION IN THIS CASE

11:09AM  24   IS THAT MOST OF THE FEMALES THAT TESTIFIED CAME IN HERE IN

11:09AM  25   REGULAR CLOTHES.  THEY WERE OUT ON SOME SORT OF BOND OR

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

1703

11:09AM   1   PRETRIAL CONDITIONS.

11:09AM   2          NOW, WHETHER WE'RE TALKING ABOUT FERNANDO PERALES,

11:09AM   3   MIKE CAMACHO OR PRISCILLA CAMACHO DELIVERING FOR HIM, I THINK

11:09AM   4   THAT THERE'S AMPLE EVIDENCE THAT METHAMPHETAMINES WERE CERTAINLY

11:09AM   5   MOVING UP 75 UP TO THE SHERMAN-DENISON AREA.  I DON'T THINK

11:09AM   6   THERE'S ANY DISPUTE ABOUT THAT.

11:09AM   7          NOW, ONE OF THE PLAYERS UP IN THE SHERMAN-DENISON

11:09AM   8   AREA WAS CHARLES QUIROLO.  YOU SAW HIS PICTURE UP ON THE SCREEN

11:09AM   9   MANY TIMES.  AND HE LOOKED A BIT ROUGH.  HIS PICTURE WAS

11:09AM  10   PROBABLY NOT ONE OF HIS BETTER GLAMOUR SHOTS.

11:10AM  11          NOW, WHEN HE CAME IN, ON THE OTHER HAND, I THOUGHT

11:10AM  12   HE CLEANED UP PRETTY WELL.  HE WAS IN A SUIT AND A TIE, AND HE

11:10AM  13   TESTIFIED THAT HE HAD BEEN CLEAN FOR SIX MONTHS, WHICH I GUESS

11:10AM  14   YOU WOULD EXPECT AFTER HE HAD BEEN SOBER SIX MONTHS THAT HE

11:10AM  15   WOULD CLEAN UP BETTER THAN HIS PICTURES INITIALLY INDICATED.

11:10AM  16   THIS IS PROBABLY A SIMILAR CHANGE THAT'S HAPPENED IN HIS MEMORY

11:10AM  17   NOW THAT HE'S BEEN CLEAN FOR SIX MONTHS.  AND HE'S CERTAINLY

11:10AM  18   HERE TO DO WHATEVER HE CAN DO TO SAVE HIMSELF AS WELL.  THE

11:10AM  19   GOVERNMENT WAS QUICK TO POINT OUT EVERYBODY'S BENEFIT THAT THEY

11:10AM  20   WERE RECEIVING OR THE POTENTIAL OF BENEFIT THAT THEY'RE GOING

11:10AM  21   TO RECEIVE.

11:10AM  22          NOW, IT WAS ALSO QUIROLO, YOU RECALL, WHO WAS

11:10AM  23   DEALING WITH MIKE CAMACHO IN 2011 AND I GUESS WAS MESSING UP

11:10AM  24   THE MONEY.  AND THEN THIS IS WHEN--THIS IS--SOMEHOW, I GUESS,

11:10AM  25   THAT RENE SALAZAR MUST HAVE SET THIS UP WHILE HE WAS

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

1704

| | | |
|---|---|---|
| 11:10AM | 1 | INCARCERATED THAT CHARLIE QUIROLO WAS SUPPOSED TO TAKE OVER |
| 11:10AM | 2 | THE BUSINESS.  BUT KEEP IN MIND THAT CHARLES QUIROLO LIVED NEXT |
| 11:11AM | 3 | DOOR TO RENE SALAZAR.  HE RENTED RENE--OR HE OR HIS FAMILY |
| 11:11AM | 4 | RENTED RENE SALAZAR A PLACE TO LIVE.  THEY SUBSEQUENTLY SOLD |
| 11:11AM | 5 | ONE OF THEIR PROPERTIES TO RENE SALAZAR'S MOTHER THAT SHE STILL |
| 11:11AM | 6 | LIVES IN TODAY.  I MEAN, CHARLES QUIROLO HAD AMPLE OPPORTUNITY |
| 11:11AM | 7 | TO MEET ANYBODY THAT ACTUALLY CAME OVER TO RENE SALAZAR'S HOUSE |
| 11:11AM | 8 | ON DAY STREET. |
| 11:11AM | 9 | CHARLES QUIROLO, HE CLAIMS THAT HE WAS MAKING |
| 11:11AM | 10 | DELIVERIES FOR RENE SALAZAR.  AND I REMEMBER SPECIFICALLY THAT |
| 11:11AM | 11 | HE TESTIFIED THAT FOR A COUPLE-OF-MONTH PERIOD, PRESUMABLY JUNE |
| 11:11AM | 12 | TO AUGUST OF 2011, WHEN RENE SALAZAR WAS LIVING NEXT DOOR, |
| 11:11AM | 13 | THAT HE WAS DELIVERING TWO OUNCES EVERY OTHER DAY OR SO TO TREY |
| 11:11AM | 14 | TIBBS, TO MELISSA STEWART, AND TO BOBBY JAMES, AND THAT HE WAS |
| 11:11AM | 15 | BRINGING THE MONEY BACK TO RENE SALAZAR. |
| 11:11AM | 16 | LET'S LOOK AT THESE LAST THREE.  BOBBY JAMES.  HE |
| 11:12AM | 17 | TESTIFIED THAT HE WAS DEALING WITH A COMPLETELY DIFFERENT |
| 11:12AM | 18 | CIRCLE OF FRIENDS, AND THAT FELL APART WITH THE ARREST OF MOST |
| 11:12AM | 19 | OF THE PEOPLE HE WAS INVOLVED WITH.  NOW HE'S LOOKING FOR A |
| 11:12AM | 20 | NEW SOURCE OF SUPPLY.  AND WHO DID HE FIND?  KENNETH HOUSE. |
| 11:12AM | 21 | HE IMMEDIATELY BEGINS WORKING FOR HIM.  YOU SAW ON THE |
| 11:12AM | 22 | GOVERNMENT'S SCREEN THAT HE WAS RUNNING FOR HIM, MAKING $500 |
| 11:12AM | 23 | A DAY.  $500 A DAY RUNNING FOR KENNETH HOUSE AND SUPPLYING-- |
| 11:12AM | 24 | AND KENNETH HOUSE WAS SUPPLYING THIS EVERY DAY. |
| 11:12AM | 25 | NOW, BOBBY JAMES KNEW THAT ONE OF THE OTHER RUNNERS |

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

1705

11:12AM  1    THAT KENNETH HOUSE WAS EMPLOYING WAS TREY TIBBS.  I MEAN, TIBBS

11:12AM  2    WAS ORIGINALLY WORKING FOR HIM, AND THEN, ONCE HE GOT ARRESTED,

11:12AM  3    OBVIOUSLY, HE DIDN'T.  BUT IMMEDIATELY UPON HIS ARREST IN 2011

11:12AM  4    TREY TIBBS IMMEDIATELY BEGAN WORKING AGAIN FOR KENNETH HOUSE.

11:12AM  5    HE WAS GETTING PAID $25 EVERY QUARTER-OUNCE.  NOW, HE DID

11:12AM  6    THIS THROUGH JULY OF 2011, UNTIL KENNETH HOUSE GOT ARRESTED.

11:13AM  7            NOW, HE DID TESTIFY THAT HE WAS RECEIVING SMALL

11:13AM  8    QUANTITIES, ABOUT TWO OUNCES, FOR A SHORT TIME FROM RENE

11:13AM  9    SALAZAR.  HE TESTIFIED THAT HE WAS RECEIVING THESE TWO OUNCES

11:13AM  10   EVERY DAY FOR A TWO-MONTH SPAN.  NOW, KENNETH HOUSE WAS

11:13AM  11   ARRESTED IN JULY OF 2011 FOR A DIRTY UA.  RENE SALAZAR WAS

11:13AM  12   ARRESTED AUGUST 15TH OF 2011.  AND YOU HEARD MULTIPLE PEOPLE

11:13AM  13   TESTIFY THAT HE WAS ALREADY IN STATE CUSTODY.  SO WHY WOULD

11:13AM  14   TIBBS SAY THIS?

11:13AM  15           THE THIRD PERSON THAT CHARLES QUIROLO IDENTIFIED

11:13AM  16   THAT HE WAS DELIVERING TO FOR RENE SALAZAR WAS MELISSA STEWART.

11:13AM  17   SHE SAID THAT SHE MET RENE SALAZAR IN JUNE OF 2011 THROUGH HER

11:14AM  18   SISTER, SHERRY WEST.  THEY HAD A DATING RELATIONSHIP, IT WENT

11:14AM  19   SOUTH, SHE OBVIOUSLY STILL KNEW HIM, AND FROM JUNE UNTIL

11:14AM  20   AUGUST--FROM JUNE TILL AUGUST MISSY STEWART--MELISSA STEWART--

11:14AM  21   SAID SHE WAS GETTING A QUARTER-OUNCE TO AN OUNCE, WITH AN OUNCE

11:14AM  22   BEING THE BIGGEST TRANSACTION SHE EVER DID FOR RENE, THAT SHE

11:14AM  23   WAS GETTING THAT CONSISTENTLY OVER A TWO-MONTH PERIOD.  BUT

11:14AM  24   THEN SHE CLARIFIED AND SHE SAID THAT 80 PERCENT SHE WAS

11:14AM  25   ACTUALLY RECEIVING FROM CHARLES QUIROLO.  NOW, I DON'T

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

**1706**

11:14AM  1   UNDERSTAND WHY CHARLES QUIROLO IS GOING TO SAY THAT HE WAS

11:14AM  2   MAKING THESE DELIVERIES TO THESE PEOPLE FOR RENE SALAZAR WHEN

11:14AM  3   BOBBY JAMES AND TREY TIBBS WERE WORKING FOR KENNETH HOUSE.

11:14AM  4   SO WHO'S TELLING THE TRUTH THERE?  IT SEEMS LIKE THEY'RE

11:14AM  5   CONFLICTING STATEMENTS.

11:14AM  6           NOW, JAMES AND TIBBS, THEY BOTH SAY THAT THEY

11:14AM  7   ACTUALLY WORKED FOR KENNETH HOUSE.  BUT THEY NEVER TOLD YOU

11:14AM  8   THAT THEY REALLY DELIVERED FOR RENE SALAZAR.  TREY TIBBS

11:15AM  9   ALLEGED IN THAT TWO-MONTH PERIOD THAT HE WAS RECEIVING, BUT HE

11:15AM 10   WASN'T NECESSARILY DISTRIBUTING TO ANYBODY.  HE DIDN'T TELL YOU

11:15AM 11   THAT.  HE NEVER IDENTIFIED, REALLY, ANY OF HIS CUSTOMERS THAT

11:15AM 12   HE WAS ACTUALLY DISTRIBUTING TO.  AND THE TIME FRAMES JUST

11:15AM 13   DON'T WORK OUT.

11:15AM 14           NOW, WHAT I FOUND INTERESTING WAS THAT WHETHER IT

11:15AM 15   WAS BOBBY JAMES, MELISSA STEWART, TREY TIBBS, ALL THREE HAD

11:15AM 16   THE SAME THING IN COMMON.  THEY INITIALLY KIND OF DEALT WITH

11:15AM 17   CHARLES QUIROLO BECAUSE THEY KNEW THAT CHARLES QUIROLO KNEW

11:15AM 18   MANUEL CAMACHO.  SO THEY WERE DEALING WITH HIM.  CHARLES

11:15AM 19   QUIROLO PROVED VERY UNRELIABLE.  SO WHAT DID THEY DO?  THEY

11:15AM 20   COMPLETELY CUT OUT CHARLES QUIROLO AND WENT DIRECTLY TO MIKE

11:15AM 21   CAMACHO THEMSELVES.  MIND YOU, THIS IS LONG AFTER RENE SALAZAR

11:15AM 22   IS ALREADY IN STATE CUSTODY.  SO ALL OF THIS STUFF THAT'S

11:15AM 23   HAPPENING, HE DOESN'T HAVE ANY CONTROL OVER IT.

11:16AM 24           NOW, I WILL SAY THAT ALL THREE OF THESE PEOPLE ALL

11:16AM 25   HAVE THE SAME THING TO SAY ABOUT RENE SALAZAR.  THEY ALL SAY

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

1707

11:16AM  1    THAT HE'S A PARTNER OF KENNETH HOUSE.

11:16AM  2            THROUGHOUT THIS PERIOD OF TIME IN THE SUMMER OF

11:16AM  3    2011, FROM JUNE TO THE AUGUST TIME PERIOD, LIVING ON DAY

11:16AM  4    STREET, RENE SALAZAR WAS LIVING WITH ANDREA REEVES.

11:16AM  5            NOW, ANDREA REEVES TOLD YOU THAT SHE WAS USING

11:16AM  6    DURING THIS TIME, BUT SHE TOLD YOU THAT HER SOURCE OF SUPPLY

11:16AM  7    WAS BRENDA REEVES.  YOU'VE GOT THIS MAJOR DRUG TRAFFICKER

11:16AM  8    LIVING UNDER YOUR SAME ROOF.  WHY WOULD YOU FEEL THE NEED TO GO

11:16AM  9    TO A DIFFERENT SOURCE OF SUPPLY?  WOULDN'T IT BE RIGHT THERE,

11:16AM  10   HANDY?  TREY TIBBS SAID IT WAS IN THE MASTER BEDROOM.  ARE

11:16AM  11   WE REALLY TO BELIEVE THAT METHAMPHETAMINE WAS IN THE MASTER

11:16AM  12   BEDROOM AND ANDREA REEVES DIDN'T KNOW ABOUT IT?  LET'S FACE IT.

11:16AM  13   SHE'S USING IT, SHE'S PROBABLY AN ADDICT.  IF SHE'S AN ADDICT,

11:16AM  14   DON'T YOU THINK IF IT WAS IN HER OWN MASTER BEDROOM THAT SHE

11:17AM  15   WOULD CERTAINLY SEEK THAT OUT AND UTILIZE THAT RESOURCE?

11:17AM  16           NOW, SHE GOT UP THERE AND SHE TOLD YOU THAT SHE

11:17AM  17   HAD--YOU KNOW, SHE HAD KIDS AND THAT SHE DIDN'T WANT HER KIDS

11:17AM  18   TO BE AROUND THAT ENVIRONMENT, THAT SHE DIDN'T WANT HER KIDS TO

11:17AM  19   BE THERE AT THE HOUSE.  FOLKS, SHE DIDN'T EVEN HAVE CUSTODY OF

11:17AM  20   HER KIDS.  MAYBE THEY CAME OVER FOR SOME VISITATION HERE AND

11:17AM  21   THERE, BUT SHE DIDN'T HAVE CUSTODY OF THEM.  SO FOR HER TO SIT

11:17AM  22   UP THERE AND MAKE THE ARGUMENT THAT SHE WAS TRYING TO PROTECT

11:17AM  23   HER KIDS WHILE TALKING OUT OF THE OTHER SIDE OF HER MOUTH AND

11:17AM  24   SAYING THAT SHE WAS AN HABITUAL USER OF METHAMPHETAMINE IS KIND

11:17AM  25   OF A CONTRADICTORY STATEMENT.

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

1708

11:17AM  1      BUT SHE ALSO CONFIRMED THAT SHE KNEW MIKE CAMACHO,

11:17AM  2  SHE KNEW MIKE CAMACHO'S WIFE, THAT THEY ALL HUNG OUT SOCIALLY.

11:17AM  3  AND I THINK IT WAS PRETTY WELL-ESTABLISHED THAT MIKE CAMACHO

11:17AM  4  AND RENE SALAZAR WERE FRIENDS.

11:17AM  5      BUT ANDREA REEVES, HER OPPORTUNITY IN THIS CASE

11:18AM  6  HAPPENED AUGUST 15TH, 2011, WHEN RENE SALAZAR WENT IN STATE

11:18AM  7  CUSTODY.  THAT'S WHEN SHE DECIDED ON HER OWN VOLITION THAT

11:18AM  8  SHE WAS GONNA START DEALING METHAMPHETAMINES HERSELF.  AND

11:18AM  9  SHE WASTED NO TIME IN DOING SO.  SHE WASTED NO TIME IN SETTING

11:18AM  10  UP HER OWN SITUATION WITH MIKE CAMACHO AND SUBSEQUENTLY WITH

11:18AM  11  PRISCILLA CAMACHO.  IN FACT, YOU'LL RECALL IN GOVERNMENT'S

11:18AM  12  EXHIBIT 6 ANDREA IS ONE OF THE NAMES ON THERE.  SHE TESTIFIED

11:18AM  13  THAT SHE ACTUALLY BECAME HER OWN STEPMOTHER'S SOURCE OF SUPPLY.

11:18AM  14      THE COURT:  MR. KEMP, YOU HAVE ABOUT TWO AND A HALF

11:18AM  15  MINUTES.

11:18AM  16      MR. KEMP:  THANK YOU, YOUR HONOR.

11:18AM  17      NOW, THE MOST IMPORTANT PERSON IN THIS CASE IS

11:18AM  18  DEFINITELY KENNETH HOUSE.  HE TOLD YOU HE FIRST BEGAN DEALING

11:18AM  19  DRUGS IN 1996.  1996.  SO HE'S DONE THIS FOR 15 YEARS.  BUT

11:18AM  20  WHAT IS KENNETH HOUSE?  HE'S A LIAR, PLAIN AND SIMPLE.  HE TOLD

11:19AM  21  YOU HE HAD CANCER, BUT HE HAD REALLY NEVER BEEN DIAGNOSED.  HE

11:19AM  22  JUST THOUGHT MAYBE IT WAS HEREDITARY.  HE HAD NEVER FOLLOWED IT

11:19AM  23  UP.

11:19AM  24      HE TOLD EVERYBODY THAT THERE WAS THIS PARTNERSHIP

11:19AM  25  THAT WAS GOING ON WITH HE AND RENE SALAZAR, BUT YET HE WAS THE

CLOSING STATEMENT BY DEFENDANT RENE SALAZAR

1709

11:19AM 1    ONE THAT SET UP THE SOURCES OF SUPPLY, HE WAS THE ONE THAT GOT

11:19AM 2    THE CONNECTION WITH FERNANDO PERALES, OR DOGG.  THAT WAS JUST

11:19AM 3    HIM.  AND THEN HE TRIES TO COME IN AND TELL YOU THAT "WELL, I

11:19AM 4    FOUND THIS SOURCE OF SUPPLY, AND NOW I'M GOING TO SET UP THIS

11:19AM 5    PARTNERSHIP WITH RENE SALAZAR."  REALLY?  WOULDN'T IT MAKE

11:19AM 6    MORE SENSE TO SET UP A PARTNERSHIP AGREEMENT BEFORE YOU WENT

11:19AM 7    OUT TO TRY TO FIND A SOURCE OF SUPPLY?  I THOUGHT WHAT WAS

11:19AM 8    INTERESTING WAS, WHEN HE GOT PULLED OVER IN 2011, HE NEVER

11:19AM 9    MENTIONED RENE SALAZAR'S NAME, DID HE?  WHY NOT?  I'M SURE THE

11:19AM 10   GOVERNMENT WOULD ARGUE THAT IT WAS FOR SOME SORT OF PROTECTION.

11:19AM 11          THE FIRST TIME THAT HE ACTUALLY MENTIONED RENE

11:20AM 12   SALAZAR'S NAME WAS IN 2012, WHEN HE STARTED DEALING WITH THIS

11:20AM 13   FEDERAL THING.  WHY?  BECAUSE HE'S GOT TO FIND SOMEBODY TO PIN

11:20AM 14   SOMETHING ON, BECAUSE HE DOESN'T WANT TO SPEND THE REST OF MOST

11:20AM 15   OF HIS ADULT LIFE IN PRISON.  HE USED THE SYMPATHY CARD OF

11:20AM 16   CANCER, AND IT DIDN'T WORK OUT WELL.  HE TOLD LAW ENFORCEMENT

11:20AM 17   HIS WIFE DIDN'T KNOW ANYTHING ABOUT IT, BUT WE ALL KNOW SHE

11:20AM 18   DID.  IN FACT, WHEN MS. HOUSE CAME IN, SHE TESTIFIED THAT HE

11:20AM 19   WAS A LIAR.  SHE TESTIFIED THAT HE MADE UP EVERYTHING ABOUT THE

11:20AM 20   CASE.  SHE TESTIFIED THAT EVEN SMALL THINGS HE WOULD MAKE UP,

11:20AM 21   EXAGGERATE.  SO WHY WOULD HE NOT BE EXAGGERATING NOW?

11:20AM 22          I'D ASK YOU THAT YOU--IT'S YOUR JOB TO DETERMINE

11:20AM 23   WHAT FACTS ARE ACCURATE AND WHAT FACTS ARE INACCURATE.  YOU

11:20AM 24   ARE GOING TO HAVE THE OPPORTUNITY TO FLESH OUT ALL THE LIES OF

11:20AM 25   KENNETH HOUSE AND ANY OTHER WITNESSES THAT YOU MAY THINK ARE

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

1710

| | | |
|---|---|---|
| 11:20AM | 1 | BEING UNTRUTHFUL.  YOU ARE GOING TO HAVE THE OPPORTUNITY TO |
| 11:21AM | 2 | FLESH ALL OF THOSE OUT AND DETERMINE THE FACTS FOR YOURSELF. |
| 11:21AM | 3 | IN THE EVENT THAT YOU DETERMINE THAT RENE SALAZAR WAS PART |
| 11:21AM | 4 | OF THE CONSPIRACY, I WANT YOU TO TAKE A LOOK AT THE FACTS AND |
| 11:21AM | 5 | JUDGE OUR FACTS IN DETERMINING THE ACTUAL QUANTITY THAT WAS |
| 11:21AM | 6 | DIRECTLY ATTRIBUTABLE TO RENE SALAZAR, AND NOT TO KENNETH HOUSE |
| 11:21AM | 7 | OR SOME OTHER WITNESS THAT CERTAINLY HAS THE ABILITY AND THE |
| 11:21AM | 8 | OPPORTUNITY TO EXAGGERATE THOSE NUMBERS. |
| 11:21AM | 9 | THANK YOU. |
| 11:21AM | 10 | THE COURT:  THANK YOU, MR. KEMP. |
| 11:21AM | 11 | LADIES AND GENTLEMEN, ARE YOU READY TO KEEP GOING |
| 11:21AM | 12 | WITH ARGUMENTS, OR DO YOU NEED A BREAK?  A BREAK?  ALL RIGHT. |
| 11:21AM | 13 | MR. WHALEN, LET'S TAKE A 10-MINUTE RECESS. |
| 11:22AM | 14 | COURT SECURITY OFFICER:  ALL RISE. |
| 11:22AM | 15 | [OPEN COURT, DEFENDANTS PRESENT, JURY NOT PRESENT] |
| 11:22AM | 16 | THE COURT:  ALL RIGHT.  WE'LL RECESS FOR 10 MINUTES. |
| 11:22AM | 17 | WE HAVE BEEN GOING FOR ABOUT TWO HOURS AND 15 MINUTES. |
| 11:22AM | 18 | [RECESS] |
| 11:33AM | 19 | [OPEN COURT, DEFENDANTS PRESENT, JURY NOT PRESENT] |
| 11:33AM | 20 | THE COURT:  THANK YOU.  PLEASE BE SEATED. |
| 11:34AM | 21 | MR. NEWBERRY, PLEASE BRING IN THE JURY. |
| 11:34AM | 22 | COURT SECURITY OFFICER:  ALL RISE FOR THE JURY. |
| 11:35AM | 23 | [OPEN COURT, DEFENDANTS AND JURY PRESENT] |
| 11:35AM | 24 | THE COURT:  ALL RIGHT.  YOU MAY BE SEATED. |
| 11:35AM | 25 | MR. WHALEN. |

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

1711

| | |
|---|---|
| 11:35AM | 1 |
| 11:35AM | 2 |
| 11:35AM | 3 |
| 11:35AM | 4 |
| 11:35AM | 5 |
| 11:35AM | 6 |
| 11:35AM | 7 |
| 11:35AM | 8 |
| 11:35AM | 9 |
| 11:35AM | 10 |
| 11:35AM | 11 |
| 11:35AM | 12 |
| 11:35AM | 13 |
| 11:35AM | 14 |
| 11:35AM | 15 |
| 11:35AM | 16 |
| 11:35AM | 17 |
| 11:35AM | 18 |
| 11:36AM | 19 |
| 11:36AM | 20 |
| 11:36AM | 21 |
| 11:36AM | 22 |
| 11:36AM | 23 |
| 11:36AM | 24 |
| 11:36AM | 25 |

## CLOSING STATEMENT ON BEHALF OF DEFENDANT BOWEN

MR. WHALEN:  MAY IT PLEASE THE COURT.

COUNSEL.

GOOD MORNING, LADIES AND GENTLEMEN.

I'M GOING TO TRY SOMETHING NEW FOR THE FIRST TIME.
I DO HAVE A POWERPOINT PRESENTATION.  SO WE'RE GONNA SEE HOW
IT GOES.  SO BEAR WITH ME.

BUT, FIRST, YOU HAVE THOSE JURY INSTRUCTIONS IN
FRONT OF YOU, AND THAT'S THE LAW YOU HAVE, AND YOU HAVE TO
APPLY IT IN THIS CASE.  THAT'S KIND OF THE ROAD MAP OR FILTER
THAT YOU NEED TO TAKE ALL THAT EVIDENCE AND FILTER IT THROUGH,
BECAUSE THE ONE THING YOU NEED TO UNDERSTAND IS, JUST BECAUSE
THERE'S EVIDENCE, IT DOESN'T NECESSARILY EQUAL PROOF.  SO KEEP
THAT IN MIND.

SO, AS WE GOT STARTED IN THIS TRIAL, WE STARTED
OFF WITH THE PREMISE THAT EACH AND EVERY PERSON IS PRESUMED
INNOCENT.  SO WHEN WE START IN THE BEGINNING, TIM BOWEN IS NOT
GUILTY.  THAT'S WHERE YOU START.  HE'S NOT GUILTY UNLESS AND
UNTIL THEY PROVE THE CASE TO YOU BEYOND A REASONABLE DOUBT.
OKAY?

SO THEN NOW LET'S GO THROUGH THAT.  OBVIOUSLY,
THERE'S FOUR ELEMENTS IN THE CHARGE.  I'M JUST GONNA TALK
ABOUT THESE THREE BECAUSE, FRANKLY, I DON'T THINK YOU NEED TO
GET TO DRUG QUANTITY.  WHEN YOU FILTER ALL THROUGH THE EVIDENCE
IN THIS CASE, YOU'RE GONNA END UP TO A "NOT GUILTY."

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

1712

11:36AM  1          BUT, FIRST, YOU HAVE TO HAVE TWO OR MORE PERSONS

11:36AM  2   DIRECTLY OR INDIRECTLY REACH AN AGREEMENT, THAT THEY KNEW THE

11:36AM  3   UNLAWFUL PURPOSE OF THE AGREEMENT, AND THAT THEY JOINED IN IT

11:36AM  4   TO FURTHER IT.  SO YOU FIRST HAVE TO FIND:  WAS THERE ANY TYPE

11:36AM  5   OF AGREEMENT?  WHAT WAS THE ASSOCIATION OF THESE FOLKS?  WHAT

11:36AM  6   WERE THEY DOING TOGETHER?  SO I WANT YOU TO LOOK AT THAT FIRST.

11:36AM  7          NOW, IF YOU BELIEVE THE GOVERNMENT'S CASE--AND I'M

11:36AM  8   JUST STARTING WITH THAT PREMISE, IF YOU BELIEVE THAT, BUT I

11:36AM  9   THINK WHEN YOU LOOK AT THE EVIDENCE IT'S GONNA FALL APART--

11:36AM  10  THAT EVERY TIME THEY DID A TRANSACTION WITH MR. PERALES, IT

11:36AM  11  WAS SEPARATE AND FINITE.

11:36AM  12         AND THE REASON WHY I SAY THAT IS, YOU'VE HEARD THE

11:37AM  13  TERM "DRUGS WERE FRONTED."  YOU'VE HEARD THAT OVER AND OVER AND

11:37AM  14  OVER AGAIN.  WHY IS THAT IMPORTANT?  WHY DID THEY EMPHASIZE

11:37AM  15  THAT?  BECAUSE WHEN YOU FRONT DRUGS TO SOMEBODY, YOU GIVE IT TO

11:37AM  16  THEM ON CONSIGNMENT.  YOU'VE HEARD THAT WORD.  AND YOU GIVE IT

11:37AM  17  TO SOMEBODY ON CONSIGNMENT WITH THE EXPECTATION THAT THEY'RE

11:37AM  18  GONNA GO DO SOMETHING WITH IT SO THEY CAN PAY IT.  SO YOU

11:37AM  19  EXPECT THEM--"YOU NEED TO GO SELL THEM SO YOU CAN PAY ME FOR

11:37AM  20  THE DRUGS THAT I GAVE YOU."  SO THAT'S WHEN AN AGREEMENT IS

11:37AM  21  FORMED TO POSSESS WITH THE INTENT TO DISTRIBUTE.  BECAUSE I'M

11:37AM  22  GIVING YOU DRUGS, I'M EXPECTING YOU TO GO SELL IT AND BRING ME

11:37AM  23  THE MONEY BACK.  AND THAT'S WHY FRONTING--AND YOU'VE HEARD THAT

11:37AM  24  OVER AND OVER AND OVER AGAIN--WHY IT'S SO IMPORTANT.

11:37AM  25         BUT YOU DIDN'T HEAR THAT WHEN IT RELATED TO

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

1713

11:37AM  1  MR. PERALES.  HE NEVER SAID HE FRONTED DRUGS TO ANYBODY.  HE

11:37AM  2  NEVER SAID HE EXPECTED ANYBODY TO COME BACK AND PICK UP MONEY.

11:37AM  3  HE NEVER TALKED ABOUT THAT.  AND I THINK THAT'S IMPORTANT WHEN

11:37AM  4  YOU LOOK AT WHETHER OR NOT THERE'S AN AGREEMENT WHEN MR. PERALES

11:37AM  5  WOULD SELL DRUGS TO SOMEBODY.  BECAUSE ONCE HE SOLD THEM TO

11:38AM  6  THEM, THAT TRANSACTION WAS COMPLETE.  THERE WAS NO EXPECTATION

11:38AM  7  OF WHAT THEY WERE GONNA DO AFTERWARDS.  HE HAD NO INTEREST IN

11:38AM  8  WHAT THEY WERE GONNA DO AFTERWARDS.  AND THERE'S BEEN SOME

11:38AM  9  TESTIMONY THAT HE KNEW THEY WERE GOING TO DENISON AND SHERMAN.

11:38AM  10  I DON'T THINK THAT'S IN THE RECORD.  I DON'T THINK HE EVER SAID

11:38AM  11  THAT.  BUT I THINK YOU NEED TO LOOK AT THAT.  WAS THERE EVER AN

11:38AM  12  AGREEMENT?  AND I THINK THE GOVERNMENT, WHAT THEY WANT TO TRY

11:38AM  13  TO DO IS, THERE WAS THIS OVERALL AGREEMENT TO DISTRIBUTE DRUGS

11:38AM  14  IN THE SHERMAN-DENISON AREA.  BUT LOOK AT THE EVIDENCE THAT YOU

11:38AM  15  HAVE.  THERE'S NO EXPECTATION THAT IF BOWEN GOT DRUGS FROM HIM

11:38AM  16  THAT HE WOULD RETURN WITH A PROFIT.  HE HAD NO KNOWLEDGE OF

11:38AM  17  WHAT HE WAS GONNA DO WITH THEM AFTERWARDS.  SO IS THERE ANY

11:38AM  18  AGREEMENT THAT THERE'S A CONSPIRACY OR A JOINT AGREEMENT TO

11:38AM  19  DISTRIBUTE NARCOTICS?  YOU HAVE TO ASK THAT THRESHOLD QUESTION

11:38AM  20  BEFORE ANYTHING.  BECAUSE IF YOU ANSWER THAT QUESTION NO, THEN

11:39AM  21  THERE'S NO CONSPIRACY CHARGE AND THERE'S NO FINDING OF GUILT;

11:39AM  22  YOU HAVE TO FIND HIM NOT GUILTY.

11:39AM  23          AND I THINK ALSO WHEN YOU LOOK AT IT EVERYBODY WAS

11:39AM  24  INDEPENDENT OF EACH OTHER.  WHEN YOU KIND OF SEPARATE IT ALL

11:39AM  25  OUT, ESPECIALLY WHEN AFTER MR. HOUSE GETS ARRESTED YOU HAVE

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

1714

11:39AM 1 CHRISTINA HOUSE DOING HER OWN THING AND KISHA BOWEN DOING HER

11:39AM 2 OWN THING AND THEN ALL OF A SUDDEN TIM BOWEN POPS UP.  THEY SAY

11:39AM 3 TIM IS INVOLVED.  AND HE'S KIND OF BEEN DOING HIS OWN THING.

11:39AM 4 AND I THINK THE GOVERNMENT IS GOING TO SAY, "WELL, TIM AND

11:39AM 5 MR. TIBBS POOLED THEIR MONEY TOGETHER.  THAT WAS AN AGREEMENT."

11:39AM 6 BUT THINK ABOUT IT.  THEY GOT DRUGS AND SUPPOSEDLY THEY WENT

11:39AM 7 THEIR OWN SEPARATE WAYS.  THERE'S NO INTENT TO FURTHER ANYTHING

11:39AM 8 AFTER THAT TRANSACTION.  SO I'D ASK YOU TO LOOK AT THEM FROM A

11:39AM 9 POINT OF:  WERE THEY DISCRETE?  WERE THEY FINITE?  WAS THERE AN

11:39AM 10 EXPECTATION OF RETURN OF MONEY?

11:40AM 11          THERE'S EVEN IN THE CHARGE THAT THERE DOESN'T

11:40AM 12 HAVE TO BE A FINANCIAL GAIN.  BUT LET'S BE HONEST.  THEY'RE

11:40AM 13 OBVIOUSLY HERE TO MAKE MONEY.  AND THERE'S NO EXPECTATION

11:40AM 14 OF THAT.  THERE'S NO TRANSFER OF MONEY OR PROFIT BACK TO

11:40AM 15 MR. PERALES BETWEEN MR. BOWEN AND MR. TIBBS OR BETWEEN ANYBODY

11:40AM 16 ELSE.  THEY'RE ALL DOING THEIR OWN THING.  SO YOU HAVE THIS

11:40AM 17 GROUP HERE AND THIS GROUP HERE, AND THEN YOU HAVE BOBBY JAMES

11:40AM 18 GOING TO CAMACHO HIMSELF, AND YOU HAVE ALL THESE DIFFERENT

11:40AM 19 GROUPS JUST KIND OF DOING THEIR OWN THING.  BUT THEN THE

11:40AM 20 GOVERNMENT WANTS TO SAY, "WELL, TREAT IT AS ONE OVERALL

11:40AM 21 CONSPIRACY, BECAUSE THEY ALL DELIVER DRUGS TO SHERMAN-DENISON."

11:40AM 22 THEY'VE PROVEN TO YOU A BUNCH OF DIFFERENT ACTIVITY.  THEY

11:40AM 23 HAVEN'T PROVEN TO YOU AN OVERARCHING CONSPIRACY.  AND I THINK

11:40AM 24 WHEN YOU LOOK AT THAT AND FILTER THAT THROUGH, IT LEADS TO

11:40AM 25 THEY'RE NOT GUILTY.  OKAY?

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

1715

11:40AM  1    SO THEN YOU HAVE TO SAY TO YOURSELF, "OKAY, WHAT

11:40AM  2  EVIDENCE DO THEY HAVE?"  WHAT EVIDENCE DID THEY BRING YOU?  AND

11:40AM  3  I HAVE TO SAY THAT IT'S KIND OF--I'LL SAY IT'S OFFENSIVE TO

11:41AM  4  ME FOR THE GOVERNMENT TO SAY THAT WE'RE GONNA GIVE YOU RABBIT

11:41AM  5  TRAILS OR THINGS YOU ARE NOT TO FOCUS ON OR BRING UP CERTAIN

11:41AM  6  THINGS, DON'T FOCUS ON WHETHER OR NOT THEY'RE TELLING THE TRUTH

11:41AM  7  AND WHETHER OR NOT THEY HAD A MOTIVE TO TESTIFY A CERTAIN WAY.

11:41AM  8  THOSE ARE NOT RABBIT TRAILS.  THOSE ARE JOBS THAT YOU HAVE TO

11:41AM  9  DO AS JURORS TO DECIDE WHETHER OR NOT YOU'RE GONNA BELIEVE

11:41AM  10 THESE PEOPLE.

11:41AM  11    BECAUSE WHEN IT REALLY COMES DOWN, WITH TIM BOWEN,

11:41AM  12 YOU'VE GOT TO BELIEVE THESE PEOPLE.  BECAUSE WHAT INVESTIGATION

11:41AM  13 REALLY HAPPENED AS IT RELATES TO TIM BOWEN?  YOU HEARD ALL THE

11:41AM  14 TESTIMONY ABOUT ALL THE TOOLS THAT THEY HAVE.  AND YOU HAD THE

11:41AM  15 WIRETAPS.  REMEMBER, THERE WAS TESTIMONY ABOUT WIRETAPS, THAT

11:41AM  16 THEY'RE VERY EXPENSIVE; "WE DON'T UTILIZE THEM IN EVERY CASE,

11:41AM  17 BECAUSE THEY'RE VERY EXPENSIVE."  BUT THEY'RE ASKING YOU TO

11:41AM  18 FIND SOMEBODY GUILTY AND FACE THE PUNISHMENT OF PRISON TIME,

11:42AM  19 BUT THEY'RE GONNA PUT A PRICE ON THAT.  IT'S TOO EXPENSIVE TO

11:42AM  20 BRING YOU THE EVIDENCE THAT YOU NEED TO MAKE A DECISION, WHEN

11:42AM  21 THEY HAVE THE RESOURCES TO DO IT.

11:42AM  22    SEARCH WARRANTS.  DID THEY GET ANY SEARCH WARRANTS?

11:42AM  23 YOU FINALLY SAW PICTURES OF MR. BOWEN'S HOUSE--SUPPOSED HOUSE

11:42AM  24 THAT THEY TOOK A WEEK BEFORE THE TRIAL.  YOU KNOW THEY DIDN'T

11:42AM  25 DO THAT.

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

**1716**

11:42AM 1      DID THEY DO ANY CONTROLLED BUYS?  CHRISTINA HOUSE

11:42AM 2  TESTIFIED THAT SHE BECAME A CONFIDENTIAL INFORMANT AND

11:42AM 3  SUPPOSEDLY MENTIONED MR. BOWEN'S NAME TO THEM.  WHAT

11:42AM 4  INVESTIGATION DID THEY DO ON THAT INFORMATION?

11:42AM 5      THE GOVERNMENT WILL WANT TO TELL YOU, "WELL, WE USE

11:42AM 6  COOPERATORS TO GET INFORMATION, PEOPLE WHO ARE CONFIDENTIAL

11:42AM 7  INFORMANTS."  BUT YOU TAKE THAT INFORMATION AND USE THESE TOOLS

11:42AM 8  TO BRING YOU EVIDENCE.

11:43AM 9      TRASH RUNS.  YOU HEARD TESTIMONY ABOUT TRASH RUNS,

11:43AM 10 WHERE WE CAN GO SEARCH THROUGH YOUR TRASH TO FIND EVIDENCE

11:43AM 11 OF NARCOTICS, AND WE CAN GET A SEARCH WARRANT AND SEARCH YOUR

11:43AM 12 HOUSE.  THAT'S PRETTY EASY.  THAT DOESN'T COST A LOT OF MONEY.

11:43AM 13 DID THEY DO THAT IN THIS CASE AS RELATES TO MR. BOWEN TO TRY

11:43AM 14 TO DETERMINE WHETHER OR NOT THESE PEOPLE ARE TELLING YOU THE

11:43AM 15 TRUTH?  NO.

11:43AM 16      ANY TRAFFIC STOPS?  NO.

11:43AM 17      CELL PHONE RECORDS.  REMEMBER MS. DAVILA SAID, "OH,

11:43AM 18 I HEARD HIM TALKING ON THE PHONE TO MR. PERALES."  DID WE GET

11:43AM 19 ANY PHONE RECORDS FROM MR. PERALES?  DID WE GET ANY PHONE

11:43AM 20 RECORDS FROM MR. BOWEN?  DID WE GET ANY PHONE RECORDS FROM

11:43AM 21 KISHA BOWEN?  DID WE GET ANY PHONE RECORDS FROM CHRISTINA

11:43AM 22 HOUSE?  DID WE GET ANY PHONE RECORDS FROM TREY TIBBS?  NO.

11:43AM 23 EVIDENCE THAT WOULD CORROBORATE WHAT THEY ARE TRYING TO TELL

11:43AM 24 YOU.  THEY DIDN'T DO IT.  THEY HAVEN'T BROUGHT IT TO YOU.

11:43AM 25      AND THEN SURVEILLANCE.  HOW HARD IS IT TO DO

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

1717

11:44AM  1   SURVEILLANCE?  DRIVE AROUND, SEE IF THEY CAN OBSERVE PEOPLE

11:44AM  2   DOING CERTAIN THINGS.  THEY CHOSE NOT TO DO THAT.

11:44AM  3           SO YOU HAVE NO INVESTIGATIVE TOOLS UTILIZED TO

11:44AM  4   BRING YOU A CASE AGAINST TIM BOWEN.  THAT SHOULD CAUSE YOU SOME

11:44AM  5   CONCERN.  THAT SHOULD CAUSE YOU TO HESITATE.  THAT SHOULD CAUSE

11:44AM  6   YOU TO HAVE A REASONABLE DOUBT.  WHY NOT?  BECAUSE THE DEA GETS

11:44AM  7   INVOLVED IN NOVEMBER OF 2011--I HAVE A TIMELINE FOR YOU.  WE'LL

11:44AM  8   GO THROUGH THAT--BUT THEN HE'S INDICTED IN JANUARY OF 2012.

11:44AM  9   WHAT INVESTIGATIONS DID THEY DO?

11:44AM  10          AND THEN WE HEAR FROM MS. DAVILA AND MR. CABRALES

11:44AM  11  THAT THEY GOT INTERVIEWED A WEEK BEFORE THIS TRIAL.

11:44AM  12          SO THEN WE HAD A WHOLE BUNCH OF WITNESSES COME IN.

11:45AM  13  AND THOSE ARE ALL WITNESSES THAT DIDN'T HAVE ANYTHING TO SAY

11:45AM  14  ABOUT MR. BOWEN.  SO YOU CAN ELIMINATE ALL THOSE FOLKS.  AGENT

11:45AM  15  MATA DIDN'T, DETECTIVE GRISHAM [SIC] DIDN'T, MR. NGUYEN,

11:45AM  16  MR. URBINA, MR. CAMACHO, ANDREA REEVES, MR. JAMES, OFFICER

11:45AM  17  WITHROW, PRISCILLA MARCELENO, CHARLES QUIROLO, RAMIRO CAZARES,

11:45AM  18  OFFICER GRISSOM, OFFICER COVENEY.  NOTHING.  DIDN'T MENTION HIM

11:45AM  19  ONE TIME.

11:45AM  20          AND THEN YOU HAVE PERALES, HOUSE, TIBBS, DAVILA,

11:45AM  21  CABRALES, HOUSE AND BOWEN.  AND WHAT IS THEIR MOTIVE FOR

11:45AM  22  TESTIFYING?

11:45AM  23          MR. PERALES, OBVIOUSLY, HE WANTS TO REDUCE HIS TIME.

11:45AM  24          MR. HOUSE, MR. TIBBS.

11:45AM  25          AND THEN LOOK WHEN WE GET TO MS. DAVILA, CABRALES,

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

1718

11:45AM  1  CHRISTINA HOUSE AND KISHA BOWEN.  THEY'VE GOT PROBLEMS.  THEY

11:46AM  2  DON'T WANT TO GET CHARGED.  PRETTY BIG INCENTIVE.  BUT LET'S

11:46AM  3  GO THROUGH THEIR TESTIMONY AND TALK ABOUT WHAT THEY TOLD YOU.

11:46AM  4          FIRST OF ALL, YOU HAVE MR. PERALES.  AND I THINK THE

11:46AM  5  GOVERNMENT PUT UP ON THEIR SLIDE THAT HE STARTED DEALING WITH

11:46AM  6  KENNETH HOUSE IN 2011.  THAT'S ON THEIR SLIDE, THAT'S WHAT HE

11:46AM  7  TESTIFIED TO.  WELL, I THINK IT'S CLEAR FROM THE TESTIMONY THAT

11:46AM  8  YOU RECEIVED THAT MR. HOUSE WAS ARRESTED IN NOVEMBER OF 2010.

11:46AM  9  HE GOT OUT FOR A WEEK, HE GOT A PAROLE VIOLATION, AND WENT BACK

11:46AM  10 IN.  SO WHEN MR. PERALES COMES IN AND SAYS, "WELL, I STARTED

11:46AM  11 DEALING WITH HIM IN 2011," THAT'S NOT POSSIBLE.  HE WASN'T OUT

11:46AM  12 IN 2011.

11:46AM  13         AND THE OTHER THING, TOO, ABOUT HIM IS, HE TALKS

11:46AM  14 ABOUT HIS MEMORY IS BAD.  "I HAVE A BAD MEMORY."  AND WHEN YOU

11:47AM  15 ARE ASKED THOSE QUESTIONS IN THE JURY INSTRUCTIONS ABOUT WHAT

11:47AM  16 YOU SHOULD LOOK FOR AND HOW TO EVALUATE A WITNESS'S TESTIMONY,

11:47AM  17 WAS THEIR MEMORY GOOD OR BAD?  HE TELLS YOU HIS MEMORY WAS BAD.

11:47AM  18 ONE MINUTE HE SAYS SIX MONTHS, ONE MINUTE HE SAYS TWO MONTHS.

11:47AM  19 DOES HE REALLY KNOW?  WHAT DOES HE REALLY CARE ABOUT?  HE'S GOT

11:47AM  20 CHILDREN AT HOME THAT HE WANTS TO GET BACK TO AS QUICKLY AS HE

11:47AM  21 CAN.

11:47AM  22         THEN YOU GET TO MR. HOUSE.  AND MR. HOUSE COMES IN

11:47AM  23 AND MAKES THIS STATEMENT THAT MR. SALAZAR COMPLAINED TO HIM

11:47AM  24 ABOUT MR. BOWEN, TIM BOWEN--OR THE BOWENS WERE NOT LIVING UP

11:47AM  25 TO THEIR END OF THE DEAL.  IT'S KIND OF CONVENIENT, BECAUSE

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

1719

| | |
|---|---|
| 11:47AM | 1 | UP TO THAT POINT THERE'S NO CONNECTION BETWEEN TIM BOWEN AND |
| 11:47AM | 2 | MR. SALAZAR.  OKAY? |
| 11:47AM | 3 | AND IT'S NOT POSSIBLE FOR THAT TO HAPPEN, BECAUSE |
| 11:48AM | 4 | IF YOU LOOK AT THE TIMELINE--WE'LL JUST GO TO THE TIMELINE. |
| 11:48AM | 5 | BECAUSE YOU HAVE KENNETH HOUSE IN JAIL IN NOVEMBER OF 2010. |
| 11:48AM | 6 | I DON'T THINK ANYBODY DISPUTES THAT. |
| 11:48AM | 7 | THEN PERALES TESTIFIES HE STARTED DEALING WITH |
| 11:48AM | 8 | KENNETH HOUSE IN JANUARY OF 2011.  WE KNOW CHRISTINA HOUSE GOES |
| 11:48AM | 9 | TO JAIL IN MARCH 2011.  THEN HE GETS OUT OF JAIL IN MARCH--OR |
| 11:48AM | 10 | MAY OF 2011, AND THEN HE TESTIFIES--I'M ASSUMING IT'S IN THIS |
| 11:48AM | 11 | TIME FRAME.  HE DOESN'T REALLY SAY WHEN IT HAPPENED.  BUT HE |
| 11:48AM | 12 | SAYS THAT SALAZAR MENTIONED TIM BOWEN'S NAME, BUT THEN WE |
| 11:48AM | 13 | KNOW HOUSE GOES BACK TO JAIL IN JULY OF 2011.  OKAY?  THAT'S |
| 11:48AM | 14 | SUPPOSEDLY WHEN THAT HAPPENED. |
| 11:48AM | 15 | AND THEN YOU HAVE TIBBS AND DAVILA.  THEY'RE |
| 11:48AM | 16 | CLAIMING THAT THEY WERE DEALING WITH PERALES IN JUNE OF 2011. |
| 11:48AM | 17 | KISHA BOWEN CLAIMS SHE HAS TO INTRODUCE BOWEN TO SALAZAR IN |
| 11:49AM | 18 | AUGUST OF 2011.  THAT'S WHAT SHE TESTIFIED TO.  SO HOUSE EITHER |
| 11:49AM | 19 | HAS IT WRONG, BOWEN HAS GOT IT WRONG, OR THEY'VE BOTH GOT IT |
| 11:49AM | 20 | WRONG.  IT'S JUST NOT POSSIBLE.  BECAUSE WE KNOW SALAZAR GOES |
| 11:49AM | 21 | TO JAIL IN 2011.  OKAY?  SO WHEN YOU GET TO THAT STATEMENT, |
| 11:49AM | 22 | THAT'S THE STATEMENT THEY'RE RELYING ON THAT MR. BOWEN IS TIED |
| 11:49AM | 23 | IN WITH MR. SALAZAR.  IT'S JUST NOT POSSIBLE BECAUSE YOU HAVE |
| 11:49AM | 24 | ONE WITNESS TELLING YOU ONE THING, ANOTHER WITNESS IS TELLING |
| 11:49AM | 25 | YOU ONE THING, AND THEY WANT YOU TO BELIEVE THEM BOTH.  YOU |

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

**1720**

| | |
|---|---|
| 11:49AM | 1 |
| 11:49AM | 2 |
| 11:49AM | 3 |
| 11:49AM | 4 |
| 11:50AM | 5 |
| 11:50AM | 6 |
| 11:50AM | 7 |
| 11:50AM | 8 |
| 11:50AM | 9 |
| 11:50AM | 10 |

1  CAN'T HAVE IT BOTH WAYS.

2         AND YOU KNOW ABOUT MR. HOUSE.  YOU JUST CAN'T--YOU

3  CAN'T BELIEVE HIM.  BECAUSE IF YOU LOOK AT HIS DEMEANOR ON THE

4  VIDEOTAPE OF THE TRAFFIC STOP, HE LIES.  HE'S TRYING TO BE COOL

5  AS HE CAN BE, NOT TO GET CAUGHT.  BUT WHEN HE'S HERE, WHEN HE

6  GETS CAUGHT, THEN HE'S, LIKE, "OH, I'LL TELL YOU EVERYTHING."

7         HE ALSO SAID IN THAT VIDEO, "I'M NOT GONNA LIE

8  ANYMORE."  WELL, HIS WIFE TOLD YOU HE'S A LIAR.  HE'LL LIE

9  ABOUT THE BIG THINGS, HE'LL LIE ABOUT THE LITTLE THINGS,

10  AND HE'LL LIE TO YOU IN ORDER TO GET HOME QUICKER.

11         THE OTHER THING, TOO, IS, HE ALSO TOLD YOU HE DIDN'T

12  HAVE ANY PERSONAL KNOWLEDGE ABOUT THAT.  HE'S JUST SAYING

13  THAT'S WHAT MR. SALAZAR TOLD HIM.  HE HAS NO PERSONAL KNOWLEDGE

14  OF THAT.  AND THIS IS COMING FROM A PERSON WHO SELF-ADMITTED

15  TAKING 10 HYDROCODONES PER DAY.  I DON'T KNOW ABOUT YOU, BUT

16  HYDROCODONE REALLY CLOUDS YOUR THINKING.  AND SO THEY'RE

17  ASKING YOU TO RELY ON HIS DRUG-ADDICTED MEMORY AND ACCEPT

18  THAT STATEMENT AT FACE VALUE.

19         AND THEN YOU LOOK AT HIS CRIMINAL HISTORY.  IT'S NOT

20  HIS FIRST RODEO.  HE KNOWS WHAT HE NEEDS TO DO TO HELP HIMSELF.

21  AND HE TALKS ABOUT HOW HE DOESN'T KNOW--HE DOESN'T HAVE A VERY

22  GOOD MEMORY.  BUT WHEN THEY ASKED HIM WHEN HE KNEW HE WOULD GET

23  OUT ON PAROLE, FINISH HIS PAROLE, HE KNEW THAT DATE WITHOUT

24  A DOUBT.  SO IF IT MATTERS TO HIM, ESPECIALLY ABOUT WHETHER

25  HE'S GONNA BE IN JAIL OR OUT OF JAIL, HE'S GONNA HELP HIMSELF.

Case 4:12-cr-00016-SDJ-CAN   Document 1161   Filed 11/10/14   Page 95 of 178   PageID #:
8366
CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

1721

11:51AM 1   WHEN YOU LOOK AT HIS MOTIVE, YOU LOOK AT HIS DRUG USE, IS

11:51AM 2   THAT SOMEBODY YOU ARE WILLING TO RELY AND ACT UPON WITHOUT

11:51AM 3   HESITATION?  THAT'S A REASONABLE DOUBT.

11:51AM 4           THEN YOUR NEXT PERSON IS TREY TIBBS.  OBVIOUSLY, HE

11:51AM 5   HAS A PLEA AGREEMENT.  LET'S TALK ABOUT THESE PLEA AGREEMENTS

11:51AM 6   HERE JUST A LITTLE BIT.  HE SAYS UNBEKNOWNST TO HIM MR. BOWEN

11:51AM 7   IS GETTING HIS DRUGS FROM SOMEONE ELSE.  THEY DIDN'T KNOW THEY

11:52AM 8   WERE GETTING DRUGS FROM THE SAME PERSON, IS WHAT HIS TESTIMONY

11:52AM 9   IS.  WELL, IF YOU BELIEVE THAT, THAT GOES BACK TO THE FIRST

11:52AM 10  POINT OF:  THERE'S NO AGREEMENT.  THEY'RE ALL DOING THEIR OWN

11:52AM 11  THING.  THEY'RE NOT WORKING TOGETHER.  THEY'RE NOT SHARING

11:52AM 12  PROFITS.

11:52AM 13          BUT HIS TIME FRAMES ARE ALL WRONG, BECAUSE HE SAYS

11:52AM 14  IT STARTED IN JUNE OF 2011.  BUT WHEN WE GO FORWARD, KISHA

11:52AM 15  BOWEN AND CHRISTINA HOUSE CLAIMED MR. BOWEN DIDN'T KNOW

11:52AM 16  MR. PERALES, WASN'T INTRODUCED TO HIM UNTIL SEPTEMBER OF 2011.

11:52AM 17  SO DO YOU BELIEVE TIBBS AND DAVILA OR DO YOU BELIEVE CHRISTINA

11:52AM 18  HOUSE AND KISHA BOWEN?  YOU CAN'T BELIEVE EITHER ONE OF THEM.

11:52AM 19  THEY BOTH CAN'T BE RIGHT.  REASONABLE DOUBT.

11:52AM 20          AND ALSO TREY TIBBS.  HE WAS USING TWO GRAMS A DAY

11:53AM 21  OF METHAMPHETAMINE.  AND THEY'RE ASKING FOR YOU TO RELY ON HIS

11:53AM 22  MEMORY AND HIS TESTIMONY WHEN IT'S BEEN AFFECTED BY HIS USE OF

11:53AM 23  METHAMPHETAMINE.

11:53AM 24          AND HE ALSO WILL CHEAT PEOPLE.  REMEMBER HE TOLD YOU

11:53AM 25  HE WAS SHORTING THE BAGS?  HE'S TAKING WHAT HE NEEDS, SELLING

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

1722

11:53AM  1  IT TO PEOPLE, REPRESENTING THAT IT'S SOMETHING ELSE.  SO IT WAS

11:53AM  2  EASY FOR HIM TO COME IN HERE AND REPRESENT SOMETHING ELSE TO

11:53AM  3  YOU TO HELP HIM.

11:53AM  4        AND THEN YOU GET TO MARIE DAVILA.  SHE CLAIMS THIS

11:53AM  5  IN JUNE, JULY.

11:53AM  6        THEN YOU GET TO KISHA BOWEN'S TESTIMONY.  IT HAPPENS

11:53AM  7  IN SEPTEMBER 2011.  THE INCONSISTENCY.  SHE DOESN'T GET

11:53AM  8  INTERVIEWED TILL LAST WEEK.  SHE'S A CONVICTED FELON.  SHE USES

11:53AM  9  METH ON A REGULAR BASIS.  AND WE'RE ASKED TO RELY ON HER MEMORY

11:54AM  10 WHEN SHE'S A SELF-ADMITTED METHAMPHETAMINE ADDICT.  AND THE

11:54AM  11 BIGGEST THING IS, SHE'S NOT BEING CHARGED.

11:54AM  12       CAN YOU IMAGINE GETTING A PHONE CALL A WEEK AGO FROM

11:54AM  13 THE FEDERAL GOVERNMENT, AGENTS FROM FEDERAL LAW ENFORCEMENT,

11:54AM  14 SAYING, "WE WANT TO TALK TO YOU ABOUT THIS.  WE JUST WANT YOU

11:54AM  15 TO TELL US THE TRUTH.  IF YOU TELL US THE TRUTH, WE'RE NOT

11:54AM  16 GONNA CHARGE YOU"?  THINK ABOUT HOW SHE MIGHT FEEL.  SCARED.

11:54AM  17 CONCERNED.  "I DON'T WANT TO GO TO JAIL.  WHAT DO YOU NEED TO

11:54AM  18 KNOW?"

11:54AM  19       THEN YOU HAVE CARLOS CABRALES, ANOTHER PERSON USING

11:54AM  20 METHAMPHETAMINE.  THEY ONLY SPOKE TO HIM LAST WEEK.  AND THEN

11:54AM  21 THEY'RE TELLING HIM HE'S NOT GONNA BE CHARGED EITHER.

11:54AM  22       THEN YOU HAVE CHRISTINA HOUSE.  YOU LOOK AT HER.

11:54AM  23 CONVICTED FELON, THEFT, METHAMPHETAMINE USER.  SHE'S A CI,

11:55AM  24 AND SHE'S TRYING TO WORK OFF THESE CASES, PROVIDING STUFF--SHE

11:55AM  25 SAYS SHE PROVIDED INFORMATION TO THE GOVERNMENT THAT THEY NEVER

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

**1723**

11:55AM  1  FOLLOWED UP ON.  SHE LIED TO HER HUSBAND.  SHE DIDN'T TELL HIM

11:55AM  2  THAT SHE WAS DEALING METHAMPHETAMINE.  "HE WOULD HAVE KILLED ME

11:55AM  3  IF HE FOUND OUT."  SO SHE HID THAT FROM HIM.  SHE'S CAPABLE OF

11:55AM  4  DOING THAT.  AND THEN SHE TALKS ABOUT THIS INTRODUCTION IN

11:55AM  5  SEPTEMBER OF 2011.  SO SHE'S CONTRADICTING THEIR OWN WITNESSES.

11:55AM  6          AND THEN YOU HAVE KISHA BOWEN.  SHE SAID SHE

11:55AM  7  INTRODUCED TIM TO SALAZAR.  IS THAT REALLY BELIEVABLE?  THINK

11:55AM  8  ABOUT IT.  MR. SALAZAR IS GOING TO JAIL IN AUGUST 2011.  SHE

11:55AM  9  SAYS SHE INTRODUCED HIM.  IT HAD TO BE AUGUST OF 2011.  ANDREA

11:55AM  10 REEVES WAS THERE.

11:55AM  11         AND ANDREA REEVES TESTIFIED THAT SHE WAS AWARE OF

11:56AM  12 EVERYBODY THAT CAME IN THAT HOUSE AND KNEW WHAT WAS GOING ON.

11:56AM  13 DID SHE ONCE AT ALL EVER TESTIFY SHE KNEW THAT MAN?  ESPECIALLY

11:56AM  14 IN LIGHT OF THE FACT THAT THEN SHE CLAIMED SHE STARTED SELLING

11:56AM  15 METHAMPHETAMINE AFTER MR. SALAZAR WENT TO JAIL.  "OH, WELL,

11:56AM  16 THEN I HAVE ANOTHER SOURCE."  IT WOULD BE TIM BOWEN.  DID SHE

11:56AM  17 TALK ABOUT ANY OF THAT?  DID SHE SAY SHE WAS PRESENT FOR ANY OF

11:56AM  18 THAT MEETING?  NO.

11:56AM  19         KISHA BOWEN IS SCARED.  SHE HAS TWO YOUNG KIDS AT

11:56AM  20 HOME.  HER HUSBAND IS GETTING READY TO GO TO PRISON FOR A LONG

11:56AM  21 TIME.  SHE'S BEING PROMISED, "YOU WON'T GET CHARGED IF YOU

11:56AM  22 TELL US WHAT WE WANT TO KNOW."  AND WHEN YOU LOOK AT HER, SHE'S

11:56AM  23 DEALING METHAMPHETAMINE ON HER OWN TERMS, DOING HER OWN THING.

11:56AM  24 SHE'S NO DIFFERENT THAN A LOT OF THESE OTHER PEOPLE WHO

11:56AM  25 TESTIFIED, BUT SHE'S GETTING A PASS.  THAT MOTIVATES YOU TO

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

**1724**

| | |
|---|---|
| 11:56AM | 1 |
| 11:56AM | 2 |
| 11:57AM | 3 |
| 11:57AM | 4 |
| 11:57AM | 5 |
| 11:57AM | 6 |
| 11:57AM | 7 |
| 11:57AM | 8 |
| 11:57AM | 9 |
| 11:57AM | 10 |
| 11:57AM | 11 |
| 11:57AM | 12 |
| 11:57AM | 13 |
| 11:57AM | 14 |
| 11:57AM | 15 |
| 11:57AM | 16 |
| 11:57AM | 17 |
| 11:57AM | 18 |
| 11:58AM | 19 |
| 11:58AM | 20 |
| 11:58AM | 21 |
| 11:58AM | 22 |
| 11:58AM | 23 |
| 11:58AM | 24 |
| 11:58AM | 25 |

TESTIFY A CERTAIN WAY.

SO WHEN YOU LOOK AT THESE WITNESSES AND WHAT THEY'VE
TESTIFIED TO AND THE INCONSISTENCIES, THEY ALL CAN'T BE RIGHT.
YOU KNOW, PEOPLE THAT ARE CONVICTED FELONS, THEY'RE
METHAMPHETAMINE USERS, AND THEY HAVE AGREEMENTS WITH
THE GOVERNMENT.

NOW LET'S TALK ABOUT THESE AGREEMENTS WITH THE
GOVERNMENT.  NOW, THEY WANT TO BRING UP THAT THEY WENT THROUGH
THESE PLEA AGREEMENTS AD NAUSEAM ABOUT HOW IF YOU COMMIT
PERJURY YOU'RE GONNA HAVE DIFFERENT CHARGES AND YOUR DEAL
IS GONNA BE OFF.  "AS LONG AS YOU TELL US THE TRUTH."  BUT
WHOSE TRUTH ARE THEY TELLING?  WHOSE TRUTH IS IT?  IS IT THE
GOVERNMENT'S TRUTH?  ARE THEY REALLY TELLING THEIR TRUTH?
BECAUSE WHAT THE GOVERNMENT SAYS, "WE HAVEN'T PROMISED YOU
ANYTHING."  AND THAT'S TRUE.  THAT'S WHAT THE AGREEMENT SAYS,
THERE'S NO PROMISE.  BUT THEY'VE CREATED THE EXPECTATION.

IT'S NO DIFFERENT WHEN YOU HAVE CHILDREN AND YOU
SAY, "IF YOU BEHAVE YOURSELF, I MAY TAKE YOU TO GET ICE CREAM."
YOU'VE CREATED THE EXPECTATION.  AND THE EXPECTATION IS, "IF I
COME IN HERE AND PLEASE THE GOVERNMENT, THEY'RE GONNA GIVE ME
SOMETHING.  AND THAT 'SOMETHING' IS NOT INSIGNIFICANT.  THAT
'SOMETHING' IS A REDUCTION IN MY SENTENCE."  THAT'S IMPORTANT.
THAT'S VALUABLE.  YOUR FREEDOM, YOUR LIBERTY.  YOU VALUE IT.
YOU'LL DO WHAT YOU NEED TO DO.  AND YOU HEARD SOME OF THOSE
WITNESSES SAY, "I'LL DO WHAT I NEED TO DO TO HELP MYSELF.

CLOSING STATEMENT BY DEFENDANT TIMOTHY BOWEN

1725

11:58AM  1    NOBODY WANTS TO BE IN PRISON."  SO IT'S THEIR TRUTH.

11:58AM  2            AND I'VE BEEN STRUGGLING TO TRY TO FIND AN ANALOGY

11:58AM  3    TO KIND OF MAKE THIS MAKE SENSE.  THIS IS WHAT I CAME UP WITH

11:58AM  4    THIS MORNING:  THINK ABOUT WHEN YOU GO TO THE DOCTOR AND THEY

11:58AM  5    PRESCRIBE YOU MEDICATION AND THEY TELL YOU, "YOU NEED TO TAKE

11:58AM  6    THIS, THIS WILL HELP YOU, THIS IS GOOD FOR YOU, YOU NEED IT."

11:58AM  7    AND YOU BELIEVE THAT.  BUT YOU LATER FIND OUT THAT THE

11:59AM  8    PHARMACEUTICAL COMPANY HAS SAID TO THEM, "HEY, IF YOU PRESCRIBE

11:59AM  9    SO MUCH MEDICATION, WE'RE GONNA SEND YOU ON A CRUISE."  IF YOU

11:59AM  10   KNOW THAT, DOESN'T IT COLOR YOUR ABILITY TO KNOW:  ARE THEY

11:59AM  11   TELLING ME MY TRUTH OR ARE THEY TELLING THE WHOLE TRUTH

11:59AM  12   BECAUSE THEY HAVE AN INCENTIVE?  CAN I REALLY BELIEVE WHAT THEY

11:59AM  13   TOLD ME NOW, BECAUSE NOW THEY HAVE AN INCENTIVE TO PRESCRIBE

11:59AM  14   THAT MEDICATION.  SO THINK ABOUT THAT.

11:59AM  15           AND SO WHEN YOU LOOK AT EVERYTHING THAT YOU HAVE IN

11:59AM  16   THIS CASE, THERE IS NO PHYSICAL EVIDENCE.  THEY HAVE ALL THESE

11:59AM  17   DRUGS OVER HERE THAT THEY SEIZED THROUGH SEARCH WARRANTS,

11:59AM  18   SURVEILLANCE, CONSENSUAL PHONE CALLS.  NONE OF THAT APPLIES TO

11:59AM  19   MR. BOWEN, BECAUSE THEY DIDN'T UTILIZE THOSE TOOLS THAT THEY

11:59AM  20   SAY THEY HAVE AND COULD HAVE.  THEY CHOSE NOT TO.  THEY CHOSE

12:00PM  21   NOT TO DO THAT, AND NOW YOU DON'T HAVE IT.

12:00PM  22           SO NOW YOU COME DOWN TO THE WITNESS TESTIMONY,

12:00PM  23   BECAUSE THAT'S REALLY ALL YOU HAVE AS IT RELATES TO MR. BOWEN,

12:00PM  24   IS WITNESS TESTIMONY.

12:00PM  25           WHEN YOU LOOK AT THE DEFINITION OF "BEYOND A

CLOSING STATEMENT BY DEFENDANT JUAN CARLOS VEGA

1726

12:00PM   1    REASONABLE DOUBT," IT IS "A DOUBT BASED ON REASON AND COMMON

12:00PM   2    SENSE AFTER CAREFUL AND IMPARTIAL CONSIDERATION OF ALL THE

12:00PM   3    EVIDENCE IN THE CASE.  PROOF BEYOND A REASONABLE DOUBT,

12:00PM   4    THEREFORE, IS PROOF OF SUCH CONVINCING CHARACTER THAT YOU

12:00PM   5    WOULD BE WILLING TO ACT UPON IT WITHOUT HESITATION IN THE MOST

12:00PM   6    IMPORTANT OF YOUR OWN AFFAIRS."  WHEN YOU HAVE THIS INSTRUCTION

12:00PM   7    WHEN IT DEALS WITH WITNESSES WHO ARE ADDICTED TO DRUGS AND WHO

12:00PM   8    HAVE RECEIVED PLEA AGREEMENTS, YOU SHOULD KEEP IN MIND THAT

12:00PM   9    SUCH TESTIMONY IS ALWAYS TO BE RECEIVED WITH CAUTION AND

12:01PM  10    WEIGHED WITH GREAT CARE.  YOU SHOULD NEVER CONVICT A DEFENDANT

12:01PM  11    UPON THE UNSUPPORTED TESTIMONY OF AN ALLEGED ACCOMPLICE UNLESS

12:01PM  12    YOU BELIEVE THAT TESTIMONY BEYOND A REASONABLE DOUBT.  AND A

12:01PM  13    PERSON WHO HAS USED ADDICTIVE DRUGS, YOU SHOULD NEVER CONVICT

12:01PM  14    ANY DEFENDANT UPON THE UNSUPPORTED TESTIMONY OF SUCH A WITNESS

12:01PM  15    UNLESS YOU BELIEVE IT BEYOND A REASONABLE DOUBT.  THAT'S THE

12:01PM  16    FILTER THAT YOU HAVE.

12:01PM  17             AND WHEN YOU THINK ABOUT IT, WHEN YOU THINK ABOUT AN

12:01PM  18    IMPORTANT AFFAIR IN YOUR LIFE, WHEN YOU HAVE ALL THE TESTIMONY

12:01PM  19    OF ALL THESE WITNESSES--AND TO USE THE DOCTOR ANALOGY AND YOU

12:01PM  20    ARE TRYING TO DECIDE WHETHER YOU ARE GOING TO HAVE SURGERY OR

12:01PM  21    NOT--AND YOU HAVE FERNANDO PERALES, KENNETH HOUSE, TREY TIBBS,

12:01PM  22    MARIE DAVILA, CHRISTINA HOUSE AND KISHA BOWEN TELLING YOU THEY

12:01PM  23    HAVE BAD MEMORIES, TELLING YOU THEY'VE BEEN ADDICTED TO DRUGS,

12:01PM  24    TELLING YOU THEY HAVE HAD FELONY CONVICTIONS, TELLING YOU THEY

12:02PM  25    HAVE AN EXPECTATION OF GETTING THEIR SENTENCE REDUCED, AND

1727

| | | |
|---|---|---|
| 12:02PM | 1 | THEY'RE ALL OVER THE MAP, "I'M NOT SURE," "MAYBE THAT HAPPENED," |
| 12:02PM | 2 | "I HAVE A BAD MEMORY," WOULD YOU RELY ON THAT INFORMATION?  IF |
| 12:02PM | 3 | A DOCTOR TOLD YOU IN THAT WAY, WITH ALL THAT INFORMATION, WOULD |
| 12:02PM | 4 | YOU HESITATE?  WOULD YOU ASK YOURSELF--WOULD YOU HAVE THAT |
| 12:02PM | 5 | HESITATION TO ACT BASED ON THAT TESTIMONY?  THAT'S WHAT THE |
| 12:02PM | 6 | STANDARD IS.  AND IT'S A HIGH STANDARD BECAUSE WE'RE TALKING |
| 12:02PM | 7 | ABOUT PEOPLE'S LIVES.  SO THEY CAN BRING IN FIVE PEOPLE, A |
| 12:02PM | 8 | HUNDRED PEOPLE, THEY ALL CAN SAY THE SAME THING, BUT JUST |
| 12:02PM | 9 | BECAUSE IT'S QUANTITY, IT'S NOT QUALITY.  YOU DON'T HAVE IT. |
| 12:02PM | 10 | THEY DIDN'T BRING IT TO YOU.  YOU NEED TO HOLD THEM TO THEIR |
| 12:03PM | 11 | STANDARD. |
| 12:03PM | 12 | AND WHEN YOU DO THAT AND YOU TAKE IT AS SERIOUSLY AS |
| 12:03PM | 13 | THIS IS AND HOLD THEM TO THAT STANDARD AND FILTER IT THROUGH |
| 12:03PM | 14 | THESE INSTRUCTIONS, THE ONLY RESULT IS "NOT GUILTY." |
| 12:03PM | 15 | THANK YOU. |
| 12:03PM | 16 | THE COURT:  ALL RIGHT.  THANK YOU, MR. WHALEN. |
| 12:03PM | 17 | MR. PETRAZIO. |
| 12:03PM | 18 | CLOSING STATEMENT ON BEHALF OF THE DEFENDANT JUAN CARLOS VEGA |
| 12:03PM | 19 | MR. PETRAZIO:  THANK YOU, YOUR HONOR.  MAY IT PLEASE |
| 12:04PM | 20 | THE COURT. |
| 12:04PM | 21 | COUNSEL. |
| 12:04PM | 22 | LADIES AND GENTLEMEN OF THE JURY:  REACH, ROW, THROW |
| 12:04PM | 23 | AND GO.  29 YEARS AGO, I LEARNED THAT WHILE EARNING MY LIFE- |
| 12:04PM | 24 | SAVING MERIT BADGE AT BOY SCOUT CAMP AT HIGH POINT STATE PARK |
| 12:04PM | 25 | IN NEW JERSEY.  I LEARNED THAT IT'S AN ACTION PLAN ON WHAT TO |

CLOSING STATEMENT BY DEFENDANT JUAN CARLOS VEGA

1728

12:04PM 1  DO WHEN YOU SEE SOMEONE THAT'S DROWNING IN THE WATER.

12:04PM 2          THE FIRST THING YOU ARE SUPPOSED TO DO IS, YOU ARE

12:04PM 3  SUPPOSED TO REACH FOR SOMETHING.  IF YOU HAVE A POLE OR A

12:04PM 4  STICK--AT SWIMMING POOLS SOMETIMES YOU SEE A BIG POLE WITH A

12:04PM 5  HOOK ON THE END--YOU REACH FOR SOMEONE.

12:04PM 6          THE SECOND THING YOU DO IS, YOU ROW.  IF SOMEONE IS

12:04PM 7  DROWNING IN A LAKE, YOU ROW OUT IN A BOAT AND YOU TRY TO REACH

12:04PM 8  WITH SOMETHING FROM THE BOAT.

12:04PM 9          THE THIRD THING THAT YOU DO IS, YOU TRY TO THROW

12:05PM 10  SOMETHING TO THEM.  THROW THEM A ROPE, THROW THEM A LIFE

12:05PM 11  PRESERVER.

12:05PM 12          AND THE LAST RESORT, THE LAST THING YOU SHOULD EVER

12:05PM 13  ATTEMPT TO DO IS TO GO IN THE WATER WITH THAT PERSON.  WHY?

12:05PM 14  BECAUSE WHEN SOMEONE IS DROWNING, THEY WILL DO WHATEVER IT

12:05PM 15  TAKES TO SURVIVE.  AND SOMETIMES--SOMETIMES THAT MEANS THEY

12:05PM 16  TAKE YOU DOWN WITH THEM.  WHETHER THEY DO IT INTENTIONALLY OR

12:05PM 17  UNINTENTIONALLY IS NOT IMPORTANT.  THE RISK THAT YOU ASSUME

12:05PM 18  WHEN YOU GET IN THE WATER WITH THEM IS THAT THEY MAY TAKE YOU

12:05PM 19  DOWN.

12:05PM 20          WHY DO I BRING THAT UP?  I BRING THAT UP BECAUSE IN

12:05PM 21  THIS CASE YOU'VE SEEN IT.  YOU'VE SEEN IT ON THE WITNESS STAND.

12:05PM 22  RAMIRO CAZARES.  HE IS A DROWNING MAN.  RAMIRO TESTIFIED IN

12:06PM 23  THIS CASE.  HE TESTIFIED THAT BECAUSE HE'S A WOMANIZER, HE

12:06PM 24  GOT INVOLVED IN THIS CASE.  HIS GIRLFRIEND IN MEXICO NEEDED A

12:06PM 25  FAVOR.  THIS IS HIS TESTIMONY.  HIS GIRLFRIEND NEEDED A FAVOR.

CLOSING STATEMENT BY DEFENDANT JUAN CARLOS VEGA

1729

| | | |
|---|---|---|
| 12:06PM | 1 | WHY DID SHE NEED A FAVOR?  SHE NEEDED A FAVOR BECAUSE HER |
| 12:06PM | 2 | BROTHER WAS GONNA GET HURT UNLESS SOMEBODY DID A FAVOR FOR HER. |
| 12:06PM | 3 | AND I ASKED MR. CAZARES IF HE FELT LIKE HE OWED HER SOMETHING. |
| 12:06PM | 4 | NO.  DID HE LOVE HER?  NO.  DOES THAT MAKE SENSE TO YOU? |
| 12:06PM | 5 | SHE INSTRUCTED HIM THAT SOMEONE WOULD CALL HIM. |
| 12:06PM | 6 | MR. CAZARES TESTIFIED THAT SOMEONE DID CALL HIM.  AND |
| 12:06PM | 7 | SUBSEQUENTLY SOMEONE MET HIM AND GAVE HIM A TELEPHONE. |
| 12:07PM | 8 | THEN HE TESTIFIED THAT HE GOT A CALL FROM A PERSON |
| 12:07PM | 9 | NAMED PRIMO IN MEXICO.  YOU'VE HEARD A LOT ABOUT PRIMO IN THIS |
| 12:07PM | 10 | CASE.  PRIMO IS THE SOURCE OF THE DRUGS FROM MEXICO.  AND |
| 12:07PM | 11 | MR. CAZARES WANTS YOU TO BELIEVE THAT HE'S GONNA DO FIVE FAVORS |
| 12:07PM | 12 | FOR THIS PERSON IN MEXICO FOR FREE. |
| 12:07PM | 13 | I ASKED HIM, "DID YOU GET PAID?" |
| 12:07PM | 14 | "WE WEREN'T GONNA GET PAID UNTIL WE STARTED COOKING |
| 12:07PM | 15 | THE METH." |
| 12:07PM | 16 | THERE'S A LOT ABOUT THAT THAT DOESN'T MAKE A WHOLE |
| 12:07PM | 17 | LOT OF SENSE.  HE TESTIFIED--MR. CAZARES TESTIFIED THAT THE |
| 12:07PM | 18 | FIRST TIME HE WENT AND GOT SOME MONEY AND THAT THE SECOND TIME |
| 12:07PM | 19 | HE WENT AND GOT SOME MONEY, THAT HE DID THAT ALONE. |
| 12:07PM | 20 | THEN HE TESTIFIED THAT HE WENT AND PICKED UP DRUGS. |
| 12:08PM | 21 | AND HE WENT ALONE. |
| 12:08PM | 22 | AND THEN HE TESTIFIED THAT HE GOT A CALL FROM THE |
| 12:08PM | 23 | PERSON HE DELIVERED THOSE DRUGS TO, THE FOUR OUNCES.  SOMETHING |
| 12:08PM | 24 | WAS WRONG WITH IT.  THEY WERE MAD. |
| 12:08PM | 25 | AND HE WENT AND PICKED UP THOSE DRUGS ALONE. |

CLOSING STATEMENT BY DEFENDANT JUAN CARLOS VEGA

1730

12:08PM 1       AND IF YOU RECALL, ON DIRECT EXAMINATION,

12:08PM 2  MR. GONZALEZ CHANGED ALL OF A SUDDEN THE DIRECTION OF THAT

12:08PM 3  TESTIMONY.  HE SAID, "LET'S TALK ABOUT JUAN VEGA."  SO NOW, ALL

12:08PM 4  OF A SUDDEN, ON THE LAST DEAL, MR. CAZARES TESTIFIES THAT HE

12:08PM 5  GETS A PHONE CALL WHILE HE'S AT WORK.  THE MAN HAS A JOB,

12:08PM 6  THE MAN HAS A BUSINESS.  YOU DIDN'T HEAR ANY TESTIMONY FROM

12:08PM 7  MR. CAZARES AS TO WHY ALL OF A SUDDEN NOW HE'S CHANGED THE

12:08PM 8  DIRECTION OF HIS LIFE AND HE'S GETTING INVOLVED IN DRUG

12:09PM 9  TRAFFICKING.

12:09PM 10      THE MAN HAS HAD A BUSINESS FOR YEARS.  HE REMODELS

12:09PM 11 BUILDINGS ALL OVER THE COUNTRY, HE TESTIFIED.  AND HE TESTIFIED

12:09PM 12 THAT JUAN CARLOS VEGA IS ONE OF HIS WORKERS.  HE'S A CARPENTER,

12:09PM 13 HE LAYS TILE, HE DOES SHEETROCK.  HE'S A GOOD WORKER, HE

12:09PM 14 TESTIFIED TO.  WHY NOW ARE WE SUPPOSED TO BELIEVE THAT

12:09PM 15 MR. CAZARES IS GOING TO GET DRUGS, BUT THIS TIME--THIS TIME--

12:09PM 16 AFTER SIX OR SEVEN TIMES OF GOING ALONE, THIS TIME, AND THE

12:09PM 17 LAST TIME, HE HAS TO TAKE JUAN CARLOS VEGA WITH HIM.  WHY?

12:09PM 18 I'LL TELL YOU WHY.  BECAUSE MR. CAZARES IS A DROWNING MAN.

12:09PM 19      YOU'VE HEARD A LOT ABOUT THE LACK OF EVIDENCE IN

12:09PM 20 THIS CASE.  MR. WHALEN JUST TOLD YOU THE LACK OF THINGS THAT

12:10PM 21 ARE AVAILABLE TO THE GOVERNMENT THAT THEY COULD HAVE HAD DONE

12:10PM 22 TO BRING YOU EVIDENCE.  LADIES AND GENTLEMEN, THE JOB OF LAW

12:10PM 23 ENFORCEMENT, THE JOB OF DEA, THE JOB OF THE UNITED STATES

12:10PM 24 GOVERNMENT IS TO PRESERVE AND PROTECT AS MUCH EVIDENCE OF

12:10PM 25 CRIMINAL ACTIVITY AS THEY CAN IN ORDER TO PRESENT IT TO YOU IN

CLOSING STATEMENT BY DEFENDANT JUAN CARLOS VEGA

1731

12:10PM  1   THE EVENT A CASE GOES TO TRIAL.  THEY KNOW THAT.

12:10PM  2           HOW DIFFICULT WOULD IT HAVE BEEN TO PRESERVE THE

12:10PM  3   TESTIMONY--THE PURPORTED TESTIMONY OF NOT ONLY MR. CAZARES WHEN

12:10PM  4   HE GETS ARRESTED BUT ALSO OF MR. JUAN CARLOS VEGA WHEN HE GETS

12:10PM  5   ARRESTED?  BECAUSE WHAT DO WE KNOW?  WE KNOW THIS:  THAT ON

12:10PM  6   APRIL 9TH MR. CAZARES GETS ARRESTED BY MR. MATA.  WE DON'T

12:10PM  7   KNOW WHAT ALL THEY TALKED ABOUT, BECAUSE THERE IS NO RECORDED

12:10PM  8   CONVERSATION OF HOW THAT CONVERSATION WENT.  COULD IT HAVE BEEN

12:11PM  9   RECORDED?  YOU BET IT COULD HAVE.  AND HOW DO I KNOW THAT?

12:11PM  10  BECAUSE THAT SAME DAY MR. MATA RECORDS A CONSENSUAL PHONE CALL

12:11PM  11  BETWEEN MR. CAZARES AND JUAN CARLOS VEGA.  HE HAD A RECORDING

12:11PM  12  DEVICE.  WHAT'S NOT ON THAT RECORDING?  WHAT'S NOT ON THAT

12:11PM  13  RECORDING IS THE CONVERSATION THAT MUST HAVE OCCURRED BETWEEN

12:11PM  14  MR. MATA AND MR. CAZARES BEFORE HE PLACED THE CALL.  WHY DID HE

12:11PM  15  MAKE THE CALL?  WHAT WE DON'T KNOW IS, HOW DID THAT CONVERSATION

12:11PM  16  GO?  I CAN TELL YOU KIND OF HOW IT WENT.  YOU SAW THE ONE VIDEO

12:11PM  17  RECORDING THAT WE HAD IN THIS CASE OF AN ARRESTEE, SOMEONE

12:11PM  18  GETTING ARRESTED, AND THAT INTERACTION BETWEEN LAW ENFORCEMENT

12:11PM  19  AND THAT ARRESTEE IN THE ARREST OF KENNETH HOUSE.  WHAT DID

12:12PM  20  YOU SEE?  YOU SAW SOMEBODY ACTING COOL AND COLLECTIVE UNTIL

12:12PM  21  THE POINT WHERE THEY HANDCUFFED HIM.  AND THEN HE FLIPPED.  NOW

12:12PM  22  HE'S A DIFFERENT PERSON.  "I'VE GOT NAMES, I'VE GOT SUPPLIERS.

12:12PM  23  WHAT DO YOU NEED?"  HE IMMEDIATELY BEGINS DOING WHAT A DROWNING

12:12PM  24  MAN DOES.  IT'S ALL ABOUT SELF-PRESERVATION.

12:12PM  25           THE PROBLEM FOR MR. CAZARES IS THAT ON APRIL 9TH,

1732

12:12PM 1   2012, EVERYONE IN THIS CASE EXCEPT FOR SHISHANA AVINA, BLANCA

12:12PM 2   CAZARES AND JUAN CARLOS VEGA HAS BEEN ARRESTED.  HE CAN'T GIVE

12:12PM 3   THEM ANYONE ELSE.  WHO CAN HE GIVE THEM?  "JUAN CARLOS VEGA, MY

12:13PM 4   EMPLOYEE.  I'LL GIVE YOU HIM."

12:13PM 5           WE LISTENED TO A PHONE CALL THAT THE GOVERNMENT PUT

12:13PM 6   IN EVIDENCE, A PHONE CALL THAT ADMITTEDLY JUAN CARLOS VEGA WAS

12:13PM 7   NOT AWARE WAS BEING RECORDED.  THE LAW IN THIS STATE DOES NOT

12:13PM 8   REQUIRE THAT BOTH PARTIES TO A CONVERSATION BE MADE AWARE THAT

12:13PM 9   THAT CONVERSATION IS BEING RECORDED.  THE GOVERNMENT KNOWS

12:13PM 10  THAT.  AND THAT'S WHY THERE'S NOTHING THAT PREVENTS AGENT MATA

12:13PM 11  FROM HITTING THE RECORDER WHEN HE ARRESTED MR. CAZARES AND

12:13PM 12  RECORDING EVERYTHING THAT'S BEING SAID.

12:13PM 13          I SUSPECT THERE'S GOOD REASON THAT THEY DON'T DO

12:13PM 14  THAT.  THERE'S GOOD REASON THAT IT WASN'T DONE WHEN JUAN CARLOS

12:13PM 15  VEGA WAS ARRESTED.  WHY?  BECAUSE THEY HAVE A TENDENCY TO LEAD

12:13PM 16  PEOPLE THAT GET ARRESTED INTO WHAT THEY WANT TO HEAR FROM THEM.

12:14PM 17          WHY WOULD AGENT MATA DO THAT?  I'LL TELL YOU WHY.

12:14PM 18  HE'S ALREADY ARRESTED MR. CAZARES AND MR. CAZARES HAS ALREADY

12:14PM 19  GIVEN HIM A STORY ABOUT HIS EMPLOYEE JUAN CARLOS VEGA.  A STORY

12:14PM 20  ABOUT, "OH, HE WENT WITH ME TO PICK UP MONEY."  A STORY ABOUT,

12:14PM 21  "OH, HE WENT WITH ME TO PICK UP DRUGS."  OKAY?  YOU SAY THAT.

12:14PM 22  "WE NEED TO GET HIM TO SAY THAT."  HOW DO YOU DO THAT?  HAVE

12:14PM 23  SOME SORT OF PHONE CALL WHERE YOU TRY TO BRING IT UP IN THE

12:14PM 24  CONVERSATION.  THEY HAVE A RECORDED PHONE CALL THAT'S REALLY

12:14PM 25  WEIRD.  AND IT JUMPS FROM HERE TO THERE WITH NO EXPLANATION.

CLOSING STATEMENT BY DEFENDANT JUAN CARLOS VEGA

1733

12:14PM   1    AND MR. VEGA IS CONFUSED.  "ARE YOU ASKING ME TO GO TO THE

12:14PM   2    HOUSE?  ARE YOU ASKING ME TO DO THIS?"  "NO, NO, NO, NO."

12:14PM   3    HE KEEPS SAYING, "NO."  OH, MAN.  HOW IS HE GONNA GET OUT

12:14PM   4    OF THERE?  HE'S TRYING TO DO HIS EMPLOYER A FAVOR.

12:15PM   5              I HAD AN OPPORTUNITY TO CROSS MR. CAZARES IN THIS

12:15PM   6    COURT AND YOU HEARD IT.  AND I ASKED HIM WHY--WHY HE DECEIVED

12:15PM   7    NOT ONLY HIS EX-WIFE, WHO WAS GRACIOUS ENOUGH TO LET HIM STAY

12:15PM   8    AT HER HOUSE AFTER HIS WIFE KICKED HIM OUT FOR HAVING ANOTHER

12:15PM   9    AFFAIR.  THE SAME REASON HE TESTIFIED HE GOT DIVORCED FROM HIS

12:15PM  10    FIRST WIFE, FROM BLANCA.  HE ABUSED THAT TRUST.

12:15PM  11              HE ABUSED THE TRUST OF SOMEONE NAMED SHISHANA AVINA.

12:15PM  12    AND I ASKED HIM ABOUT THAT.  WHO IS SHISHANA AVINA?  IT'S HIS

12:15PM  13    SON'S MOTHER-IN-LAW THAT WAS LIVING WITH BLANCA.  AND HE ASKED

12:15PM  14    HER TO GO WIRE SOME MONEY.  DID YOU HEAR ANYTHING IN THIS CASE

12:16PM  15    ABOUT WIRING MONEY FROM ANY OF THE WITNESSES THAT TOOK THE

12:16PM  16    STAND?  NO.  BUT MR. CAZARES, "HEY, CAN YOU DO ME A FAVOR AND

12:16PM  17    GO WIRE THIS $900 TO SOMEBODY IN MEXICO FOR ME, MS. AVINA?"

12:16PM  18              "SURE."

12:16PM  19              DID HE TELL HER WHAT THE MONEY WAS FOR?  NO.  IS IT

12:16PM  20    COMMON FOR PEOPLE TO WIRE MONEY TO MEXICO?  ABSOLUTELY IT'S

12:16PM  21    COMMON.  IT HAPPENS EVERY DAY.  YOU GO STAND OUTSIDE THE

12:16PM  22    WESTERN UNION ON FRIDAY, ALL DAY LONG PEOPLE ARE DOING IT.

12:16PM  23    THEY'RE WIRING MONEY BACK TO THEIR FAMILIES IN MEXICO, BECAUSE

12:16PM  24    NOT EVERYBODY THAT LIVES HERE BROUGHT THEIR FAMILY WITH THEM.

12:16PM  25    SO SHE DIDN'T SUSPECT ANYTHING WRONG.  HE KNEW THAT AND HE TOOK

CLOSING STATEMENT BY DEFENDANT JUAN CARLOS VEGA

1734

12:16PM 1  ADVANTAGE.  HE ADMITTED HE DECEIVED HER.

12:16PM 2          I SAID, "WHY DIDN'T YOU DO IT?"

12:16PM 3          "WELL, I HAD BEEN DOING IT TOO MUCH AND I DIDN'T

12:16PM 4  WANT TO BE SUSPECTED OF WIRING TOO MUCH MONEY."

12:16PM 5          "WHERE DID THAT MONEY GO?"

12:16PM 6          "I HAVE NO IDEA."

12:16PM 7          WE DIDN'T HEAR FROM THE GOVERNMENT AS TO WHERE THAT

12:16PM 8  MONEY WAS GOING.  WE HAVE NO IDEA.  WE'RE SUPPOSED TO GUESS.

12:17PM 9          YOU HAVE LOTS OF EVIDENCE BY WAY OF DRUGS THAT WERE

12:17PM 10 SEIZED FROM BLANCA CAZARES'S HOUSE.  A COUPLE OF IMPORTANT

12:17PM 11 THINGS ABOUT THAT AND MR. CAZARES'S TESTIMONY.

12:17PM 12         THE FIRST ONE IS:  WHEN ASKED IF BLANCA CAZARES KNEW

12:17PM 13 ABOUT THE DRUGS THAT MR. CAZARES HID IN THAT BEDROOM UPSTAIRS,

12:17PM 14 SHE DOESN'T KNOW ABOUT IT AT ALL.

12:17PM 15         AND I ASKED HIM AGAIN, I ASKED HIM POINT-BLANK,

12:17PM 16 "YOU WANT THIS COURT TO BELIEVE THAT THAT'S THE TRUTH, THAT SHE

12:17PM 17 DIDN'T KNOW?"

12:17PM 18         "HONEST TO GOD, THAT'S THE TRUTH."  THAT'S WHAT HE

12:17PM 19 SAID.  SHE DIDN'T KNOW ABOUT IT.

12:18PM 20         YET, AGAIN, IN HIS PHONE CALL, THE CONSENSUAL PHONE

12:18PM 21 CALL THAT MR. MATA HAD HIM PLACE TO JUAN CARLOS VEGA, HE SAYS,

12:18PM 22 "MY EX-WIFE FOUND OUT ABOUT THE DRUGS.  SHE WANTS ME OUT OF THE

12:18PM 23 HOUSE."

12:18PM 24         WHAT TIME IS HE TELLING THE TRUTH?  IS HE TELLING

12:18PM 25 IT ON THE PHONE CALL OR IS HE TELLING IT ON THE STAND?

CLOSING STATEMENT BY DEFENDANT JUAN CARLOS VEGA

1735

| | |
|---|---|
| 12:18PM | 1 |
| 12:18PM | 2 |
| 12:18PM | 3 |
| 12:18PM | 4 |
| 12:18PM | 5 |
| 12:18PM | 6 |
| 12:19PM | 7 |
| 12:19PM | 8 |
| 12:19PM | 9 |
| 12:19PM | 10 |
| 12:19PM | 11 |
| 12:19PM | 12 |
| 12:19PM | 13 |
| 12:19PM | 14 |
| 12:19PM | 15 |
| 12:19PM | 16 |
| 12:19PM | 17 |
| 12:19PM | 18 |
| 12:20PM | 19 |
| 12:20PM | 20 |
| 12:20PM | 21 |
| 12:20PM | 22 |
| 12:20PM | 23 |
| 12:20PM | 24 |
| 12:20PM | 25 |

HE'S ADMITTED IN OPEN COURT THAT HE CARES ABOUT
NO ONE BUT HIMSELF.  HE IS ABOUT SELF-PRESERVATION.  AND
UNFORTUNATELY FOR HIM, THE ONLY THING HE COULD OFFER UP IN
THIS CASE IS HIS FRIEND JUAN CARLOS VEGA.

YOU HEARD TESTIMONY IN THIS CASE ABOUT PRIMO.  AND
YOU HEARD THAT FROM SEVERAL PEOPLE.  AND I'LL ADMIT TO YOU
THAT THE GOVERNMENT PROVED UP A PRETTY STRONG CASE AGAINST
MR. CAZARES.  BECAUSE NOT ONLY DO WE HAVE MICHAEL HOANG
TESTIFYING AND ID'G RAMIRO CAZARES IN COURT, ANDY NGUYEN
IDENTIFIED HIM AND TESTIFIED AND ID'D HIM IN COURT, MANUEL
URBINA TESTIFIED ABOUT RAMIRO CAZARES IN COURT AND ID'D HIM IN
COURT.  WHY?  THE REASON IS, RAMIRO CAZARES WAS A RUNNER FOR
PRIMO.

YOU HEARD TESTIMONY FROM MANUEL URBINA THAT, YES, HE
DELIVERED THAT BLACK HONDA ACCORD TO HIM.  TO WHOM?  TO RAMIRO
CAZARES.  WHO WAS WITH RAMIRO CAZARES WHEN HE GOT THE CAR?  NO
ONE.  NO ONE WAS.  HE WENT ALONE.

YOU HEARD TESTIMONY REGARDING THAT CAR BEING FOUND
IN THE PARKING LOT AND MR. VEGA HAVING THE KEYS TO IT.  WHY?
WHY DID HE HAVE THAT CAR?  BECAUSE HIS BOSS AT WORK--AND BY
"WORK" I MEAN THE SHEETROCK, THE CARPENTRY, THE CONSTRUCTION
BUSINESS--LOANED HIM THAT CAR AND HE DROVE IT TO WORK.

WHY DO YOU SUPPOSE HE LOANED HIM THE CAR?  BECAUSE
HE'S ALL ABOUT TRYING TO GET OTHER PEOPLE INVOLVED WITH THINGS
THAT ARE INCRIMINATING AND NOT INCRIMINATING HIMSELF.  THE SAME

CLOSING STATEMENT BY DEFENDANT JUAN CARLOS VEGA

1736

12:20PM  1  REASON HE HAD SHISHANA AVINA WIRE THE MONEY, THE SAME REASON HE

12:20PM  2  TOLD AND WE TALKED ABOUT THIS TRIP TO IOWA, HE TOLD SHISHANA

12:20PM  3  AVINA, "HEY, I JUST NEED TO GO UP THERE AND PICK SOMETHING UP

12:21PM  4  FROM MY AUNT."  BUT WHAT WE DON'T KNOW AND WHAT HE DIDN'T TELL

12:21PM  5  US WAS, HE WAS MAKING A MONEY RUN AGAIN.  WHO DID HE TAKE?

12:21PM  6  SHISHANA AVINA.

12:21PM  7          IF JUAN CARLOS VEGA IS A RUNNER, WHY DIDN'T HE GO?

12:21PM  8  WHY DIDN'T HE GO WITH HIM?  BECAUSE HE WASN'T A RUNNER.

12:21PM  9  BECAUSE HE WAS NOT A RUNNER.

12:21PM  10         WHEN DID ALL THIS HAPPEN?  LADIES AND GENTLEMEN,

12:21PM  11  THIS CASE GOES BACK TO 2008, AND IT ENDS--AND YOU HAVE THIS

12:21PM  12  IN THE COURT'S INSTRUCTIONS TO YOU--ON APRIL 12TH OF THIS YEAR.

12:21PM  13  ON APRIL THE 9TH, EVERYONE THAT MR. CARLOS--JUAN CARLOS VEGA

12:21PM  14  KNOWS--RAMIRO CAZARES, SHISHANA AVINA, BLANCA CAZARES--THEY ALL

12:21PM  15  GET ARRESTED ON THE SAME DAY.  THE SAME DAY.  AND THEN NOBODY

12:21PM  16  GETS ARRESTED AFTER THAT.

12:21PM  17         BUT WHAT MR. CAZARES WANTS US TO BELIEVE AND WHAT

12:22PM  18  THE GOVERNMENT WANTS YOU TO BELIEVE IS THAT ON NUMEROUS

12:22PM  19  OCCASIONS--ON NUMEROUS OCCASIONS MR. JUAN CARLOS VEGA PICKED

12:22PM  20  UP MONEY AND PICKED UP DRUGS.

12:22PM  21         WHY IS THERE NO SURVEILLANCE OF THIS?  WHAT WE DO

12:22PM  22  KNOW IS THAT RAMIRO CAZARES WAS UNDER SURVEILLANCE FOR SOME

12:22PM  23  PERIOD OF TIME.  YOU DON'T GET A WARRANT TO SEARCH A HOUSE

12:22PM  24  IN 24 HOURS.  THEY HAD ALREADY WORKED ALL THAT UP.  THEY WERE

12:22PM  25  CASING THAT HOUSE.  THEY KNEW ALL THE LOCATIONS.  THEY KNEW

1737

12:22PM  1   WHERE MR. CAZARES LIVED WITH HIS CURRENT WIFE, THEY KNEW

12:22PM  2   WHERE HE WAS STAYING WITH HIS EX-WIFE, THEY HAD THE ADDRESS,

12:22PM  3   PROBABLY GOT IT THE DAY OF ARREST OF JUAN CARLOS VEGA'S HOUSE

12:22PM  4   [SIC].  WHY?  THERE WASN'T A WARRANT FOR THAT HOUSE.  SO THEY

12:22PM  5   MUST HAVE LEARNED OF THAT LOCATION THE DAY HE GOT ARRESTED.

12:22PM  6   BECAUSE IN EVIDENCE THERE'S A CONSENT FORM TO SEARCH THE HOUSE.

12:22PM  7   MR. JUAN CARLOS VEGA GAVE AGENT MATA CONSENT TO SEARCH.  WHY?

12:23PM  8   BECAUSE NOTHING WAS THERE.  AND HE KNEW NOTHING WAS THERE.

12:23PM  9         SO I ASKED AGENT MATA ON THE STAND, "WELL, DID YOU

12:23PM  10  NOT TAKE PICTURES OF THAT HOUSE?"

12:23PM  11         "NO."

12:23PM  12         "WHY?"

12:23PM  13         "I DIDN'T HAVE A CAMERA."

12:23PM  14         "DID ANYONE HAVE A CAMERA?"

12:23PM  15         THE REASON THEY DIDN'T TAKE ANY PICTURES IS BECAUSE

12:23PM  16  THEY DIDN'T FIND ANYTHING THERE.

12:23PM  17         THEY TOOK PICTURES OF THE CAR.  SO HE DID HAVE A

12:23PM  18  CAMERA.  SO WHERE DID THAT CAMERA COME FROM?  AND I'M SUPPOSING

12:23PM  19  THOSE PICTURES WERE MADE THE SAME DAY WHEN THEY SEARCHED THE

12:23PM  20  CAR, BECAUSE THAT'S WHAT HE TESTIFIED TO.  BUT I ASKED HIM

12:23PM  21  WHY HE DIDN'T TAKE PICTURES OF THE HOUSE.  "I DIDN'T HAVE A

12:23PM  22  CAMERA."  THE UNITED STATES GOVERNMENT?

12:23PM  23         YOU SEE AND YOU HEARD AT THE BEGINNING OF THIS CASE

12:23PM  24  THE NUMBER OF WITNESSES THAT WERE ON THE WITNESS LIST.  AND

12:23PM  25  HOW MANY AGENTS TESTIFIED?  THREE.  HOW MANY TESTIFIED ABOUT

CLOSING STATEMENT BY DEFENDANT JUAN CARLOS VEGA

1738

12:24PM 1   JUAN CARLOS VEGA?  ONE.

12:24PM 2           AND HOW DID WE GET THAT INFORMATION?  BECAUSE AFTER

12:24PM 3   MR. CAZARES WAS ARRESTED, HE GAVE THEM A STORY.  SO THE

12:24PM 4   STATEMENT--AND YOU HAVE AN INSTRUCTION ON A STATEMENT.  AND

12:24PM 5   I WANT YOU TO READ THAT AND RE-READ THAT.  THE REASON IT'S SO

12:24PM 6   IMPORTANT FOR THE GOVERNMENT TO PRESERVE EVIDENCE IS SO I CAN'T

12:24PM 7   STAND UP HERE AND SAY, "THE REASON THEY DIDN'T RECORD THAT IS

12:24PM 8   BECAUSE AGENT MATA LED HIM INTO GIVING THE ANSWERS THAT HE

12:24PM 9   WANTED."  HOW DOES THAT WORK IN SOMETHING LIKE THIS?  "WE

12:24PM 10  ARRESTED YOUR FRIEND MR. CAZARES AND HE SAYS YOU ARE INVOLVED."

12:24PM 11          "DO YOU KNOW SOMEBODY NAMED PRIMO?"

12:24PM 12          MR. GONZALEZ:  YOUR HONOR, I'M GOING TO OBJECT TO

12:24PM 13  HIM ARGUING FACTS NOT IN EVIDENCE.  IT'S PURE SPECULATION ON

12:24PM 14  HIS PART.  THOSE FACTS ARE NOT IN EVIDENCE.  NO ONE TESTIFIED

12:24PM 15  TO IT.

12:24PM 16          THE COURT:  WAIT JUST A MOMENT.

12:25PM 17          YOUR ARGUMENT IS THAT AGENT MATA LED HIM INTO GIVING

12:25PM 18  ANSWERS HE DIDN'T WANT TO GIVE?

12:25PM 19          MR. PETRAZIO:  YOUR HONOR, FOR THE SAKE OF

12:25PM 20  ARGUMENT--THIS IS ARGUMENT--HYPOTHETICALLY, I'M GIVING THE

12:25PM 21  JURY A REASON WHY THAT CONVERSATION, PURPORTED STATEMENT

12:25PM 22  AND CONFESSION WAS NOT RECORDED IN ANY FASHION.

12:25PM 23          THE COURT:  LADIES AND GENTLEMEN, THIS IS FINAL

12:25PM 24  ARGUMENT.  THE LAWYERS CAN CERTAINLY ARGUE THEIR POINT OF VIEW

12:25PM 25  ABOUT THE EVIDENCE.  BUT YOU HEARD THE EVIDENCE, AND YOU NEED

CLOSING STATEMENT BY DEFENDANT JUAN CARLOS VEGA

1739

| | |
|---|---|
| 12:25PM | 1 | TO RELY ON YOUR OWN MEMORY AND NOTES ABOUT WHAT YOU HEARD. |
| 12:25PM | 2 | GO AHEAD, MR. PETRAZIO. |
| 12:25PM | 3 | MR. PETRAZIO:  SO IT COULD GO SOMETHING LIKE THIS: |
| 12:25PM | 4 | "DO YOU KNOW WHO PRIMO IS?" |
| 12:25PM | 5 | "YEAH.  MR. CAZARES TOLD ME PRIMO WAS A DRUG |
| 12:25PM | 6 | SUPPLIER IN MEXICO." |
| 12:25PM | 7 | SO YOU KNOW PRIMO.  SO THEY CAN COME IN AND TESTIFY |
| 12:25PM | 8 | HE KNEW WHO PRIMO WAS. |
| 12:25PM | 9 | IF EVERYTHING THAT JUAN CARLOS VEGA TOLD AGENT MATA |
| 12:25PM | 10 | WAS RELAYED BY MR. CAZARES, MR. CAZARES MAY HAVE TOLD HIM WHERE |
| 12:26PM | 11 | HE HID THE DRUGS. |
| 12:26PM | 12 | "SO YOU KNOW WHERE THE DRUGS--" |
| 12:26PM | 13 | "YEAH, HE TOLD ME HE PUT THEM IN THE CLOSET UP THERE |
| 12:26PM | 14 | IN THE HOUSE ON BRITON." |
| 12:26PM | 15 | "OH, SO YOU KNEW WHERE THEY WERE." |
| 12:26PM | 16 | SO THEY CAN PRESENT TO YOU HE HAD KNOWLEDGE OF WHERE |
| 12:26PM | 17 | THEY WERE.  WHERE DOES ALL THAT KNOWLEDGE COME FROM?  IT ALL |
| 12:26PM | 18 | COMES FROM ONE SOURCE WITH RESPECT TO JUAN CARLOS VEGA.  THAT'S |
| 12:26PM | 19 | RAMIRO CAZARES.  ONE SOURCE.  AND BECAUSE WE DON'T HAVE A |
| 12:26PM | 20 | RECORDED STATEMENT OR A WRITTEN CONFESSION OR A STATEMENT FROM |
| 12:26PM | 21 | MR. VEGA, I DON'T KNOW HOW THEY GOT THAT INFORMATION.  AND I |
| 12:26PM | 22 | DON'T KNOW HOW IT WAS PRESENTED TO MR. VEGA.  HE MAY HAVE |
| 12:26PM | 23 | ADMITTED THAT HE KNEW THAT MR. CAZARES WAS INVOLVED IN DRUG |
| 12:26PM | 24 | TRAFFICKING.  HE SURE DIDN'T KNOW THAT MR. CAZARES HAD |
| 12:26PM | 25 | IMPLICATED HIM IN GOING WITH HIM TO DO THIS STUFF.  IF HE |

CLOSING STATEMENT BY DEFENDANT JUAN CARLOS VEGA

1740

12:26PM  1   KNEW THAT, MAYBE HE WOULDN'T HAVE BEEN AS COOPERATIVE.  HE

12:26PM  2   WAS TRYING TO PROTECT--EVERYTHING THAT YOU SAW HIM DO, HE WAS

12:27PM  3   TRYING TO PROTECT HIS BOSS.  WHY?  BECAUSE THAT'S WHAT LOYAL

12:27PM  4   EMPLOYEES DO.

12:27PM  5            MAYBE THEY HAD AN AGREEMENT ABOUT GETTING RID OF A

12:27PM  6   PHONE BECAUSE HE KNEW THAT MR. CAZARES WAS INVOLVED IN DRUG

12:27PM  7   TRAFFICKING.  "IF ANYTHING HAPPENS, GET RID OF THE PHONE."

12:27PM  8   MAYBE THAT WAS THE AGREEMENT.  OKAY.  DOES THAT MEAN THAT

12:27PM  9   MR. JUAN CARLOS VEGA IS INVOLVED IN A CONSPIRACY?  NO, IT DOES

12:27PM 10   NOT.  LOOK AT THE INSTRUCTIONS THE COURT HAS GIVEN YOU.  YOU

12:27PM 11   HAVE THAT INSTRUCTION.  YOU ARE INSTRUCTED--AND I'LL POINT OUT

12:27PM 12   THAT IN A ACCOMPLICE/CODEFENDANT PLEA-AGREEMENT PARAGRAPH IT

12:27PM 13   SAYS, "YOU SHOULD KEEP IN MIND THAT SUCH TESTIMONY"--SUCH

12:27PM 14   TESTIMONY AS MR. CAZARES IS ALWAYS TO BE RECEIVED WITH CAUTION

12:27PM 15   AND WEIGHED WITH GREAT CARE.  YOU SHOULD NEVER CONVICT A

12:27PM 16   DEFENDANT UPON THE UNSUPPORTED TESTIMONY OF AN ALLEGED

12:27PM 17   ACCOMPLICE UNLESS YOU BELIEVE THAT TESTIMONY BEYOND A

12:27PM 18   REASONABLE DOUBT."

12:27PM 19            WELL, FOLKS, THAT'S WHAT THIS CASE REALLY COMES

12:28PM 20   DOWN TO FOR JUAN CARLOS VEGA.  DO YOU BELIEVE THE UNSUPPORTED

12:28PM 21   TESTIMONY OF RAMIRO CAZARES?  AND DO YOU BELIEVE THAT ALL THE

12:28PM 22   KNOWLEDGE AND THE STATEMENT THAT PURPORTEDLY WAS GIVEN BY

12:28PM 23   MR. JUAN CARLOS VEGA TO AGENT MATA WAS DONE SO IN A MANNER THAT

12:28PM 24   IT WASN'T DONE IN A LEADING FASHION, WHERE HE DIDN'T SUGGEST

12:28PM 25   THE ANSWERS TO HIM?  "DO YOU KNOW WHO PRIMO IS?  DO YOU KNOW

1741

12:28PM  1    WHERE THE DRUGS ARE?  DO YOU KNOW THIS?  DO YOU KNOW THAT?"

12:28PM  2    WE HAVE NO SURVEILLANCE, WE HAVE NO ONE WHO TOOK THE STAND AND

12:28PM  3    TESTIFIED THAT AT ANY POINT IN TIME JUAN CARLOS VEGA DELIVERED

12:28PM  4    DRUGS TO THEM, PICKED UP MONEY FROM THEM.

12:28PM  5              AND YOU HAVE TESTIMONY FROM MR. CAZARES, AND HIS

12:28PM  6    TESTIMONY ALWAYS GETS FOGGY WHEN HE TALKS ABOUT JUAN CARLOS

12:28PM  7    VEGA.  "TWO GIRLS."  WHO ARE THOSE TWO GIRLS?  WE HEARD FROM

12:29PM  8    A LOT OF GIRLS IN THIS CASE--A LOT OF WOMEN IN THIS CASE THAT

12:29PM  9    WERE RUNNERS.  PRISCILLA CAMACHO, PERHAPS, WAS ONE OF THEM.

12:29PM 10    SHE DIDN'T RECOGNIZE OR ID MR. JUAN CARLOS VEGA.  AND BELIEVE

12:29PM 11    ME, IF THE GOVERNMENT ASKED HER AND IF SHE KNEW, SHE WOULD

12:29PM 12    HAVE TESTIFIED, "YEAH, THAT'S THE GUY I PICKED IT UP FROM OR

12:29PM 13    DELIVERED IT TO."  WE DON'T HAVE ANY OF THAT.  WE HAVE ONE

12:29PM 14    PERSON.

12:29PM 15              LOOK AT THE PHONE CALL THAT YOU HAVE, THE

12:29PM 16    TRANSCRIPTION.  HE KEEPS ASKING HIM, "DO YOU WANT ME TO GO OVER

12:29PM 17    THERE?  DO YOU WANT ME TO DO THIS?  DO YOU WANT ME TO COOK?"

12:29PM 18              "NO, NO, NO, NO.  NOTHING, MAN."

12:29PM 19              "DO YOU WANT ME TO GO?"

12:29PM 20              HE'S ASKING HIS BOSS WHAT HE WANTS HIM TO DO.

12:29PM 21              AND THEN THIS CONVERSATION SWITCHES.  "NO, NO, I

12:30PM 22    HAVEN'T GOTTEN ANY NEWS FROM THE COUSIN OVER THERE."  AND THE

12:30PM 23    GOVERNMENT IS GONNA TELL YOU THAT'S PRIMO.

12:30PM 24              "HAVE YOU FOUND OUT ANYTHING?"

12:30PM 25              AND THE TRANSCRIPT WHICH IS IN EVIDENCE SAYS, "NO,

CLOSING STATEMENT BY THE GOVERNMENT

1742

12:30PM  1    MAN, NOTHING."

12:30PM  2             "THEY DIDN'T CALL YOU?  HAVEN'T THEY CALLED YOU

12:30PM  3    SINCE YESTERDAY?"

12:30PM  4             THE REASON MR. CARLOS VEGA IS ASKING MR. CAZARES

12:30PM  5    THAT IS BECAUSE THAT'S WHO PRIMO CALLS.  HE CALLS MR. CAZARES.

12:30PM  6             THE ONLY ONE SUGGESTING THAT PRIMO MAY HAVE CALLED

12:30PM  7    MR. JUAN CARLOS VEGA IS MR. CAZARES.  WHY?  BECAUSE PRIOR TO

12:30PM  8    THIS PHONE CALL, THIS CONSENSUAL PHONE CALL, HE WAS TOLD BY

12:30PM  9    AGENT MATA SOME OF THE THINGS THAT HE NEEDED TO GET MR. JUAN

12:30PM 10    CARLOS VEGA TO SAY IN ORDER TO IMPLICATE HIM SO THEY COULD

12:30PM 11    ARREST HIM, TOO.  BECAUSE THEY DIDN'T HAVE ANY EVIDENCE ON

12:30PM 12    MR. JUAN CARLOS VEGA.  NO EVIDENCE ON HIM UNTIL MR. RAMIRO

12:31PM 13    CAZARES GETS ARRESTED.  THAT'S ON APRIL 9TH, 2012.  THIS

12:31PM 14    INVESTIGATION CEASED, FOR PURPOSES OF THIS CONSPIRACY, ON

12:31PM 15    APRIL 12TH, 2012.

12:31PM 16             JUAN CARLOS VEGA HAS SAT THERE WITH ME THIS ENTIRE

12:31PM 17    TRIAL.  MOST OF THESE PEOPLE, WITH THE EXCEPTION OF RAMIRO

12:31PM 18    CAZARES, HE'S NEVER SEEN BEFORE, HE'S NEVER MET BEFORE.  HE HAS

12:31PM 19    NO IDEA WHO EVEN THE PEOPLE SITTING AT COUNSEL TABLE ARE WITH

12:31PM 20    HIM.  HE'S NEVER MET THEM BEFORE.  AND YET HE'S IN THIS

12:31PM 21    CONSPIRACY.  AND HE'S PROBABLY ASKING HIMSELF, "WHY IS MY BOSS

12:31PM 22    DOING THIS TO ME?  WHY IS HE TRYING TO TAKE ME DOWN WITH HIM?"

12:32PM 23             LADIES AND GENTLEMEN, BECAUSE THAT IS WHAT A

12:32PM 24    DROWNING MAN DOES.

12:32PM 25             THANK YOU.

CLOSING STATEMENT BY THE GOVERNMENT

1743

12:32PM  1          THE COURT:  THANK YOU, MR. PETRAZIO.

12:32PM  2          MR. GONZALEZ.

12:32PM  3          CLOSING STATEMENT ON BEHALF OF THE GOVERNMENT

12:32PM  4          MR. GONZALEZ:  LADIES AND GENTLEMEN, IT'S ALWAYS

12:32PM  5  INTERESTING IN CLOSING AND HEARING THE CLOSING OF DEFENSE

12:32PM  6  COUNSEL HOW THEY PICK APART CERTAIN LITTLE THINGS AND THEY

12:32PM  7  TELL YOU, "FOCUS ON THIS" OR "FOCUS ON THAT," AND THEN THEY

12:32PM  8  TURN AROUND AND SAY, "BELIEVE THE PERSON THAT TOLD YOU THAT.

12:32PM  9  BELIEVE THE PERSON THAT ENTERED INTO A PLEA AGREEMENT WITH

12:33PM  10  THE GOVERNMENT.  BELIEVE THEM WHEN THEY TELL YOU THIS, BUT

12:33PM  11  WHEN THEY TALK ABOUT MY CLIENT AND TALK ABOUT MY CLIENT'S

12:33PM  12  INVOLVEMENT, DON'T BELIEVE THEM."  THEY WANT YOU TO BELIEVE

12:33PM  13  CERTAIN THINGS AND DISBELIEVE OTHER THINGS.

12:33PM  14          THAT'S WHY I TOLD YOU IN VOIR DIRE, IN SELECTING

12:33PM  15  YOU, THAT WE WERE LOOKING FOR PEOPLE THAT COULD LISTEN TO THE

12:33PM  16  ENTIRE CASE, LOOK AT ALL THE EVIDENCE, NOT PIECES AND BITS AND

12:33PM  17  PIECES.  BECAUSE THAT'S WHAT THEY WANT YOU TO DO.  BUT I AM

12:33PM  18  CERTAIN THAT ONCE YOU LOOK AT THE TOTALITY OF THE EVIDENCE

12:33PM  19  THAT THE GOVERNMENT HAS PROVIDED THAT YOU'LL BE CONVINCED THAT

12:33PM  20  THESE INDIVIDUALS COMMITTED THE OFFENSES THAT THEY'RE CHARGED

12:33PM  21  WITH.

12:33PM  22          LET ME START WITH MR. VEGA, BECAUSE THAT'S THE ONE

12:33PM  23  YOU JUST HEARD FROM HERE AT THE END.  YOU HAVE TO USE YOUR

12:33PM  24  REASON AND COMMON SENSE AS JURORS, LADIES AND GENTLEMEN.  YOU

12:33PM  25  HAVE THE TRANSCRIPT OF THAT RECORDING.  YOU HAVE THE RECORDING.

1744

| | | |
|---|---|---|
| 12:34PM | 1 | AND IF YOU DON'T UNDERSTAND SPANISH, YOU HAVE THE TRANSCRIPT. |
| 12:34PM | 2 | BUT YOU CAN ALSO LISTEN TO THE TONE OF THE CONVERSATION AND YOU |
| 12:34PM | 3 | CAN TELL WHO'S LEADING THE CONVERSATION.  IT ISN'T MR. CAZARES |
| 12:34PM | 4 | THAT BRINGS UP THE ISSUE OF COOKING; IT'S MR. VEGA.  AND THAT'S |
| 12:34PM | 5 | CLEAR AND APPARENT AND CLEAR AS DAY. |
| 12:34PM | 6 | AND IT'S NOT MR. CAZARES THAT'S TELLING HIM, "LET'S |
| 12:34PM | 7 | GO OVER THERE AND COOK."  IT'S THIS DEFENDANT. |
| 12:34PM | 8 | AND THEN WHEN HE SAYS, "MY WIFE HAS FOUND OUT THAT |
| 12:34PM | 9 | THE BALLS ARE THERE"--HE DOESN'T SAY THAT THE DRUGS ARE THERE, |
| 12:34PM | 10 | THAT THE BALLS ARE THERE--HE SAYS, "WELL, LET'S TAKE THEM AND |
| 12:34PM | 11 | PUT THEM IN A SECURE PLACE."  SO IT SHOWS THAT HE KNOWS EXACTLY |
| 12:34PM | 12 | WHAT HE'S TALKING ABOUT, THAT'S HE'S TALKING ABOUT DRUGS.  HE |
| 12:34PM | 13 | DOESN'T SAY THE WORD "DRUGS"; HE SAYS "BALLS."  NOW, IF THEY'RE |
| 12:34PM | 14 | REGULAR BASKETBALLS, FOOTBALLS, THEN WHY WOULD YOU WANT TO |
| 12:34PM | 15 | TAKE THEM AND PUT THEM IN A SECURE PLACE?  BUT IT SHOWS HIS |
| 12:35PM | 16 | KNOWLEDGE OF WHAT'S GOING ON, IT SHOWS HIS WILLINGNESS TO |
| 12:35PM | 17 | PARTICIPATE IN THIS. |
| 12:35PM | 18 | AND RECALL WHAT I TOLD YOU IN THE VOIR DIRE--AND |
| 12:35PM | 19 | IT'S IN THE INSTRUCTIONS--THAT IF A PERSON IS INVOLVED ON ONE |
| 12:35PM | 20 | OCCASION, EVEN IF YOU BELIEVE THAT THIS IS THE ONE OCCASION |
| 12:35PM | 21 | THAT HE WAS INVOLVED, THAT IS SUFFICIENT TO FIND HIM GUILTY OF |
| 12:35PM | 22 | CONSPIRACY.  BUT I SUBMIT TO YOU THAT HE WAS INVOLVED MORE THAN |
| 12:35PM | 23 | THAT ONE OCCASION.  AND HE DID THAT AT THE TIME THAT HE |
| 12:35PM | 24 | ADMITTED TO AGENT MATA. |
| 12:35PM | 25 | DEFENSE COUNSEL WANTS YOU TO BELIEVE THAT AGENT MATA |

CLOSING STATEMENT BY THE GOVERNMENT

1745

12:35PM 1   HAS SOME SORT OF PERSONAL VENDETTA AGAINST HIM, THAT HE'S GOING

12:35PM 2   TO LEAD HIM THROUGH THIS CONFESSION.  AND HE LAYS OUT THIS

12:35PM 3   SCENARIO THAT HE'S SPECULATING THAT AGENT MATA DID.  AGENT MATA

12:35PM 4   ASKED HIM, "DO YOU KNOW ANY INFORMATION ABOUT THE DEALINGS OF

12:35PM 5   CAZARES?"  AND THEN HE GAVE HIM THAT STATEMENT, THE STATEMENT

12:35PM 6   THAT YOU HAVE HEARD, WHERE HE ACKNOWLEDGES PICKING UP MONEY,

12:35PM 7   $30,000 ON TWO OCCASIONS.  WAS THAT A NUMBER THAT AGENT MATA

12:35PM 8   PULLED OUT OF HIS HEAD AND PUT INTO HIS HEAD?  NO.  THAT'S A

12:36PM 9   STATEMENT THAT HE GAVE, THAT HE WAS INVOLVED WITH $30,000.

12:36PM 10              AND WHAT DO YOU KNOW ABOUT A KILO OF METHAMPHETAMINE

12:36PM 11  IN THIS TRIAL?  SO YOU HAVE TO PUT ALL OF THAT TOGETHER.  "WHAT

12:36PM 12  DO YOU KNOW ABOUT A KILO OF METHAMPHETAMINE?"

12:36PM 13              "THAT IT COSTS ABOUT $30,000."

12:36PM 14              SO IF HE'S ADMITTING TO PICKING UP $30,000, HE'S

12:36PM 15  ADMITTING TO PICKING UP ONE KILO OF METHAMPHETAMINE, BECAUSE

12:36PM 16  THAT'S WHAT THAT MONEY WAS.  IT WAS THE PROCEEDS FROM A DRUG

12:36PM 17  TRANSACTION FOR THAT QUANTITY OF DRUGS.

12:36PM 18              SO, YES, YOU CAN MAKE WHATEVER INFERENCES REASON

12:36PM 19  AND COMMON SENSE LEAD YOU TO MAKE.  AND THAT'S BASED ON WHAT

12:36PM 20  YOU'VE HEARD IN HERE AND YOUR COMMON LIFE'S EXPERIENCES, LADIES

12:36PM 21  AND GENTLEMEN.  AND WHAT YOU'VE HEARD IN HERE IS THAT--BECAUSE

12:36PM 22  YOU DON'T KNOW THAT BEFORE YOU COME INTO THIS COURTROOM.  YOU

12:36PM 23  DON'T KNOW HOW MUCH A KILO OF METHAMPHETAMINE COSTS.  BUT NOW

12:36PM 24  YOU DO.  SO NOW THAT YOU HAVE THAT EVIDENCE, APPLY IT TO THE

12:36PM 25  FACTS OF THIS CASE.  AND WHEN YOU APPLY IT TO THE FACTS OF

THIS CASE, YOU REACH THE INFERENCE OR THE CONCLUSION THAT
THIS DEFENDANT KNEW EXACTLY WHAT HE WAS TRANSPORTING, WHICH
WAS $30,000.  THAT $30,000 WAS THE PROCEEDS FROM THE SALE
OF METHAMPHETAMINE, WHICH IS EQUIVALENT TO ONE KILO OF
METHAMPHETAMINE.  SO THOSE ARE THE THINGS THAT YOU HAVE TO LOOK
FOR.

SO WHEN YOU PICK AND CHOOSE LITTLE SECTIONS, YOU
LOSE THE TOTALITY OF WHAT'S GOING ON HERE.  AND THE TOTALITY OF
WHAT'S GOING ON HERE IS WHAT'S DEPICTED ON THE SCREEN, LADIES
AND GENTLEMEN.  YOU HAVE PEOPLE IN MEXICO SENDING DRUGS TO THE
UNITED STATES BECAUSE IT'S A LUCRATIVE THING TO DO.  BECAUSE
WHEN YOU TAKE A KILO OF METHAMPHETAMINE AND YOU BREAK IT DOWN
TO A GRAM--AND YOU HEARD--THAT'S ANOTHER THING THAT YOU HEARD
AT THIS TRIAL--THAT IS A HUNDRED DOLLARS' WORTH OF
METHAMPHETAMINE.  WHEN YOU TAKE A KILO, WHICH IS A THOUSAND
GRAMS, AND YOU BREAK IT DOWN TO A HUNDRED-DOLLAR PORTION, HOW
MUCH IS A KILO OF METHAMPHETAMINE WORTH?  A HUNDRED THOUSAND
DOLLARS.

IT'S A DIRTY BUSINESS.  IT'S A BUSINESS ABOUT MAKING
MONEY.  OF COURSE, IT WOULD TAKE A LOT OF WORK AND EFFORT TO
BREAK IT DOWN TO ONE-GRAM QUANTITIES.  AND THEY DON'T DO THAT.
THEY DON'T DO THAT BECAUSE IT EXPOSES THEM TO LAW ENFORCEMENT,
BECAUSE THEY HAVE TO MAKE MORE TRANSACTIONS.  AND THE MORE
TRANSACTIONS YOU MAKE, THE MORE LIKELY IT IS THAT YOU ARE GONNA
GET CAUGHT.  SO THEY BREAK IT DOWN INTO LARGER QUANTITIES.

CLOSING STATEMENT BY THE GOVERNMENT

1747

12:38PM  1  BUT THAT IS WHAT WE'RE TALKING ABOUT, MAKING A LOT OF MONEY

12:38PM  2  DISTRIBUTING A DIRTY DRUG.

12:38PM  3          AND THE WAY THAT THAT DRUG COMES INTO THE UNITED

12:38PM  4  STATES IS BY THESE INDIVIDUALS UP HERE, TAVO, PRIMO, COOL GUY

12:38PM  5  AND PELON.  THOSE ARE THE GUYS IN MEXICO THAT ARE SENDING THE

12:38PM  6  DRUGS.  YOU HEARD THAT REPEATEDLY THROUGH THE WITNESSES.

12:38PM  7  THEY'VE IDENTIFIED THEIR SOURCES OF SUPPLY.

12:38PM  8          THE DRUGS THEN GET TO RAMIRO CAZARES AND JUAN CARLOS

12:38PM  9  VEGA.  THAT'S THE FIRST LINE OF DISTRIBUTION.  THEY HAVE THEIR

12:38PM  10  PART IN THIS.

12:38PM  11          NOW, DO RAMIRO CAZARES AND JUAN CARLOS VEGA HAVE TO

12:38PM  12  KNOW CHRISTINA HOUSE DOWN HERE IN THE BOTTOM?  ABSOLUTELY NOT.

12:39PM  13  THE INSTRUCTIONS TELL YOU THAT.  THEY DON'T HAVE TO KNOW EACH

12:39PM  14  OTHER.  BECAUSE IF CHRISTINA HOUSE IS IN THE BUSINESS, IN THE

12:39PM  15  DRUG BUSINESS, AND SHE WANTS TO GET A BETTER PRICE, SHE'S GONNA

12:39PM  16  GO TO THE SOURCES OF SUPPLY.

12:39PM  17          WE WENT OVER THAT DURING VOIR DIRE WHEN I TOLD

12:39PM  18  YOU THAT SCENARIO WHERE AGENT MATA IS THE SOURCE OF SUPPLY,

12:39PM  19  MS. BATSON IS SELLING TO ME.  AND I ASKED YOU:  WHAT WOULD THE

12:39PM  20  PERSON DO IF I KNEW--IF HE KNEW I WAS PAYING $15,000?  HE WOULD

12:39PM  21  COME AND SELL TO ME AND WE WOULD CUT OUT THE MIDDLEMAN.  THAT'S

12:39PM  22  WHY ALL THE PEOPLE DON'T HAVE TO KNOW EACH OTHER.

12:39PM  23          SO THE ARGUMENT ABOUT "MY CLIENT, MR. VEGA,

12:39PM  24  DOESN'T KNOW ANY OF THE OTHER PEOPLE SITTING HERE OR IN THIS

12:39PM  25  CONSPIRACY," THE JUDGE TELLS YOU OTHERWISE IN THE CHARGE.  THEY

CLOSING STATEMENT BY THE GOVERNMENT

1748

12:39PM  1  DON'T HAVE TO KNOW EACH OTHER.  THAT'S NOT REQUIRED.  THAT'S

12:39PM  2  NOT A REQUIREMENT.

12:39PM  3           SO WHEN MS. BATSON SAYS, "DON'T GO DOWN THESE BUNNY

12:39PM  4  TRAILS," THAT'S WHAT WE'RE TALKING ABOUT.

12:39PM  5           AND FOR MR. WHALEN TO SAY HE'S INSULTED, THAT'S THE

12:39PM  6  ARGUMENT THAT THEY'RE MAKING TO YOU.  AND THAT'S WHY MS. BATSON

12:39PM  7  SAID THAT.  BECAUSE THEY WANT YOU TO GO OFF ON SOME TRAIL AND

12:40PM  8  GET LOST ON SOME TECHNICALITY WHEN THE FACT OF THE MATTER IS

12:40PM  9  THIS IS THE DISTRIBUTION HERE.  THE INDIVIDUALS COME HERE AND

12:40PM  10  THIS IS THE FIRST LINE OF DISTRIBUTION.

12:40PM  11           AND THEN YOU HAVE ANDY NGUYEN AND FERNANDO PERALES.

12:40PM  12  AND THEY BOTH CAME IN HERE AND LAID OUT THEIR ORGANIZATION.

12:40PM  13  THEY TOLD YOU HOW IT WAS RUNNING, THEY TOLD YOU THE MONEYS

12:40PM  14  THAT THEY WERE MAKING.

12:40PM  15           DEFENSE COUNSEL ARGUES, "WELL, ANDY NGUYEN HAS ALL

12:40PM  16  THESE ASSETS AND ALL THESE THINGS."  AND WHAT DOES THAT PROVE?

12:40PM  17  DOES THAT PROVE THAT THESE OTHER PEOPLE ARE NOT GUILTY, THAT

12:40PM  18  THESE DEFENDANTS HERE ARE NOT GUILTY?  MAYBE HE'S A BETTER

12:40PM  19  BUSINESSMAN, MAYBE HE WAS SELLING LARGER QUANTITIES.  I MEAN,

12:40PM  20  WE HEAR IT EVERY DAY.  WE HAVE MILLIONAIRE ATHLETES WHO SIGN A

12:40PM  21  MILLION-DOLLAR CONTRACT AND THEN TURN OUT TO BE BANKRUPT AT THE

12:40PM  22  END OF THE DAY, AT THE END OF THEIR CAREERS.  WHY?  THEY DIDN'T

12:40PM  23  KNOW HOW TO HANDLE THEIR FINANCES.  SO TO SAY, "WELL, THESE

12:40PM  24  INDIVIDUALS HERE DIDN'T HAVE ANY MONEY, SO, THEREFORE, THEY'RE

12:41PM  25  NOT GUILTY," THAT'S A BUNNY TRAIL, THAT'S A DISTRACTION, AND

CLOSING STATEMENT BY THE GOVERNMENT

**1749**

12:41PM   1    THAT'S SMOKE IN THIS COURTROOM, BECAUSE THAT DOESN'T PROVE

12:41PM   2    ANYTHING.

12:41PM   3           NOW, THE FIRST LINE OF DISTRIBUTION?  THEY

12:41PM   4    TESTIFIED--NUMEROUS INDIVIDUALS CAME IN HERE AND TOLD HOW IT

12:41PM   5    WAS BEING DISTRIBUTED.  AND THE ULTIMATE GOAL WAS TO GET IT TO

12:41PM   6    SHERMAN-DENISON AND HAVE THE DISTRIBUTION GO ON THERE SO THEY

12:41PM   7    COULD MAKE THE DISTRIBUTION AND MAKE MONEY.  NOT ONLY TO

12:41PM   8    SUPPORT THEIR HABITS.  THEY CAME IN HERE AND ADMITTED THAT

12:41PM   9    THEY HAD HABITS, THAT THEY WERE USING.

12:41PM  10           AND THAT'S ANOTHER THING.  WHEN THEY CAME IN HERE

12:41PM  11    AND WE ASKED THEM, "HOW MUCH ARE YOU USING?"

12:41PM  12           "ONE GRAM."

12:41PM  13           I THINK THE MOST ANYONE SAID WAS TWO GRAMS A DAY.

12:41PM  14    SO IF THAT'S WHAT THEY'RE USING AND THEY'RE PICKING UP AN

12:41PM  15    OUNCE, WHICH IS 28 GRAMS, AND THEY'RE USING ONE GRAM, WHAT ARE

12:41PM  16    THEY DOING WITH THE OTHER 27 GRAMS OR THE OTHER 26 GRAMS?  WHAT

12:41PM  17    INFERENCE CAN YOU DRAW FROM THAT?  THE CIRCUMSTANTIAL EVIDENCE

12:41PM  18    IS THAT THEY'RE DISTRIBUTING NOT ONLY TO MAKE MONEY BUT TO HAVE

12:41PM  19    MONEY TO PAY FOR THEIR ADDICTION.  SO DON'T LOSE SIGHT OF THAT,

12:42PM  20    THAT JUST BECAUSE THE NUMBERS ARE NOT ADDING UP OR WHAT THEY

12:42PM  21    ARE SAYING IS NOT ADDING UP.  THINK ABOUT THE EVIDENCE IN THAT

12:42PM  22    LIGHT.

12:42PM  23           NOW, MS. BATSON SAID WHEN DEFENSE COUNSEL COME

12:42PM  24    UP HERE, THEY'RE GONNA SAY, "DON'T BELIEVE ANYTHING THEY SAY

12:42PM  25    BECAUSE THEY'RE ADDICTS.  DON'T BELIEVE ANYTHING THEY SAY

CLOSING STATEMENT BY THE GOVERNMENT

1750

12:42PM 1  BECAUSE THEY HAVE PLEA AGREEMENTS."  THE JUDGE TELLS YOU

12:42PM 2  OTHERWISE.  THE JUDGE TELLS YOU IN THE INSTRUCTIONS THAT

12:42PM 3  THEIR TESTIMONY ALONE, IF YOU BELIEVE THEIR TESTIMONY BEYOND

12:42PM 4  A REASONABLE DOUBT AND THEIR TESTIMONY PROVES EACH AND EVERY

12:42PM 5  ONE OF THE ELEMENTS BEYOND A REASONABLE DOUBT, THAT THAT IS

12:42PM 6  SUFFICIENT FOR YOU TO FIND THESE DEFENDANTS GUILTY.  AND

12:42PM 7  THAT'S IN THE INSTRUCTIONS, LADIES AND GENTLEMEN.

12:42PM 8          AND I KNOW DEFENSE COUNSEL ARGUES THAT YOU SHOULDN'T

12:42PM 9  RELY IF IT'S NOT SUPPORTED, IF IT'S UNSUPPORTED.  WELL, LET

12:42PM 10 ME TALK TO YOU ABOUT THAT.  WHAT DOES THAT MEAN, THAT IT'S

12:42PM 11 UNSUPPORTED?  IT MEANS THAT THERE HAS TO BE CORROBORATION.

12:42PM 12 OKAY?  AND CORROBORATION IS THE TESTIMONY OR EVIDENCE OF ONE

12:42PM 13 PERSON THAT TENDS TO SUPPORT THE TESTIMONY OR EVIDENCE OF

12:43PM 14 ANOTHER PERSON.  WHAT DOES THAT MEAN?  IF ONE PERSON COMES

12:43PM 15 IN HERE AND TESTIFIES THAT THEY SAW SOMETHING OR THEY DID

12:43PM 16 SOMETHING, AND THEN ANOTHER PERSON COMES IN HERE AND TELLS YOU

12:43PM 17 EXACTLY THE SAME THING, THEY'RE CORROBORATING ONE ANOTHER.  IF

12:43PM 18 ONE PERSON COMES IN HERE AND SAYS, "I RENTED CARS FOR THEM TO

12:43PM 19 USE TO GO TO DALLAS AND PICK UP THE DRUGS," AND THEN WE PRESENT

12:43PM 20 YOU WITH THE RENTAL AGREEMENTS AND HE ACKNOWLEDGES "THOSE ARE

12:43PM 21 THE CARS I RENTED," THAT'S CORROBORATION.  SO LOOK FOR THOSE

12:43PM 22 THINGS, LADIES AND GENTLEMEN.  REASON AND COMMON SENSE AND

12:43PM 23 APPLICATION OF THE FACTS TO THIS CASE.

12:43PM 24          NOW, WHEN THEY SAY, "THERE IS NO EVIDENCE AGAINST

12:43PM 25 MY CLIENT.  THEY SEIZED ALL THIS EVIDENCE AT BRITON COURT, THEY

CLOSING STATEMENT BY THE GOVERNMENT

1751

12:43PM  1  SEIZED DRUGS FROM BOBBY JAMES, THEY SEIZED DRUGS FROM KENNETH

12:43PM  2  HOUSE, ALL THIS OTHER PHYSICAL EVIDENCE WAS SEIZED FROM OTHER

12:43PM  3  PERSONS, NOT MY CLIENT, AND IT DOESN'T APPLY TO MY CLIENT,"

12:43PM  4  WELL, I DISAGREE.  IT DOES APPLY TO THEIR CLIENT, BECAUSE

12:44PM  5  THE JUDGE TELLS YOU THAT WHEN YOU ARE IN A CONSPIRACY, IT'S A

12:44PM  6  PARTNERSHIP IN CRIME, THAT EACH PERSON BECOMES AN AGENT FOR THE

12:44PM  7  OTHER PERSON.  SO IF THEY'RE AGENTS OF ONE ANOTHER, WHAT WAS

12:44PM  8  FOUND IN BRITON COURT IS ATTRIBUTABLE TO THEM, TOO.  BECAUSE

12:44PM  9  THEY'RE FACILITATING THAT TRANSACTION.  THEY'RE FACILITATING

12:44PM  10  THE MONEY THAT'S GOING BACK TO MEXICO THAT'S THEN ACQUIRING

12:44PM  11  MORE DRUGS THAT'S THEN MAKING IT INTO THE UNITED STATES THAT

12:44PM  12  IS THEN SEIZED AT BRITON COURT.  AND THE ARGUMENT THERE IS THAT

12:44PM  13  YOU HAVE TO HOLD THEM RESPONSIBLE.

12:44PM  14          DURING THE TIME PERIOD THAT THEY'RE INVOLVED, ALL

12:44PM  15  THE DRUGS--ALL THE DRUGS THAT WERE TRANSPORTED AND TRANSACTED

12:44PM  16  AND SOLD CAN BE ATTRIBUTABLE TO THEM, BECAUSE THEY'RE A PART

12:44PM  17  OF THIS ORGANIZATION, THEY'RE A PART OF THIS CONSPIRACY.

12:44PM  18          SO AT THE END, WHEN IT ASKS YOU TO PROVE 500 GRAMS

12:45PM  19  OR MORE, WE'VE PROVEN WAY MORE THAN THAT.  WAY MORE THAN THAT.

12:45PM  20  AND YOU HAVE IT HERE IN THIS COURTROOM, LADIES AND GENTLEMEN.

12:45PM  21  THAT'S WHAT THE EVIDENCE IS SHOWING YOU AND THAT'S WHAT YOU

12:45PM  22  SHOULD FOLLOW.

12:45PM  23          NOW, WHEN THEY SAY, "THE GOVERNMENT DIDN'T DO THIS,

12:45PM  24  THE GOVERNMENT DIDN'T DO THAT," IT'S A COMMON TACTIC, IT'S A

12:45PM  25  COMMON ARGUMENT TO MAKE.  ALWAYS WANTING MORE.  "WHERE'S THE

CLOSING STATEMENT BY THE GOVERNMENT

1752

12:45PM 1   DNA?"  YOU KNOW, THIS ISN'T CSI.  YOU KNOW, WE'RE NOT ON TV.

12:45PM 2   THINGS DON'T HAPPEN THAT WAY.  THAT'S A FANTASY.

12:45PM 3             AGENT MATA TESTIFIED ABOUT THE RESTRICTIONS OF

12:45PM 4   MONEY.  THERE WAS 34 DEFENDANTS IN THIS CASE.  SO HE'S SUPPOSED

12:45PM 5   TO DO 34 INDEPENDENT AND SEPARATE TITLE III'S, WHICH COST

12:45PM 6   THOUSANDS OF DOLLARS?  OR DOES HE RELY ON OTHER TOOLS?  DOES

12:45PM 7   HE RELY ON INFORMATION FROM CONFIDENTIAL INFORMANTS?  DOES HE

12:45PM 8   RELY ON DEBRIEFS OF PEOPLE THAT ARE BEING ARRESTED AND THEY'RE

12:45PM 9   GIVING INFORMATION, AND THEN HE ARRESTS ANOTHER PERSON AND HE

12:45PM 10  GIVES THAT SAME INFORMATION?  THEN THAT INFORMATION IS

12:46PM 11  CORROBORATED AND MORE RELIABLE.  CAN HE THEN RELY ON THAT?

12:46PM 12  WELL, OBVIOUSLY, HE CAN, BECAUSE THAT'S HOW HE GOT THE SEARCH

12:46PM 13  WARRANTS FOR THE DIFFERENT LOCATIONS THAT HE WENT TO.  AND

12:46PM 14  HE WENT BEFORE A JUDGE, AND A JUDGE THOUGHT THAT THAT WAS

12:46PM 15  SUFFICIENT INFORMATION BASED ON HIS INFORMATION AND

12:46PM 16  INVESTIGATION.  SO A JUDGE THOUGHT IT WAS RELIABLE.  HE THOUGHT

12:46PM 17  IT WAS RELIABLE.  AND THAT'S HOW THIS INVESTIGATION PROCEEDED.

12:46PM 18  SO WHY ISN'T THAT SUFFICIENT?

12:46PM 19            DEFENSE COUNSEL PETRAZIO ARGUES THAT HE AND DEFENSE

12:46PM 20  COUNSEL WHALEN ARE ARGUING THE SAME THING, THAT THERE WASN'T

12:46PM 21  ENOUGH EVIDENCE HERE.  BUT THERE REALLY AREN'T [SIC].  BECAUSE

12:46PM 22  MR. WHALEN ARGUES THERE WAS NO SURVEILLANCE, THAT THERE WERE NO

12:46PM 23  RECORDINGS AND THERE WERE NO CONFESSIONS OF HIS DEFENDANT.

12:46PM 24  AND THERE WEREN'T.  BUT THERE WERE IN MR. VEGA'S INVESTIGATION.

12:46PM 25  BUT THEY WANT YOU TO BELIEVE, "WELL, THAT'S NOT ENOUGH EITHER.

CLOSING STATEMENT BY THE GOVERNMENT

1753

12:46PM   1   THE SURVEILLANCE THAT WAS DONE AT HIS HOUSE WHEN HE MOVED THE

12:46PM   2   CAR, THAT'S NOT ENOUGH.  THE CONFESSION THAT HE GAVE, IT WAS

12:47PM   3   FABRICATED BY AGENT MATA OR SOMEHOW COERCED BY AGENT MATA.

12:47PM   4   THE RECORDING THAT WAS MADE BETWEEN HIM AND CAZARES, HE'S JUST

12:47PM   5   BEING LOYAL TO MR. CAZARES."

12:47PM   6            AND WHAT'S FUNNY ABOUT THAT IS THERE'S SORT OF AN

12:47PM   7   ADMISSION THAT HE'S INVOLVED IN THIS.  BECAUSE HIS ATTORNEY IS

12:47PM   8   ARGUING THAT HE DID THIS BECAUSE OF LOYALTY TO HIS EMPLOYER OR

12:47PM   9   BECAUSE HE WAS FOLLOWING SOME SORT OF ORDERS FROM HIS EMPLOYER.

12:47PM   10  WELL, THAT'S NOT A DEFENSE.  FOLLOWING ORDERS IS NOT A DEFENSE.

12:47PM   11  BEING LOYAL TO YOUR EMPLOYER IS NOT A DEFENSE.  BECAUSE AS HE

12:47PM   12  SITS THERE, HE'S NOT A CHILD.  HE'S CAPABLE OF MAKING HIS OWN

12:47PM   13  DECISIONS.  HE'S CAPABLE OF DETERMINING RIGHT FROM WRONG.  AND

12:47PM   14  HE DECIDED TO DO WRONG.  HE DECIDED TO JOIN WITH HIS FRIEND

12:47PM   15  RAMIRO CAZARES, OR HIS EMPLOYER RAMIRO CAZARES, AND DO WRONG,

12:48PM   16  PICK UP THE DRUGS, TAKE THEM OVER TO THE HOUSE, AND ATTEMPT TO

12:48PM   17  COOK THE DRUGS.  THAT WAS HIS DECISION.  AND THAT'S A DECISION

12:48PM   18  HE MADE.  AND NOW YOU HAVE TO HOLD HIM ACCOUNTABLE FOR THAT.

12:48PM   19  AND THAT'S WHY WE'RE HERE.  BECAUSE HE WAS PART OF THIS

12:48PM   20  CONSPIRACY AND THAT WAS HIS PART OF THE CONSPIRACY.

12:48PM   21            NOW, IN REGARDS TO PHOTOGRAPHS, WHY WEREN'T

12:48PM   22  PHOTOGRAPHS TAKEN OF THE VEHICLE OR WHY WERE THEY TAKEN OF

12:48PM   23  THE VEHICLE BUT NOT OF THE HOUSE?  PHOTOGRAPHS WERE TAKEN OF

12:48PM   24  THE VEHICLE AT DEA HEADQUARTERS, NOT AT THE SCENE.  THAT'S WHY

12:48PM   25  THERE WERE PHOTOGRAPHS TAKEN THERE.  THERE WAS A RECORDING MADE

CLOSING STATEMENT BY THE GOVERNMENT

**1754**

12:48PM  1  WITH MR. CAZARES TO MR. VEGA BECAUSE MR. CAZARES WAS AT DEA

12:48PM  2  HEADQUARTERS, NOT AT THE SCENE.

12:48PM  3         SO THERE'S EXPLANATIONS AS TO WHY AGENT MATA DID

12:48PM  4  WHAT HE DID AND WHY THINGS WEREN'T AVAILABLE TO HIM.  WHAT,

12:48PM  5  HE'S SUPPOSED TO WAIT BEFORE HE QUESTIONS SOMEBODY UNTIL HE CAN

12:49PM  6  GET A CAMERA OR HE CAN GET A RECORDING AT THE SCENE?  WHAT IF

12:49PM  7  THAT PERSON CHANGES HIS MIND IN THE INTERIM?  THEN HE'S LOST

12:49PM  8  THE OPPORTUNITY TO GET A CONFESSION.  THAT'S WHY THEY DON'T DO

12:49PM  9  IT.

12:49PM  10        USE YOUR LOGIC AND COMMON SENSE, LADIES AND

12:49PM  11  GENTLEMEN, AND I GUARANTEE YOU THAT YOU'LL REACH THE RIGHT

12:49PM  12  DECISION.

12:49PM  13        NOW, TURNING TO MR. BOWEN, I THINK MR. WHALEN

12:49PM  14  STARTED OFF BY SAYING THAT THERE WAS NO EVIDENCE OF AN

12:49PM  15  AGREEMENT HERE.  AND I WOULD ARGUE TO YOU THAT THAT DEFIES

12:49PM  16  LOGIC, BECAUSE THERE IS AN AGREEMENT.  BECAUSE THE WITNESSES

12:49PM  17  WHO CAME IN HERE AND TESTIFIED TOLD YOU THERE WAS AN AGREEMENT.

12:49PM  18        HE SAYS THERE WAS NO AGREEMENT BECAUSE THE DRUGS

12:49PM  19  WEREN'T FRONTED TO HIM.  WELL, THE EVIDENCE IS, REGARDLESS OF

12:49PM  20  WHETHER THEY WERE OR THEY WEREN'T, HE STILL WENT BACK TO GET

12:49PM  21  MORE DRUGS.  THEY NEGOTIATED A PRICE.  SO THERE WAS A

12:50PM  22  NEGOTIATION FOR A NEGOTIATED PRICE.  AND YOU'VE HEARD THAT

12:50PM  23  IF YOU ARE GONNA COME FREQUENTLY, YOU'RE GONNA GET ONE PRICE.

12:50PM  24  IF YOU'RE GONNA COME INFREQUENTLY, YOU'RE GONNA GET A HIGHER

12:50PM  25  PRICE.  SO THERE'S SOME NEGOTIATION.  THEY REACHED AN AGREEMENT

CLOSING STATEMENT BY THE GOVERNMENT

1755

12:50PM 1 AND THEN HE STARTED TO GET DRUGS.  THERE'S AN AGREEMENT AS TO

12:50PM 2 WHERE THE DISTRIBUTION IS GONNA HAPPEN, THERE'S AN AGREEMENT

12:50PM 3 AS TO WHEN THE DISTRIBUTION IS GONNA HAPPEN, AND THERE'S AN

12:50PM 4 AGREEMENT AS TO HOW MUCH IS GOING TO BE DISTRIBUTED.  THOSE ARE

12:50PM 5 ALL AGREEMENTS THAT WERE MADE BETWEEN MR. BOWEN AND THE SOURCES

12:50PM 6 OF SUPPLY.  AND THAT'S IF YOU OVERLOOK THE FACT THAT THERE WAS

12:50PM 7 TESTIMONY FROM OTHER WITNESSES THAT THEY WOULD BRING THE DRUGS

12:50PM 8 TO SHERMAN AND DISTRIBUTE IT THERE.  DON'T OVERLOOK THE FACT

12:50PM 9 THAT MS. DAVILA SAID THAT HE HAD HIS RELIABLE CUSTOMERS.  HE

12:50PM 10 HAD THREE BLACK MEN THAT WOULD COME, AND THEY WOULD ALL GET 7.5

12:50PM 11 GRAMS, AND THAT WHATEVER HE HAD LEFT HE WOULD PICK UP THE PHONE

12:50PM 12 AND CALL OTHER PEOPLE.  WELL, THAT'S EVIDENCE OF DISTRIBUTION.

12:50PM 13 THAT'S EVIDENCE OF HAVING AN AGREEMENT WITH THESE OTHER

12:51PM 14 INDIVIDUALS.  HOW CAN YOU ARGUE THAT THERE'S NO AGREEMENT?

12:51PM 15 HOW CAN YOU ARGUE THERE'S NO DISTRIBUTION GOING ON HERE WHEN

12:51PM 16 THE FACTS THAT HAVE BEEN ELICITED DURING THIS TRIAL INDICATE

12:51PM 17 OTHERWISE?

12:51PM 18          NOW, MR. WHALEN ALSO ARGUES ABOUT THE RELIABILITY OF

12:51PM 19 THE WITNESSES AND THE CREDIBILITY OF THE WITNESSES.  WELL, THE

12:51PM 20 BOTTOM LINE IS THIS, LADIES AND GENTLEMEN:  A LOT OF THESE

12:51PM 21 CASES RISE AND FALL ON WHAT YOU BELIEVE, WHO YOU BELIEVE, AND

12:51PM 22 WHAT AMOUNTS YOU BELIEVE.  THAT'S REALLY THE BOTTOM LINE HERE.

12:51PM 23          AND AS I TOLD YOU DURING VOIR DIRE, THERE ARE TWO

12:51PM 24 JUDGES IN THIS COURTROOM.  JUDGE SCHELL.  JUDGE SCHELL IS THE

12:51PM 25 JUDGE OF THE LAW, AND HE'S GIVEN YOU THAT LAW IN THE JURY

CLOSING STATEMENT BY THE GOVERNMENT

1756

| 12:51PM | 1 | INSTRUCTIONS.  YOU ARE THE JUDGES OF THE FACTS, AND YOU GET TO |
| 12:52PM | 2 | DECIDE ALL WHAT A PERSON TOLD YOU, PART OF WHAT A PERSON TOLD |
| 12:52PM | 3 | YOU, OR NONE OF WHAT A PERSON TOLD YOU [SIC].  THAT IS YOUR |
| 12:52PM | 4 | RESPONSIBILITY, THAT'S YOUR JOB.  NONE OF US CAN TELL YOU |
| 12:52PM | 5 | HOW TO DO IT.  THE JUDGE MAKES SOME SUGGESTIONS IN THE JURY |
| 12:52PM | 6 | INSTRUCTIONS, AND HE TELLS YOU TO LOOK AT CERTAIN THINGS. |
| 12:52PM | 7 | AND I ENCOURAGE YOU TO DO THAT.  BUT I ALSO ASK YOU, |
| 12:52PM | 8 | WHEN YOU ARE CONSIDERING THE TESTIMONY OF A PERSON WHO COMES |
| 12:52PM | 9 | INTO THIS COURTROOM, WHO DID YOU THINK WAS GONNA COME IN HERE |
| 12:52PM | 10 | AND TESTIFY?  WHO DID YOU THINK WAS GOING TO BE IN THE POSITION |
| 12:52PM | 11 | TO COME IN HERE AND TELL YOU THESE THINGS?  THESE TRANSACTIONS |
| 12:52PM | 12 | DON'T HAPPEN OUT IN PUBLIC.  THESE PEOPLE DON'T WANT TO GET |
| 12:52PM | 13 | CAUGHT.  THEY WANT TO CONTINUE THE DIRTY BUSINESS OF |
| 12:52PM | 14 | DISTRIBUTING DRUGS AND MAKING DRUGS AND USING DRUGS.  THAT'S |
| 12:52PM | 15 | WHAT THEY WANT TO CONTINUE TO DO.  THEY'RE NOT GONNA DO IT IN |
| 12:52PM | 16 | PUBLIC.  THEY'RE NOT GONNA DO IT WHERE EVERYBODY KNOWS.  THEY |
| 12:52PM | 17 | TRAVEL IN SMALL CIRCLES, THIS CIRCLE OF PEOPLE THAT YOU HAVE |
| 12:52PM | 18 | IN HERE THAT ARE INVOLVED IN THIS TYPE OF DISTRIBUTION.  SO WHO |
| 12:53PM | 19 | DID YOU EXPECT TO COME IN HERE AND TESTIFY?  NOT CHOIRBOYS, NOT |
| 12:53PM | 20 | PREACHERS.  IT'S GONNA BE THE PEOPLE THAT ARE INVOLVED.  AND |
| 12:53PM | 21 | THAT'S WHO WE BROUGHT YOU.  NOW, YOU HAVE TO DECIDE WHETHER |
| 12:53PM | 22 | THEY'RE CREDIBLE OR NOT; YOU HAVE TO DECIDE WHETHER YOU BELIEVE |
| 12:53PM | 23 | THEM OR NOT. |
| 12:53PM | 24 | AND WE DID GO OVER THE PLEA AGREEMENTS AD NAUSEAM. |
| 12:53PM | 25 | AND WE DO THAT BECAUSE WE WANT YOU TO SEE THE RESTRICTIONS AND |

CLOSING STATEMENT BY THE GOVERNMENT

**1757**

12:53PM  1  CONDITIONS THAT THEY'RE UNDER WHEN THEY TESTIFY.  WE WANT YOU

12:53PM  2  TO SEE THAT IF THEY LIE, THERE ARE CONSEQUENCES.

12:53PM  3          AND HOW ARE WE GOING TO KNOW THAT THEY'RE LYING

12:53PM  4  TO US?  WE'RE GONNA KNOW THAT BECAUSE THE PEOPLE THAT TESTIFY

12:53PM  5  THAT ARE GIVING US INFORMATION, THEY DON'T KNOW WHAT WE KNOW.

12:53PM  6  THEY DON'T KNOW WHO WE'VE TALKED TO.  SO IF WE'RE TALKING TO

12:53PM  7  INDIVIDUALS AND THEY DIFFER BETWEEN ONE ANOTHER, AND WE'RE

12:53PM  8  TELLING THEM, "YOU HAVE TO BE 100 PERCENT HONEST," AND WE'VE

12:53PM  9  HEARD DIFFERENT STORIES FROM THOSE PEOPLE, THEN THEY'RE GONNA

12:53PM  10  BE CALLED TO TASK FOR IT.  BECAUSE THEY'RE BEING INTERVIEWED

12:53PM  11  AT SEPARATE TIMES, AND THE INFORMATION THAT THE AGENT HAS

12:53PM  12  DEVELOPED THROUGH HIS INVESTIGATION THAT HE KNOWS, AND THE

12:54PM  13  INFORMATION THAT HE HAS DEVELOPED BY DEBRIEFING OTHER PEOPLE,

12:54PM  14  NOT ONLY THE ONE THAT'S GIVING THE INFORMATION, THAT HE KNOWS

12:54PM  15  IS GOING TO BE USED AS A BAROMETER TO TELL US WHETHER THAT

12:54PM  16  PERSON IS TELLING US THE TRUTH OR NOT.  AND THEN THAT PERSON

12:54PM  17  IS TELLING THE TRUTH OR NOT.  AND ONCE HE MAKES THAT

12:54PM  18  DETERMINATION, THEN WE KNOW WHAT THAT PERSON WILL SAY.  AND

12:54PM  19  THEN THAT PERSON IS BROUGHT TO YOU TO TESTIFY.  AND YOU SAW THE

12:54PM  20  CONDITIONS THAT ARE IN THE PLEA AGREEMENT, THAT IF THEY DON'T

12:54PM  21  TESTIFY, OTHER CHARGES CAN BE FILED AGAINST THEM, OBSTRUCTION

12:54PM  22  OF JUSTICE, PERJURY, AND THAT WOULD BE STACKED ON TOP OF THE

12:54PM  23  TIME THAT THEY'RE ALREADY LOOKING AT.  SO ASK YOURSELF:  IF THE

12:54PM  24  GOAL IS TO DO LESS TIME, IF THE GOAL IS TO BE WITH YOUR INFANT

12:54PM  25  CHILD, THEN IT MAKES NO SENSE FOR THEM TO COME IN HERE AND LIE

CLOSING STATEMENT BY THE GOVERNMENT

1758

12:54PM 1   TO YOU, WHERE THEY WOULD BE EXPOSED TO MORE TIME.  THAT'S WHY

12:54PM 2   THOSE PLEA AGREEMENTS ARE WORDED THAT WAY.

12:54PM 3           SO, YES, THERE HAS TO BE SOME INCENTIVE FOR THEM

12:54PM 4   TO COME IN HERE AND TESTIFY, BECAUSE NOBODY WANTS TO COME IN

12:54PM 5   HERE AND TESTIFY AND POINT SOMEONE OUT AND SAY, "THAT'S THE

12:54PM 6   GUY THAT WAS SELLING TO ME."  "THAT'S THE PERSON THAT WAS

12:55PM 7   DELIVERING THE DRUGS TO ME."  "THAT'S THE PERSON THAT WAS

12:55PM 8   SUPPLYING MY ADDICTION."  NO ONE WANTS TO DO THAT.  NO ONE

12:55PM 9   WANTS TO DO IT IN FRONT OF STRANGERS.

12:55PM 10          SO IS THERE ANY GUARANTEES OR PROMISES MADE TO THEM?

12:55PM 11  NO.

12:55PM 12          IS THERE A HOPE THAT THEY MAY RECEIVE SOMETHING?

12:55PM 13  YES.

12:55PM 14          AND THEY ALL SAID THAT REPEATEDLY.  THAT'S THE

12:55PM 15  INFORMATION THAT YOU HAVE, LADIES AND GENTLEMEN, TO JUDGE THEIR

12:55PM 16  CREDIBILITY.  WE DIDN'T HIDE THEIR ADDICTIONS, WE DIDN'T HIDE

12:55PM 17  THEIR CRIMINAL HISTORY, BECAUSE WE WANT YOU TO TAKE ALL OF THAT

12:55PM 18  INTO CONSIDERATION.  BUT MOSTLY WHAT WE WANT YOU TO DO IS FOR

12:55PM 19  YOU TO TAKE THEIR TESTIMONY, COMPARE IT TO ANOTHER PERSON'S

12:55PM 20  TESTIMONY THAT CAME INTO THIS COURTROOM, AND SEE THAT THEIR

12:55PM 21  TESTIMONY MATCHES.  NOT IN SPECIFIC DETAILS.  BECAUSE IF ALL

12:55PM 22  OF THEM CAME IN HERE AND TOLD YOU EXACTLY THE SAME THING, THEN

12:55PM 23  REASON AND COMMON SENSE WOULD LEAD YOU TO BELIEVE "THERE'S

12:55PM 24  SOMETHING GOING ON HERE."  SO THAT'S WHY YOU HAVE TO LOOK AT

12:55PM 25  THEIR TESTIMONY.

CLOSING STATEMENT BY THE GOVERNMENT

1759

12:55PM  1      NOW, YOU ALSO HAVE TO APPLY REASON AND COMMON SENSE.

12:56PM  2   DO YOU REMEMBER WHO YOU MET TWO YEARS AGO?  DO YOU REMEMBER

12:56PM  3   WHO YOU PAID A DEBT TWO YEARS AGO?  DO YOU REMEMBER ALL THOSE

12:56PM  4   DETAILS?  THAT'S WHAT THESE INDIVIDUALS ARE ASKED TO DO.  AND

12:56PM  5   THEY'RE BEING ASKED TO DO IT IN A VERY STRESSFUL ENVIRONMENT

12:56PM  6   AND SITUATION--TESTIFYING.  AND I'M NOT MAKING EXCUSES FOR

12:56PM  7   THEM, BUT IT IS STRESSFUL TO TESTIFY.  SO WHEN THEY SAY THE

12:56PM  8   TIME PERIODS DON'T MATCH UP PERFECTLY, WOULDN'T YOU SUSPECT

12:56PM  9   THAT THERE WAS SOMETHING GOING ON IF THEY DID?  IT MAKES MORE

12:56PM  10  SENSE THEY'RE TELLING YOU THE TRUTH BECAUSE THEY DON'T MATCH UP

12:56PM  11  PERFECTLY.

12:56PM  12      NOW MR. SALAZAR.  I THINK THERE IS MORE THAN AMPLE

12:56PM  13  EVIDENCE TO CONVICT MR. SALAZAR.  EVERY SINGLE WITNESS CAME

12:56PM  14  IN HERE AND TESTIFIED ABOUT MR. SALAZAR.  I WAS THINKING ABOUT,

12:56PM  15  WHEN I CAME IN HERE, THAT THERE'S A GAME THAT PEOPLE PLAY AT

12:57PM  16  SOCIAL GATHERINGS WHICH IS CALLED "SEVEN DEGREES OF SEPARATION

12:57PM  17  FROM KEVIN BACON," WHERE YOU SAY A NAME AND YOU TRY AND RELATE

12:57PM  18  IT BACK TO KEVIN BACON.  WELL, HERE IT'S SEVEN DEGREES OF

12:57PM  19  SEPARATION FROM RENE SALAZAR, BECAUSE EVERYBODY WHO CAME IN

12:57PM  20  HERE KNEW RENE SALAZAR.  THEY KNEW HE WAS A DRUG DEALER.  AND

12:57PM  21  YOU CAN LINK PEOPLE ALL THE WAY BACK TO HIM.  YOU CAN LINK IT

12:57PM  22  ALL THE WAY UP TO THE SOURCES OF SUPPLY, BECAUSE THE WAY THAT

12:57PM  23  HAPPENS IS YOU'VE GOT THESE INDIVIDUALS DELIVERING TO ANDY

12:57PM  24  NGUYEN, HIS WORKERS DELIVERING TO MANUEL CAMACHO AND PRISCILLA

12:57PM  25  MARCELENO, AND THEN THEY COME TO RENE SALAZAR.  OR YOU COULD

CLOSING STATEMENT BY THE GOVERNMENT

1760

12:57PM 1   START IT FROM THIS OTHER SIDE, CHRISTINA HOUSE TO KENNETH HOUSE

12:57PM 2   TO RENE SALAZAR.  THEY ALL CONNECT BACK TO RENE SALAZAR.  HE'S

12:57PM 3   THE MAIN POINT OF DISTRIBUTION.

12:57PM 4           AND TO ARGUE THAT THEY'RE NOT PARTNERS IS RIDICULOUS.

12:57PM 5   THEY ALL CAME IN HERE, ALL THE PEOPLE THAT KNEW ABOUT THEIR

12:57PM 6   RELATIONSHIP, AND SAID, "THEY'RE PARTNERS IN DISTRIBUTIONS.

12:57PM 7   WHEN I COULDN'T GET IT FROM RENE, HE WOULD SEND ME OVER TO

12:58PM 8   KENNETH.  WHEN KENNETH DIDN'T HAVE IT, HE WOULD SEND ME TO

12:58PM 9   CHARLES."  AND YOU HEARD THAT CHARLES WAS DOING HIS OWN DEAL.

12:58PM 10  YOU HEARD THE TESTIMONY THAT HE WAS LEFT IN CHARGE SO THAT THE

12:58PM 11  OPERATION COULD CONTINUE WHILE THEY WERE LOCKED UP.  BECAUSE

12:58PM 12  THIS IS WHAT THEY KNOW AND THIS IS WHAT THEY'RE INVOLVED WITH.

12:58PM 13  THIS IS WHAT RENE SALAZAR KNOWS AND THAT'S WHAT HE WAS INVOLVED

12:58PM 14  WITH.  THIS IS WHAT TIMOTHY BOWEN KNOWS AND THIS IS WHAT HE'S

12:58PM 15  INVOLVED WITH.

12:58PM 16          AND YOU HEARD THE TESTIMONY ABOUT HIS PRIOR

12:58PM 17  CONVICTION FOR CRACK COCAINE.  AND THE JUDGE HAS GIVEN YOU THE

12:58PM 18  INSTRUCTION AS TO HOW TO USE THAT, LADIES AND GENTLEMEN.  HIS

12:58PM 19  INTENT.  HIS INTENT APPEARS TO BE INVOLVED IN ANOTHER DRUG

12:58PM 20  CASE.  SO THE EVIDENCE IS THAT HE'S INVOLVED IN A CONSPIRACY.

12:58PM 21  AND YOU CAN USE THAT INFORMATION TO SHOW THAT HE HAS THE INTENT

12:58PM 22  THAT HE NEEDS TO BE INVOLVED IN THIS CONSPIRACY.  THAT'S WHAT

12:58PM 23  THAT SHOWS YOU AND THAT'S WHY THAT WAS OFFERED.

12:58PM 24          NOW LET ME POINT OUT SOME OF THE THINGS THAT I HAVE

12:59PM 25  TALKED TO YOU ABOUT JUST IN GENERAL AND TELL YOU WHERE YOU CAN

CLOSING STATEMENT BY THE GOVERNMENT

1761

12:59PM  1    FIND IT IN THE JURY INSTRUCTIONS.

12:59PM  2              IN THE JURY INSTRUCTIONS THE JUDGE TELLS YOU ON PAGE

12:59PM  3    11 THAT--IN DESCRIBING A CONSPIRACY, HE SAYS, "IT'S A KIND OF

12:59PM  4    PARTNERSHIP IN CRIME IN WHICH EACH MEMBER BECOMES AN AGENT OF

12:59PM  5    EVERY OTHER MEMBER."  AND THAT'S WHEN I WAS TALKING TO YOU OR

12:59PM  6    REFERRING--OR ARGUING TO YOU THAT ALL THESE PEOPLE ON THIS

12:59PM  7    SCREEN CAN BE HELD ACCOUNTABLE FOR ALL THE DRUGS THAT WERE

12:59PM  8    SEIZED IN THIS CASE, BECAUSE THEY'RE EACH AN AGENT.  THAT'S

12:59PM  9    AS IF YOU WORK FOR A CORPORATION AND YOUR ACTIONS COME BACK

12:59PM  10   TO THAT CORPORATION.  ALL OF THESE GUYS ARE WORKING FOR THIS

12:59PM  11   ORGANIZATION BECAUSE THEY'RE DISTRIBUTING.  THEY'RE CONNECTING

12:59PM  12   WITH ONE ANOTHER, THEY'RE TRANSPORTING WITH ONE ANOTHER,

12:59PM  13   THEY'RE BRINGING IT BACK, THEY'RE MAKING MONEY, AND THEY'RE

01:00PM  14   SENDING THE MONEY UP THE CHAIN TO MEXICO SO THAT MORE DRUGS

01:00PM  15   CAN COME BACK TO THE UNITED STATES.  SO THEY ARE AGENTS FOR

01:00PM  16   ONE ANOTHER.  THEREFORE, YOU CAN HOLD THEM ACCOUNTABLE FOR

01:00PM  17   THE QUANTITIES THAT YOU HAVE HERE TODAY.

01:00PM  18              WITH MR. VEGA IT'S EVEN MORE APPARENT BECAUSE OF

01:00PM  19   THE FACT THAT HE WENT AND HE PICKED UP THOSE SIX KILOGRAMS

01:00PM  20   OF METHAMPHETAMINE.  SO HE'S WELL OVER 500 GRAMS OF

01:00PM  21   METHAMPHETAMINE.  BUT YOU CAN ATTRIBUTE THAT TO THE OTHERS

01:00PM  22   AS WELL.

01:00PM  23              AND THEN ON PAGE 3 AND 4 IT TALKS ABOUT WHAT I ARGUE

01:00PM  24   TO YOU ABOUT THE CREDIBILITY OF THE WITNESSES, THAT YOU HAVE TO

01:00PM  25   DECIDE, YOU AND YOU ALONE ARE THE JUDGES OF THE CREDIBILITY OF

CLOSING STATEMENT BY THE GOVERNMENT

1762

01:00PM 1  THE WITNESSES, AND YOU HAVE TO DETERMINE WHO YOU BELIEVE AND

01:00PM 2  WHO YOU DON'T BELIEVE.  AND IT MAKES CERTAIN SUGGESTIONS.  AND

01:00PM 3  THEN I WOULD ASK YOU TO LOOK AT WHO YOU THOUGHT WAS GONNA COME

01:00PM 4  IN HERE AND TESTIFY.

01:00PM 5          NOW, THE INSTRUCTIONS, WHEN IT TALKS ABOUT

01:00PM 6  "UNSUPPORTED TESTIMONY," I HAVE TO COME BACK TO THAT BECAUSE

01:01PM 7  I THINK THAT'S A VERY IMPORTANT POINT.  IF THE PEOPLE ARE

01:01PM 8  TELLING YOU THE SAME THING REPEATEDLY, HOW CAN THE TESTIMONY

01:01PM 9  BE UNSUPPORTED?  THEY'RE SUPPORTING ONE ANOTHER.  IF THE

01:01PM 10 INFORMATION AND THE INVESTIGATION SHOWS THAT THERE ARE ITEMS

01:01PM 11 HIDDEN IN A HOUSE, AND THEN THEY GO AND THEY FIND THOSE ITEMS,

01:01PM 12 HOW IS THE INFORMATION AND TESTIMONY UNSUPPORTED?

01:01PM 13         ONE OTHER THING ABOUT MR. VEGA--AND MS. BATSON

01:01PM 14 TOUCHED ON IT DURING HER ARGUMENT TO YOU--THERE IS WHAT WE

01:01PM 15 CALL IN LAW "CONSCIOUSNESS OF GUILT."  AND THAT IS WHEN YOU

01:01PM 16 DO SOMETHING THAT IS INDICATIVE OF A GUILTY CONSCIENCE.  FOR

01:01PM 17 EXAMPLE, LET'S SAY SOMEONE IS SITTING ON A STOOP, AND THEY'VE

01:01PM 18 JUST ROBBED A STORE, AND THEY SEE A POLICE OFFICER APPROACHING,

01:01PM 19 AND BEFORE THAT POLICE OFFICER CAN REACH THEM, THEY TAKE OFF

01:02PM 20 RUNNING.  THAT'S CONSCIOUSNESS OF GUILT.  OKAY?

01:02PM 21         WHAT DID MR. VEGA DO TO SHOW YOU CONSCIOUSNESS OF

01:02PM 22 GUILT?  WHAT DID HE ADMIT TO?  HE MOVED THE CAR THAT HE KNEW

01:02PM 23 HAD COME FROM ANDY NGUYEN FROM CLOSE PROXIMITY TO HIS APARTMENT

01:02PM 24 TO SOME OTHER LOCATION.  HE TOOK THE KEYS TO THAT CAR THAT HE

01:02PM 25 KNEW HAD A COMPARTMENT AND HAD COME FROM ANDY NGUYEN AND HE HID

CLOSING STATEMENT BY THE GOVERNMENT

1763

01:02PM  1  THEM.

01:02PM  2          WHAT ELSE DID HE DO?  HE TOOK HIS PHONE AND HE THREW

01:02PM  3  IT AWAY.

01:02PM  4          THOSE ARE ALL INDICATIONS OF CONSCIOUSNESS OF GUILT.

01:02PM  5  THAT'S WHY HE DID THOSE THINGS.  AND YOU CAN USE THAT TO

01:02PM  6  DETERMINE WHETHER YOU BELIEVE HE'S GUILTY OR NOT.  AND I ASK

01:02PM  7  YOU TO USE THOSE THINGS AND COMBINE THOSE THINGS WITH ALL

01:02PM  8  THE EVIDENCE THAT YOU HEARD, THE RECORDINGS AS WELL AS

01:02PM  9  THE TESTIMONY FROM MR. CAZARES.

01:02PM  10          YOU DON'T HAVE TO LIKE MR. CAZARES.  YOU DON'T HAVE

01:03PM  11  TO LIKE THE FACT THAT HE CHEATED ON HIS WIFE AND THAT HE HAD

01:03PM  12  GIRLFRIENDS.  NO ONE LIKES THAT.  BUT YOU HAVE TO JUDGE HIS

01:03PM  13  INFORMATION AND HIS STATEMENTS AND COMPARE THAT TO WHAT THE

01:03PM  14  DEFENDANT HIMSELF SAID IN HIS CONFESSION.

01:03PM  15          AGENT MATA DOESN'T HAVE A PERSONAL VENDETTA AGAINST

01:03PM  16  MR. VEGA.  HE'S NOT GONNA GET--HE'S NOT LOOKING FOR ANOTHER

01:03PM  17  ARREST AS A STAT.  HE TOOK A SWORN OATH, AND HE TOLD YOU

01:03PM  18  EXACTLY WHAT HAPPENED THAT DAY.  THIS DEFENDANT CONFESSED.  AND

01:03PM  19  HE CONFESSED TO WHAT HE DID.  AND YOU CAN HOLD--THAT CONFESSION

01:03PM  20  ALONE IS SUFFICIENT FOR YOU TO CONVICT HIM.  THAT CONFESSION

01:03PM  21  ALONE IS SUFFICIENT FOR YOU TO CONVICT HIM.

01:03PM  22          BUT WE BROUGHT YOU MORE THAN THAT, LADIES AND

01:03PM  23  GENTLEMEN.  BECAUSE WE UNDERSTAND THAT IT'S DIFFICULT TO DO

01:03PM  24  THAT RESPONSIBILITY, TO JUDGE THE CREDIBILITY OF WITNESSES.  SO

01:03PM  25  WE BROUGHT YOU THE WITNESSES SO THAT YOU COULD THEN DETERMINE

CLOSING STATEMENT BY THE GOVERNMENT

1764

01:04PM  1   WHETHER YOU BELIEVED THEM OR NOT.

01:04PM  2          AND AFTER CLOSE ANALYSIS, LADIES AND GENTLEMEN, I

01:04PM  3   WOULD ARGUE TO YOU THAT THERE IS A LOT OF DETAIL BETWEEN WHAT

01:04PM  4   THEY TOLD YOU THAT'S COMMON.  THERE'S A LOT OF COMMONALITY OF

01:04PM  5   INFORMATION AS TO WHAT THEY DID, WHAT THEY WERE INVOLVED WITH,

01:04PM  6   WHO THEY WERE INVOLVED WITH.  AND I'M NOT GONNA GO OVER ALL OF

01:04PM  7   THAT, BECAUSE MS. BATSON ALREADY DID.

01:04PM  8          BUT ONCE YOU TAKE ALL OF THAT TOGETHER, PIECE IT

01:04PM  9   TOGETHER, NOT BITS AND PIECES, BUT ALL OF IT TOGETHER--ONCE YOU

01:04PM  10  PUT ALL OF THAT INFORMATION TOGETHER, APPLY THE LAW THAT THE

01:04PM  11  JUDGE HAS GIVEN YOU TO THOSE FACTS, YOU'LL REACH THE RIGHT

01:04PM  12  CONCLUSION THAT THESE DEFENDANTS ARE GUILTY OF THE OFFENSE

01:04PM  13  THAT THEY'RE CHARGED WITH.

01:04PM  14         AND THE JUDGE IS THE JUDGE OF THE LAW HERE.  THERE

01:04PM  15  WERE SOME QUESTIONS TO SOME OF THE WITNESSES ABOUT, "WELL, DO

01:04PM  16  YOU THINK YOU WERE IN A PARTNERSHIP?  DO YOU THINK YOU WERE

01:04PM  17  IN A CONSPIRACY?"  THEIR NOTIONS OF CONSPIRACY OR WHETHER THEY

01:04PM  18  WERE IN A PARTNERSHIP OR WHETHER THEY'RE GUILTY OF THIS OR THAT

01:04PM  19  DOESN'T MATTER IN THIS COURTROOM.  WHAT MATTERS IS THE LAW THAT

01:05PM  20  JUDGE SCHELL GAVE YOU TO APPLY TO THE FACTS IN THIS CASE.  SO

01:05PM  21  TAKE THE LAW THAT JUDGE SCHELL GAVE YOU, APPLY IT TO THE FACTS

01:05PM  22  THAT YOU BELIEVE IN THIS CASE, AND REACH THE VERDICT THAT THESE

01:05PM  23  DEFENDANTS ARE GUILTY OF CONSPIRACY TO POSSESS WITH THE INTENT

01:05PM  24  TO DISTRIBUTE METHAMPHETAMINE.

01:05PM  25         AND HERE'S THE CHART THAT DRAWS YOU TO THAT

CLOSING STATEMENT BY THE GOVERNMENT

1765

01:05PM  1   CONCLUSION.  THE GOAL IS THE DISTRIBUTION OF METHAMPHETAMINE IN

01:05PM  2   SHERMAN AND DENISON, TEXAS.  THAT WAS THE GOAL THAT ALL THESE

01:05PM  3   INDIVIDUALS WERE WORKING FOR.  THAT'S THE GOAL THAT THEY WERE

01:05PM  4   ACCOMPLISHING REPEATEDLY.  THE DISTRIBUTION OF DRUGS--

01:05PM  5               THE COURT:  MR. GONZALEZ, YOU HAVE FIVE MINUTES.

01:05PM  6               MR. GONZALEZ:  THANK YOU, YOUR HONOR.

01:05PM  7               --THAT'S THE COMMON SCHEME, THAT'S THE COMMON GOAL

01:05PM  8   THAT THEY WERE ALL WORKING FOR.  THAT'S WHAT THEY ALL TESTIFIED

01:05PM  9   TO, THE COMMONALITY OF INFORMATION THAT WAS PROVIDED TO YOU,

01:05PM  10  THAT THE DRUGS WERE COMING FROM MEXICO AND EVENTUALLY ARRIVE

01:05PM  11  IN SHERMAN AND DENISON.  THE MONEY WOULD THEN GO BACK AND THE

01:06PM  12  PROCESS WOULD START ALL OVER AGAIN.

01:06PM  13              THAT'S IT, LADIES AND GENTLEMEN.  THAT'S THE CASE.

01:06PM  14  THAT'S WHAT'S BEEN PRESENTED TO YOU.  SO I ASK YOU TO

01:06PM  15  CONTEMPLATE EVERYTHING THAT WAS SAID IN HERE TODAY, THAT WAS

01:06PM  16  SAID TO YOU OVER THE WEEK AND A HALF THAT YOU'VE BEEN HERE,

01:06PM  17  EVALUATE THE CREDIBILITY OF THE WITNESSES, AND FIND THESE

01:06PM  18  DEFENDANTS GUILTY BECAUSE THEY ARE GUILTY.

01:06PM  19              THANK YOU.

01:06PM  20              THE COURT:  THANK YOU, MR. GONZALEZ.

01:06PM  21              LADIES AND GENTLEMEN, YOU CAN TAKE YOUR COPY OF THE

01:06PM  22  COURT'S JURY INSTRUCTIONS WITH YOU INTO THE JURY ROOM AND BEGIN

01:06PM  23  YOUR DELIBERATIONS.  IT'S A LITTLE AFTER 1:00.  YOU MAY WANT

01:06PM  24  TO BREAK FOR LUNCH BEFORE YOU START.  I KNOW YOU HAVEN'T HAD

01:06PM  25  LUNCH, NOR HAVE WE.  SO WHAT I WOULD SUGGEST YOU DO IS GO TO

| | | |
|---|---|---|
| 01:06PM | 1 | THE JURY ROOM, LET THE COURT SECURITY OFFICER KNOW WHEN YOU |
| 01:06PM | 2 | WOULD LIKE TO GO TO LUNCH.  AND IF YOU WOULD, PLEASE, DO THAT |
| 01:06PM | 3 | WITHIN THE NEXT 30 MINUTES SO THAT WE CAN ALL GO TO LUNCH. |
| 01:07PM | 4 | IS AN HOUR FOR LUNCH ENOUGH TIME?  OKAY.  WE'LL TAKE AN HOUR |
| 01:07PM | 5 | FOR LUNCH.  OR DO YOU NEED AN HOUR AND 15 MINUTES?  AN HOUR IS |
| 01:07PM | 6 | OKAY?  OKAY.  WE'LL TAKE AN HOUR FOR LUNCH WHENEVER YOU DECIDE |
| 01:07PM | 7 | TO GO WITHIN THE NEXT 30 MINUTES. |
| 01:07PM | 8 | YOU CAN TAKE THE INSTRUCTIONS WITH YOU. |
| 01:07PM | 9 | ALSO, I WANT TO THANK OUR ALTERNATE JURORS, |
| 01:07PM | 10 | MS. PEARSON AND MR. BAUER.  THANK YOU VERY MUCH FOR YOUR |
| 01:07PM | 11 | SERVICE HERE.  OCCASIONALLY ALTERNATE JURORS ARE NEEDED TO |
| 01:07PM | 12 | BE SEATED ON THE JURY THAT WILL ACTUALLY DELIBERATE.  IN THIS |
| 01:07PM | 13 | CASE, HOWEVER, ALL 12 OF THE FIRST--ALL OF THE FIRST 12 JURORS |
| 01:07PM | 14 | ARE READY TO DELIBERATE.  SO I'LL EXCUSE YOU AT THIS TIME WITH |
| 01:07PM | 15 | MY THANKS.  YOU WILL BE PAID FOR EVERY DAY OF JURY SERVICE. |
| 01:07PM | 16 | I WOULD ASK THAT YOU NOT DISCUSS THIS CASE WITH ANYONE ELSE |
| 01:07PM | 17 | UNTIL AFTER THIS JURY HAS RETURNED A VERDICT.  IF THIS JURY |
| 01:07PM | 18 | DELIBERATES TODAY AND PERHAPS TOMORROW AND SOMEONE SHOULD HAVE |
| 01:07PM | 19 | TO BE EXCUSED FOR ILLNESS OR SOMETHING, THEN YOU MAY GET A CALL |
| 01:08PM | 20 | ASKING YOU TO COME BACK AND TAKE A PLACE IN THE JURY ROOM AND |
| 01:08PM | 21 | DELIBERATE ON THE CASE, BECAUSE YOU'VE HEARD ALL THE EVIDENCE. |
| 01:08PM | 22 | BUT IN THE MEANTIME, YOU CAN'T DISCUSS THE CASE WITH ANYONE |
| 01:08PM | 23 | ELSE. |
| 01:08PM | 24 | OKAY, LADIES AND GENTLEMEN.  WHEN YOU DO GO TO |
| 01:08PM | 25 | LUNCH, YOU CAN GO TOGETHER IF YOU WANT TO, BUT YOU CANNOT |

TRIAL TRANSCRIPT, VOLUME 7 OF 7, DECEMBER 12, 2012

1767

01:08PM  1  DELIBERATE ON THE CASE UNLESS ALL 12 OF YOU ARE IN THE JURY

01:08PM  2  ROOM.  SO YOU CAN'T DISCUSS THE CASE UNLESS YOU ARE ALL 12 IN

01:08PM  3  THE JURY ROOM.

01:08PM  4          THANK YOU.

01:08PM  5          COURT SECURITY OFFICER:  ALL RISE.

01:08PM  6          [OPEN COURT, DEFENDANTS PRESENT, JURY NOT PRESENT]

01:08PM  7          THE COURT:  ALL RIGHT.  WE'LL RECESS UNTIL THE JURY

01:09PM  8  COMES BACK WITH A NOTE ABOUT WHEN THEY WANT TO GO TO LUNCH.

01:09PM  9          I'M GOING TO ASK COUNSEL TO GET WITH MS. BATES HERE

01:09PM  10  SO THAT YOU CAN GO THROUGH THE LIST OF EXHIBITS AND MAKE SURE

01:09PM  11  SHE HAS AN ACCURATE LIST SO THAT SHE CAN PROVIDE THE EXHIBITS

01:09PM  12  TO THE JURY.

01:09PM  13          OKAY.  THANK YOU.

01:09PM  14          [RECESS]

01:10PM  15          [ATTORNEYS PRESENT WITHOUT DEFENDANTS OR JURY]

01:10PM  16          THE COURT:  FOR THE RECORD, I'M INFORMED BY THE

01:10PM  17  COURT OFFICER THAT THE JURY WANTS TO GO TO LUNCH NOW.  SO

01:10PM  18  THEY'RE NOT GOING TO COME RIGHT BACK WITH A VERDICT.  SO IF

01:10PM  19  YOU WILL GET WITH MS. BATES BEFORE YOU GO TO LUNCH--I'M TALKING

01:10PM  20  ABOUT COUNSEL--SO THAT SHE CAN BE READY TO GIVE THEM THE

01:10PM  21  EXHIBITS, THEN YOU GO TO LUNCH AND COME BACK REASONABLY WITHIN

01:10PM  22  AN HOUR.

01:10PM  23          [LUNCH RECESS]

03:15PM  24          [ATTORNEYS PRESENT, NO DEFENDANTS OR JURY]

03:15PM  25          THE COURT:  KEEP YOUR SEATS.

1768

| | | |
|---|---|---|
| 03:15PM | 1 | WE HAVE A VERDICT. |
| 03:17PM | 2 | [OPEN COURT, DEFENDANTS PRESENT, JURY NOT PRESENT] |
| 03:18PM | 3 | THE COURT:  OKAY.  FOR THE RECORD, THE DEFENDANTS |
| 03:18PM | 4 | ARE NOW IN THE COURTROOM, ALL COUNSEL ARE HERE. |
| 03:18PM | 5 | THE JURY RETURNED A VERDICT ABOUT SEVEN MINUTES AGO. |
| 03:18PM | 6 | SO I THINK WE'RE READY TO BRING IN THE JURY. |
| 03:18PM | 7 | ALL RIGHT, MR. WESTBERG. |
| 03:18PM | 8 | COURT SECURITY OFFICER:  ALL RISE. |
| 03:19PM | 9 | [OPEN COURT, DEFENDANTS AND JURY PRESENT] |
| 03:19PM | 10 | THE COURT:  PLEASE BE SEATED. |
| 03:19PM | 11 | MR. HILL, HAS THE JURY REACHED A UNANIMOUS VERDICT? |
| 03:19PM | 12 | JURY FOREMAN:  WE HAVE. |
| 03:19PM | 13 | THE COURT:  DO YOU HAVE THE VERDICT FORM?  WOULD YOU |
| 03:19PM | 14 | HAND IT TO THE COURT OFFICER. |
| 03:20PM | 15 | ALL RIGHT, LADIES AND GENTLEMEN.  I'M GOING TO READ |
| 03:20PM | 16 | YOUR VERDICT ALOUD IN OPEN COURT. |
| 03:20PM | 17 | "AS TO COUNT 1 OF THE SECOND SUPERSEDING INDICTMENT, |
| 03:20PM | 18 | WE, THE JURY, FIND RENE CORTEZ SALAZAR GUILTY." |
| 03:20PM | 19 | THE JURY ANSWERED THE QUESTION ABOUT DRUG QUANTITY |
| 03:20PM | 20 | BY CHECKING THE LINE NEXT TO THE QUANTITY "500 GRAMS OR MORE |
| 03:20PM | 21 | OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF |
| 03:20PM | 22 | METHAMPHETAMINE OR 50 GRAMS OR MORE OF ACTUAL METHAMPHETAMINE." |
| 03:21PM | 23 | "AS TO COUNT 1 OF THE SECOND SUPERSEDING INDICTMENT, |
| 03:21PM | 24 | WE, THE JURY, FIND TIMOTHY LEDON BOWEN GUILTY." |
| 03:21PM | 25 | THE QUANTITY OF METHAMPHETAMINE CHOSEN BY THE JURY |

03:21PM 1    IS "500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A

03:21PM 2    DETECTABLE AMOUNT OF METHAMPHETAMINE OR 50 GRAMS OR MORE OF

03:21PM 3    ACTUAL METHAMPHETAMINE."

03:21PM 4              AND FINALLY, "AS TO COUNT 1 OF THE SECOND

03:21PM 5    SUPERSEDING INDICTMENT, WE, THE JURY, FIND JUAN CARLOS VEGA

03:21PM 6    GUILTY."

03:21PM 7              THE QUANTITY OF METHAMPHETAMINE ATTRIBUTABLE TO

03:21PM 8    MR. VEGA IS "500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE

03:21PM 9    CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE OR 50 GRAMS

03:21PM 10   OR MORE OF ACTUAL METHAMPHETAMINE."

03:21PM 11             DOES EITHER SIDE REQUEST A POLLING OF THE JURY?

03:21PM 12             MR. WHALEN:  YES, SIR.

03:21PM 13             THE COURT:  OKAY.

03:21PM 14             LADIES AND GENTLEMEN, BY "POLLING," I JUST NEED TO

03:21PM 15   DETERMINE WHETHER OR NOT THE VERDICT THAT I JUST READ IS THE

03:22PM 16   VERDICT THAT EACH OF YOU INDIVIDUALLY VOTED FOR.  SO IF WHAT

03:22PM 17   I JUST READ IS WHAT YOU VOTED FOR, WOULD YOU PLEASE STAND.

03:22PM 18             ALL RIGHT.  FOR THE RECORD, ALL 12 JURORS ARE

03:22PM 19   STANDING.  THANK YOU.  YOU MAY BE SEATED.

03:22PM 20             ALL RIGHT, LADIES AND GENTLEMEN, THAT CONCLUDES YOUR

03:22PM 21   JURY SERVICE IN THIS CASE.  I WANT TO THANK YOU FOR YOUR TIME

03:22PM 22   AND YOUR ATTENTION TO THIS CASE, AND YOUR SERVICE HERE FOR THE

03:22PM 23   LAST WEEK AND A HALF.

03:22PM 24             YOU WILL, OF COURSE, BE PAID FOR EACH DAY OF JURY

03:22PM 25   SERVICE.  I HAVE NOTES HERE TO GIVE TO YOU FOR YOUR EMPLOYER,

Case 4:12-cr-00016-SDJ-CAN   Document 1161   Filed 11/10/14   Page 144 of 178 PageID #:
8465
TRIAL TRANSCRIPT, VOLUME 7 OF 7, DECEMBER 12, 2012

1770

03:22PM  1   IF YOU NEED IT.  ALSO, IT GIVES YOU INFORMATION ABOUT THE DAYS

03:22PM  2   OF SERVICE AND THE ATTENDANCE FEES THAT YOU'LL BE PAID, AND

03:22PM  3   MILEAGE AND SO FORTH.  SO I'LL DELIVER THAT TO YOU.

03:22PM  4           I'VE PREVIOUSLY ASKED YOU NOT TO DISCUSS THIS CASE

03:22PM  5   WITH OTHERS, SUCH AS FAMILY MEMBERS OR FRIENDS OR NEIGHBORS.

03:23PM  6   YOU ARE RELEASED FROM THAT INSTRUCTION.  YOU CAN DISCUSS THE

03:23PM  7   CASE WITH ANYONE YOU WANT TO OR NOT DISCUSS THE CASE.  THAT'S

03:23PM  8   PURELY UP TO YOU.

03:23PM  9           I HOPE THAT YOU'VE FOUND YOUR JURY SERVICE TO BE

03:23PM 10   INTERESTING.  IF YOU ARE INTERESTED IN THE SENTENCING ON THIS

03:23PM 11   CASE, YOU CAN CHECK BACK WITH MY OFFICE PROBABLY IN ABOUT THREE

03:23PM 12   MONTHS.  IT TAKES A WHILE FOR THE PRESENTENCE REPORTS TO BE

03:23PM 13   PREPARED AND THEN FOR ME TO SCHEDULE THE DEFENDANTS FOR

03:23PM 14   SENTENCING.  THIS CASE INVOLVED 34 CODEFENDANTS, AND SO I HAVE

03:23PM 15   A LOT--AND MOST OF THEM, AS YOU KNOW, ENTERED PLEAS OF GUILTY.

03:23PM 16   SO I HAVE A LOT OF SENTENCING HEARINGS TO CONDUCT ON JUST THIS

03:23PM 17   CASE.

03:23PM 18           BUT WHAT WILL HAPPEN IS A PROBATION OFFICER WILL

03:23PM 19   PREPARE A PRESENTENCE REPORT.  THAT WILL GIVE ME INFORMATION

03:24PM 20   NOT ONLY ABOUT THE FACTS OF THE CASE--AND I'VE LEARNED THE

03:24PM 21   FACTS AS WE'VE HAD THE TRIAL, BUT IT WILL ALSO GIVE ME

03:24PM 22   BACKGROUND INFORMATION ON EACH OF THE THREE INDIVIDUALS HERE.

03:24PM 23   AND SO FROM THAT INFORMATION THERE ARE CALCULATIONS THAT ARE

03:24PM 24   MADE UNDER THE U.S. SENTENCING GUIDELINES.  AND ONCE THAT'S

03:24PM 25   DONE, THEN I'LL SET THE CASE--OR EACH DEFENDANT FOR SENTENCING.

Case 4:12-cr-00016-SDJ-CAN   Document 1161   Filed 11/10/14   Page 145 of 178 PageID #:
8466
TRIAL TRANSCRIPT, VOLUME 7 OF 7, DECEMBER 12, 2012

1771

03:24PM  1      I'M GOING TO ASK YOU NOW TO GO WITH THE COURT

03:24PM  2  OFFICER BACK TO THE JURY ROOM.  I WANT TO COME BACK THERE AND

03:24PM  3  ANSWER A QUESTION THAT YOU SENT TO ME EARLIER AND ALSO EXPLAIN

03:24PM  4  TO YOU WHAT WE WERE DOING YESTERDAY FOR AN HOUR AND 45 MINUTES

03:24PM  5  WHILE YOU WERE WAITING.  AND THEN IF YOU HAVE ANY QUESTIONS FOR

03:24PM  6  ME, I'LL ANSWER THEM.

03:24PM  7      IF YOU WANT TO TALK TO THE LAWYERS, YOU CAN TELL ME,

03:24PM  8  AND WHEN I COME BACK OUT I'LL ASK THEM TO STEP IN AND VISIT

03:24PM  9  WITH YOU.

03:24PM  10      OKAY.  WOULD YOU GO WITH MR. WESTBERG.

03:25PM  11      COURT SECURITY OFFICER:  ALL RISE.

03:25PM  12      [OPEN COURT, DEFENDANTS PRESENT, JURY NOT PRESENT]

03:25PM  13      THE COURT:  ALL RIGHT.  YOU CAN BE SEATED.

03:25PM  14      MR. GONZALEZ:  YOUR HONOR, AT THIS TIME THE

03:25PM  15  GOVERNMENT WOULD MAKE A MOTION TO SUBSTITUTE PHOTOS FOR

03:25PM  16  THE PHYSICAL EXHIBITS FOR THE PURPOSES OF THE RECORD.

03:25PM  17      THE COURT:  OKAY.  DO YOU HAVE A LIST OF THOSE

03:25PM  18  EXHIBITS?  OR JUST ANY PHYSICAL EXHIBIT?

03:25PM  19      MR. GONZALEZ:  I DON'T HAVE A LIST, YOUR HONOR.

03:25PM  20  ANY PHYSICAL EXHIBIT THAT WAS OFFERED INTO EVIDENCE WE HAVE

03:25PM  21  A PHOTOGRAPH OF, TO INCLUDE THE DRUGS.

03:25PM  22      THE COURT:  LIKE DRUGS AND SCALES AND--

03:25PM  23      MR. GONZALEZ:  YES, SIR.  POTS AND PANS AND ALL

03:25PM  24  THAT.

03:26PM  25      THE COURT:  OKAY.

1772

03:26PM  1           ANY OBJECTION?

03:26PM  2           MR. WHALEN:  NO OBJECTION, YOUR HONOR.

03:26PM  3           MR. KEMP:  NO OBJECTION.

03:26PM  4           MR. PETRAZIO:  NO OBJECTION.

03:26PM  5           THE COURT:  OKAY.

03:26PM  6           THE GOVERNMENT'S MOTION IS GRANTED.

03:26PM  7           MR. SALAZAR, MR. VEGA AND MR. BOWEN, I'M GOING TO

03:26PM  8   REMAND YOU TO THE CUSTODY OF THE MARSHAL.  AS SOON AS YOUR

03:26PM  9   PRESENTENCE REPORTS ARE COMPLETED IN YOUR CASES, I WILL SET

03:26PM  10  YOU FOR SENTENCING.

03:26PM  11          IS THERE ANYTHING FURTHER, MR. GONZALEZ?

03:26PM  12          MR. GONZALEZ:  NO, YOUR HONOR.

03:26PM  13          THE COURT:  MR. WHALEN?

03:26PM  14          MR. WHALEN:  NO, YOUR HONOR.

03:26PM  15          THE COURT:  MR. KEMP?

03:26PM  16          MR. KEMP:  NOT AT THIS TIME.

03:26PM  17          THE COURT:  MR. PETRAZIO?

03:26PM  18          MR. PETRAZIO:  NO, YOUR HONOR.

03:26PM  19          THE COURT:  OKAY.  WE WILL RECESS ON THIS CASE.

20   THANK YOU.

21          [END OF TRIAL]

22                  ---------

23

24

25

TRIAL TRANSCRIPT, VOLUME 7 OF 7, DECEMBER 12, 2012

1773

## COURT REPORTER'S CERTIFICATE

     I CERTIFY THAT PAGES 1627 THROUGH 1804 CONTAIN A CORRECT

TRANSCRIPT FROM THE RECORD OF PROCEEDINGS.

     MAY 23, 2014.


                              _Jerry Kelley_


                              JERRY KELLEY, CRR

                              OFFICIAL COURT REPORTER

                              U.S. COURTHOUSE

                              7940 PRESTON ROAD

                              PLANO, TEXAS 75024

                              214-872-4829


                              --------

TRIAL TRANSCRIPT, VOLUME 7 OF 7, DECEMBER 12, 2012

1774

1

## TABLE OF CONTENTS

2

3   JURY INSTRUCTIONS                                        1633

4   CLOSING STATEMENT ON BEHALF OF THE GOVERNMENT            1651

5   CLOSING STATEMENT ON BEHALF OF THE DEFENDANT RENE        1691

6   SALAZAR

7   CLOSING STATEMENT ON BEHALF OF DEFENDANT BOWEN           1711

8   CLOSING STATEMENT ON BEHALF OF THE DEFENDANT JUAN        1727

9   CARLOS VEGA

10  CLOSING STATEMENT ON BEHALF OF THE GOVERNMENT            1743

11

12  GOVERNMENT'S EXHIBIT 6                                   1700

13  GOVERNMENT'S EXHIBIT 6                                   1708

14  GOVERNMENT'S EXHIBIT 52                                  1643

15  GOVERNMENT'S EXHIBIT 53                                  1643

16

17

18

19                          --------

20

21

22

23

24

25

# #

**#1700** [1] - 1628:21

# $

**$1,050** [1] - 1658:23
**$1100** [1] - 1680:13
**$1400** [1] - 1664:15
**$15,000** [1] - 1747:20
**$25** [1] - 1705:5
**$30,000** [7] - 1688:15, 1745:7, 1745:9, 1745:13, 1745:14, 1746:3
**$500** [3] - 1664:21, 1704:22, 1704:23
**$900** [3] - 1658:21, 1680:14, 1733:17

# '

**'11** [1] - 1676:22
**'SOMETHING'** [2] - 1724:21, 1724:22

# 0

**000** [2] - 1627:13, 1773:3

# 1

**1** [6] - 1644:21, 1650:2, 1650:18, 1768:17, 1768:23, 1769:4
**10** [4] - 1661:22, 1662:22, 1710:16, 1720:15
**10,000** [1] - 1685:12
**10-MINUTE** [1] - 1710:13
**100** [1] - 1757:8
**101** [1] - 1628:9
**106** [1] - 1628:15
**10TH** [1] - 1678:19
**11** [1] - 1761:3
**112** [1] - 1659:8
**12** [8] - 1627:7, 1628:2, 1666:13, 1766:13, 1767:1, 1767:2, 1769:18
**12TH** [4] - 1640:10, 1695:23, 1736:12, 1742:15
**15** [4] - 1676:12, 1708:19, 1710:17, 1766:5
**15TH** [2] - 1705:12,

1708:6
**16** [1] - 1701:20
**1627** [2] - 1627:13, 1773:3
**1633** [1] - 1774:3
**1643** [2] - 1774:14, 1774:15
**1651** [1] - 1774:4
**1691** [1] - 1774:5
**1700** [1] - 1774:12
**1708** [1] - 1774:13
**1711** [1] - 1774:7
**1727** [1] - 1774:8
**1743** [1] - 1774:10
**1774** [1] - 1627:15
**1775** [1] - 1627:17
**18** [1] - 1675:1
**1996** [2] - 1708:19
**1:00** [1] - 1765:23

# 2

**2** [1] - 1700:16
**20** [5] - 1631:1, 1631:6, 1656:7, 1657:11, 1675:1
**200** [1] - 1629:4
**2001** [1] - 1674:7
**2008** [3] - 1640:9, 1694:8, 1736:11
**2010** [10] - 1656:7, 1658:14, 1664:18, 1671:22, 1676:15, 1676:21, 1676:23, 1699:6, 1718:8, 1719:5
**2011** [43] - 1656:7, 1657:19, 1660:25, 1661:8, 1663:1, 1665:22, 1666:3, 1667:20, 1672:2, 1676:24, 1678:17, 1680:25, 1694:5, 1694:6, 1701:9, 1702:19, 1703:23, 1704:12, 1705:3, 1705:6, 1705:11, 1705:12, 1705:17, 1707:3, 1708:6, 1709:8, 1717:7, 1718:6, 1718:11, 1718:12, 1719:8, 1719:9, 1719:10, 1719:13, 1719:16, 1719:18, 1719:21, 1721:14, 1721:16, 1722:7, 1723:5, 1723:8, 1723:9
**2012** [13] - 1627:7, 1628:2, 1640:10,

1664:3, 1664:4, 1694:8, 1699:7, 1700:13, 1709:12, 1717:8, 1732:1, 1742:13, 1742:15
**20121212** [1] - 1628:1
**2014** [1] - 1773:5
**21** [3] - 1645:4, 1645:5, 1645:7
**214-368-2560** [1] - 1628:23
**214-872-4829** [1] - 1773:13
**22** [1] - 1671:19
**23** [1] - 1773:5
**24** [1] - 1736:24
**25** [1] - 1631:10
**26** [1] - 1749:16
**27** [2] - 1697:13, 1749:16
**28** [1] - 1749:15
**29** [3] - 1693:11, 1693:21, 1727:23

# 3

**3** [1] - 1761:23
**30** [6] - 1631:15, 1631:23, 1656:7, 1666:23, 1766:3, 1766:7
**324-MONTH** [1] - 1697:13
**34** [3] - 1752:4, 1752:5, 1770:14

# 4

**4** [1] - 1761:23
**406** [1] - 1628:15
**43.5** [1] - 1660:21
**45** [10] - 1630:14, 1630:15, 1630:17, 1630:18, 1631:19, 1632:18, 1632:20, 1632:22, 1671:18, 1771:4
**469-223-7821** [1] - 1628:17
**4:12CR16** [1] - 1627:6

# 5

**50** [8] - 1645:3, 1650:22, 1650:24, 1651:2, 1652:11, 1768:22, 1769:2, 1769:9
**50/50** [1] - 1663:17
**500** [9] - 1628:9,

1645:1, 1650:21, 1652:10, 1751:18, 1761:20, 1768:20, 1769:1, 1769:8
**52** [2] - 1643:23, 1774:14
**53** [2] - 1643:19, 1774:15
**5700** [1] - 1629:4
**58** [5] - 1660:15, 1660:18, 1660:21, 1699:2, 1699:11

# 6

**6** [4] - 1700:16, 1708:12, 1774:12, 1774:13
**6500** [1] - 1628:21

# 7

**7** [2] - 1627:13
**7,000** [1] - 1688:17
**7.5** [1] - 1755:10
**75** [2] - 1685:14, 1703:5
**75024** [2] - 1629:5, 1773:12
**75074** [1] - 1628:10
**75093** [1] - 1628:22
**76240** [1] - 1628:16
**7940** [1] - 1773:11

# 8

**80** [3] - 1652:13, 1683:23, 1705:24
**841(A)(1** [1] - 1645:5
**846** [2] - 1645:6, 1645:7

# 9

**9** [2] - 1627:7, 1628:1
**9,000** [1] - 1685:13
**972-509-1201** [1] - 1628:11
**972-965-1016** [1] - 1629:6
**9TH** [4] - 1731:6, 1731:25, 1736:13, 1742:13

# A

**ABILITY** [4] - 1637:11, 1694:16, 1710:7, 1725:10
**ABLE** [1] - 1677:25

**ABSOLUTELY** [2] - 1733:20, 1747:12
**ABUSED** [2] - 1733:10, 1733:11
**ACCEPT** [4] - 1636:16, 1640:1, 1640:3, 1720:17
**ACCEPTED** [1] - 1634:2
**ACCESS** [1] - 1658:7
**ACCIDENT** [2] - 1643:16, 1647:10
**ACCOMPLICE** [5] - 1638:15, 1638:22, 1638:24, 1726:11, 1740:17
**ACCOMPLICE/ CODEFENDANT** [1] - 1740:12
**ACCOMPLICES** [3] - 1638:7, 1690:23, 1691:1
**ACCOMPLISH** [1] - 1646:4
**ACCOMPLISHING** [2] - 1646:23, 1765:4
**ACCORD** [6] - 1655:19, 1655:22, 1682:2, 1689:3, 1689:4, 1735:15
**ACCORDING** [1] - 1643:14
**ACCOUNTABLE** [3] - 1753:18, 1761:7, 1761:16
**ACCURACY** [1] - 1637:16
**ACCURATE** [3] - 1636:17, 1709:23, 1767:11
**ACKNOWLEDGES** [3] - 1688:10, 1745:6, 1750:20
**ACQUIRING** [1] - 1751:10
**ACQUIT** [1] - 1634:13
**ACT** [7] - 1634:24, 1640:18, 1647:5, 1647:8, 1721:2, 1726:5, 1727:5
**ACTED** [1] - 1643:14
**ACTING** [1] - 1731:20
**ACTION** [1] - 1727:25
**ACTIONS** [3] - 1689:12, 1689:18, 1761:9
**ACTIVITIES** [2] - 1688:13, 1689:12
**ACTIVITY** [2] - 1714:22, 1730:25

**ACTS** [8] - 1642:22, 1643:1, 1643:6, 1643:7, 1643:13, 1643:15, 1643:17, 1689:18

**ACTUAL** [19] - 1636:8, 1645:4, 1645:16, 1645:25, 1647:12, 1647:14, 1647:16, 1647:22, 1647:23, 1648:2, 1650:23, 1651:1, 1651:11, 1651:17, 1652:12, 1710:5, 1768:22, 1769:3, 1769:10

**AD** [3] - 1690:13, 1724:9, 1756:24

**ADDICT** [3] - 1707:13, 1722:10

**ADDICTED** [3] - 1720:17, 1726:7, 1726:23

**ADDICTION** [3] - 1666:14, 1749:19, 1758:8

**ADDICTIONS** [1] - 1758:16

**ADDICTIVE** [2] - 1639:2, 1726:13

**ADDICTS** [1] - 1749:25

**ADDING** [2] - 1749:20, 1749:21

**ADDRESS** [1] - 1737:2

**ADEQUATE** [1] - 1642:5

**ADMINISTRATION** [3] - 1639:11, 1639:12, 1639:13

**ADMISSIBLE** [1] - 1635:17

**ADMISSION** [3] - 1688:10, 1689:20, 1753:7

**ADMIT** [2] - 1735:6, 1762:22

**ADMITS** [2] - 1697:14, 1700:5

**ADMITTED** [14] - 1643:25, 1667:24, 1688:12, 1689:5, 1689:8, 1700:17, 1702:9, 1720:14, 1722:10, 1734:1, 1735:1, 1739:23, 1744:24, 1749:8

**ADMITTEDLY** [1] - 1732:6

**ADMITTING** [2] - 1745:14, 1745:15

**ADULT** [2] - 1697:15, 1709:15

**ADVANCE** [1] - 1692:1

**ADVANCES** [2] - 1647:5, 1694:22

**ADVANTAGE** [1] - 1734:1

**AFFAIR** [2] - 1726:18, 1733:9

**AFFAIRS** [2] - 1634:25, 1726:6

**AFFECTED** [1] - 1721:22

**AFTERWARDS** [3] - 1713:7, 1713:8, 1713:17

**AGE** [1] - 1641:14

**AGENCIES** [1] - 1694:6

**AGENT** [45] - 1646:6, 1654:20, 1681:3, 1681:7, 1681:14, 1681:19, 1681:23, 1682:4, 1682:7, 1682:25, 1684:3, 1688:5, 1688:10, 1688:20, 1689:1, 1689:20, 1694:2, 1694:14, 1694:15, 1717:14, 1732:10, 1732:17, 1737:7, 1737:9, 1738:8, 1738:17, 1739:9, 1740:23, 1742:9, 1744:24, 1744:25, 1745:3, 1745:7, 1747:18, 1751:6, 1752:3, 1753:3, 1754:3, 1757:11, 1761:4, 1761:8, 1763:15

**AGENTS** [5] - 1689:7, 1722:13, 1737:25, 1751:7, 1761:15

**AGO** [5] - 1722:12, 1727:23, 1759:2, 1759:3, 1768:5

**AGREE** [3] - 1644:24, 1648:9, 1651:6

**AGREED** [6] - 1630:14, 1646:20, 1669:14, 1670:21, 1673:3, 1684:4

**AGREEMENT** [37] - 1638:16, 1645:15, 1645:20, 1645:21, 1646:3, 1646:16, 1648:13, 1699:14, 1709:6, 1712:2,
1712:3, 1712:5, 1712:20, 1713:4, 1713:12, 1713:13, 1713:18, 1714:5, 1721:5, 1721:10, 1724:15, 1740:5, 1740:8, 1740:12, 1743:9, 1754:15, 1754:16, 1754:17, 1754:18, 1754:25, 1755:1, 1755:2, 1755:4, 1755:13, 1755:14, 1757:20

**AGREEMENTS** [14] - 1638:9, 1690:12, 1690:13, 1699:8, 1721:5, 1724:5, 1724:7, 1724:9, 1726:8, 1750:1, 1750:20, 1755:5, 1756:24, 1758:2

**AGREES** [2] - 1685:5, 1688:9

**AHEAD** [1] - 1739:2

**AID** [1] - 1644:3

**AIDED** [1] - 1627:25

**AIDING** [1] - 1644:1

**AIMS** [2] - 1647:2, 1693:7

**AL** [1] - 1627:8

**ALLEGATION** [1] - 1696:15

**ALLEGED** [16] - 1638:7, 1638:15, 1638:22, 1640:18, 1641:8, 1641:24, 1644:17, 1646:9, 1646:15, 1646:19, 1646:21, 1646:22, 1695:19, 1706:9, 1726:11, 1740:16

**ALLEGEDLY** [1] - 1643:7

**ALLEGES** [1] - 1694:7

**ALLEN** [1] - 1676:16

**ALLOWED** [1] - 1702:1

**ALONE** [14] - 1638:18, 1647:22, 1648:3, 1690:24, 1699:4, 1729:19, 1729:21, 1729:25, 1730:16, 1735:17, 1750:3, 1761:25, 1763:20, 1763:21

**ALOUD** [1] - 1768:16

**ALSTYNE** [3] - 1659:6, 1665:15, 1671:12

**ALTERNATE** [2] -
1766:9, 1766:11

**AMANDA** [4] - 1661:5, 1661:7, 1701:8, 1701:9

**AMASSED** [1] - 1694:24

**AMERICA** [1] - 1627:6

**AMERICAN** [1] - 1686:20

**AMOUNT** [14] - 1645:3, 1645:17, 1646:1, 1650:22, 1650:25, 1651:3, 1671:15, 1694:10, 1694:11, 1699:4, 1701:22, 1768:21, 1769:2, 1769:9

**AMOUNTS** [8] - 1657:9, 1659:1, 1659:5, 1659:7, 1662:3, 1672:12, 1698:20, 1755:22

**AMPLE** [3] - 1703:4, 1704:6, 1759:12

**ANALOGY** [2] - 1725:2, 1726:19

**ANALYSIS** [2] - 1635:10, 1764:2

**ANDREA** [31] - 1653:14, 1659:18, 1663:15, 1664:9, 1664:10, 1665:6, 1665:8, 1665:19, 1666:1, 1667:11, 1667:16, 1667:17, 1668:22, 1668:24, 1671:8, 1672:15, 1672:20, 1677:11, 1697:25, 1700:5, 1700:7, 1700:18, 1707:4, 1707:5, 1707:12, 1708:5, 1708:12, 1717:16, 1723:9, 1723:11

**ANDY** [53] - 1652:22, 1653:2, 1653:4, 1654:6, 1654:17, 1654:25, 1655:5, 1655:9, 1655:10, 1655:12, 1655:13, 1655:14, 1655:17, 1655:22, 1655:25, 1656:1, 1656:5, 1656:10, 1656:11, 1656:13, 1657:16, 1657:18, 1657:19, 1657:21, 1658:14, 1658:18, 1658:21, 1663:4, 1663:5, 1663:7, 1663:8,
1664:4, 1664:13, 1681:7, 1681:15, 1681:18, 1681:22, 1681:23, 1685:24, 1686:17, 1695:21, 1695:22, 1697:7, 1697:12, 1697:21, 1735:9, 1748:11, 1748:15, 1759:23, 1762:23, 1762:25

**ANDY'S** [3] - 1655:15, 1657:22, 1658:4

**ANGRY** [1] - 1684:15

**ANKLE** [3] - 1663:12, 1671:13, 1671:15

**ANSWER** [9] - 1635:16, 1637:12, 1649:6, 1649:13, 1650:19, 1651:15, 1713:20, 1771:3, 1771:6

**ANSWERED** [1] - 1768:19

**ANSWERS** [4] - 1649:22, 1738:8, 1738:18, 1740:25

**ANTICIPATE** [2] - 1631:15, 1689:21

**APART** [3] - 1704:18, 1712:9, 1743:6

**APARTMENT** [13] - 1654:15, 1657:20, 1658:7, 1665:24, 1682:21, 1684:23, 1684:25, 1685:1, 1686:22, 1689:7, 1695:23, 1696:16, 1762:23

**APPARENT** [2] - 1744:5, 1761:18

**APPEARANCES** [1] - 1628:4

**APPLICABLE** [1] - 1650:11

**APPLICATION** [1] - 1750:23

**APPLIES** [1] - 1725:18

**APPLY** [12] - 1633:7, 1633:10, 1633:23, 1711:10, 1745:24, 1745:25, 1751:3, 1751:4, 1759:1, 1764:10, 1764:20, 1764:21

**APPRECIATE** [2] - 1631:16, 1652:7

**APPROACHED** [2] - 1658:14, 1658:16

**APPROACHES** [1] - 1669:12

TRIAL TRANSCRIPT, VOLUME 7 OF 7, DECEMBER 12, 2012

1777

APPROACHING [1] - 1762:18

APPROVED [1] - 1638:13

APRIL [8] - 1640:10, 1694:8, 1731:6, 1731:25, 1736:12, 1736:13, 1742:13, 1742:15

AREA [9] - 1652:21, 1662:24, 1681:9, 1690:5, 1698:6, 1698:18, 1703:5, 1703:8, 1713:14

AREAS [2] - 1661:17, 1663:3

ARGUE [11] - 1632:19, 1689:23, 1689:24, 1709:10, 1738:24, 1754:15, 1755:14, 1755:15, 1760:4, 1761:23, 1764:3

ARGUES [5] - 1748:15, 1750:8, 1752:19, 1752:22, 1755:18

ARGUING [4] - 1738:13, 1752:20, 1753:8, 1761:6

ARGUMENT [13] - 1632:17, 1690:6, 1690:11, 1707:22, 1738:17, 1738:20, 1738:24, 1747:23, 1748:6, 1751:12, 1751:25, 1762:14

ARGUMENTS [12] - 1630:11, 1630:12, 1632:9, 1632:12, 1632:14, 1635:5, 1651:20, 1692:4, 1692:6, 1693:22, 1710:12

ARRANGEMENT [1] - 1667:6

ARRANGEMENTS [1] - 1686:11

ARREST [8] - 1661:15, 1699:7, 1704:18, 1705:3, 1731:19, 1737:3, 1742:11, 1763:17

ARRESTED [45] - 1662:2, 1669:3, 1671:2, 1671:6, 1671:20, 1672:10, 1676:23, 1676:24, 1678:16, 1684:4, 1687:8, 1689:10, 1689:13, 1695:9,

1696:14, 1699:12, 1700:10, 1700:12, 1700:13, 1700:20, 1701:1, 1701:4, 1702:18, 1705:2, 1705:6, 1705:11, 1705:12, 1713:25, 1718:8, 1731:4, 1731:5, 1731:6, 1731:18, 1732:2, 1732:11, 1732:15, 1732:16, 1732:18, 1736:15, 1736:16, 1737:5, 1738:3, 1738:10, 1742:13, 1752:8

ARRESTEE [2] - 1731:17, 1731:19

ARRESTS [1] - 1752:9

ARRIVE [1] - 1765:10

ARRIVING [2] - 1633:7, 1635:22

ASIAN [1] - 1685:23

ASKEW [3] - 1664:11, 1668:13, 1700:19

ASSEMBLED [2] - 1647:2, 1693:7

ASSERTS [1] - 1636:8

ASSESSMENT [1] - 1642:3

ASSETS [1] - 1748:16

ASSIST [2] - 1639:21, 1681:5

ASSISTANT [1] - 1628:7

ASSISTED [1] - 1688:13

ASSOCIATED [2] - 1647:1, 1693:6

ASSOCIATION [1] - 1712:5

ASSUME [2] - 1635:18, 1728:17

ASSUMING [1] - 1719:10

ATHLETES [1] - 1748:20

ATTEMPT [2] - 1728:13, 1753:16

ATTENDANCE [1] - 1770:2

ATTENTION [7] - 1633:20, 1635:8, 1638:3, 1652:5, 1691:23, 1696:6, 1769:22

ATTENTIVENESS [1] - 1691:22

ATTORNEY [4] - 1628:14, 1628:20,

1629:3, 1753:7

ATTORNEY'S [1] - 1628:8

ATTORNEYS [3] - 1628:7, 1767:15, 1767:24

ATTRIBUTABLE [5] - 1651:15, 1710:6, 1751:8, 1751:16, 1769:7

ATTRIBUTE [1] - 1761:21

ATTRIBUTED [1] - 1650:14

AUDIO [2] - 1687:10, 1694:17

AUGUST [10] - 1676:15, 1704:12, 1705:12, 1705:20, 1707:3, 1708:6, 1719:18, 1723:8, 1723:9

AUGUSTINE [2] - 1654:10, 1658:5

AUNT [1] - 1736:4

AVAILABLE [4] - 1684:7, 1694:22, 1730:21, 1754:4

AVENUE [1] - 1628:15

AVINA [8] - 1732:1, 1733:11, 1733:12, 1733:17, 1736:1, 1736:3, 1736:6, 1736:14

AWARE [4] - 1668:9, 1723:11, 1732:7, 1732:8

**B**

BABY [1] - 1678:14

BACKGROUND [1] - 1770:22

BACON [2] - 1759:17, 1759:18

BAD [6] - 1718:14, 1718:17, 1726:23, 1727:2

BADGE [1] - 1727:24

BAGS [2] - 1666:25, 1721:25

BALLS [11] - 1684:13, 1684:15, 1684:16, 1684:18, 1687:12, 1687:19, 1688:3, 1744:9, 1744:10, 1744:13

BANKRUPT [1] - 1748:21

BARBECUED [1] -

1698:1

BARGAINING [2] - 1638:12, 1690:25

BAROMETER [1] - 1757:15

BASE [3] - 1633:25, 1700:11, 1700:21

BASED [8] - 1634:19, 1635:16, 1644:8, 1695:15, 1726:1, 1727:5, 1745:19, 1752:15

BASIC [1] - 1693:3

BASIS [1] - 1722:9

BASKET [7] - 1678:19, 1678:22, 1684:2, 1686:21, 1686:25, 1688:21, 1688:23

BASKETBALLS [1] - 1744:14

BATES [2] - 1767:9, 1767:19

BATSON [20] - 1628:6, 1630:12, 1630:13, 1630:18, 1630:21, 1630:25, 1631:5, 1631:8, 1631:11, 1632:13, 1632:19, 1651:21, 1651:25, 1691:12, 1747:19, 1748:3, 1748:6, 1749:23, 1762:13, 1764:7

BAUER [1] - 1766:10

BEAR [1] - 1711:7

BEAUTY [1] - 1693:20

BECAME [3] - 1677:13, 1708:13, 1716:2

BECOME [2] - 1646:7, 1647:6

BECOMES [3] - 1646:6, 1751:6, 1761:4

BEDROOM [5] - 1688:21, 1707:10, 1707:12, 1707:14, 1734:13

BEGAN [2] - 1694:2, 1694:4, 1701:9, 1702:7, 1702:11, 1705:4, 1708:18

BEGIN [2] - 1652:3, 1765:22

BEGINNING [4] - 1669:24, 1699:6, 1711:17, 1737:23

BEGINS [2] - 1704:21, 1731:23

BEHALF [12] - 1629:22, 1651:24, 1691:14, 1691:20, 1711:1, 1727:18, 1743:3, 1774:4, 1774:5, 1774:7, 1774:8, 1774:10

BEHAVE [1] - 1724:18

BEHIND [4] - 1665:24, 1669:25, 1670:12

BELIEF [1] - 1702:4

BELIEFS [1] - 1648:18

BELIEVABILITY [2] - 1633:11, 1636:19

BELIEVABLE [1] - 1723:7

BELL [1] - 1659:11

BELONGED [1] - 1673:13

BELOW [1] - 1650:9

BEN [1] - 1661:11

BENCH [1] - 1694:25

BENEFIT [2] - 1703:19, 1703:20

BEST [1] - 1702:5

BET [1] - 1731:9

BETTER [5] - 1690:9, 1703:10, 1703:15, 1747:15, 1748:18

BETWEEN [18] - 1636:11, 1642:15, 1646:3, 1646:17, 1657:10, 1664:13, 1701:19, 1702:3, 1714:15, 1719:1, 1731:11, 1731:13, 1731:18, 1753:4, 1755:5, 1757:7, 1764:3

BEYOND [25] - 1634:12, 1634:16, 1634:22, 1636:14, 1638:23, 1639:8, 1640:12, 1640:16, 1643:4, 1645:13, 1648:2, 1648:24, 1650:9, 1652:15, 1692:8, 1692:9, 1692:17, 1711:19, 1725:25, 1726:3, 1726:12, 1726:15, 1740:17, 1750:3, 1750:5

BIG [4] - 1698:22, 1718:2, 1720:9, 1728:4

BIGGEST [2] - 1705:22, 1722:11

BILLS [4] - 1667:5, 1667:10, 1667:12,

1668:10
BINDING [1] - 1635:12
BIT [5] - 1679:3,
1683:8, 1692:21,
1703:9, 1721:6
BITS [2] - 1743:16,
1764:9
BLACK [17] - 1655:17,
1655:18, 1655:21,
1656:4, 1681:25,
1682:2, 1682:5,
1682:15, 1682:22,
1684:22, 1684:24,
1686:15, 1686:16,
1689:1, 1689:4,
1735:15, 1755:10
BLANCA [6] - 1732:1,
1733:10, 1733:13,
1734:10, 1734:12,
1736:14
BLANK [1] - 1734:15
BO [1] - 1661:12
BOAT [2] - 1728:7,
1728:8
BOBBY [17] - 1660:3,
1660:7, 1664:1,
1664:16, 1666:6,
1668:13, 1670:7,
1695:16, 1699:18,
1701:13, 1704:14,
1704:16, 1704:25,
1706:3, 1706:15,
1714:17, 1751:1
BOND [1] - 1702:25
BOSS [5] - 1697:12,
1735:20, 1740:3,
1741:20, 1742:21
BOTHERED [1] -
1701:23
BOTTLE [2] - 1673:17,
1675:6
BOTTOM [4] - 1675:9,
1747:12, 1755:20,
1755:22
BOUGHT [1] -
1675:16
BOULEVARD [1] -
1628:9
BOWEN [136] -
1628:18, 1629:23,
1642:23, 1643:1,
1643:5, 1643:9,
1643:11, 1643:14,
1643:15, 1644:16,
1644:22, 1651:13,
1652:9, 1653:24,
1654:1, 1662:5,
1662:6, 1662:8,
1662:9, 1662:10,
1662:12, 1662:13,

1662:15, 1662:19,
1662:20, 1662:23,
1670:10, 1670:11,
1670:12, 1670:15,
1670:16, 1670:18,
1670:19, 1670:20,
1672:25, 1673:2,
1673:6, 1673:8,
1673:16, 1673:20,
1673:22, 1673:23,
1673:25, 1674:3,
1674:4, 1674:6,
1674:7, 1674:9,
1674:12, 1674:19,
1674:21, 1674:23,
1674:25, 1675:4,
1675:6, 1675:13,
1675:15, 1675:18,
1675:19, 1676:1,
1677:15, 1677:21,
1677:23, 1677:24,
1678:1, 1678:2,
1678:4, 1678:10,
1678:12, 1678:13,
1678:14, 1678:15,
1678:16, 1678:20,
1678:23, 1678:24,
1678:25, 1679:2,
1679:6, 1679:7,
1679:8, 1679:9,
1679:15, 1679:21,
1679:23, 1680:8,
1680:9, 1680:15,
1680:16, 1680:19,
1680:22, 1691:9,
1702:13, 1711:1,
1711:17, 1713:15,
1714:1, 1714:2,
1714:15, 1715:11,
1715:13, 1716:13,
1716:20, 1716:21,
1717:4, 1717:14,
1717:21, 1718:1,
1718:24, 1719:1,
1719:17, 1719:19,
1719:22, 1721:6,
1721:15, 1721:18,
1723:6, 1723:16,
1723:19, 1725:19,
1725:23, 1726:22,
1754:13, 1755:5,
1760:14, 1768:24,
1772:7, 1774:7
BOWEN'S [16] -
1662:4, 1662:5,
1670:18, 1670:21,
1673:23, 1673:24,
1674:15, 1674:16,
1677:18, 1679:9,
1679:16, 1680:5,
1715:23, 1716:3,

1719:12, 1722:6
BOWENS [1] -
1718:24
BOX [4] - 1689:6,
1689:8, 1689:16,
1692:23
BOY [1] - 1727:24
BREAK [7] - 1710:12,
1746:12, 1746:16,
1746:21, 1746:25,
1765:24
BRENDA [2] -
1664:10, 1707:7
BRIEFLY [1] - 1694:1
BRING [18] - 1632:1,
1649:13, 1710:21,
1712:22, 1715:2,
1715:5, 1715:20,
1716:8, 1717:4,
1724:8, 1727:7,
1727:10, 1728:20,
1730:22, 1732:23,
1755:7, 1768:6
BRINGING [3] -
1671:3, 1704:15,
1761:13
BRINGS [3] - 1682:19,
1690:21, 1744:4
BRITON [12] -
1682:12, 1682:24,
1683:1, 1683:4,
1684:10, 1686:24,
1687:5, 1688:19,
1739:14, 1750:25,
1751:8, 1751:12
BROKER [1] -
1698:22
BROKERED [1] -
1699:9
BROKERING [2] -
1699:19, 1699:21
BROTHER [9] -
1663:2, 1664:2,
1670:12, 1670:15,
1673:23, 1679:9,
1679:23, 1700:23,
1729:2
BROTHER-IN-LAW
[1] - 1679:23
BROTHERS [1] -
1676:7
BROUGHT [11] -
1638:3, 1655:15,
1678:25, 1680:7,
1686:2, 1716:24,
1733:24, 1756:21,
1757:19, 1763:22,
1763:25
BUILDINGS [1] -
1730:11

BUNCH [2] - 1714:22,
1717:12
BUNNY [2] - 1748:3,
1748:25
BURDEN [8] -
1632:11, 1633:11,
1634:11, 1634:14,
1634:15, 1692:7,
1692:11, 1692:13
BUSINESS [23] -
1659:24, 1660:2,
1660:5, 1665:2,
1665:3, 1666:17,
1668:20, 1669:8,
1672:4, 1676:9,
1679:22, 1696:7,
1702:16, 1704:2,
1730:6, 1730:10,
1735:22, 1746:19,
1747:14, 1747:15,
1756:13
BUSINESSMAN [1] -
1748:19
BUTT [1] - 1669:12
BUYER [1] - 1629:25
BUYER-SELLER [1] -
1629:25
BUYING [2] - 1655:1,
1672:21
BUYS [2] - 1694:16,
1716:1

C

CABRALES [5] -
1675:17, 1717:10,
1717:21, 1717:25,
1722:19
CALCULATIONS [1] -
1770:23
CAMACHO [73] -
1653:6, 1653:9,
1653:12, 1654:23,
1655:4, 1655:9,
1655:10, 1655:12,
1655:15, 1656:6,
1656:20, 1657:12,
1658:3, 1658:5,
1658:8, 1658:13,
1658:18, 1659:9,
1659:12, 1662:25,
1664:8, 1665:10,
1665:13, 1666:19,
1668:7, 1668:8,
1669:4, 1670:23,
1670:25, 1671:2,
1671:9, 1672:4,
1677:4, 1677:8,
1696:5, 1696:6,
1696:18, 1697:8,

1697:19, 1697:20,
1697:21, 1697:24,
1698:5, 1698:7,
1698:15, 1698:20,
1698:21, 1698:24,
1699:1, 1699:5,
1699:17, 1699:19,
1699:23, 1700:10,
1700:12, 1700:13,
1700:17, 1701:5,
1703:3, 1703:23,
1706:18, 1706:21,
1708:1, 1708:3,
1708:10, 1708:11,
1714:18, 1717:16,
1741:9, 1759:24
CAMACHO'S [5] -
1696:8, 1699:7,
1700:10, 1700:14,
1708:2
CAMERA [7] -
1694:20, 1737:13,
1737:14, 1737:18,
1737:22, 1754:6
CAMP [1] - 1727:24
CANCER [2] -
1708:21, 1709:16
CANNOT [1] - 1766:25
CANS [2] - 1673:18,
1675:9
CAPABILITY [1] -
1694:18
CAPABLE [3] -
1723:3, 1753:12,
1753:13
CAPACITY [1] -
1658:6
CAR [12] - 1655:20,
1674:12, 1735:16,
1735:18, 1735:20,
1735:22, 1735:23,
1737:17, 1737:20,
1753:2, 1762:22,
1762:24
CARD [1] - 1709:15
CARE [9] - 1630:23,
1638:20, 1639:4,
1641:10, 1667:7,
1670:22, 1718:19,
1726:10, 1740:15
CAREERS [1] -
1748:22
CAREFUL [3] -
1634:20, 1692:2,
1726:2
CAREFULLY [1] -
1691:23
CARES [1] - 1735:1
CARLOS [68] -
1629:1, 1630:4,

Case 4:12-cr-00016-SDJ-CAN   Document 1161   Filed 11/10/14   Page 153 of 178 PageID #:
8424
TRIAL TRANSCRIPT, VOLUME 7 OF 7, DECEMBER 12, 2012

1779

1644:17, 1644:23, 1651:14, 1652:9, 1652:25, 1654:22, 1664:7, 1673:13, 1675:17, 1681:12, 1681:16, 1683:6, 1684:5, 1684:25, 1685:4, 1685:5, 1685:17, 1686:6, 1686:10, 1686:14, 1687:12, 1687:24, 1688:6, 1688:9, 1688:10, 1689:5, 1689:8, 1689:12, 1691:9, 1722:19, 1727:18, 1730:12, 1730:17, 1731:4, 1731:11, 1732:2, 1732:3, 1732:6, 1732:14, 1732:19, 1734:21, 1735:4, 1736:7, 1736:13, 1736:19, 1737:3, 1737:7, 1738:1, 1739:9, 1739:18, 1740:9, 1740:20, 1740:23, 1741:3, 1741:6, 1741:10, 1742:4, 1742:7, 1742:10, 1742:12, 1742:16, 1747:8, 1747:11, 1769:5, 1774:9

**CARLOS'S** [1] - 1673:14

**CARPENTER** [1] - 1730:12

**CARPENTRY** [1] - 1735:21

**CARRIED** [1] - 1646:20

**CARRYING** [1] - 1702:16

**CARS** [8] - 1673:15, 1675:11, 1675:25, 1676:1, 1676:2, 1695:24, 1750:18, 1750:21

**CASE** [99] - 1627:6, 1632:11, 1633:10, 1633:13, 1634:21, 1635:7, 1635:11, 1635:20, 1636:22, 1637:5, 1638:6, 1640:6, 1640:21, 1641:1, 1641:21, 1642:19, 1643:5, 1644:15, 1647:11, 1648:14, 1652:5, 1652:8, 1652:15,

1681:4, 1681:6, 1692:2, 1692:7, 1692:14, 1693:2, 1693:10, 1693:24, 1693:25, 1694:2, 1694:4, 1695:15, 1695:17, 1695:20, 1695:21, 1696:5, 1697:10, 1697:23, 1701:24, 1702:23, 1708:5, 1708:17, 1709:20, 1711:10, 1711:19, 1711:25, 1712:7, 1715:16, 1716:13, 1717:4, 1725:16, 1726:3, 1728:21, 1728:23, 1728:24, 1729:10, 1730:20, 1731:1, 1731:17, 1732:1, 1733:14, 1735:4, 1735:5, 1735:7, 1736:11, 1737:23, 1740:19, 1741:8, 1743:16, 1745:25, 1746:1, 1750:23, 1752:4, 1760:20, 1761:8, 1764:20, 1764:22, 1765:13, 1766:13, 1766:16, 1766:21, 1766:22, 1767:1, 1767:2, 1769:21, 1769:22, 1770:4, 1770:7, 1770:11, 1770:14, 1770:17, 1770:20, 1770:25, 1772:19

**CASES** [4] - 1689:22, 1722:24, 1755:21, 1772:9

**CASH** [1] - 1696:1

**CASING** [1] - 1736:25

**CASINO** [1] - 1698:1

**CAT** [2] - 1692:22, 1692:23

**CAT-AND-MOUSE** [1] - 1692:22

**CAUGHT** [5] - 1669:3, 1720:5, 1720:6, 1746:25, 1756:13

**CAUTION** [5] - 1638:20, 1639:4, 1641:10, 1726:9, 1740:14

**CAZARES** [119] - 1652:25, 1654:20, 1654:21, 1656:2, 1656:3, 1656:4, 1657:13, 1657:14, 1657:15, 1657:24,

1664:6, 1681:11, 1681:12, 1681:14, 1681:17, 1681:21, 1682:2, 1682:4, 1682:6, 1682:7, 1682:9, 1682:14, 1682:17, 1682:20, 1683:6, 1683:12, 1683:13, 1684:4, 1684:12, 1684:14, 1684:20, 1685:7, 1686:3, 1686:6, 1686:14, 1686:15, 1686:18, 1687:3, 1687:8, 1687:11, 1687:18, 1687:21, 1687:22, 1687:24, 1688:11, 1688:12, 1688:14, 1688:16, 1688:24, 1689:2, 1689:10, 1689:13, 1717:17, 1728:22, 1729:3, 1729:6, 1729:11, 1729:17, 1730:4, 1730:7, 1730:15, 1730:18, 1731:3, 1731:6, 1731:11, 1731:14, 1731:25, 1732:2, 1732:11, 1732:18, 1733:5, 1733:16, 1734:12, 1734:13, 1735:8, 1735:9, 1735:11, 1735:12, 1735:16, 1736:14, 1736:17, 1736:22, 1737:1, 1738:3, 1738:10, 1739:5, 1739:10, 1739:19, 1739:23, 1739:24, 1740:6, 1740:14, 1740:21, 1741:5, 1742:4, 1742:5, 1742:7, 1742:13, 1742:18, 1744:3, 1744:6, 1745:5, 1747:8, 1747:11, 1753:4, 1753:5, 1753:15, 1754:1, 1763:9, 1763:10

**CAZARES'S** [4] - 1683:8, 1686:23, 1734:10, 1734:11

**CEASED** [1] - 1742:14

**CELL** [4] - 1683:14, 1689:10, 1716:17

**CERTAIN** [15] - 1635:8, 1635:13, 1637:24, 1645:9, 1647:1, 1693:6, 1715:5, 1715:7,

1717:2, 1724:1, 1743:6, 1743:13, 1743:18, 1756:6, 1762:2

**CERTAINLY** [8] - 1697:14, 1697:15, 1697:16, 1703:4, 1703:17, 1707:15, 1710:7, 1738:24

**CERTIFICATE** [1] - 1773:1

**CERTIFY** [1] - 1773:3

**CHAIN** [2] - 1636:9, 1761:14

**CHAIRS** [1] - 1632:6

**CHANGE** [3] - 1629:13, 1648:17, 1703:16

**CHANGED** [2] - 1730:2, 1730:7

**CHANGES** [1] - 1754:7

**CHARACTER** [2] - 1634:23, 1726:4

**CHARGE** [7] - 1634:5, 1711:22, 1713:21, 1714:11, 1722:16, 1747:25, 1760:10

**CHARGED** [19] - 1638:25, 1640:17, 1641:22, 1642:20, 1642:23, 1643:2, 1643:6, 1643:10, 1643:13, 1645:18, 1652:9, 1673:2, 1673:3, 1718:2, 1722:11, 1722:21, 1723:21, 1743:20, 1764:13

**CHARGER** [1] - 1662:17

**CHARGERS** [1] - 1675:12

**CHARGES** [7] - 1638:10, 1640:8, 1644:16, 1644:21, 1690:16, 1724:10, 1757:21

**CHARGING** [2] - 1664:13, 1680:13

**CHARITY** [1] - 1639:11

**CHARLES** [19] - 1659:20, 1665:20, 1695:6, 1699:14, 1699:16, 1703:8, 1704:2, 1704:6, 1704:9, 1705:15, 1705:25, 1706:1, 1706:17, 1706:18,

1706:20, 1717:17, 1760:9

**CHARLIE** [31] - 1653:10, 1653:13, 1659:21, 1659:22, 1660:1, 1660:2, 1660:5, 1663:21, 1663:25, 1665:5, 1665:6, 1665:17, 1665:18, 1665:20, 1666:12, 1667:13, 1668:4, 1668:14, 1668:20, 1668:21, 1670:3, 1671:6, 1671:7, 1672:16, 1672:17, 1677:11, 1677:12, 1704:1

**CHARLIE'S** [1] - 1668:5

**CHART** [1] - 1764:25

**CHEAPER** [4] - 1673:4, 1675:3, 1680:18, 1680:21

**CHEAT** [1] - 1721:24

**CHEATED** [1] - 1763:11

**CHECK** [1] - 1770:11

**CHECKING** [1] - 1768:20

**CHEMIST** [7] - 1639:10, 1639:11, 1639:12, 1639:14, 1639:15, 1639:16, 1683:22

**CHILD** [2] - 1753:12, 1757:25

**CHILDREN** [2] - 1718:20, 1724:17

**CHOCTAW** [1] - 1698:1

**CHOICE** [3] - 1650:24, 1651:10, 1651:16

**CHOICES** [1] - 1650:20

**CHOIRBOYS** [1] - 1756:19

**CHOOSE** [2] - 1651:16, 1746:7

**CHOSE** [3] - 1717:2, 1725:20

**CHOSEN** [1] - 1768:25

**CHRISTINA** [40] - 1653:25, 1654:1, 1660:14, 1661:13, 1662:1, 1662:3, 1662:7, 1662:9, 1662:11, 1663:12, 1667:4, 1667:9, 1676:4, 1677:25, 1678:2, 1679:24,

**TRIAL TRANSCRIPT, VOLUME 7 OF 7, DECEMBER 12, 2012**

1680:1, 1680:2, 1680:4, 1680:10, 1681:1, 1700:8, 1701:14, 1702:7, 1702:9, 1702:15, 1702:19, 1714:1, 1716:1, 1716:21, 1718:1, 1719:8, 1721:15, 1721:17, 1722:22, 1726:22, 1747:12, 1747:14, 1760:1

**CHUCKY** [11] - 1653:8, 1661:20, 1661:21, 1661:22, 1665:22, 1667:19, 1672:2, 1676:7, 1676:8, 1679:25, 1680:2

**CI** [1] - 1722:23

**CIRCLE** [2] - 1704:18, 1756:17

**CIRCLES** [1] - 1756:17

**CIRCUMSTANCES** [4] - 1636:10, 1641:12, 1641:16, 1642:12

**CIRCUMSTANTIAL** [4] - 1636:7, 1636:9, 1636:12, 1749:17

**CLAIMED** [3] - 1641:6, 1721:15, 1723:14

**CLAIMING** [1] - 1719:16

**CLAIMS** [3] - 1704:9, 1719:17, 1722:4

**CLARIFIED** [1] - 1705:24

**CLAY** [1] - 1639:12

**CLEAN** [3] - 1703:13, 1703:15, 1703:17

**CLEANED** [1] - 1703:12

**CLEAR** [3] - 1718:7, 1744:5

**CLEARLY** [6] - 1637:9, 1637:12, 1683:17, 1687:15, 1687:20, 1699:21

**CLIENT** [8] - 1700:11, 1700:21, 1743:11, 1747:23, 1750:25, 1751:3, 1751:4

**CLIENT'S** [1] - 1743:11

**CLOSE** [4] - 1632:12, 1676:6, 1762:23, 1764:2

**CLOSET** [1] - 1739:13

**CLOSING** [14] -

1632:16, 1651:24, 1691:14, 1692:3, 1711:1, 1727:18, 1743:3, 1743:5, 1774:4, 1774:5, 1774:7, 1774:8, 1774:10

**CLOTHES** [1] - 1702:25

**CLOUDS** [1] - 1720:16

**COACH** [1] - 1675:16

**COCAINE** [2] - 1683:25, 1760:17

**COCONSPIRATOR** [1] - 1664:1

**COCONSPIRATORS** [4] - 1676:19, 1690:7, 1690:15, 1691:1

**CODE** [3] - 1645:5, 1645:6, 1645:7

**CODEFENDANTS** [4] - 1638:8, 1638:11, 1638:12, 1770:14

**COERCED** [1] - 1753:3

**COLLECT** [1] - 1659:14

**COLLECTING** [1] - 1657:21

**COLLECTIVE** [1] - 1731:20

**COLLIN** [1] - 1669:17

**COLOR** [1] - 1725:10

**COMBINE** [2] - 1644:23, 1763:7

**COMING** [5] - 1656:17, 1667:3, 1690:8, 1720:14, 1765:10

**COMMIT** [6] - 1643:6, 1643:10, 1643:12, 1645:8, 1724:9

**COMMITTED** [10] - 1640:8, 1640:11, 1640:13, 1641:8, 1642:24, 1643:1, 1643:8, 1643:15, 1646:25, 1743:20

**COMMON** [23] - 1634:20, 1636:1, 1636:3, 1647:2, 1690:6, 1690:11, 1693:7, 1706:16, 1726:1, 1733:20, 1733:21, 1743:24, 1745:19, 1745:20, 1750:22, 1751:24, 1751:25, 1754:10, 1758:23, 1759:1,

1764:4, 1765:7

**COMMONALITY** [2] - 1764:4, 1765:9

**COMMUNICATE** [2] - 1649:10, 1649:15

**COMPANY** [2] - 1697:7, 1725:8

**COMPARE** [2] - 1758:19, 1763:13

**COMPARTMENT** [3] - 1655:18, 1689:9, 1762:25

**COMPLAINED** [2] - 1660:4, 1718:23

**COMPLAINING** [3] - 1667:15, 1671:7, 1672:19

**COMPLETE** [2] - 1632:14, 1713:6

**COMPLETED** [1] - 1772:9

**COMPLETELY** [2] - 1704:17, 1706:20

**COMPLEX** [1] - 1696:16

**COMPUTER** [1] - 1627:25

**COMPUTER-AIDED** [1] - 1627:25

**COMPUTERIZED** [1] - 1627:24

**CONCEALED** [1] - 1675:7

**CONCERN** [1] - 1717:5

**CONCERNED** [4] - 1636:6, 1640:19, 1640:24, 1722:17

**CONCERNING** [6] - 1634:17, 1635:19, 1639:24, 1641:9, 1642:3, 1644:9

**CONCLUDES** [1] - 1769:20

**CONCLUSION** [5] - 1637:22, 1649:8, 1746:1, 1764:12, 1765:1

**CONCLUSIONS** [1] - 1636:3

**CONCORDANCE** [1] - 1627:17

**CONDITION** [1] - 1641:15

**CONDITIONS** [4] - 1642:9, 1703:1, 1757:1, 1757:20

**CONDUCT** [5] - 1640:18, 1659:11, 1694:7, 1694:16,

1770:16

**CONDUCTING** [1] - 1679:22

**CONFESSED** [2] - 1763:18, 1763:19

**CONFESSION** [8] - 1738:22, 1739:20, 1745:2, 1753:2, 1754:8, 1763:14, 1763:19, 1763:20

**CONFESSIONS** [1] - 1752:23

**CONFIDENTIAL** [3] - 1716:2, 1716:6, 1752:7

**CONFIRMED** [2] - 1698:13, 1708:1

**CONFLICTING** [1] - 1706:5

**CONFUSED** [1] - 1733:1

**CONFUSING** [1] - 1693:17

**CONNECT** [1] - 1760:2

**CONNECTING** [1] - 1761:11

**CONNECTION** [3] - 1688:1, 1709:2, 1719:1

**CONSCIENCE** [1] - 1762:16

**CONSCIOUSNESS** [6] - 1689:17, 1689:19, 1762:15, 1762:20, 1762:21, 1763:4

**CONSENSUAL** [4] - 1725:18, 1731:10, 1734:20, 1742:8

**CONSENT** [2] - 1737:6, 1737:7

**CONSEQUENCES** [2] - 1633:24, 1757:2

**CONSIDER** [16] - 1635:2, 1635:24, 1636:15, 1638:1, 1638:4, 1641:9, 1641:13, 1642:2, 1642:4, 1642:7, 1642:12, 1642:25, 1643:3, 1643:7, 1650:7, 1690:24

**CONSIDERATION** [6] - 1633:5, 1634:20, 1640:25, 1648:15, 1726:2, 1758:18

**CONSIDERATIONS** [1] - 1637:15

**CONSIDERED** [3] - 1641:2, 1641:19,

1643:18

**CONSIDERING** [3] - 1636:5, 1640:4, 1756:8

**CONSIGNMENT** [2] - 1712:16, 1712:17

**CONSISTENT** [4] - 1669:6, 1670:1, 1680:14, 1701:12

**CONSISTENTLY** [1] - 1705:23

**CONSPIRACIES** [4] - 1629:14, 1629:24, 1630:8, 1630:9

**CONSPIRACY** [50] - 1630:3, 1645:24, 1646:3, 1646:7, 1646:12, 1646:22, 1647:4, 1647:5, 1647:6, 1650:8, 1650:11, 1650:15, 1650:16, 1650:20, 1652:10, 1652:19, 1654:5, 1656:14, 1658:1, 1664:7, 1664:17, 1671:17, 1689:22, 1689:24, 1689:25, 1690:3, 1690:4, 1693:9, 1695:8, 1695:14, 1710:4, 1713:18, 1713:21, 1714:21, 1714:23, 1740:9, 1742:14, 1742:21, 1744:22, 1747:25, 1751:5, 1751:17, 1753:20, 1760:20, 1760:22, 1761:3, 1764:17, 1764:23

**CONSPIRATOR** [1] - 1647:6

**CONSPIRATORS** [3] - 1646:9, 1646:16, 1646:22

**CONSPIRE** [2] - 1644:24, 1645:8

**CONSTRUCTION** [1] - 1735:21

**CONSTRUCTIVE** [5] - 1647:12, 1647:20, 1647:22, 1647:24, 1648:3

**CONSULT** [1] - 1648:12

**CONTAIN** [1] - 1773:3

**CONTAINED** [1] - 1689:9

**CONTAINING** [9] - 1645:2, 1645:17, 1646:1, 1650:22,

1650:25, 1651:3, 1768:21, 1769:1, 1769:9
**CONTEMPLATE** [1] - 1765:15
**CONTENT** [2] - 1644:1, 1644:6
**CONTENTS** [3] - 1627:15, 1644:12, 1774:1
**CONTINUE** [5] - 1652:6, 1667:13, 1756:13, 1756:15, 1760:11
**CONTINUED** [4] - 1663:19, 1671:20, 1676:17, 1685:15
**CONTINUES** [2] - 1653:15, 1679:20
**CONTINUOUSLY** [1] - 1640:9
**CONTRACT** [1] - 1748:21
**CONTRADICTING** [1] - 1723:5
**CONTRADICTORY** [1] - 1707:25
**CONTRARY** [2] - 1638:17, 1698:9
**CONTROL** [4] - 1641:4, 1647:13, 1647:18, 1706:23
**CONTROLLED** [3] - 1645:9, 1648:6, 1716:1
**CONTROLLED-SUBSTANCES** [1] - 1645:9
**CONTROLS** [1] - 1635:11
**CONVENIENCE** [2] - 1649:5, 1682:16
**CONVENIENT** [1] - 1718:25
**CONVERSATION** [18] - 1643:21, 1643:24, 1644:2, 1644:7, 1680:11, 1684:14, 1689:20, 1731:8, 1731:13, 1731:15, 1732:8, 1732:9, 1732:24, 1738:21, 1741:21, 1744:2, 1744:3
**CONVERSION** [1] - 1683:2
**CONVERSIONS** [1] - 1693:15
**CONVICT** [9] - 1638:21, 1639:6,

1646:12, 1726:10, 1726:13, 1740:15, 1759:13, 1763:20, 1763:21
**CONVICTED** [4] - 1637:25, 1722:8, 1722:23, 1724:4
**CONVICTION** [2] - 1637:25, 1760:17
**CONVICTIONS** [1] - 1726:24
**CONVINCED** [3] - 1645:12, 1648:17, 1743:19
**CONVINCING** [2] - 1634:23, 1726:4
**COOK** [9] - 1683:12, 1683:16, 1683:20, 1684:11, 1687:4, 1687:5, 1741:17, 1744:7, 1753:17
**COOKING** [9] - 1656:15, 1657:25, 1683:6, 1683:11, 1684:8, 1684:9, 1687:16, 1729:14, 1744:4
**COOL** [3] - 1720:4, 1731:20, 1747:4
**COOLERS** [3] - 1658:2, 1683:20, 1687:7
**COOPERATE** [3] - 1684:4, 1685:6, 1688:9
**COOPERATED** [1] - 1687:8
**COOPERATIVE** [1] - 1740:1
**COOPERATORS** [1] - 1716:6
**COPIES** [1] - 1629:11
**COPY** [3] - 1632:7, 1644:19, 1765:21
**COROLLAS** [2] - 1662:18, 1675:12
**CORPORATION** [2] - 1761:9, 1761:10
**CORRECT** [1] - 1773:3
**CORRECTLY** [1] - 1644:6
**CORRECTNESS** [1] - 1633:21
**CORROBORATE** [1] - 1716:23
**CORROBORATED** [1] - 1752:11
**CORROBORATING** [1] - 1750:17

**CORROBORATION** [3] - 1750:11, 1750:12, 1750:21
**CORTEZ** [9] - 1627:8, 1628:12, 1644:16, 1644:22, 1650:1, 1650:3, 1650:5, 1650:17, 1768:18
**COST** [2] - 1716:12, 1752:5
**COSTS** [2] - 1745:13, 1745:23
**COUNSEL** [22] - 1629:11, 1632:14, 1651:5, 1652:1, 1689:22, 1690:21, 1691:5, 1691:17, 1711:3, 1727:21, 1742:19, 1743:6, 1744:25, 1748:15, 1749:23, 1750:8, 1752:19, 1752:20, 1767:9, 1767:20, 1768:4
**COUNT** [7] - 1644:17, 1644:21, 1650:2, 1650:18, 1768:17, 1768:23, 1769:4
**COUNTRY** [1] - 1730:11
**COUNTY** [1] - 1696:14
**COUPLE** [3] - 1665:18, 1704:11, 1734:10
**COUPLE-OF-MONTH** [1] - 1704:11
**COURSE** [14] - 1641:18, 1641:23, 1657:8, 1659:8, 1680:16, 1683:21, 1693:2, 1693:10, 1694:19, 1694:23, 1699:22, 1700:22, 1746:20, 1769:24
**COURT** [97] - 1627:1, 1628:1, 1629:10, 1629:18, 1630:1, 1630:5, 1630:10, 1630:16, 1630:20, 1630:22, 1631:4, 1631:7, 1631:9, 1631:12, 1631:17, 1631:21, 1631:25, 1632:2, 1632:4, 1632:5, 1633:2, 1638:14, 1641:7, 1649:12, 1649:13, 1649:15, 1649:17, 1651:9, 1651:25, 1682:12, 1682:24,

1683:1, 1683:4, 1688:19, 1691:2, 1691:12, 1691:16, 1693:5, 1708:14, 1710:10, 1710:14, 1710:15, 1710:16, 1710:19, 1710:20, 1710:22, 1710:23, 1710:24, 1711:2, 1727:16, 1727:20, 1733:6, 1734:16, 1735:1, 1735:9, 1735:10, 1735:11, 1735:12, 1738:16, 1738:23, 1740:10, 1743:1, 1750:25, 1751:8, 1751:12, 1765:5, 1765:20, 1766:1, 1767:5, 1767:6, 1767:7, 1767:16, 1767:17, 1767:25, 1768:2, 1768:3, 1768:8, 1768:9, 1768:10, 1768:13, 1768:14, 1768:16, 1769:13, 1771:1, 1771:11, 1771:12, 1771:13, 1771:17, 1771:22, 1771:25, 1772:5, 1772:13, 1772:15, 1772:17, 1772:19, 1773:1, 1773:9
**COURT'S** [4] - 1629:12, 1632:7, 1736:12, 1765:22
**COURTHOUSE** [1] - 1773:10
**COURTROOM** [9] - 1649:3, 1745:22, 1749:1, 1751:20, 1755:24, 1756:9, 1758:20, 1764:19, 1768:4
**COUSIN** [2] - 1657:18, 1741:22
**COVENEY** [1] - 1717:18
**COVERS** [1] - 1694:12
**CRACK** [1] - 1760:17
**CREAM** [1] - 1724:18
**CREATED** [2] - 1724:16, 1724:19
**CREDIBILITY** [9] - 1636:18, 1638:2, 1642:3, 1755:19, 1758:16, 1761:24, 1761:25, 1763:24, 1765:17
**CREDIBLE** [1] -

1756:22
**CREEK** [1] - 1669:17
**CRIME** [12] - 1640:11, 1640:13, 1640:17, 1641:8, 1643:10, 1643:12, 1645:8, 1645:11, 1646:5, 1646:25, 1751:6, 1761:4
**CRIMES** [1] - 1637:25
**CRIMINAL** [4] - 1641:21, 1720:19, 1730:25, 1758:17
**CROSS** [1] - 1733:5
**CRR** [1] - 1773:8
**CRUISE** [1] - 1725:9
**CRYSTALIZED** [2] - 1656:16, 1687:6
**CRYSTALLIZE** [1] - 1658:2
**CSI** [1] - 1752:1
**CUP** [1] - 1669:5
**CURRENCY** [1] - 1696:1
**CURRENT** [1] - 1737:1
**CUSTODY** [11] - 1660:2, 1668:19, 1695:8, 1695:13, 1699:20, 1705:13, 1706:22, 1707:19, 1707:21, 1708:7, 1772:8
**CUSTOMER** [5] - 1654:24, 1655:9, 1678:4, 1678:5, 1679:4
**CUSTOMERS** [26] - 1656:18, 1656:21, 1658:4, 1659:15, 1664:12, 1664:14, 1666:5, 1667:1, 1667:2, 1667:15, 1668:11, 1668:22, 1671:7, 1672:18, 1674:19, 1677:13, 1678:5, 1680:14, 1696:8, 1696:9, 1697:9, 1699:5, 1706:11, 1755:9
**CUT** [3] - 1660:5, 1706:20, 1747:21
**CVS** [2] - 1685:5, 1688:7

## D

**DALLAS** [1] - 1750:19
**DATE** [3] - 1649:9, 1649:21, 1720:23

**DATED** [1] - 1667:18
**DATES** [3] - 1640:11, 1640:13, 1640:14
**DATING** [2] - 1667:19, 1705:18
**DAVILA** [11] - 1673:19, 1674:16, 1716:17, 1717:10, 1717:20, 1717:25, 1719:15, 1721:17, 1722:4, 1726:22, 1755:9
**DAYS** [3] - 1656:23, 1674:22, 1770:1
**DEA** [8] - 1681:4, 1694:2, 1694:15, 1694:16, 1717:6, 1730:23, 1753:24, 1754:1
**DEAL** [7] - 1690:9, 1698:22, 1701:16, 1718:25, 1724:10, 1730:4, 1760:9
**DEALER** [1] - 1759:20
**DEALING** [26] - 1657:18, 1659:1, 1660:24, 1664:3, 1664:17, 1667:15, 1667:16, 1667:22, 1669:20, 1670:14, 1671:8, 1672:19, 1700:6, 1701:9, 1703:23, 1704:17, 1706:18, 1708:8, 1708:18, 1709:12, 1718:5, 1718:11, 1719:7, 1719:16, 1723:2, 1723:23
**DEALINGS** [1] - 1745:4
**DEALS** [4] - 1699:8, 1699:18, 1699:21, 1726:7
**DEALT** [3] - 1657:8, 1695:3, 1706:16
**DEBRIEFING** [1] - 1757:13
**DEBRIEFS** [1] - 1752:8
**DEBT** [6] - 1670:19, 1670:20, 1679:16, 1679:17, 1679:19, 1759:3
**DECEIVED** [2] - 1733:6, 1734:1
**DECEMBER** [2] - 1627:7, 1628:2
**DECIDE** [16] - 1633:5, 1636:13, 1636:22, 1637:18, 1638:4,

1640:15, 1640:23, 1648:14, 1648:23, 1715:9, 1726:20, 1756:2, 1756:21, 1756:22, 1761:25, 1766:6
**DECIDED** [7] - 1669:20, 1677:24, 1678:2, 1680:9, 1708:7, 1753:14
**DECIDING** [2] - 1638:1, 1643:1
**DECISION** [6] - 1633:17, 1636:24, 1715:20, 1753:17, 1754:12
**DECISIONS** [2] - 1637:20, 1753:13
**DEDUCTIONS** [1] - 1636:2
**DEFENDANT** [155] - 1628:12, 1628:18, 1629:1, 1634:8, 1634:10, 1638:21, 1639:6, 1640:20, 1640:22, 1641:1, 1641:2, 1641:5, 1641:7, 1641:15, 1641:20, 1641:24, 1642:14, 1642:17, 1642:20, 1642:21, 1642:22, 1643:1, 1643:5, 1643:8, 1643:11, 1643:14, 1643:15, 1646:10, 1646:13, 1646:14, 1648:2, 1650:5, 1650:12, 1650:14, 1650:17, 1652:25, 1654:21, 1655:7, 1657:3, 1657:4, 1657:6, 1658:16, 1658:20, 1658:22, 1658:24, 1659:1, 1659:3, 1659:10, 1659:20, 1659:24, 1659:25, 1660:11, 1660:13, 1660:20, 1661:17, 1661:20, 1661:23, 1662:4, 1662:8, 1662:20, 1662:23, 1663:13, 1663:14, 1663:17, 1663:19, 1665:1, 1665:3, 1665:16, 1665:22, 1665:23, 1665:24, 1666:7, 1666:18, 1666:20, 1666:25, 1667:6, 1667:11, 1667:12,

1667:14, 1667:18, 1667:21, 1668:7, 1668:19, 1669:7, 1669:9, 1669:12, 1669:23, 1669:25, 1670:2, 1670:4, 1670:10, 1670:12, 1670:13, 1670:14, 1671:1, 1671:9, 1672:1, 1672:6, 1672:10, 1672:25, 1673:2, 1673:16, 1674:3, 1674:12, 1674:25, 1675:15, 1676:13, 1677:5, 1677:14, 1679:10, 1679:18, 1680:1, 1681:12, 1681:16, 1681:21, 1682:5, 1682:8, 1682:14, 1682:17, 1682:21, 1683:5, 1683:12, 1683:15, 1683:25, 1684:5, 1684:6, 1684:12, 1684:16, 1684:20, 1684:22, 1685:3, 1685:5, 1685:17, 1686:6, 1686:8, 1686:9, 1687:10, 1689:4, 1689:18, 1691:14, 1711:1, 1726:10, 1726:14, 1727:18, 1740:16, 1744:7, 1746:2, 1752:23, 1763:14, 1763:18, 1770:25, 1774:5, 1774:7, 1774:8
**DEFENDANT'S** [1] - 1650:15
**DEFENDANTS** [39] - 1629:19, 1632:4, 1634:6, 1634:11, 1634:13, 1636:14, 1640:13, 1640:16, 1640:17, 1641:4, 1644:16, 1644:22, 1645:11, 1645:19, 1645:21, 1648:24, 1652:8, 1668:11, 1690:3, 1690:14, 1691:9, 1710:15, 1710:19, 1710:23, 1748:18, 1750:6, 1752:4, 1764:12, 1764:23, 1765:18, 1767:6, 1767:15, 1767:24, 1768:2, 1768:3, 1768:9, 1770:13, 1771:12
**DEFENDANTS'** [2] -

1634:15, 1634:18
**DEFENSE** [19] - 1630:15, 1632:14, 1632:21, 1637:7, 1689:21, 1689:22, 1690:21, 1691:5, 1691:20, 1743:5, 1744:25, 1748:15, 1749:23, 1750:8, 1752:19, 1753:10, 1753:11
**DEFIES** [1] - 1754:15
**DEFINED** [1] - 1641:23
**DEFINITELY** [2] - 1696:22, 1708:18
**DEFINITION** [1] - 1725:25
**DEGREES** [2] - 1759:16, 1759:18
**DELIBERATE** [7] - 1648:13, 1691:3, 1691:8, 1693:23, 1766:12, 1766:14, 1766:21, 1767:1
**DELIBERATES** [1] - 1766:18
**DELIBERATION** [2] - 1692:2, 1692:3
**DELIBERATIONS** [8] - 1633:14, 1648:10, 1648:16, 1649:2, 1649:8, 1649:11, 1649:16, 1765:23
**DELIVER** [20] - 1648:5, 1653:6, 1653:13, 1653:14, 1653:20, 1653:21, 1654:22, 1656:24, 1663:3, 1663:19, 1670:23, 1677:9, 1679:4, 1681:13, 1681:14, 1685:11, 1685:25, 1701:21, 1714:21, 1770:3
**DELIVERED** [31] - 1653:7, 1653:10, 1654:18, 1655:6, 1656:1, 1656:6, 1656:10, 1656:22, 1656:25, 1657:5, 1657:10, 1658:8, 1661:8, 1661:10, 1663:5, 1663:10, 1663:14, 1663:16, 1663:21, 1664:1, 1668:8, 1670:7, 1671:14, 1682:1, 1685:22, 1706:8, 1729:23, 1735:15,

1741:3, 1741:13
**DELIVERIES** [7] - 1698:25, 1699:24, 1699:25, 1700:3, 1700:23, 1704:10, 1706:2
**DELIVERING** [35] - 1653:5, 1653:24, 1654:11, 1656:13, 1657:1, 1657:21, 1657:23, 1658:6, 1659:3, 1659:9, 1659:16, 1660:1, 1660:6, 1661:16, 1661:22, 1662:14, 1662:23, 1663:2, 1664:21, 1665:19, 1666:4, 1668:12, 1670:8, 1670:15, 1671:6, 1671:10, 1671:24, 1671:25, 1679:11, 1703:3, 1704:13, 1705:16, 1758:7, 1759:23, 1759:24
**DELIVERY** [2] - 1679:2, 1679:4
**DEMEANOR** [1] - 1720:3
**DENIED** [1] - 1689:2
**DENISON** [18] - 1652:21, 1659:6, 1659:11, 1661:17, 1663:3, 1665:21, 1681:9, 1690:5, 1694:6, 1698:6, 1703:5, 1703:7, 1713:9, 1713:14, 1714:21, 1749:6, 1765:2, 1765:11
**DEPARTMENT** [4] - 1639:14, 1639:15, 1639:17, 1639:18
**DEPICTED** [1] - 1746:9
**DEPOT** [4] - 1682:17, 1682:18, 1684:1, 1686:12
**DESCRIBED** [1] - 1694:15
**DESCRIBING** [1] - 1761:3
**DESERVES** [2] - 1640:4, 1641:11
**DESTROY** [1] - 1638:2
**DETAIL** [2] - 1693:1, 1764:3
**DETAILS** [6] - 1646:8, 1646:17, 1646:19, 1693:3, 1758:21,

1759:4
**DETECTABLE** [9] - 1645:2, 1645:17, 1646:1, 1650:22, 1650:25, 1651:3, 1768:21, 1769:2, 1769:9
**DETECTIVE** [1] - 1717:15
**DETERMINATION** [1] - 1757:18
**DETERMINE** [14] - 1635:1, 1637:16, 1643:8, 1644:8, 1644:13, 1650:7, 1709:22, 1710:2, 1710:3, 1716:14, 1762:1, 1763:6, 1763:25, 1769:15
**DETERMINED** [2] - 1646:2, 1681:7
**DETERMINING** [5] - 1633:16, 1639:21, 1641:6, 1710:5, 1753:13
**DEVELOP** [2] - 1700:11, 1700:21
**DEVELOPED** [3] - 1701:19, 1757:12, 1757:13
**DEVICE** [1] - 1731:12
**DIAGNOSED** [1] - 1708:21
**DIFFER** [2] - 1637:13, 1757:7
**DIFFERENT** [15] - 1661:9, 1692:24, 1693:11, 1694:21, 1704:17, 1707:9, 1714:18, 1714:22, 1723:24, 1724:10, 1724:17, 1731:22, 1752:13, 1757:9
**DIFFICULT** [3] - 1696:25, 1731:2, 1763:23
**DIRE** [6] - 1692:5, 1692:15, 1743:14, 1744:18, 1747:17, 1755:23
**DIRECT** [6] - 1636:6, 1636:7, 1636:12, 1647:13, 1688:1, 1730:1
**DIRECTION** [2] - 1730:2, 1730:8
**DIRECTLY** [12] - 1637:12, 1645:14, 1646:17, 1647:19, 1657:8, 1660:6,

1672:19, 1680:9, 1698:21, 1706:20, 1710:6, 1712:2
**DIRTY** [4] - 1705:11, 1746:19, 1747:2, 1756:13
**DISAGREE** [1] - 1751:4
**DISAPPEARED** [1] - 1667:23
**DISAPPEARING** [1] - 1668:3
**DISBELIEVE** [1] - 1743:13
**DISCOVERED** [2] - 1672:25, 1687:1
**DISCRETE** [1] - 1714:9
**DISCUSS** [6] - 1766:16, 1766:22, 1767:2, 1770:4, 1770:6, 1770:7
**DISCUSSED** [3] - 1647:2, 1692:7, 1693:7
**DISCUSSING** [1] - 1680:12
**DISCUSSION** [1] - 1640:25
**DISMISSAL** [1] - 1638:10
**DISPUTE** [1] - 1703:6
**DISPUTES** [1] - 1719:6
**DISREGARD** [4] - 1633:19, 1635:14, 1635:21, 1644:14
**DISTANCE** [1] - 1642:10
**DISTANCES** [1] - 1685:1
**DISTANCING** [1] - 1689:14
**DISTINCTION** [1] - 1636:11
**DISTRACTION** [1] - 1748:25
**DISTRIBUTE** [15] - 1645:1, 1645:16, 1648:4, 1652:10, 1655:3, 1665:14, 1666:21, 1671:11, 1671:20, 1690:4, 1712:21, 1713:13, 1713:19, 1755:8, 1764:24
**DISTRIBUTED** [14] - 1652:24, 1656:24, 1660:12, 1660:15, 1660:17, 1660:19,

1664:9, 1669:4, 1670:11, 1681:9, 1699:1, 1749:5, 1755:4
**DISTRIBUTING** [25] - 1653:2, 1661:4, 1661:21, 1662:1, 1663:1, 1664:8, 1667:13, 1667:24, 1668:6, 1668:17, 1669:9, 1669:10, 1672:17, 1677:5, 1681:17, 1683:9, 1685:19, 1696:4, 1706:10, 1706:12, 1747:2, 1749:18, 1756:14, 1761:11
**DISTRIBUTION** [23] - 1652:20, 1653:15, 1653:17, 1658:3, 1666:25, 1668:23, 1670:4, 1685:8, 1691:10, 1747:9, 1748:9, 1748:10, 1749:3, 1749:6, 1749:7, 1755:2, 1755:3, 1755:12, 1755:15, 1756:18, 1760:3, 1765:1, 1765:4
**DISTRIBUTIONS** [1] - 1760:6
**DISTRICT** [4] - 1627:1, 1627:2, 1627:19, 1628:2
**DIVISION** [1] - 1627:3
**DIVORCED** [1] - 1733:9
**DNA** [1] - 1752:1
**DOCTOR** [3] - 1725:4, 1726:19, 1727:3
**DODGE** [7] - 1662:17, 1673:12, 1673:14, 1675:11, 1675:12, 1675:20, 1675:23
**DOGG** [53] - 1653:19, 1654:1, 1654:4, 1660:24, 1661:7, 1665:9, 1665:12, 1669:16, 1669:20, 1669:21, 1671:3, 1672:21, 1672:22, 1672:23, 1672:24, 1673:1, 1673:9, 1673:15, 1674:11, 1674:13, 1674:15, 1675:5, 1675:13, 1676:10, 1676:12, 1676:16, 1676:18, 1676:19, 1677:2,

1677:3, 1677:16, 1677:17, 1677:19, 1678:2, 1678:3, 1678:6, 1678:7, 1678:11, 1678:15, 1680:3, 1680:7, 1680:9, 1680:10, 1680:12, 1680:16, 1680:17, 1680:20, 1680:24, 1709:2
**DOGG'S** [1] - 1678:13
**DOLLAR** [2] - 1746:16, 1748:21
**DOLLARS** [5] - 1664:14, 1674:8, 1674:9, 1746:18, 1752:6
**DOLLARS'** [1] - 1746:14
**DOMINION** [1] - 1647:18
**DONE** [9] - 1635:18, 1647:9, 1708:19, 1730:21, 1732:14, 1740:23, 1740:24, 1753:1, 1770:25
**DOOR** [9] - 1662:18, 1665:6, 1666:1, 1668:5, 1672:16, 1677:12, 1697:7, 1704:3, 1704:12
**DOUBLE** [13] - 1662:20, 1662:21, 1662:23, 1664:23, 1664:24, 1668:12, 1671:22, 1673:3, 1674:24, 1675:3, 1675:5, 1680:17, 1680:19
**DOUBT** [34] - 1634:12, 1634:16, 1634:17, 1634:19, 1634:22, 1636:15, 1638:23, 1639:8, 1640:12, 1640:16, 1642:19, 1643:4, 1645:13, 1648:2, 1648:24, 1650:10, 1652:15, 1692:8, 1692:10, 1692:17, 1711:19, 1717:6, 1720:24, 1721:3, 1721:19, 1726:1, 1726:3, 1726:12, 1726:15, 1740:18, 1750:4, 1750:5
**DOWN** [18] - 1678:7, 1678:9, 1678:10, 1680:14, 1690:19, 1696:19, 1715:11,

1725:22, 1728:16, 1728:19, 1740:20, 1742:22, 1746:12, 1746:16, 1746:21, 1746:25, 1747:12, 1748:3
**DOWNSTAIRS** [1] - 1697:4
**DRAFT** [2] - 1629:11, 1629:15
**DRAW** [3] - 1635:25, 1636:3, 1749:17
**DRAWN** [1] - 1634:9
**DRAWS** [1] - 1764:25
**DREW** [1] - 1639:16
**DRIVE** [7] - 1655:11, 1673:9, 1673:15, 1673:20, 1677:25, 1681:24, 1717:1
**DRIVER** [4] - 1653:6, 1656:1, 1657:24, 1662:16
**DRIVER'S** [2] - 1673:11, 1697:6
**DRIVERS** [7] - 1655:14, 1673:9, 1673:19, 1680:23, 1682:1, 1685:24
**DRIVING** [13] - 1662:16, 1662:17, 1663:2, 1673:14, 1674:6, 1674:21, 1674:23, 1675:4, 1675:10, 1682:14, 1682:15, 1686:15, 1689:4
**DROP** [1] - 1680:14
**DROPPED** [3] - 1657:13, 1678:9, 1680:10
**DROVE** [6] - 1661:13, 1663:3, 1673:12, 1674:8, 1675:1, 1735:22
**DROWNING** [7] - 1728:1, 1728:7, 1728:14, 1728:22, 1730:18, 1731:23, 1742:24
**DRUG** [23] - 1639:10, 1639:11, 1639:13, 1651:15, 1659:24, 1665:2, 1679:22, 1688:13, 1707:7, 1711:24, 1720:17, 1721:1, 1730:8, 1739:5, 1739:23, 1740:6, 1745:16, 1747:2, 1747:3, 1747:15, 1759:20,

Case 4:12-cr-00016-SDJ-CAN   Document 1161   Filed 11/10/14   Page 158 of 178 PageID #: 8429
TRIAL TRANSCRIPT, VOLUME 7 OF 7, DECEMBER 12, 2012

1784

1760:19, 1768:19
**DRUG-ADDICTED** [1]
- 1720:17
**DRUGS** [76] - 1639:2,
1652:24, 1654:8,
1654:13, 1654:14,
1655:15, 1661:1,
1663:24, 1664:4,
1667:22, 1672:10,
1678:25, 1679:1,
1685:19, 1685:20,
1685:25, 1708:19,
1712:13, 1712:15,
1712:20, 1712:22,
1713:1, 1713:5,
1713:13, 1713:15,
1714:6, 1714:21,
1721:7, 1721:8,
1725:17, 1726:7,
1726:13, 1726:23,
1729:10, 1729:20,
1729:23, 1729:25,
1730:15, 1732:21,
1734:9, 1734:13,
1734:22, 1736:20,
1739:11, 1739:12,
1741:1, 1741:4,
1744:9, 1744:12,
1744:13, 1745:17,
1746:10, 1747:6,
1747:8, 1750:19,
1751:1, 1751:11,
1751:15, 1753:16,
1753:17, 1754:18,
1754:21, 1755:1,
1755:7, 1756:14,
1758:7, 1761:7,
1761:14, 1765:4,
1765:10, 1771:21,
1771:22
**DUMP** [1] - 1658:1
**DUNCANVILLE** [6] -
1661:3, 1661:23,
1665:12, 1672:22,
1676:11, 1702:21
**DURANT** [1] - 1698:2
**DURING** [39] - 1635:3,
1635:13, 1635:19,
1635:21, 1639:2,
1639:9, 1648:16,
1649:10, 1649:15,
1650:12, 1656:13,
1657:25, 1660:17,
1661:15, 1672:20,
1672:24, 1674:11,
1676:24, 1679:21,
1680:11, 1680:16,
1681:6, 1681:19,
1684:6, 1687:1,
1688:9, 1689:12,

1689:20, 1692:3,
1692:15, 1693:2,
1694:19, 1700:22,
1707:6, 1747:17,
1751:14, 1755:16,
1755:23, 1762:14
**DUTY** [9] - 1633:4,
1633:6, 1633:17,
1633:23, 1633:25,
1635:1, 1640:22,
1648:12, 1648:23

# E

**EARNING** [1] -
1727:23
**EARTH** [1] - 1688:22
**EAST** [1] - 1628:9
**EASTERN** [1] - 1627:2
**EASY** [2] - 1716:12,
1722:2
**EDUCATION** [3] -
1639:23, 1640:5,
1641:14
**EFFECT** [2] - 1633:3,
1648:19
**EFFORT** [2] - 1648:13,
1746:20
**EIGHT** [7] - 1656:22,
1657:5, 1661:10,
1671:10, 1672:23,
1673:6, 1701:10
**EITHER** [21] -
1636:12, 1637:6,
1647:18, 1648:3,
1649:7, 1649:12,
1650:3, 1660:19,
1668:24, 1670:22,
1673:17, 1674:11,
1680:24, 1688:24,
1697:16, 1699:2,
1719:18, 1721:18,
1722:21, 1752:25,
1769:11
**ELAPSED** [1] -
1642:15
**ELECT** [1] - 1649:20
**ELECTION** [1] -
1634:10
**ELEMENT** [2] -
1647:25, 1692:9
**ELEMENTS** [3] -
1641:22, 1711:22,
1750:5
**ELICITED** [1] -
1755:16
**ELIMINATE** [1] -
1717:14
**EMPHASIZE** [1] -
1712:14

**EMPLOYEE** [3] -
1702:14, 1732:4,
1732:19
**EMPLOYEES** [2] -
1696:20, 1740:4
**EMPLOYER** [6] -
1733:4, 1753:8,
1753:9, 1753:11,
1753:15, 1769:25
**EMPLOYING** [1] -
1705:1
**ENCOUNTERED** [1] -
1688:8
**ENCOURAGE** [1] -
1756:7
**END** [10] - 1633:6,
1658:16, 1711:25,
1718:25, 1728:5,
1743:23, 1748:22,
1751:18, 1772:21
**ENDED** [4] - 1654:23,
1667:9, 1674:2,
1675:4
**ENDS** [2] - 1700:4,
1736:11
**ENFORCEMENT** [12] -
1639:10, 1639:12,
1639:13, 1658:9,
1679:5, 1684:20,
1694:6, 1709:16,
1722:13, 1730:23,
1731:18, 1746:22
**ENGAGED** [1] -
1643:24
**ENGLISH** [1] -
1643:21
**ENJOYED** [1] -
1693:18
**ENTER** [2] - 1640:24,
1669:13
**ENTERED** [7] -
1638:9, 1638:15,
1638:24, 1646:16,
1664:7, 1743:9,
1770:15
**ENTIRE** [2] - 1742:16,
1743:16
**ENTIRELY** [2] -
1635:14, 1644:7
**ENTRY** [1] - 1650:15
**ENVIRONMENT** [2] -
1707:18, 1759:5
**EQUAL** [2] - 1659:8,
1711:13
**EQUALS** [1] - 1660:21
**EQUIVALENT** [1] -
1746:4
**ERNEST** [1] - 1628:5
**ESCAPE** [1] - 1635:9
**ESPECIALLY** [4] -

1671:12, 1713:25,
1720:24, 1723:13
**ESSENTIAL** [1] -
1641:22
**ESSENTIALLY** [1] -
1693:12
**ESTABLISH** [2] -
1647:3, 1693:8
**ESTABLISHED** [2] -
1636:4, 1708:3
**ESTIMATED** [1] -
1674:25
**ET** [1] - 1627:8
**EVALUATE** [2] -
1718:16, 1765:17
**EVALUATING** [1] -
1642:1
**EVALUATION** [1] -
1644:8
**EVENT** [3] - 1646:24,
1710:3, 1731:1
**EVENTS** [2] - 1636:9,
1694:13
**EVENTUALLY** [2] -
1682:23, 1765:10
**EVIDENCE** [92] -
1633:5, 1634:1,
1634:6, 1634:9,
1634:21, 1635:2,
1635:5, 1635:11,
1635:17, 1635:24,
1636:4, 1636:5,
1636:6, 1636:7,
1636:9, 1636:12,
1636:16, 1636:17,
1638:5, 1638:25,
1639:21, 1640:6,
1641:1, 1641:9,
1641:16, 1641:19,
1642:18, 1642:22,
1642:25, 1643:3,
1643:5, 1643:7,
1643:17, 1643:22,
1644:12, 1648:15,
1648:19, 1652:17,
1683:3, 1683:19,
1689:16, 1694:24,
1695:1, 1703:4,
1711:11, 1711:13,
1711:24, 1712:9,
1713:14, 1715:2,
1715:20, 1716:8,
1716:10, 1716:23,
1725:16, 1726:3,
1730:19, 1730:22,
1730:24, 1732:6,
1734:9, 1737:6,
1738:6, 1738:13,
1738:14, 1738:25,
1741:25, 1742:11,

1742:12, 1743:16,
1743:18, 1745:24,
1749:17, 1749:21,
1750:12, 1750:13,
1750:24, 1750:25,
1751:2, 1751:21,
1752:21, 1754:14,
1754:19, 1755:12,
1755:13, 1759:13,
1760:20, 1763:8,
1766:21, 1771:20
**EX** [6] - 1684:14,
1686:24, 1687:13,
1733:7, 1734:22,
1737:2
**EX-WIFE** [5] -
1684:14, 1687:13,
1733:7, 1734:22,
1737:2
**EX-WIFE'S** [1] -
1686:24
**EXACT** [1] - 1640:11
**EXACTLY** [6] -
1697:10, 1744:11,
1746:2, 1750:17,
1758:22, 1763:18
**EXAGGERATE** [2] -
1709:21, 1710:8
**EXAGGERATING** [1] -
1709:21
**EXAMINATION** [2] -
1644:10, 1730:1
**EXAMINE** [1] -
1648:17
**EXAMINED** [1] -
1639:4
**EXAMINING** [1] -
1642:18
**EXAMPLE** [4] -
1633:10, 1642:13,
1692:21, 1762:17
**EXCEPT** [2] - 1635:20,
1732:1
**EXCEPTION** [1] -
1742:17
**EXCLUDE** [1] -
1634:17
**EXCUSE** [3] - 1630:6,
1694:4, 1766:14
**EXCUSED** [1] -
1766:19
**EXCUSES** [1] - 1759:6
**EXECUTED** [1] -
1683:18
**EXECUTION** [1] -
1687:2
**EXERCISE** [1] -
1647:18
**EXHIBIT** [10] -
1643:19, 1643:22,

TRIAL TRANSCRIPT, VOLUME 7 OF 7, DECEMBER 12, 2012

1700:16, 1708:12, 1771:18, 1771:20, 1774:12, 1774:13, 1774:14, 1774:15

**EXHIBITS** [7] - 1635:4, 1636:1, 1767:10, 1767:11, 1767:21, 1771:16, 1771:18

**EXISTENCE** [2] - 1647:3, 1693:9

**EXPECT** [4] - 1634:3, 1703:14, 1712:19, 1756:19

**EXPECTATION** [9] - 1712:17, 1713:6, 1713:15, 1714:10, 1714:13, 1724:16, 1724:19, 1726:25

**EXPECTED** [1] - 1713:2

**EXPECTING** [1] - 1712:22

**EXPENSIVE** [3] - 1715:16, 1715:17, 1715:19

**EXPERIENCE** [4] - 1636:2, 1639:23, 1640:5, 1693:18

**EXPERIENCES** [1] - 1745:20

**EXPERT** [1] - 1639:19

**EXPLAIN** [7] - 1633:6, 1633:13, 1633:18, 1633:24, 1648:11, 1697:3, 1771:3

**EXPLANATION** [1] - 1732:25

**EXPLANATIONS** [1] - 1754:3

**EXPOSED** [2] - 1638:11, 1758:1

**EXPOSES** [1] - 1746:22

**EXPRESSED** [1] - 1639:25

**EXPRESSLY** [1] - 1638:14

**EXTENT** [1] - 1644:14

**EYEWITNESS** [1] - 1636:8

## F

**FABRICATED** [1] - 1753:3

**FABRICATION** [1] - 1702:4

**FACE** [9] - 1674:1, 1674:3, 1678:11,

1707:12, 1715:18, 1720:18

**FACE-TO-FACE** [3] - 1674:1, 1674:3, 1678:11

**FACILITATING** [2] - 1751:9

**FACT** [22] - 1636:8, 1636:10, 1638:23, 1639:22, 1641:3, 1646:25, 1684:17, 1692:11, 1692:23, 1693:6, 1694:9, 1695:5, 1695:15, 1702:10, 1708:11, 1709:18, 1723:14, 1748:8, 1755:6, 1755:8, 1761:19, 1763:11

**FACTOR** [1] - 1637:25

**FACTORS** [2] - 1641:13, 1642:2

**FACTS** [29] - 1633:15, 1633:17, 1635:2, 1635:8, 1635:23, 1636:4, 1648:23, 1692:2, 1693:3, 1693:24, 1694:1, 1702:5, 1709:23, 1710:2, 1710:4, 1710:5, 1738:13, 1738:14, 1745:25, 1750:23, 1755:16, 1756:1, 1764:11, 1764:20, 1764:21, 1770:20, 1770:21

**FAILING** [1] - 1629:23

**FAILS** [1] - 1634:12

**FAILURE** [2] - 1630:3, 1630:8

**FALL** [3] - 1694:4, 1712:9, 1755:21

**FALSE** [1] - 1675:9

**FALSE-BOTTOM** [1] - 1675:9

**FAMILIES** [4] - 1667:8, 1670:22, 1690:10, 1733:23

**FAMILY** [4] - 1702:16, 1704:3, 1733:24, 1770:5

**FANNIN** [1] - 1696:14

**FANTASY** [1] - 1752:2

**FAR** [2] - 1630:7, 1630:11

**FASHION** [2] - 1738:22, 1740:24

**FAVOR** [7] - 1728:25, 1729:1, 1729:2, 1733:4, 1733:16

**FAVORS** [1] - 1729:11

**FEBRUARY** [1] - 1694:4

**FEDERAL** [3] - 1709:13, 1722:13

**FEES** [1] - 1770:2

**FELL** [1] - 1704:18

**FELLOW** [2] - 1648:15, 1648:20

**FELON** [2] - 1722:8, 1722:23

**FELONS** [1] - 1724:4

**FELONY** [1] - 1726:24

**FELT** [1] - 1729:3

**FEMALE** [1] - 1661:7

**FEMALES** [2] - 1700:21, 1702:24

**FERNANDO** [19] - 1653:18, 1653:20, 1654:2, 1660:23, 1661:7, 1669:15, 1701:6, 1701:7, 1701:10, 1701:12, 1701:15, 1701:19, 1701:20, 1702:8, 1702:20, 1703:2, 1709:2, 1726:21, 1748:11

**FEW** [5] - 1636:25, 1637:15, 1689:19, 1698:6, 1701:21

**FIGURED** [1] - 1699:15

**FILED** [1] - 1757:21

**FILL** [2] - 1649:21, 1656:17

**FILTER** [6] - 1711:10, 1711:11, 1711:24, 1714:24, 1726:16, 1727:13

**FINAL** [8] - 1629:11, 1629:15, 1632:8, 1632:12, 1635:10, 1651:19, 1738:23

**FINALLY** [4] - 1633:13, 1651:2, 1715:23, 1769:4

**FINANCES** [1] - 1748:23

**FINANCIAL** [2] - 1648:7, 1714:12

**FINDINGS** [2] - 1635:22

**FINISH** [3] - 1632:22, 1691:4, 1720:23

**FINISHED** [1] - 1683:21

**FINITE** [2] - 1712:11, 1714:9

**FIRST** [40] - 1631:14,

1632:13, 1632:19, 1633:9, 1645:14, 1648:25, 1649:25, 1658:20, 1660:10, 1662:10, 1665:9, 1665:23, 1677:21, 1679:13, 1684:23, 1685:11, 1691:19, 1692:6, 1694:3, 1696:12, 1701:1, 1708:18, 1709:11, 1711:5, 1711:8, 1712:1, 1712:4, 1712:6, 1718:4, 1720:20, 1721:9, 1728:2, 1729:18, 1733:10, 1734:12, 1747:9, 1748:10, 1749:3, 1766:13

**FIVE** [12] - 1631:19, 1631:24, 1651:1, 1651:4, 1651:11, 1651:17, 1661:22, 1662:21, 1677:16, 1727:7, 1729:11, 1765:5

**FIVE-MINUTE** [1] - 1631:24

**FLESH** [2] - 1709:24, 1710:2

**FLIP** [2] - 1662:2, 1676:5

**FLIP'S** [1] - 1662:7

**FLIPPED** [1] - 1731:21

**FLOOR** [1] - 1695:23

**FOCUS** [4] - 1715:5, 1715:6, 1743:7

**FOGGY** [1] - 1741:6

**FOLKS** [4] - 1707:19, 1712:5, 1717:14, 1740:19

**FOLLOW** [7] - 1633:7, 1633:14, 1633:17, 1633:22, 1688:7, 1691:7, 1751:22

**FOLLOWED** [2] - 1708:22, 1723:1

**FOLLOWING** [6] - 1644:1, 1645:13, 1650:7, 1650:19, 1753:9, 1753:10

**FOLLOWS** [1] - 1649:24

**FOOTBALLS** [4] - 1686:20, 1687:17, 1688:23, 1744:14

**FORD** [1] - 1685:24

**FOREMAN** [3] - 1639:11, 1649:8, 1768:12

**FOREMOST** [1] - 1691:19

**FORENSIC** [7] - 1639:10, 1639:11, 1639:12, 1639:13, 1639:15, 1639:16, 1639:17

**FOREPERSON** [3] - 1649:1, 1649:6, 1649:11

**FORM** [8] - 1629:13, 1646:2, 1649:4, 1649:20, 1649:21, 1649:23, 1737:6, 1768:13

**FORMAL** [3] - 1630:8, 1634:5, 1646:16

**FORMED** [1] - 1712:21

**FORTH** [1] - 1770:3

**FORWARD** [1] - 1721:14

**FOUR** [15] - 1649:19, 1659:7, 1659:22, 1660:13, 1661:22, 1662:15, 1662:18, 1664:13, 1685:20, 1685:21, 1685:22, 1686:3, 1701:22, 1711:22, 1729:23

**FOUR-DOOR** [1] - 1662:18

**FOURTH** [1] - 1645:24

**FOURTHS** [4] - 1660:18, 1660:20, 1699:4, 1699:11

**FOUT** [1] - 1639:16

**FRAME** [2] - 1676:24, 1719:11

**FRAMES** [2] - 1706:12, 1721:13

**FRANKLY** [1] - 1711:23

**FREE** [1] - 1729:12

**FREEDOM** [1] - 1724:23

**FREQUENTLY** [1] - 1754:23

**FRIDAY** [1] - 1733:22

**FRIEND** [3] - 1735:4, 1738:10, 1753:14

**FRIENDS** [6] - 1697:22, 1697:23, 1698:4, 1704:18, 1708:4, 1770:5

**FRISCO** [1] - 1675:15

**FRONT** [8] - 1664:12, 1672:8, 1672:10, 1694:25, 1711:9, 1712:15, 1758:9

**FRONTED** [3] - 1712:13, 1713:1, 1754:19

**FRONTING** [1] - 1712:23

**FULL** [1] - 1678:9

**FUNCTION** [1] - 1635:6

**FUNNY** [1] - 1753:6

**FURTHERANCE** [1] - 1697:17

**FURTHERMORE** [1] - 1700:25

## G

**GAIN** [1] - 1714:12

**GAINESVILLE** [1] - 1628:16

**GAME** [1] - 1759:15

**GARAGE** [3] - 1675:23, 1675:24, 1697:5

**GARDEN** [2] - 1678:10, 1680:11

**GAS** [5] - 1659:11, 1675:9, 1682:17, 1686:12, 1686:15

**GASOLINE** [1] - 1686:19

**GATHERINGS** [1] - 1759:16

**GENERAL** [4] - 1633:9, 1642:4, 1698:18, 1760:25

**GENEVIEVE** [1] - 1639:17

**GENTLEMEN** [40] - 1632:6, 1649:19, 1651:10, 1651:19, 1652:2, 1654:4, 1668:18, 1688:22, 1689:16, 1689:21, 1690:1, 1690:11, 1691:4, 1691:18, 1710:11, 1711:4, 1727:22, 1730:22, 1736:10, 1738:23, 1742:23, 1743:4, 1743:24, 1745:21, 1746:10, 1750:7, 1750:22, 1751:20, 1754:11, 1755:20, 1758:15, 1760:18, 1763:23, 1764:2, 1765:13, 1765:21, 1766:24, 1768:15, 1769:14, 1769:20

**GIRLFRIEND** [8] - 1659:19, 1663:15,

1665:8, 1667:11, 1670:3, 1674:16, 1728:24, 1728:25

**GIRLFRIENDS** [1] - 1763:12

**GIRLS** [3] - 1741:7, 1741:8

**GIVEN** [12] - 1636:19, 1640:5, 1647:14, 1647:17, 1652:5, 1687:3, 1732:19, 1740:10, 1740:22, 1755:25, 1760:17, 1764:11

**GLAMOUR** [1] - 1703:10

**GOAL** [7] - 1749:5, 1757:24, 1765:1, 1765:2, 1765:3, 1765:7

**GOD** [1] - 1734:18

**GONNA** [52] - 1678:21, 1680:13, 1688:22, 1689:23, 1693:23, 1701:16, 1701:17, 1701:24, 1708:8, 1711:6, 1711:22, 1711:25, 1712:9, 1712:18, 1713:7, 1713:8, 1713:17, 1715:4, 1715:9, 1715:19, 1720:7, 1720:25, 1722:16, 1722:21, 1724:10, 1724:11, 1724:20, 1725:9, 1729:2, 1729:11, 1729:14, 1733:3, 1741:23, 1746:24, 1747:15, 1749:24, 1754:23, 1754:24, 1755:2, 1755:3, 1756:9, 1756:15, 1756:16, 1756:20, 1757:4, 1757:9, 1762:3, 1763:16, 1764:6

**GONZALEZ** [22] - 1628:5, 1629:13, 1629:17, 1630:12, 1630:16, 1631:3, 1631:9, 1632:15, 1632:23, 1651:7, 1730:2, 1738:12, 1743:2, 1743:4, 1765:5, 1765:6, 1765:20, 1771:14, 1771:19, 1771:23, 1772:11, 1772:12

**GOTTA** [2] - 1672:11,

1684:15

**GOVERNMENT** [60] - 1628:5, 1629:16, 1632:11, 1632:20, 1634:11, 1636:14, 1637:7, 1638:6, 1638:9, 1638:16, 1640:10, 1640:12, 1640:15, 1641:21, 1645:12, 1646:15, 1646:18, 1648:23, 1651:21, 1651:24, 1652:14, 1692:9, 1692:17, 1693:22, 1696:24, 1697:17, 1703:19, 1709:10, 1713:12, 1714:4, 1714:20, 1715:4, 1716:5, 1718:5, 1722:13, 1722:25, 1724:6, 1724:8, 1724:14, 1724:20, 1730:21, 1730:24, 1732:5, 1732:9, 1734:7, 1735:7, 1736:18, 1737:22, 1738:6, 1741:11, 1741:23, 1743:3, 1743:10, 1743:19, 1751:23, 1751:24, 1771:15, 1774:4, 1774:10

**GOVERNMENT'S** [17] - 1632:16, 1634:14, 1634:17, 1643:19, 1643:22, 1692:13, 1700:16, 1704:22, 1708:11, 1712:7, 1724:13, 1772:6, 1774:12, 1774:13, 1774:14, 1774:15

**GRACIOUS** [1] - 1733:7

**GRAM** [5] - 1674:10, 1746:13, 1746:21, 1749:12, 1749:15

**GRAMS** [28] - 1645:1, 1645:3, 1650:21, 1650:22, 1650:24, 1651:1, 1651:2, 1651:4, 1651:11, 1651:17, 1652:11, 1659:8, 1721:20, 1746:16, 1749:13, 1749:15, 1749:16, 1751:18, 1755:11, 1761:20, 1768:20, 1768:22, 1769:1, 1769:2, 1769:8, 1769:9

**GRAND** [4] - 1628:15, 1644:25, 1682:24, 1688:18

**GRANITE** [1] - 1629:4

**GRANTED** [1] - 1772:6

**GRAY** [1] - 1685:24

**GREAT** [4] - 1638:20, 1641:10, 1726:10, 1740:15

**GREATER** [1] - 1639:4

**GRISHAM** [1] - 1717:15

**GRISSOM** [1] - 1717:18

**GRIZZLE** [1] - 1639:13

**GROUP** [2] - 1714:17

**GROUPS** [1] - 1714:19

**GUARANTEE** [1] - 1754:11

**GUARANTEES** [1] - 1758:10

**GUESS** [4] - 1703:13, 1703:23, 1703:24, 1734:8

**GUIDE** [1] - 1649:2

**GUIDELINES** [1] - 1770:24

**GUILT** [14] - 1634:6, 1634:15, 1634:18, 1636:14, 1638:25, 1640:19, 1688:10, 1689:17, 1689:19, 1713:21, 1762:15, 1762:20, 1762:22, 1763:4

**GUILTY** [45] - 1634:11, 1638:12, 1638:19, 1638:24, 1640:16, 1640:22, 1641:4, 1642:21, 1645:11, 1648:8, 1648:9, 1648:24, 1649:7, 1649:8, 1650:3, 1650:4, 1650:6, 1650:18, 1651:14, 1689:17, 1691:10, 1711:18, 1711:25, 1713:22, 1714:25, 1715:18, 1727:14, 1744:21, 1748:17, 1748:18, 1748:25, 1750:6, 1762:16, 1763:6, 1764:12, 1764:18, 1764:23, 1765:18, 1768:18, 1768:24, 1769:6, 1770:15

**GUNTER** [1] - 1701:8

**GUY** [7] - 1656:2, 1673:13, 1685:23, 1689:24, 1741:12, 1747:4, 1758:6

**GUYS** [2] - 1747:5, 1761:10

## H

**HABITS** [2] - 1749:8, 1749:9

**HABITUAL** [1] - 1707:24

**HALF** [4] - 1672:13, 1708:14, 1765:16, 1769:23

**HALF-OUNCE** [1] - 1672:13

**HAND** [3] - 1693:23, 1703:11, 1768:14

**HANDCUFFED** [1] - 1731:21

**HANDLE** [1] - 1748:23

**HANDLING** [2] - 1660:2, 1660:5

**HANDY** [1] - 1707:10

**HANGING** [1] - 1698:17

**HAPPY** [1] - 1668:22

**HARD** [1] - 1716:25

**HEAD** [2] - 1745:8

**HEADQUARTERS** [2] - 1753:24, 1754:2

**HEADS** [1] - 1669:12

**HEAR** [18] - 1632:8, 1632:13, 1637:9, 1684:6, 1685:7, 1687:10, 1687:12, 1695:12, 1698:19, 1701:8, 1712:25, 1717:10, 1730:6, 1732:16, 1733:14, 1734:7, 1748:20

**HEARD** [95] - 1637:18, 1639:9, 1642:22, 1643:21, 1644:9, 1652:13, 1652:22, 1653:4, 1653:9, 1653:13, 1653:16, 1654:14, 1654:20, 1654:25, 1655:3, 1655:22, 1656:1, 1656:5, 1656:9, 1658:13, 1660:23, 1662:25, 1664:16, 1665:20, 1667:12, 1667:17, 1669:5, 1669:7, 1671:21, 1673:8, 1673:19, 1675:17, 1676:4,

1677:23, 1679:8, 1681:3, 1687:22, 1687:24, 1687:25, 1688:5, 1689:9, 1690:17, 1692:14, 1693:5, 1693:10, 1693:21, 1694:14, 1694:18, 1695:2, 1695:6, 1695:22, 1697:3, 1697:22, 1698:3, 1699:22, 1702:6, 1702:8, 1702:18, 1702:19, 1702:22, 1705:12, 1712:12, 1712:13, 1712:16, 1712:23, 1715:13, 1716:9, 1716:18, 1724:24, 1729:9, 1730:19, 1733:6, 1735:5, 1735:6, 1735:14, 1735:18, 1737:23, 1738:25, 1739:1, 1741:7, 1743:23, 1745:6, 1745:20, 1745:21, 1746:13, 1747:6, 1754:22, 1757:9, 1760:9, 1760:10, 1760:16, 1763:8, 1766:21

**HEARING** [2] - 1644:11, 1743:5

**HEARINGS** [1] - 1770:16

**HEAVY** [1] - 1634:15

**HELD** [1] - 1761:7

**HELP** [9] - 1637:15, 1649:2, 1655:3, 1697:17, 1720:20, 1720:25, 1722:3, 1724:25, 1725:6

**HELPED** [6] - 1656:24, 1659:12, 1665:14, 1666:14, 1666:20, 1688:24

**HELPFUL** [1] - 1635:7

**HEREAFTER** [1] - 1641:23

**HEREDITARY** [1] - 1708:22

**HERSELF** [4] - 1664:3, 1675:2, 1702:12, 1708:8

**HESITATE** [3] - 1648:16, 1717:5, 1727:4

**HESITATION** [5] - 1634:24, 1697:2, 1721:3, 1726:5, 1727:5

**HID** [6] - 1673:16, 1686:25, 1723:3, 1734:13, 1739:11, 1762:25

**HIDDEN** [4] - 1655:18, 1684:2, 1689:9, 1762:11

**HIDE** [5] - 1673:18, 1675:6, 1675:8, 1758:16

**HIDE-A-CAN** [2] - 1675:6, 1675:8

**HIDE-A-CANS** [1] - 1673:18

**HIDES** [1] - 1689:15

**HIDING** [1] - 1689:5

**HIERARCHY** [1] - 1695:18

**HIGH** [5] - 1692:10, 1694:11, 1695:22, 1727:6, 1727:24

**HIGHER** [1] - 1754:24

**HIGHEST** [2] - 1692:11, 1701:22

**HILL** [1] - 1768:11

**HIMSELF** [11] - 1688:25, 1689:14, 1699:2, 1703:18, 1714:18, 1720:20, 1720:25, 1735:2, 1735:25, 1742:21, 1763:14

**HIRED** [1] - 1673:20

**HISTORY** [2] - 1720:19, 1758:17

**HITTING** [1] - 1732:11

**HOANG** [7] - 1654:11, 1656:12, 1657:12, 1657:17, 1685:23, 1686:2, 1735:8

**HOLD** [6] - 1727:10, 1727:13, 1751:13, 1753:18, 1761:16, 1763:19

**HOME** [8] - 1682:17, 1682:18, 1684:1, 1686:12, 1690:10, 1718:20, 1720:10, 1723:20

**HONDA** [24] - 1655:17, 1655:19, 1655:21, 1655:22, 1656:4, 1657:13, 1657:16, 1681:25, 1682:2, 1682:5, 1682:15, 1682:22, 1684:23, 1684:24, 1686:15, 1686:17, 1688:7, 1689:1, 1689:3, 1689:4,

1689:7, 1689:8, 1735:15

**HONEST** [5] - 1637:1, 1648:18, 1714:12, 1734:18, 1757:8

**HONOR** [25] - 1629:17, 1629:21, 1629:22, 1630:6, 1630:13, 1630:19, 1630:21, 1630:25, 1631:11, 1631:14, 1631:23, 1651:7, 1651:8, 1691:15, 1708:16, 1727:19, 1738:12, 1738:19, 1765:6, 1771:14, 1771:19, 1772:2, 1772:12, 1772:14, 1772:18

**HONORABLE** [1] - 1627:19

**HOOK** [1] - 1728:5

**HOOKED** [2] - 1671:1, 1674:23

**HOOKING** [1] - 1675:4

**HOOTERS** [1] - 1676:16

**HOPE** [3] - 1693:18, 1758:12, 1770:9

**HOPEFULLY** [2] - 1692:22, 1693:17

**HOTELS** [1] - 1674:17

**HOUR** [16] - 1630:14, 1630:15, 1630:17, 1630:18, 1631:1, 1631:6, 1632:18, 1632:19, 1632:21, 1766:4, 1766:5, 1766:6, 1767:22, 1771:4

**HOURS** [2] - 1710:17, 1736:24

**HOUSE** [224] - 1653:11, 1653:12, 1653:22, 1653:23, 1653:25, 1654:1, 1654:13, 1655:14, 1655:15, 1659:16, 1659:17, 1659:24, 1659:25, 1660:1, 1660:11, 1660:13, 1660:14, 1660:17, 1660:18, 1660:20, 1661:3, 1661:5, 1661:6, 1661:9, 1661:11, 1661:12, 1661:13, 1661:16, 1661:17, 1661:18, 1661:21, 1662:1, 1662:3, 1662:4,

1662:7, 1662:9, 1662:11, 1663:11, 1663:12, 1663:14, 1663:17, 1663:18, 1663:20, 1663:24, 1664:18, 1664:21, 1664:24, 1665:4, 1665:5, 1665:15, 1665:17, 1665:24, 1665:25, 1666:10, 1666:13, 1666:16, 1666:18, 1666:20, 1666:21, 1667:5, 1667:7, 1667:10, 1667:14, 1667:20, 1668:12, 1669:1, 1669:7, 1669:10, 1669:22, 1670:1, 1670:2, 1670:5, 1670:8, 1670:9, 1670:13, 1670:17, 1670:18, 1670:21, 1670:24, 1670:25, 1671:12, 1671:19, 1671:22, 1671:23, 1672:1, 1672:2, 1672:3, 1672:5, 1672:6, 1672:14, 1673:24, 1674:16, 1676:4, 1676:5, 1676:6, 1676:11, 1676:13, 1676:23, 1677:1, 1677:6, 1677:8, 1677:9, 1677:10, 1677:18, 1677:25, 1678:3, 1678:18, 1679:1, 1679:2, 1679:11, 1679:15, 1679:24, 1679:25, 1680:2, 1680:4, 1680:5, 1680:10, 1684:7, 1684:8, 1684:10, 1684:13, 1684:17, 1685:2, 1686:24, 1687:5, 1687:13, 1688:18, 1688:19, 1695:16, 1698:9, 1699:4, 1699:10, 1699:12, 1700:6, 1700:8, 1700:23, 1701:7, 1701:9, 1701:12, 1701:14, 1701:15, 1701:19, 1702:3, 1702:4, 1702:6, 1702:7, 1702:9, 1702:15, 1702:18, 1702:19, 1704:7, 1704:20, 1704:23, 1704:24, 1705:1, 1705:4,

1705:6, 1705:10, 1706:3, 1706:7, 1707:1, 1707:19, 1708:18, 1708:20, 1709:18, 1709:25, 1710:6, 1713:25, 1714:1, 1715:23, 1716:1, 1716:12, 1716:22, 1717:20, 1717:21, 1717:24, 1718:1, 1718:6, 1718:8, 1718:22, 1719:5, 1719:8, 1719:13, 1719:18, 1720:2, 1721:15, 1721:18, 1722:22, 1723:12, 1726:21, 1726:22, 1731:19, 1733:2, 1733:8, 1734:10, 1734:23, 1736:23, 1736:25, 1737:3, 1737:4, 1737:6, 1737:10, 1737:21, 1739:14, 1747:12, 1747:14, 1751:2, 1753:1, 1753:16, 1753:23, 1760:1, 1762:11

**HOUSE'S** [14] - 1660:14, 1661:15, 1664:22, 1664:25, 1665:2, 1665:8, 1665:9, 1665:10, 1667:5, 1667:10, 1669:15, 1677:13, 1699:11, 1702:14

**HOUSES** [1] - 1666:8

**HUNDRED** [7] - 1664:14, 1674:8, 1674:9, 1727:8, 1746:14, 1746:16, 1746:17

**HUNDRED-DOLLAR** [1] - 1746:16

**HUNG** [2] - 1697:25, 1708:2

**HURT** [1] - 1729:2

**HUSBAND** [6] - 1662:2, 1676:8, 1676:17, 1679:12, 1723:1, 1723:20

**HUSBANDS** [1] - 1679:24

**HYDROCODONE** [1] - 1720:16

**HYDROCODONES** [1] - 1720:15

**HYPOTHETICALLY** [1] - 1738:20

## I

**ICE** [4] - 1652:12, 1658:15, 1683:22, 1724:18
**ID** [1] - 1741:10
**ID'D** [2] - 1735:10, 1735:11
**ID'G** [1] - 1735:9
**IDEA** [3] - 1734:6, 1734:8, 1742:19
**IDENTIFICATION** [4] - 1639:19, 1642:1, 1642:13, 1642:15
**IDENTIFIED** [20] - 1643:19, 1653:8, 1654:24, 1655:7, 1656:2, 1657:4, 1662:5, 1663:6, 1666:10, 1667:18, 1668:11, 1681:15, 1681:20, 1682:9, 1685:23, 1696:10, 1705:15, 1706:11, 1735:10, 1747:7
**IDENTIFY** [1] - 1643:23
**IDENTIFYING** [1] - 1644:4
**IDENTITIES** [1] - 1646:9
**IDENTITY** [3] - 1641:24, 1642:19, 1644:7
**III'S** [1] - 1752:5
**ILLNESS** [1] - 1766:19
**IMAGINE** [1] - 1722:12
**IMMEDIATELY** [5] - 1667:3, 1704:21, 1705:3, 1705:4, 1731:23
**IMPARTIAL** [3] - 1634:20, 1648:15, 1726:2
**IMPLICATE** [1] - 1742:10
**IMPLICATED** [1] - 1739:25
**IMPORTANT** [16] - 1634:24, 1636:20, 1636:23, 1691:19, 1701:3, 1708:17, 1712:14, 1712:24, 1713:3, 1724:22, 1726:6, 1726:18, 1728:17, 1734:10, 1738:6, 1762:7
**IMPRESS** [1] - 1637:1
**IN-PERSON** [1] - 1694:5

**INACCURATE** [1] - 1709:23
**INCARCERATED** [6] - 1665:16, 1667:8, 1667:9, 1670:23, 1699:13, 1704:1
**INCARCERATION** [1] - 1660:16
**INCENTIVE** [4] - 1718:2, 1725:12, 1725:13, 1758:3
**INCIDENT** [1] - 1642:16
**INCLUDE** [5] - 1629:24, 1630:3, 1630:9, 1651:17, 1771:21
**INCLUDING** [4] - 1635:3, 1638:15, 1640:10, 1642:13
**INCONSISTENCIES** [1] - 1724:3
**INCONSISTENCY** [1] - 1722:7
**INCORRECT** [1] - 1644:13
**INCORRECTLY** [1] - 1644:6
**INCREASED** [7] - 1655:1, 1659:2, 1659:5, 1659:7, 1659:9, 1662:22, 1672:23
**INCRIMINATING** [2] - 1735:25
**INDEED** [1] - 1634:6
**INDEPENDENT** [3] - 1700:21, 1713:24, 1752:5
**INDEPENDENTLY** [1] - 1699:17
**INDICATE** [3] - 1650:9, 1650:19, 1755:16
**INDICATED** [1] - 1703:15
**INDICATING** [1] - 1636:10
**INDICATIONS** [1] - 1763:4
**INDICATIVE** [1] - 1762:16
**INDICTED** [1] - 1717:8
**INDICTMENT** [23] - 1634:5, 1638:8, 1640:7, 1640:14, 1640:19, 1642:24, 1643:2, 1643:6, 1643:11, 1643:13, 1644:15, 1644:18,

1644:21, 1645:18, 1646:20, 1650:2, 1650:6, 1650:18, 1694:7, 1701:2, 1768:17, 1768:23, 1769:5
**INDIRECTLY** [2] - 1645:15, 1712:2
**INDIVIDUALLY** [2] - 1641:3, 1769:16
**INDIVIDUALS** [7] - 1743:20, 1747:4, 1748:9, 1748:24, 1749:4, 1755:14, 1757:7, 1759:4, 1759:23, 1765:3, 1770:22
**INFANT** [1] - 1757:24
**INFERENCE** [3] - 1634:9, 1746:1, 1749:17
**INFERENCES** [3] - 1635:9, 1635:25, 1745:18
**INFORMANT** [1] - 1716:2
**INFORMANTS** [2] - 1716:7, 1752:7
**INFORMATION** [31] - 1716:4, 1716:6, 1716:7, 1722:25, 1727:2, 1727:3, 1738:2, 1739:21, 1745:4, 1752:7, 1752:9, 1752:10, 1752:15, 1757:5, 1757:11, 1757:13, 1757:14, 1758:15, 1760:21, 1762:10, 1762:12, 1763:13, 1764:5, 1764:10, 1765:9, 1770:1, 1770:19, 1770:22, 1770:23
**INFORMED** [1] - 1767:16
**INFREQUENTLY** [1] - 1754:24
**INITIAL** [1] - 1654:9
**INNOCENCE** [2] - 1634:7, 1634:8
**INNOCENT** [1] - 1711:17
**INSIDE** [4] - 1655:18, 1655:22, 1684:22, 1689:6
**INSIGNIFICANT** [1] - 1724:21
**INSTANCE** [2] - 1696:21, 1698:7

**INSTEAD** [1] - 1698:24
**INSTRUCTED** [4] - 1644:5, 1685:10, 1729:5, 1740:11
**INSTRUCTION** [12] - 1629:14, 1629:23, 1629:24, 1629:25, 1630:3, 1633:20, 1693:5, 1726:6, 1738:4, 1740:11, 1760:18, 1770:6
**INSTRUCTIONS** [35] - 1629:12, 1629:15, 1630:9, 1632:7, 1632:8, 1632:10, 1632:24, 1633:1, 1633:9, 1633:10, 1635:20, 1647:8, 1648:1, 1656:5, 1683:11, 1683:15, 1687:4, 1690:22, 1711:8, 1718:15, 1727:14, 1736:12, 1740:10, 1744:19, 1747:13, 1750:2, 1750:7, 1756:1, 1756:6, 1761:1, 1761:2, 1762:5, 1765:22, 1766:8, 1774:3
**INSULTED** [1] - 1748:5
**INTENT** [13] - 1643:9, 1645:1, 1645:16, 1645:22, 1648:4, 1648:5, 1652:10, 1712:21, 1714:7, 1760:19, 1760:21, 1764:23
**INTENTION** [1] - 1647:17
**INTENTIONALLY** [6] - 1644:23, 1645:1, 1645:15, 1646:11, 1647:9, 1728:16
**INTERACTING** [1] - 1697:9
**INTERACTION** [2] - 1694:3, 1731:18
**INTERCEPTS** [1] - 1695:4
**INTEREST** [3] - 1637:4, 1648:7, 1713:7
**INTERESTED** [1] - 1770:10
**INTERESTING** [6] - 1700:9, 1702:23, 1706:14, 1709:8,

1743:5, 1770:10
**INTERESTS** [3] - 1647:3, 1693:8, 1702:5
**INTERIM** [1] - 1754:7
**INTERNATIONAL** [1] - 1628:21
**INTERPRETATION** [1] - 1635:11
**INTERROGATION** [1] - 1641:16
**INTERRUPTING** [1] - 1630:6
**INTERVIEWED** [3] - 1717:11, 1722:8, 1757:10
**INTRODUCE** [3] - 1678:2, 1680:9, 1719:17
**INTRODUCED** [9] - 1657:12, 1666:18, 1677:7, 1698:14, 1698:16, 1698:17, 1721:16, 1723:7, 1723:9
**INTRODUCES** [1] - 1679:21
**INTRODUCTION** [3] - 1662:12, 1674:4, 1723:4
**INVESTIGATION** [11] - 1681:7, 1681:19, 1697:18, 1715:12, 1716:4, 1742:14, 1752:16, 1752:17, 1752:24, 1757:12, 1762:10
**INVESTIGATIONS** [1] - 1717:9
**INVESTIGATIVE** [1] - 1717:3
**INVESTMENT** [1] - 1694:9
**INVOLVED** [34] - 1645:25, 1650:8, 1650:20, 1681:4, 1685:8, 1688:13, 1696:5, 1704:19, 1714:3, 1717:7, 1728:24, 1730:8, 1735:24, 1738:10, 1739:23, 1740:6, 1740:9, 1744:19, 1744:21, 1744:22, 1745:9, 1751:14, 1753:7, 1756:18, 1756:20, 1760:12, 1760:15, 1760:19, 1760:20, 1760:22, 1764:5,

1764:6, 1770:14
**INVOLVEMENT** [2] - 1656:14, 1743:12
**IOWA** [1] - 1736:2
**IRONIC** [1] - 1694:17
**ISSUE** [2] - 1639:22, 1744:4
**ISSUES** [1] - 1635:20
**ITEMS** [2] - 1762:10, 1762:11
**ITSELF** [2] - 1642:13, 1644:11

**J**

**JAIL** [41] - 1657:7, 1659:22, 1661:21, 1663:19, 1663:20, 1663:23, 1664:2, 1667:5, 1667:11, 1667:13, 1668:10, 1668:14, 1668:22, 1670:18, 1670:24, 1670:25, 1671:23, 1672:6, 1672:18, 1676:17, 1677:1, 1677:6, 1677:8, 1679:13, 1679:14, 1679:15, 1679:25, 1695:11, 1696:15, 1702:6, 1719:5, 1719:9, 1719:13, 1719:21, 1720:25, 1722:17, 1723:8, 1723:15
**JAMES** [20] - 1628:19, 1660:3, 1660:7, 1664:1, 1664:16, 1666:6, 1668:13, 1670:7, 1695:16, 1699:18, 1701:13, 1704:14, 1704:16, 1704:25, 1706:3, 1706:6, 1706:15, 1714:17, 1717:16, 1751:1
**JANUARY** [7] - 1640:9, 1664:3, 1685:9, 1699:7, 1700:13, 1717:8, 1719:8
**JENNIFER** [1] - 1639:14
**JERRY** [1] - 1773:8
**JERSEY** [1] - 1727:25
**JOB** [11] - 1636:13, 1636:20, 1637:17, 1668:2, 1668:6, 1709:22, 1730:5, 1730:22, 1730:23,

1756:4
**JOBS** [1] - 1715:8
**JOE** [4] - 1664:16, 1681:3, 1694:3, 1694:14
**JOEL** [1] - 1629:2
**JOIN** [2] - 1646:4, 1753:14
**JOINED** [2] - 1645:21, 1712:3
**JOINS** [1] - 1646:11
**JOINT** [3] - 1647:21, 1647:24, 1713:18
**JOINTLY** [1] - 1648:3
**JOSH** [2] - 1673:22, 1673:23
**JUAN** [65] - 1629:1, 1630:4, 1644:17, 1644:23, 1651:13, 1652:9, 1652:25, 1654:21, 1664:7, 1681:12, 1681:16, 1683:6, 1684:5, 1684:24, 1685:3, 1685:5, 1685:17, 1686:6, 1686:9, 1686:13, 1687:10, 1687:12, 1687:24, 1688:6, 1688:9, 1688:10, 1689:5, 1689:8, 1689:12, 1691:9, 1727:18, 1730:3, 1730:12, 1730:17, 1731:4, 1731:11, 1732:2, 1732:3, 1732:6, 1732:14, 1732:19, 1734:21, 1735:4, 1736:7, 1736:13, 1736:19, 1737:3, 1737:7, 1738:1, 1739:9, 1739:18, 1740:9, 1740:20, 1740:23, 1741:3, 1741:6, 1741:10, 1742:7, 1742:9, 1742:12, 1742:16, 1747:8, 1747:11, 1769:5, 1774:8
**JUDGE** [27] - 1627:19, 1628:2, 1633:11, 1640:2, 1690:23, 1710:5, 1747:25, 1750:1, 1750:2, 1751:5, 1752:14, 1752:16, 1755:24, 1755:25, 1756:5, 1758:15, 1760:17, 1761:2, 1763:12, 1763:24, 1764:11,

1764:14, 1764:20, 1764:21
**JUDGES** [9] - 1633:3, 1633:15, 1636:18, 1648:22, 1755:24, 1756:1, 1761:25
**JUDGMENTS** [1] - 1636:21
**JULY** [6] - 1674:7, 1702:19, 1705:6, 1705:11, 1719:13, 1722:5
**JUMPS** [1] - 1732:25
**JUNE** [11] - 1666:2, 1667:20, 1674:6, 1704:11, 1705:17, 1705:19, 1705:20, 1707:3, 1719:16, 1721:14, 1722:5
**JUROR** [1] - 1649:21
**JURORS** [11] - 1633:15, 1634:3, 1648:16, 1648:20, 1652:6, 1715:9, 1743:24, 1766:9, 1766:11, 1766:13, 1769:18
**JURY** [76] - 1627:11, 1629:12, 1629:15, 1629:23, 1630:9, 1632:1, 1632:2, 1632:4, 1632:7, 1632:10, 1632:24, 1633:1, 1633:2, 1633:4, 1639:4, 1639:21, 1644:19, 1644:25, 1646:2, 1648:25, 1649:7, 1649:17, 1649:23, 1650:3, 1652:2, 1690:22, 1691:18, 1710:15, 1710:19, 1710:21, 1710:22, 1710:23, 1711:8, 1718:15, 1727:22, 1738:21, 1755:25, 1756:5, 1761:1, 1761:2, 1765:22, 1766:1, 1766:12, 1766:15, 1766:17, 1766:20, 1767:1, 1767:3, 1767:6, 1767:7, 1767:12, 1767:15, 1767:17, 1767:24, 1768:2, 1768:5, 1768:6, 1768:9, 1768:11, 1768:12, 1768:18, 1768:19, 1768:24, 1768:25, 1769:5,

1769:11, 1769:20, 1769:24, 1770:9, 1771:2, 1771:12, 1774:3
**JUSTICE** [4] - 1652:6, 1690:16, 1692:12, 1757:22
**JUSTIFIED** [1] - 1636:1

**K**

**KEEP** [15] - 1638:19, 1654:13, 1668:21, 1669:20, 1669:21, 1690:11, 1690:19, 1691:2, 1702:13, 1704:2, 1710:11, 1711:13, 1726:8, 1740:13, 1767:25
**KEEPS** [2] - 1733:3, 1741:16
**KEITH** [1] - 1629:2
**KELLEY** [1] - 1773:8
**KEMP** [14] - 1628:13, 1629:20, 1630:6, 1631:13, 1631:14, 1632:14, 1691:13, 1691:15, 1708:14, 1708:16, 1710:10, 1772:3, 1772:15, 1772:16
**KENNETH** [93] - 1653:11, 1653:12, 1653:22, 1653:23, 1659:23, 1660:13, 1660:14, 1660:18, 1660:20, 1661:5, 1661:6, 1661:9, 1661:10, 1661:12, 1661:13, 1661:15, 1661:16, 1661:17, 1661:18, 1661:21, 1663:11, 1663:16, 1663:18, 1663:20, 1664:18, 1664:21, 1664:25, 1665:1, 1665:15, 1666:13, 1666:16, 1666:18, 1667:5, 1667:14, 1669:7, 1669:10, 1669:22, 1670:9, 1670:13, 1670:17, 1671:22, 1672:1, 1672:2, 1676:5, 1676:6, 1676:23, 1676:6, 1677:7, 1677:9, 1677:13, 1678:18, 1679:25, 1695:16, 1698:9,

1699:4, 1699:10, 1699:11, 1699:12, 1700:23, 1701:9, 1701:12, 1701:15, 1701:19, 1702:3, 1702:4, 1702:6, 1702:9, 1702:14, 1702:18, 1704:20, 1704:23, 1704:24, 1705:1, 1705:4, 1705:6, 1705:10, 1706:3, 1706:7, 1707:1, 1708:18, 1708:20, 1709:25, 1710:6, 1718:6, 1719:5, 1719:8, 1726:21, 1731:19, 1751:1, 1760:1, 1760:8
**KENNETH'S** [1] - 1664:24
**KEPT** [7] - 1654:12, 1668:1, 1668:3, 1670:15, 1676:2, 1679:2, 1683:17
**KEVIN** [2] - 1759:17, 1759:18
**KEY** [1] - 1689:15
**KEYS** [5] - 1689:3, 1689:6, 1689:7, 1735:19, 1762:24
**KICKED** [1] - 1733:8
**KIDS** [9] - 1668:1, 1694:10, 1694:11, 1707:17, 1707:18, 1707:20, 1707:23, 1723:19
**KILLED** [1] - 1723:2
**KILO** [8] - 1745:10, 1745:12, 1745:15, 1745:23, 1746:4, 1746:12, 1746:15, 1746:17
**KILOGRAM** [1] - 1661:2
**KILOGRAMS** [10] - 1656:7, 1657:11, 1671:19, 1685:20, 1685:21, 1685:23, 1686:3, 1686:4, 1688:17, 1761:19
**KIM** [1] - 1662:12
**KIND** [17] - 1646:5, 1692:21, 1695:2, 1695:17, 1697:9, 1702:15, 1706:10, 1707:24, 1711:10, 1713:24, 1714:3, 1714:19, 1715:3, 1718:25, 1725:3,

1731:16, 1761:3
**KINDS** [3] - 1647:12, 1693:14, 1695:24
**KISHA** [39] - 1653:24, 1654:1, 1662:5, 1662:6, 1662:9, 1662:10, 1662:13, 1670:18, 1670:20, 1677:15, 1677:23, 1677:24, 1678:1, 1678:13, 1678:14, 1678:16, 1678:20, 1678:22, 1678:24, 1678:25, 1679:1, 1679:6, 1679:7, 1679:8, 1680:16, 1680:22, 1702:13, 1714:1, 1716:21, 1718:1, 1719:17, 1721:14, 1721:18, 1722:6, 1723:6, 1723:19, 1726:22
**KNOWING** [2] - 1646:8, 1688:12
**KNOWINGLY** [8] - 1641:8, 1644:23, 1644:25, 1645:15, 1646:11, 1647:7, 1647:13, 1647:17
**KNOWLEDGE** [12] - 1636:8, 1639:20, 1639:22, 1646:25, 1647:4, 1713:16, 1720:12, 1720:13, 1739:16, 1739:17, 1740:22, 1744:16
**KNOWN** [10] - 1642:11, 1644:24, 1653:19, 1656:20, 1658:3, 1660:24, 1662:20, 1669:16, 1671:21, 1676:5
**KNOWS** [13] - 1668:20, 1668:21, 1687:15, 1697:12, 1720:20, 1732:9, 1736:14, 1744:11, 1756:16, 1757:12, 1757:14, 1760:13, 1760:14
**KYLE** [1] - 1628:13

**L**

**LAB** [1] - 1683:2
**LACK** [2] - 1730:19, 1730:20
**LADIES** [40] - 1632:6, 1649:19, 1651:10, 1651:19, 1652:2,

1654:4, 1668:18, 1688:21, 1689:16, 1689:21, 1689:25, 1690:11, 1691:4, 1691:18, 1710:11, 1711:4, 1727:22, 1730:22, 1736:10, 1738:23, 1742:23, 1743:4, 1743:24, 1745:20, 1746:9, 1750:7, 1750:22, 1751:20, 1754:10, 1755:20, 1758:15, 1760:18, 1763:22, 1764:2, 1765:13, 1765:21, 1766:24, 1768:15, 1769:14, 1769:20
**LADY** [1] - 1701:7
**LAID** [1] - 1748:12
**LAKE** [2] - 1685:14, 1728:7
**LANE** [3] - 1685:22, 1686:5, 1696:16
**LARGE** [4] - 1656:19, 1694:9, 1694:12
**LARGER** [3] - 1694:10, 1746:25, 1748:19
**LAST** [8] - 1704:16, 1722:8, 1722:20, 1728:12, 1730:4, 1730:17, 1769:23
**LATE** [1] - 1678:24
**LAUNDRY** [4] - 1684:2, 1686:21, 1686:25, 1688:23
**LAW** [37] - 1628:14, 1628:20, 1629:3, 1633:7, 1633:12, 1633:18, 1633:23, 1634:7, 1635:21, 1636:11, 1655:23, 1655:25, 1658:9, 1662:4, 1662:6, 1670:21, 1679:5, 1679:23, 1684:20, 1694:5, 1709:16, 1711:9, 1722:13, 1730:22, 1731:18, 1732:7, 1733:13, 1746:22, 1755:25, 1762:15, 1764:10, 1764:14, 1764:19, 1764:21
**LAWFUL** [2] - 1638:13, 1691:2
**LAWS** [1] - 1645:9
**LAWYERS** [7] - 1632:9, 1632:21,

1635:5, 1635:6, 1635:12, 1738:24, 1771:7
**LAYS** [2] - 1730:13, 1745:2
**LEAD** [5] - 1636:3, 1732:15, 1745:2, 1745:19, 1758:23
**LEADING** [2] - 1740:24, 1744:3
**LEADS** [2] - 1684:20, 1714:24
**LEARN** [2] - 1683:15, 1701:3
**LEARNED** [5] - 1700:25, 1727:23, 1727:25, 1737:5, 1770:20
**LEARNING** [1] - 1693:18
**LEAST** [2] - 1657:10, 1658:8
**LEAVE** [3] - 1631:2, 1631:9, 1682:22
**LEAVING** [3] - 1677:17, 1680:6, 1685:4
**LED** [2] - 1738:8, 1738:17
**LEDGER** [1] - 1700:17
**LEDON** [12] - 1628:18, 1642:23, 1643:1, 1643:5, 1643:9, 1643:11, 1643:14, 1643:15, 1644:16, 1644:22, 1651:13, 1768:24
**LEERY** [1] - 1677:3
**LEFT** [4] - 1686:23, 1693:15, 1755:11, 1760:10
**LEGALLY** [1] - 1635:17
**LENGTH** [2] - 1642:8, 1642:15
**LESS** [6] - 1634:4, 1651:2, 1651:4, 1651:11, 1651:17, 1757:24
**LESSER** [3] - 1638:10, 1657:8, 1672:12
**LIAR** [3] - 1708:20, 1709:19, 1720:8
**LIARS** [1] - 1690:7
**LIBERTY** [1] - 1724:23
**LIE** [4] - 1690:15, 1720:7, 1720:8, 1720:9, 1720:10, 1757:2, 1757:25
**LIED** [1] - 1723:1

**LIES** [3] - 1692:18, 1709:24, 1720:4
**LIFE** [7] - 1695:23, 1697:15, 1709:15, 1726:18, 1727:23, 1728:10, 1730:8
**LIFE'S** [1] - 1745:20
**LIGHT** [3] - 1636:1, 1723:14, 1749:22
**LIKELY** [1] - 1746:24
**LIMITED** [3] - 1643:3, 1643:17, 1643:25
**LINE** [7] - 1692:8, 1747:9, 1748:10, 1749:3, 1755:20, 1755:22, 1768:20
**LINK** [2] - 1759:21
**LIQUID** [2] - 1683:20, 1687:7
**LIST** [6] - 1701:2, 1737:24, 1767:10, 1767:11, 1771:17, 1771:19
**LISTEN** [4] - 1644:2, 1687:9, 1743:15, 1744:2
**LISTENED** [1] - 1732:5
**LISTENING** [1] - 1691:24
**LIVE** [1] - 1704:4
**LIVED** [14] - 1654:15, 1657:20, 1657:22, 1661:3, 1661:24, 1665:6, 1665:21, 1666:1, 1668:4, 1672:15, 1672:22, 1676:11, 1704:2, 1737:1
**LIVES** [3] - 1704:6, 1727:7, 1733:24
**LIVING** [16] - 1654:8, 1665:23, 1669:25, 1673:13, 1675:18, 1677:11, 1689:6, 1695:22, 1695:23, 1700:15, 1704:12, 1707:3, 1707:4, 1707:8, 1718:24, 1733:13
**LOANED** [4] - 1686:16, 1689:2, 1735:22, 1735:23
**LOCAL** [1] - 1694:5
**LOCATED** [2] - 1658:10, 1686:21
**LOCATION** [11] - 1654:14, 1663:16, 1666:9, 1669:6, 1682:16, 1684:18,

1686:12, 1687:20, 1688:4, 1737:5, 1762:24
**LOCATIONS** [4] - 1661:9, 1677:18, 1736:25, 1752:13
**LOCKED** [3] - 1653:12, 1653:24, 1760:11
**LODGE** [1] - 1630:8
**LOFT** [2] - 1695:23, 1696:16
**LOGIC** [2] - 1754:10, 1754:16
**LOOK** [35] - 1682:20, 1688:4, 1693:2, 1697:1, 1704:16, 1710:4, 1712:6, 1712:9, 1713:4, 1713:11, 1713:14, 1713:23, 1714:8, 1714:24, 1717:25, 1718:16, 1719:4, 1720:3, 1720:19, 1721:1, 1722:22, 1723:22, 1724:2, 1725:15, 1725:25, 1740:10, 1741:15, 1743:16, 1743:18, 1746:5, 1750:21, 1756:6, 1758:24, 1762:3
**LOOKED** [2] - 1686:20, 1703:9
**LOOKING** [6] - 1690:15, 1698:22, 1704:19, 1743:15, 1757:23, 1763:16
**LOSE** [2] - 1746:8, 1749:19
**LOST** [2] - 1748:8, 1754:7
**LOVE** [1] - 1729:4
**LOYAL** [3] - 1740:3, 1753:5, 1753:11
**LOYALTY** [1] - 1753:8
**LUCRATIVE** [1] - 1746:11
**LUNCH** [13] - 1765:24, 1765:25, 1766:2, 1766:3, 1766:4, 1766:5, 1766:6, 1766:25, 1767:8, 1767:17, 1767:19, 1767:21, 1767:23
**LYING** [2] - 1690:8, 1757:3

# M

**MAD** [1] - 1729:24
**MAGNUM** [5] - 1673:12, 1673:14, 1675:11, 1675:20, 1675:23
**MAIN** [1] - 1760:3
**MAJOR** [2] - 1695:20, 1707:7
**MALL** [11] - 1654:16, 1657:20, 1658:11, 1663:9, 1669:17, 1675:15, 1685:13, 1685:14, 1685:22, 1686:5, 1695:24
**MAN** [12] - 1687:25, 1723:13, 1728:22, 1730:5, 1730:6, 1730:10, 1730:18, 1731:24, 1733:3, 1741:18, 1742:1, 1742:24
**MANIPULATE** [1] - 1702:5
**MANNER** [2] - 1642:13, 1740:23
**MANUEL** [34] - 1653:5, 1653:9, 1653:12, 1654:10, 1654:23, 1655:4, 1655:8, 1655:10, 1655:12, 1655:14, 1656:6, 1656:9, 1656:14, 1656:19, 1657:1, 1657:3, 1657:5, 1657:7, 1657:11, 1658:3, 1658:5, 1659:12, 1671:9, 1682:1, 1696:21, 1696:24, 1697:3, 1697:12, 1697:14, 1706:18, 1735:10, 1735:14, 1759:24
**MAP** [2] - 1711:10, 1727:1
**MARANDA** [1] - 1700:18
**MARCELENO** [2] - 1717:17, 1759:25
**MARCH** [5] - 1664:3, 1676:21, 1676:24, 1719:9
**MARIE** [9] - 1673:10, 1673:11, 1673:19, 1674:16, 1675:18, 1680:23, 1722:4, 1726:22
**MARISA** [1] - 1673:10

**MARK** [1] - 1639:9
**MARRIED** [3] - 1661:12, 1676:5, 1679:9
**MARSHAL** [1] - 1772:8
**MASTER** [3] - 1707:10, 1707:11, 1707:14
**MATA** [42] - 1654:20, 1681:3, 1681:7, 1681:14, 1681:19, 1681:23, 1682:4, 1682:7, 1682:25, 1684:3, 1688:5, 1688:10, 1688:20, 1689:1, 1689:20, 1694:3, 1694:14, 1717:15, 1731:6, 1731:10, 1731:14, 1732:10, 1732:17, 1734:21, 1737:7, 1737:9, 1738:8, 1738:17, 1739:9, 1740:23, 1742:9, 1744:24, 1744:25, 1745:3, 1745:7, 1747:18, 1752:3, 1753:3, 1754:3, 1763:15
**MATCH** [2] - 1759:8, 1759:10
**MATCHES** [1] - 1758:21
**MATH** [1] - 1693:15
**MATTER** [2] - 1748:8, 1764:19
**MATTERS** [4] - 1639:24, 1642:7, 1720:24, 1764:19
**MCDONALD** [1] - 1639:10
**MCDONALD'S** [1] - 1668:25
**MCKINNEY** [2] - 1663:3, 1668:25
**MEAN** [12] - 1636:16, 1640:1, 1693:12, 1698:6, 1698:22, 1704:6, 1705:1, 1735:21, 1740:8, 1748:19, 1750:10, 1750:14
**MEANS** [5] - 1647:8, 1648:4, 1684:10, 1728:15, 1750:11
**MEANTIME** [1] - 1766:22
**MEDICATION** [3] - 1725:5, 1725:9,

1725:14
**MEDINA** [1] - 1639:17
**MEET** [21] - 1659:6, 1659:10, 1665:5, 1665:15, 1671:12, 1673:9, 1673:15, 1676:16, 1676:19, 1677:17, 1677:19, 1678:7, 1678:10, 1678:15, 1680:7, 1682:15, 1686:2, 1686:9, 1698:5, 1700:4, 1704:7
**MEETING** [5] - 1659:2, 1674:3, 1680:7, 1701:12, 1723:18
**MEETINGS** [1] - 1694:5
**MEETS** [1] - 1682:18
**MELISSA** [14] - 1660:4, 1660:6, 1664:10, 1666:6, 1668:13, 1698:11, 1698:12, 1698:13, 1699:18, 1700:19, 1704:14, 1705:16, 1705:20, 1706:15
**MELVIN** [8] - 1670:11, 1670:15, 1670:17, 1670:19, 1673:22, 1679:9, 1679:14, 1679:16
**MEMBER** [9] - 1646:5, 1646:6, 1646:7, 1650:12, 1650:13, 1690:3, 1694:15, 1761:4, 1761:5
**MEMBERS** [4] - 1633:2, 1646:21, 1652:3, 1770:5
**MEMORIES** [1] - 1726:23
**MEMORY** [12] - 1637:8, 1703:16, 1718:14, 1718:17, 1720:17, 1720:22, 1721:22, 1722:9, 1727:2, 1739:1
**MEN** [1] - 1755:10
**MENTAL** [1] - 1641:15
**MENTION** [1] - 1717:18
**MENTIONED** [5] - 1642:3, 1709:9, 1709:11, 1716:3, 1719:12
**MENTIONING** [1] - 1693:14
**MENTIONS** [1] - 1687:16

**MERE** [4] - 1646:24, 1646:25, 1648:20, 1693:6
**MERELY** [1] - 1639:25
**MERIT** [1] - 1727:24
**MESSAGE** [2] - 1649:11, 1649:14
**MESSING** [8] - 1653:14, 1660:3, 1665:18, 1668:14, 1668:21, 1671:7, 1695:7, 1703:23
**MET** [39] - 1654:1, 1658:18, 1659:25, 1660:10, 1661:5, 1661:7, 1661:23, 1662:6, 1662:8, 1662:9, 1662:10, 1662:12, 1665:22, 1665:23, 1668:6, 1668:24, 1669:6, 1669:16, 1670:25, 1671:1, 1672:1, 1673:25, 1674:1, 1675:18, 1677:4, 1679:24, 1686:13, 1686:19, 1696:12, 1698:7, 1698:11, 1700:8, 1700:22, 1701:7, 1705:17, 1729:7, 1742:18, 1742:20, 1759:2
**METH** [8] - 1670:8, 1675:7, 1681:15, 1682:6, 1686:3, 1702:7, 1722:9, 1729:15
**METHAMPHETAMIN E** [233] - 1645:3, 1645:4, 1645:16, 1645:18, 1645:25, 1646:1, 1650:8, 1650:10, 1650:13, 1650:22, 1650:23, 1650:25, 1651:1, 1651:3, 1651:11, 1651:18, 1652:11, 1652:12, 1652:20, 1653:2, 1653:5, 1653:18, 1653:20, 1654:2, 1654:4, 1654:10, 1654:12, 1654:17, 1654:22, 1654:23, 1655:1, 1655:2, 1655:4, 1655:6, 1655:8, 1655:11, 1655:13, 1656:8, 1656:11, 1656:15, 1656:16, 1656:17, 1656:25,

1657:1, 1657:4, 1657:6, 1657:11, 1657:19, 1657:21, 1657:23, 1657:25, 1658:1, 1658:6, 1658:8, 1658:10, 1658:12, 1658:15, 1658:18, 1658:19, 1658:20, 1658:22, 1658:24, 1658:25, 1659:13, 1659:14, 1659:19, 1660:7, 1660:16, 1660:22, 1660:25, 1661:2, 1661:9, 1661:16, 1661:19, 1661:24, 1661:25, 1662:14, 1662:24, 1663:1, 1663:5, 1663:8, 1663:10, 1663:17, 1664:12, 1664:20, 1664:22, 1665:2, 1665:3, 1665:7, 1666:5, 1666:7, 1666:11, 1666:13, 1666:15, 1666:17, 1666:21, 1666:23, 1667:2, 1667:14, 1667:25, 1669:8, 1669:10, 1669:23, 1670:4, 1670:6, 1670:10, 1671:16, 1671:18, 1671:19, 1671:25, 1672:4, 1672:9, 1672:15, 1672:18, 1672:21, 1673:1, 1673:5, 1673:6, 1673:7, 1673:17, 1673:21, 1673:25, 1674:5, 1674:10, 1674:13, 1674:14, 1674:18, 1674:20, 1674:22, 1675:14, 1675:20, 1675:22, 1675:24, 1676:9, 1676:12, 1676:18, 1676:20, 1676:25, 1677:2, 1677:16, 1677:20, 1678:8, 1678:23, 1679:3, 1679:6, 1679:11, 1679:12, 1679:17, 1679:20, 1680:3, 1680:5, 1680:8, 1680:15, 1680:18, 1680:20, 1680:21, 1680:24, 1681:1, 1681:5, 1681:8, 1681:10, 1682:8, 1682:11, 1682:12, 1682:13,

1682:19, 1682:20, 1682:22, 1683:7, 1683:10, 1683:13, 1683:21, 1683:22, 1684:1, 1684:9, 1684:11, 1684:19, 1685:8, 1685:21, 1686:4, 1686:7, 1686:11, 1686:14, 1686:21, 1686:25, 1687:1, 1687:4, 1687:5, 1687:6, 1687:7, 1688:18, 1688:20, 1688:23, 1690:4, 1691:10, 1698:15, 1699:3, 1701:25, 1707:11, 1707:24, 1721:21, 1721:23, 1722:10, 1722:20, 1722:23, 1723:2, 1723:15, 1723:23, 1724:5, 1745:10, 1745:12, 1745:15, 1745:23, 1746:4, 1746:5, 1746:12, 1746:15, 1746:17, 1761:20, 1761:21, 1764:24, 1765:1, 1768:22, 1768:25, 1769:2, 1769:3, 1769:7, 1769:9, 1769:10

**METHAMPHETAMIN ES** [6] - 1696:17, 1697:20, 1702:11, 1702:21, 1703:4, 1708:8

**MEXICO** [18] - 1652:23, 1654:10, 1657:23, 1681:11, 1695:20, 1728:24, 1729:9, 1729:10, 1729:12, 1733:17, 1733:20, 1733:23, 1739:6, 1746:10, 1747:5, 1751:10, 1761:14, 1765:10

**MICHAEL** [3] - 1654:11, 1656:12, 1735:8

**MIDDLE** [1] - 1683:24

**MIDDLEMAN** [1] - 1747:21

**MIGHT** [3] - 1635:9, 1639:20, 1722:16

**MIKE** [72] - 1654:24, 1654:25, 1655:6, 1656:20, 1656:23, 1656:24, 1657:6, 1657:7, 1658:4,

1658:13, 1658:18, 1659:9, 1660:5, 1665:10, 1665:13, 1665:14, 1665:15, 1666:18, 1666:19, 1666:21, 1667:9, 1667:11, 1667:15, 1667:16, 1668:7, 1668:8, 1668:10, 1668:16, 1668:24, 1671:1, 1671:6, 1671:8, 1672:4, 1672:19, 1677:4, 1677:8, 1696:5, 1696:8, 1696:17, 1697:8, 1697:19, 1697:21, 1697:24, 1698:5, 1698:7, 1698:14, 1698:20, 1698:21, 1699:1, 1699:5, 1699:7, 1699:16, 1699:19, 1700:9, 1700:12, 1700:14, 1700:20, 1701:5, 1703:3, 1703:23, 1706:20, 1708:1, 1708:2, 1708:3, 1708:10

**MIKE'S** [4] - 1656:23, 1665:14, 1666:20, 1699:23

**MILEAGE** [1] - 1770:3

**MILLION** [1] - 1748:21

**MILLION-DOLLAR** [1] - 1748:21

**MILLIONAIRE** [1] - 1748:20

**MIND** [10] - 1637:19, 1638:19, 1643:9, 1648:17, 1690:11, 1690:19, 1691:2, 1692:12, 1696:19, 1702:13, 1704:2, 1706:21, 1711:14, 1726:8, 1740:13, 1754:7

**MINOR** [1] - 1646:14

**MINUTE** [9] - 1631:1, 1631:7, 1631:16, 1631:20, 1631:24, 1692:25, 1693:2, 1718:18

**MINUTES** [23] - 1630:14, 1630:15, 1630:17, 1630:18, 1631:1, 1631:6, 1631:10, 1631:15, 1631:19, 1631:24, 1632:18, 1632:20, 1632:22, 1666:23,

1708:15, 1710:16, 1710:17, 1765:5, 1766:3, 1766:5, 1766:7, 1768:5, 1771:4

**MISSY** [2] - 1666:6, 1705:20

**MISTAKE** [2] - 1643:16, 1647:9

**MIXTURE** [10] - 1645:2, 1645:17, 1645:25, 1650:21, 1650:24, 1651:2, 1652:11, 1768:21, 1769:1, 1769:8

**MOMENT** [1] - 1738:16

**MONEY** [67] - 1654:12, 1656:11, 1656:13, 1657:21, 1658:7, 1659:15, 1667:22, 1668:2, 1670:7, 1670:9, 1673:4, 1676:18, 1677:9, 1677:19, 1678:7, 1680:6, 1680:10, 1681:13, 1681:14, 1681:21, 1682:6, 1685:10, 1685:11, 1685:15, 1685:17, 1685:25, 1688:14, 1695:7, 1700:3, 1703:24, 1704:15, 1712:23, 1713:2, 1714:5, 1714:10, 1714:13, 1714:14, 1716:12, 1729:18, 1729:19, 1732:20, 1733:14, 1733:15, 1733:19, 1733:20, 1733:23, 1734:4, 1734:5, 1734:8, 1736:1, 1736:5, 1736:20, 1741:4, 1745:6, 1745:16, 1746:20, 1747:1, 1748:24, 1749:7, 1749:18, 1749:19, 1751:10, 1752:4, 1761:13, 1761:14, 1765:11

**MONEYS** [1] - 1748:13

**MONITOR** [3] - 1663:12, 1671:13, 1671:15

**MONTH** [4] - 1704:11, 1705:10, 1705:23, 1706:9

**MONTHS** [10] -

1659:23, 1663:22, 1665:18, 1672:8, 1703:13, 1703:14, 1703:17, 1718:18, 1770:12

**MORNING** [4] - 1652:2, 1691:18, 1711:4, 1725:4

**MOST** [15] - 1634:24, 1635:7, 1689:22, 1696:22, 1697:15, 1698:24, 1702:24, 1704:18, 1708:17, 1709:14, 1726:5, 1742:17, 1749:13, 1770:15

**MOSTLY** [1] - 1758:18

**MOTHER** [3] - 1666:10, 1704:5, 1733:13

**MOTHER'S** [1] - 1665:25

**MOTHER-IN-LAW** [1] - 1733:13

**MOTION** [2] - 1771:15, 1772:6

**MOTIVATES** [1] - 1723:25

**MOTIVE** [4] - 1643:12, 1715:7, 1717:21, 1721:1

**MOUSE** [1] - 1692:22

**MOUTH** [1] - 1737:23

**MOVE** [3] - 1684:15, 1684:25, 1687:19

**MOVED** [7] - 1659:15, 1665:25, 1667:20, 1670:2, 1753:1, 1762:22

**MOVES** [2] - 1688:7, 1689:14

**MOVING** [4] - 1684:23, 1693:12, 1701:20, 1703:5

**MULTIPLE** [4] - 1629:14, 1629:24, 1630:3, 1630:8, 1630:9, 1662:17, 1692:15, 1705:12

**MULTIPLE-CONSPIRACIES** [1] - 1629:24

**MULTIPLE-CONSPIRACY** [1] - 1630:3

**MUST** [25] - 1633:7, 1633:21, 1634:12, 1635:2, 1635:14, 1635:16, 1636:15, 1636:16, 1639:3,

1640:1, 1641:21, 1641:23, 1642:20, 1642:25, 1645:12, 1646:20, 1648:9, 1648:14, 1650:6, 1650:7, 1650:19, 1703:25, 1731:13, 1737:5

**N**

**NAME** [10] - 1655:24, 1661:11, 1673:11, 1676:1, 1696:23, 1709:9, 1709:12, 1716:3, 1719:12, 1759:17

**NAMED** [6] - 1638:7, 1661:7, 1701:8, 1729:9, 1733:11, 1738:11

**NAMES** [5] - 1700:18, 1701:1, 1701:3, 1708:12, 1731:22

**NARCOTICS** [4] - 1639:19, 1697:20, 1713:19, 1716:11

**NATURE** [1] - 1646:10

**NAUSEAM** [3] - 1690:13, 1724:9, 1756:24

**NEAR** [6] - 1640:13, 1657:20, 1658:10, 1663:8, 1685:14, 1685:22

**NECESSARILY** [5] - 1638:2, 1647:3, 1693:8, 1706:10, 1711:13

**NECESSARY** [2] - 1634:15, 1643:9

**NEED** [26] - 1646:15, 1646:18, 1649:10, 1651:15, 1707:8, 1710:12, 1711:11, 1711:12, 1711:23, 1712:19, 1713:11, 1715:20, 1722:17, 1724:24, 1724:25, 1725:5, 1725:6, 1727:10, 1729:1, 1731:23, 1732:22, 1736:3, 1738:25, 1766:5, 1769:14, 1770:1

**NEEDED** [7] - 1655:20, 1681:24, 1728:24, 1728:25, 1729:1, 1742:9, 1766:11

**NEEDS** [6] - 1682:11, 1684:12, 1688:2, 1720:20, 1721:25, 1760:22
**NEGOTIATED** [2] - 1754:21, 1754:22
**NEGOTIATION** [2] - 1754:22, 1754:25
**NEIGHBOR** [3] - 1659:21, 1672:16, 1677:12
**NEIGHBORS** [1] - 1770:5
**NEVER** [30] - 1638:21, 1639:6, 1648:10, 1649:16, 1687:11, 1687:14, 1692:14, 1695:2, 1696:12, 1698:7, 1701:8, 1702:1, 1702:18, 1702:19, 1702:21, 1706:7, 1706:11, 1708:21, 1708:22, 1709:8, 1713:1, 1713:2, 1713:3, 1722:25, 1726:10, 1726:13, 1740:15, 1742:18, 1742:20
**NEW** [3] - 1704:20, 1711:5, 1727:25
**NEWBERRY** [1] - 1710:21
**NEWS** [1] - 1741:22
**NEXT** [19] - 1642:16, 1649:19, 1650:24, 1660:23, 1662:25, 1665:6, 1666:1, 1668:4, 1672:16, 1677:12, 1678:18, 1682:23, 1686:24, 1704:2, 1704:12, 1721:4, 1766:3, 1766:7, 1768:20
**NEXT-DOOR** [2] - 1672:16, 1677:12
**NGUYEN** [37] - 1652:22, 1653:2, 1654:6, 1654:17, 1654:25, 1655:5, 1655:10, 1655:12, 1655:17, 1656:5, 1656:11, 1656:13, 1657:16, 1658:14, 1663:4, 1663:5, 1663:7, 1664:5, 1664:13, 1681:7, 1681:15, 1681:18, 1686:17, 1695:21, 1695:22, 1697:7, 1697:13, 1697:21,

1717:15, 1735:9, 1748:11, 1748:15, 1759:24, 1762:23, 1762:25
**NGUYEN'S** [13] - 1653:4, 1655:9, 1655:14, 1655:23, 1655:25, 1656:1, 1656:10, 1657:18, 1658:7, 1663:8, 1681:22, 1685:24
**NICHOLAS** [1] - 1639:13
**NINE** [1] - 1662:22
**NOBODY** [3] - 1725:1, 1736:15, 1758:4
**NONE** [6] - 1695:1, 1695:5, 1695:14, 1725:18, 1756:3, 1756:4
**NONETHELESS** [1] - 1702:11
**NORMALLY** [2] - 1676:2, 1684:11
**NORTH** [2] - 1657:2, 1700:22
**NORTHPARK** [6] - 1654:16, 1657:20, 1658:10, 1663:9, 1685:14, 1695:24
**NOTE** [3] - 1630:10, 1640:7, 1767:8
**NOTEPAD** [1] - 1691:24
**NOTES** [4] - 1628:1, 1691:23, 1739:1, 1769:25
**NOTHING** [7] - 1634:4, 1717:18, 1732:10, 1737:8, 1741:18, 1742:1
**NOTICE** [1] - 1635:9
**NOTICED** [1] - 1694:24
**NOTION** [1] - 1633:22
**NOTIONS** [1] - 1764:17
**NOVEMBER** [9] - 1657:19, 1676:15, 1676:21, 1676:23, 1678:17, 1678:19, 1717:7, 1718:8, 1719:5
**NUMBER** [8] - 1649:1, 1686:8, 1694:12, 1699:7, 1699:8, 1737:24, 1745:7
**NUMBERS** [3] - 1693:15, 1710:8, 1749:20

**NUMERICALLY** [1] - 1649:17
**NUMEROUS** [4] - 1700:9, 1736:18, 1736:19, 1749:4

---

## O

**OATH** [2] - 1634:2, 1763:17
**OBJECT** [2] - 1629:23, 1738:12
**OBJECTION** [6] - 1630:2, 1630:8, 1772:1, 1772:2, 1772:3, 1772:4
**OBJECTIONS** [6] - 1629:16, 1629:17, 1629:19, 1629:20, 1635:5, 1635:13
**OBJECTIVES** [1] - 1646:23
**OBLONG** [1] - 1686:22
**OBLONG-SHAPED** [1] - 1686:22
**OBSERVATION** [1] - 1702:23
**OBSERVE** [4] - 1642:5, 1642:8, 1642:17, 1717:1
**OBSERVED** [1] - 1642:11
**OBSTRUCTION** [2] - 1690:16, 1757:21
**OBTAIN** [2] - 1654:3, 1679:20
**OBTAINED** [3] - 1658:19, 1676:12, 1682:25
**OBTAINING** [1] - 1654:2
**OBVIOUSLY** [13] - 1692:10, 1693:11, 1694:9, 1695:18, 1699:10, 1701:8, 1705:3, 1705:19, 1711:21, 1714:13, 1717:23, 1721:4, 1752:12
**OCCASION** [7] - 1646:12, 1655:16, 1675:22, 1682:10, 1744:20, 1744:23
**OCCASIONALLY** [1] - 1766:11
**OCCASIONS** [7] - 1642:25, 1643:8, 1688:14, 1688:16, 1736:19, 1745:7

**OCCUPATION** [1] - 1641:14
**OCCURRED** [3] - 1666:2, 1690:25, 1731:13
**OCTOBER** [1] - 1664:18
**OFFENSE** [9] - 1638:11, 1638:24, 1640:8, 1640:18, 1641:22, 1641:25, 1642:20, 1644:17, 1764:12
**OFFENSES** [3] - 1641:22, 1641:25, 1743:20
**OFFENSIVE** [1] - 1715:3
**OFFER** [1] - 1735:3
**OFFERED** [3] - 1639:19, 1760:23, 1771:20
**OFFICE** [2] - 1628:8, 1770:11
**OFFICER** [17] - 1632:2, 1649:12, 1710:14, 1710:22, 1717:16, 1717:18, 1762:18, 1762:19, 1766:1, 1767:5, 1767:17, 1768:8, 1768:14, 1770:18, 1771:2, 1771:11
**OFFICIAL** [1] - 1773:9
**OLIVE** [2] - 1678:10, 1680:11
**ONCE** [22] - 1656:15, 1659:21, 1659:25, 1662:2, 1665:13, 1665:18, 1667:12, 1669:10, 1671:19, 1671:23, 1684:8, 1687:16, 1689:9, 1700:9, 1705:2, 1713:5, 1723:13, 1743:18, 1757:17, 1764:8, 1764:9, 1770:24
**ONE** [126] - 1633:3, 1633:20, 1636:7, 1637:21, 1637:23, 1638:15, 1641:3, 1644:17, 1646:7, 1646:12, 1647:21, 1648:12, 1649:1, 1649:25, 1652:22, 1654:6, 1654:18, 1655:1, 1655:9, 1655:12, 1655:14, 1656:3, 1656:9,

1656:20, 1657:13, 1657:15, 1658:4, 1658:20, 1658:23, 1659:3, 1659:4, 1659:14, 1660:7, 1660:9, 1661:2, 1661:4, 1664:2, 1664:19, 1667:8, 1669:1, 1669:18, 1670:22, 1672:5, 1672:7, 1672:22, 1673:12, 1673:17, 1673:19, 1675:8, 1675:13, 1675:22, 1677:12, 1680:24, 1681:24, 1682:1, 1682:10, 1685:24, 1689:23, 1690:2, 1690:17, 1691:8, 1694:19, 1695:2, 1695:6, 1696:20, 1700:15, 1701:6, 1701:13, 1703:7, 1703:10, 1704:5, 1704:25, 1708:12, 1709:1, 1711:12, 1714:20, 1717:19, 1718:18, 1719:24, 1719:25, 1721:18, 1730:12, 1731:16, 1734:12, 1735:2, 1735:17, 1738:1, 1738:14, 1739:18, 1739:19, 1741:2, 1741:9, 1741:13, 1742:6, 1743:22, 1744:19, 1744:20, 1744:23, 1745:15, 1746:4, 1746:21, 1749:12, 1749:15, 1750:5, 1750:12, 1750:14, 1750:17, 1750:18, 1751:7, 1754:23, 1757:7, 1757:14, 1758:8, 1761:12, 1761:16, 1762:9, 1762:13, 1763:12
**ONE-GRAM** [1] - 1746:21
**ONES** [1] - 1690:22
**OPEN** [13] - 1630:20, 1632:4, 1632:12, 1657:16, 1710:15, 1710:19, 1710:23, 1735:1, 1767:6, 1768:2, 1768:9, 1768:16, 1771:12
**OPENING** [3] - 1630:23, 1692:6, 1692:20

OPERATION [1] - 1760:11
OPINION [7] - 1633:22, 1635:19, 1639:24, 1640:1, 1640:2, 1640:6, 1648:20
OPINIONS [1] - 1648:17
OPPORTUNITY [13] - 1637:11, 1642:5, 1642:16, 1643:12, 1698:5, 1700:10, 1704:6, 1708:5, 1709:24, 1710:1, 1710:8, 1733:5, 1754:8
OPTION [1] - 1651:17
ORAL [1] - 1643:21
ORCHESTRATING [1] - 1695:8
ORDER [10] - 1665:12, 1668:21, 1673:4, 1677:17, 1678:21, 1680:6, 1690:9, 1720:10, 1730:25, 1742:10
ORDERS [3] - 1656:17, 1753:9, 1753:10
ORDINARY [1] - 1639:5
ORGANIZATION [6] - 1653:3, 1668:23, 1681:18, 1748:12, 1751:17, 1761:11
ORIGINALLY [1] - 1705:2
OTHERWISE [6] - 1635:9, 1638:11, 1649:18, 1747:25, 1750:2, 1755:17
OUGHT [1] - 1633:23
OUNCE [20] - 1655:1, 1658:20, 1658:21, 1658:23, 1660:8, 1660:10, 1664:14, 1664:15, 1664:19, 1669:18, 1672:12, 1672:13, 1672:23, 1680:13, 1680:14, 1705:5, 1705:21, 1749:15
OUNCES [31] - 1656:23, 1657:5, 1659:2, 1659:4, 1659:8, 1659:23, 1660:13, 1661:10, 1661:22, 1662:15, 1662:21, 1662:22,

1668:9, 1669:1, 1669:2, 1671:2, 1671:4, 1671:10, 1672:7, 1672:23, 1673:6, 1673:7, 1675:24, 1676:14, 1701:10, 1701:20, 1701:22, 1704:13, 1705:8, 1705:9, 1729:23
OUTCOME [1] - 1637:5
OUTLET [1] - 1676:16
OUTSIDE [3] - 1641:7, 1684:24, 1733:21
OVERALL [1] - 1645:24, 1650:11, 1713:13, 1714:20
OVERARCHING [1] - 1714:23
OVERHEAR [1] - 1674:12
OVERLOOK [2] - 1755:6, 1755:8
OVERNIGHT [2] - 1682:23, 1686:23
OWED [3] - 1678:7, 1680:10, 1729:3
OWN [34] - 1633:22, 1634:25, 1635:10, 1635:22, 1644:8, 1644:10, 1644:12, 1648:17, 1678:5, 1679:7, 1681:2, 1694:18, 1696:1, 1698:23, 1700:11, 1707:14, 1708:7, 1708:10, 1708:13, 1714:1, 1714:2, 1714:3, 1714:7, 1714:16, 1714:19, 1721:10, 1723:5, 1723:23, 1726:6, 1739:1, 1753:12, 1760:9
OWNED [2] - 1655:17, 1666:10

P

P.D [3] - 1681:5, 1694:6
PACKAGE [2] - 1656:16, 1686:22
PACKAGES [1] - 1686:19
PAGE [4] - 1627:15, 1627:17, 1761:2, 1761:23
PAGES [3] - 1627:13,

1649:19, 1773:3
PAID [16] - 1664:12, 1666:11, 1667:11, 1667:12, 1668:10, 1674:7, 1674:9, 1676:1, 1696:6, 1705:5, 1729:13, 1729:14, 1759:3, 1766:15, 1769:24, 1770:2
PANS [2] - 1683:19, 1771:23
PARAGRAPH [1] - 1740:12
PARK [7] - 1628:9, 1658:10, 1685:14, 1685:22, 1686:5, 1696:16, 1727:24
PARKING [2] - 1697:5, 1735:19
PARKWAY [2] - 1628:21, 1629:4
PAROLE [3] - 1718:9, 1720:23
PART [15] - 1632:19, 1636:20, 1636:22, 1646:14, 1689:24, 1689:25, 1692:20, 1710:3, 1738:14, 1747:10, 1751:16, 1751:17, 1753:19, 1753:20, 1756:2
PARTIAL [1] - 1643:20
PARTICIPATE [1] - 1744:17
PARTICIPATED [1] - 1646:13
PARTICULAR [7] - 1633:13, 1637:2, 1637:22, 1642:4, 1652:19, 1664:7, 1664:17
PARTICULARLY [1] - 1644:2
PARTIES [2] - 1634:3, 1732:8
PARTNER [12] - 1653:11, 1653:22, 1659:24, 1660:14, 1660:20, 1661:19, 1665:2, 1669:8, 1669:23, 1701:16, 1701:25, 1707:1
PARTNERS [8] - 1661:18, 1663:18, 1666:17, 1667:6, 1672:3, 1676:8, 1760:4, 1760:6
PARTNERSHIP [12] - 1646:5, 1669:13,

1669:25, 1701:24, 1702:3, 1708:24, 1709:5, 1709:6, 1751:6, 1761:4, 1764:16, 1764:18
PARTS [1] - 1693:12
PASS [1] - 1723:25
PAY [6] - 1667:4, 1675:22, 1679:16, 1712:18, 1712:19, 1749:19
PAYING [7] - 1658:21, 1667:9, 1670:20, 1672:11, 1673:8, 1691:23, 1747:20
PAYMENTS [1] - 1670:13
PAYS [1] - 1679:19
PEARSON [1] - 1766:10
PELON [5] - 1653:19, 1660:25, 1661:1, 1747:5
PEOPLE [51] - 1683:25, 1686:8, 1686:10, 1686:13, 1686:19, 1694:12, 1695:13, 1696:4, 1697:23, 1698:6, 1704:19, 1705:12, 1706:2, 1706:24, 1715:10, 1715:12, 1716:6, 1716:14, 1717:1, 1721:24, 1722:1, 1723:24, 1724:4, 1727:7, 1727:8, 1732:16, 1733:20, 1733:22, 1735:6, 1735:24, 1742:17, 1742:19, 1743:15, 1746:10, 1747:22, 1747:24, 1748:17, 1752:8, 1755:12, 1756:12, 1756:17, 1756:20, 1757:4, 1757:9, 1757:13, 1759:15, 1759:21, 1760:5, 1761:6, 1762:7
PEOPLE'S [3] - 1701:1, 1701:3, 1727:7
PER [6] - 1659:3, 1660:8, 1661:4, 1662:21, 1662:22, 1720:15
PERALES [31] - 1653:18, 1653:20, 1653:24, 1654:2, 1660:23, 1701:6,

1701:7, 1701:10, 1701:13, 1701:15, 1701:19, 1701:20, 1702:8, 1702:11, 1703:2, 1709:2, 1712:10, 1713:1, 1713:4, 1714:15, 1716:18, 1716:19, 1717:20, 1717:23, 1718:4, 1718:10, 1719:7, 1719:16, 1721:16, 1726:21, 1748:11
PERALES'S [1] - 1702:20
PERCENT [4] - 1652:13, 1683:23, 1705:24, 1757:8
PERFECTLY [2] - 1759:8, 1759:11
PERHAPS [2] - 1741:9, 1766:18
PERIOD [8] - 1639:2, 1704:11, 1705:23, 1706:9, 1707:2, 1707:3, 1736:23, 1751:14
PERIODS [1] - 1759:8
PERJURY [3] - 1690:16, 1724:10, 1757:22
PERMITTED [2] - 1635:16, 1635:25
PERPETRATOR [2] - 1641:24, 1642:20
PERSON [58] - 1636:23, 1637:1, 1638:25, 1640:20, 1642:6, 1642:8, 1642:11, 1647:4, 1647:13, 1647:16, 1647:19, 1647:21, 1648:6, 1649:16, 1685:13, 1685:21, 1686:5, 1689:17, 1694:5, 1696:4, 1696:23, 1705:15, 1708:17, 1711:16, 1720:14, 1721:4, 1721:8, 1722:19, 1726:13, 1728:13, 1729:8, 1729:12, 1729:23, 1731:22, 1741:14, 1743:8, 1743:9, 1744:19, 1747:20, 1750:13, 1750:14, 1750:16, 1750:18, 1751:6, 1751:7, 1752:9, 1754:7, 1756:2,

1756:3, 1756:8, 1757:16, 1757:18, 1757:19, 1758:6, 1758:7
PERSON'S [1] - 1758:19
PERSONAL [5] - 1637:4, 1720:12, 1720:13, 1745:1, 1763:15
PERSONS [11] - 1640:20, 1644:24, 1645:14, 1646:4, 1646:21, 1647:1, 1647:19, 1647:23, 1693:6, 1712:1, 1751:3
PERTAINING [1] - 1641:2
PETRAZIO [15] - 1629:2, 1630:2, 1631:22, 1631:23, 1632:15, 1727:17, 1727:19, 1738:19, 1739:2, 1739:3, 1743:1, 1752:19, 1772:4, 1772:17, 1772:18
PHARMACEUTICAL [1] - 1725:8
PHELAN [1] - 1639:12
PHONE [32] - 1667:1, 1683:14, 1686:8, 1689:10, 1689:15, 1695:4, 1716:17, 1716:18, 1716:19, 1716:20, 1716:21, 1716:22, 1722:12, 1725:18, 1730:5, 1731:10, 1732:5, 1732:6, 1732:23, 1732:24, 1734:20, 1734:25, 1740:6, 1740:7, 1741:15, 1742:8, 1755:11, 1763:2
PHOTOGRAPH [2] - 1658:11, 1771:21
PHOTOGRAPHS [5] - 1661:14, 1753:21, 1753:22, 1753:23, 1753:25
PHOTOS [1] - 1771:15
PHYSICAL [9] - 1641:14, 1647:13, 1652:16, 1695:1, 1725:16, 1751:2, 1771:16, 1771:18, 1771:20
PICK [34] - 1655:13,

1667:3, 1675:20, 1677:9, 1677:19, 1679:1, 1681:13, 1681:21, 1682:5, 1682:8, 1682:11, 1682:13, 1685:10, 1685:15, 1685:17, 1685:25, 1686:11, 1686:14, 1696:17, 1697:2, 1701:25, 1702:1, 1702:7, 1702:21, 1713:2, 1732:20, 1732:21, 1736:3, 1743:6, 1746:7, 1750:19, 1753:16, 1755:11
PICKED [19] - 1655:16, 1656:11, 1663:8, 1670:7, 1677:20, 1678:24, 1685:11, 1685:12, 1685:13, 1685:20, 1686:19, 1688:15, 1729:20, 1729:25, 1736:19, 1736:20, 1741:4, 1741:12, 1761:19
PICKING [12] - 1654:12, 1656:13, 1657:3, 1658:7, 1670:8, 1688:13, 1696:25, 1702:11, 1745:6, 1745:14, 1745:15, 1749:14
PICKS [1] - 1682:19
PICTURE [6] - 1662:5, 1683:3, 1683:5, 1700:16, 1703:8, 1703:9
PICTURES [10] - 1683:24, 1687:6, 1700:15, 1703:15, 1715:23, 1737:10, 1737:15, 1737:17, 1737:19, 1737:21
PIECE [1] - 1764:8
PIECES [3] - 1743:16, 1743:17, 1764:9
PIN [1] - 1709:13
PIPE [1] - 1675:9
PLACE [7] - 1694:8, 1702:20, 1704:4, 1734:21, 1744:11, 1744:15, 1766:20
PLACED [2] - 1684:4, 1731:14
PLAIN [1] - 1708:20
PLAN [4] - 1643:14, 1646:10, 1646:11, 1727:25

PLANO [10] - 1627:8, 1628:2, 1628:10, 1628:22, 1629:5, 1661:10, 1669:17, 1675:9, 1676:16, 1773:12
PLAY [1] - 1759:15
PLAYBACK [1] - 1687:10
PLAYED [1] - 1646:14
PLAYER [1] - 1695:21
PLAYERS [2] - 1700:24, 1703:7
PLEA [17] - 1638:9, 1638:12, 1638:16, 1638:24, 1690:12, 1690:13, 1690:25, 1721:5, 1724:9, 1726:8, 1740:12, 1743:9, 1750:1, 1756:24, 1757:20, 1758:2
PLEA-AGREEMENT [1] - 1740:12
PLEA-BARGAINING [2] - 1638:12, 1690:25
PLEAS [1] - 1770:15
PLED [1] - 1638:12
POINT [25] - 1635:6, 1637:22, 1637:23, 1674:22, 1677:23, 1693:19, 1695:6, 1699:12, 1699:20, 1701:15, 1701:18, 1703:19, 1714:9, 1719:1, 1721:10, 1727:24, 1731:21, 1734:15, 1738:24, 1740:11, 1741:3, 1758:5, 1760:3, 1760:24, 1762:7
POINT-BLANK [1] - 1734:15
POLE [2] - 1728:3, 1728:4
POLICE [2] - 1762:18, 1762:19
POLICY [2] - 1696:7, 1697:7
POLLING [2] - 1769:11, 1769:14
POOL [1] - 1673:3
POOLED [1] - 1714:5
POOLING [1] - 1676:18
POOLS [1] - 1728:4
POPS [1] - 1714:2
PORTION [1] - 1746:16

PORTIONS [1] - 1644:3
POSITION [1] - 1756:10
POSITIVE [2] - 1679:12, 1679:14
POSSESS [7] - 1645:1, 1645:16, 1648:4, 1648:5, 1652:10, 1712:21, 1764:23
POSSESSION [15] - 1647:11, 1647:12, 1647:13, 1647:14, 1647:16, 1647:20, 1647:21, 1647:22, 1647:23, 1647:24, 1647:25, 1648:3, 1648:5, 1681:1
POSSIBLE [6] - 1631:16, 1634:16, 1718:11, 1719:3, 1719:20, 1719:23
POTENTIAL [1] - 1703:20
POTENTIALLY [1] - 1690:16
POTS [3] - 1683:5, 1683:19, 1771:23
POUND [10] - 1655:1, 1659:5, 1659:7, 1659:9, 1661:2, 1661:10, 1664:19, 1671:25, 1701:11, 1701:20
POUNDS [8] - 1660:16, 1660:19, 1660:21, 1660:22, 1661:4, 1671:18, 1699:2, 1699:11
POWER [1] - 1647:17
POWERPOINT [1] - 1711:6
PRAIRIE [2] - 1682:24, 1688:18
PREACHERS [1] - 1756:20
PREGNANT [3] - 1677:24, 1678:14, 1679:7
PREJUDICE [1] - 1634:1
PREMISE [2] - 1711:16, 1712:8
PREPARATION [1] - 1644:9
PREPARE [1] - 1770:19
PREPARED [2] - 1649:4, 1770:13

PRESCRIBE [3] - 1725:5, 1725:8, 1725:13
PRESENCE [1] - 1646:24
PRESENT [25] - 1632:4, 1648:1, 1663:13, 1663:15, 1664:23, 1664:25, 1665:6, 1710:15, 1710:19, 1710:23, 1723:17, 1730:25, 1739:16, 1750:19, 1767:6, 1767:15, 1767:24, 1768:2, 1768:9, 1771:12
PRESENTATION [2] - 1652:16, 1711:6
PRESENTED [6] - 1635:3, 1642:14, 1654:6, 1690:7, 1739:22, 1765:14
PRESENTENCE [3] - 1770:12, 1770:19, 1772:9
PRESERVATION [2] - 1731:24, 1735:2
PRESERVE [3] - 1730:24, 1731:2, 1738:6
PRESERVER [1] - 1728:11
PRESIDE [1] - 1633:4
PRESIDING [3] - 1627:19, 1628:3, 1649:20
PRESTON [1] - 1773:11
PRESUMABLY [1] - 1704:11
PRESUMED [2] - 1634:7, 1711:16
PRETRIAL [1] - 1703:1
PRETTY [5] - 1703:12, 1708:3, 1716:12, 1718:2, 1735:7
PREVAILING [1] - 1642:9
PREVENTS [1] - 1732:10
PREVIOUSLY [1] - 1770:4
PRICE [10] - 1673:4, 1675:3, 1680:18, 1680:21, 1715:19, 1747:15, 1754:21, 1754:22, 1754:23, 1754:25
PRICES [1] - 1680:12

PRIMARY [2] - 1644:12, 1696:4
PRIMO [54] - 1652:23, 1652:24, 1654:9, 1654:18, 1654:23, 1655:19, 1656:4, 1656:18, 1657:22, 1657:23, 1664:5, 1681:11, 1681:14, 1681:16, 1681:17, 1681:23, 1682:7, 1682:10, 1682:13, 1683:10, 1683:11, 1683:16, 1685:9, 1685:10, 1685:15, 1685:18, 1686:1, 1686:3, 1687:3, 1687:12, 1687:21, 1687:23, 1688:1, 1688:12, 1688:14, 1695:20, 1729:9, 1729:10, 1735:5, 1735:13, 1738:11, 1739:4, 1739:5, 1739:7, 1739:8, 1740:25, 1741:23, 1742:5, 1742:6, 1747:4
PRIMO'S [2] - 1654:19, 1656:3
PRISCILLA [29] - 1655:2, 1655:7, 1656:24, 1657:8, 1657:11, 1658:8, 1660:12, 1660:19, 1662:25, 1664:8, 1665:14, 1665:15, 1668:25, 1669:4, 1671:11, 1671:14, 1696:6, 1698:24, 1699:2, 1699:23, 1700:10, 1700:13, 1700:17, 1703:3, 1708:11, 1717:17, 1741:9, 1759:24
PRISON [5] - 1697:16, 1709:15, 1715:18, 1723:20, 1725:1
PROBATION [1] - 1770:18
PROBLEM [1] - 1731:25
PROBLEMS [1] - 1718:1
PROCEDURES [1] - 1633:14
PROCEED [1] - 1682:21
PROCEEDED [1] - 1752:17

PROCEEDINGS [2] - 1627:24, 1773:4
PROCEEDS [3] - 1654:12, 1745:16, 1746:3
PROCESS [5] - 1691:22, 1692:3, 1692:6, 1692:15, 1765:12
PRODUCE [1] - 1634:8
PRODUCED [1] - 1627:25
PRODUCT [3] - 1669:19, 1683:22, 1695:19
PROFIT [2] - 1713:16, 1714:14
PROFITS [1] - 1721:12
PROHIBITED [1] - 1638:16
PROMISE [2] - 1634:2, 1724:16
PROMISED [2] - 1723:21, 1724:14
PROMISES [1] - 1758:10
PROOF [15] - 1632:11, 1633:11, 1634:14, 1634:17, 1634:22, 1636:9, 1647:3, 1692:7, 1692:11, 1692:13, 1693:8, 1711:13, 1726:3, 1726:4
PROPER [4] - 1633:5, 1638:13, 1690:23, 1691:1
PROPERTIES [1] - 1704:5
PROSECUTION [2] - 1652:4, 1697:18
PROTECT [4] - 1707:22, 1730:24, 1740:2, 1740:3
PROTECTION [1] - 1709:10
PROVE [14] - 1634:8, 1640:11, 1641:21, 1641:23, 1646:15, 1646:18, 1646:21, 1692:9, 1692:17, 1711:19, 1748:16, 1748:17, 1749:1, 1751:18
PROVED [7] - 1634:16, 1636:14, 1640:16, 1645:12, 1648:24, 1706:19,

1735:7
PROVEN [4] - 1652:14, 1714:22, 1714:23, 1751:19
PROVES [2] - 1640:12, 1750:4
PROVIDE [1] - 1767:11
PROVIDED [6] - 1638:14, 1649:7, 1678:1, 1722:25, 1743:19, 1765:9
PROVIDING [2] - 1638:9, 1722:24
PROVING [1] - 1634:11
PROXIMITY [1] - 1762:23
PUBLIC [6] - 1639:14, 1639:15, 1639:17, 1639:18, 1756:12, 1756:16
PULLED [2] - 1709:8, 1745:8
PUMPING [2] - 1682:17, 1686:15
PUNISHMENT [3] - 1640:23, 1640:24, 1715:18
PURCHASING [4] - 1672:22, 1676:17, 1676:20, 1680:17
PURE [3] - 1652:13, 1683:23, 1738:13
PURELY [1] - 1770:8
PURPORTED [2] - 1731:3, 1738:21
PURPORTEDLY [1] - 1740:22
PURPORTS [1] - 1643:23
PURPOSE [8] - 1644:1, 1645:20, 1645:23, 1646:4, 1647:6, 1648:20, 1679:22, 1712:3
PURPOSES [4] - 1643:3, 1643:17, 1742:14, 1771:16
PURSE [3] - 1675:16, 1679:7, 1681:2
PUT [19] - 1655:18, 1657:16, 1679:6, 1681:2, 1683:14, 1687:19, 1688:24, 1688:25, 1692:16, 1693:3, 1715:19, 1718:5, 1739:13, 1744:11, 1744:15, 1745:8,

1745:11, 1764:10

## Q

QUALIFIED [1] - 1639:22
QUALITY [2] - 1669:19, 1727:9
QUANTITIES [6] - 1656:19, 1705:8, 1746:21, 1746:25, 1748:19, 1761:17
QUANTITY [15] - 1645:25, 1650:8, 1650:10, 1650:13, 1650:14, 1650:20, 1651:15, 1710:5, 1711:24, 1727:9, 1745:17, 1768:19, 1768:20, 1768:25, 1769:7
QUARTER [7] - 1659:7, 1664:19, 1671:25, 1672:12, 1702:1, 1705:5, 1705:21
QUARTER-OUNCE [3] - 1672:12, 1705:5, 1705:21
QUARTER-POUND [3] - 1659:7, 1664:19, 1671:25
QUESTIONING [1] - 1697:8
QUESTIONS [10] - 1635:14, 1636:25, 1637:12, 1649:22, 1687:14, 1718:15, 1754:5, 1764:15, 1771:5
QUICK [1] - 1703:19
QUICKER [1] - 1720:10
QUICKLY [2] - 1701:11, 1718:20
QUIROLO [23] - 1659:20, 1663:21, 1663:25, 1665:20, 1666:12, 1668:4, 1695:6, 1699:14, 1699:16, 1703:8, 1703:22, 1704:1, 1704:2, 1704:6, 1704:9, 1705:15, 1705:25, 1706:1, 1706:17, 1706:19, 1706:20, 1717:17
QUIROLO'S [1] - 1665:25
QUIT [2] - 1667:15,

1670:14
QUITE [1] - 1698:8

## R

RABBIT [4] - 1690:19, 1691:6, 1715:4, 1715:8
RAMIRO [48] - 1652:24, 1654:20, 1654:21, 1656:2, 1656:3, 1656:4, 1657:13, 1657:14, 1657:15, 1664:6, 1681:11, 1681:20, 1682:4, 1682:6, 1682:7, 1683:6, 1683:12, 1683:13, 1684:20, 1685:7, 1686:6, 1686:18, 1687:3, 1687:18, 1687:21, 1687:23, 1688:2, 1688:11, 1717:17, 1728:22, 1735:9, 1735:11, 1735:12, 1735:15, 1735:16, 1736:14, 1736:22, 1739:19, 1740:21, 1742:12, 1742:17, 1747:8, 1747:11, 1753:15
RANGE [3] - 1650:8, 1650:10, 1695:25
RATE [1] - 1660:7
RE [2] - 1648:17, 1738:5
RE-EXAMINE [1] - 1648:17
RE-READ [1] - 1738:5
REACH [14] - 1636:2, 1637:21, 1648:8, 1648:13, 1712:2, 1727:22, 1728:3, 1728:5, 1728:7, 1746:1, 1754:11, 1762:19, 1764:11, 1764:22
REACHED [4] - 1645:15, 1649:18, 1754:25, 1768:11
REACHING [2] - 1633:16, 1637:19
READ [11] - 1632:7, 1644:18, 1649:25, 1651:11, 1690:23, 1701:2, 1738:5, 1768:15, 1769:15, 1769:17
READILY [3] - 1697:14, 1700:5,

1700:17
**READS** [1] - 1649:23
**READY** [10] - 1632:1,
1658:2, 1674:13,
1675:14, 1710:11,
1723:20, 1766:14,
1767:20, 1768:6
**REALLY** [25] -
1692:25, 1695:17,
1695:20, 1699:16,
1700:12, 1702:2,
1706:8, 1706:11,
1707:11, 1708:21,
1709:5, 1715:11,
1715:13, 1718:19,
1719:11, 1720:16,
1723:7, 1724:13,
1725:12, 1725:23,
1732:24, 1740:19,
1752:21, 1755:22
**REALTIME** [1] -
1627:24
**REASON** [22] -
1634:19, 1636:3,
1637:2, 1698:16,
1712:12, 1726:1,
1732:13, 1732:14,
1733:9, 1735:12,
1736:1, 1737:15,
1738:5, 1738:7,
1738:21, 1742:4,
1743:24, 1745:18,
1750:22, 1758:23,
1759:1
**REASONABLE** [31] -
1634:12, 1634:17,
1634:19, 1634:22,
1635:25, 1636:15,
1638:23, 1639:8,
1640:12, 1640:16,
1642:19, 1643:4,
1645:13, 1648:2,
1648:24, 1650:9,
1652:15, 1692:8,
1692:10, 1692:17,
1711:19, 1717:6,
1721:3, 1721:19,
1726:1, 1726:3,
1726:12, 1726:15,
1740:18, 1750:4,
1750:5
**REASONABLY** [2] -
1640:13, 1767:21
**REASONS** [1] -
1640:5
**RECEIVE** [4] -
1683:15, 1698:20,
1703:21, 1758:12
**RECEIVED** [11] -
1638:20, 1643:22,

1666:23, 1669:22,
1671:16, 1697:13,
1698:21, 1718:8,
1726:8, 1726:9,
1740:14
**RECEIVING** [16] -
1654:18, 1660:9,
1669:1, 1669:2,
1669:17, 1669:18,
1672:11, 1672:12,
1673:6, 1673:7,
1697:20, 1703:20,
1705:7, 1705:9,
1705:25, 1706:9
**RECESS** [7] -
1710:13, 1710:16,
1710:18, 1767:7,
1767:14, 1767:23,
1772:19
**RECOGNIZE** [1] -
1741:10
**RECOLLECTION** [1] -
1635:10
**RECORD** [8] -
1629:25, 1713:10,
1738:7, 1767:16,
1768:3, 1769:18,
1771:16, 1773:4
**RECORDED** [11] -
1684:5, 1684:6,
1687:9, 1695:12,
1731:7, 1731:9,
1732:7, 1732:9,
1732:24, 1738:22,
1739:20
**RECORDER** [1] -
1732:11
**RECORDING** [14] -
1643:22, 1644:2,
1644:11, 1687:10,
1731:11, 1731:12,
1731:13, 1731:17,
1732:12, 1743:25,
1753:4, 1753:25,
1754:6
**RECORDINGS** [3] -
1695:12, 1752:23,
1763:8
**RECORDS** [7] -
1716:17, 1716:19,
1716:20, 1716:21,
1716:22, 1731:10
**RECOVERY** [1] -
1658:11
**REDUCE** [1] - 1717:23
**REDUCED** [1] -
1726:25
**REDUCTION** [2] -
1690:20, 1724:22
**REEVES** [29] -

1653:14, 1659:18,
1663:15, 1664:9,
1664:10, 1665:8,
1665:19, 1666:2,
1667:11, 1667:16,
1667:17, 1668:22,
1668:24, 1671:8,
1672:15, 1672:20,
1677:11, 1697:25,
1700:5, 1700:7,
1700:19, 1707:4,
1707:5, 1707:7,
1707:12, 1708:5,
1717:16, 1723:10,
1723:11
**REEVES'** [1] - 1664:10
**REFERRING** [1] -
1761:6
**REFLECTS** [1] -
1644:6
**REGARD** [2] -
1641:13, 1642:7
**REGARDING** [1] -
1735:18
**REGARDLESS** [2] -
1633:24, 1754:19
**REGARDS** [1] -
1753:21
**REGISTERED** [2] -
1655:22, 1655:24
**REGULAR** [3] -
1702:25, 1722:9,
1744:14
**REJECT** [1] - 1640:3
**RELATE** [1] - 1759:17
**RELATED** [1] -
1712:25
**RELATES** [3] -
1715:13, 1716:13,
1725:23
**RELATION** [1] -
1644:11
**RELATIONSHIP** [12] -
1637:6, 1653:25,
1662:8, 1662:9,
1669:21, 1672:24,
1674:2, 1674:5,
1679:21, 1701:18,
1705:18, 1760:6
**RELAYED** [1] -
1739:10
**RELEASED** [4] -
1670:24, 1671:24,
1677:1, 1770:6
**RELIABILITY** [1] -
1755:18
**RELIABLE** [4] -
1752:11, 1752:16,
1752:17, 1755:9
**RELIANCE** [1] -

1695:15
**RELY** [12] - 1634:24,
1720:17, 1721:2,
1721:21, 1722:9,
1727:2, 1739:1,
1750:9, 1752:6,
1752:7, 1752:8,
1752:11
**RELYING** [1] -
1719:22
**REMAINING** [1] -
1632:16
**REMAND** [1] - 1772:8
**REMEMBER** [26] -
1635:4, 1648:22,
1670:11, 1673:10,
1678:3, 1678:17,
1683:8, 1684:13,
1686:16, 1690:1,
1691:6, 1692:5,
1692:22, 1693:5,
1694:7, 1697:7,
1698:13, 1699:6,
1701:18, 1704:10,
1715:15, 1716:17,
1721:24, 1759:2,
1759:3
**REMEMBERED** [1] -
1662:18
**REMIND** [1] - 1636:13
**REMODELS** [1] -
1730:10
**RENE** [87] - 1627:8,
1628:12, 1644:16,
1644:22, 1649:25,
1650:3, 1650:5,
1650:17, 1652:8,
1653:7, 1653:10,
1653:11, 1653:21,
1653:23, 1655:7,
1655:24, 1657:3,
1663:14, 1663:19,
1665:22, 1667:21,
1672:1, 1676:6,
1680:1, 1691:9,
1691:14, 1695:1,
1695:3, 1695:4,
1695:7, 1695:12,
1696:10, 1696:11,
1696:13, 1696:15,
1696:22, 1696:25,
1697:10, 1697:21,
1697:25, 1698:8,
1698:12, 1698:14,
1698:19, 1699:12,
1699:20, 1700:6,
1701:16, 1701:21,
1702:3, 1702:20,
1703:25, 1704:3,
1704:4, 1704:5,

1704:7, 1704:10,
1704:12, 1704:15,
1705:8, 1705:11,
1705:16, 1705:17,
1705:22, 1706:2,
1706:8, 1706:21,
1706:25, 1707:4,
1708:4, 1708:6,
1708:25, 1709:5,
1709:9, 1709:11,
1710:3, 1710:6,
1759:19, 1759:20,
1759:25, 1760:2,
1760:7, 1760:13,
1768:18, 1774:5
**RENT** [1] - 1665:25
**RENTAL** [5] - 1675:11,
1675:25, 1676:1,
1676:2, 1750:20
**RENTED** [5] -
1673:14, 1704:3,
1704:4, 1750:18,
1750:21
**REPACKAGING** [2] -
1666:25, 1675:24
**REPEATEDLY** [4] -
1747:6, 1758:14,
1762:8, 1765:4
**REPLY** [1] - 1649:12
**REPORT** [1] - 1770:19
**REPORTED** [1] -
1627:24
**REPORTER** [1] -
1773:9
**REPORTER'S** [3] -
1627:11, 1628:1,
1773:1
**REPORTS** [2] -
1770:12, 1772:9
**REPRESENT** [1] -
1722:2
**REPRESENTING** [1] -
1722:1
**REQUEST** [4] -
1631:19, 1631:23,
1671:9, 1769:11
**REQUESTED** [1] -
1629:13
**REQUIRE** [2] - 1634:8,
1732:8
**REQUIRED** [3] -
1632:7, 1634:16,
1748:1
**REQUIREMENT** [2] -
1692:16, 1748:2
**RESELLING** [1] -
1664:14
**RESIDENCE** [12] -
1663:11, 1664:22,
1668:5, 1682:13,

1683:19, 1684:2,
1684:21, 1684:22,
1688:6, 1689:5,
1696:1, 1700:14
RESIDENCES [1] -
1694:20
RESOLD [1] - 1658:22
RESORT [1] - 1728:12
RESOURCE [1] -
1707:15
RESOURCES [1] -
1715:21
RESPECT [6] -
1630:2, 1641:19,
1644:13, 1649:25,
1697:19, 1739:18
RESPONSIBILITY [2]
- 1756:4, 1763:24
RESPONSIBLE [8] -
1652:20, 1653:1,
1653:5, 1653:17,
1670:3, 1670:20,
1671:17, 1751:13
REST [2] - 1631:2,
1709:14
RESTAURANT [1] -
1658:19
RESTRICTIONS [3] -
1690:12, 1752:3,
1756:25
RESULT [1] - 1727:14
RETURN [2] -
1713:16, 1714:10
RETURNED [2] -
1766:17, 1768:5
RETURNING [1] -
1648:21
REVEAL [1] - 1649:16
REVIEW [1] - 1693:24
RICHARD [3] -
1627:19, 1628:2,
1639:16
RID [5] - 1658:15,
1666:22, 1687:17,
1740:5, 1740:7
RIDE [1] - 1678:20
RIDICULOUS [1] -
1760:4
RISE [7] - 1632:2,
1710:14, 1710:22,
1755:21, 1767:5,
1768:8, 1771:11
RISK [1] - 1728:17
ROAD [2] - 1711:10,
1773:11
ROBBED [1] -
1762:18
RODEO [1] - 1720:20
RODRIGUEZ [2] -
1654:11, 1658:5

ROLEX [1] - 1695:25
ROOF [1] - 1707:8
ROOM [9] - 1644:20,
1648:25, 1689:6,
1765:22, 1766:1,
1766:20, 1767:2,
1767:3, 1771:2
ROPE [1] - 1728:10
ROUGH [1] - 1703:9
ROVER [1] - 1695:25
ROW [3] - 1727:22,
1728:6, 1728:7
RULE [1] - 1633:21
RULES [4] - 1633:7,
1633:12, 1633:18,
1638:14
RUMPE [1] - 1639:15
RUN [1] - 1736:5
RUNNER [8] -
1653:21, 1661:11,
1674:12, 1674:15,
1735:12, 1736:7,
1736:8, 1736:9
RUNNERS [11] -
1653:4, 1654:19,
1656:3, 1656:10,
1663:5, 1663:6,
1663:8, 1680:24,
1681:22, 1704:25,
1741:9
RUNNING [8] -
1661:1, 1668:20,
1700:22, 1702:15,
1704:22, 1704:23,
1748:13, 1762:20
RUNS [2] - 1716:9

S

SABRINA [4] -
1673:10, 1674:1,
1674:2, 1680:23
SAFETY [4] - 1639:14,
1639:16, 1639:17,
1639:18
SAKE [1] - 1738:19
SALAZAR [193] -
1627:8, 1628:12,
1629:20, 1630:7,
1644:16, 1644:22,
1650:1, 1650:3,
1650:5, 1650:17,
1652:9, 1653:7,
1653:11, 1653:21,
1653:23, 1655:7,
1655:8, 1655:10,
1655:12, 1655:16,
1655:24, 1657:3,
1657:4, 1657:6,
1658:16, 1658:20,

1658:22, 1658:24,
1658:25, 1659:1,
1659:3, 1659:6,
1659:10, 1659:15,
1659:21, 1659:22,
1659:25, 1660:1,
1660:17, 1660:20,
1661:18, 1661:19,
1661:23, 1663:13,
1663:17, 1663:19,
1663:20, 1663:23,
1665:1, 1665:4,
1665:5, 1665:7,
1665:16, 1665:22,
1665:23, 1665:25,
1666:4, 1666:7,
1666:11, 1666:16,
1666:18, 1666:20,
1666:21, 1666:22,
1667:1, 1667:4,
1667:7, 1667:10,
1667:13, 1667:18,
1667:21, 1667:23,
1668:6, 1668:7,
1668:10, 1668:11,
1668:13, 1668:15,
1668:19, 1669:9,
1669:11, 1669:12,
1669:13, 1669:18,
1669:24, 1669:25,
1670:5, 1670:9,
1670:13, 1670:14,
1670:17, 1670:21,
1670:24, 1670:25,
1671:1, 1671:4,
1671:5, 1671:20,
1672:1, 1672:3,
1672:5, 1672:6,
1672:8, 1672:10,
1672:15, 1672:18,
1676:6, 1676:7,
1676:13, 1676:14,
1677:4, 1677:5,
1677:7, 1677:9,
1677:14, 1679:10,
1679:15, 1679:18,
1679:20, 1679:22,
1680:1, 1691:9,
1691:14, 1691:21,
1695:1, 1695:3,
1695:5, 1695:7,
1695:13, 1696:10,
1696:11, 1696:13,
1696:16, 1696:22,
1696:25, 1697:10,
1697:21, 1697:25,
1698:8, 1698:12,
1698:14, 1698:19,
1699:12, 1699:20,
1701:16, 1701:22,
1702:3, 1702:20,

1703:25, 1704:3,
1704:4, 1704:10,
1704:12, 1704:15,
1705:9, 1705:11,
1705:16, 1705:17,
1706:2, 1706:8,
1706:21, 1706:25,
1707:4, 1708:4,
1708:6, 1708:25,
1709:5, 1710:3,
1710:6, 1718:23,
1719:2, 1719:12,
1719:17, 1719:20,
1719:23, 1720:13,
1723:7, 1723:8,
1723:15, 1759:12,
1759:13, 1759:14,
1759:19, 1759:20,
1759:25, 1760:2,
1760:13, 1768:18,
1772:7, 1774:6
SALAZAR'S [18] -
1659:18, 1659:20,
1659:24, 1660:11,
1660:13, 1663:14,
1665:5, 1666:10,
1667:11, 1667:14,
1669:8, 1671:9,
1677:10, 1700:6,
1704:5, 1704:7,
1709:9, 1709:12
SALE [1] - 1746:3
SAT [1] - 1742:16
SATISFY [1] - 1679:17
SAVE [1] - 1703:18
SAVING [1] - 1727:24
SAW [17] - 1657:3,
1659:18, 1661:14,
1675:23, 1683:19,
1683:20, 1687:6,
1698:10, 1700:15,
1703:8, 1704:21,
1715:23, 1731:16,
1731:20, 1740:2,
1750:15, 1757:19
SCALES [1] - 1771:22
SCARED [2] -
1722:16, 1723:19
SCENARIO [2] -
1745:3, 1747:18
SCENE [4] - 1646:24,
1753:24, 1754:2,
1754:6
SCHEDULE [1] -
1770:13
SCHELL [6] - 1627:19,
1628:3, 1755:24,
1764:20, 1764:21
SCHEME [6] - 1646:8,
1646:10, 1646:11,

1646:18, 1646:19,
1765:7
SCHOOL [2] -
1693:16, 1694:12
SCHROEDER [1] -
1674:1
SCIENTIFIC [1] -
1639:20
SCIENTIST [1] -
1639:18
SCOPE [3] - 1645:24,
1650:11, 1650:15
SCOUT [1] - 1727:24
SCREEN [4] - 1703:8,
1704:22, 1746:9,
1761:7
SEARCH [13] -
1682:25, 1683:18,
1694:19, 1715:22,
1716:10, 1716:11,
1725:17, 1736:23,
1737:6, 1737:7,
1752:12
SEARCHED [1] -
1737:19
SEATED [8] - 1629:10,
1632:5, 1710:20,
1710:24, 1766:12,
1768:10, 1769:19,
1771:13
SEATS [1] - 1767:25
SECOND [27] -
1638:8, 1640:7,
1640:14, 1640:18,
1642:23, 1643:2,
1643:6, 1643:10,
1643:13, 1644:15,
1644:18, 1644:21,
1645:18, 1645:19,
1646:19, 1650:2,
1650:6, 1650:18,
1658:23, 1665:11,
1679:14, 1685:12,
1728:6, 1729:18,
1768:17, 1768:23,
1769:4
SECONDARY [1] -
1644:1
SECRET [1] - 1648:10
SECTION [3] - 1645:5,
1645:6, 1645:7
SECTIONS [1] -
1746:7
SECURE [2] -
1744:11, 1744:15
SECURITY [8] -
1632:2, 1649:12,
1710:14, 1710:22,
1766:1, 1767:5,
1768:8, 1771:11

**SEE** [19] - 1637:9, 1651:4, 1669:19, 1682:2, 1683:4, 1683:24, 1684:25, 1690:22, 1701:18, 1711:6, 1717:1, 1728:1, 1728:4, 1731:20, 1737:23, 1756:25, 1757:2, 1758:20, 1762:18
**SEEK** [1] - 1707:15
**SEEM** [1] - 1637:8
**SEES** [2] - 1684:22, 1685:3
**SEIZED** [9] - 1695:1, 1725:17, 1734:10, 1750:25, 1751:1, 1751:2, 1751:12, 1761:8
**SEIZURE** [1] - 1695:3
**SELECT** [1] - 1649:1
**SELECTING** [1] - 1743:14
**SELF** [4] - 1720:14, 1722:10, 1731:24, 1735:2
**SELF-ADMITTED** [2] - 1720:14, 1722:10
**SELF-PRESERVATION** [2] - 1731:24, 1735:2
**SELL** [6] - 1680:1, 1680:2, 1712:19, 1712:22, 1713:5, 1747:21
**SELLER** [1] - 1629:25
**SELLING** [10] - 1658:25, 1661:8, 1668:16, 1669:11, 1670:9, 1721:25, 1723:14, 1747:19, 1748:19, 1758:6
**SEND** [5] - 1696:20, 1701:24, 1725:9, 1760:7, 1760:8
**SENDING** [3] - 1746:10, 1747:5, 1761:14
**SENIOR** [1] - 1639:10
**SENSE** [17] - 1634:20, 1636:3, 1700:12, 1702:2, 1709:6, 1725:3, 1726:2, 1729:4, 1729:17, 1743:24, 1745:19, 1750:22, 1754:10, 1757:25, 1758:23, 1759:1, 1759:10
**SENT** [6] - 1654:9, 1681:10, 1685:17,

1696:20, 1696:21, 1771:3
**SENTENCE** [5] - 1638:10, 1690:20, 1697:13, 1724:22, 1726:25
**SENTENCING** [6] - 1770:10, 1770:14, 1770:16, 1770:24, 1770:25, 1772:10
**SEPARATE** [7] - 1654:14, 1699:13, 1712:11, 1713:24, 1714:7, 1752:5, 1757:11
**SEPARATELY** [1] - 1641:2
**SEPARATION** [2] - 1759:16, 1759:19
**SEPTEMBER** [3] - 1721:16, 1722:7, 1723:5
**SERIOUSLY** [1] - 1727:12
**SERVICE** [9] - 1652:6, 1652:7, 1766:11, 1766:15, 1769:21, 1769:22, 1769:25, 1770:2, 1770:9
**SET** [11] - 1684:21, 1688:6, 1692:12, 1693:20, 1699:8, 1703:25, 1709:1, 1709:4, 1709:6, 1770:25, 1772:9
**SETTING** [1] - 1708:9
**SEVEN** [6] - 1664:13, 1688:17, 1730:16, 1759:16, 1759:18, 1768:5
**SEVERAL** [6] - 1638:6, 1683:16, 1685:1, 1689:23, 1690:17, 1735:6
**SEX** [1] - 1641:14
**SHANNON** [4] - 1664:11, 1668:12, 1700:18, 1700:19
**SHAPED** [1] - 1686:22
**SHARE** [1] - 1647:23
**SHARING** [1] - 1721:11
**SHEET** [1] - 1700:17
**SHEETROCK** [2] - 1730:13, 1735:21
**SHERMAN** [28] - 1627:3, 1652:21, 1653:18, 1655:4, 1655:11, 1657:2, 1659:1, 1659:13,

1661:16, 1662:24, 1664:15, 1671:18, 1677:17, 1677:22, 1681:5, 1681:9, 1690:4, 1694:6, 1698:6, 1703:5, 1703:7, 1713:9, 1713:14, 1714:21, 1749:6, 1755:8, 1765:2, 1765:11
**SHERMAN-DENISON** [8] - 1652:21, 1681:9, 1698:6, 1703:5, 1703:7, 1713:14, 1714:21, 1749:6
**SHERRY** [1] - 1705:18
**SHIFTED** [1] - 1692:14
**SHINE** [1] - 1675:8
**SHISHANA** [7] - 1732:1, 1733:11, 1733:12, 1736:1, 1736:2, 1736:6, 1736:14
**SHORT** [1] - 1705:8
**SHORTING** [1] - 1721:25
**SHOTS** [1] - 1703:10
**SHOULDERS** [2] - 1692:13, 1692:19
**SHOW** [4] - 1689:19, 1690:14, 1760:21, 1762:21
**SHOWED** [7] - 1657:15, 1658:11, 1662:10, 1666:9, 1673:11, 1683:3, 1690:12
**SHOWING** [3] - 1687:20, 1688:1, 1751:21
**SHOWN** [1] - 1639:1
**SHOWS** [5] - 1689:23, 1744:11, 1744:15, 1744:16, 1760:23, 1762:10
**SIC** [1] - 1717:15
**SIC]** [4] - 1674:7, 1737:4, 1752:21, 1756:3
**SIDE** [12] - 1630:14, 1632:18, 1635:7, 1637:21, 1637:23, 1693:22, 1697:6, 1701:6, 1707:23, 1760:1, 1769:11
**SIGHT** [1] - 1749:19
**SIGN** [3] - 1649:9, 1649:21, 1748:20
**SIGNIFICANT** [1] -

1635:7
**SILVER** [9] - 1654:19, 1656:2, 1657:15, 1657:24, 1681:20, 1682:9, 1682:14, 1685:24
**SILVER-GRAY** [1] - 1685:24
**SIMILAR** [6] - 1642:23, 1643:7, 1643:17, 1692:25, 1693:4, 1703:16
**SIMPLE** [1] - 1708:20
**SIMPLY** [2] - 1637:20, 1648:4
**SINGLE** [1] - 1759:13
**SISTER** [19] - 1653:6, 1653:7, 1653:10, 1653:12, 1655:2, 1655:23, 1655:25, 1656:24, 1659:12, 1660:12, 1660:19, 1662:4, 1662:6, 1665:14, 1666:20, 1670:21, 1671:10, 1699:23, 1705:18
**SISTER'S** [2] - 1665:24, 1670:1
**SISTER-IN-LAW** [5] - 1655:23, 1655:25, 1662:4, 1662:6, 1670:21
**SIT** [1] - 1707:21
**SITS** [1] - 1753:12
**SITTING** [3] - 1742:19, 1747:24, 1762:17
**SITUATION** [2] - 1708:10, 1759:6
**SIX** [8] - 1657:5, 1662:21, 1703:13, 1703:14, 1703:17, 1718:18, 1730:16, 1761:19
**SKILL** [1] - 1639:22
**SLIDE** [2] - 1718:5, 1718:6
**SMALL** [4] - 1698:20, 1705:7, 1709:20, 1756:17
**SMALLER** [1] - 1662:2
**SMOKE** [1] - 1749:1
**SOBER** [1] - 1703:14
**SOCIAL** [1] - 1759:16
**SOCIALLY** [2] - 1697:25, 1708:2
**SOLD** [12] - 1654:8, 1658:19, 1658:23, 1659:19, 1659:21, 1659:22, 1661:24, 1662:2, 1679:16,

1704:4, 1713:5, 1751:16
**SOLE** [3] - 1636:18, 1647:21, 1647:23
**SOLELY** [3] - 1633:25, 1635:17, 1648:19
**SOMEONE** [15] - 1639:1, 1645:8, 1721:7, 1728:1, 1728:5, 1728:6, 1728:14, 1729:5, 1729:6, 1729:7, 1731:17, 1733:11, 1758:5, 1762:17, 1766:18
**SOMETIME** [2] - 1640:8, 1701:9
**SOMETIMES** [8] - 1693:16, 1696:5, 1700:5, 1702:12, 1728:4, 1728:15
**SON'S** [1] - 1733:13
**SOON** [1] - 1772:8
**SORRY** [1] - 1688:17
**SORT** [7] - 1699:13, 1702:25, 1709:10, 1732:23, 1745:1, 1753:6, 1753:9
**SOUNDNESS** [1] - 1640:5
**SOURCE** [30] - 1652:23, 1653:16, 1653:19, 1654:9, 1656:18, 1657:22, 1660:25, 1663:4, 1664:18, 1665:9, 1665:11, 1666:19, 1668:8, 1669:15, 1671:23, 1676:10, 1681:8, 1681:16, 1698:15, 1704:20, 1707:6, 1707:9, 1708:13, 1709:4, 1709:7, 1723:16, 1729:10, 1739:18, 1739:19, 1747:18
**SOURCES** [10] - 1652:19, 1652:22, 1654:7, 1671:16, 1672:5, 1709:1, 1747:7, 1747:16, 1755:5, 1759:22
**SOUTH** [1] - 1705:19
**SPACE** [1] - 1649:7
**SPAN** [2] - 1694:11, 1705:10
**SPANISH** [3] - 1643:20, 1644:3, 1744:1
**SPEAKER** [4] -

Case 4:12-cr-00016-SDJ-CAN   Document 1161   Filed 11/10/14   Page 174 of 178 PageID #: 8445
TRIAL TRANSCRIPT, VOLUME 4 OF 7, DECEMBER 12, 2012

1800

1683:14, 1689:6, 1689:8, 1689:16
**SPEAKERS** [3] - 1643:23, 1644:4, 1644:7
**SPEAKING** [1] - 1691:4
**SPECIAL** [4] - 1633:19, 1684:3, 1694:2, 1694:14
**SPECIALIZED** [1] - 1639:20
**SPECIFIC** [2] - 1633:12, 1758:21
**SPECIFICALLY** [4] - 1644:5, 1691:21, 1696:20, 1704:10
**SPECULATE** [1] - 1635:15
**SPECULATING** [1] - 1745:3
**SPECULATION** [1] - 1738:13
**SPEND** [4] - 1694:11, 1697:5, 1697:15, 1709:14
**SPLIT** [6] - 1630:18, 1663:17, 1669:18, 1669:23, 1671:4, 1676:13
**SPOKEN** [1] - 1644:3
**SQUARELY** [2] - 1692:13, 1692:18
**STACKED** [1] - 1757:22
**STACKS** [1] - 1695:25
**STAND** [10] - 1690:8, 1697:1, 1728:21, 1733:16, 1733:21, 1734:25, 1737:9, 1738:7, 1741:2, 1769:17
**STANDARD** [5] - 1692:10, 1727:6, 1727:11, 1727:13
**STANDING** [1] - 1769:19
**STANDS** [1] - 1649:17
**START** [16] - 1668:15, 1672:11, 1678:5, 1680:19, 1683:10, 1685:18, 1685:19, 1692:3, 1695:17, 1708:8, 1711:17, 1711:18, 1742:22, 1760:1, 1765:12, 1765:24
**STARTED** [72] - 1653:14, 1653:24, 1654:2, 1654:25,

1656:14, 1657:18, 1657:25, 1659:16, 1660:1, 1660:2, 1660:6, 1660:24, 1661:8, 1661:21, 1662:1, 1662:15, 1662:19, 1663:1, 1664:3, 1664:17, 1665:13, 1665:18, 1665:19, 1667:15, 1667:16, 1667:19, 1668:14, 1668:17, 1669:1, 1669:2, 1669:10, 1669:11, 1669:17, 1671:8, 1671:24, 1672:6, 1672:11, 1672:17, 1672:19, 1672:21, 1672:22, 1673:5, 1674:4, 1674:6, 1674:17, 1674:24, 1675:10, 1675:11, 1677:3, 1678:6, 1678:12, 1678:15, 1680:15, 1699:10, 1699:17, 1699:23, 1699:24, 1699:25, 1701:10, 1709:12, 1711:15, 1718:5, 1718:10, 1719:7, 1721:14, 1723:14, 1729:14, 1754:14, 1755:1
**STARTING** [1] - 1712:8
**STASH** [1] - 1654:14
**STASHED** [2] - 1661:1, 1665:7
**STAT** [1] - 1763:17
**STATE** [9] - 1633:21, 1639:23, 1643:9, 1695:8, 1705:13, 1706:22, 1708:6, 1727:24, 1732:7
**STATEMENT** [29] - 1641:6, 1641:10, 1641:11, 1641:17, 1641:18, 1651:24, 1691:14, 1707:25, 1711:1, 1718:23, 1719:21, 1719:22, 1720:18, 1727:18, 1738:4, 1738:21, 1739:20, 1740:22, 1743:3, 1745:5, 1745:9, 1774:4, 1774:5, 1774:7, 1774:8, 1774:10
**STATEMENTS** [4] - 1635:4, 1695:16,

1706:5, 1763:13
**STATES** [14] - 1627:1, 1627:6, 1644:25, 1645:5, 1645:6, 1645:7, 1645:10, 1653:1, 1730:23, 1737:22, 1746:11, 1747:4, 1751:11, 1761:15
**STATION** [3] - 1659:11, 1682:16, 1686:12
**STAY** [1] - 1733:7
**STAYING** [2] - 1700:14, 1737:2
**STENOTYPE** [1] - 1627:24
**STEP** [1] - 1771:8
**STEPMOTHER** [1] - 1664:10
**STEPMOTHER'S** [1] - 1708:13
**STEWART** [15] - 1660:4, 1660:6, 1664:11, 1666:6, 1668:13, 1698:11, 1698:12, 1698:13, 1699:18, 1700:19, 1704:14, 1705:16, 1705:20, 1706:15
**STICK** [1] - 1728:4
**STILL** [5] - 1668:19, 1678:7, 1704:5, 1705:19, 1754:20
**STOOP** [1] - 1742:17
**STOP** [6] - 1677:18, 1677:21, 1680:5, 1680:25, 1720:4
**STOPPED** [4] - 1675:15, 1679:3, 1679:5, 1685:5
**STOPS** [1] - 1716:16
**STORAGE** [1] - 1684:18
**STORE** [2] - 1670:6, 1762:18
**STORE/GAS** [1] - 1682:16
**STORED** [4] - 1663:24, 1666:9, 1688:21, 1688:23
**STORIES** [1] - 1757:9
**STORY** [8] - 1692:22, 1692:24, 1693:1, 1693:12, 1732:19, 1732:20, 1738:3
**STRAIGHT** [1] - 1654:8
**STRAIGHT-OUT** [1] - 1654:8

**STRANGERS** [1] - 1758:9
**STREET** [15] - 1654:15, 1659:16, 1663:15, 1665:5, 1665:21, 1665:25, 1666:8, 1667:20, 1668:5, 1670:2, 1672:14, 1677:10, 1686:24, 1704:8, 1707:4
**STRESSFUL** [2] - 1759:5, 1759:7
**STRICT** [1] - 1634:14
**STRIKE** [1] - 1651:12
**STRONG** [1] - 1735:7
**STRUGGLING** [1] - 1725:2
**STUFF** [5] - 1678:22, 1683:5, 1706:22, 1722:24, 1739:25
**SUBMIT** [3] - 1652:14, 1689:18, 1744:22
**SUBSEQUENT** [1] - 1699:15
**SUBSEQUENTLY** [9] - 1655:23, 1676:13, 1682:12, 1685:4, 1696:5, 1698:12, 1704:4, 1708:10, 1729:7
**SUBSTANCE** [10] - 1645:2, 1645:17, 1646:1, 1648:6, 1650:21, 1650:25, 1651:3, 1768:21, 1769:1, 1769:8
**SUBSTANCES** [1] - 1645:9
**SUBSTITUTE** [1] - 1633:22, 1771:15
**SUCCEEDED** [1] - 1646:23
**SUCCESSFUL** [1] - 1683:18
**SUDDEN** [4] - 1714:2, 1730:2, 1730:4, 1730:7
**SUFFICIENT** [8] - 1638:18, 1646:12, 1744:21, 1750:6, 1752:15, 1752:18, 1763:20, 1763:21
**SUGGEST** [3] - 1636:24, 1740:24, 1765:25
**SUGGESTING** [1] - 1742:6
**SUGGESTIONS** [2] - 1756:5, 1762:2

**SUIT** [2] - 1702:5, 1703:12
**SUITE** [3] - 1628:9, 1628:15, 1629:4
**SUMMER** [2] - 1699:6, 1707:2
**SUPERSEDING** [20] - 1638:8, 1640:7, 1640:14, 1640:18, 1642:24, 1643:2, 1643:6, 1643:10, 1643:13, 1644:15, 1644:18, 1644:21, 1645:18, 1646:19, 1650:2, 1650:6, 1650:18, 1768:17, 1768:23, 1769:5
**SUPPLIED** [2] - 1665:17, 1673:22
**SUPPLIER** [2] - 1682:19, 1739:6
**SUPPLIERS** [2] - 1681:15, 1731:22
**SUPPLY** [38] - 1652:19, 1652:23, 1653:17, 1653:19, 1654:7, 1654:9, 1656:19, 1657:22, 1660:25, 1663:4, 1664:19, 1665:9, 1665:11, 1666:14, 1666:19, 1668:8, 1669:15, 1671:16, 1671:23, 1672:5, 1673:25, 1676:10, 1681:8, 1681:16, 1698:15, 1704:20, 1707:6, 1707:9, 1708:13, 1709:1, 1709:4, 1709:7, 1747:7, 1747:16, 1747:18, 1755:6, 1759:22
**SUPPLYING** [9] - 1662:20, 1666:14, 1672:7, 1673:23, 1674:5, 1681:11, 1704:23, 1704:24, 1758:8
**SUPPORT** [2] - 1749:8, 1750:13
**SUPPORTED** [1] - 1750:9
**SUPPORTING** [1] - 1762:9
**SUPPOSE** [1] - 1735:23
**SUPPOSED** [9] - 1686:9, 1704:1, 1715:23, 1728:2,

1728:3, 1730:14,
1734:8, 1752:4,
1754:5
SUPPOSEDLY [3] -
1714:6, 1716:3,
1719:14
SUPPOSING [1] -
1737:18
SURGERY [1] -
1726:20
SURROUNDING [2] -
1641:17, 1642:12
SURVEILLANCE [15] -
1684:21, 1684:22,
1685:3, 1688:6,
1689:3, 1694:17,
1716:25, 1717:1,
1725:18, 1736:21,
1736:22, 1741:2,
1752:22, 1753:1
SURVIVE [1] -
1728:15
SUSPECT [3] -
1732:13, 1733:25,
1759:8
SUSPECTED [2] -
1667:21, 1734:4
SUSTAIN [1] -
1638:18
SUSTAINED [1] -
1635:13
SWIMMING [1] -
1728:4
SWITCHED [1] -
1675:25
SWITCHES [1] -
1741:21
SWORN [3] - 1633:17,
1635:3, 1763:17
SYMPATHY [2] -
1634:1, 1709:15
SYSTEM [2] -
1692:12, 1693:20

## T

TABLE [5] - 1627:15,
1691:20, 1696:25,
1742:19, 1774:1
TACO [1] - 1659:10
TACTIC [1] - 1751:24
TALKS [6] - 1718:13,
1720:21, 1723:4,
1741:6, 1761:23,
1762:5
TAPE [3] - 1643:22,
1644:2, 1644:11
TAPED [1] - 1692:24
TASK [1] - 1757:10
TAVO [1] - 1747:4

TEAM [1] - 1652:4
TECHNICAL [1] -
1639:20
TECHNICALITY [1] -
1748:8
TECHNOLOGICAL [1]
- 1694:21
TELEPHONE [1] -
1729:7
TENDENCY [1] -
1732:15
TENDS [1] - 1750:13
TERM [4] - 1647:7,
1647:11, 1648:1,
1712:13
TERMS [2] - 1642:9,
1723:23
TEST [1] - 1669:19
TESTED [1] - 1679:12
TESTIFIED [50] -
1637:10, 1639:3,
1642:7, 1656:12,
1657:17, 1663:6,
1683:22, 1696:3,
1699:1, 1702:24,
1703:13, 1704:11,
1704:17, 1705:9,
1708:12, 1709:18,
1709:19, 1709:20,
1716:2, 1718:7,
1719:18, 1723:11,
1723:25, 1724:3,
1728:22, 1728:23,
1729:6, 1729:8,
1729:17, 1729:20,
1729:22, 1730:11,
1730:14, 1733:9,
1735:10, 1735:11,
1737:20, 1737:25,
1738:14, 1741:3,
1741:12, 1749:4,
1752:3, 1754:17,
1759:14, 1765:8
TESTIFIES [4] -
1719:7, 1719:10,
1730:4, 1750:15
TESTIFY [18] -
1634:10, 1639:23,
1705:7, 1705:13,
1715:7, 1723:13,
1724:1, 1739:7,
1756:10, 1756:19,
1757:1, 1757:4,
1757:19, 1757:21,
1758:4, 1758:5,
1759:7, 1762:4
TESTIFYING [5] -
1637:23, 1638:17,
1717:22, 1735:9,
1759:6

TESTIMONY [96] -
1635:3, 1635:17,
1635:25, 1636:7,
1636:20, 1636:21,
1636:23, 1637:13,
1637:14, 1637:17,
1638:5, 1638:17,
1638:19, 1638:22,
1638:23, 1639:1,
1639:5, 1639:7,
1639:8, 1639:9,
1640:2, 1640:3,
1642:1, 1642:18,
1644:9, 1652:17,
1652:18, 1654:6,
1654:21, 1661:6,
1662:11, 1666:2,
1670:1, 1670:11,
1673:1, 1678:4,
1678:17, 1683:9,
1690:1, 1690:23,
1691:6, 1692:16,
1694:19, 1698:2,
1702:7, 1713:9,
1715:14, 1715:15,
1716:9, 1718:3,
1718:7, 1718:16,
1721:8, 1721:22,
1722:6, 1725:22,
1725:24, 1726:9,
1726:11, 1726:12,
1726:14, 1726:18,
1727:5, 1728:25,
1730:3, 1730:6,
1731:3, 1734:11,
1735:5, 1735:14,
1735:18, 1740:13,
1740:14, 1740:16,
1740:17, 1740:21,
1741:5, 1741:6,
1750:3, 1750:4,
1750:12, 1750:13,
1755:7, 1756:8,
1758:19, 1758:20,
1758:21, 1758:25,
1760:10, 1760:16,
1762:6, 1762:8,
1762:12, 1763:9
TEXAS [13] - 1627:2,
1627:8, 1628:2,
1628:10, 1628:16,
1628:22, 1629:5,
1639:14, 1639:15,
1639:16, 1639:18,
1765:2, 1773:12
THEFT [1] - 1722:23
THEMSELVES [2] -
1646:17, 1706:21
THEREAFTER [1] -
1640:9

THEREBY [1] - 1647:6
THEREFORE [4] -
1634:22, 1726:4,
1748:24, 1761:16
THERMOSES [1] -
1687:7
THEY'VE [8] -
1714:22, 1718:1,
1719:19, 1724:2,
1724:16, 1726:23,
1747:7, 1762:17
THINKING [2] -
1720:16, 1759:14
THIRD [5] - 1645:21,
1651:10, 1651:16,
1705:15, 1728:9
THOUSAND [2] -
1746:15, 1746:17
THOUSANDS [1] -
1752:6
THREE [26] - 1650:20,
1659:17, 1660:8,
1660:18, 1660:20,
1662:14, 1669:2,
1671:2, 1671:3,
1674:22, 1675:21,
1676:14, 1676:21,
1676:25, 1679:17,
1693:13, 1699:4,
1699:11, 1704:16,
1706:15, 1706:24,
1711:23, 1737:25,
1755:10, 1770:11,
1770:22
THREE-FOURTHS [4]
- 1660:18, 1660:20,
1699:4, 1699:11
THRESHOLD [1] -
1713:19
THREW [2] - 1689:10,
1763:2
THROUGHOUT [7] -
1691:22, 1691:25,
1692:14, 1693:10,
1694:23, 1701:23,
1707:2
THROW [4] - 1727:22,
1728:9, 1728:10
THROWS [1] -
1689:15
TIBBS [49] - 1654:3,
1660:4, 1660:9,
1660:10, 1662:19,
1662:23, 1664:23,
1666:6, 1668:12,
1670:6, 1671:21,
1672:7, 1672:9,
1673:5, 1673:8,
1673:16, 1674:24,
1674:25, 1675:7,

1680:17, 1698:7,
1698:8, 1698:10,
1699:18, 1702:12,
1702:14, 1704:14,
1705:1, 1705:4,
1705:14, 1706:3,
1706:6, 1706:8,
1706:15, 1707:10,
1714:5, 1714:15,
1716:22, 1717:20,
1717:24, 1719:15,
1721:4, 1721:17,
1721:20, 1726:21
TIE [1] - 1703:12
TIED [1] - 1719:22
TILE [1] - 1730:13
TIM [59] - 1662:4,
1662:5, 1662:8,
1662:9, 1662:13,
1670:10, 1670:12,
1670:15, 1670:21,
1672:25, 1673:2,
1673:6, 1673:20,
1673:22, 1673:24,
1673:25, 1674:3,
1674:4, 1674:6,
1674:7, 1674:9,
1674:19, 1674:21,
1674:23, 1675:13,
1675:18, 1675:19,
1677:18, 1677:21,
1678:2, 1678:4,
1678:10, 1678:12,
1678:15, 1678:23,
1678:25, 1679:2,
1679:9, 1679:21,
1679:23, 1680:5,
1680:8, 1680:9,
1680:15, 1680:19,
1680:22, 1711:17,
1714:2, 1714:3,
1714:4, 1715:11,
1715:13, 1717:4,
1718:24, 1719:1,
1719:12, 1723:7,
1723:16
TIMELINE [3] -
1717:7, 1719:4
TIMOTHY [18] -
1628:18, 1642:22,
1643:1, 1643:5,
1643:9, 1643:11,
1643:14, 1643:15,
1644:16, 1644:22,
1651:13, 1652:9,
1654:1, 1674:15,
1674:16, 1691:9,
1760:14, 1768:24
TIRE [1] - 1675:8
TITLE [4] - 1645:4,

1645:5, 1645:7, 1752:5

**TODAY** [7] - 1691:19, 1691:24, 1692:12, 1704:6, 1761:17, 1765:15, 1766:18

**TOGETHER** [20] - 1646:4, 1647:2, 1667:20, 1675:1, 1675:5, 1679:25, 1680:19, 1693:7, 1697:25, 1698:1, 1698:2, 1712:6, 1714:5, 1721:11, 1745:11, 1764:8, 1764:9, 1764:10, 1766:25

**TOMORROW** [1] - 1766:18

**TONE** [1] - 1744:2

**TOOK** [20] - 1629:14, 1634:2, 1665:19, 1671:6, 1671:8, 1672:20, 1674:6, 1679:5, 1685:21, 1686:22, 1686:23, 1694:8, 1715:24, 1733:15, 1733:25, 1737:17, 1741:2, 1762:24, 1763:2, 1763:17

**TOOLS** [5] - 1715:14, 1716:7, 1717:3, 1725:19, 1752:6

**TOP** [2] - 1683:4, 1757:22

**TOTAL** [5] - 1630:14, 1632:21, 1656:6, 1659:4, 1671:15

**TOTALITY** [3] - 1743:18, 1746:8

**TOUCHED** [1] - 1762:14

**TRACEY** [1] - 1628:6

**TRAFFIC** [2] - 1716:16, 1720:4

**TRAFFICKER** [1] - 1707:7

**TRAFFICKING** [3] - 1730:9, 1739:24, 1740:7

**TRAIL** [3] - 1690:19, 1748:7, 1748:25

**TRAILS** [4] - 1691:7, 1715:5, 1715:8, 1748:4

**TRAINING** [2] - 1639:23, 1641:14

**TRANSACTED** [1] - 1751:15

**TRANSACTION** [7] - 1648:7, 1705:22, 1712:10, 1713:6, 1714:8, 1745:17, 1751:9

**TRANSACTIONS** [5] - 1659:11, 1695:5, 1746:23, 1746:24, 1756:11

**TRANSCRIPT** [13] - 1627:11, 1627:25, 1643:20, 1643:23, 1643:25, 1644:6, 1644:10, 1644:13, 1741:25, 1743:25, 1744:1, 1773:4

**TRANSCRIPTION** [2] - 1627:25, 1741:16

**TRANSFER** [2] - 1648:5, 1714:14

**TRANSFERRED** [1] - 1655:23

**TRANSLATION** [1] - 1643:20

**TRANSPORT** [1] - 1659:13

**TRANSPORTATION** [1] - 1678:1

**TRANSPORTED** [3] - 1659:14, 1696:14, 1751:15

**TRANSPORTING** [2] - 1746:2, 1761:12

**TRAP** [12] - 1655:18, 1655:21, 1657:16, 1682:1, 1682:3, 1682:15, 1682:22, 1684:24, 1686:23, 1689:9, 1689:14

**TRASH** [3] - 1716:9, 1716:10

**TRAVEL** [2] - 1678:15, 1756:17

**TRAVELED** [2] - 1662:13, 1686:7

**TRAVELING** [9] - 1654:3, 1662:4, 1662:11, 1662:15, 1662:19, 1675:1, 1676:19, 1678:12, 1680:19

**TREAT** [1] - 1714:20

**TREATMENT** [1] - 1641:15

**TREY** [40] - 1654:3, 1660:3, 1660:9, 1660:10, 1662:19, 1662:23, 1664:23, 1666:5, 1668:12, 1670:6, 1671:21,

1672:7, 1672:9, 1673:5, 1673:8, 1673:16, 1674:23, 1674:25, 1675:7, 1680:17, 1698:7, 1698:8, 1698:10, 1699:17, 1702:12, 1702:13, 1702:14, 1704:13, 1705:1, 1705:4, 1706:3, 1706:8, 1706:15, 1707:10, 1716:22, 1721:4, 1721:20, 1726:21

**TRIAL** [29] - 1627:11, 1633:2, 1633:4, 1633:6, 1634:10, 1635:3, 1635:13, 1635:19, 1635:22, 1639:9, 1640:17, 1640:20, 1641:20, 1643:16, 1691:25, 1692:20, 1694:23, 1699:22, 1702:8, 1711:15, 1715:24, 1717:11, 1731:1, 1742:17, 1745:11, 1746:14, 1755:16, 1770:21, 1772:21

**TRIALS** [1] - 1693:13

**TRIED** [2] - 1683:16, 1697:2

**TRIES** [1] - 1709:3

**TRIP** [2] - 1678:9, 1736:2

**TRIPS** [1] - 1674:11

**TROUBLE** [1] - 1690:18

**TRUCK** [11] - 1654:19, 1656:2, 1657:15, 1657:24, 1661:14, 1681:20, 1682:9, 1682:14, 1685:25

**TRUE** [2] - 1636:17, 1724:15

**TRUST** [2] - 1733:10, 1733:11

**TRUTH** [20] - 1637:3, 1706:4, 1715:6, 1716:15, 1722:15, 1724:11, 1724:12, 1724:13, 1725:1, 1725:11, 1734:16, 1734:18, 1734:24, 1757:16, 1757:17, 1759:10

**TRY** [11] - 1631:5, 1697:17, 1709:7, 1711:5, 1713:12, 1716:13, 1725:2,

1728:7, 1728:9, 1732:23, 1759:17

**TRYING** [12] - 1683:17, 1690:18, 1707:22, 1716:23, 1720:4, 1722:24, 1726:20, 1733:4, 1735:24, 1740:2, 1740:3, 1742:22

**TURN** [5] - 1652:6, 1693:23, 1743:8, 1748:21

**TURNED** [1] - 1693:1

**TURNING** [1] - 1754:13

**TV** [1] - 1752:1

**TWICE** [5] - 1657:6, 1658:9, 1660:10, 1684:8, 1687:17

**TWO** [56] - 1631:1, 1631:7, 1631:16, 1633:3, 1645:14, 1646:3, 1647:12, 1647:23, 1652:19, 1656:23, 1659:2, 1659:3, 1659:17, 1659:23, 1660:8, 1661:4, 1663:6, 1663:21, 1668:9, 1669:1, 1669:2, 1671:16, 1672:7, 1673:7, 1674:21, 1675:21, 1675:24, 1676:14, 1676:21, 1676:25, 1688:14, 1688:15, 1692:24, 1704:13, 1705:8, 1705:9, 1705:10, 1705:23, 1706:9, 1708:14, 1710:17, 1712:1, 1718:18, 1721:20, 1723:19, 1741:7, 1745:7, 1749:13, 1755:23, 1759:2, 1759:3

**TWO-MINUTE** [3] - 1631:1, 1631:7, 1631:16

**TWO-MONTH** [3] - 1705:10, 1705:23, 1706:9

**TYPE** [2] - 1712:4, 1756:18

**TYPEWRITTEN** [1] - 1643:20

**U**

**U.S** [6] - 1627:19, 1628:2, 1628:7,

1628:8, 1770:24, 1773:10

**UA** [2] - 1679:14, 1705:11

**ULTIMATE** [1] - 1749:5

**UNABLE** [1] - 1682:6

**UNANIMOUS** [5] - 1648:9, 1649:6, 1649:18, 1650:9, 1768:11

**UNAVAILABLE** [3] - 1665:4, 1685:16, 1701:17

**UNBEKNOWNST** [1] - 1721:6

**UNDER** [6] - 1641:11, 1641:15, 1707:8, 1736:22, 1757:1, 1770:24

**UNDERCOVER** [1] - 1694:16

**UNDOUBTEDLY** [3] - 1693:17, 1694:23, 1697:12

**UNEMPLOYED** [1] - 1667:22

**UNFORTUNATELY** [1] - 1735:3

**UNINTENTIONALLY** [1] - 1728:17

**UNION** [1] - 1733:22

**UNITED** [14] - 1627:1, 1627:6, 1644:25, 1645:4, 1645:6, 1645:7, 1645:9, 1653:1, 1730:23, 1737:22, 1746:11, 1747:3, 1751:11, 1761:15

**UNKNOWN** [1] - 1644:25

**UNLAWFUL** [7] - 1645:19, 1645:22, 1646:4, 1646:8, 1646:10, 1646:23, 1712:3

**UNLESS** [9] - 1638:22, 1639:7, 1711:18, 1726:11, 1726:15, 1729:2, 1740:17, 1767:1, 1767:2

**UNRELIABLE** [2] - 1644:14, 1706:19

**UNSUCCESSFUL** [1] - 1683:17

**UNSUPPORTED** [11] - 1638:21, 1639:7, 1726:11, 1726:14,

1740:16, 1740:20,
1750:9, 1750:11,
1762:6, 1762:9,
1762:12
**UNTRUTHFUL** [1] -
1710:1
**UP** [152] - 1632:22,
1637:19, 1640:9,
1648:18, 1653:12,
1653:14, 1653:24,
1654:12, 1654:23,
1655:13, 1655:16,
1656:11, 1656:13,
1657:2, 1657:3,
1658:7, 1660:3,
1663:8, 1664:12,
1665:19, 1667:3,
1667:9, 1667:24,
1668:14, 1668:21,
1670:7, 1670:9,
1671:1, 1671:7,
1672:10, 1674:3,
1674:18, 1674:23,
1675:4, 1675:20,
1677:9, 1677:19,
1677:20, 1678:24,
1679:1, 1681:13,
1681:21, 1682:6,
1682:8, 1682:11,
1682:14, 1682:19,
1683:8, 1684:21,
1685:10, 1685:11,
1685:12, 1685:13,
1685:15, 1685:17,
1685:20, 1685:25,
1686:11, 1686:14,
1686:19, 1688:6,
1688:13, 1688:15,
1690:21, 1692:8,
1692:12, 1692:23,
1693:21, 1694:8,
1695:7, 1696:17,
1697:1, 1697:6,
1698:1, 1699:5,
1699:6, 1699:8,
1700:1, 1700:22,
1701:11, 1701:25,
1702:1, 1702:7,
1702:11, 1702:15,
1702:21, 1703:5,
1703:7, 1703:8,
1703:12, 1703:15,
1703:23, 1703:25,
1707:16, 1707:22,
1708:10, 1708:23,
1709:1, 1709:4,
1709:6, 1709:19,
1709:20, 1711:25,
1713:2, 1714:2,
1715:5, 1718:5,
1718:24, 1719:1,

1723:1, 1724:8,
1725:3, 1728:20,
1729:20, 1729:25,
1732:20, 1732:21,
1732:23, 1735:3,
1735:7, 1736:3,
1736:20, 1736:24,
1738:7, 1739:13,
1741:4, 1741:12,
1744:4, 1745:6,
1745:14, 1745:15,
1747:4, 1749:14,
1749:20, 1749:21,
1749:24, 1750:19,
1753:16, 1755:11,
1759:8, 1759:10,
1759:22, 1760:11,
1761:14, 1761:19,
1770:8
**UPSTAIRS** [3] -
1684:2, 1688:21,
1734:13
**URBINA** [16] -
1654:10, 1655:15,
1656:9, 1656:14,
1657:5, 1657:7,
1658:5, 1696:21,
1696:24, 1697:3,
1697:12, 1697:14,
1717:16, 1735:11,
1735:14
**USER** [4] - 1666:12,
1673:21, 1707:24,
1722:23
**USERS** [1] - 1724:5
**USES** [1] - 1722:8
**UTILIZE** [3] - 1707:15,
1715:16, 1725:19
**UTILIZED** [3] -
1661:11, 1681:20,
1717:3

## V

**VACANT** [1] - 1670:5
**VALUABLE** [1] -
1724:23
**VALUE** [2] - 1720:18,
1724:23
**VAN** [3] - 1659:6,
1665:15, 1671:12
**VARIOUS** [3] -
1637:25, 1667:23,
1677:18
**VEGA** [101] - 1629:1,
1630:4, 1644:17,
1644:23, 1651:14,
1652:9, 1652:25,
1654:22, 1664:7,
1681:12, 1681:13,

1681:15, 1681:16,
1681:21, 1682:5,
1682:8, 1682:10,
1682:14, 1682:18,
1683:6, 1683:12,
1683:15, 1683:25,
1684:5, 1684:6,
1684:12, 1684:16,
1684:22, 1685:4,
1685:5, 1685:17,
1686:7, 1686:8,
1686:10, 1686:15,
1686:19, 1687:4,
1687:9, 1687:10,
1687:12, 1687:24,
1688:3, 1688:9,
1688:10, 1688:20,
1689:1, 1689:2,
1689:4, 1689:5,
1689:8, 1691:9,
1727:18, 1730:3,
1730:12, 1730:17,
1731:4, 1731:11,
1732:2, 1732:3,
1732:6, 1732:15,
1732:19, 1733:1,
1734:21, 1735:4,
1735:19, 1736:7,
1736:13, 1736:19,
1737:7, 1738:1,
1739:9, 1739:18,
1739:21, 1739:22,
1740:9, 1740:20,
1740:23, 1741:3,
1741:7, 1741:10,
1742:4, 1742:7,
1742:10, 1742:12,
1742:16, 1743:22,
1744:4, 1747:9,
1747:11, 1747:23,
1754:1, 1761:18,
1762:13, 1762:21,
1763:16, 1769:5,
1769:8, 1772:7,
1774:9
**VEGA'S** [10] -
1682:21, 1684:21,
1684:25, 1686:22,
1688:6, 1689:12,
1689:18, 1737:3,
1752:24
**VEHICLE** [9] -
1675:19, 1678:1,
1681:24, 1685:4,
1689:14, 1689:15,
1753:22, 1753:23,
1753:24
**VEHICLES** [1] -
1662:17
**VENDETTA** [2] -
1745:1, 1763:15

**VERDICT** [28] -
1629:13, 1633:8,
1633:25, 1635:16,
1637:20, 1638:18,
1641:4, 1646:2,
1648:8, 1648:9,
1648:11, 1648:21,
1649:4, 1649:9,
1649:18, 1649:20,
1649:21, 1649:23,
1764:22, 1766:17,
1767:18, 1768:1,
1768:5, 1768:11,
1768:13, 1768:16,
1769:15, 1769:16
**VERDICT-OF-THE-
JURY** [1] - 1646:2
**VERSACE** [1] -
1695:25
**VERSIONS** [1] -
1692:24
**VIDEO** [3] - 1694:17,
1720:7, 1731:16
**VIDEOTAPE** [1] -
1720:4
**VIEW** [1] - 1738:24
**VIOLATION** [4] -
1645:4, 1645:5,
1645:9, 1718:9
**VISIBILITY** [1] -
1642:10
**VISIT** [1] - 1771:8
**VISITATION** [1] -
1707:20
**VOIR** [6] - 1692:5,
1692:15, 1743:14,
1744:18, 1747:17,
1755:23
**VOLITION** [1] - 1708:7
**VOLUME** [1] - 1627:13
**VOLUNTARILY** [2] -
1641:8, 1647:9
**VOLUNTEERS** [2] -
1684:17, 1688:3
**VOTED** [2] - 1769:16,
1769:17
**VS** [1] - 1627:7

## W

**WAIT** [3] - 1678:22,
1738:16, 1754:5
**WAITING** [2] - 1658:2,
1771:5
**WALK** [1] - 1697:6
**WALKS** [1] - 1682:18
**WALMART** [1] -
1678:21
**WANTS** [19] -
1679:16, 1687:16,

1687:17, 1700:20,
1714:20, 1717:23,
1718:20, 1725:1,
1729:11, 1734:22,
1736:17, 1736:18,
1741:20, 1744:25,
1747:15, 1758:4,
1758:8, 1758:9,
1767:17
**WARNING** [5] -
1631:1, 1631:7,
1631:16, 1631:20,
1631:24
**WARRANT** [6] -
1683:1, 1683:18,
1687:2, 1716:11,
1736:23, 1737:4
**WARRANTS** [4] -
1715:22, 1725:17,
1752:13
**WASTED** [2] - 1708:9
**WATCHES** [2] -
1695:25
**WATER** [5] - 1673:17,
1675:6, 1728:1,
1728:13, 1728:18
**WAYS** [2] - 1714:7,
1720:1
**WEB** [1] - 1653:15
**WEDNESDAY** [1] -
1628:1
**WEEK** [25] - 1658:9,
1659:3, 1659:17,
1660:8, 1660:10,
1661:2, 1661:4,
1661:10, 1662:21,
1662:22, 1669:3,
1675:21, 1676:3,
1676:15, 1676:21,
1676:25, 1701:11,
1715:24, 1717:11,
1718:9, 1722:8,
1722:12, 1722:20,
1765:16, 1769:23
**WEEKLY** [1] - 1659:23
**WEIGH** [1] - 1674:18
**WEIGHED** [7] -
1638:20, 1639:4,
1666:7, 1666:8,
1726:10, 1740:15
**WEIGHING** [4] -
1666:24, 1668:6,
1670:4, 1674:17
**WEIGHT** [7] - 1636:11,
1636:19, 1638:18,
1640:4, 1641:11,
1648:19, 1702:1
**WEIRD** [1] - 1732:25
**WELL-
ESTABLISHED** [1] -

TRIAL TRANSCRIPT, VOLUME 7 OF 7, DECEMBER 12, 2012

1804

1708:3
**WEST** [1] - 1705:18
**WESTBERG** [2] -
1768:7, 1771:10
**WESTERN** [1] -
1733:22
**WHALEN** [20] -
1628:19, 1629:22,
1631:18, 1631:19,
1632:15, 1651:8,
1710:13, 1710:25,
1711:2, 1727:16,
1730:20, 1748:5,
1752:20, 1752:22,
1754:13, 1755:18,
1769:12, 1772:2,
1772:13, 1772:14
**WHATABURGER** [2] -
1668:25, 1669:5
**WHATSOEVER** [1] -
1641:19
**WHEELS** [1] - 1652:6
**WHITE** [2] - 1661:13,
1661:14
**WHOLE** [5] - 1676:2,
1689:13, 1717:12,
1725:11, 1729:16
**WIFE** [20] - 1660:15,
1662:7, 1664:24,
1664:25, 1684:14,
1687:13, 1696:2,
1697:24, 1701:14,
1708:2, 1709:17,
1720:8, 1733:7,
1733:8, 1733:10,
1734:22, 1737:1,
1737:2, 1744:8,
1763:11
**WIFE'S** [2] - 1684:13,
1686:24
**WILLFULLY** [1] -
1645:22
**WILLING** [3] -
1634:23, 1721:2,
1726:5
**WILLINGNESS** [1] -
1744:16
**WING** [1] - 1701:5
**WIRE** [4] - 1733:14,
1733:17, 1733:20,
1736:1
**WIRETAPS** [3] -
1694:16, 1715:15
**WIRING** [3] - 1733:15,
1733:23, 1734:4
**WISDOM** [1] - 1633:20
**WISH** [1] - 1638:3
**WITHROW** [1] -
1717:17
**WITNESS** [35] -

1635:15, 1636:19,
1637:2, 1637:4,
1637:6, 1637:8,
1637:9, 1637:11,
1637:16, 1637:18,
1637:19, 1638:1,
1638:18, 1639:3,
1639:7, 1639:22,
1639:25, 1642:2,
1642:4, 1642:5,
1642:6, 1642:8,
1642:10, 1642:14,
1642:16, 1695:2,
1710:7, 1719:24,
1725:22, 1725:24,
1726:14, 1728:21,
1737:24, 1759:13
**WITNESS'S** [6] -
1636:20, 1637:13,
1638:2, 1638:4,
1640:4, 1718:16
**WITNESSES** [41] -
1633:12, 1635:4,
1636:21, 1637:14,
1637:21, 1637:23,
1637:24, 1638:7,
1639:5, 1639:19,
1652:17, 1652:18,
1690:6, 1690:17,
1690:18, 1691:25,
1693:3, 1693:11,
1693:21, 1694:2,
1709:25, 1717:12,
1717:13, 1723:5,
1724:2, 1724:25,
1726:7, 1726:19,
1733:15, 1737:24,
1747:6, 1754:16,
1755:7, 1755:19,
1761:24, 1762:1,
1763:24, 1763:25,
1764:15, 1765:17
**WOMANIZER** [1] -
1728:23
**WOMEN** [1] - 1741:8
**WORD** [3] - 1647:7,
1712:16, 1744:13
**WORDED** [1] - 1758:2
**WORDS** [1] - 1636:2
**WORKER** [2] -
1677:13, 1730:13
**WORKERS** [5] -
1655:6, 1655:20,
1681:24, 1730:12,
1759:24
**WORTH** [2] - 1746:14,
1746:17
**WRAPPED** [2] -
1692:23, 1699:25
**WRITE** [2] - 1649:6,

1649:11
**WRITING** [1] -
1649:13
**WRITTEN** [1] -
1739:20

## Y

**YEAR** [2] - 1685:9,
1736:12
**YEARS** [7] - 1666:13,
1697:13, 1708:19,
1727:23, 1730:10,
1759:2, 1759:3
**YESTERDAY** [3] -
1630:13, 1742:3,
1771:4
**YOUNG** [1] - 1723:19
**YOURSELF** [8] -
1630:24, 1636:24,
1648:14, 1710:2,
1715:1, 1724:18,
1727:4, 1757:23