```
                                                                    1

 1                    UNITED STATES DISTRICT COURT

 2                      EASTERN DISTRICT OF TEXAS

 3                          SHERMAN DIVISION

 4   ----------------------------------------------------------------

 5    THE UNITED STATES OF AMERICA    ] CASE NO. 4:12CR16

 6    VS.                             ] 10:54 AM, JUNE 19, 2014

 7    JUAN CARLOS VEGA                ] PLANO, TEXAS

 8   ----------------------------------------------------------------

 9            REPORTER'S TRANSCRIPT OF SENTENCING HEARING

10                 VOLUME 1 OF 1, PAGES 1 THROUGH 14

11                       CONCORDANCE, PAGE 12

12    THE HONORABLE RICHARD SCHELL, U.S. DISTRICT JUDGE, PRESIDING

13    APPEARANCES:

14   FOR THE GOVERNMENT:         HEATHER RATTAN

15                               ASSISTANT U.S. ATTORNEY

16                               101 EAST PARK BOULEVARD, SUITE 500

17                               PLANO, TEXAS 75074

18                               972-509-1201

19   FOR THE DEFENDANT:          JOEL KEITH PETRAZIO

20                               ATTORNEY AT LAW

21                               5700 GRANITE PARKWAY, SUITE 200

22                               PLANO, TEXAS 75024

23                               972-965-1016

24   PROCEEDINGS REPORTED IN REALTIME USING COMPUTERIZED STENOTYPE,

25   TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.
```

Case 4:12-cr-00016-SDJ-CAN Document 1162 Filed 11/10/14 Page 2 of 14 PageID #: 8451
SENTENCING HEARING FOR JUAN CARLOS VEGA JUNE 19, 2014

2

[COURT REPORTER'S NOTES 20140619A, 10:54 AM, THURSDAY, JUNE 19, 2014, PLANO, TEXAS, U.S. DISTRICT JUDGE RICHARD SCHELL PRESIDING]

THE COURT: THANK YOU. PLEASE BE SEATED.

THIS NEXT CASE IS STYLED "THE UNITED STATES VERSUS JUAN CARLOS VEGA," CAUSE NUMBER 4:12CR16.

ASSISTANT U.S. ATTORNEY HEATHER RATTAN FOR THE GOVERNMENT.

MS. RATTAN: GOOD MORNING.

THE COURT: GOOD MORNING AGAIN.

SPECIAL AGENT JOE MATA WITH THE DEA IS HERE.

AND JUAN CARLOS VEGA IS PRESENT IN THE COURTROOM ALONG WITH HIS LAWYER, JOEL PETRAZIO. GOOD MORNING.

MR. PETRAZIO: GOOD MORNING, YOUR HONOR.

THE COURT: WE HAVE OUR SPANISH-LANGUAGE INTERPRETER, YOVANA GONZALEZ, WHO IS IN THE COURTROOM AND WHO IS INTERPRETING ENGLISH INTO SPANISH FOR MR. VEGA, AND MS. GONZALEZ HAS ALREADY BEEN PLACED UNDER OATH.

MR. PETRAZIO, WOULD YOU PLEASE GO TO THE PODIUM. AND MR. VEGA, WOULD YOU GO THERE ALSO, AND MS. GONZALEZ.

MR. PETRAZIO, HAVE YOU REVIEWED THE PRESENTENCE REPORT WITH MR. VEGA?

MR. PETRAZIO: I HAVE, YOUR HONOR.

THE COURT: AND YOU HAD AN INTERPRETER WITH YOU WHEN YOU DID THAT, I ASSUME.

Case 4:12-cr-00016-SDJ-CAN   Document 1162   Filed 11/10/14   Page 3 of 14 PageID #: 8452
SENTENCING HEARING FOR JUAN CARLOS VEGA JUNE 19, 2014

3

| | | |
|---|---|---|
| 10:55AM | 1 | MR. PETRAZIO: I DID, YOUR HONOR. |
| 10:55AM | 2 | THE COURT: ARE THERE ANY OBJECTIONS TO THE |
| 10:55AM | 3 | PRESENTENCE REPORT? |
| 10:55AM | 4 | MR. PETRAZIO: NO OBJECTIONS, YOUR HONOR. |
| 10:55AM | 5 | THE COURT: ALL RIGHT. THE COURT WILL ADOPT THE |
| 10:55AM | 6 | FACTS CONTAINED IN THE REPORT. THE TOTAL OFFENSE LEVEL FOR |
| 10:55AM | 7 | MR. VEGA IS 40, AND HIS CRIMINAL-HISTORY CATEGORY IS 1 AND, |
| 10:55AM | 8 | THEREFORE, HIS GUIDELINE IMPRISONMENT RANGE IS 292 TO 365 |
| 10:56AM | 9 | MONTHS, AND HIS TERM OF SUPERVISED RELEASE IS FIVE YEARS. |
| 10:56AM | 10 | MR. PETRAZIO, WHAT WOULD YOU LIKE TO SAY? |
| 10:56AM | 11 | MR. PETRAZIO: YOUR HONOR, OBVIOUSLY, WE WENT TO |
| 10:56AM | 12 | TRIAL ON THIS CASE. IT'S BEEN A FRUSTRATING CASE FOR ME AS AN |
| 10:56AM | 13 | ATTORNEY, GIVEN THE NATURE OF THE DISPARITY IN THE SENTENCE OF |
| 10:56AM | 14 | GOING TO TRIAL AS OPPOSED TO COOPERATING AND PLEADING IN THE |
| 10:56AM | 15 | CASE. I THINK PART OF THE PROBLEM HAS BEEN CULTURAL DIFFERENCES |
| 10:56AM | 16 | AND UNDERSTANDING OF THE LEGAL JUSTICE SYSTEM AND APPROPRIATE |
| 10:56AM | 17 | SENTENCES FOR THE TYPES OF OFFENSES THAT PERHAPS MR. VEGA HAD |
| 10:56AM | 18 | IN HIS MIND WOULD CARRY A SENTENCE AS SEVERE AS THE ONE THAT |
| 10:56AM | 19 | HE IS FACING TODAY. NEVERTHELESS, WE ARE WHERE WE ARE. |
| 10:56AM | 20 | I DID FILE A MOTION FOR THE TWO-POINT REDUCTION. |
| 10:57AM | 21 | HOWEVER, MY UNDERSTANDING IS THAT THE POLICY OF THE COURT PRIOR |
| 10:57AM | 22 | TO THAT PROPOSED GUIDELINE AMENDMENT BECOMING LAW IN SEPTEMBER |
| 10:57AM | 23 | [SIC] IS THAT IT HAS TO BE BELOW A BASE OFFENSE LEVEL OF 31 AND |
| 10:57AM | 24 | CRIMINAL-HISTORY CATEGORY 2 OR BELOW. WHILE HE QUALIFIES FOR |
| 10:57AM | 25 | THE LACK OF CRIMINAL HISTORY, OBVIOUSLY HIS BASE OFFENSE LEVEL |

Case 4:12-cr-00016-SDJ-CAN Document 1162 Filed 11/10/14 Page 4 of 14 PageID #: 8453
SENTENCING HEARING FOR JUAN CARLOS VEGA JUNE 19, 2014

4

10:57AM 1  IS ABOVE A 31. WE STILL WOULD ASK THE COURT TO CONSIDER THAT
10:57AM 2  IN THIS CASE, SINCE HE OBVIOUSLY IS STARTING AT A VERY HIGH
10:57AM 3  LEVEL FOR SOMEONE WHO HAS NEVER BEEN IN TROUBLE WITH THE LAW
10:57AM 4  BEFORE.
10:57AM 5           WE WOULD ASK THAT YOU TAKE INTO CONSIDERATION THE
10:57AM 6  AFOREMENTIONED THINGS.
10:57AM 7           MR. VEGA HAS A WIFE AND TWO CHILDREN. HIS WIFE
10:57AM 8  HAS LUPUS AND RHEUMATOID ARTHRITIS AND IS HAVING DIFFICULTY
10:57AM 9  SUPPORTING HERSELF.
10:57AM 10          WE JUST ASK THAT YOU GIVE HIM A SENTENCE THAT YOU
10:58AM 11 FEEL IS APPROPRIATE TO MEET THE ENDS OF JUSTICE IN THIS CASE.
10:58AM 12          THE COURT: ALL RIGHT. THANK YOU, MR. PETRAZIO.
10:58AM 13 Q.    MR. VEGA, WHAT WOULD YOU LIKE TO SAY?
10:58AM 14 A.    YOUR HONORABLE JUDGE, I WOULD LIKE--
10:58AM 15          THE COURT: I NEED YOU TO SPEAK INTO THE MICROPHONE,
10:58AM 16 MS. GONZALEZ, IF YOU WILL TRANSLATE WHAT HE TELLS YOU.
10:58AM 17 A.    YOUR HONORABLE JUDGE, I WOULD LIKE TO SAY THAT I COME
10:58AM 18 BEFORE YOU BEING AS HONEST AS POSSIBLE. I'VE ALWAYS BEEN AN
10:58AM 19 HONEST WORKING MAN, AND I'VE ALWAYS WORKED HARD TO TRY TO
10:58AM 20 SUPPORT MY FAMILY, AND I'VE NEVER HAD TO RECUR [SIC] TO OTHER
10:58AM 21 MEANS TO BE ABLE TO BRING FOOD HOME TO THE TABLE FOR MY FAMILY.
10:58AM 22 I HAVE MY WIFE NOW, WHO IS VERY ILL AND SHE'S NOT ABLE TO WORK,
10:59AM 23 AND I HAVE FIVE CHILDREN TO FEED, AND I KNOW THEY'RE STRUGGLING
10:59AM 24 A LOT RIGHT NOW BECAUSE THEY DON'T HAVE ANYBODY TO DEPEND ON TO
10:59AM 25 HELP THEM FOR A BETTER FUTURE. AND I WAS THE ONLY ONE WHO WAS

Case 4:12-cr-00016-SDJ-CAN   Document 1162   Filed 11/10/14   Page 5 of 14 PageID #: 8454
SENTENCING HEARING FOR JUAN CARLOS VEGA JUNE 19, 2014

5

| | | |
|---|---|---|
| 10:59AM | 1 | ALWAYS IN CHARGE OF THEM AND SUPPORTING THEM. |
| 10:59AM | 2 | AND I'M THINKING THAT I WAS FOUND GUILTY OF SOMETHING |
| 10:59AM | 3 | THAT I FEEL I DID NOT DO ALL THE WAY. |
| 10:59AM | 4 | AND I WOULD REQUEST THAT YOU TAKE ALL THAT INTO |
| 10:59AM | 5 | CONSIDERATION AND GIVE ME THE SHORTEST SENTENCE YOU ARE ALLOWED |
| 10:59AM | 6 | TO.  AND I WOULD LIKE TO ASK THAT YOU STILL HELP ME BECAUSE-- |
| 10:59AM | 7 | HELP ME AS MUCH AS YOU CAN BECAUSE I STILL WANT TO APPEAL MY |
| 11:00AM | 8 | CASE.  AND IF YOU ARE ABLE TO, AGAIN, I WOULD JUST ASK THAT YOU |
| 11:00AM | 9 | PLEASE HELP ME AS MUCH AS YOU CAN.  I WOULD LIKE TO BE BACK |
| 11:00AM | 10 | WITH MY FAMILY TO BE ABLE TO HELP THEM WITH A BETTER LIFE AS |
| 11:00AM | 11 | SOON AS POSSIBLE. |
| 11:00AM | 12 | I THANK YOU FOR LISTENING TO ME AND ALLOWING ME TO |
| 11:00AM | 13 | UTTER THOSE WORDS. |
| 11:00AM | 14 | Q.   ALL RIGHT.  THANK YOU, MR. VEGA. |
| 11:00AM | 15 | YOU DID PROCEED TO TRIAL AND YOU WERE FOUND GUILTY |
| 11:00AM | 16 | OF COUNT 1 OF THE INDICTMENT, WHICH CHARGED YOU WITH CONSPIRING |
| 11:00AM | 17 | OR AGREEING WITH OTHERS TO DISTRIBUTE METHAMPHETAMINE.  YOU |
| 11:00AM | 18 | WERE APPARENTLY IN THE BUSINESS OF DISTRIBUTING OR ASSISTING IN |
| 11:00AM | 19 | THE DISTRIBUTION OF DRUGS.  YOU SAID THAT YOU'VE BEEN AN HONEST |
| 11:01AM | 20 | WORKING MAN.  WELL, DISTRIBUTING DRUGS IS NOT AN HONEST JOB. |
| 11:01AM | 21 | IT'S ILLEGAL.  IT'S AS ILLEGAL HERE IN THE UNITED STATES AS IT |
| 11:01AM | 22 | WOULD BE IN MEXICO.  AND YOU ARE A CITIZEN OF MEXICO, IS THAT |
| 11:01AM | 23 | CORRECT? |
| 11:01AM | 24 | A.   YES, SIR. |
| 11:01AM | 25 | THE COURT:  ALL RIGHT.  LET ME SEE IF I HAVE ANY |

Case 4:12-cr-00016-SDJ-CAN Document 1162 Filed 11/10/14 Page 6 of 14 PageID #: 8455
SENTENCING HEARING FOR JUAN CARLOS VEGA JUNE 19, 2014

6

11:01AM 1 QUESTIONS FOR YOU.

11:01AM 2 YOU SAID TO ME IN YOUR STATEMENT THAT YOU WERE FOUND
11:02AM 3 GUILTY OF SOMETHING YOU DIDN'T FEEL THAT YOU DID. LET ME
11:02AM 4 REMIND YOU THAT AT TRIAL THERE WAS TESTIMONY, I BELIEVE, FROM
11:02AM 5 AGENT MATA THAT WHEN YOU WERE ARRESTED, YOU GAVE A VOLUNTARY
11:02AM 6 STATEMENT TO LAW ENFORCEMENT AGENTS. AMONG THE THINGS YOU SAID
11:02AM 7 WERE THAT YOU KNEW RAMIRO CAZARES--YOU KNEW HIM, YOU KNEW THAT
11:02AM 8 HIS SOURCE OF DRUGS WAS PRIMO. YOU ALSO SAID THAT YOU WERE A
11:03AM 9 RUNNER FOR CAZARES AND YOU PICKED UP DRUG MONEY FOR HIM. AND
11:03AM 10 YOU KNEW THAT THE BLACK HONDA ACCORD THAT WAS USED TO TRANSPORT
11:03AM 11 DRUGS OR MONEY HAD HIDDEN COMPARTMENTS IN IT. SO THAT SOUNDS
11:03AM 12 TO ME LIKE YOU ARE IN THE DRUG BUSINESS. YOU GAVE CONSENT TO
11:03AM 13 SEARCH THAT BLACK HONDA ACCORD.

11:04AM 14 RAMIRO CAZARES TESTIFIED AT YOUR TRIAL. HE SAID
11:04AM 15 THAT HE KNEW YOU, HE IDENTIFIED YOU HERE IN OPEN COURT, HE
11:04AM 16 SAID HE GAVE HIS PHONE NUMBER TO YOU, AND HE CALLED YOU AND YOU
11:04AM 17 WOULD DRIVE THE BLACK HONDA ACCORD TO MAKE THE PICKUP OF DRUGS.
11:04AM 18 HE SAID THAT YOU AND HE COOKED METHAMPHETAMINE TOGETHER AT A
11:04AM 19 HOUSE ON BRITON COURT IN DALLAS. I BELIEVE WHEN CAZARES WAS
11:04AM 20 ARRESTED, HE MADE A RECORDED PHONE CALL TO YOU AND THAT WAS
11:05AM 21 INTRODUCED INTO EVIDENCE.

11:06AM 22 YOUR GUIDELINE IMPRISONMENT RANGE IS 292 TO 365
11:06AM 23 MONTHS. I SEE THAT I SENTENCED YOUR CODEFENDANT TIMOTHY BOWEN
11:06AM 24 TO 324 MONTHS. I THINK HE HAD THE SAME RANGE AS YOU, 292 TO
11:06AM 25 365.

Case 4:12-cr-00016-SDJ-CAN Document 1162 Filed 11/10/14 Page 7 of 14 PageID #: 8456
SENTENCING HEARING FOR JUAN CARLOS VEGA JUNE 19, 2014

7

| | | |
|---|---|---|
| 11:06AM | 1 | I DON'T BELIEVE I HAVE ANY OTHER QUESTIONS. |
| 11:06AM | 2 | AS FAR AS THE MOTION, THE REQUEST FOR REDUCTION |
| 11:06AM | 3 | FILED ON BEHALF OF MR. VEGA--THIS IS DOCUMENT NUMBER 1014-- |
| 11:06AM | 4 | MR. PETRAZIO, I'M GOING TO DENY YOUR REQUEST FOR A REDUCTION |
| 11:06AM | 5 | BASED UPON THE PROPOSED GUIDELINE AMENDMENT.  MR. VEGA'S TOTAL |
| 11:06AM | 6 | OFFENSE LEVEL HERE IS 40.  IT'S UNCLEAR AT THIS POINT WHETHER |
| 11:07AM | 7 | THAT GUIDELINE AMENDMENT WHICH WILL TAKE EFFECT NOVEMBER 1ST OF |
| 11:07AM | 8 | THIS YEAR WILL BE RETROACTIVE.  IT'S LIKELY IT WILL.  WHETHER |
| 11:07AM | 9 | IT WILL BE RETROACTIVE TO ALL DRUG DEFENDANTS HAS NOT BEEN |
| 11:07AM | 10 | DETERMINED AT THIS POINT.  SO I'M NOT GOING TO VARY MY SENTENCE |
| 11:07AM | 11 | DOWN BASED UPON THAT GUIDELINE AMENDMENT, BECAUSE I DON'T KNOW |
| 11:07AM | 12 | IF IT WILL APPLY TO MR. VEGA.  IF IT DOES, THEN CERTAINLY AFTER |
| 11:07AM | 13 | NOVEMBER 1ST MR. VEGA CAN ASK FOR A REDUCTION. |
| 11:07AM | 14 | MR. PETRAZIO:  YES, YOUR HONOR. |
| 11:07AM | 15 | THE COURT:  ALL RIGHT. |
| 11:07AM | 16 | MS. RATTAN, WHAT WOULD YOU LIKE TO SAY? |
| 11:07AM | 17 | MS. RATTAN:  CONSISTENT WITH HIS ENTIRE PRESENTATION |
| 11:07AM | 18 | THROUGHOUT THE CASE, HE'S DISINGENUOUS.  HE'S UNDOCUMENTED IN |
| 11:07AM | 19 | THIS COUNTRY, HE'S ABLE TO TAKE ADVANTAGE OF EVERYTHING THAT |
| 11:07AM | 20 | WE HAVE TO OFFER, BUT WHAT DOES HE DO?  HE COMES HERE AND HE |
| 11:08AM | 21 | COMMITS CRIME.  AND THEN ONCE HE'S CONFRONTED WITH THE CRIME |
| 11:08AM | 22 | HE'S COMMITTED, HE DOESN'T ACCEPT RESPONSIBILITY FOR IT.  HE |
| 11:08AM | 23 | WANTS TO GO TO TRIAL, WHICH, OF COURSE, IS HIS RIGHT.  BUT |
| 11:08AM | 24 | HE'S FACED WITH EVIDENCE WHERE THERE'S A RECORDED PHONE CALL |
| 11:08AM | 25 | AND ON THE PHONE CALL HE SAYS THAT HE'LL COOK IT, MEANING THE |

Case 4:12-cr-00016-SDJ-CAN   Document 1162   Filed 11/10/14   Page 8 of 14 PageID #:  8457
SENTENCING HEARING FOR JUAN CARLOS VEGA JUNE 19, 2014

8

11:08AM  1  METHAMPHETAMINE.  SO HE'S DEEPLY INVOLVED IN THE
11:08AM  2  METHAMPHETAMINE IMPORTATION AND PRODUCTION BECAUSE THE EVIDENCE
11:08AM  3  ALSO ESTABLISHED THAT HE WAS IN CONTACT WITH PRIMO, WHO IS AN
11:08AM  4  INDIVIDUAL IN MEXICO WHO'S SUPPLYING THE METHAMPHETAMINE THAT'S
11:08AM  5  BEING BROUGHT INTO THE UNITED STATES.
11:08AM  6            AND THEN HIS COUNSEL SAYS IT'S FRUSTRATING TO HIM
11:08AM  7  BECAUSE THEY'VE BEEN UNABLE TO COMMUNICATE.  I KNOW MR. PETRAZIO
11:08AM  8  DOESN'T SPEAK SPANISH.  I'M SURE HE HAD AN INTERPRETER TRYING
11:08AM  9  TO ASSIST HIM.  BUT I CAN ALSO TELL THE COURT THAT ASSISTANT
11:08AM  10 UNITED STATES ATTORNEY MR. GONZALEZ AND SPECIAL AGENT JOE MATA
11:08AM  11 MET WITH THIS DEFENDANT BEFORE HE WENT TO TRIAL REPEATEDLY--
11:09AM  12 MR. GONZALEZ SPEAKS SPANISH--AND TOLD THE DEFENDANT REPEATEDLY
11:09AM  13 WHAT WOULD HAPPEN TODAY, ON SENTENCING DAY, AND WHY EXACTLY
11:09AM  14 IT WAS THAT THE DEFENDANT SHOULD ACCEPT RESPONSIBILITY, PLEAD
11:09AM  15 GUILTY, AND OFFERED HIM AN OPPORTUNITY TO COOPERATE.  THIS
11:09AM  16 DIDN'T HAVE TO HAPPEN.  IT WAS REPEATEDLY EXPLAINED TO HIM IN
11:09AM  17 SPANISH BY MR. GONZALEZ WHAT WAS GOING TO HAPPEN.  AND HERE WE
11:09AM  18 ARE TODAY.
11:09AM  19           IT'S THE DEFENDANT'S CHOICES TO GET INVOLVED IN THE
11:09AM  20 CRIME, TO COMMIT THE CRIME, TO NOT ACCEPT RESPONSIBILITY, TO GO
11:09AM  21 TO TRIAL, ALL OF HIS CHOICES TO PUT THE COURT IN THE POSITION
11:09AM  22 THAT YOU ARE IN TODAY, AND THAT IS TO GIVE HIM A LENGTHY
11:09AM  23 SENTENCE.  THANK YOU.
11:09AM  24           THE COURT:  ALL RIGHT.  THANK YOU, MS. RATTAN.
11:09AM  25           JUST TO MAKE IT CLEAR ON THE RECORD, I'M DENYING

Case 4:12-cr-00016-SDJ-CAN   Document 1162   Filed 11/10/14   Page 9 of 14 PageID #: 8458
SENTENCING HEARING FOR JUAN CARLOS VEGA JUNE 19, 2014

9

| | | |
|---|---|---|
| 11:09AM | 1 | DOCUMENT NUMBER 1014 ON THE RECORD. |
| 11:10AM | 2 | MR. VEGA, IT'S THE JUDGMENT OF THE COURT THAT THE |
| 11:10AM | 3 | DEFENDANT, JOSE CARLOS VEGA, IS HEREBY COMMITTED TO THE CUSTODY |
| 11:10AM | 4 | OF THE BUREAU OF PRISONS TO BE IMPRISONED FOR 324 MONTHS ON |
| 11:10AM | 5 | COUNT 1 OF THE SECOND SUPERSEDING INDICTMENT.  I'M NOT GOING |
| 11:10AM | 6 | TO IMPOSE A FINE, MR. VEGA, BECAUSE I FIND THAT YOU DO NOT HAVE |
| 11:10AM | 7 | THE ABILITY TO PAY A FINE.  HOWEVER, YOU MUST PAY THE SPECIAL |
| 11:10AM | 8 | ASSESSMENT OF $100 TO THE GOVERNMENT, WHICH IS DUE IMMEDIATELY. |
| 11:10AM | 9 | WHEN YOU ARE RELEASED FROM PRISON, YOU'LL BE PLACED |
| 11:10AM | 10 | ON SUPERVISED RELEASE FOR FIVE YEARS.  YOU'LL BE UNDER THE |
| 11:10AM | 11 | STANDARD CONDITIONS OF RELEASE.  AMONG THOSE ARE THAT YOU NOT |
| 11:10AM | 12 | POSSESS A FIREARM; YOU MUST PROVIDE THE PROBATION OFFICER WITH |
| 11:10AM | 13 | FINANCIAL INFORMATION ABOUT YOUR SOURCES OF INCOME; YOU MUST |
| 11:10AM | 14 | PARTICIPATE IN A PROGRAM OF TESTING AND TREATMENT FOR DRUG |
| 11:10AM | 15 | ABUSE; YOU MUST COOPERATE IN THE COLLECTION OF DNA; AND YOU ARE |
| 11:11AM | 16 | INELIGIBLE FOR ANY FEDERAL BENEFITS THAT YOU MIGHT BE ELIGIBLE |
| 11:11AM | 17 | FOR FOR A PERIOD OF ONE YEAR.  ALSO, I'M GOING TO RECOMMEND |
| 11:11AM | 18 | THAT YOU RECEIVE APPROPRIATE DRUG TREATMENT WHILE YOU ARE |
| 11:11AM | 19 | INCARCERATED. |
| 11:11AM | 20 | WHEN YOU ARE RELEASED FROM PRISON, YOU'LL BE |
| 11:11AM | 21 | SURRENDERED TO AN IMMIGRATION OFFICIAL FOR DEPORTATION |
| 11:11AM | 22 | PROCEEDINGS.  I RECOMMEND THAT YOU BE DEPORTED.  IF YOU ARE |
| 11:11AM | 23 | DEPORTED, YOU MUST REMAIN OUTSIDE THE UNITED STATES.  IF FOR |
| 11:11AM | 24 | SOME REASON YOU ARE NOT DEPORTED, YOU MUST COMPLY WITH ALL |
| 11:11AM | 25 | THE CONDITIONS OF SUPERVISED RELEASE.  SHOULD YOU ILLEGALLY |

Case 4:12-cr-00016-SDJ-CAN Document 1162 Filed 11/10/14 Page 10 of 14 PageID #: 8459
SENTENCING HEARING FOR JUAN CARLOS VEGA JUNE 19, 2014

10

11:11AM 1 RE-ENTER THE UNITED STATES AFTER DEPORTATION, THAT WOULD
11:11AM 2 BE A VIOLATION OF YOUR SUPERVISED RELEASE AND YOU COULD BE
11:11AM 3 REARRESTED AND SENT BACK TO PRISON.
11:11AM 4 MR. VEGA, YOU PLED NOT GUILTY, YOU WENT TO TRIAL,
11:12AM 5 YOU WERE FOUND GUILTY BEYOND A REASONABLE DOUBT. THERE WAS
11:12AM 6 EVIDENCE AT TRIAL THAT YOU WERE VERY MUCH INVOLVED IN THE
11:12AM 7 PRODUCTION AND DISTRIBUTION OF METHAMPHETAMINE. YOU CAME INTO
11:12AM 8 THIS COUNTRY ILLEGALLY AND YOU COMMITTED CRIMES. THIS SENTENCE
11:12AM 9 IS EXACTLY THE SAME SENTENCE THAT I GAVE TO YOUR CODEFENDANT.
11:12AM 10 YOU HAVE A RIGHT TO APPEAL YOUR CONVICTION AND THE
11:12AM 11 SENTENCE.
11:12AM 12 IS THERE ANYTHING FURTHER, MS. RATTAN?
11:12AM 13 MS. RATTAN: WE MOVE TO DISMISS THE ORIGINAL
11:12AM 14 INDICTMENT AND THE FIRST SUPERSEDING INDICTMENT.
11:12AM 15 THE COURT: THE GOVERNMENT'S MOTION IS GRANTED.
11:12AM 16 ANYTHING FURTHER, MR. PETRAZIO?
11:12AM 17 MR. PETRAZIO: NOTHING FURTHER, YOUR HONOR.
11:12AM 18 THE COURT: DO YOU WANT ME TO RECOMMEND A BUREAU OF
11:12AM 19 PRISONS FACILITY?
11:12AM 20 MR. PETRAZIO: YOUR HONOR, WE WOULD RESPECTFULLY
11:12AM 21 REQUEST THAT YOU RECOMMEND A FACILITY NEAR THE DALLAS AREA.
11:12AM 22 THAT'S WHERE HIS FAMILY IS AT THIS TIME.
11:12AM 23 THE COURT: ALL RIGHT. I'LL MAKE THAT RECOMMENDATION.
11:12AM 24 WE'LL RECESS ON THIS CASE. I'LL REMAND MR. VEGA
11:13AM 25 BACK TO THE MARSHAL. THANK YOU.

**11**

## COURT REPORTER'S CERTIFICATE

   I CERTIFY THAT PAGES 1 THROUGH 14 CONTAIN A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS.

   NOVEMBER 10, 2014.

*/s/ Jerry Kelley*

JERRY KELLEY, CRR

OFFICIAL COURT REPORTER

U.S. COURTHOUSE

7940 PRESTON ROAD

PLANO, TEXAS 75024

214-872-4829

--------

### $

**$100** [1] - 9:8

### 0

**000** [3] - 1:10, 1:11, 11:3

### 1

**1** [7] - 1:10, 3:7, 5:16, 9:5, 11:3
**10** [1] - 11:5
**101** [1] - 1:16
**1014** [2] - 7:3, 9:1
**10:54** [2] - 1:6, 2:1
**19** [2] - 1:6, 2:2
**1ST** [2] - 7:7, 7:13

### 2

**2** [1] - 3:24
**200** [1] - 1:21
**2014** [3] - 1:6, 2:2, 11:5
**20140619A** [1] - 2:1
**214-872-4829** [1] - 11:13
**292** [2] - 3:8, 6:22, 6:24

### 3

**31** [2] - 3:23, 4:1
**324** [2] - 6:24, 9:4
**365** [3] - 3:8, 6:22, 6:25

### 4

**40** [2] - 3:7, 7:6
**4:12CR16** [2] - 1:5, 2:6

### 5

**500** [1] - 1:16
**5700** [1] - 1:21

### 7

**75024** [2] - 1:22, 11:12
**75074** [1] - 1:17
**7940** [1] - 11:11

### 9

**972-509-1201** [1] - 1:18
**972-965-1016** [1] - 1:23

### A

**ABILITY** [1] - 9:7
**ABLE** [5] - 4:21, 4:22, 5:8, 5:10, 7:19
**ABUSE** [1] - 9:15
**ACCEPT** [3] - 7:22, 8:14, 8:20
**ACCORD** [3] - 6:10, 6:13, 6:17
**ADOPT** [1] - 3:5
**ADVANTAGE** [1] - 7:19
**AFOREMENTIONED** [1] - 4:6
**AGENT** [3] - 2:11, 6:5, 8:10
**AGENTS** [1] - 6:6
**AGREEING** [1] - 5:17
**AIDED** [1] - 1:25
**ALLOWED** [1] - 5:5
**ALLOWING** [1] - 5:12
**AMENDMENT** [4] - 3:22, 7:5, 7:7, 7:11
**AMERICA** [1] - 1:5
**APPARENTLY** [1] - 5:18
**APPEAL** [2] - 5:7, 10:10
**APPEARANCES** [1] - 1:13
**APPLY** [1] - 7:12
**APPROPRIATE** [3] - 3:16, 4:11, 9:18
**AREA** [1] - 10:21
**ARRESTED** [2] - 6:5, 6:20
**ARTHRITIS** [1] - 4:8
**ASSESSMENT** [1] - 9:8
**ASSIST** [1] - 8:9
**ASSISTANT** [3] - 1:15, 2:7, 8:9
**ASSISTING** [1] - 5:18
**ASSUME** [1] - 2:25
**ATTORNEY** [5] - 1:15, 1:20, 2:7, 3:13, 8:10

### B

**BASE** [2] - 3:23, 3:25
**BASED** [2] - 7:5, 7:11
**BECOMING** [1] - 3:22
**BEHALF** [1] - 7:3
**BELOW** [2] - 3:23, 3:24
**BENEFITS** [1] - 9:16
**BETTER** [2] - 4:25, 5:10
**BEYOND** [1] - 10:5
**BLACK** [3] - 6:10, 6:13, 6:17
**BOULEVARD** [1] - 1:16
**BOWEN** [1] - 6:23
**BRING** [1] - 4:21
**BRITON** [1] - 6:19
**BROUGHT** [1] - 8:5
**BUREAU** [2] - 9:4, 10:18
**BUSINESS** [2] - 5:18, 6:12

### C

**CARLOS** [4] - 1:7, 2:6, 2:12, 9:3
**CARRY** [1] - 3:18
**CASE** [10] - 1:5, 2:5, 3:12, 3:15, 4:2, 4:11, 5:8, 7:18, 10:24
**CATEGORY** [2] - 3:7, 3:24
**CAZARES** [4] - 6:7, 6:9, 6:14, 6:19
**CERTAINLY** [1] - 7:12
**CERTIFICATE** [1] - 11:1
**CERTIFY** [1] - 11:3
**CHARGE** [1] - 5:1
**CHARGED** [1] - 5:16
**CHILDREN** [2] - 4:7, 4:23
**CHOICES** [2] - 8:19, 8:21
**CITIZEN** [1] - 5:22
**CLEAR** [1] - 8:25
**CODEFENDANT** [2] - 6:23, 10:9
**COLLECTION** [1] - 9:15
**COMMIT** [1] - 8:20
**COMMITS** [1] - 7:21
**COMMITTED** [3] - 7:22, 9:3, 10:8
**COMMUNICATE** [1] - 8:7
**COMPARTMENTS** [1] - 6:11
**COMPLY** [1] - 9:24
**COMPUTER** [1] - 1:25
**COMPUTER-AIDED** [1] - 1:25
**COMPUTERIZED** [1] - 1:24
**CONCORDANCE** [1] - 1:11
**CONDITIONS** [2] - 9:11, 9:25
**CONFRONTED** [1] - 7:21
**CONSENT** [1] - 6:12
**CONSIDER** [1] - 4:1
**CONSIDERATION** [2] - 4:5, 5:5
**CONSISTENT** [1] - 7:17
**CONSPIRING** [1] - 5:16
**CONTACT** [1] - 8:3
**CONTAIN** [1] - 11:3
**CONTAINED** [1] - 3:6
**CONVICTION** [1] - 10:10
**COOK** [1] - 7:25
**COOKED** [1] - 6:18
**COOPERATE** [2] - 8:15, 9:15
**COOPERATING** [1] - 3:14
**CORRECT** [2] - 5:23, 11:3
**COUNSEL** [1] - 8:6
**COUNT** [2] - 5:16, 9:5
**COUNTRY** [2] - 7:19, 10:8
**COURSE** [1] - 7:23
**COURT** [26] - 1:1, 2:1, 2:4, 2:10, 2:15, 2:24, 3:2, 3:5, 3:21, 4:1, 4:12, 4:15, 5:25, 6:15, 6:19, 7:15, 8:9, 8:21, 8:24, 9:2, 10:15, 10:18, 10:23, 11:1, 11:9
**COURTHOUSE** [1] - 11:10
**COURTROOM** [2] - 2:12, 2:16
**CRIME** [4] - 7:21, 8:20
**CRIMES** [1] - 10:8
**CRIMINAL** [3] - 3:7, 3:24, 3:25
**CRIMINAL-HISTORY** [2] - 3:7, 3:24
**CRR** [1] - 11:8
**CULTURAL** [1] - 3:15
**CUSTODY** [1] - 9:3

### D

**DALLAS** [2] - 6:19, 10:21
**DEA** [1] - 2:11
**DEEPLY** [1] - 8:1
**DEFENDANT** [5] - 1:19, 8:11, 8:12, 8:14, 9:3
**DEFENDANT'S** [1] - 8:19
**DEFENDANTS** [1] - 7:9
**DENY** [1] - 7:4
**DENYING** [1] - 8:25
**DEPORTATION** [2] - 9:21, 10:1
**DEPORTED** [3] - 9:22, 9:23, 9:24
**DETERMINED** [1] - 7:10
**DIFFERENCES** [1] - 3:15
**DIFFICULTY** [1] - 4:8
**DISINGENUOUS** [1] - 7:18
**DISMISS** [1] - 10:13
**DISPARITY** [1] - 3:13
**DISTRIBUTE** [1] - 5:17
**DISTRIBUTING** [2] - 5:18, 5:20
**DISTRIBUTION** [2] - 5:19, 10:7
**DISTRICT** [4] - 1:1, 1:2, 1:12, 2:2
**DIVISION** [1] - 1:3
**DNA** [1] - 9:15
**DOCUMENT** [2] - 7:3, 9:1
**DOUBT** [1] - 10:5
**DOWN** [1] - 7:11
**DRIVE** [1] - 6:17
**DRUG** [5] - 6:9, 6:12, 7:9, 9:14, 9:18
**DRUGS** [5] - 5:19, 5:20, 6:8, 6:11, 6:17
**DUE** [1] - 9:8

### E

**EAST** [1] - 1:16
**EASTERN** [1] - 1:2
**EFFECT** [1] - 7:7
**ELIGIBLE** [1] - 9:16
**ENDS** [1] - 4:11
**ENFORCEMENT** [1] - 6:6
**ENGLISH** [1] - 2:17
**ENTER** [1] - 10:1
**ENTIRE** [1] - 7:17
**ESTABLISHED** [1] - 8:3
**EVIDENCE** [4] - 6:21, 7:24, 8:2, 10:6
**EXACTLY** [2] - 8:13, 10:9
**EXPLAINED** [1] - 8:16

**F**

**FACED** [1] - 7:24
**FACILITY** [2] - 10:19, 10:21
**FACING** [1] - 3:19
**FACTS** [1] - 3:6
**FAMILY** [4] - 4:20, 4:21, 5:10, 10:22
**FAR** [1] - 7:2
**FEDERAL** [1] - 9:16
**FEED** [1] - 4:23
**FILE** [1] - 3:20
**FILED** [1] - 7:3
**FINANCIAL** [1] - 9:13
**FINE** [2] - 9:6, 9:7
**FIREARM** [1] - 9:12
**FIRST** [1] - 10:14
**FIVE** [3] - 3:9, 4:23, 9:10
**FOOD** [1] - 4:21
**FRUSTRATING** [2] - 3:12, 8:6
**FUTURE** [1] - 4:25

**G**

**GIVEN** [1] - 3:13
**GONZALEZ** [7] - 2:16, 2:17, 2:20, 4:16, 8:10, 8:12, 8:17
**GOVERNMENT** [3] - 1:14, 2:8, 9:8
**GOVERNMENT'S** [1] - 10:15
**GRANITE** [1] - 1:21
**GRANTED** [1] - 10:15
**GUIDELINE** [6] - 3:8, 3:22, 6:22, 7:5, 7:7, 7:11
**GUILTY** [6] - 5:2, 5:15, 6:3, 8:15, 10:4, 10:5

**H**

**HARD** [1] - 4:19
**HEARING** [1] - 1:9
**HEATHER** [2] - 1:14, 2:7
**HELP** [5] - 4:25, 5:6, 5:7, 5:9, 5:10
**HEREBY** [1] - 9:3
**HERSELF** [1] - 4:9
**HIDDEN** [1] - 6:11
**HIGH** [1] - 4:2
**HISTORY** [3] - 3:7, 3:24, 3:25
**HOME** [1] - 4:21
**HONDA** [3] - 6:10, 6:13, 6:17

**HONEST** [4] - 4:18, 4:19, 5:19, 5:20
**HONOR** [8] - 2:14, 2:23, 3:1, 3:4, 3:11, 7:14, 10:17, 10:20
**HONORABLE** [3] - 1:12, 4:14, 4:17
**HOUSE** [1] - 6:19

**I**

**IDENTIFIED** [1] - 6:15
**ILL** [1] - 4:22
**ILLEGAL** [2] - 5:21
**ILLEGALLY** [2] - 9:25, 10:8
**IMMEDIATELY** [1] - 9:8
**IMMIGRATION** [1] - 9:21
**IMPORTATION** [1] - 8:2
**IMPOSE** [1] - 9:6
**IMPRISONED** [1] - 9:4
**IMPRISONMENT** [2] - 3:8, 6:22
**INCARCERATED** [1] - 9:19
**INCOME** [1] - 9:13
**INDICTMENT** [4] - 5:16, 9:5, 10:14
**INDIVIDUAL** [1] - 8:4
**INELIGIBLE** [1] - 9:16
**INFORMATION** [1] - 9:13
**INTERPRETER** [3] - 2:15, 2:24, 8:8
**INTERPRETING** [1] - 2:16
**INTRODUCED** [1] - 6:21
**INVOLVED** [3] - 8:1, 8:19, 10:6

**J**

**JERRY** [1] - 11:8
**JOB** [1] - 5:20
**JOE** [2] - 2:11, 8:10
**JOEL** [2] - 1:19, 2:13
**JOSE** [1] - 9:3
**JUAN** [3] - 1:7, 2:6, 2:12
**JUDGE** [4] - 1:12, 2:2, 4:14, 4:17
**JUDGMENT** [1] - 9:2
**JUNE** [2] - 1:6, 2:2
**JUSTICE** [2] - 3:16, 4:11

**K**

**KEITH** [1] - 1:19
**KELLEY** [1] - 11:8

**L**

**LACK** [1] - 3:25
**LANGUAGE** [1] - 2:15
**LAW** [4] - 1:20, 3:22, 4:3, 6:6
**LAWYER** [1] - 2:13
**LEGAL** [1] - 3:16
**LENGTHY** [1] - 8:22
**LEVEL** [5] - 3:6, 3:23, 3:25, 4:3, 7:6
**LIFE** [1] - 5:10
**LIKELY** [1] - 7:8
**LISTENING** [1] - 5:12
**LUPUS** [1] - 4:8

**M**

**MAN** [2] - 4:19, 5:20
**MARSHAL** [1] - 10:25
**MATA** [3] - 2:11, 6:5, 8:10
**MEANING** [1] - 7:25
**MEANS** [1] - 4:21
**MEET** [1] - 4:11
**MET** [1] - 8:11
**METHAMPHETAMINE** [6] - 5:17, 6:18, 8:1, 8:2, 8:4, 10:7
**MEXICO** [3] - 5:22, 8:4
**MICROPHONE** [1] - 4:15
**MIGHT** [1] - 9:16
**MIND** [1] - 3:18
**MONEY** [2] - 6:9, 6:11
**MONTHS** [4] - 3:9, 6:23, 6:24, 9:4
**MORNING** [4] - 2:9, 2:10, 2:13, 2:14
**MOTION** [3] - 3:20, 7:2, 10:15
**MOVE** [1] - 10:13
**MUST** [6] - 9:7, 9:12, 9:13, 9:15, 9:23, 9:24

**N**

**NATURE** [1] - 3:13
**NEAR** [1] - 10:21
**NEED** [1] - 4:15
**NEVER** [2] - 4:3, 4:20
**NEVERTHELESS** [1] - 3:19
**NEXT** [1] - 2:5

**NOTES** [1] - 2:1
**NOTHING** [1] - 10:17
**NOVEMBER** [3] - 7:7, 7:13, 11:5
**NUMBER** [4] - 2:6, 6:16, 7:3, 9:1

**O**

**OATH** [1] - 2:18
**OBJECTIONS** [2] - 3:2, 3:4
**OBVIOUSLY** [3] - 3:11, 3:25, 4:2
**OFFENSE** [4] - 3:6, 3:23, 3:25, 7:6
**OFFENSES** [1] - 3:17
**OFFER** [1] - 7:20
**OFFERED** [1] - 8:15
**OFFICER** [1] - 9:12
**OFFICIAL** [2] - 9:21, 11:9
**ONCE** [1] - 7:21
**ONE** [3] - 3:18, 4:25, 9:17
**OPEN** [1] - 6:15
**OPPORTUNITY** [1] - 8:15
**OPPOSED** [1] - 3:14
**ORIGINAL** [1] - 10:13
**OUTSIDE** [1] - 9:23

**P**

**PAGE** [1] - 1:11
**PAGES** [2] - 1:10, 11:3
**PARK** [1] - 1:16
**PARKWAY** [1] - 1:21
**PART** [1] - 3:15
**PARTICIPATE** [1] - 9:14
**PAY** [2] - 9:7
**PERHAPS** [1] - 3:17
**PERIOD** [1] - 9:17
**PETRAZIO** [17] - 1:19, 2:13, 2:14, 2:19, 2:21, 2:23, 3:1, 3:4, 3:10, 3:11, 4:12, 7:4, 7:14, 8:7, 10:16, 10:17, 10:20
**PHONE** [4] - 6:16, 6:20, 7:24, 7:25
**PICKED** [1] - 6:9
**PICKUP** [1] - 6:17
**PLACED** [2] - 2:18, 9:9
**PLANO** [5] - 1:7, 1:17, 1:22, 2:2, 11:12
**PLEAD** [1] - 8:14
**PLEADING** [1] - 3:14

**PLED** [1] - 10:4
**PODIUM** [1] - 2:19
**POINT** [3] - 3:20, 7:6, 7:10
**POLICY** [1] - 3:21
**POSITION** [1] - 8:21
**POSSESS** [1] - 9:12
**POSSIBLE** [2] - 4:18, 5:11
**PRESENT** [1] - 2:12
**PRESENTATION** [1] - 7:17
**PRESENTENCE** [2] - 2:21, 3:3
**PRESIDING** [2] - 1:12, 2:3
**PRESTON** [1] - 11:11
**PRIMO** [2] - 6:8, 8:3
**PRISON** [3] - 9:9, 9:20, 10:3
**PRISONS** [2] - 9:4, 10:19
**PROBATION** [1] - 9:12
**PROBLEM** [1] - 3:15
**PROCEED** [1] - 5:15
**PROCEEDINGS** [3] - 1:24, 9:22, 11:4
**PRODUCED** [1] - 1:25
**PRODUCTION** [2] - 8:2, 10:7
**PROGRAM** [1] - 9:14
**PROPOSED** [2] - 3:22, 7:5
**PROVIDE** [1] - 9:12
**PUT** [1] - 8:21

**Q**

**QUALIFIES** [1] - 3:24
**QUESTIONS** [2] - 6:1, 7:1

**R**

**RAMIRO** [2] - 6:7, 6:14
**RANGE** [3] - 3:8, 6:22, 6:24
**RATTAN** [8] - 1:14, 2:7, 2:9, 7:16, 7:17, 8:24, 10:12, 10:13
**RE** [1] - 10:1
**RE-ENTER** [1] - 10:1
**REALTIME** [1] - 1:24
**REARRESTED** [1] - 10:3
**REASON** [1] - 9:24
**REASONABLE** [1] - 10:5
**RECEIVE** [1] - 9:18
**RECESS** [1] - 10:24

Case 4:12-cr-00016-SDJ-CAN   Document 1162   Filed 11/10/14   Page 14 of 14 PageID #: 8463
SENTENCING HEARING FOR JUAN CARLOS VEGA JUNE 19, 2014

14

**RECOMMEND** [4] - 9:17, 9:22, 10:18, 10:21
**RECOMMENDATION** [1] - 10:23
**RECORD** [3] - 8:25, 9:1, 11:4
**RECORDED** [2] - 6:20, 7:24
**RECUR** [1] - 4:20
**REDUCTION** [4] - 3:20, 7:2, 7:4, 7:13
**RELEASE** [5] - 3:9, 9:10, 9:11, 9:25, 10:2
**RELEASED** [2] - 9:9, 9:20
**REMAIN** [1] - 9:23
**REMAND** [1] - 10:24
**REMIND** [1] - 6:4
**REPEATEDLY** [3] - 8:11, 8:12, 8:16
**REPORT** [3] - 2:22, 3:3, 3:6
**REPORTED** [1] - 1:24
**REPORTER** [1] - 11:9
**REPORTER'S** [3] - 1:9, 2:1, 11:1
**REQUEST** [4] - 5:4, 7:2, 7:4, 10:21
**RESPECTFULLY** [1] - 10:20
**RESPONSIBILITY** [3] - 7:22, 8:14, 8:20
**RETROACTIVE** [2] - 7:8, 7:9
**REVIEWED** [1] - 2:21
**RHEUMATOID** [1] - 4:8
**RICHARD** [2] - 1:12, 2:3
**ROAD** [1] - 11:11
**RUNNER** [1] - 6:9

**S**

**SCHELL** [2] - 1:12, 2:3
**SEARCH** [1] - 6:13
**SEATED** [1] - 2:4
**SECOND** [1] - 9:5
**SEE** [2] - 5:25, 6:23
**SENT** [1] - 10:3
**SENTENCE** [9] - 3:13, 3:18, 4:10, 5:5, 7:10, 8:23, 10:8, 10:9, 10:11
**SENTENCED** [1] - 6:23
**SENTENCES** [1] - 3:17

**SENTENCING** [2] - 1:9, 8:13
**SEPTEMBER** [1] - 3:22
**SEVERE** [1] - 3:18
**SHERMAN** [1] - 1:3
**SHORTEST** [1] - 5:5
**SIC** [2] - 3:23, 4:20
**SOMEONE** [1] - 4:3
**SOON** [1] - 5:11
**SOUNDS** [1] - 6:11
**SOURCE** [1] - 6:8
**SOURCES** [1] - 9:13
**SPANISH** [5] - 2:15, 2:17, 8:8, 8:12, 8:17
**SPANISH-LANGUAGE** [1] - 2:15
**SPEAKS** [1] - 8:12
**SPECIAL** [3] - 2:11, 8:10, 9:7
**STANDARD** [1] - 9:11
**STARTING** [1] - 4:2
**STATEMENT** [2] - 6:2, 6:6
**STATES** [8] - 1:1, 1:5, 2:5, 5:21, 8:5, 8:10, 9:23, 10:1
**STENOTYPE** [1] - 1:24
**STILL** [3] - 4:1, 5:6, 5:7
**STRUGGLING** [1] - 4:23
**STYLED** [1] - 2:5
**SUITE** [2] - 1:16, 1:21
**SUPERSEDING** [2] - 9:5, 10:14
**SUPERVISED** [4] - 3:9, 9:10, 9:25, 10:2
**SUPPLYING** [1] - 8:4
**SUPPORT** [1] - 4:20
**SUPPORTING** [2] - 4:9, 5:1
**SURRENDERED** [1] - 9:21
**SYSTEM** [1] - 3:16

**T**

**TABLE** [1] - 4:21
**TERM** [1] - 3:9
**TESTIFIED** [1] - 6:14
**TESTIMONY** [1] - 6:4
**TESTING** [1] - 9:14
**TEXAS** [6] - 1:2, 1:7, 1:17, 1:22, 2:2, 11:12
**THEREFORE** [1] - 3:8
**THEY'VE** [1] - 8:7

**THINKING** [1] - 5:2
**THROUGHOUT** [1] - 7:18
**THURSDAY** [1] - 2:2
**TIMOTHY** [1] - 6:23
**TODAY** [4] - 3:19, 8:13, 8:18, 8:22
**TOGETHER** [1] - 6:18
**TOTAL** [2] - 3:6, 7:5
**TRANSCRIPT** [3] - 1:9, 1:25, 11:4
**TRANSCRIPTION** [1] - 1:25
**TRANSLATE** [1] - 4:16
**TRANSPORT** [1] - 6:10
**TREATMENT** [2] - 9:14, 9:18
**TRIAL** [10] - 3:12, 3:14, 5:15, 6:4, 6:14, 7:23, 8:11, 8:21, 10:4, 10:6
**TROUBLE** [1] - 4:3
**TRY** [1] - 4:19
**TRYING** [1] - 8:8
**TWO** [2] - 3:20, 4:7
**TWO-POINT** [1] - 3:20
**TYPES** [1] - 3:17

**U**

**U.S** [5] - 1:12, 1:15, 2:2, 2:7, 11:10
**UNABLE** [1] - 8:7
**UNCLEAR** [1] - 7:6
**UNDER** [2] - 2:18, 9:10
**UNDOCUMENTED** [1] - 7:18
**UNITED** [8] - 1:1, 1:5, 2:5, 5:21, 8:5, 8:10, 9:23, 10:1
**UP** [1] - 6:9
**UTTER** [1] - 5:13

**V**

**VARY** [1] - 7:10
**VEGA** [19] - 1:7, 2:6, 2:12, 2:17, 2:20, 2:22, 3:7, 3:17, 4:7, 4:13, 5:14, 7:3, 7:12, 7:13, 9:2, 9:3, 9:6, 10:4, 10:24
**VEGA'S** [1] - 7:5
**VERSUS** [1] - 2:5
**VIOLATION** [1] - 10:2
**VOLUME** [1] - 1:10
**VOLUNTARY** [1] - 6:5
**VS** [1] - 1:6

**W**

**WANTS** [1] - 7:23
**WIFE** [3] - 4:7, 4:22
**WORDS** [1] - 5:13

**Y**

**YEAR** [2] - 7:8, 9:17
**YEARS** [2] - 3:9, 9:10
**YOVANA** [1] - 2:16