1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

------------------------------------------------------------

THE UNITED STATES OF AMERICA    ] CASE NO. 4:12CR16

VS.                             ] 9 AM, DECEMBER 4, 2012

RENE CORTEZ SALAZAR, ET AL      ] PLANO, TEXAS

------------------------------------------------------------

REPORTER'S TRANSCRIPT OF JURY TRIAL

VOLUME 1 OF 7, PAGES 1 THROUGH 226

TABLE OF CONTENTS, PAGE 199

CONCORDANCE, PAGE 200

THE HONORABLE RICHARD A. SCHELL, U.S. DISTRICT JUDGE, PRESIDING

PROCEEDINGS REPORTED IN REALTIME USING COMPUTERIZED STENOTYPE,

TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.

TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

2

             [COURT REPORTER'S NOTES 20121204, 9 AM, TUESDAY,
DECEMBER 4, 2012, PLANO, TEXAS, U.S. DISTRICT JUDGE RICHARD A.
SCHELL PRESIDING]
APPEARANCES:
FOR THE GOVERNMENT:        ERNEST GONZALEZ
                           TRACEY BATSON
                           ASSISTANT U.S. ATTORNEYS
                           U.S. ATTORNEY'S OFFICE
                           101 EAST PARK BOULEVARD, SUITE 500
                           PLANO, TEXAS 75074
                           972-509-1201
FOR THE DEFENDANT RENE CORTEZ SALAZAR:
                           KYLE KEMP
                           ATTORNEY AT LAW
                           406 N. GRAND AVENUE, SUITE 106
                           GAINESVILLE, TEXAS 76240
                           469-223-7821
FOR THE DEFENDANT TIMOTHY LEDON BOWEN:
                           JAMES P. WHALEN
                           ATTORNEY AT LAW
                           6500 INTERNATIONAL PARKWAY #1700
                           PLANO, TEXAS 75093
                           214-368-2560

 1   FOR THE DEFENDANT JUAN CARLOS VEGA:

 2                              JOEL KEITH PETRAZIO

 3                              ATTORNEY AT LAW

 4                              5700 GRANITE PARKWAY, SUITE 200

 5                              PLANO, TEXAS 75024

 6                              972-965-1016

 7

 8

 9

09:05AM  10            [OPEN COURT, DEFENDANTS PRESENT, NO VENIRE]

09:05AM  11            THE COURT:  THIS CASE IS STYLED "THE UNITED STATES

09:05AM  12   VERSUS RENE CORTEZ SALAZAR, TIMOTHY LEDON BOWEN AND JUAN

09:05AM  13   CARLOS VEGA."  THEY ARE DEFENDANTS 1, 14 AND 34 AS LISTED

09:05AM  14   IN THE SECOND SUPERSEDING INDICTMENT.

09:05AM  15            I HAVE PRESENT IN THE COURTROOM ASSISTANT U.S.

09:05AM  16   ATTORNEYS ERNEST GONZALEZ AND TRACEY BATSON FOR THE GOVERNMENT.

09:05AM  17   GOOD MORNING.

09:05AM  18            MS. BATSON:  GOOD MORNING, YOUR HONOR.

09:05AM  19            MR. GONZALEZ:  GOOD MORNING, YOUR HONOR.

09:05AM  20            THE COURT:  AND ALSO AT GOVERNMENT'S COUNSEL TABLE

09:05AM  21   ARE GARIN REETZ OF THE U.S. ATTORNEY'S OFFICE.  GOOD MORNING.

09:05AM  22            MR. REETZ:  GOOD MORNING, YOUR HONOR.

09:05AM  23            THE COURT:  AND SPECIAL AGENT JOE MATA OF THE DRUG

09:05AM  24   ENFORCEMENT AGENCY.  GOOD MORNING.

09:06AM  25            SPECIAL AGENT MATA:  GOOD MORNING, YOUR HONOR.

09:06AM  1   THE COURT:  AND DETECTIVE BRIAN MCCLARAN OF THE

09:06AM  2   SHERMAN POLICE DEPARTMENT.  GOOD MORNING.

09:06AM  3   DETECTIVE MCCLARAN:  GOOD MORNING, YOUR HONOR.

09:06AM  4   THE COURT:  AND AT DEFENSE COUNSEL TABLE I HAVE

09:06AM  5   DEFENDANT NUMBER 1, RENE CORTEZ SALAZAR, AND HIS LAWYER,

09:06AM  6   KYLE KEMP.  GOOD MORNING.

09:06AM  7   MR. KEMP:  GOOD MORNING, YOUR HONOR.

09:06AM  8   THE COURT:  I KNOW WE HAVE A SPANISH-LANGUAGE

09:06AM  9   INTERPRETER HERE.  IS MR. MAHLER INTERPRETING FOR MR. SALAZAR?

09:06AM  10  HE DOESN'T APPEAR TO BE.

09:06AM  11  MR. KEMP:  NO, YOUR HONOR.  I THINK IT'S JUST FOR

09:06AM  12  MR. VEGA.

09:06AM  13  THE COURT:  ALL RIGHT.

09:06AM  14  I ALSO HAVE PRESENT TIMOTHY LEDON BOWEN, AND HE IS

09:06AM  15  DEFENDANT NUMBER 14, AND HE IS HERE WITH HIS LAWYER, JAMES

09:06AM  16  WHALEN.

09:06AM  17  MR. WHALEN:  GOOD MORNING, YOUR HONOR.

09:06AM  18  THE COURT:  GOOD MORNING.

09:06AM  19  AND THEN, FINALLY, DEFENDANT NUMBER 34, JUAN CARLOS

09:06AM  20  VEGA, AND HE IS PRESENT WITH HIS COUNSEL, JOEL PETRAZIO.  GOOD

09:07AM  21  MORNING.

09:07AM  22  MR. PETRAZIO:  GOOD MORNING, YOUR HONOR.

09:07AM  23  THE COURT:  ALL RIGHT.

09:07AM  24  FOR THE RECORD, WE HAVE OUR SPANISH-LANGUAGE

09:07AM  25  INTERPRETERS, MIKE MAHLER AND ALMA ADRIANO, AND THEY ARE

09:07AM 1    INTERPRETING ENGLISH INTO SPANISH FOR MR. VEGA.

09:07AM 2            THIS CASE IS SET FOR JURY SELECTION THIS MORNING.

09:07AM 3    THE ESTIMATE, MR. GONZALEZ, I BELIEVE, THAT YOU HAD GIVEN ME

09:07AM 4    WAS TWO WEEKS FOR TRIAL.  IS THAT WHAT I SHOULD ADVISE THE JURY

09:07AM 5    ON?

09:07AM 6            MR. GONZALEZ:  NO, YOUR HONOR.  OBVIOUSLY, WHEN I

09:07AM 7    GAVE THAT ESTIMATE, THERE WERE A LOT MORE DEFENDANTS.  MY

09:07AM 8    ESTIMATE TODAY WOULD BE PROBABLY SEVEN DAYS.

09:07AM 9            THE COURT:  SEVEN DAYS OF TRIAL?  OKAY.  SO A WEEK

09:07AM 10   AND A HALF?

09:07AM 11           MR. GONZALEZ:  YES, YOUR HONOR.

09:07AM 12           THE COURT:  ALL RIGHT.

09:07AM 13           DO DEFENSE COUNSEL HAVE A DIFFERENT ESTIMATE?

09:07AM 14   ANYONE?

09:07AM 15           MR. PETRAZIO:  NO, YOUR HONOR.

09:07AM 16           THE COURT:  OKAY.

09:08AM 17           WE HAVE 48 JURORS WHO ARE PRESENT AND READY TO BE

09:08AM 18   BROUGHT INTO THE COURTROOM FOR JURY SELECTION.

09:08AM 19           BEFORE WE DO THAT, THOUGH, MR. GONZALEZ, YOU'VE

09:08AM 20   FILED A NUMBER OF AMENDED WITNESS LISTS.  THE LATEST ONE THAT I

09:08AM 21   HAVE IS DOCUMENT NUMBER 650.  IS THAT YOUR MOST-RECENT WITNESS

09:08AM 22   LIST?

09:08AM 23           MR. GONZALEZ:  YES, YOUR HONOR.

09:08AM 24           THE COURT:  OKAY.

09:08AM 25           AND THEN I RECEIVED THIS MORNING AN AMENDED EXHIBIT

09:08AM 1   LIST, WHICH IS DOCUMENT NUMBER 652.  WOULD THAT BE YOUR FINAL

09:09AM 2   EXHIBIT LIST?

09:09AM 3           MR. GONZALEZ:  YES, YOUR HONOR.

09:09AM 4           THE COURT:  OKAY.

09:09AM 5           NOW, THERE ARE SOME MOTIONS THAT WERE FILED VERY

09:09AM 6   LATE, BEYOND THE DEADLINE FOR FILING MOTIONS UNDER THE PRETRIAL

09:09AM 7   ORDER.  I'VE NEVERTHELESS CONSIDERED SOME OF THOSE LATE

09:09AM 8   MOTIONS.  HOWEVER, IT LOOKS LIKE SOME WERE FILED LAST NIGHT

09:09AM 9   AND WERE JUST HANDED TO ME.  SO I HAVE NOT HAD A CHANCE TO

09:09AM 10  CONSIDER THOSE AND WILL NOT HAVE A CHANCE TO CONSIDER THOSE.

09:09AM 11          LET ME TAKE UP THE ONES THAT I HAVE TAKEN THE TIME

09:09AM 12  TO CONSIDER ALTHOUGH THEY WERE UNTIMELY.

09:09AM 13          I'LL START WITH RENE SALAZAR.  MR. KEMP, YOU FILED

09:09AM 14  A MOTION IN LIMINE, THAT'S DOCUMENT NUMBER 613, SEEKING TO HAVE

09:10AM 15  THE COURT INSTRUCT THE GOVERNMENT NOT TO REFER TO ANY PRIOR OR

09:10AM 16  SUBSEQUENT BAD ACTS OR CONVICTIONS OR ANY GANG AFFILIATIONS OR

09:10AM 17  GANG TATTOOS ON THE PART OF MR. SALAZAR.

09:10AM 18          I DON'T KNOW IF THE GOVERNMENT WANTS TO RESPOND, BUT

09:10AM 19  I DON'T BELIEVE ANY 404(B) NOTICE HAS EVER BEEN FILED AGAINST

09:10AM 20  MR. SALAZAR.

09:10AM 21          MR. GONZALEZ:  THAT'S CORRECT, YOUR HONOR, NO 404(B)

09:10AM 22  NOTICE.

09:10AM 23          THE COURT:  OKAY.

09:10AM 24          MR. KEMP, DID YOU JUST FILE THIS JUST TO BE

09:10AM 25  CAUTIOUS?

TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

7

09:10AM  1          MR. KEMP:  I DID, YOUR HONOR.  AND, REALLY,

09:10AM  2  SPECIFICALLY JUST FOR THE GANG-AFFILIATION REFERENCES AND

09:10AM  3  TATTOO REFERENCES AND THINGS LIKE THAT.  THAT'S REALLY WHAT

09:10AM  4  WE WERE TRYING TO PRECLUDE THE GOVERNMENT FROM GETTING INTO.

09:10AM  5          THE COURT:  OKAY.  ALL RIGHT.

09:10AM  6          I'LL ASK MS. SANFORD TO MAKE NOTATIONS AS I GO

09:10AM  7  THROUGH THESE MOTIONS TO MAKE A DOCKET ENTRY ON MY RULINGS.

09:11AM  8          FOR YOUR MOTION IN LIMINE, DOCUMENT NUMBER 613, I'LL

09:11AM  9  GRANT THAT.  I'LL NOTE THAT THE COURT [SIC] HAS NOT FILED ANY

09:11AM  10  NOTICE OF INTENT TO OFFER 404(B) EVIDENCE AGAINST MR. SALAZAR,

09:11AM  11  BUT I'LL GRANT THE MOTION NEVERTHELESS.

09:11AM  12          MR. KEMP:  THANK YOU, YOUR HONOR.

09:11AM  13          THE COURT:  MR. KEMP, YOU ALSO FILED DOCUMENT

09:11AM  14  NUMBER 614, WHICH IS A MOTION TO ADOPT MOTIONS, OBJECTIONS

09:11AM  15  AND REQUESTS FOR INSTRUCTIONS OF CODEFENDANTS.  SO YOU ARE

09:11AM  16  MOVING, I TAKE IT, TO ADOPT OTHER CODEFENDANTS' MOTIONS,

09:11AM  17  THEIR OBJECTIONS DURING TRIAL--IS THAT RIGHT?

09:11AM  18          MR. KEMP:  CORRECT.

09:11AM  19          THE COURT:  --AND JURY INSTRUCTIONS THAT OTHER

09:11AM  20  COUNSEL MAY OR MAY NOT FILE?

09:12AM  21          MR. KEMP:  SPECIFICALLY THAT MR. WHALEN FILED.

09:12AM  22          THE COURT:  JURY INSTRUCTIONS?

09:12AM  23          MR. KEMP:  YES.  HE FILED THOSE LAST NIGHT, IF

09:12AM  24  MEMORY SERVES.

09:12AM  25          THE COURT:  OKAY.  I DON'T HAVE ANY JURY INSTRUCTIONS.

09:12AM  1            OH, YOU HAVE THEM?  OKAY.  ALL RIGHT.

09:12AM  2            I'M TOLD THAT THEY WERE FILED.  SO, MR. KEMP,

09:12AM  3  I'M GOING TO GRANT, IN PART, YOUR MOTION TO ADOPT MOTIONS,

09:12AM  4  OBJECTIONS AND INSTRUCTIONS, DOCUMENT 614.  I WILL GRANT YOUR

09:12AM  5  REQUEST TO ADOPT THE OBJECTIONS MADE BY DEFENSE CO-COUNSEL--OR

09:12AM  6  COUNSEL FOR OTHER DEFENDANTS DURING THIS TRIAL SO THAT ALL OF

09:13AM  7  YOU DON'T HAVE TO STAND UP AND VOICE THE SAME OBJECTION EACH

09:13AM  8  TIME SOMETHING HAPPENS.  I'LL LET EACH OF YOU ADOPT EACH

09:13AM  9  OTHER'S OBJECTIONS.  AND YOU MAY ADOPT THE JURY INSTRUCTIONS

09:13AM  10 REQUESTED BY OTHER DEFENSE COUNSEL.

09:13AM  11           AS FAR AS PRETRIAL MOTIONS, I'M GOING TO DENY THAT.

09:13AM  12 I THINK IT GETS TOO CONFUSING, BECAUSE SOMETIMES A MOTION

09:13AM  13 DOESN'T NECESSARILY APPLY TO EACH AND EVERY DEFENDANT.

09:13AM  14           SO THAT'S MY RULING.

09:13AM  15           MS. SANFORD, I'M GRANTING THE MOTION, IN PART,

09:13AM  16 NUMBER 614--DOCUMENT 614, REGARDING OBJECTIONS AND JURY

09:13AM  17 INSTRUCTIONS, BUT NOT ON MOTIONS.

09:13AM  18           DEPUTY COURT CLERK:  YES, SIR.

09:14AM  19           THE COURT:  OKAY.

09:14AM  20           I THINK THOSE ARE ALL THE MOTIONS I HAVE FROM YOU,

09:14AM  21 MR. KEMP.

09:14AM  22           NEXT, DEFENDANT NUMBER 14, TIMOTHY LEDON BOWEN, I

09:14AM  23 HAVE MOTIONS THAT MR. WHALEN FILED.  FIRST OF ALL, MR. WHALEN,

09:14AM  24 DID YOU GET MY ORDER THAT I SIGNED ON YOUR MOTION TO DISMISS ON

09:14AM  25 SPEEDY-TRIAL BASIS?

09:14AM 1           MR. WHALEN:  I HAVE NOT SEEN THE ORDER.  I DID SEE

09:14AM 2  THE NOTICE THIS MORNING AS I WAS TRAVELING HERE, BUT I HAVE NOT

09:14AM 3  SEEN THE WRITTEN ORDER.

09:14AM 4           THE COURT:  OKAY.  I'M DENYING MR. BOWEN'S MOTION TO

09:14AM 5  DISMISS FOR SPEEDY TRIAL.

09:14AM 6           ALSO, I SIGNED AN ORDER ON YOUR MOTIONS IN LIMINE.

09:14AM 7  THOSE WERE DOCKET ENTRIES 472 AND 623.  HAVE YOU SEEN THAT

09:14AM 8  ORDER?

09:14AM 9           MR. WHALEN:  MS. BATSON SHOWED IT TO ME BRIEFLY, BUT

09:15AM 10  I HAVE NOT SEEN IT--HAD A CHANCE TO DIGEST IT IN ITS ENTIRETY,

09:15AM 11  JUDGE.

09:15AM 12           THE COURT:  IS IT DOCKETED YET, MS. SANFORD?

09:15AM 13           MR. WHALEN:  IT IS DOCKETED, JUDGE.  I SAW IT THIS

09:15AM 14  MORNING--I SAW THE NOTICE OF IT.

09:15AM 15           THE COURT:  DO YOU WANT A COPY?

09:15AM 16           MR. WHALEN:  YES, PLEASE.

09:15AM 17           THE COURT:  MS. SANFORD, WOULD YOU PRINT MY ORDER ON

09:15AM 18  MR. WHALEN'S MOTIONS IN LIMINE AND ON HIS MOTIONS TO DISMISS.

09:15AM 19           DEPUTY COURT CLERK:  YES.

09:15AM 20           THE COURT:  OKAY.

09:15AM 21           WELL, ON YOUR MOTIONS IN LIMINE, THE GOVERNMENT HAS

09:15AM 22  FILED A 404(B) NOTICE ON MR. BOWEN, ANNOUNCING THAT IT WOULD

09:15AM 23  LIKE TO OFFER EVIDENCE OF MR. BOWEN'S PRIOR CONVICTION FOR

09:15AM 24  CONSPIRACY TO POSSESS WITH INTENT TO MANUFACTURE COCAINE BASE

09:15AM 25  IN 2001 AND PRIOR CONVICTION FOR DELIVERY OF COCAINE BASE IN

09:15AM  1   2002.  THE FIRST CONVICTION WAS IN FEDERAL COURT, IN THIS

09:16AM  2   COURT; THE SECOND CONVICTION WAS IN STATE DISTRICT COURT IN

09:16AM  3   GRAYSON COUNTY.  I HAVE DENIED YOUR MOTION IN LIMINE ON THOSE

09:16AM  4   BECAUSE IT APPEARS THAT THOSE TWO PRIOR CONVICTIONS WOULD MEET

09:16AM  5   THE REQUIREMENTS OF RULE 404(B).  AGAIN, THESE ARE MOTIONS THAT

09:16AM  6   YOU FILED AT THE VERY LAST MINUTE.  NO, NO, I'M SORRY.  YOU

09:16AM  7   FILED THIS OCTOBER, YOU SURE DID.  OKAY.  SO I MADE A RULING

09:16AM  8   ON THAT.

09:16AM  9           AND THE REASON I FOUND THAT THAT EVIDENCE IS

09:17AM  10  ADMISSIBLE IS BECAUSE, UNDER THE BEECHUM TEST, I BELIEVE

09:17AM  11  EVIDENCE OF THOSE TWO PRIOR SIMILAR-ACT CONVICTIONS ARE

09:17AM  12  RELEVANT TO AN ISSUE OTHER THAN MR. BOWEN'S CHARACTER, THEY

09:17AM  13  ARE SIMILAR TO THE OFFENSE CHARGED--HE'S CHARGED HERE WITH

09:17AM  14  CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE,

09:17AM  15  AND HE WAS EARLIER CONVICTED OF CONSPIRACY TO POSSESS WITH

09:17AM  16  INTENT TO DISTRIBUTE COCAINE BASE IN 2001 IN FEDERAL COURT,

09:17AM  17  AND CONVICTED FOR DELIVERY OF COCAINE BASE IN STATE COURT IN

09:17AM  18  2002.  THE ENTRY OF A NOT-GUILTY PLEA IN A CONSPIRACY CASE

09:17AM  19  RAISES THE ISSUE OF INTENT SUFFICIENT TO JUSTIFY THE

09:18AM  20  ADMISSIBILITY OF EXTRINSIC OFFENSE EVIDENCE, AND THE INTENT IS

09:18AM  21  SIMILAR IN THE EXTRINSIC OFFENSE EVIDENCE AS IT IS IN THIS CASE

09:18AM  22  ON TRIAL.  ALSO, THE EVIDENCE MUST POSSESS PROBATIVE VALUE NOT

09:18AM  23  SUBSTANTIALLY OUTWEIGHED BY THE DANGER OF UNFAIR PREJUDICE.

09:18AM  24  THERE APPEARS TO BE CLEAR EVIDENCE OF THE PRIOR SIMILAR ACTS.

09:18AM  25          MR. GONZALEZ, I THINK YOU'VE GIVEN ME THE JUDGMENT

TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

11

09:18AM  1    IN THE FEDERAL CASE AND YOU PROBABLY HAVE THE JUDGMENT IN THE

09:18AM  2    STATE CASE.

09:18AM  3            MR. GONZALEZ:  YES, YOUR HONOR, WE DO.

09:18AM  4            THE COURT:  THESE PRIOR CONVICTIONS ARE NOT TOO

09:18AM  5    REMOTE IN TIME.  THEY OCCURRED IN 2001 AND 2002, ABOUT 11--

09:18AM  6    10 OR 11 YEARS AGO.

09:19AM  7            INTENT IS A MATERIAL ELEMENT IN BOTH THE CHARGE

09:19AM  8    THAT WE ARE ABOUT TO GO TO TRIAL ON AND IN THE PRIOR SIMILAR

09:19AM  9    OFFENSES.

09:19AM  10           AND, LET'S SEE, MR. GONZALEZ, IS YOUR EVIDENCE IN

09:19AM  11   THIS CASE BASED UPON COCONSPIRATOR TESTIMONY?

09:19AM  12           MR. GONZALEZ:  YES, YOUR HONOR.

09:19AM  13           THE COURT:  LARGELY?

09:19AM  14           MR. GONZALEZ:  LARGELY.

09:19AM  15           THE COURT:  DO YOU HAVE WIRETAPS?

09:19AM  16           MR. GONZALEZ:  NO, YOUR HONOR.

09:19AM  17           THE COURT:  IT SEEMED LIKE, TO ME, I SAW SOMETHING

09:19AM  18   ABOUT A RECORDING.  WAS IT A VIDEO RECORDING?

09:19AM  19           MR. GONZALEZ:  THAT APPLIES TO MR. VEGA, NOT TO

09:19AM  20   MR. BOWEN.

09:19AM  21           THE COURT:  OKAY.  ALL RIGHT.

09:19AM  22           THE COURT FINDS, THEN, THAT THE PRIOR SIMILAR-ACT

09:20AM  23   EVIDENCE IS SUBSTANTIALLY NEEDED BY THE GOVERNMENT, SINCE ITS

09:20AM  24   EVIDENCE OF A CONSPIRACY IS BASED ON COCONSPIRATOR TESTIMONY,

09:20AM  25   ALL OF WHICH IS SUBJECT TO ATTACK.  SO I WILL ALLOW THE

TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

12

| | | |
|---|---|---|
| 09:20AM | 1 | GOVERNMENT TO OFFER THOSE TWO PRIOR SIMILAR CONVICTIONS. |
| 09:20AM | 2 | HOWEVER, I'M GRANTING THE MOTION IN LIMINE ON THE MAY 5TH, |
| 09:20AM | 3 | 2012, TRAFFIC STOP AND SEARCH.  AND THE REASON I'M DOING THAT |
| 09:20AM | 4 | IS NOTICE--404(B) NOTICE OF THE MAY 5TH TRAFFIC STOP AND SEARCH |
| 09:21AM | 5 | OF MR. BOWEN WAS NOT GIVEN BY THE GOVERNMENT TO MR. BOWEN UNTIL |
| 09:21AM | 6 | NOVEMBER 30TH, 2012, WHICH WAS LAST FRIDAY. |
| 09:21AM | 7 | IS THAT CORRECT, MR. WHALEN? |
| 09:21AM | 8 | MR. WHALEN:  YES, THAT'S CORRECT, YOUR HONOR. |
| 09:21AM | 9 | THE COURT:  OKAY.  I THINK THAT'S RIGHT. |
| 09:21AM | 10 | IS THAT NOT RIGHT, MR. GONZALEZ? |
| 09:21AM | 11 | MR. GONZALEZ:  FORMAL NOTICE WAS GIVEN ON THAT DATE, |
| 09:21AM | 12 | YES, SIR. |
| 09:21AM | 13 | THE COURT:  OKAY.  ALL RIGHT.  BASED UPON THAT, I |
| 09:21AM | 14 | THINK IN REACTION TO THAT, MR. WHALEN, YOU FILED A MOTION TO |
| 09:21AM | 15 | SUPPRESS AND A MOTION FOR LEAVE TO FILE A MOTION TO SUPPRESS. |
| 09:21AM | 16 | MR. WHALEN:  THAT'S CORRECT, YOUR HONOR. |
| 09:21AM | 17 | THE COURT:  OKAY.  I THINK THAT FILING THE 404(B) |
| 09:21AM | 18 | NOTICE ON THE MAY 5TH, 2012, STOP AND SEARCH OF MR. BOWEN |
| 09:21AM | 19 | IS UNTIMELY.  IT WAS ONLY TWO BUSINESS DAYS BEFORE THIS JURY |
| 09:22AM | 20 | SELECTION RIGHT NOW.  AND IT IS 9:20 AND THE JURY IS WAITING. |
| 09:22AM | 21 | THE COURT DOES NOT FEEL THAT THAT IS FAIR TO MR. BOWEN, AND THE |
| 09:22AM | 22 | COURT CANNOT, AT THIS POINT, CONDUCT A SUPPRESSION HEARING ON |
| 09:22AM | 23 | THE EVIDENCE SEIZED AT THAT MAY 5TH, 2012, STOP.  SO THAT'S MY |
| 09:22AM | 24 | RULING. |
| 09:22AM | 25 | LET'S SEE.  MR. WHALEN, I'M NOT SURE WHAT YOU MEANT |

Case 4:12-cr-00016-SDJ-CAN   Document 1163   Filed 11/10/14   Page 13 of 226 PageID #:
8476
TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

13

09:22AM  1   BY MOTION IN LIMINE NUMBER 2.  I WAS GUESSING YOU MEANT

09:22AM  2   JENCKS ACT MATERIAL.  DO YOU HAVE A COPY OF THE ORDER THERE?

09:22AM  3              MR. WHALEN:  I DO, YOUR HONOR.  AS FAR AS NUMBER 2,

09:22AM  4   IT WOULD BE ANY--

09:22AM  5              THE COURT:  IF THERE'S ANY TESTIMONY IN OPEN COURT,

09:22AM  6   YOU ARE GOING TO HAVE THE RIGHT TO CROSS-EXAMINE THE WITNESS.

09:22AM  7              MR. WHALEN:  RIGHT.  I THINK WHAT I WAS GETTING

09:22AM  8   TO IS ANYBODY TRYING TO OFFER ANY TESTIMONY FOR SOMEBODY WHO

09:23AM  9   WASN'T AVAILABLE TO TESTIFY OR SUBJECT TO CROSS-EXAMINATION,

09:23AM  10  WHETHER IT BE HEARSAY STATEMENTS ON A VIDEO FROM A TRAFFIC

09:23AM  11  STOP, WHICH WAS GONNA BE POTENTIALLY THE CASE IN THE MAY 5TH

09:23AM  12  ARREST, OR ANY OTHER TYPE OF STATEMENT SOMEBODY ELSE MADE THAT

09:23AM  13  WE DON'T HAVE THE ABILITY TO CROSS-EXAMINE THEM ON.  SO IT WAS

09:23AM  14  KIND OF MORE OF A CRAWFORD-ENCOMPASSING LIMINE THAT THERE'S NO

09:23AM  15  STATEMENT BEING OFFERED THAT WE DON'T HAVE THE OPPORTUNITY TO

09:23AM  16  CROSS- EXAMINE, YOUR HONOR.

09:23AM  17             THE COURT:  OKAY.

09:23AM  18             WELL, MR. GONZALEZ, I'LL JUST ASK YOU NOT TO ELICIT

09:23AM  19  FROM WITNESSES HEARSAY TESTIMONY.

09:23AM  20             MR. GONZALEZ:  YOUR HONOR, OUR INTENTION IS NOT TO

09:23AM  21  ELICIT HEARSAY; WE WOULD ONLY ELICIT STATEMENTS MADE BY PEOPLE

09:23AM  22  IF THEY WERE PRESENT, SUCH AS A COCONSPIRATOR, AS WELL AS MAYBE

09:23AM  23  THE CASE AGENT TESTIFYING THAT WITH THAT INFORMATION HE WOULD

09:23AM  24  USE THAT INFORMATION TO FURTHER HIS INVESTIGATION.  THOSE ARE

09:24AM  25  THE TWO THAT COME UP THE MOST.

09:24AM   1          THE COURT:  WELL, I DON'T KNOW ABOUT THE SECOND

09:24AM   2    ONE.

09:24AM   3          I MEAN, MR. WHALEN, YOU'LL JUST HAVE TO OBJECT.

09:24AM   4    BUT ANY ADMISSIONS BY YOUR CLIENT, MR. WHALEN, WOULD NOT BE

09:24AM   5    HEARSAY; ANY COCONSPIRATOR STATEMENTS, IF THEY QUALIFY, WOULD

09:24AM   6    NOT BE HEARSAY.

09:24AM   7          MR. WHALEN:  AND I UNDERSTAND THAT.  JUST OUT OF

09:24AM   8    AN ABUNDANCE OF CAUTION SOMETIMES WITNESSES CAN START TALKING

09:24AM   9    ABOUT, "WELL, SO-AND-SO TOLD ME," AND THAT TYPE OF THING.

09:24AM  10          THE COURT:  YES.  AND SOMETIMES THERE'S NO WAY TO

09:24AM  11    PREDICT WHEN THEY START DOING THAT.

09:24AM  12          MR. WHALEN:  THAT'S CORRECT.

09:24AM  13          THE COURT:  I JUST HAVE TO CAUTION THEM ON THAT.

09:24AM  14    OKAY.

09:24AM  15          AND THEN I GRANTED YOUR MOTION ON NOT OFFERING

09:24AM  16    EVIDENCE OF LAB RESULTS WITHOUT THE PROPER PREDICATE.

09:24AM  17          SO I'VE SIGNED AN ORDER ON YOUR TWO MOTIONS IN

09:24AM  18    LIMINE.

09:24AM  19          MR. GONZALEZ:  YOUR HONOR, ON THE LAST ISSUE,

09:24AM  20    THE DRUGS AND THE LAB REPORTS, MAY WE INTRODUCE THOSE ITEMS

09:25AM  21    CONDITIONALLY UNTIL THE CHEMIST TESTIFIES?  THAT WAY, THE CASE

09:25AM  22    AGENT CAN SAY THAT HE RECEIVED THAT LAB REPORT AS PART OF HIS

09:25AM  23    INVESTIGATION, WHICH IS TYPICAL OF ANY INVESTIGATOR.  THE CASE

09:25AM  24    AGENT RECEIVES ALL THE LAB REPORTS.  SO HE CAN IDENTIFY THEM.

09:25AM  25    BUT WE WOULDN'T INTRODUCE THEM FINALLY UNTIL THE CHEMIST

| | | |
|---|---|---|
| 09:25AM | 1 | TESTIFIES. |
| 09:25AM | 2 | THE COURT: I THINK WE'VE DONE THAT BEFORE. |
| 09:25AM | 3 | MR. GONZALEZ: I BELIEVE SO. I JUST WANTED TO MAKE |
| 09:25AM | 4 | SURE THAT THAT'S OKAY, DOING IT THAT WAY. |
| 09:25AM | 5 | THE COURT: MR. WHALEN? |
| 09:25AM | 6 | MR. WHALEN: IF THEY'RE NOT BEING PUBLISHED TO THE |
| 09:25AM | 7 | JURY AND HE'S NOT TESTIFYING TO ULTIMATE RESULTS, THEN I DON'T |
| 09:25AM | 8 | NECESSARILY HAVE A PROBLEM WITH THAT. |
| 09:25AM | 9 | THE COURT: I'M NOT SURE HOW YOU'VE DONE IT IN THE |
| 09:25AM | 10 | PAST, MR. GONZALEZ. |
| 09:25AM | 11 | MR. GONZALEZ: IN THE PAST, WE HAVE PUBLISHED THEM |
| 09:25AM | 12 | TO THE JURY SO THE JURY SEES THE DOCUMENT THAT THE CASE AGENT |
| 09:25AM | 13 | IS TESTIFYING TO, BUT HE DOES NOT TESTIFY AS TO THE CONTENTS. |
| 09:25AM | 14 | HE DOESN'T TESTIFY AS TO THE RESULTS, HE DOESN'T TESTIFY AS |
| 09:25AM | 15 | TO THE TESTS; HE JUST TESTIFIES, "THIS IS THE DOCUMENT," IT'S |
| 09:25AM | 16 | ADMITTED CONDITIONALLY, IT'S SHOWN TO THE JURY, AND THAT'S ALL. |
| 09:25AM | 17 | THE COURT: BUT THE JURY SEES THE QUANTITY AND THE |
| 09:26AM | 18 | RESULTS? |
| 09:26AM | 19 | MR. GONZALEZ: RIGHT. |
| 09:26AM | 20 | THE COURT: AND THEN YOU CALL THE CHEMIST LATER TO |
| 09:26AM | 21 | PROVE IT UP? |
| 09:26AM | 22 | MR. GONZALEZ: YES, SIR. |
| 09:26AM | 23 | THE COURT: YOU KNOW, I DON'T SEE ANY HARM IN THAT, |
| 09:26AM | 24 | AS LONG AS THE GOVERNMENT ASSURES ME THAT THEY WILL, IN FACT, |
| 09:26AM | 25 | HAVE THE EVIDENCE TO PROVE THE PREDICATE NECESSARY. |

Case 4:12-cr-00016-SDJ-CAN  Document 1163  Filed 11/10/14  Page 16 of 226  PageID #:
8479
TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

16

09:26AM 1          MR. WHALEN:  WELL, YOUR HONOR--

09:26AM 2          THE COURT:  UNLESS YOU ARE JUST OBJECTING TO THE

09:26AM 3 WHOLE DOCUMENT.

09:26AM 4          MR. WHALEN:  WELL, I WOULD OBJECT TO IT BEING

09:26AM 5 PUBLISHED UNTIL THEY HAVE ESTABLISHED THAT--YOU KNOW, THE

09:26AM 6 CHEMIST CAN TESTIFY THAT IT IS WHAT IT TESTED OUT TO BE.

09:26AM 7 BECAUSE I THINK MY CONCERN WOULD BE THAT IF YOU SHOW IT TO

09:26AM 8 A JURY THAT THERE'S A LAB RESULT AND THEN LATER ON FOR SOME

09:26AM 9 REASON, WHETHER IT'S SCHEDULING OR SOME ISSUE COMES UP THAT

09:26AM 10 THEY CAN'T PRODUCE THIS CHEMIST, THEN NOW YOU HAVE A LAB

09:26AM 11 REPORT THAT WAS PUBLISHED, EVEN THOUGH IT'S NOT NOW ADMITTED--

09:26AM 12          THE COURT:  I WOULD HAVE TO INSTRUCT THE JURY TO

09:26AM 13 DISREGARD THAT.

09:26AM 14          MR. WHALEN:  AND WE WOULD REQUEST THAT.  BUT I JUST

09:26AM 15 THINK, RATHER THAN HAVING TO ENTERTAIN THAT INSTRUCTION AND

09:26AM 16 HAVE THEM "FORGET WHAT YOU SAW," TO ME, THE BETTER COURSE IS

09:27AM 17 TO NOT PUBLISH IT TO THE JURY, LET THE CHEMIST PROVE IT UP,

09:27AM 18 AND THEN PUBLISH IT THROUGH THE CHEMIST.

09:27AM 19          MR. GONZALEZ:  YOUR HONOR, I CAN REPRESENT TO THE

09:27AM 20 COURT THAT EACH OF THE CHEMISTS HAVE BEEN SUBPOENAED AND HAVE

09:27AM 21 INDICATED THAT THEY WILL BE HERE.

09:27AM 22          THE COURT:  OKAY.

09:27AM 23          I'LL LET MR. GONZALEZ ASK QUESTIONS ABOUT THE DRUGS--

09:27AM 24 ASK THOSE QUESTIONS OF THE OFFICERS OR THE INVESTIGATING AGENTS

09:27AM 25 WITH THE UNDERSTANDING THAT MR. GONZALEZ WILL PROVE THE

09:27AM   1  UNDERLYING PREDICATE AT A LATER TIME.

09:27AM   2          MR. WHALEN:  AND, YOUR HONOR, JUST FOR RECORD

09:27AM   3  PURPOSES, CAN I HAVE--JUST STATE ON THE RECORD I HAVE AN

09:27AM   4  OBJECTION TO THAT?  AND AM I REQUIRED TO RENEW THAT OBJECTION

09:27AM   5  EACH AND EVERY TIME THEY PUBLISH THAT DOCUMENT?

09:27AM   6          THE COURT:  NOT AS FAR AS I'M CONCERNED.

09:27AM   7          MR. WHALEN:  OKAY.

09:27AM   8          THE COURT:  NOW, ON YOUR MOTION FOR LEAVE TO FILE A

09:27AM   9  MOTION TO SUPPRESS AND YOUR MOTION TO SUPPRESS--AND THOSE ARE

09:27AM  10  DOCUMENTS 621 AND 622, FILED YESTERDAY--THOSE ARE EFFECTIVELY

09:28AM  11  MOOTED BY MY ORDER ON YOUR MOTIONS IN LIMINE REGARDING THE

09:28AM  12  MAY 5TH, 2012, STOP AND SEARCH OF MR. BOWEN.  THEREFORE,

09:28AM  13  MR. WHALEN, I'M GOING TO DENY THE MOTION FOR LEAVE TO FILE

09:28AM  14  A MOTION TO SUPPRESS AND THE MOTION TO SUPPRESS, DOCUMENTS 621

09:28AM  15  AND 622, AS MOOT.

09:28AM  16          MR. WHALEN:  THAT'S FINE.

09:28AM  17          THE COURT:  OKAY.

09:28AM  18          FINALLY, YOU FILED A MOTION TO DISMISS DUE TO LACK

09:28AM  19  OF JURISDICTION.  THAT WAS FILED YESTERDAY, DECEMBER 3RD.  YOU

09:28AM  20  KNOW, MR. WHALEN, JUST FOR THE FUTURE, YOU STATE IN YOUR MOTION

09:28AM  21  THAT THESE ALLEGED CRIMINAL ACTS OCCURRED IN THE CITIES OF

09:28AM  22  GRAND PRAIRIE, DALLAS, DUNCANVILLE, SHERMAN AND DENISON, WITHIN

09:29AM  23  THE JURISDICTION OF THE STATE OF TEXAS, AND THERE'S NO FEDERAL

09:29AM  24  JURISDICTION.  AND YOU STATE ON PAGE 4 THAT YOU WERE INSTRUCTED

09:29AM  25  BY YOUR CLIENT TO FILE THIS MOTION.  I DON'T THINK COUNSEL HAS

09:29AM 1   A RESPONSIBILITY TO FILE FRIVOLOUS MOTIONS.

09:29AM 2           MR. WHALEN:  I UNDERSTAND THAT.  I THINK THE CONCERN

09:29AM 3   IS THAT WHEN YOU REPRESENT--YOU KNOW, UNDER THE REPRESENTATION,

09:29AM 4   IN THE VIEW OF MEETING THE CLIENT'S NEEDS AND THEN ALSO LOOKING

09:29AM 5   AT 2255 ISSUES LATER ON WHEN WE'RE IN A CJA POSITION, I THINK

09:29AM 6   IT'S ALWAYS A DIFFICULT POSITION TO BE IN, JUDGE.

09:29AM 7           THE COURT:  I UNDERSTAND.  I KNOW THAT'S WHY YOU

09:29AM 8   FILED IT.  BUT I'M JUST SAYING THAT I DON'T THINK EVEN CJA

09:29AM 9   COUNSEL OR ANY COUNSEL IS REQUIRED TO FILE FRIVOLOUS MOTIONS

09:29AM 10  THAT TAKE UP THE COURT'S TIME JUST BECAUSE THE DEFENDANT

09:29AM 11  REQUESTS IT.

09:29AM 12          SO, ANYWAY, FOR THE RECORD, DOCUMENT NUMBER 624,

09:29AM 13  THE MOTION TO DISMISS DUE TO LACK OF JURISDICTION, IS DENIED.

09:30AM 14  AND THE COURT FINDS THIS MOTION TO BE WITHOUT ANY MERIT.

09:30AM 15          OKAY.  THAT TAKES CARE OF THE MOTIONS THAT I HAVE

09:30AM 16  LOOKED AT FROM MR. BOWEN.

09:30AM 17          MR. WHALEN:  AND THERE MAY BE ONE THAT YOU DID NOT

09:30AM 18  GET, YOUR HONOR, WHICH WAS A MOTION TO SEVER.  AND PART OF THE

09:30AM 19  REASON THAT WAS FILED WAS THAT MR. BOWEN HAD REQUESTED THAT I

09:30AM 20  DISCUSS WITH MR. GONZALEZ THE ISSUE OF HAVING A BENCH TRIAL

09:30AM 21  VERSUS A JURY TRIAL.  AND, OBVIOUSLY, IF WE HAD--IF HE

09:30AM 22  CONSENTED TO THAT, THEN WE WOULD HAVE ASKED TO HAVE BEEN

09:30AM 23  SEVERED, YOU KNOW, OBVIOUSLY, FROM THE JURY TRIAL.  BUT

09:30AM 24  THEY DID NOT CONSENT TO THE REQUEST FOR A NONJURY TRIAL.

09:30AM 25          THE COURT:  TODAY?  A NONJURY TRIAL?

09:31AM  1          MR. WHALEN:  MR. BOWEN HAD REQUESTED A NONJURY

09:31AM  2   TRIAL.  I ASKED MR. GONZALEZ OVER THE WEEKEND WHETHER OR

09:31AM  3   NOT HE WOULD CONSENT TO THAT, AND HE WOULD NOT CONSENT TO IT.

09:31AM  4          THE COURT:  HE DID NOT?

09:31AM  5          MR. WHALEN:  HE WOULD NOT.

09:31AM  6          THE COURT:  YOU MUST HAVE FILED THESE MOTIONS LAST

09:31AM  7   NIGHT.  I HAVE DOCUMENT NUMBER 651, MOTION TO SEVER COUNTS; I

09:31AM  8   HAVE DOCUMENT 654, REQUEST FOR SPECIFIC VOIR DIRE QUESTIONS,

09:31AM  9   LOOKS LIKE IT'S SIX PAGES...

09:31AM  10          MR. WHALEN:  AND THEN I FILED THE MOTION OR THE

09:31AM  11   REQUEST FOR JURY INSTRUCTIONS BASED ON--AFTER REVIEWING THE

09:31AM  12   GOVERNMENT'S INSTRUCTIONS, I SIMPLY ASKED FOR ADDITIONAL

09:31AM  13   INSTRUCTIONS THAT WE COULD TAKE UP LATER, YOUR HONOR.

09:31AM  14          THE COURT:  OKAY.

09:31AM  15          MR. WHALEN:  AND THEN, ALSO, THERE WAS THE RESPONSE

09:31AM  16   TO THE SENTENCING ENHANCEMENT THAT NEEDED TO BE FILED PRIOR TO

09:31AM  17   TRIAL.  OBVIOUSLY, THAT'S A SENTENCING ISSUE, IF WE GET THERE.

09:31AM  18   BUT I KNEW UNDER 851 IT NEEDED TO BE FILED PRIOR TO TRIAL IN

09:32AM  19   ORDER TO HAVE A FULL HEARING ON THAT.  SO THAT WAS MY RESPONSE

09:32AM  20   TO THE SENTENCING ENHANCEMENT.

09:32AM  21          THE COURT:  OKAY.  THE MOTION TO SEVER COUNTS IS

09:32AM  22   DENIED AS UNTIMELY.

09:32AM  23          THE REQUEST FOR SPECIFIC VOIR DIRE QUESTIONS,

09:32AM  24   MR. WHALEN, YOU'LL JUST HAVE TO ASK WHATEVER QUESTIONS

09:32AM  25   YOU HAVE.  I DON'T HAVE TIME TO GO THROUGH THESE NOW.

09:32AM  1          MR. WHALEN:  OKAY.  THAT'S FINE, YOUR HONOR.

09:32AM  2          THE COURT:  YOU FILED A MEMORANDUM OF POINTS AND

09:32AM  3  AUTHORITIES IN SUPPORT OF YOUR MOTION IN LIMINE TO PRECLUDE

09:32AM  4  ADMISSION OF COCONSPIRATOR STATEMENTS.  THAT'S DOCUMENT NUMBER

09:32AM  5  658.  AGAIN, I JUST GOT THAT THIS MORNING.  IT IS NOW TIME

09:33AM  6  TO PICK THE JURY.  I DO NOT HAVE TIME TO GO THROUGH THAT.

09:33AM  7          MR. WHALEN:  AND THAT WAS SIMPLY, YOU KNOW,

09:33AM  8  REQUESTING A HEARING--KIND OF LIKE THE MOTION IN LIMINE--

09:33AM  9  TO HAVE A JAMES HEARING, WHICH YOU HAVE STATED YOU ARE

09:33AM  10  GOING TO CARRY THAT MOTION IN LIMINE WITH THE TRIAL, YOUR

09:33AM  11  HONOR.

09:33AM  12          THE COURT:  AND THEN THERE'S YOUR RESPONSE TO THE

09:33AM  13  GOVERNMENT'S 404(B) NOTICE.  I'VE ALREADY MADE A RULING ON

09:33AM  14  THAT.

09:33AM  15          MR. WHALEN:  AND, YOUR HONOR, WITH REGARDS TO THE

09:33AM  16  404(B) ISSUE, OBVIOUSLY, WE WOULD OBJECT TO THOSE TWO PRIOR

09:33AM  17  CONVICTIONS COMING INTO EVIDENCE.  DO I NEED TO OBJECT EACH

09:33AM  18  AND EVERY TIME, OR CAN WE HAVE A RUNNING OBJECTION TO THAT?

09:33AM  19          THE COURT:  YOU CAN HAVE A RUNNING OBJECTION.

09:33AM  20          MR. WHALEN:  OKAY.  AND I WON'T NEED TO RENEW THAT

09:33AM  21  WHEN THAT TESTIMONY COMES IN?

09:33AM  22          THE COURT:  NO.

09:33AM  23          MR. WHALEN:  OKAY.

09:33AM  24          ALSO, OBVIOUSLY, I KNOW THE COURT WOULD, BUT WE

09:33AM  25  WOULD REQUEST THE LIMITING INSTRUCTION WHEN THAT TESTIMONY IS

09:33AM  1    BEING PROFFERED, YOUR HONOR.

09:33AM  2              THE COURT:  OKAY.  YES.

09:33AM  3              I THINK THAT TAKES CARE OF YOUR MOTIONS.

09:33AM  4              MR. WHALEN:  YES, SIR.

09:33AM  5              THE COURT:  OKAY.

09:34AM  6              FINALLY--LET'S SEE.  I HAVE A MOTION BY THE

09:34AM  7    GOVERNMENT, REQUESTING THAT MR. VEGA BE DIRECTED TO GIVE

09:34AM  8    FINGERPRINTS AND PALMPRINTS TO THE GOVERNMENT.

09:34AM  9              MR. PETRAZIO, IS THERE ANYTHING YOU WANT TO SAY ON

09:34AM  10   THAT?  THIS WAS FILED LAST FRIDAY.

09:34AM  11             MR. PETRAZIO:  YOUR HONOR, OBVIOUSLY, I WAS CONTACTED

09:34AM  12   WITH REGARD TO MY POSITION, AND I OBJECTED TO IT.

09:34AM  13             THE COURT:  WELL, I THINK TAKING FINGERPRINTS DOES

09:34AM  14   NOT VIOLATE ANY OF THE DEFENDANT'S RIGHTS.

09:34AM  15             MR. PETRAZIO:  I UNDERSTAND, YOUR HONOR.

09:34AM  16             THE COURT:  THAT'S ESTABLISHED LAW.

09:34AM  17             MR. PETRAZIO:  I UNDERSTAND.

09:34AM  18             THE COURT:  SO I'M GOING TO GRANT THE GOVERNMENT'S

09:34AM  19   MOTION.

09:34AM  20             MR. PETRAZIO:  YES, YOUR HONOR.

09:34AM  21             THE COURT:  SO DOCUMENT 581, WHICH IS THE

09:35AM  22   GOVERNMENT'S MOTION FOR AN ORDER DIRECTING THE DEFENDANT

09:35AM  23   TO SUBMIT FINGERPRINT AND PALMPRINT SAMPLES, IS GRANTED.

09:35AM  24             MR. GONZALEZ, YOU'LL JUST NEED TO GET WITH THE

09:35AM  25   MARSHAL AND HAVE YOUR AGENT OR OFFICER GO BACK AND TAKE THE

09:35AM  1  PRINTS AT SOME POINT.

09:35AM  2          MR. GONZALEZ:  YES, YOUR HONOR.  WE'LL HAVE SOMEONE

09:35AM  3  COME IN AND TAKE THE PRINTS.

09:35AM  4          THE COURT:  OKAY.

09:35AM  5          WHEN YOU SAY, IN THE SECOND PARAGRAPH OF THAT MOTION,

09:35AM  6  MR. GONZALEZ, "TO COMPARE IT WITH EVIDENCE SEIZED AT BRITON,"

09:35AM  7  WHAT IS BRITON?  IS THAT A STREET OR SOMETHING?

09:35AM  8          MR. GONZALEZ:  YES, YOUR HONOR.  THAT IS A HOUSE

09:35AM  9  THAT THE DEFENDANT WENT TO ON OCCASION, AND THERE WERE SOME

09:36AM  10  ITEMS THAT WERE LOCATED AT THAT HOUSE THAT HAD PALMPRINTS

09:36AM  11  AND FINGERPRINTS.  WE WOULD LIKE TO COMPARE HIS PALMPRINTS AND

09:36AM  12  FINGERPRINTS TO THE EVIDENCE THAT WAS SEIZED AT THAT LOCATION.

09:36AM  13          THE COURT:  OKAY.

09:36AM  14          LET'S SEE IF THERE'S ANYTHING ELSE.  I DON'T THINK

09:36AM  15  SO.

09:36AM  16          MR. GONZALEZ, ARE YOU READY TO BRING IN THE JURY?

09:36AM  17          MR. GONZALEZ:  YES, YOUR HONOR.

09:36AM  18          MR. PETRAZIO:  YOUR HONOR, CAN I HAVE ONE MINUTE TO

09:36AM  19  STEP OUT IN THE HALL?

09:36AM  20          THE COURT:  SURE.

09:36AM  21          MR. PETRAZIO:  THANK YOU, YOUR HONOR.

09:36AM  22          THE COURT:  ALL RIGHT.  LET'S SEE.  WAIT JUST A

09:36AM  23  MOMENT.

09:36AM  24          MR. WHALEN, DID YOU WANT TO SAY SOMETHING?

09:36AM  25          MR. WHALEN:  YES, YOUR HONOR.  WE HAD AN INFORMAL

VOIR DIRE EXAMINATION BY THE COURT

23

09:37AM  1   DISCUSSION ON FRIDAY, BUT IS THE COURT GOING TO ENTERTAIN ANY

09:37AM  2   ADDITIONAL STRIKES FOR JURY SELECTION, SINCE THERE'S THREE

09:37AM  3   CODEFENDANTS?

09:37AM  4           THE COURT:  I DON'T KNOW.  YOU DIDN'T FILE A MOTION.

09:37AM  5   I HAVE 48 PEOPLE.  ORDINARILY YOU WOULD HAVE, COLLECTIVELY,

09:37AM  6   10 STRIKES, THE GOVERNMENT SIX.  THERE ARE 16.  WE NEED 28.

09:37AM  7   WE NEED ALTERNATES.  29, 30, 31, 32.  WE NEED 32.  WE'VE GOT

09:37AM  8   48.  I THINK I'M GOING TO HAVE TO SEE HOW MANY PEOPLE WE HAVE

09:37AM  9   AFTER WE VOIR DIRE THEM.

09:37AM  10          MR. WHALEN:  OKAY.

09:37AM  11          THE COURT:  AND THEN, IF YOU WILL REMIND ME, IF WE

09:37AM  12  HAVE ENOUGH, THEN WE CAN CERTAINLY TALK ABOUT THAT.

09:37AM  13          MR. WHALEN:  OKAY.  I WILL, YOUR HONOR.

09:37AM  14          THE COURT:  COUNSEL FOR THE DEFENDANTS, IS EVERYBODY

09:40AM  15  READY?  EVERYBODY IS READY?

09:40AM  16          OKAY, MS. SANFORD.

09:40AM  17          [OPEN COURT, DEFENDANTS AND VENIRE PRESENT]

09:41AM  18          THE COURT:  ALL RIGHT.  YOU MAY BE SEATED.

09:41AM  19              VOIR DIRE EXAMINATION BY THE COURT

09:42AM  20          THE COURT:  LADIES AND GENTLEMEN, GOOD MORNING TO

09:42AM  21  YOU.  MY NAME IS RICHARD SCHELL.  I WANT TO WELCOME ALL OF YOU

09:42AM  22  HERE TO THE FEDERAL COURTHOUSE.  THANK YOU FOR BEING HERE TODAY

09:42AM  23  FOR JURY SELECTION.  WE'RE GOING TO SELECT A JURY TO HEAR A

09:42AM  24  CRIMINAL CASE.

09:42AM  25          I'LL INTRODUCE TO YOU THE LAWYERS AND THE OTHERS WHO

VOIR DIRE EXAMINATION BY THE COURT

24

09:42AM  1  ARE SEATED AT COUNSEL TABLE IN JUST A MOMENT, BUT LET ME TELL

09:42AM  2  YOU, FIRST OF ALL, THAT WE ANTICIPATE THIS TRIAL WILL TAKE

09:42AM  3  ABOUT A WEEK AND A HALF, PROBABLY AROUND SEVEN TRIAL DAYS.

09:42AM  4  THAT'S THE BEST ESTIMATE THAT I CAN GIVE YOU.  SO, IF YOU ARE

09:42AM  5  CHOSEN ON THIS JURY, YOU SHOULD PLAN TO BE HERE THE REST OF

09:42AM  6  THIS WEEK AND PROBABLY THE FIRST THREE DAYS OF NEXT WEEK.  THE

09:42AM  7  CASE COULD TAKE LONGER THAN THAT, BUT THAT'S THE BEST ESTIMATE

09:42AM  8  THAT I CAN GIVE YOU.

09:42AM  9          SO, SINCE THIS IS A CRIMINAL CASE, WE'LL SELECT A

09:42AM  10  JURY OF 12 TO HEAR AND DECIDE THE CASE.  WE WILL ALSO SELECT

09:42AM  11  TWO ALTERNATE JURORS.  SO THERE WILL BE A TOTAL OF 14 OF YOU

09:43AM  12  WHO WILL ACTUALLY BE CHOSEN.  THE ALTERNATE JURORS WILL LISTEN

09:43AM  13  TO THE EVIDENCE, WILL PARTICIPATE COMPLETELY IN THE TRIAL UP

09:43AM  14  UNTIL THE TIME THAT THE LAWYERS MAKE THEIR FINAL ARGUMENTS

09:43AM  15  AND THE JURY IS ABOUT TO RETIRE TO THE JURY ROOM TO BEGIN

09:43AM  16  DELIBERATIONS.  IF AT THAT TIME ALL OF THE FIRST 12 JURORS

09:43AM  17  ARE READY TO DELIBERATE, THEN I'LL EXCUSE THE TWO ALTERNATES.

09:43AM  18  IF DURING THE COURSE OF THE TRIAL ANY OF THE FIRST 12 JURORS

09:43AM  19  SHOULD HAVE TO BE EXCUSED, THEN THE ALTERNATES WILL BE SEATED

09:43AM  20  IN THE PLACE OF THE JURORS WHO HAD TO BE EXCUSED.  SOMETIMES

09:43AM  21  SOMEONE GETS SICK OR HAS SOME REASON THAT THEY HAVE TO BE

09:43AM  22  EXCUSED, AND THAT'S WHY WE NEED ALTERNATE JURORS.  WITH

09:43AM  23  ALTERNATE JURORS, WE CAN CONTINUE THE TRIAL AND WE DO NOT NEED

09:44AM  24  TO START ALL OVER WITH NEW JURY SELECTION AND PRESENTATION OF

09:44AM  25  THE EVIDENCE FROM THE BEGINNING.

VOIR DIRE EXAMINATION BY THE COURT

25

09:44AM 1    ALL RIGHT.  LET ME INTRODUCE TO YOU THE PEOPLE WHO

09:44AM 2   ARE SEATED AT COUNSEL TABLE HERE.  THIS IS A CRIMINAL CASE.

09:44AM 3   IN FEDERAL COURT, THE ENTITY BRINGING THE CHARGES IS THE UNITED

09:44AM 4   STATES.  THE UNITED STATES IS REPRESENTED BY ITS ASSISTANT U.S.

09:44AM 5   ATTORNEYS.  AND IN THIS CASE, THE ASSISTANT U.S. ATTORNEYS

09:44AM 6   REPRESENTING THE GOVERNMENT ARE ERNEST GONZALEZ AND TRACEY

09:44AM 7   BATSON.

09:44AM 8    MR. GONZALEZ:  GOOD MORNING.

09:44AM 9    MS. BATSON:  GOOD MORNING.

09:44AM 10   THE COURT:  THANK YOU, MR. GONZALEZ AND MS. BATSON.

09:44AM 11    THEY ARE JOINED AT GOVERNMENT'S COUNSEL TABLE BY

09:44AM 12   GARIN REETZ OF THE U.S. ATTORNEY'S OFFICE.  HE IS IN LITIGATION

09:44AM 13   SUPPORT IN THE U.S. ATTORNEY'S OFFICE.  THANK YOU, MR. REETZ.

09:44AM 14    AND ALSO SEATED WITH MR. GONZALEZ, MS. BATSON

09:45AM 15   AND MR. REETZ ARE TWO LAW ENFORCEMENT OFFICERS WHO WILL BE

09:45AM 16   ASSISTING MR. GONZALEZ AND MS. BATSON IN THE PRESENTATION OF

09:45AM 17   THE EVIDENCE.  THEY ARE SPECIAL AGENT JOE MATA OF THE DRUG

09:45AM 18   ENFORCEMENT AGENCY--

09:45AM 19    SPECIAL AGENT MATA:  GOOD MORNING.

09:45AM 20    THE COURT:  --AND DETECTIVE BRIAN MCCLARAN OF THE

09:45AM 21   SHERMAN POLICE DEPARTMENT.

09:45AM 22   Q.    NOW LET ME ASK YOU:  DO ANY OF YOU BY ANY CHANCE KNOW

09:45AM 23   MR. GONZALEZ OR MS. BATSON OR MR. REETZ IN THE U.S. ATTORNEY'S

09:45AM 24   OFFICE HERE IN PLANO?

09:45AM 25    DO ANY OF YOU KNOW ANY OF THE OTHER LAWYERS OR

VOIR DIRE EXAMINATION BY THE COURT

26

09:45AM  1    SUPPORT STAFF IN THE U.S. ATTORNEY'S OFFICE FOR THE EASTERN

09:45AM  2    DISTRICT OF TEXAS?  THERE ARE OFFICES IN PLANO AND SHERMAN AS

09:45AM  3    WELL AS OTHER LOCATIONS THROUGHOUT EAST TEXAS, SUCH AS TYLER

09:45AM  4    AND BEAUMONT AND TEXARKANA.

09:45AM  5            HAVE ANY OF YOU EVER HAD ANY DEALINGS WITH THE U.S.

09:46AM  6    ATTORNEY'S OFFICE?  WHETHER THE U.S. ATTORNEY FOR THE EASTERN

09:46AM  7    DISTRICT OF TEXAS OR ANY OTHER DISTRICT, HAS ANYONE HAD ANY

09:46AM  8    DEALINGS WITH THE U.S. ATTORNEY'S OFFICE FOR ANY PURPOSE?

09:46AM  9            OKAY.  COULD WE GET A MICROPHONE TO THIS JUROR BACK

09:46AM  10   HERE.

09:46AM  11           LADIES AND GENTLEMEN, I'M GOING TO REFER TO YOU BY

09:46AM  12   NUMBERS.  EACH OF YOU HAS A NUMBER.  SO IF YOU WILL STAND WHEN

09:46AM  13   YOU SPEAK AND USE THE MICROPHONE AND SHOW ME YOUR NUMBER.

09:46AM  14   OKAY.  JUROR NUMBER 19.  YES, SIR.

09:46AM  15   A.    REMIND ME.  THE U.S. ATTORNEY'S OFFICE IS PART OF THE

09:46AM  16   DEPARTMENT OF JUSTICE?

09:46AM  17   Q.    YES.

09:46AM  18   A.    I'VE HAD DEALINGS WITH THE DEPARTMENT OF JUSTICE.

09:46AM  19   Q.    OKAY.  WAS THAT THROUGH THE U.S. ATTORNEY'S OFFICE FOR

09:46AM  20   THE EASTERN DISTRICT OF TEXAS, OR SOME OTHER U.S. ATTORNEY'S

09:46AM  21   OFFICE, OR JUST DIRECTLY WITH THE DEPARTMENT OF JUSTICE?

09:46AM  22   A.    IT WAS WITH A DISTRICT UP IN WASHINGTON, D.C.  ME AS

09:46AM  23   AN OFFICER OF A COMPANY THAT THE DEPARTMENT OF JUSTICE HAD

09:47AM  24   BROUGHT A LAWSUIT AGAINST.

09:47AM  25   Q.    ALL RIGHT.  TELL ME, IS THERE ANYTHING ABOUT YOUR

VOIR DIRE EXAMINATION BY THE COURT

27

09:47AM 1   EXPERIENCE WITH THE DEPARTMENT OF JUSTICE AND YOUR DEALINGS

09:47AM 2   WITH THEM THAT WOULD AFFECT YOUR FEELINGS ABOUT THIS CASE?

09:47AM 3    A.     MOST LIKELY NOT.

09:47AM 4    Q.     OKAY.  HAVE YOU CONCLUDED WHATEVER DEALINGS YOU HAVE

09:47AM 5   OR HAD WITH THE DEPARTMENT OF JUSTICE?

09:47AM 6    A.     YES, SIR.

09:47AM 7    Q.     AND HOW LONG AGO WAS THAT?

09:47AM 8    A.     JUNE 29TH OF 2012.

09:47AM 9    Q.     OKAY.  DID YOU FEEL--LET'S SEE.  I'LL TELL YOU WHAT.

09:47AM 10  LET ME MAKE A NOTE AND I'LL COME BACK TO YOU AT A LATER TIME.

09:47AM 11  THANK YOU.

09:48AM 12          IS THERE ANYONE ELSE WHO HAS HAD ANY DEALINGS WITH

09:48AM 13  THE DEPARTMENT OF JUSTICE OR WITH ANY U.S. ATTORNEY'S OFFICE?

09:48AM 14  OKAY.

09:48AM 15          DO ANY OF YOU KNOW--AND I ASSUME NONE OF YOU KNOW

09:48AM 16  MR. GONZALEZ OR MS. BATSON.  IS THAT CORRECT?

09:48AM 17          DO ANY OF YOU KNOW MR. REETZ?

09:48AM 18          DO ANY OF YOU KNOW SPECIAL AGENT JOE MATA WITH DEA?

09:48AM 19          DO ANY OF YOU KNOW ANY OF THE OTHER DEA AGENTS OR

09:48AM 20  STAFF?

09:48AM 21          HAVE YOU HAD ANY DEALINGS WITH DEA FOR ANY PURPOSE?

09:48AM 22          DO ANY OF YOU KNOW DETECTIVE BRIAN MCCLARAN WITH THE

09:48AM 23  SHERMAN POLICE DEPARTMENT?

09:48AM 24          DO ANY OF YOU KNOW OR ARE YOU FRIENDS WITH ANY OF

09:48AM 25  THE OFFICERS OR EMPLOYEES OF THE SHERMAN POLICE DEPARTMENT?

VOIR DIRE EXAMINATION BY THE COURT

**28**

09:48AM  1   ANYBODY?  OKAY.

09:49AM  2           LET ME INTRODUCE THE PEOPLE WHO ARE SEATED OVER HERE

09:49AM  3   AT DEFENSE COUNSEL TABLE.  THERE ARE THREE DEFENDANTS WHO ARE

09:49AM  4   PROCEEDING TO TRIAL IN THIS CASE, AND THEY ARE, FIRST OF ALL,

09:49AM  5   RENE CORTEZ SALAZAR.  MR. SALAZAR, COULD YOU STAND UP, PLEASE.

09:49AM  6   AND HIS LAWYER, KYLE KEMP.

09:49AM  7           MR. KEMP:  GOOD MORNING.

09:49AM  8           THE COURT:  OKAY.  THANK YOU.

09:49AM  9   Q.      DO ANY OF YOU KNOW MR. SALAZAR OR MR. KEMP?  MR. KEMP'S

09:49AM  10  OFFICES ARE IN GAINESVILLE, TEXAS.  HAVE ANY OF YOU EVER

09:49AM  11  EMPLOYED MR. KEMP FOR LEGAL SERVICES?  OKAY.  ALL RIGHT.

09:49AM  12          ALSO PROCEEDING TO TRIAL IS TIMOTHY LEDON BOWEN.

09:49AM  13  MR. BOWEN, IF YOU WILL PLEASE STAND.  THIS IS MR. BOWEN IN

09:49AM  14  THE KHAKI-COLORED SHIRT.  AND HIS LAWYER, JAMES WHALEN.

09:50AM  15          MR. WHALEN:  GOOD MORNING.

09:50AM  16          THE COURT:  ALL RIGHT.  THANK YOU.

09:50AM  17          DO ANY OF YOU KNOW MR. BOWEN?

09:50AM  18          DO ANY OF YOU KNOW MR. WHALEN?  MR. WHALEN'S LAW

09:50AM  19  OFFICES ARE HERE IN PLANO.  HAVE ANY OF YOU EVER EMPLOYED

09:50AM  20  MR. WHALEN FOR LEGAL SERVICES?  OKAY.

09:50AM  21          AND, FINALLY, LET ME INTRODUCE TO YOU JUAN CARLOS

09:50AM  22  VEGA AND HIS LAWYER, JOEL PETRAZIO.

09:50AM  23          MR. PETRAZIO:  GOOD MORNING.

09:50AM  24          THE COURT:  THANK YOU, MR. PETRAZIO AND MR. VEGA.

09:50AM  25          MR. VEGA HAS THE HEADPHONES ON.  MR. VEGA SPEAKS

VOIR DIRE EXAMINATION BY THE COURT

29

09:50AM  1   SPANISH, AND WE HAVE TWO SPANISH-LANGUAGE INTERPRETERS, ONE OF

09:50AM  2   WHOM IS HERE IN THE COURTROOM, MS. ADRIANO.  YOU'LL ALSO SEE,

09:50AM  3   DURING THE COURSE OF THE MORNING, MR. MIKE MAHLER, WHO WILL

09:50AM  4   COME IN AND HELP MS. ADRIANO WITH SPANISH INTERPRETATION.

09:50AM  5   Q.      DO ANY OF YOU KNOW JUAN CARLOS VEGA?  OKAY.

09:51AM  6           DO ANY OF YOU KNOW JOEL PETRAZIO?  MR. PETRAZIO'S

09:51AM  7   LAW OFFICES ARE HERE IN PLANO ALSO.  HAVE ANY OF YOU EVER

09:51AM  8   EMPLOYED MR. PETRAZIO FOR LEGAL SERVICES?  OKAY.

09:51AM  9           LET ME TELL YOU WHAT MR. SALAZAR, MR. BOWEN AND

09:51AM  10  MR. VEGA ARE ACCUSED OF IN THE INDICTMENT.  THE ALLEGATION IN

09:51AM  11  THE INDICTMENT IS THAT FROM SOMETIME IN OR ABOUT JANUARY OF

09:51AM  12  2008 AND CONTINUOUSLY THEREAFTER UP TO AND INCLUDING APRIL 12TH

09:51AM  13  OF 2012, IT IS ALLEGED THAT RENE CORTEZ SALAZAR, TIMOTHY LEDON

09:51AM  14  BOWEN, JUAN CARLOS VEGA AND OTHERS CONSPIRED AND AGREED WITH

09:51AM  15  EACH OTHER AND WITH OTHER PERSONS TO KNOWINGLY POSSESS WITH

09:51AM  16  INTENT TO DISTRIBUTE METHAMPHETAMINE.  NOW, METHAMPHETAMINE

09:52AM  17  IS A CONTROLLED SUBSTANCE, AND IT IS ILLEGAL TO DISTRIBUTE

09:52AM  18  METHAMPHETAMINE OR TO MANUFACTURE METHAMPHETAMINE OR TO POSSESS

09:52AM  19  WITH INTENT TO DISTRIBUTE METHAMPHETAMINE.  FEDERAL LAW MAKES

09:52AM  20  IT A CRIME TO CONSPIRE WITH OTHER PERSONS TO COMMIT AN UNLAWFUL

09:52AM  21  ACT.

09:52AM  22          SO THE ALLEGATION AGAINST THESE THREE INDIVIDUALS

09:52AM  23  IS THAT THEY CONSPIRED WITH EACH OTHER AND WITH OTHER PERSONS

09:52AM  24  NAMED IN THE INDICTMENT AND PERHAPS NOT NAMED IN THE INDICTMENT

09:52AM  25  TO POSSESS WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE.  THE

VOIR DIRE EXAMINATION BY THE COURT

30

09:52AM  1  CRIME IS THE AGREEMENT.  AND THAT'S WHAT THEY ARE ACCUSED OF.

09:52AM  2  SO, HAVING TOLD YOU WHAT THE ALLEGATIONS ARE IN

09:52AM  3  THIS CASE, DO ANY OF YOU BY ANY CHANCE KNOW ANYTHING ABOUT

09:52AM  4  THIS CASE?  OKAY.  I DIDN'T THINK THAT YOU WOULD.

09:53AM  5  NOW, I MENTIONED THAT THEY STAND CHARGED BY

09:53AM  6  INDICTMENT.  LET ME GO OVER SOME BASIC RULES THAT APPLY IN ANY

09:53AM  7  CRIMINAL CASE.  COULD I SEE A SHOW OF HANDS OF THOSE OF YOU

09:53AM  8  WHO HAVE SERVED ON JURIES IN CRIMINAL TRIALS?  HOW MANY OF YOU

09:53AM  9  HAVE BEEN ON CRIMINAL JURIES?  OKAY.  IT LOOKS LIKE SOME OF YOU

09:53AM  10 HAVE.  I'LL TELL YOU WHAT.  WOULD YOU HOLD YOUR NUMBERS UP AND

09:53AM  11 LET ME JUST READ OFF YOUR NUMBERS, THOSE OF YOU WHO HAVE SERVED

09:53AM  12 IN CRIMINAL TRIALS.  IT LOOKS LIKE 5, 19, 12, 20, 24, 39 AND

09:53AM  13 40.  OKAY.  THANK YOU.

09:53AM  14 ALL RIGHT.  YOU KNOW, THEN, FROM YOUR PRIOR SERVICE

09:53AM  15 IN A CRIMINAL CASE--AND FOR THOSE OF YOU WHO HAVEN'T SERVED

09:54AM  16 AS A JUROR IN A CRIMINAL CASE, LET ME TELL YOU--THAT ANYONE

09:54AM  17 ACCUSED OF A CRIME IN OUR COUNTRY IS PRESUMED INNOCENT.  THE

09:54AM  18 GOVERNMENT HAS THE BURDEN OF PROVING THE ACCUSED PERSON GUILTY.

09:54AM  19 THE FACT THAT THESE THREE INDIVIDUALS STAND CHARGED BY

09:54AM  20 INDICTMENT IS NOT EVIDENCE OF GUILT.  AN INDICTMENT ITSELF

09:54AM  21 IS NO EVIDENCE OF GUILT.  IT IS THE MEANS WHEREBY A PERSON

09:54AM  22 IS BROUGHT TO TRIAL IN A CRIMINAL CASE.

09:54AM  23 SO KEEP IN MIND THE PRESUMPTION OF INNOCENCE, ANYONE

09:54AM  24 ACCUSED OF A CRIME IS PRESUMED INNOCENT UNLESS AND UNTIL PROVEN

09:54AM  25 GUILTY.

VOIR DIRE EXAMINATION BY THE COURT

THE BURDEN OF PROOF IS ON THE GOVERNMENT, NOT ON THE ACCUSED. THE THREE DEFENDANTS DO NOT HAVE ANY RESPONSIBILITY TO PRESENT EVIDENCE TO YOU. THE GOVERNMENT HAS THAT RESPONSIBILITY. AND THAT RESPONSIBILITY RESTS ON MR. GONZALEZ AND MS. BATSON. THEY WILL BE PRESENTING EVIDENCE TO YOU.

THE STANDARD OF PROOF IN A CRIMINAL CASE IS WHAT'S CALLED "BEYOND A REASONABLE DOUBT"; THAT IS, THE GOVERNMENT MUST CONVINCE YOU BEYOND A REASONABLE DOUBT THAT IT HAS PROVEN THE ACCUSATION AGAINST EACH OF THESE DEFENDANTS.

IN A CIVIL CASE, THE BURDEN OF PROOF IS USUALLY BY A PREPONDERANCE OF THE EVIDENCE, WHICH SIMPLY MEANS THE GREATER WEIGHT OF THE CREDIBLE EVIDENCE.

BUT IN A CRIMINAL CASE THE PROOF IS HIGHER; IT MUST BE BEYOND A REASONABLE DOUBT.

SO, AT THE CONCLUSION OF THE TRIAL, IF YOU ARE CHOSEN ON THIS JURY, YOU WILL HAVE TO ASK YOURSELVES INDIVIDUALLY WHETHER OR NOT YOU HAVE A REASONABLE DOUBT ABOUT THE EVIDENCE THAT'S BEEN PRESENTED AGAINST THESE THREE INDIVIDUALS. IF YOU HAVE A REASONABLE DOUBT AND YOU ARE NOT CONVINCED BEYOND A REASONABLE DOUBT THAT THE GOVERNMENT HAS PROVED EACH AND EVERY ELEMENT OF THIS CHARGE OF CONSPIRACY, THEN YOU WOULD RETURN A VERDICT OF "NOT GUILTY." IF YOU ARE CONVINCED THAT THE GOVERNMENT HAS PROVED TO YOU EACH AND EVERY ELEMENT OF THE CRIME OF CONSPIRACY AGAINST THESE INDIVIDUALS, THEN YOU WOULD RETURN A VERDICT OF "GUILTY." AND YOU'LL HAVE

| | | |
|---|---|---|
| 09:56AM | 1 | TO ANALYZE THE EVIDENCE SEPARATELY WITH RESPECT TO EACH OF THE |
| 09:56AM | 2 | THREE DEFENDANTS ON TRIAL. |
| 09:56AM | 3 | THIS CASE WILL LAST A WEEK AND A HALF.  IT COULD GO |
| 09:56AM | 4 | LONGER.  THAT'S JUST AN ESTIMATE.  YOU'LL BE KEEPING TRACK OF |
| 09:56AM | 5 | A NUMBER OF WITNESSES.  AND I'M GOING TO GO THROUGH THE WITNESS |
| 09:56AM | 6 | LIST HERE IN JUST A MINUTE AND SEE WHETHER OR NOT YOU KNOW ANY |
| 09:56AM | 7 | OF THESE PEOPLE, BUT THERE ARE QUITE A FEW WITNESSES ON THE |
| 09:56AM | 8 | WITNESS LIST.  SO YOU MAY WANT TO TAKE NOTES.  AND WE HAVE |
| 09:56AM | 9 | NOTEPADS AND PENS IN THE JURY ROOM AVAILABLE FOR YOU. |
| 09:57AM | 10 | LET ME READ THROUGH THE WITNESS LIST.  AND I WILL |
| 09:57AM | 11 | READ SEVERAL NAMES, THEN STOP AND ASK YOU WHETHER OR NOT YOU |
| 09:57AM | 12 | KNOW ANY OF THESE PEOPLE. |
| 09:57AM | 13 | I'VE ALREADY INTRODUCED TO YOU SPECIAL AGENT JOE |
| 09:57AM | 14 | MATA.  HE IS A POTENTIAL WITNESS IN THIS CASE. |
| 09:57AM | 15 | CONTINUING, THERE ARE A NUMBER OF POTENTIAL |
| 09:57AM | 16 | WITNESSES FROM THE DRUG ENFORCEMENT ADMINISTRATION.  I'M GOING |
| 09:57AM | 17 | TO READ TO YOU A LIST OF THEM.  MANY OF THEM ARE SPECIAL AGENTS |
| 09:57AM | 18 | WITH DEA. |
| 09:57AM | 19 | IN ADDITION TO SPECIAL AGENT JOE MATA WITH DEA, |
| 09:57AM | 20 | THERE'S ALSO ON THE WITNESS LIST AS A POTENTIAL WITNESS SPECIAL |
| 09:57AM | 21 | AGENT FRITZ DIEHM, D-I-E-H-M. |
| 09:58AM | 22 | SPECIAL AGENT ROBERT NEDEAU. |
| 09:58AM | 23 | SPECIAL AGENT RICK CLOUGH, C-L-O-U-G-H. |
| 09:58AM | 24 | SPECIAL AGENT MARCUS WEST. |
| 09:58AM | 25 | SPECIAL AGENT BRAD SMITH. |

VOIR DIRE EXAMINATION BY THE COURT

33

09:58AM  1          SPECIAL AGENT DAOLIM NOUANESENGSY.

09:58AM  2          SPECIAL AGENT JOE PATTI, P-A-T-T-I.

09:58AM  3          SPECIAL AGENT RICK SMITH.

09:58AM  4          SPECIAL AGENT ANDY HARBINSON.

09:58AM  5          ALL OF THOSE WITNESSES ARE WITH THE DRUG ENFORCEMENT

09:58AM  6  ADMINISTRATION IN DALLAS.

09:58AM  7          DO ANY OF YOU KNOW ANY OF THOSE SPECIAL AGENTS?

09:58AM  8          CONTINUING:

09:58AM  9          SPECIAL AGENT CAROL WILSON WITH DEA.

09:58AM  10          SPECIAL AGENT CARLOS HERNANDEZ WITH DEA.

09:58AM  11          OFFICER JASON JEFFCOAT WITH THE SHERMAN POLICE

09:59AM  12  DEPARTMENT.

09:59AM  13          I'VE ALREADY INTRODUCED TO YOU OFFICER BRIAN

09:59AM  14  MCCLARAN.  HE IS A POTENTIAL WITNESS IN THIS CASE.  HE IS

09:59AM  15  WITH THE SHERMAN POLICE DEPARTMENT.

09:59AM  16          OFFICER KEVIN BARRETT WITH THE SHERMAN P.D.

09:59AM  17          OFFICER CARL HUDMAN, H-U-D-M-A-N, WITH THE SHERMAN

09:59AM  18  P.D.

09:59AM  19          OFFICER ERIC WITHROW WITH THE SHERMAN POLICE

09:59AM  20  DEPARTMENT.

09:59AM  21          OFFICER JOHN KENNEMER WITH THE SHERMAN POLICE

09:59AM  22  DEPARTMENT.

09:59AM  23          OFFICER KEVIN COVENEY WITH THE SHERMAN POLICE

09:59AM  24  DEPARTMENT.

09:59AM  25          OFFICER JEREMY HOUSEHOLDER WITH THE SHERMAN POLICE

VOIR DIRE EXAMINATION BY THE COURT

**34**

09:59AM 1  DEPARTMENT.

09:59AM 2          LET ME STOP THERE.  DO ANY OF THESE NAMES SOUND

09:59AM 3  FAMILIAR TO YOU?  THESE ARE PEOPLE WHO ARE POTENTIALLY

09:59AM 4  WITNESSES IN THIS CASE.  SO YOU, AS POTENTIAL JURORS, IF YOU

09:59AM 5  KNOW THEM, I NEED TO KNOW THAT AND THE LAWYERS NEED TO KNOW

09:59AM 6  THAT.

10:00AM 7          CONTINUING:

10:00AM 8          OFFICER BRANDON TONEY WITH THE SHERMAN POLICE

10:00AM 9  DEPARTMENT.

10:00AM 10         DEPUTY MICHAEL KUNTCHIK, K-U-N-T-C-H-I-K, WITH THE

10:00AM 11  GRAYSON COUNTY SHERIFF'S OFFICE.

10:00AM 12         TROOPER DAVID TAYLOR WITH THE TEXAS DEPARTMENT OF

10:00AM 13  PUBLIC SAFETY.

10:00AM 14         TROOPER BRAD BIGHAM WITH THE TEXAS DEPARTMENT OF

10:00AM 15  PUBLIC SAFETY.

10:00AM 16         OFFICER ROBERT HEMINGWAY WITH THE ALLEN POLICE

10:00AM 17  DEPARTMENT.

10:00AM 18         OFFICER MICHAEL BLY WITH THE ALLEN P.D.

10:00AM 19         OFFICER JOSEPH RAINES WITH THE DENISON POLICE

10:00AM 20  DEPARTMENT.

10:00AM 21         LET ME STOP THERE.  DO ANY OF YOU KNOW ANY OF THOSE

10:00AM 22  LAW ENFORCEMENT OFFICERS?

10:00AM 23         OFFICER JESSE GRISSOM WITH THE DENISON POLICE

10:01AM 24  DEPARTMENT.

10:01AM 25         OFFICER CHAD COPELAND WITH THE MESQUITE POLICE

VOIR DIRE EXAMINATION BY THE COURT

**35**

10:01AM  1    DEPARTMENT.

10:01AM  2              OFFICER ANDY CHANCE WITH THE MESQUITE POLICE

10:01AM  3    DEPARTMENT.

10:01AM  4              OFFICER ROBERT CUTTER WITH THE GAINESVILLE POLICE

10:01AM  5    DEPARTMENT.

10:01AM  6              OFFICER ANTHONY STRAUSER WITH THE GAINESVILLE POLICE

10:01AM  7    DEPARTMENT.

10:01AM  8              MARK MCDONALD, WHO IS A CHEMIST WITH THE DRUG

10:01AM  9    ENFORCEMENT ADMINISTRATION.

10:01AM  10             JENNIFER RUMPPE, WHO IS A CHEMIST WITH THE TEXAS

10:01AM  11   DEPARTMENT OF PUBLIC SAFETY.

10:01AM  12             NICK GRIZZLE, WHO IS A CHEMIST WITH THE DEPARTMENT

10:01AM  13   OF PUBLIC SAFETY.

10:01AM  14             CLAY PHELAN AND CHARITY FOREMAN, WHO ARE BOTH

10:01AM  15   CHEMISTS WITH THE DRUG ENFORCEMENT ADMINISTRATION.

10:01AM  16             DO ANY OF YOU KNOW ANY OF THOSE POTENTIAL WITNESSES?

10:01AM  17   ALL RIGHT.

10:01AM  18             GENEVIEVE MEDINA, A CHEMIST WITH THE TEXAS

10:02AM  19   DEPARTMENT OF PUBLIC SAFETY.

10:02AM  20             STACY LOGGINS, A FINGERPRINT SPECIALIST WITH THE

10:02AM  21   DRUG ENFORCEMENT ADMINISTRATION.

10:02AM  22             JOE MABERRY, A CHEMIST WITH THE DRUG ENFORCEMENT

10:02AM  23   ADMINISTRATION.

10:02AM  24             I THINK THAT CONCLUDES THE LAW ENFORCEMENT OFFICERS.

10:02AM  25   ANYONE KNOW ANY OF THOSE PEOPLE?  ALL RIGHT.

VOIR DIRE EXAMINATION BY THE COURT

**36**

| | | |
|---|---|---|
| 10:02AM | 1 | THE REMAINING WITNESSES ARE NOT LAW ENFORCEMENT |
| 10:02AM | 2 | OFFICERS OR ARE NOT IDENTIFIED AS SUCH ON THE WITNESS LIST. |
| 10:02AM | 3 | THEY INCLUDE: |
| 10:02AM | 4 | TREY TIBBS. |
| 10:02AM | 5 | KENNETH HOUSE. |
| 10:02AM | 6 | BOBBY JAMES. |
| 10:02AM | 7 | THIEU NGUYEN. |
| 10:02AM | 8 | MANUEL CAMACHO. |
| 10:02AM | 9 | TASKA GRAHAM. |
| 10:03AM | 10 | JOEY TREVATHAN. |
| 10:03AM | 11 | CHRISTINA HOUSE. |
| 10:03AM | 12 | KISHA BOWEN. |
| 10:03AM | 13 | DO ANY OF YOU KNOW ANY OF THOSE POTENTIAL WITNESSES? |
| 10:03AM | 14 | DANIEL JENSEN. |
| 10:03AM | 15 | BRENT ASKEW. |
| 10:03AM | 16 | SHANNON ASKEW. |
| 10:03AM | 17 | ABRAHAM ESCUADRA-CHAVEZ. |
| 10:03AM | 18 | CHRISTINA DORRIES. |
| 10:03AM | 19 | AUGUSTINE RODRIGUEZ. |
| 10:03AM | 20 | MANUEL URBINA. |
| 10:03AM | 21 | HOA MINH HOANG, LAST NAME H-O-A-N-G. |
| 10:03AM | 22 | SABRINA SCHROEDER. |
| 10:03AM | 23 | JOSHUA BOWEN. |
| 10:03AM | 24 | AND LET ME STOP THERE.  DO ANY OF THOSE NAMES SOUND |
| 10:03AM | 25 | FAMILIAR?  ALL RIGHT. |

VOIR DIRE EXAMINATION BY THE COURT

37

| | | |
|---|---|---|
| 10:04AM | 1 | CONTINUING: |
| 10:04AM | 2 | MARIA DAVILA. |
| 10:04AM | 3 | MELISSA STEWART. |
| 10:04AM | 4 | PRISCILLA MARCELENO. |
| 10:04AM | 5 | FERNANDO PERALES. |
| 10:04AM | 6 | RAMIRO CAZARES. |
| 10:04AM | 7 | CHARLES QUIROLO. |
| 10:04AM | 8 | DO YOU RECOGNIZE ANY OF THOSE NAMES?  ALL RIGHT. |
| 10:04AM | 9 | AND FINALLY: |
| 10:04AM | 10 | ANDREA REEVES. |
| 10:04AM | 11 | BRIAN MCMENAMY. |
| 10:04AM | 12 | PAUL CAMACHO. |
| 10:04AM | 13 | THERE'S BOTH A MANUEL CAMACHO AND A PAUL CAMACHO. |
| 10:04AM | 14 | CARLOS CABRALES. |
| 10:04AM | 15 | THOSE ARE ALL OF THE INDIVIDUAL NAMES THAT I HAVE. |
| 10:04AM | 16 | DO YOU RECOGNIZE ANY OF THOSE PEOPLE?  OKAY. |
| 10:04AM | 17 | THERE MAY ALSO BE CALLED TO TESTIFY CUSTODIANS OF |
| 10:04AM | 18 | RECORDS FROM ENTERPRISE RENTAL, WESTERN UNION AND THE SUPER 8 |
| 10:05AM | 19 | MOTEL IN SHERMAN. |
| 10:05AM | 20 | THOSE ARE THE POTENTIAL WITNESSES IN THE CASE. |
| 10:05AM | 21 | THE LIST INCLUDES 72 INDIVIDUALS. |
| 10:05AM | 22 | LET ME ASK YOU:  HAVE ANY OF YOU EVER SERVED AS A |
| 10:05AM | 23 | GRAND JUROR, EITHER A COUNTY GRAND JUROR OR A FEDERAL GRAND |
| 10:05AM | 24 | JUROR?  ANYBODY WHO HAS SERVED AS A GRAND JUROR IN THE PAST |
| 10:05AM | 25 | OR IS NOW SERVING AS A GRAND JUROR?  ANYBODY?  OKAY. |

VOIR DIRE EXAMINATION BY THE COURT

**38**

10:05AM 1         HAVE ANY OF YOU EVER BEEN EMPLOYED BY A LAW

10:05AM 2   ENFORCEMENT AGENCY OR HAD A FAMILY MEMBER OR CLOSE FRIEND

10:05AM 3   EMPLOYED BY A LAW ENFORCEMENT AGENCY?

10:05AM 4         LET ME START OVER HERE.  IF YOU'LL RAISE YOUR

10:05AM 5   NUMBERS.  ANYONE ON THE FIRST ROW WHO HAS A RESPONSE TO THAT

10:05AM 6   QUESTION?  EMPLOYED BY A LAW ENFORCEMENT AGENCY OR HAD A FAMILY

10:06AM 7   MEMBER OR CLOSE FRIEND.  LET'S START WITH NUMBER 1.  YES, SIR.

10:06AM 8   A.   I HAVE A CLOSE FRIEND THAT'S EMPLOYED IN ORANGE COUNTY,

10:06AM 9   FLORIDA, IN THE SHERIFF'S OFFICE.

10:06AM 10  Q.   OKAY.  ANYTHING ABOUT HIS WORK AND YOUR RELATIONSHIP

10:06AM 11  WITH HIM AS A LAW ENFORCEMENT OFFICER THAT AFFECTS YOUR

10:06AM 12  FEELINGS ABOUT SERVING AS A JUROR IN THIS CASE?

10:06AM 13  A.   NO.

10:06AM 14  Q.   OKAY.  COULD YOU EVALUATE THE CREDIBILITY OF LAW

10:06AM 15  ENFORCEMENT OFFICERS WHO TESTIFY THE SAME AS YOU WOULD THE

10:06AM 16  CREDIBILITY OF ANY OTHER WITNESS WHO IS CALLED TO TESTIFY?

10:06AM 17  A.   SURE.

10:06AM 18  Q.   OKAY.  THANK YOU, SIR.

10:06AM 19        NUMBER 2?  DID YOU HAVE YOUR NUMBER UP?  NO.

10:06AM 20        NUMBER 4?

10:06AM 21  A.   YES.  D.M. HAMPTON WITH THE SHERMAN POLICE DEPARTMENT

10:06AM 22  IS A FAMILY FRIEND.

10:06AM 23  Q.   OKAY.

10:06AM 24  A.   ANOTHER ONE IS TONY BENNETT, TEXAS RANGER.

10:06AM 25  Q.   NOW, YOU DIDN'T HEAR THAT SHERMAN POLICE OFFICER'S NAME

VOIR DIRE EXAMINATION BY THE COURT

39

10:07AM 1   WHEN I READ OFF THOSE NAMES?

10:07AM 2   A.      [MOVING HEAD SIDE TO SIDE]

10:07AM 3   Q.      NO.  OKAY.  THERE MAY VERY WELL BE OTHER SHERMAN POLICE

10:07AM 4   OFFICERS OR DETECTIVES WHO WILL TESTIFY.  AND YOUR FRIEND IS A

10:07AM 5   SHERMAN POLICE OFFICER.  CORRECT?

10:07AM 6   A.      YES.  IT'S BEEN SEVERAL--OVER A PERIOD OF YEARS.

10:07AM 7   Q.      OKAY.  ANYTHING ABOUT THAT ACQUAINTANCE OR RELATIONSHIP

10:07AM 8   THAT WOULD AFFECT YOUR FEELINGS ABOUT BEING A JUROR IN THIS

10:07AM 9   CASE?

10:07AM 10  A.      NO, SIR.

10:07AM 11  Q.      OKAY.

10:07AM 12          LADIES AND GENTLEMEN, ALL YOU NEED TO BE A JUROR IS

10:07AM 13  TO SIMPLY APPROACH THE TASK WITH AN OPEN MIND, LISTEN TO THE

10:07AM 14  EVIDENCE AND--LISTEN TO THE TESTIMONY AND OBSERVE THE EVIDENCE

10:07AM 15  DURING THE COURSE OF THE TRIAL, TAKE NOTES IF YOU WISH, AND

10:07AM 16  THEN USE YOUR OWN GOOD JUDGMENT IN REACHING A VERDICT IN THE

10:07AM 17  CASE.  YOU HAVE TO MAKE THE DECISION BASED UPON YOUR ASSESSMENT

10:07AM 18  OF THE TESTIMONY.  AND IF THERE IS ANY RELATIONSHIP THAT YOU

10:08AM 19  HAVE WITH A WITNESS THAT MIGHT AFFECT YOUR IMPARTIALITY, THEN

10:08AM 20  YOU NEED TO LET ME KNOW.  AND SO THAT'S WHY I'M ASKING THESE

10:08AM 21  QUESTIONS.

10:08AM 22          SO, JUROR NUMBER 4, YOU ARE SAYING THAT

10:08AM 23  NOTWITHSTANDING THE FACT THAT YOU ARE ACQUAINTED WITH A

10:08AM 24  SHERMAN POLICE OFFICER, YOU COULD BE A FAIR JUROR TO BOTH

10:08AM 25  THE GOVERNMENT AND TO THESE INDIVIDUALS WHO ARE ACCUSED?

VOIR DIRE EXAMINATION BY THE COURT

**40**

| | | |
|---|---|---|
| 10:08AM | 1 | A.      YES, SIR. |
| 10:08AM | 2 | Q.      OKAY.  THANK YOU, SIR. |
| 10:08AM | 3 |         FIRST ROW, NUMBER 8.  YES, SIR. |
| 10:08AM | 4 | A.      MIKE AND JOHN WITH THE IRVING POLICE DEPARTMENT. |
| 10:08AM | 5 | Q.      OKAY.  IRVING P.D.  ANYTHING ABOUT YOUR FRIENDSHIP WITH |
| 10:08AM | 6 | THEM THAT MIGHT AFFECT YOUR APPROACH TO BEING A JUROR IN THIS |
| 10:08AM | 7 | CASE? |
| 10:08AM | 8 | A.      NO, SIR. |
| 10:08AM | 9 | Q.      IF YOU ARE CHOSEN ON THE JURY AND YOU--AFTER YOU HEAR |
| 10:08AM | 10 | ALL THE EVIDENCE, IF YOU HAVE A REASONABLE DOUBT, COULD YOU |
| 10:08AM | 11 | RETURN A VERDICT OF "NOT GUILTY" NOTWITHSTANDING YOUR FRIEND- |
| 10:09AM | 12 | SHIP WITH POLICE OFFICERS? |
| 10:09AM | 13 | A.      I COULD. |
| 10:09AM | 14 | Q.      OKAY.  THANK YOU. |
| 10:09AM | 15 |         LET'S GO TO THE SECOND ROW ON THIS SIDE.  HAVE ANY |
| 10:09AM | 16 | OF YOU SERVED AS A LAW ENFORCEMENT AGENT OR OFFICER OR HAD A |
| 10:09AM | 17 | FAMILY MEMBER OR CLOSE FRIEND WHO HAS WORKED IN LAW ENFORCEMENT? |
| 10:09AM | 18 | AND THAT COULD BE POLICE, SHERIFF, DRUG ENFORCEMENT, FBI, BORDER |
| 10:09AM | 19 | PATROL, ANY KIND OF LAW ENFORCEMENT POSITION. |
| 10:09AM | 20 |         YES, MA'AM.  AND YOUR NUMBER IS?  I'M SORRY.  9. |
| 10:09AM | 21 | OKAY.  YES, MA'AM. |
| 10:09AM | 22 | A.      MY SON IS AN ARSON INVESTIGATOR. |
| 10:09AM | 23 | Q.      OKAY.  ANYTHING ABOUT HIS WORK AND WHAT HE DOES THAT |
| 10:09AM | 24 | WOULD AFFECT YOUR FEELINGS ABOUT BEING A JUROR IN THIS CASE? |
| 10:09AM | 25 | A.      NO. |

VOIR DIRE EXAMINATION BY THE COURT

41

10:09AM 1  Q.     AND, AGAIN, MA'AM, COULD YOU USE YOUR OWN GOOD JUDGMENT

10:09AM 2  TO EVALUATE THE BELIEVABILITY OR CREDIBILITY OF EACH WITNESS,

10:09AM 3  WHETHER THAT PERSON IS A LAW ENFORCEMENT OFFICER OR NOT?

10:09AM 4  A.     YES.

10:09AM 5  Q.     OKAY.  THANK YOU.

10:09AM 6          SECOND ROW, ANYBODY ELSE?  OKAY.  NUMBER 11.

10:10AM 7  A.     MY BACKUP CHILDCARE IS A MEMBER OF THE DENTON COUNTY

10:10AM 8  POLICE DEPARTMENT [SIC].

10:10AM 9  Q.     OKAY.  DOES THAT AFFECT YOUR FEELINGS ABOUT SERVING AS

10:10AM 10 A JUROR IN THIS CASE?

10:10AM 11 A.     NO.

10:10AM 12 Q.     OKAY, MA'AM.  COULD YOU--IF YOU HAD A REASONABLE DOUBT

10:10AM 13 AT THE CONCLUSION OF THE TRIAL ABOUT WHETHER THE GOVERNMENT

10:10AM 14 HAD PROVED ITS CASE AGAINST ONE OR MORE OF THE DEFENDANTS,

10:10AM 15 COULD YOU RETURN A VERDICT OF "NOT GUILTY"?

10:10AM 16 A.     [MOVING HEAD UP AND DOWN]

10:10AM 17 Q.     I'M SORRY.  I DIDN'T HEAR YOU.

10:10AM 18 A.     YES.

10:10AM 19 Q.     ALL RIGHT.

10:10AM 20         ANYONE ELSE ON THE SECOND ROW THERE WHO HAS WORKED

10:10AM 21 IN LAW ENFORCEMENT OR HAD A FAMILY MEMBER OR FRIEND WORKING IN

10:10AM 22 LAW ENFORCEMENT?  NUMBER 14.  YES, MA'AM.

10:10AM 23 A.     YES.  TWO OF MY COLLEAGUES THAT I TAUGHT WITH AT

10:10AM 24 A PRIVATE SCHOOL HERE IN TOWN ARE POLICE OFFICERS' WIVES.

10:10AM 25 Q.     ALL RIGHT.

VOIR DIRE EXAMINATION BY THE COURT

42

| | | |
|---|---|---|
| 10:10AM | 1 | A.     WE'VE SOCIALIZED WITH THE OFFICERS AS WELL. |
| 10:10AM | 2 | Q.     OKAY.  ANYTHING ABOUT THAT FACT THAT WOULD AFFECT YOUR |
| 10:11AM | 3 | ABILITY TO FAIRLY AND IMPARTIALLY EVALUATE THE EVIDENCE IN THE |
| 10:11AM | 4 | CASE? |
| 10:11AM | 5 | A.     I DON'T THINK SO. |
| 10:11AM | 6 | Q.     OKAY.  THANK YOU, MA'AM. |
| 10:11AM | 7 |        ANYONE ELSE ON THE SECOND ROW?  OKAY. |
| 10:11AM | 8 |        THIRD ROW?  ANYBODY WORKED IN LAW ENFORCEMENT OR HAD |
| 10:11AM | 9 | A FAMILY MEMBER OR CLOSE FRIEND IN LAW ENFORCEMENT?  NUMBER 21. |
| 10:11AM | 10 | A.     MY SISTER-IN-LAW IS A GRAPEVINE POLICE DEPARTMENT |
| 10:11AM | 11 | DISPATCHER. |
| 10:11AM | 12 | Q.     I'M SORRY.  WHAT POLICE DEPARTMENT? |
| 10:11AM | 13 | A.     GRAPEVINE. |
| 10:11AM | 14 | Q.     GRAPEVINE.  OKAY.  LET'S SEE.  COULD YOU CAREFULLY |
| 10:11AM | 15 | EVALUATE THE TESTIMONY OF A POLICE OFFICER JUST AS YOU WOULD |
| 10:11AM | 16 | ANY WITNESS WHO IS CALLED TO THE WITNESS STAND? |
| 10:11AM | 17 | A.     YES, SIR. |
| 10:11AM | 18 | Q.     AND WOULD YOU BELIEVE A POLICE OFFICER SIMPLY BECAUSE |
| 10:11AM | 19 | HE OR SHE IS A POLICE OFFICER? |
| 10:11AM | 20 | A.     NO, SIR. |
| 10:11AM | 21 | Q.     THANK YOU.  THANK YOU, NUMBER 21. |
| 10:11AM | 22 |        ANYONE ELSE ON THAT THIRD ROW? |
| 10:11AM | 23 |        FOURTH ROW?  NUMBER 30.  YES, MA'AM. |
| 10:12AM | 24 | A.     YES, SIR.  MY DAD'S A RETIRED DALLAS POLICE OFFICER. |
| 10:12AM | 25 | AND HE'S RETIRED FROM THE COUNTY FOR THE DISTRICT ATTORNEY'S |

VOIR DIRE EXAMINATION BY THE COURT

**43**

10:12AM 1  OFFICE IN DALLAS.

10:12AM 2  Q.     OKAY.  ANYTHING ABOUT HIS WORK OR WHAT YOU KNOW ABOUT

10:12AM 3  IT THAT WOULD AFFECT YOUR FEELINGS ABOUT THIS CASE?

10:12AM 4  A.     NO, SIR.

10:12AM 5  Q.     IF YOU ARE CHOSEN AS A JUROR, DO YOU BELIEVE THAT YOU

10:12AM 6  COULD IMPARTIALLY AND FAIRLY EVALUATE THE EVIDENCE AND BE A

10:12AM 7  FAIR JUROR FOR BOTH THE GOVERNMENT AND FOR THE INDIVIDUALS WHO

10:12AM 8  ARE ACCUSED HERE?

10:12AM 9  A.     YES, SIR, I DO.

10:12AM 10  Q.     OKAY.  THANK YOU.

10:12AM 11          LET'S GO TO THIS SIDE OF THE COURTROOM.  ON THE

10:12AM 12  FIRST ROW, IT LOOKS LIKE NUMBER 36.  YES, SIR.

10:12AM 13  A.     YES, SIR.  THE FITNESS CENTER THAT I RUN DOES A LOT

10:12AM 14  OF PROGRAMS FOR MIDDLE-MANAGEMENT POLICE OFFICERS IN TEXAS.

10:12AM 15  Q.     ALL RIGHT.  SO SOME OF THEM ARE YOUR CUSTOMERS?

10:12AM 16  A.     YES, SIR.

10:12AM 17  Q.     ALL RIGHT.  ANYTHING ABOUT THAT THAT WOULD AFFECT YOUR

10:13AM 18  APPROACH TO BEING A JUROR IN THIS CASE?

10:13AM 19  A.     NO, SIR.

10:13AM 20  Q.     OKAY.  COULD YOU EVALUATE THE TESTIMONY OF POLICE

10:13AM 21  OFFICERS USING THE SAME STANDARDS AS YOU WOULD APPLY TO ANY

10:13AM 22  OTHER WITNESS?

10:13AM 23  A.     YES, SIR.

10:13AM 24  Q.     THANK YOU.

10:13AM 25          NUMBER 37.  YES, MA'AM.

VOIR DIRE EXAMINATION BY THE COURT

**44**

10:13AM  1   A.      MY BROTHER WAS A TEXAS MARSHAL AND IS AN FBI AGENT.

10:13AM  2   Q.      ALL RIGHT.  THE SAME QUESTION FOR YOU, MA'AM.  DOES

10:13AM  3   THAT AFFECT YOUR FEELINGS ABOUT THIS CASE?

10:13AM  4   A.      NO.

10:13AM  5   Q.      ALL RIGHT.  AND COULD YOU BE A FAIR JUROR FOR BOTH

10:13AM  6   SIDES?

10:13AM  7   A.      YES, I COULD.

10:13AM  8   Q.      THANK YOU.

10:13AM  9           NUMBER 38.  YES, SIR.

10:13AM  10  A.      I AM A HIGH SCHOOL TEACHER AND COACH AND HAVE BEEN--

10:13AM  11  I HAVE VARIOUS DEALINGS WITH POLICE OFFICERS ALMOST ON A DAILY

10:13AM  12  BASIS.

10:13AM  13  Q.      OKAY.

10:13AM  14  A.      CARROLTON--EXCUSE ME.  IRVING, GRAND PRAIRIE, AND A

10:13AM  15  FORMER BALLPLAYER IS A POLICE OFFICER AT DFW AIRPORT.

10:14AM  16  Q.      OKAY.  ANYTHING ABOUT THOSE RELATIONSHIPS AND FRIEND-

10:14AM  17  SHIPS THAT WOULD AFFECT YOUR FEELINGS ABOUT BEING A JUROR IN

10:14AM  18  THIS CASE?

10:14AM  19  A.      NOT AT ALL.

10:14AM  20  Q.      OKAY.  THANK YOU, SIR.

10:14AM  21          ANYONE ELSE ON THAT FIRST ROW?

10:14AM  22          WHAT ABOUT ON THE SECOND ROW?  WORKED IN LAW

10:14AM  23  ENFORCEMENT OR HAD A FAMILY MEMBER OR CLOSE FRIEND WHO HAS

10:14AM  24  WORKED IN LAW ENFORCEMENT OR IS WORKING IN LAW ENFORCEMENT?

10:14AM  25  OKAY.

VOIR DIRE EXAMINATION BY THE COURT

**45**

| | |
|---|---|
| 10:14AM | 1 |
| 10:14AM | 2 |
| 10:14AM | 3 |
| 10:14AM | 4 |
| 10:14AM | 5 |
| 10:14AM | 6 |
| 10:14AM | 7 |

LADIES AND GENTLEMEN, THERE ARE A COUPLE OF
QUESTIONS THAT I NEED TO ASK YOU BECAUSE THIS IS A CRIMINAL
CASE AND BECAUSE THE ALLEGATION INVOLVES ILLEGAL DRUG ACTIVITY.
IF YOU HAVE A RESPONSE TO THIS QUESTION AND YOU WANT TO VISIT
WITH ME OUTSIDE THE PRESENCE OF THE OTHER JURORS, IF YOU WILL
JUST HOLD YOUR NUMBER UP LONG ENOUGH SO I CAN MAKE A CHECKMARK
BY YOUR NAME.

WE HAVE CHARTS THAT TELL US YOUR NAME, THE CITY IN
WHICH YOU LIVE, YOUR OCCUPATION, AND YOUR SPOUSE'S OCCUPATION.
OTHER THAN THAT, WE DON'T KNOW ANYTHING ABOUT YOU.  SO THAT'S
WHY THERE'S AN OPPORTUNITY FOR ME TO ASK QUESTIONS AND IN A
MOMENT THERE WILL BE AN OPPORTUNITY FOR THE LAWYERS TO ASK YOU
QUESTIONS.

OKAY.  THE NEXT QUESTION I HAVE IS:  HAVE ANY OF
YOU EVER BEEN INVOLVED IN A CRIMINAL MATTER IN ANY COURT THAT
CONCERNED YOU OR A FAMILY MEMBER OR A CLOSE FRIEND EITHER AS A
DEFENDANT IN A CRIMINAL CASE, A WITNESS TO A CRIME, OR A VICTIM
OF A CRIME?  SO HAVE YOU BEEN INVOLVED IN A CRIMINAL MATTER
IN COURT THAT CONCERNED YOU, A FAMILY MEMBER OR A CLOSE FRIEND
EITHER AS A DEFENDANT, A WITNESS OR A VICTIM?  AND IF YOU WANT
TO JUST HOLD UP YOUR NUMBER, I CAN COME BACK TO YOU AND TALK TO
YOU INDIVIDUALLY AT A LATER TIME.

OKAY.  ON THE FIRST ROW.  OKAY.  I HAVE THE FIRST
ROW.

SECOND ROW?  LET'S SEE.  JUST KEEP YOUR NUMBERS UP

VOIR DIRE EXAMINATION BY THE COURT

**46**

10:16AM 1 JUST FOR A MOMENT.

10:16AM 2        AND THEN BACK IN THE BACK.  OKAY.

10:16AM 3        I THINK I HAVE ALL THE NUMBERS ON THIS SIDE.

10:16AM 4        WHAT ABOUT ON THIS SIDE OF THE ROOM?  AGAIN, THE

10:16AM 5 QUESTION IS WHETHER YOU'VE BEEN INVOLVED IN A CRIMINAL MATTER

10:16AM 6 THAT WENT TO COURT THAT CONCERNED YOU, A FAMILY MEMBER OR A

10:16AM 7 CLOSE FRIEND IN SOME WAY.  OKAY.

10:16AM 8        ONLY ONE NUMBER, 48.  OKAY.

10:16AM 9        ANYONE ELSE?  CLOSE FRIEND OR FAMILY MEMBER BEEN

10:16AM 10 INVOLVED IN A CRIMINAL MATTER AS A DEFENDANT, A WITNESS TO A

10:16AM 11 CRIME OR A VICTIM OF A CRIME?  NOBODY ELSE.  OKAY.

10:17AM 12        THE NEXT QUESTION MAY OVERLAP WITH THE QUESTION

10:17AM 13 I JUST ASKED.  THIS QUESTION IS:  HAVE ANY OF YOU HAD ANY

10:17AM 14 EXPERIENCE INVOLVING YOURSELF, A FAMILY MEMBER OR A CLOSE

10:17AM 15 FRIEND THAT RELATES TO THE USE OR POSSESSION OF ILLEGAL DRUGS?

10:17AM 16 LET ME START BACK OVER HERE.

10:17AM 17        OKAY.  IF YOU WILL KEEP YOUR NUMBERS UP JUST FOR A

10:17AM 18 MOMENT.  OKAY.  I HAVE THE NUMBERS ON THIS SIDE.

10:18AM 19        LADIES AND GENTLEMEN, DO ANY OF YOU HAVE A DOCTOR'S

10:18AM 20 APPOINTMENT THAT YOU DO NOT WANT TO RESCHEDULE THAT IS SET

10:18AM 21 FOR THIS WEEK OR NEXT WEEK?  ANYBODY IN THAT POSITION?  OKAY.

10:18AM 22 NUMBER 25.

10:18AM 23        I'LL EXPAND THAT.  A DOCTOR'S APPOINTMENT OR ANY

10:18AM 24 KIND OF MEDICAL PROCEDURE OR SURGERY OR TREATMENT THAT YOU HAVE

10:18AM 25 SCHEDULED FOR THIS WEEK OR NEXT WEEK THAT YOU DO NOT WANT TO

VOIR DIRE EXAMINATION BY THE COURT

47

10:18AM  1    RESCHEDULE?  OKAY.  THANK YOU.

10:19AM  2              DO ANY OF YOU HAVE--NOT A BUSINESS TRIP, BUT A

10:19AM  3    FAMILY VACATION SCHEDULED FOR THIS WEEK OR NEXT WEEK THAT

10:19AM  4    YOU HAVE ALREADY ARRANGED TO GO OUT OF TOWN?  ANYBODY IN

10:19AM  5    THAT SITUATION?  OKAY.

10:19AM  6              DO ANY OF YOU WORK NIGHTS?  ARE THERE ANY OF YOU WHO

10:19AM  7    WORK NIGHTS AND WOULD YOU BE REQUIRED TO WORK AT NIGHT EVEN IF

10:19AM  8    YOU ARE ON A JURY DURING THE DAY?  ANYBODY IN THAT POSITION?

10:19AM  9    OKAY.

10:19AM  10             I'LL TELL YOU WHAT.  LET'S JUST GET A MICROPHONE TO

10:19AM  11   NUMBER 17.  LET ME SEE IF I CAN ASK HIM A QUESTION ABOUT THIS

10:19AM  12   RIGHT NOW.

10:20AM  13             JUROR NUMBER 17, YOU WORK AT NIGHT, IS THAT CORRECT?

10:20AM  14   A.     YES, SIR.

10:20AM  15   Q.     AND BY "NIGHT," HOW LATE DO YOU WORK?

10:20AM  16   A.     ACTUALLY, I WORK ALL DAY.  I'M WORKING AT NIGHT RIGHT

10:20AM  17   NOW.  I GO IN AT 5:00 AND I'M OUT AROUND 11, 11:30.  SOME

10:20AM  18   MORNINGS.

10:20AM  19   Q.     OKAY.  IF YOU ARE CHOSEN AS A JUROR, WOULD YOU BE

10:20AM  20   REQUIRED TO CONTINUE TO WORK AT NIGHT?

10:20AM  21   A.     YES.

10:20AM  22   Q.     OKAY.  SO IF YOU FINISH AT 11 OR 11:30, WHEN CAN YOU

10:20AM  23   GET TO SLEEP?

10:20AM  24   A.     MIDNIGHT, 1:00.

10:20AM  25   Q.     AND YOU WOULD NEED TO BE HERE AT 9:00 IN THE MORNING.

VOIR DIRE EXAMINATION BY THE COURT

**48**

| | | |
|---|---|---|
| 10:20AM | 1 | WOULD THAT BE A PROBLEM FOR YOU? |
| 10:20AM | 2 | A.      YES. |
| 10:20AM | 3 | Q.      IT WOULD? |
| 10:20AM | 4 | A.      YES. |
| 10:20AM | 5 | Q.      OKAY.  THANK YOU. |
| 10:21AM | 6 |          ANYONE ELSE WHO WORKS NIGHTS AND WOULD HAVE TO |
| 10:21AM | 7 | CONTINUE TO WORK AT NIGHT EVEN IF YOU ARE CHOSEN ON THE |
| 10:21AM | 8 | JURY?  NUMBER 41.  OKAY. |
| 10:21AM | 9 |          LET'S GET A MICROPHONE TO HIM. |
| 10:21AM | 10 | A.      SIR, I SUPPORT AN OFFSHORE TEAM, BUT NOT DAILY. |
| 10:21AM | 11 | Q.      I'M SORRY.  COULD YOU TELL ME THAT AGAIN? |
| 10:21AM | 12 | A.      SIR, I NEED TO SUPPORT OFFSHORE TEAM, SO I NEED TO WORK |
| 10:21AM | 13 | OCCASIONALLY NIGHTTIME. |
| 10:21AM | 14 | Q.      YOU NEED TO SUPPORT WHO? |
| 10:21AM | 15 | A.      OFFSHORE TEAM.  MY OFFSHORE TEAM. |
| 10:21AM | 16 | Q.      OFFSHORE TEAM.  OH, OKAY.  SO HOW LATE DO YOU WORK AT |
| 10:21AM | 17 | NIGHT? |
| 10:21AM | 18 | A.      11 OR 12 SOMETIMES.  11 OR 12:00 AT NIGHT. |
| 10:21AM | 19 | Q.      IF YOU ARE CHOSEN ON THIS JURY, WOULD YOUR EMPLOYER |
| 10:21AM | 20 | REQUIRE YOU TO CONTINUE TO WORK AT NIGHT? |
| 10:21AM | 21 | A.      IT'S NOT REQUIREMENT, IT'S MY RESPONSIBILITY, BECAUSE |
| 10:21AM | 22 | I'M THE MANAGER FOR THE TEAM. |
| 10:21AM | 23 | Q.      ALL RIGHT.  COULD YOU WORK UNTIL 11 OR 12:00 AT NIGHT |
| 10:22AM | 24 | AND BE HERE AT 9:00 IN THE MORNING AS A JUROR? |
| 10:22AM | 25 | A.      I'M OKAY WITH THAT.  I'LL BE HERE AT 9:00. |

VOIR DIRE EXAMINATION BY THE COURT

49

| | | |
|---|---|---|
| 10:22AM | 1 | Q.      OKAY.  HOW MUCH SLEEP WOULD YOU GET IF YOU DID THAT? |
| 10:22AM | 2 | A.      SIX OR SEVEN HOURS. |
| 10:22AM | 3 | Q.      DO YOU USUALLY GET MORE SLEEP THAN THAT? |
| 10:22AM | 4 | A.      NO, SAME.  SAME.  ALMOST SAME.  SIX OR SEVEN OR LESS. |
| 10:22AM | 5 | Q.      ALL RIGHT.  THANK YOU. |
| 10:22AM | 6 | ANYONE ELSE WHO WORKS NIGHTS?  OKAY. |
| 10:22AM | 7 | DO ANY OF YOU HAVE ANY PROBLEM SITTING FOR A COUPLE |
| 10:22AM | 8 | OF HOURS AT A TIME AND LISTENING TO TESTIMONY, LISTENING TO |
| 10:22AM | 9 | PEOPLE TESTIFY FROM THE WITNESS STAND?  IS THERE ANYONE WHO |
| 10:22AM | 10 | NEEDS TO TAKE MORE FREQUENT BREAKS THAN EVERY TWO HOURS? |
| 10:23AM | 11 | ARE THERE ANY OF YOU WHO--AM I GETTING SOME NUMBERS |
| 10:23AM | 12 | OVER HERE?  OKAY.  34, 35.  ALL RIGHT.  JURORS 34 AND 35, |
| 10:23AM | 13 | I'LL COME BACK AND VISIT WITH YOU.  AND 33.  OKAY. |
| 10:23AM | 14 | ARE THERE ANY OF YOU WHO WOULD HAVE TROUBLE JUST |
| 10:23AM | 15 | SITTING SUCH THAT YOU WOULD HAVE TO STAND OFTEN?  OKAY.  I'M |
| 10:23AM | 16 | NOT ANNOUNCING NUMBERS ON THE RECORD, BUT I'M NOTING THEM AS |
| 10:23AM | 17 | YOU HOLD UP YOUR NUMBERS.  OKAY.  I'LL COME BACK TO YOU LADIES |
| 10:23AM | 18 | AND TALK TO YOU INDIVIDUALLY A LITTLE BIT LATER. |
| 10:24AM | 19 | ARE THERE ANY OF YOU WHO HAVE A HEARING PROBLEM? |
| 10:24AM | 20 | ANYONE WHO HAS NOT BEEN ABLE TO HEAR ME THIS MORNING?  NUMBER |
| 10:24AM | 21 | 2, HAVE YOU BEEN ABLE-- |
| 10:24AM | 22 | COULD WE GET A MICROPHONE TO NUMBER 2. |
| 10:24AM | 23 | JUROR NUMBER 2, HAVE YOU BEEN ABLE TO HEAR ME THIS |
| 10:24AM | 24 | MORNING? |
| 10:24AM | 25 | A.      YES.  BUT I DO HAVE A LOSS OF HEARING IN MY RIGHT EAR. |

VOIR DIRE EXAMINATION BY THE COURT

50

| | | |
|---|---|---|
| 10:24AM | 1 | Q.      OKAY. |
| 10:24AM | 2 | A.      SO, DEPENDING ON WHERE I'M SITTING, SOMETIMES THAT |
| 10:24AM | 3 | COULD BE A PROBLEM. |
| 10:24AM | 4 | Q.      OKAY.  I THINK YOU RAISED YOUR HAND ABOUT A DOCTOR'S |
| 10:24AM | 5 | APPOINTMENT, TOO. |
| 10:24AM | 6 | A.      YEAH.  BUT I'M NOT SURE WHETHER IT'S ON THE 12TH OR THE |
| 10:24AM | 7 | 17TH.  I DON'T HAVE MY CELL PHONE, SO... |
| 10:24AM | 8 | Q.      OKAY.  THE 12TH IS A WEDNESDAY.  THE 17TH WOULD BE THE |
| 10:24AM | 9 | NEXT MONDAY. |
| 10:24AM | 10 | A.      YEAH.  SO... |
| 10:24AM | 11 | Q.      OKAY.  ALL RIGHT.  OKAY, MA'AM.  THANK YOU. |
| 10:25AM | 12 | LADIES AND GENTLEMEN, IS THERE ANYTHING ELSE THAT |
| 10:25AM | 13 | YOU CAN THINK OF THAT YOU THINK THAT I SHOULD KNOW ABOUT OR |
| 10:25AM | 14 | THE LAWYERS SHOULD KNOW ABOUT BEFORE WE PROCEED HERE WITH |
| 10:25AM | 15 | QUESTIONING AND JURY SELECTION? |
| 10:25AM | 16 | 14 OF YOU WILL BE CHOSEN TO SERVE ON THIS JURY. |
| 10:25AM | 17 | TWO WILL BE ALTERNATES, BUT YOU'LL PARTICIPATE IN THE TRIAL |
| 10:25AM | 18 | THE SAME AS THE FIRST 12.  AGAIN, IF THE FIRST 12 ARE READY |
| 10:25AM | 19 | TO DELIBERATE A WEEK AND A HALF FROM NOW, THEN I'LL RELEASE |
| 10:25AM | 20 | THE TWO ALTERNATES.  BUT THERE'S ALWAYS THE POSSIBILITY THE |
| 10:25AM | 21 | ALTERNATES COULD BE SEATED IN PLACE OF A JUROR WHO HAS TO BE |
| 10:25AM | 22 | EXCUSED. |
| 10:25AM | 23 | OKAY.  I'M GOING TO ASK YOU AT THIS TIME TO GIVE |
| 10:25AM | 24 | YOUR ATTENTION TO MR. GONZALEZ.  HE IS GOING TO HAVE SOME |
| 10:25AM | 25 | QUESTIONS FOR YOU ON BEHALF OF THE GOVERNMENT.  AND THEN EACH |

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

51

10:25AM 1   OF THE THREE DEFENSE LAWYERS WILL HAVE A CHANCE TO QUESTION

10:25AM 2   YOU.  KEEP IN MIND THAT THERE ARE NO RIGHT OR WRONG ANSWERS

10:25AM 3   TO ANY OF THESE QUESTIONS.  THEY SIMPLY WANT TO GO OVER SOME

10:26AM 4   THINGS WITH YOU, SEE WHAT YOUR REACTION IS TO THAT, TOUCH ON

10:26AM 5   SOME OF THE LAW THAT MAY APPLY IN THIS CASE, MAKE SURE THAT

10:26AM 6   YOU WOULD ENFORCE THAT LAW.

10:26AM 7          PLEASE SPEAK UP AND RESPOND CANDIDLY TO WHATEVER

10:26AM 8   QUESTIONS THEY HAVE FOR YOU.

10:26AM 9          MR. GONZALEZ.

10:26AM 10          VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

10:26AM 11          MR. GONZALEZ:  THANK YOU, YOUR HONOR.

10:26AM 12          LADIES AND GENTLEMEN, FIRST OF ALL, LET ME INTRODUCE

10:26AM 13   MYSELF.  I'M ERNEST GONZALEZ.  I'M WITH THE U.S. ATTORNEY'S

10:26AM 14   OFFICE HERE IN PLANO, TEXAS.

10:26AM 15          MS. BATSON IS ALSO A PROSECUTOR HERE IN PLANO,

10:26AM 16   TEXAS.

10:26AM 17          AND THE CASE THAT YOU ARE ABOUT TO HEAR, IF YOU

10:26AM 18   ARE SELECTED TO BE ON THIS JURY, AS THE JUDGE TOLD YOU, IS A

10:26AM 19   FEDERAL CASE INVOLVING DRUG DISTRIBUTION.

10:26AM 20          AND THIS PART OF THE TRIAL THAT WE'RE GOING THROUGH

10:26AM 21   RIGHT NOW IS CALLED "VOIR DIRE."  WE CALL IT "VOIR DIRE."  IT'S

10:27AM 22   A FRENCH TERM, ACTUALLY PRONOUNCED "VOIR DIRE."  IT MEANS TO

10:27AM 23   TELL THE TRUTH, OR TO SPEAK THE TRUTH.  AND THIS IS THE ONLY

10:27AM 24   OPPORTUNITY THAT WE AS ATTORNEYS GET TO ASK YOU SOME QUESTIONS

10:27AM 25   AND YOU GET TO ASK US SOME QUESTIONS.  BECAUSE ONCE YOU ARE

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

52

10:27AM   1   SELECTED TO BE A JUROR, WE CAN'T SPEAK TO YOU ANYMORE.  WE CAN

10:27AM   2   PASS YOU UP IN THE HALLWAYS, WE CAN'T HAVE ANY CONVERSATIONS

10:27AM   3   OR CONTACT WITH YOU ANYMORE, EITHER PARTY.  SO THIS IS OUR ONLY

10:27AM   4   OPPORTUNITY TO GET TO KNOW YOU AND TO ASK YOU THE QUESTIONS

10:27AM   5   JUST LIKE THE JUDGE DID, BUT MAYBE GET SOME OF YOUR OPINIONS

10:27AM   6   AND FEELINGS ABOUT THIS PARTICULAR TYPE OF CASE.

10:27AM   7          BECAUSE ALL OF YOU, AS YOU SIT HERE TODAY, ARE

10:27AM   8   QUALIFIED TO BE ON THIS JURY.  BUT SOME OF YOU, BECAUSE OF YOUR

10:27AM   9   LIFE'S EXPERIENCES, MAY NOT BE THE BEST PERSON TO SIT ON THIS

10:27AM  10   TYPE OF CASE.  FOR EXAMPLE, LET'S SAY THAT YOU WORK AS A BANK

10:27AM  11   TELLER, AND YESTERDAY SOMEBODY WALKED INTO THE BANK AND ROBBED

10:27AM  12   THE BANK, AND THEN YOU COME IN HERE TODAY FOR JURY SERVICE AND

10:27AM  13   THE CASE THAT'S GONNA BE PRESENTED TO YOU IS A BANK ROBBERY.

10:28AM  14   WELL, BECAUSE OF THE FACT THAT YOU WERE JUST INVOLVED IN A

10:28AM  15   SIMILAR OCCURRENCE, YOU MIGHT NOT BE IN THE RIGHT FRAME OF

10:28AM  16   MIND, YOU MIGHT STILL BE SHAKEN BY THE EXPERIENCE, AND YOU MAY

10:28AM  17   NOT BE THE BEST JUROR FOR THAT PARTICULAR TYPE OF CASE.

10:28AM  18          THE SAME THING HERE.  THIS IS A DRUG CASE.  SO WE

10:28AM  19   GET TO ASK YOU QUESTIONS AND DETERMINE WHETHER YOU CAN BE

10:28AM  20   FAIR AND IMPARTIAL, NOT ONLY TO THE DEFENDANTS, BUT TO THE

10:28AM  21   GOVERNMENT AS WELL.  AND WE DO THAT BY ASKING YOU QUESTIONS

10:28AM  22   AND ELICITING RESPONSES.

10:28AM  23          AND I KNOW IT'S DIFFICULT TO TALK IN PUBLIC.  AND

10:28AM  24   STUDIES HAVE BEEN CONDUCTED, AND THAT'S ONE OF THE BIGGEST

10:28AM  25   FEARS THAT PEOPLE HAVE, IS SPEAKING UP IN PUBLIC.  BUT I ASK

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

53

10:28AM  1   YOU TO SET THAT ASIDE AND TALK TO US AND GIVE US YOUR HONEST

10:28AM  2   OPINIONS AND YOUR HONEST FEELINGS ABOUT CERTAIN THINGS THAT I'M

10:28AM  3   GONNA TALK TO YOU ABOUT AND DEFENSE ATTORNEYS--DEFENSE COUNSEL

10:28AM  4   IS GONNA TALK TO YOU ABOUT.

10:28AM  5          NOW, AS THE JUDGE HAS TOLD YOU, THERE ARE NO RIGHT

10:28AM  6   OR WRONG ANSWERS HERE.  AND NONE OF MY QUESTIONS ARE INTENDED

10:28AM  7   TO EMBARRASS OR ALARM YOU IN ANY WAY.  IF THERE'S A QUESTION

10:29AM  8   THAT YOU DON'T WANT TO ANSWER IN FRONT OF EVERYONE, LET US KNOW

10:29AM  9   AND WE'LL TAKE YOUR NUMBER DOWN AND WE'LL DO IT IN PRIVATE,

10:29AM  10  JUST LIKE THE JUDGE DID.  OKAY?

10:29AM  11         NOW, MY QUESTIONS ARE GONNA BE SIMILAR TO WHAT THE

10:29AM  12  JUDGE DID ALREADY, QUESTION AND ANSWER, ASKING YOU IF IT

10:29AM  13  APPLIES TO YOU, TO RAISE YOUR HAND OR YOUR NUMBER SO THAT

10:29AM  14  WE CAN DOCUMENT THAT.

10:29AM  15         NOW, AS THE JUDGE TOLD YOU, WE'RE ATTEMPTING TO

10:29AM  16  SELECT 12 INDIVIDUALS TO SERVE ON THE CORE JURY, THEN THERE

10:29AM  17  WILL BE TWO ALTERNATES.

10:29AM  18         NOW LET'S TALK ABOUT WHAT WILL HAPPEN IF YOU ARE

10:29AM  19  SELECTED TO BE A JUROR ON THIS PARTICULAR CASE.  IF YOU

10:29AM  20  ARE SELECTED TO BE A JUROR, YOU WILL BASICALLY HAVE TWO

10:29AM  21  RESPONSIBILITIES:

10:29AM  22         THE FIRST RESPONSIBILITY IS TO FOLLOW THE LAW GIVEN

10:29AM  23  TO YOU BY THE COURT.  YOU DON'T HAVE TO BE A LEGAL SCHOLAR TO

10:29AM  24  SERVE ON A JURY.  ALL THE LAW THAT YOU NEED TO REACH A VERDICT

10:29AM  25  IN THIS CASE WILL BE GIVEN TO YOU BY THE COURT IN A DOCUMENT AT

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

54

10:29AM  1   THE END OF THE TRIAL, CALLED "THE JURY INSTRUCTIONS."  IN

10:29AM  2   THAT DOCUMENT, YOU'LL HAVE ALL THE LAW THAT APPLIES, ALL THE

10:30AM  3   DEFINITIONS THAT APPLY.  AND I'M GONNA COVER SOME VERY SPECIFIC

10:30AM  4   APPLICATIONS OF THE LAW AND SPECIFIC DEFINITIONS HERE SHORTLY

10:30AM  5   TO GET YOUR OPINIONS, IF POSSIBLE.  BUT THAT WILL BE YOUR FIRST

10:30AM  6   RESPONSIBILITY.  AND IT IS WELL WITHIN YOUR RIGHT TO DISAGREE

10:30AM  7   WITH THE LAW.  BUT IF YOU BECOME A JUROR IN THIS CASE, YOU'LL

10:30AM  8   TAKE A SWORN OATH TO FOLLOW THE LAW AND ENFORCE THE LAW, AND

10:30AM  9   YOU'LL HAVE TO DO THAT.

10:30AM  10          NOW, AS THE JUDGE TOLD YOU, THE LAW THAT'S INVOLVED

10:30AM  11  IN THIS CASE IS CONSPIRACY TO POSSESS WITH THE INTENT TO

10:30AM  12  DISTRIBUTE OR MANUFACTURE METHAMPHETAMINE.  AND AS THE JUDGE

10:30AM  13  ALSO INSTRUCTED YOU, METHAMPHETAMINE IS A CONTROLLED SUBSTANCE.

10:30AM  14  SO THAT IS THE DRUG THAT'S INVOLVED HERE.

10:30AM  15          NOW, THE JUDGE WILL ALSO TELL YOU THAT IN ORDER FOR

10:30AM  16  YOU TO FIND SOMEONE GUILTY IN THAT JURY INSTRUCTION THAT YOU

10:30AM  17  RECEIVE AT THE END, THAT THE GOVERNMENT MUST PROVE TO YOU

10:30AM  18  SPECIFIC ELEMENTS FOR THAT OFFENSE.  AND IN THIS CASE, THERE'S

10:30AM  19  THREE SPECIFIC ELEMENTS THAT THE GOVERNMENT MUST PROVE TO YOU

10:31AM  20  BEYOND A REASONABLE DOUBT.  AND I'LL EXPLAIN OR TALK TO YOU

10:31AM  21  ABOUT "REASONABLE DOUBT" HERE SHORTLY, BUT LET ME GO OVER THE

10:31AM  22  ELEMENTS WITH YOU THAT I ANTICIPATE THE JUDGE WILL GIVE YOU.

10:31AM  23          FIRST, THAT TWO OR MORE PERSONS, DIRECTLY OR

10:31AM  24  INDIRECTLY, REACHED AN AGREEMENT TO POSSESS WITH THE INTENT

10:31AM  25  TO DISTRIBUTE OR MANUFACTURE METHAMPHETAMINE.

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

55

10:31AM  1      SECONDLY, THAT THE DEFENDANT KNEW THE UNLAWFUL

10:31AM  2  PURPOSE OF THE AGREEMENT.

10:31AM  3      AND LASTLY, THAT THE DEFENDANT JOINED IN THE

10:31AM  4  AGREEMENT WILLFULLY, THAT IS, WITH THE INTENT TO FURTHER

10:31AM  5  ITS UNLAWFUL PURPOSE.

10:31AM  6      THOSE ARE THE THREE ELEMENTS THAT THE GOVERNMENT

10:31AM  7  MUST PROVE TO YOU BEYOND A REASONABLE DOUBT BY ITS EVIDENCE

10:31AM  8  THAT IT PRESENTS TO YOU THAT YOU BELIEVE.  OKAY?

10:31AM  9      NOW, IMPORTANTLY IN THOSE ELEMENTS, AND THE

10:31AM  10  JUDGE TOLD YOU THAT IN A CONSPIRACY THE AGREEMENT IS WHAT'S

10:31AM  11  IMPORTANT.  AND INTERESTINGLY ENOUGH, IN NUMBER 1 IT SAYS

10:31AM  12  THAT TWO OR MORE PERSONS, DIRECTLY OR INDIRECTLY, REACHED

10:31AM  13  AN AGREEMENT TO POSSESS WITH THE INTENT TO DISTRIBUTE OR

10:31AM  14  MANUFACTURE METHAMPHETAMINE.  OKAY?

10:32AM  15      ELEMENT NUMBER 2.  THAT THE DEFENDANT KNEW THE

10:32AM  16  UNLAWFUL PURPOSE OF THE AGREEMENT.

10:32AM  17      ELEMENT NUMBER 3.  THAT THE DEFENDANT JOINED IN THE

10:32AM  18  AGREEMENT WILLFULLY, THAT IS, WITH THE INTENT TO FURTHER ITS

10:32AM  19  UNLAWFUL PURPOSE.

10:32AM  20      WHY IS THAT IMPORTANT?  BECAUSE THE LINCHPIN OR WHAT

10:32AM  21  STARTS A CONSPIRACY IS THE AGREEMENT.  OKAY?  ONCE AN AGREEMENT

10:32AM  22  IS MADE, WHETHER THEY'RE SUCCESSFUL IN THEIR ILLEGAL ACTS

10:32AM  23  IS NOT REQUIRED IN A CONSPIRACY.  ALL THAT'S REQUIRED IS

10:32AM  24  AN AGREEMENT.  ANY ISSUES OR PROBLEMS WITH THAT?

10:32AM  25      FOR EXAMPLE, LET'S SAY THAT BANK-ROBBERY HYPOTHETICAL

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

56

10:32AM  1    THAT I GAVE YOU, TWO INDIVIDUALS DECIDE, "WE'RE GONNA ROB A

10:32AM  2    BANK."  AND AS THEY MAKE AN AGREEMENT TO DO THAT AND THEY'RE

10:32AM  3    ON THEIR WAY TO DO THAT, THEY GET ARRESTED.  THEY DIDN'T ROB

10:32AM  4    THE BANK, BUT THEY DID HAVE A CONSPIRACY, BECAUSE THEY HAD AN

10:32AM  5    AGREEMENT.  ANY QUESTIONS OR PROBLEMS WITH THAT THEORY?  OKAY.

10:33AM  6             NOW, I'VE ALSO TOLD YOU, AND THE JUDGE HAS TOLD

10:33AM  7    YOU, THAT THIS IS A CASE INVOLVING POSSESSION OF A CONTROLLED

10:33AM  8    SUBSTANCE.  WELL, THERE'S DIFFERENT TYPES OF POSSESSION IN THE

10:33AM  9    LAW.  AND THE JUDGE WILL GIVE YOU THE DEFINITION IN THE JURY

10:33AM  10   CHARGE, AND I'LL GO OVER THEM AND SEE IF YOU HAVE ANY OPINIONS

10:33AM  11   OR CONCERNS ABOUT IT.

10:33AM  12            THERE IS WHAT WE CALL "SOLE POSSESSION."  IF I HAVE

10:33AM  13   AN OBJECT IN MY HAND, I HAVE SOLE POSSESSION OF THIS OBJECT

10:33AM  14   RIGHT NOW.  PRETTY STRAIGHTFORWARD.

10:33AM  15            IF ME AND MS. BATSON HAVE IT TOGETHER, THEN WE HAVE

10:33AM  16   JOINT POSSESSION OF THIS OBJECT.  THAT'S A DEFINITION OF AN

10:33AM  17   APPLICATION.

10:33AM  18            NOW, THERE'S ALSO ACTUAL POSSESSION.  I ACTUALLY

10:33AM  19   POSSESS IT RIGHT NOW.

10:33AM  20            AND CONSTRUCTIVE POSSESSION.  IF I GIVE IT TO

10:33AM  21   MS. BATSON WITH THE RIGHT TO RECLAIM IT AT SOME LATER

10:34AM  22   POINT, SHE HAS ACTUAL POSSESSION OF THE ITEM, BUT I RETAIN

10:34AM  23   CONSTRUCTIVE POSSESSION OF THE ITEM, BECAUSE I CAN RECLAIM IT

10:34AM  24   FROM HER AT SOME POINT.

10:34AM  25            ANY QUESTIONS ABOUT THOSE DEFINITIONS OR EXPLANATIONS

Case 4:12-cr-00016-SDJ-CAN   Document 1163   Filed 11/10/14   Page 57 of 226 PageID #:
8520
VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

57

10:34AM   1   OF "POSSESSION"?  AND THEY TYPICALLY BECOME IMPORTANT IN THIS

10:34AM   2   TYPE OF A CASE.  ANY QUESTIONS?  ALL RIGHT.

10:34AM   3          YOU MAY BE ASKING YOURSELF--WE'VE TALKED ABOUT

10:34AM   4   "CONSPIRACY" HERE, AND USED THAT WORD--"WHAT IS A CONSPIRACY?"

10:34AM   5   WELL, THE JUDGE WILL TELL YOU IN THE INSTRUCTIONS THAT A

10:34AM   6   CONSPIRACY IS A PARTNERSHIP IN CRIME.  IT'S A PARTNERSHIP

10:34AM   7   TO COMMIT AN ILLEGAL ACT.  AND THE JUDGE WILL GIVE YOU SOME

10:34AM   8   SPECIFIC DEFINITIONS--A SPECIFIC DEFINITION AS TO WHAT A

10:34AM   9   CONSPIRACY IS.  AND I ANTICIPATE THAT IN THE CHARGE, OR IN

10:34AM   10  THE INSTRUCTIONS, SORRY, THAT THE JUDGE WILL TELL YOU THAT A

10:34AM   11  CONSPIRACY IS AN AGREEMENT--THERE'S THAT WORD AGAIN--BETWEEN

10:34AM   12  TWO OR MORE PERSONS TO JOIN TOGETHER TO ACCOMPLISH SOME

10:34AM   13  UNLAWFUL PURPOSE.  A PARTNERSHIP IN CRIME.

10:35AM   14         AND HE'LL ALSO TELL YOU THAT ONE MAY BE A MEMBER OF

10:35AM   15  A CONSPIRACY WITHOUT KNOWING ALL OF THE DETAILS OF THE UNLAWFUL

10:35AM   16  SCHEME OR THE IDENTITIES OF ALL THE OTHER ALLEGED CONSPIRATORS.

10:35AM   17  THAT'S A MOUTHFUL.  LET ME BREAK IT DOWN.  ONE MAY BE A MEMBER

10:35AM   18  OF A CONSPIRACY WITHOUT KNOWING ALL THE DETAILS OF THAT

10:35AM   19  UNLAWFUL SCHEME OR THE IDENTITIES OF ALL THE OTHER

10:35AM   20  COCONSPIRATORS.

10:35AM   21         LET ME GIVE YOU A HYPOTHETICAL.  LET'S SAY AGENT

10:35AM   22  MATA IS SELLING DRUGS AND HE SAYS, "I HAVE A KILO OF COCAINE

10:35AM   23  THAT I WANT TO SELL."  HE GOES TO MS. BATSON AND SAYS, "I HAVE

10:35AM   24  A KILO OF COCAINE THAT I'M LOOKING TO SELL.  DO YOU HAVE ANY

10:35AM   25  CUSTOMERS?"

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

58

10:35AM  1          SHE SAYS, "I MAY HAVE A CUSTOMER.  I'LL AGREE TO BUY

10:35AM  2  THAT COCAINE FROM YOU.  HOW MUCH ARE YOU ASKING FOR IT?"

10:35AM  3          "I WANT $10,000 FOR THAT KILO OF COCAINE."

10:35AM  4          SHE AGREES THAT SHE'S GONNA GO TRY TO FIND A

10:35AM  5  CUSTOMER.

10:35AM  6          SHE THEN COMES TO ME AND SAYS, "HEY, I'VE GOT A KILO

10:36AM  7  OF COCAINE THAT I'M INTERESTED IN SELLING.  ARE YOU INTERESTED?"

10:36AM  8          AND I SAY, "YES, I'M INTERESTED.  HOW MUCH ARE YOU

10:36AM  9  SELLING IT FOR?"

10:36AM  10         "I'LL SELL IT TO YOU FOR $15,000," MAKING A

10:36AM  11  5,000-DOLLAR PROFIT.

10:36AM  12         NOW, CLEARLY, SHE'S IN A CONSPIRACY, BECAUSE SHE HAS

10:36AM  13  AN AGREEMENT TO SELL THE COCAINE WITH AGENT MATA, AND SHE'S IN

10:36AM  14  A CONSPIRACY WITH ME BECAUSE WE HAVE AN AGREEMENT THAT SHE'S

10:36AM  15  GONNA SELL IT TO ME, BUT I ALSO HAVE A CONSPIRACY--I'M ALSO IN

10:36AM  16  A CONSPIRACY WITH AGENT MATA.  EVEN THOUGH I DON'T KNOW WHO HE

10:36AM  17  IS, EVEN THOUGH I DON'T KNOW THAT HE'S SELLING THE COCAINE

10:36AM  18  TO MS. BATSON FOR $10,000, WE'RE IN A CONSPIRACY TOGETHER.

10:36AM  19  THAT'S WHAT THAT MEANS.  I DON'T HAVE TO KNOW THE IDENTITIES

10:36AM  20  OF ALL THE COCONSPIRATORS, AND I DON'T HAVE TO KNOW ALL THE

10:36AM  21  DETAILS OF THE SCHEME.

10:36AM  22         WHY IS THAT IMPORTANT?  THINK ABOUT THAT LOGICALLY.

10:36AM  23  WHY IS THAT IMPORTANT AND WHY IS THE LAW THAT WAY?  BECAUSE IF

10:36AM  24  AGENT MATA KNEW THAT I WAS WILLING TO PAY $15,000 FOR THAT SAME

10:36AM  25  KILO, WHAT WOULD HE DO?  HE WOULD CUT MS. BATSON TOTALLY OUT OF

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

59

10:37AM  1   THAT DEAL AND HE WOULD COME STRAIGHT TO ME.  THAT'S WHY THE

10:37AM  2   LAW IS THAT WAY.  COMMON SENSE.

10:37AM  3               ANY QUESTIONS?  ANY OPINIONS?  ANY CONCERNS ABOUT

10:37AM  4   THE LAW OF CONSPIRACY?  OKAY.

10:37AM  5               LET'S SAY THAT AGENT MATA FINDS OUT WHO I AM DURING

10:37AM  6   THE TIME THAT WE'RE DEALING AND HE COMES TO ME AND HE SELLS ME

10:37AM  7   FIVE KILOGRAMS OF COCAINE.  MS. BATSON IS STILL INVOLVED IN THE

10:37AM  8   CONSPIRACY.  CAN MS. BATSON BE HELD ACCOUNTABLE FOR THOSE FIVE

10:37AM  9   KILOGRAMS EVEN THOUGH SHE HAD NOTHING TO DO WITH IT?  YES, AS

10:37AM  10  LONG AS SHE WAS STILL IN THE CONSPIRACY.  YES.

10:37AM  11              ANY QUESTIONS ABOUT THAT?

10:37AM  12              NOW, THE OTHER DEFINITION THAT WILL ACCOMPANY THAT

10:37AM  13  IS THAT IF THE DEFENDANT UNDERSTANDS THE UNLAWFUL NATURE OF THE

10:37AM  14  PLAN OR SCHEME AND INTENTIONALLY JOINS IN THAT PLAN OR SCHEME

10:37AM  15  ON ONE OCCASION--ON ONE OCCASION--THAT IS SUFFICIENT TO CONVICT

10:38AM  16  HIM OR HER FOR THE CONSPIRACY EVEN THOUGH THE DEFENDANT PLAYED

10:38AM  17  ONLY A MINOR ROLE.  SO EVEN IF SHE DID IT ONE TIME OR WE DID IT

10:38AM  18  ONE TIME, THAT'S ENOUGH.

10:38AM  19              MINOR ROLE?  WHAT IF AGENT MATA SAYS, "I'VE GOT

10:38AM  20  SOME COCAINE TO SELL," AND SHE SAYS, "I KNOW SOMEBODY, I'LL

10:38AM  21  INTRODUCE YOU TO HIM," AND SHE MAKES THAT INTRODUCTION, AND

10:38AM  22  I DEAL DIRECTLY WITH AGENT MATA?  DO WE HAVE A CONSPIRACY?

10:38AM  23  YES.  SHE ONLY PLAYED A MINOR ROLE.  SHE FACILITATED THE

10:38AM  24  INTRODUCTION SO THE TRANSACTION COULD OCCUR.  THAT'S A MINOR

10:38AM  25  ROLE.

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

60

10:38AM 1    ANY QUESTIONS OR CONCERNS ABOUT THAT?  OKAY.

10:38AM 2    THAT'S THE THINGS THAT I ANTICIPATE WILL BE IN THE

10:38AM 3  CHARGE, OR IN THE INSTRUCTIONS.

10:38AM 4    WHAT YOU WON'T SEE IN THE INSTRUCTIONS AND WHAT'S

10:38AM 5  NOT REQUIRED IN A CONSPIRACY IS A FORMAL AGREEMENT.  THIS IS

10:38AM 6  NOT LIKE BUYING A HOUSE.  THIS IS NOT LIKE BUYING A CAR.  THERE

10:39AM 7  IS NOT GONNA BE A FORMAL CONTRACT WHERE EVERYONE SIGNS ON THE

10:39AM 8  DOTTED LINE.  THAT'S NOT WHAT YOU'LL FIND HERE.  BECAUSE IT'S

10:39AM 9  AN ILLEGAL ACT.  SO THERE WON'T BE THAT DOCUMENT.

10:39AM 10    IS THERE ANYONE HERE WHO FEELS THAT THEY HAVE TO

10:39AM 11  HAVE SOMETHING LIKE THAT, SOMETHING IN WRITING OR SOME FORMAL

10:39AM 12  AGREEMENT, BEFORE YOU FIND SOMEONE GUILTY OF A CONSPIRACY TO

10:39AM 13  DISTRIBUTE ILLEGAL DRUGS?  OKAY.

10:39AM 14    I TALKED TO YOU ABOUT THE FACT THAT THEY DON'T

10:39AM 15  HAVE TO KNOW ALL THE DETAILS, THEY DON'T HAVE TO KNOW ALL THE

10:39AM 16  IDENTITIES, AND THEY DON'T HAVE TO BE SUCCESSFUL.  REMEMBER THE

10:39AM 17  HYPOTHETICAL OF THE BANK ROBBERY?  SO THAT'S A LAW THAT WILL BE

10:39AM 18  INSTRUCTED--WILL BE GIVEN TO YOU IN THE INSTRUCTIONS, THAT'S A

10:39AM 19  LAW THAT YOU WILL HAVE TO FOLLOW.

10:39AM 20    NOW, IF YOU ARE SELECTED TO BE A JUROR, I TOLD YOU

10:39AM 21  YOU HAD TWO RESPONSIBILITIES:  FIRST, FOLLOW THE LAW; SECOND,

10:39AM 22  YOU'LL HAVE TO DETERMINE THE CREDIBILITY OF THE WITNESSES.

10:39AM 23  YOU AND YOU ALONE DECIDE WHO IS TELLING YOU THE TRUTH, NOT THE

10:39AM 24  JUDGE, NOT THE GOVERNMENT, NOT DEFENSE COUNSEL.  YOU DECIDE,

10:40AM 25  YOU AND YOU ALONE.  THE JUDGE WILL GIVE YOU SOME DIRECTION AS

10:40AM 1  TO WHAT TO LOOK FOR, BUT AT THE END OF THE DAY, YOU GET TO

10:40AM 2  DECIDE WHAT YOU BELIEVE.  AND YOU CAN BELIEVE ALL OF WHAT A

10:40AM 3  WITNESS TELLS YOU, PART OF WHAT A WITNESS TELLS YOU OR NONE

10:40AM 4  OF WHAT A WITNESS TELLS YOU.  YOU MAKE THAT CALL.  AND THAT

10:40AM 5  IS ONE OF YOUR RESPONSIBILITIES.

10:40AM 6          NOW, HOW DO YOU DO THAT?  WELL, YOU DO THAT EVERY

10:40AM 7  SINGLE DAY WHEN YOU'RE NOT IN THIS COURTROOM.  YOU DO THAT BY

10:40AM 8  USING YOUR COMMON SENSE.  YOU DON'T LEAVE YOUR COMMON SENSE

10:40AM 9  OUTSIDE OF THIS COURTROOM; YOU BRING THAT ALONG WITH YOU AND

10:40AM 10  YOU APPLY THAT COMMON SENSE.

10:40AM 11          ANOTHER HYPOTHETICAL.  LET'S SAY THAT THERE ARE TWO

10:40AM 12  CHILDREN AND THEY'RE ROUGHHOUSING, THEY'RE PLAYING, AND THEY

10:40AM 13  ACCIDENTALLY TIP OVER A LAMP AND THEY BOTH COME RUNNING TO YOU

10:40AM 14  AND THEY POINT THE FINGER AT ONE ANOTHER.  I KNOW THAT'S A

10:40AM 15  SIMPLE HYPOTHETICAL.  BUT WHAT DO YOU DO AS AN ADULT?  YOU

10:40AM 16  LISTEN TO WHAT THEY ARE TELLING YOU, YOU LISTEN TO THEIR

10:41AM 17  ACCOUNT, YOU GO AND YOU INVESTIGATE, YOU DETERMINE WHETHER WHAT

10:41AM 18  THEY ARE TELLING YOU MAKES REASON AND COMMON SENSE, AND THEN

10:41AM 19  YOU REACH A CONCLUSION AS TO WHAT THE TRUTH IS.  THAT'S WHAT

10:41AM 20  YOU DO HERE AS A JUROR.  IS THERE ANYONE HERE WHO FEELS THAT

10:41AM 21  YOU WOULDN'T BE ABLE TO DO THAT IN THIS COURTROOM, THAT YOU

10:41AM 22  WOULDN'T CARRY YOUR COMMON SENSE INTO THIS COURTROOM AND DO

10:41AM 23  EXACTLY THAT?  LISTEN TO THE TOTALITY OF THIS CASE AND LISTEN

10:41AM 24  TO ALL OF THE WITNESSES BEFORE FORMING YOUR OPINION AS TO

10:41AM 25  WHETHER SOMEONE IS GUILTY OR NOT GUILTY.  THAT'S WHAT YOU

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

62

10:41AM 1    ARE HERE FOR.  ALL RIGHT.  SO THAT'S YOUR SECOND RESPONSIBILITY.

10:41AM 2            NOW, WHAT IS EVIDENCE?  THERE'S DIFFERENT TYPES

10:41AM 3    OF EVIDENCE:

10:41AM 4            THERE'S TESTIMONIAL EVIDENCE.  EVIDENCE THAT COMES

10:41AM 5    FROM THE WITNESS STAND, PEOPLE TESTIFYING, THAT'S TESTIMONIAL

10:41AM 6    EVIDENCE.

10:41AM 7            THERE'S PHYSICAL EVIDENCE.  THE DRUGS THEMSELVES

10:42AM 8    THAT WERE SEIZED, THE SCALES, THE PACKAGING, TANGIBLE STUFF,

10:42AM 9    THAT'S PHYSICAL EVIDENCE.

10:42AM 10           THERE'S DIRECT EVIDENCE THAT SOMEONE WHO WAS THERE

10:42AM 11   SAW WHAT HAPPENED AND COMES INTO THIS COURTROOM AND TESTIFIES

10:42AM 12   AND THEY HAVE DIRECT KNOWLEDGE OF WHAT HAPPENED.

10:42AM 13           AND THEN THERE'S CIRCUMSTANTIAL EVIDENCE.  THAT'S

10:42AM 14   PROBABLY THE HARDEST ONE OF ALL OF THEM, CIRCUMSTANTIAL

10:42AM 15   EVIDENCE.  CIRCUMSTANTIAL EVIDENCE IS A CHAIN OF EVENTS THAT

10:42AM 16   LEAD YOU TO A REASONABLE CONCLUSION.  A CHAIN OF EVENTS THAT

10:42AM 17   LEADS YOU TO A REASONABLE CONCLUSION.  AND I ANTICIPATE

10:42AM 18   THAT THE JUDGE WILL TELL YOU IN HIS JURY INSTRUCTIONS THAT

10:42AM 19   DIRECT EVIDENCE AND CIRCUMSTANTIAL EVIDENCE CARRY THE SAME

10:42AM 20   AMOUNT OF WEIGHT IN THIS COURTROOM.  THERE IS NO LEGAL

10:42AM 21   DISTINCTION BETWEEN THE TWO.  YOU CAN FIND SOMEBODY GUILTY

10:42AM 22   BASED SOLELY ON CIRCUMSTANTIAL EVIDENCE IF YOU BELIEVE THAT

10:42AM 23   CIRCUMSTANTIAL EVIDENCE BEYOND A REASONABLE DOUBT AND THAT

10:42AM 24   CIRCUMSTANTIAL EVIDENCE PROVES EACH ONE OF THOSE ELEMENTS THAT

10:42AM 25   I TALKED ABOUT EARLIER.

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

63

10:42AM 1         SO WHAT IS CIRCUMSTANTIAL EVIDENCE?  WELL, LET ME

10:42AM 2 GIVE YOU ANOTHER HYPOTHETICAL.  LET'S SAY THIS MORNING WHEN YOU

10:42AM 3 WALKED IN IT WAS CLOUDY AND OVERCAST, BUT IT WASN'T RAINING.

10:42AM 4 YOU COME INTO THIS COURTROOM AND YOU SIT DOWN.  AS YOU ARE

10:43AM 5 WAITING FOR COURT TO START, YOU HEAR THUNDER AND YOU SEE

10:43AM 6 FLASHES OF LIGHT COMING THROUGH THE WINDOWS, AND THEN SOON

10:43AM 7 THEREAFTER SOMEONE WALKS INTO THE COURTROOM, THEY HAVE AN

10:43AM 8 UMBRELLA AND THEY HAVE A RAINCOAT.  THE UMBRELLA IS WET,

10:43AM 9 THE RAINCOAT IS WET.  A CHAIN OF EVENTS THAT LEAD YOU TO A

10:43AM 10 REASONABLE CONCLUSION.  WHAT CAN YOU NOW CONCLUDE BY THE FACT

10:43AM 11 THAT IT WAS CLOUDY, THAT YOU HEARD THUNDER AND THAT YOU SAW

10:43AM 12 FLASHES OF LIGHT AND THAT A PERSON CAME INTO THE COURTROOM THAT

10:43AM 13 WAS WET, WEARING A RAINCOAT AND AN UMBRELLA?  THAT IT'S NOW

10:43AM 14 RAINING OUTSIDE.  THAT'S CIRCUMSTANTIAL EVIDENCE.  AND IT

10:43AM 15 CARRIES THE SAME WEIGHT AS DIRECT EVIDENCE.

10:43AM 16         IS THERE ANYONE HERE WHO FEELS THAT THEY WOULDN'T

10:43AM 17 BE ABLE TO ACCEPT THAT OR THEY WOULDN'T BE ABLE TO GIVE THAT

10:43AM 18 CIRCUMSTANTIAL EVIDENCE THE SAME WEIGHT?

10:43AM 19         NOW LET ME TALK BRIEFLY ABOUT WHAT WE TYPICALLY FIND

10:44AM 20 IN A DRUG CASE:  COCONSPIRATOR TESTIMONY, CODEFENDANT TESTIMONY

10:44AM 21 OR CONFLICT TESTIMONY.  WHAT THAT MEANS IS THE INDIVIDUALS THAT

10:44AM 22 ARE INVOLVED IN THE OFFENSE ALONG WITH THE ALLEGED DEFENDANTS

10:44AM 23 COMMITTING THE ACT THAT THEY'RE ON TRIAL FOR, INDIVIDUALS THAT

10:44AM 24 HAVE ALREADY PLED GUILTY AND ENTERED INTO A PLEA AGREEMENT WITH

10:44AM 25 THE GOVERNMENT AND AS PART OF THEIR PLEA AGREEMENT THEY HAVE TO

10:44AM  1  TESTIFY.  NOW, THERE ARE SOME PEOPLE WHO FEEL NO MATTER HOW

10:44AM  2  MUCH CORROBORATION THERE IS ABOUT THAT PERSON'S TESTIMONY,

10:44AM  3  THEY'RE JUST NOT GONNA BELIEVE IT BECAUSE THEY'RE AN ACCOMPLICE

10:44AM  4  OR BECAUSE THEY'RE A CODEFENDANT.  AND IF YOU FEEL THAT WAY,

10:44AM  5  THAT'S PERFECTLY FINE.  BUT NOW IS THE TIME TO TELL US THAT.

10:44AM  6          AND BEFORE YOU DO, LET ME GIVE YOU ANOTHER

10:44AM  7  HYPOTHETICAL AS TO WHY THE LAW IS WHAT IT IS, WHICH STATES--

10:44AM  8  THE JUDGE WILL TELL YOU THAT AN ALLEGED ACCOMPLICE OR

10:44AM  9  COCONSPIRATOR, INCLUDING ONE WHO HAS ENTERED INTO A PLEA

10:45AM 10  AGREEMENT WITH THE GOVERNMENT, IS NOT PROHIBITED FROM

10:45AM 11  TESTIFYING.  AND THE TESTIMONY OF SUCH A WITNESS MAY ALONE

10:45AM 12  BE OF SUFFICIENT WEIGHT TO SUSTAIN A VERDICT OF "GUILTY."  IF

10:45AM 13  THE TESTIMONY OF THE ALLEGED ACCOMPLICE OR COCONSPIRATOR IS

10:45AM 14  BELIEVED BEYOND A REASONABLE DOUBT AND HIS TESTIMONY PROVES

10:45AM 15  EACH OF THE ELEMENTS OF THE OFFENSE, THEN HIS TESTIMONY ALONE

10:45AM 16  MAY BE SUFFICIENT TO FIND THAT DEFENDANT GUILTY.  ALL RIGHT?

10:45AM 17  SO THAT'S TELLING YOU THAT IF YOU BELIEVE THAT INDIVIDUAL, EVEN

10:45AM 18  THOUGH HE'S A COCONSPIRATOR, EVEN THOUGH HE'S A CODEFENDANT,

10:45AM 19  EVEN THOUGH HE HAS A PLEA AGREEMENT, AND YOU BELIEVE HIS STORY

10:45AM 20  OR HIS ACCOUNT OF WHAT OCCURRED BEYOND A REASONABLE DOUBT AND

10:45AM 21  IT PROVES THE THREE ELEMENTS THAT I TALKED TO YOU PREVIOUSLY

10:45AM 22  ABOUT, THEN THAT'S SUFFICIENT FOR YOU TO FIND THE DEFENDANT

10:45AM 23  GUILTY.

10:45AM 24          HERE'S WHY THAT'S IMPORTANT:  LET'S SAY I GO OVER

10:45AM 25  TO MS. BATSON AND I WHISPER SOMETHING IN HER EAR AND I GIVE

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

65

10:45AM 1  HER SOMETHING IN HER HAND.  WHO IS IN THE BEST POSITION TO COME

10:46AM 2  INTO THIS COURTROOM AND TELL YOU WHAT I WHISPERED TO HER IN

10:46AM 3  HER EAR AND WHAT I HANDED TO HER IN HER HAND?  THE INDIVIDUALS

10:46AM 4  THAT WERE INVOLVED, THE ONES THAT WERE DIRECTLY INVOLVED.  AND,

10:46AM 5  YEAH, YOU HAVE TO JUDGE THEIR CREDIBILITY.  AND, YES, THEY'LL

10:46AM 6  HAVE CRIMINAL HISTORIES.  AND, YES, THEY'LL HAVE PLED GUILTY TO

10:46AM 7  THIS OFFENSE.  BUT YOU HAVE TO DETERMINE THEIR CREDIBILITY AND

10:46AM 8  YOU HAVE TO JUDGE THEIR CREDIBILITY BASED ON WHAT THEY ARE

10:46AM 9  TELLING YOU, BASED ON YOUR REASON AND COMMON SENSE.

10:46AM 10         IS THERE ANYONE HERE WHO FEELS THAT BECAUSE THEY'RE

10:46AM 11 COCONSPIRATORS, BECAUSE THEY'RE CODEFENDANTS OR BECAUSE THEY

10:46AM 12 HAVE A PLEA AGREEMENT WITH THE GOVERNMENT THAT YOU WOULD NOT

10:46AM 13 BE ABLE TO LISTEN TO THEIR TESTIMONY, YOU WOULD JUST DISREGARD

10:46AM 14 THEM RIGHT FROM THE GET-GO?

10:46AM 15         AND IN REGARDS TO PLEA AGREEMENTS, I ANTICIPATE THAT

10:46AM 16 THE JUDGE WILL TELL YOU THAT PLEA-BARGAINING, AS IT IS CALLED,

10:46AM 17 HAS BEEN APPROVED AS LAWFUL AND PROPER, AND IT IS EXPRESSLY

10:46AM 18 PROVIDED FOR IN THE RULES OF THIS COURT.  SO THERE'S NOTHING

10:46AM 19 WRONG WITH SOMEONE HAVING A PLEA AGREEMENT WITH THE GOVERNMENT.

10:47AM 20 THERE'S NO BAR TO THEM TESTIFYING JUST BECAUSE THEY HAVE

10:47AM 21 A PLEA AGREEMENT.

10:47AM 22         NOW, EARLIER I TALKED TO YOU ABOUT THE ELEMENTS

10:47AM 23 AND THAT THE GOVERNMENT'S BURDEN WAS TO PROVE IT BEYOND A

10:47AM 24 REASONABLE DOUBT.  THE JUDGE IN THE INSTRUCTIONS WILL GIVE YOU

10:47AM 25 THE SPECIFIC DEFINITION THAT APPLIES.  THE JUDGE WILL TELL YOU

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

66

10:47AM  1  THAT REASONABLE DOUBT IS A DOUBT BASED ON REASON AND COMMON

10:47AM  2  SENSE AFTER A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL THE

10:47AM  3  EVIDENCE IN THE CASE.  IT IS A KIND OF DOUBT THAT WOULD MAKE A

10:47AM  4  REASONABLE PERSON HESITATE TO ACT IN THE MOST IMPORTANT OF HIS

10:47AM  5  OWN AFFAIRS.

10:47AM  6          AND WHAT I WOULD FOCUS YOU TO IS REASONABLE DOUBT IS

10:47AM  7  COMMON SENSE AFTER YOU LISTEN TO THE TOTALITY OF THE CASE AND

10:47AM  8  YOU APPLY YOUR REASON AND COMMON SENSE TO THE ELEMENTS, LADIES

10:47AM  9  AND GENTLEMEN.  REASON AND COMMON SENSE.  IS THERE ANYONE HERE

10:47AM  10 WHO WOULD NOT BE ABLE TO FOLLOW THAT DEFINITION OF "REASONABLE

10:48AM  11 DOUBT"?

10:48AM  12         AND I'LL TELL YOU WHAT REASONABLE DOUBT IS NOT.

10:48AM  13 WE HEAR THESE TERMS ON TV SHOWS ALL THE TIME.  "I'M GONNA PROVE

10:48AM  14 THIS CASE TO YOU BEYOND ALL DOUBT."  NO, THAT'S NOT THE BURDEN

10:48AM  15 OF PROOF HERE.  "I'M GONNA PROVE THIS CASE TO YOU BEYOND A

10:48AM  16 SHADOW OF A DOUBT."  NO, THAT'S NOT THE BURDEN HERE.  BECAUSE,

10:48AM  17 OBVIOUSLY, THE ONLY WAY I COULD PROVE THIS CASE TO YOU BEYOND

10:48AM  18 ALL DOUBT OR BEYOND A SHADOW OF A DOUBT IS IF YOU WERE THERE

10:48AM  19 AND YOU SAW WHAT HAPPENED.  AND IF THAT WERE THE CASE, THEN YOU

10:48AM  20 WOULD BE A WITNESS IN THIS CASE AND YOU COULD NOT SERVE AS A

10:48AM  21 JUROR.

10:48AM  22         THE BURDEN HERE IS "BEYOND A REASONABLE DOUBT."

10:48AM  23 AND WE ACCEPT THAT BURDEN.  IS THERE ANYONE HERE WHO WOULD

10:48AM  24 HOLD US TO A HIGHER BURDEN?  YOU WOULD SAY THAT "IN ORDER FOR

10:48AM  25 ME TO FIND THESE DEFENDANTS GUILTY, YOU HAVE TO PROVE THIS

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

67

10:48AM  1  CASE BEYOND ALL DOUBT" OR "YOU HAVE TO PROVE THIS CASE BEYOND

10:48AM  2  A SHADOW OF A DOUBT"?  IS THERE ANYONE HERE WHO WOULD HOLD

10:48AM  3  THE GOVERNMENT TO THAT HIGHER LEVEL?  OKAY.

10:49AM  4          NOW, WE TALKED ABOUT--AND THERE'S ANOTHER TERM THAT

10:49AM  5  WE HEAR A LOT ABOUT ON TV:  "THE PRESUMPTION OF INNOCENCE."

10:49AM  6  EVERYONE IS PRESUMED INNOCENT.  BUT IT IS WITHIN THE LAW WHAT

10:49AM  7  WE CALL "A REBUTTABLE PRESUMPTION."  IT ONLY LASTS AS LONG

10:49AM  8  AS YOU HAVEN'T HEARD ANY EVIDENCE AND YOU DON'T BELIEVE THE

10:49AM  9  EVIDENCE OF THE ELEMENTS.

10:49AM  10         AS THE DEFENDANTS SIT HERE RIGHT NOW, BECAUSE YOU

10:49AM  11 HAVEN'T HEARD ANY EVIDENCE, THEY'RE PRESUMED INNOCENT.  SO IF

10:49AM  12 WE ASK YOU TO VOTE RIGHT NOW, THEY'RE INNOCENT, BECAUSE YOU

10:49AM  13 HAVEN'T HEARD ANY EVIDENCE.  THE GOVERNMENT HASN'T PRESENTED

10:49AM  14 ANY EVIDENCE.  SO RIGHT NOW YOU PRESUME THEM INNOCENT.

10:49AM  15         BUT AS THE GOVERNMENT PRESENTS YOU EVIDENCE AND THE

10:49AM  16 GOVERNMENT PRESENTS YOU WITNESSES AND YOU BELIEVE THAT EVIDENCE

10:49AM  17 AND YOU BELIEVE THAT WITNESS, THAT PRESUMPTION IS REBUTTED.

10:49AM  18 IS THERE ANYONE HERE WHO HAS A PROBLEM WITH THAT?  OKAY.

10:49AM  19         WE ALSO HAVE A CONSTITUTIONAL RIGHT TO REMAIN SILENT.

10:50AM  20 WE ALL KNOW THAT.  WE'VE ALL HEARD THAT ON TV SHOWS, ALSO.  WE

10:50AM  21 ALL HAVE A CONSTITUTIONAL RIGHT TO REMAIN SILENT.  AND SO DO

10:50AM  22 THESE DEFENDANTS.  THEY DON'T HAVE TO TESTIFY IF THEY CHOOSE

10:50AM  23 NOT TO.  AND I'M SURE DEFENSE COUNSEL WILL COVER THAT WITH YOU

10:50AM  24 MORE THOROUGHLY.

10:50AM  25         BUT WHAT I WANT TO ADDRESS TO YOU IS:  WE CAN'T

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT

68

10:50AM   1   FORCE THEM TO TESTIFY.  IF THEY CHOOSE NOT TO TESTIFY, WE CAN'T

10:50AM   2   FORCE THEM TO TESTIFY.  BUT IF THEY DO DECIDE TO TESTIFY, THEN

10:50AM   3   YOU HAVE TO JUDGE THEIR CREDIBILITY LIKE YOU WOULD ANY OTHER

10:50AM   4   WITNESS.  YOU WOULD LOOK AT THEIR DEMEANOR, YOU WOULD LOOK AT

10:50AM   5   THEIR MOTIVE AND BIAS FOR TESTIFYING A CERTAIN WAY.  DO THEY

10:50AM   6   STAND TO GAIN OR LOSE SOMETHING?  BUT, FINALLY, YOU WOULD

10:50AM   7   DETERMINE WHETHER THEIR ACCOUNT MADE REASON AND COMMON SENSE.

10:50AM   8   WE COME BACK TO THAT.  REASON AND COMMON SENSE.  DOES IT MAKE

10:50AM   9   REASON AND COMMON SENSE?

10:51AM   10          SO IS THERE ANYONE HERE WHO WOULD HOLD IT AGAINST

10:51AM   11  THE GOVERNMENT IF THEY DID NOT CALL THE DEFENDANT TO TESTIFY?

10:51AM   12  BECAUSE WE'RE NOT ABLE TO.  OKAY.

10:51AM   13          THAT'S JUST ABOUT ALL THAT I WANTED TO COVER IN

10:51AM   14  REGARDS TO THE LAW.

10:51AM   15          THIS IS A DRUG CASE.  AND ON PRIOR PANELS I'VE

10:51AM   16  ASKED THE QUESTION ABOUT LEGALIZATION OF DRUGS.  AND THERE'S

10:51AM   17  DIFFERENT VIEWPOINTS.  OBVIOUSLY, THIS IS A METHAMPHETAMINE

10:51AM   18  CASE.  BUT THERE ARE SOME PEOPLE WHO FEEL THAT WE SHOULD

10:51AM   19  LEGALIZE MARIJUANA FOR MEDICATION PURPOSES--FOR MEDICAL

10:51AM   20  PURPOSES.  AND IF YOU FEEL THAT WAY, THAT'S YOUR OPINION.  IS

10:51AM   21  THERE ANYONE HERE WHO FEELS THAT WAY, THAT WE SHOULD LEGALIZE

10:51AM   22  MARIJUANA FOR MEDICAL PURPOSES?  OKAY.  WE'LL TAKE YOUR NUMBERS

10:51AM   23  DOWN.  2, 12, 15, 10, 26, 29, 23, 37, 35, 47 AND 46.  THANK

10:52AM   24  YOU FOR RAISING YOUR CARDS.

10:52AM   25          BUT THE QUESTION--THE FOLLOW-UP QUESTION I WOULD

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT SALAZAR

69

10:52AM  1  MAKE TO YOU:  DOES THAT JUST APPLY TO MARIJUANA?  IS THERE

10:52AM  2  ANYONE HERE WHO FEELS THAT METHAMPHETAMINE OR OTHER DRUGS

10:52AM  3  SHOULD BE LEGALIZED THE SAME WAY?  IF YOU FEEL THAT WAY, THAT'S

10:52AM  4  FINE.  OKAY.

10:52AM  5         SO I WOULD ASSUME THAT THOSE OF YOU WHO RAISED

10:52AM  6  YOUR CARDS WERE ONLY REFERRING TO MARIJUANA AND FOR MEDICINAL

10:52AM  7  PURPOSES.

10:52AM  8         ALL RIGHT.  THANK YOU, LADIES AND GENTLEMEN.

10:52AM  9         THE COURT:  OKAY.  THANK YOU, MR. GONZALEZ.

10:52AM  10        LADIES AND GENTLEMEN, WOULD YOU PLEASE GIVE YOUR

10:52AM  11  ATTENTION NOW TO MR. KEMP ON BEHALF OF MR. SALAZAR.

10:52AM  12        MR. KEMP.

10:52AM  13     VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT SALAZAR

10:52AM  14        MR. KEMP:  GOOD MORNING.

10:52AM  15        UNLIKE MR. GONZALEZ, I'M NOT GOING TO BE QUITE SO

10:52AM  16  NICE AND JUST ASK FOR HANDS.  AS MR. GONZALEZ SAID, THIS IS OUR

10:53AM  17  OPPORTUNITY TO ASK YOU QUESTIONS AND TO HEAR YOUR RESPONSES, TO

10:53AM  18  KIND OF GET TO KNOW YOU.  AND, YOU KNOW, THIS IS A VERY LIMITED

10:53AM  19  TIME THAT WE HAVE TO BE ABLE TO DO SO.  SO I THINK THAT IT'S

10:53AM  20  OBVIOUSLY A VERY IMPORTANT PROCESS OR IMPORTANT ASPECT OF THIS

10:53AM  21  CASE.

10:53AM  22        NOW, YOU HEARD A LOT ABOUT THE LAW, A LOT ABOUT

10:53AM  23  BURDENS AND ELEMENTS AND, YOU KNOW, "BEYOND A REASONABLE DOUBT"

10:53AM  24  AND ALL THESE LEGAL TERMS, TERMS OF ART.  BUT MR. GONZALEZ LAID

10:53AM  25  OUT THE ELEMENTS OF A CONSPIRACY.

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT SALAZAR

70

10:53AM 1   Q.     NOW, JUROR NUMBER 4, LET'S SAY HYPOTHETICALLY THAT THE

10:53AM 2   GOVERNMENT PROVES ELEMENT 1 AND 2 BUT IN YOUR MIND FAILS

10:53AM 3   TO PROVE ELEMENT NUMBER 3 BEYOND A REASONABLE DOUBT.  AT THAT

10:53AM 4   POINT, WHAT IS YOUR VERDICT GOING TO BE?

10:53AM 5          THE COURT:  MR. HAMMONDS, WE NEED TO GET A MICROPHONE

10:53AM 6   TO JUROR NUMBER 4.

10:54AM 7   A.     WOULD YOU MIND REPEATING?

10:54AM 8          MR. KEMP:  I CAN.

10:54AM 9   Q.     LET'S SAY THIS IS A THREE-ELEMENT CASE.  IT'S A

10:54AM 10  HYPOTHETICAL SITUATION, AND YOU ARE PICKED FOR A JURY FOR

10:54AM 11  THREE ELEMENTS, AND THE GOVERNMENT, IN YOUR MIND, PROVES BEYOND

10:54AM 12  A REASONABLE DOUBT ELEMENT NUMBER 1 AND ELEMENT NUMBER 2 BUT

10:54AM 13  FAILS TO PROVE ELEMENT NUMBER 3 BEYOND A REASONABLE DOUBT.

10:54AM 14  THERE'S JUST SOMETHING IN YOUR MIND THAT YOU THINK JUST DOESN'T

10:54AM 15  QUITE FIT RIGHT WITH YOU.  IF YOU DIDN'T BELIEVE THAT THE

10:54AM 16  GOVERNMENT PROVED ELEMENT 3 BEYOND A REASONABLE DOUBT, WHAT

10:54AM 17  WOULD YOUR VERDICT BE?

10:54AM 18  A.     I GUESS IT WOULD DEPEND ON--

10:54AM 19         THE COURT:  MR. HAMMONDS, WOULD YOU TURN ON THE

10:54AM 20  MICROPHONE, PLEASE, SIR.

10:54AM 21         MR. KEMP:  WHILE HE'S DOING THAT, I'M GOING TO GO

10:54AM 22  AHEAD AND CARRY ON, JUDGE, IF I COULD.

10:54AM 23         THE COURT:  OKAY.  IF YOU WANT TO SPEAK, GO AHEAD.

10:55AM 24         DO YOU STILL WANT JUROR NUMBER 4 TO ANSWER YOUR

10:55AM 25  QUESTION AS SOON AS WE GET A MICROPHONE THAT WORKS?

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT SALAZAR

71

| | | |
|---|---|---|
| 10:55AM | 1 | MR. KEMP: I'LL COME BACK TO HIM. |
| 10:55AM | 2 | THE COURT: ALL RIGHT. |
| 10:55AM | 3 | MR. KEMP: THANK YOU. |
| 10:55AM | 4 | THAT TECHNOLOGY WORKS WONDERS, BUT SOMETIMES OUR |
| 10:55AM | 5 | VOICE WORKS JUST AS GOOD. |
| 10:55AM | 6 | Q. LIKE I SAID, THE GOVERNMENT HAS THE BURDEN OF PROVING |
| 10:55AM | 7 | ALL OF THE ELEMENTS. NOW, THEIR BURDEN OF PROOF, AS OBVIOUSLY |
| 10:55AM | 8 | THE JUDGE WILL INSTRUCT YOU ON, IS "BEYOND A REASONABLE DOUBT." |
| 10:55AM | 9 | NOW, I KNOW THAT THERE WAS A SHOW OF HANDS ON SOME OF YOU WHO |
| 10:55AM | 10 | HAD ACTUALLY SERVED ON A CRIMINAL JURY BEFORE. BUT HOW MANY OF |
| 10:55AM | 11 | YOU HAVE SERVED ON A CIVIL JURY? SOMETHING INVOLVING MONEY OR |
| 10:55AM | 12 | SOMETHING TO THAT EFFECT. JUROR NUMBER 4, 5, 16. JUROR NUMBER |
| 10:55AM | 13 | 16, IF WE COULD. NOW, IN THAT CIVIL JURY, I'M ASSUMING THAT |
| 10:55AM | 14 | WAS SOMETHING ABOUT MONEY. CORRECT? |
| 10:55AM | 15 | A. YES. |
| 10:55AM | 16 | Q. AND DO YOU RECALL THE BURDEN OF PROOF IN THAT CASE? |
| 10:56AM | 17 | A. PRETTY MUCH THE SAME AS REASONABLE DOUBT. |
| 10:56AM | 18 | Q. WAS IT THE SAME? WAS IT BASICALLY 50/50? |
| 10:56AM | 19 | A. NO. IT WAS A CASE OF A WOMAN TAKING A RING AND NOT |
| 10:56AM | 20 | GIVING IT BACK WHEN THEY GOT DIVORCED AND ALL THAT. |
| 10:56AM | 21 | Q. OKAY. SO, IN YOUR MIND, IT HAD TO BE PROOF BEYOND A |
| 10:56AM | 22 | REASONABLE DOUBT IN ORDER TO BE ABLE TO FIND WHETHER THAT RING |
| 10:56AM | 23 | SHOULD BE RETURNED, OR SOMETHING TO THAT EFFECT? |
| 10:56AM | 24 | A. WELL, THERE WAS THAT, AND THE GENTLEMAN WAS THREATENING |
| 10:56AM | 25 | THE LADY WITH VIOLENCE. THAT WAS THE ACTUAL CASE, WAS THE |

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT SALAZAR

72

10:56AM 1    VIOLENCE PART OF IT.

10:56AM 2    Q.      OKAY.

10:56AM 3    A.      WHETHER HE MADE THE THREAT OR NOT.

10:56AM 4    Q.      THANK YOU.

10:56AM 5            NOW, IN A CIVIL CASE, YOU HEAR THE TERM

10:56AM 6    "PREPONDERANCE OF THE EVIDENCE."  THAT'S BASICALLY JUST

10:56AM 7    WEIGHING THE EVIDENCE 50/50, WHICH SIDE WEIGHS MORE, TO

10:56AM 8    DETERMINE WHAT YOU ARE GOING TO DO.

10:56AM 9            BUT REASONABLE DOUBT, ON THE OTHER HAND--REASONABLE

10:56AM 10   DOUBT IS HAVING TO PROVE A CASE SO THAT THERE'S NO REASONABLE

10:56AM 11   DOUBT IN YOUR MIND THAT THE GOVERNMENT HAS MET THEIR BURDEN OF

10:57AM 12   PROOF.

10:57AM 13           NOW, WHY IS REASONABLE DOUBT IMPORTANT?  BECAUSE

10:57AM 14   THE LIFE, LIBERTY, PURSUIT OF HAPPINESS, YOU KNOW, THOSE

10:57AM 15   CATCHPHRASES THAT YOU HEAR THAT OUR CONSTITUTION AND OUR

10:57AM 16   SYSTEM IS FOUNDED ON, THAT'S WHAT'S AT STAKE HERE.  IT'S

10:57AM 17   THE DEFENDANTS' FREEDOM, IT'S THEIR LIFE, IT'S THEIR LIBERTY

10:57AM 18   THAT'S AT STAKE.  AND SO THAT'S WHY REASONABLE DOUBT IS

10:57AM 19   SO IMPORTANT.

10:57AM 20           NOW LET ME GIVE YOU A HYPOTHETICAL THAT I'M NOT

10:57AM 21   SMART ENOUGH TO THINK UP ON MY OWN SO I'M GOING TO HAVE TO

10:57AM 22   PLAGIARIZE SOMEBODY.  IF YOU ARE AT YOUR HOUSE AND YOU HAVE A

10:57AM 23   CAT AND YOU PUT THIS CAT IN A BOX AND YOU PUT A MOUSE INSIDE

10:57AM 24   THE BOX WITH THE CAT, YOU CLOSE THE BOX UP, YOU TAPE IT UP, YOU

10:57AM 25   TIE IT UP REAL GOOD, YOU KNOW THAT THIS CAT AND THIS MOUSE ARE

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT SALAZAR

73

| | | |
|---|---|---|
| 10:57AM | 1 | NOT GETTING OUT.  YOU COME BACK AN HOUR LATER, YOU UNWIND |
| 10:57AM | 2 | THE ROPE, UNDO THE TAPE, OPEN THE BOX.  THERE'S THE CAT, BUT |
| 10:58AM | 3 | THERE'S NO MOUSE.  I THINK WE'RE ALL PROBABLY PRETTY FAMILIAR |
| 10:58AM | 4 | WITH WHAT PROBABLY HAPPENED TO THE MOUSE.  I THINK IT'S PRETTY |
| 10:58AM | 5 | CLEAR THAT OBVIOUSLY THE CAT ATE THE MOUSE. |
| 10:58AM | 6 | NOW LET ME TWIST THAT EXAMPLE JUST A LITTLE BIT. |
| 10:58AM | 7 | YOU HAVE THE SAME BOX, THE SAME CAT, A COMPLETELY DIFFERENT |
| 10:58AM | 8 | MOUSE.  YOU PUT THE MOUSE AND THE CAT IN THE BOX, YOU CLOSE |
| 10:58AM | 9 | IT UP, YOU TAPE IT UP, YOU TWINE IT UP, LEAVE IT ON THE TABLE. |
| 10:58AM | 10 | YOU COME BACK IN AN HOUR AND YOU OPEN THE ROPE, YOU OPEN THE |
| 10:58AM | 11 | TAPE AND OPEN THE BOX, AND THERE'S THE CAT, BUT THERE'S NO |
| 10:58AM | 12 | MOUSE.  BUT THEN YOU LOOK CLOSER AT THE BOX AND RIGHT THERE IN |
| 10:58AM | 13 | A CORNER THERE'S A LITTLE HOLE IN IT JUST BIG ENOUGH FOR THE |
| 10:58AM | 14 | MOUSE TO SQUEEZE OUT.  THAT'S THE REASONABLE DOUBT THAT YOU |
| 10:58AM | 15 | ARE LOOKING AT. |
| 10:58AM | 16 | NOW, IF I COULD COME BACK TO JUROR NUMBER 4, PLEASE, |
| 10:58AM | 17 | ONCE AGAIN, YOU ARE SITTING IN YOUR HYPOTHETICAL JUROR CHAIR |
| 10:59AM | 18 | AND THE JUDGE INSTRUCTS YOU ON WHAT THE ELEMENTS OF THE CASE |
| 10:59AM | 19 | ARE.  HE INSTRUCTS YOU THAT THE GOVERNMENT HAS THE BURDEN TO |
| 10:59AM | 20 | PROVE ALL OF THOSE ELEMENTS BEYOND A REASONABLE DOUBT.  IN |
| 10:59AM | 21 | YOUR MIND, THE GOVERNMENT HAS PROVED THE FIRST ELEMENT BEYOND |
| 10:59AM | 22 | A REASONABLE DOUBT, AND THE SECOND ELEMENT, BUT THE THIRD |
| 10:59AM | 23 | ELEMENT, MAYBE THERE'S A LITTLE TINY HOLE IN THAT BOX.  WOULD |
| 10:59AM | 24 | YOU AS A JUROR--IN THAT CIRCUMSTANCE, WHAT WOULD YOUR VERDICT |
| 10:59AM | 25 | BE? |

10:59AM  1   A.       WELL, THE FACT IT WASN'T PROVEN SAYS THAT IT CAN'T

10:59AM  2   BE--IT CAN'T BE PROVEN.

10:59AM  3   Q.       EVEN THOUGH IT'S JUST ONE ELEMENT?

10:59AM  4   A.       JUST THE ONE ELEMENT.

10:59AM  5   Q.       THANK YOU VERY MUCH.

10:59AM  6            NOW, I THINK THAT HOPEFULLY--HOPEFULLY MY

10:59AM  7   HYPOTHETICAL ILLUSTRATES, YOU KNOW, THE REASONABLE-DOUBT

10:59AM  8   PRINCIPLE, THAT--YOU KNOW, MR. GONZALEZ TOUCHED ON THE FACT

10:59AM  9   THAT THE DEFENDANTS ARE NOT REQUIRED TO TESTIFY.  SOME OF THEM

10:59AM  10  MAY; SOME OF THEM MAY NOT.  NOW, IS ANYBODY--DOES ANYBODY THINK

11:00AM  11  THAT SIMPLY BECAUSE A DEFENDANT CHOOSES NOT TO TESTIFY, THAT

11:00AM  12  THEY'RE AUTOMATICALLY GUILTY?  AND IT'S OKAY IF YOU DO.

11:00AM  13  NOBODY?  NO TAKERS?

11:00AM  14           WITH RESPECT TO THE DEFENDANTS TESTIFYING, THE WAY

11:00AM  15  OUR SYSTEM IS SET UP, IT'S THE GOVERNMENT'S BURDEN TO PROVE

11:00AM  16  ALL OF THE ELEMENTS.  IF MYSELF, MR. WHALEN, MR. PETRAZIO CHOSE

11:00AM  17  TO, WE COULD ALL SIT OVER AT OUR TABLE WITH OUR ARMS CROSSED,

11:00AM  18  BECAUSE WE DON'T HAVE A BURDEN IN THIS CASE.  DOES ANYBODY

11:00AM  19  BELIEVE THAT WE NEED TO PUT EVIDENCE ON TO TRY TO NEGATE THE

11:00AM  20  ELEMENTS OF THE GOVERNMENT?  DOES ANYBODY BELIEVE THAT WE

11:00AM  21  NEED TO PROVE OUR CASE OR THAT WE HAVE SOME BURDEN?  ANYBODY?

11:01AM  22           LET'S SEE IF I CAN GET SOME FOLKS TO TALK.  I THINK--

11:01AM  23  JUROR NUMBER 5, I BELIEVE YOU INDICATED THAT YOU HAD SERVED ON

11:01AM  24  A CRIMINAL JURY BEFORE.

11:01AM  25  A.       YES.

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT SALAZAR

75

11:01AM  1    Q.      TELL ME, WAS THAT A STATE CASE?

11:01AM  2    A.      I DON'T KNOW.

11:01AM  3    Q.      WHERE WAS THE JURY AT?

11:01AM  4    A.      IN COLLIN COUNTY.

11:01AM  5    Q.      COLLIN COUNTY.  WHAT TYPE OF CASE WAS IT?

11:01AM  6    A.      IT WAS A GENTLEMAN WHO CAME FROM MEXICO, BOUGHT A

11:01AM  7    SOCIAL SECURITY CARD, AND THEN PROCEEDED TO USE THAT FOR

11:01AM  8    EMPLOYMENT.

11:01AM  9    Q.      AND DID YOU REACH A VERDICT IN THAT CASE?

11:01AM  10   A.      YES.

11:01AM  11   Q.      AND WHAT WAS YOUR VERDICT IN THAT CASE?

11:01AM  12   A.      GUILTY.

11:01AM  13   Q.      AND YOU BELIEVE THAT THE GOVERNMENT, OR THE STATE IN

11:01AM  14   THAT CASE, PROVED ALL OF THEIR ELEMENTS?

11:01AM  15   A.      YES.

11:01AM  16   Q.      NOW, JUROR NUMBER 19, I BELIEVE YOU INDICATED YOU HAD

11:01AM  17   SOME CRIMINAL-JURY EXPERIENCE AS WELL.

11:01AM  18   A.      YES, SIR.

11:01AM  19   Q.      AND WHAT TYPE OF CASE WAS THAT?

11:02AM  20   A.      SEXUAL ASSAULT OF A MINOR IN COLLIN COUNTY.  OR, I'M

11:02AM  21   SORRY, DENTON COUNTY.

11:02AM  22   Q.      IN DENTON COUNTY?  AND DID YOU REACH A VERDICT IN THAT

11:02AM  23   CASE?

11:02AM  24   A.      YES.

11:02AM  25   Q.      IS THAT THE ONLY JURY THAT YOU HAVE EVER SERVED ON?

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT SALAZAR

76

| | | |
|---|---|---|
| 11:02AM | 1 | A.    YES. |
| 11:02AM | 2 | Q.    THANK YOU. |
| 11:02AM | 3 |      HAS ANYBODY--I KNOW THAT THERE WERE A HANDFUL OF |
| 11:02AM | 4 | PEOPLE, I THINK MAYBE SEVEN OR EIGHT, THAT HAD SOME CRIMINAL |
| 11:02AM | 5 | JURY-TRIAL EXPERIENCE BEFORE THIS ONE.  HAS ANYONE EVER DEALT |
| 11:02AM | 6 | WITH A DRUG CASE OR HAD A DRUG CASE THAT THEY WERE ON THE JURY? |
| 11:02AM | 7 | 39.  JUROR 39, WHAT TYPE OF CASE WAS THAT? |
| 11:02AM | 8 | A.    UM, POSSESSION AND INTENT TO SELL COCAINE. |
| 11:02AM | 9 | Q.    COCAINE?  WAS IT IN A STATE COURT OR IN FEDERAL COURT? |
| 11:02AM | 10 | A.    I THINK IT WAS A FEDERAL COURT IN LOS ANGELES. |
| 11:02AM | 11 | Q.    OKAY.  AND DID YOU REACH A VERDICT IN THAT CASE? |
| 11:02AM | 12 | A.    [MOVING HEAD UP AND DOWN] |
| 11:02AM | 13 | Q.    WHAT DID YOU FIND IN THAT CASE? |
| 11:02AM | 14 | A.    GUILTY. |
| 11:02AM | 15 | Q.    WAS IT JUST ONE DEFENDANT? |
| 11:02AM | 16 | A.    NO, I THINK THERE WAS THREE. |
| 11:02AM | 17 | Q.    DID ANY OF THE DEFENDANTS TESTIFY? |
| 11:03AM | 18 | A.    I DON'T THINK SO, NO. |
| 11:03AM | 19 | Q.    IT'S BEEN A WHILE? |
| 11:03AM | 20 | A.    YEAH.  LIKE ABOUT 19 YEARS AGO. |
| 11:03AM | 21 | Q.    THAT'S IT?  NOW, DO YOU THINK, IN YOUR MIND, THAT IT |
| 11:03AM | 22 | WOULD HAVE MADE A DIFFERENCE THAT IF THEY WOULD HAVE TESTIFIED, |
| 11:03AM | 23 | THAT SOMEHOW THAT WOULD HAVE MADE A DIFFERENCE IN THE CASE? |
| 11:03AM | 24 | A.    NO. |
| 11:03AM | 25 | Q.    AFTER SEEING WHAT YOU SAW, THEN, DO YOU THINK THE |

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT SALAZAR

77

11:03AM 1   DEFENDANTS IN THIS CASE SHOULD BE REQUIRED TO TESTIFY?

11:03AM 2   A.      NO.

11:03AM 3   Q.      THANK YOU.

11:03AM 4           JUROR NUMBER 12, YOU HAD ALSO BEEN ON A CRIMINAL

11:03AM 5   JURY IN A DRUG CASE?

11:03AM 6   A.      YES.

11:03AM 7   Q.      WHERE WAS THAT AT?

11:03AM 8   A.      CLARK COUNTY, LAS VEGAS, NEVADA.

11:03AM 9   Q.      WHAT WAS YOUR VERDICT IN THAT CASE?

11:03AM 10  A.      IT WAS GUILTY.  BUT HE WAS--IT WAS POSSESSION OF

11:03AM 11  PARAPHERNALIA.  BUT HE WAS ON VIDEOTAPE.

11:03AM 12          [LAUGHTER]

11:03AM 13  Q.      OKAY.

11:03AM 14  A.      IT'S KIND OF HARD TO--

11:04AM 15  Q.      WHAT TYPE OF DRUG WAS IT?

11:04AM 16  A.      METH.

11:04AM 17  Q.      METHAMPHETAMINE?  IS THERE ANYTHING ABOUT THAT CASE

11:04AM 18  THAT SWAYS YOU ONE WAY OR ANOTHER IN HEARING THIS CASE?

11:04AM 19  A.      NO.

11:04AM 20  Q.      THANK YOU.

11:04AM 21          NOW, IN THIS CASE, MR. GONZALEZ SPOKE A LITTLE BIT

11:04AM 22  ABOUT COCONSPIRATOR OR ACCOMPLICE TESTIMONY.  YOU KNOW, NOT

11:04AM 23  ONLY CAN YOU HAVE ACTUAL COCONSPIRATORS--I MEAN, A

11:04AM 24  COCONSPIRATOR IS SOMEBODY THAT'S ACTUALLY INVOLVED IN THIS CASE

11:04AM 25  IN SOME CAPACITY--BUT THERE ALSO MAY BE INFORMANTS OR SOMEBODY

11:04AM 1  WHO IS AN UNINDICTED COCONSPIRATOR.  NOW, DOES ANYBODY BELIEVE

11:04AM 2  THAT SIMPLY BECAUSE THEY WERE PART OF THE CASE THAT THEY'RE

11:04AM 3  AUTOMATICALLY THE MOST CREDIBLE PERSON THAT YOU ARE GOING TO

11:04AM 4  HEAR IN THIS CASE?  NO TAKERS?

11:04AM 5          DOES ANYBODY BELIEVE THAT SIMPLY BECAUSE LAW

11:04AM 6  ENFORCEMENT TESTIFIES IN THIS CASE THAT--I MEAN, THEY'RE COPS.

11:05AM 7  THEY CAN'T LIE.  RIGHT?  THEY CAN'T EXAGGERATE THE TRUTH.

11:05AM 8  RIGHT?  DOES ANYBODY BELIEVE THAT THEY ARE AUTOMATICALLY

11:05AM 9  CREDIBLE IN YOUR EYES?

11:05AM 10          NOW, IN THIS CASE, I LOOK FORWARD TO WORKING WITH

11:05AM 11  THE 14 OF YOU LUCKY SOULS WHO ARE SELECTED TO JOIN US FOR THE

11:05AM 12  NEXT SEVEN OR EIGHT DAYS, BUT I IMPLORE YOU TO JUST--WHEN YOU

11:05AM 13  EVALUATE THIS CASE, KEEP IN MIND THAT THE BURDEN OF PROOF IN

11:05AM 14  THIS CASE LIES WITH THE GOVERNMENT AND IT'S THEIR RESPONSIBILITY

11:05AM 15  TO PROVE EACH AND EVERY ELEMENT BEYOND A REASONABLE DOUBT.

11:05AM 16          THANK YOU VERY MUCH.  I LOOK FORWARD TO WORKING WITH

11:05AM 17  YOU.

11:05AM 18          THE COURT:  THANK YOU, MR. KEMP.

11:05AM 19          NOW, MR. WHALEN AND MR. PETRAZIO, YOU WILL HAVE

11:05AM 20  QUESTIONS FOR THE JURY.

11:05AM 21          WE'VE BEEN IN HERE FOR TWO HOURS.  I DON'T WANT TO

11:05AM 22  STRETCH YOUR CAPACITY TO STAY IN ONE PLACE FOR TOO LONG.  SO,

11:06AM 23  LADIES AND GENTLEMEN, LOOK AT WHERE YOU ARE SITTING AND WHO

11:06AM 24  IS SITTING NEXT TO YOU.  HANG ON TO YOUR NUMBERS.  LET'S TAKE

11:06AM 25  A RECESS FOR ABOUT 15 MINUTES.  SO IF YOU NEED TO USE THE

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

79

11:06AM  1  RESTROOM, YOU CAN, OR STAND UP AND STRETCH, YOU CAN.  YOU

11:06AM  2  CERTAINLY CAN LEAVE THE COURTROOM.  I WOULD ASK YOU TO GO AHEAD

11:06AM  3  AND JUST LEAVE THE COURTROOM, GO DOWN THE HALL.  AND THEN WAIT

11:06AM  4  OUTSIDE UNTIL WE BRING YOU ALL BACK IN TOGETHER.  SO I'LL SEE

11:06AM  5  YOU IN 15 MINUTES.  PLEASE SIT IN THE SAME PLACES.

11:06AM  6          [OPEN COURT, DEFENDANTS PRESENT, VENIRE NOT PRESENT]

11:07AM  7          THE COURT:  ALL RIGHT.  WE'LL RECESS FOR 15 MINUTES.

11:07AM  8          [RECESS]

11:19AM  9          [OPEN COURT, DEFENDANTS PRESENT, NO VENIRE]

11:19AM  10         THE COURT:  MR. PETRAZIO, ARE YOU READY?  OKAY.

11:19AM  11         MR. WHALEN, ARE YOU READY?

11:19AM  12         MR. WHALEN:  I'M READY, YOUR HONOR.

11:19AM  13         THE COURT:  OKAY.

11:19AM  14         MR. HAMMOND, TELL THEM TO COME BACK IN.

11:20AM  15         [OPEN COURT, DEFENDANTS AND VENIRE PRESENT]

11:21AM  16         THE COURT:  OKAY.  YOU CAN BE SEATED.

11:22AM  17         LADIES AND GENTLEMEN, WE'RE READY TO RESUME

11:22AM  18  QUESTIONING BY THE LAWYERS.  MR. WHALEN IS NEXT, ON BEHALF OF

11:22AM  19  TIMOTHY BOWEN.  SO IF YOU WILL PLEASE GIVE YOUR ATTENTION TO

11:22AM  20  MR. WHALEN.

11:22AM  21         VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

11:22AM  22         MR. WHALEN:  MAY IT PLEASE THE COURT.

11:22AM  23         THE COURT:  YES.

11:22AM  24         MR. WHALEN:  COUNSEL.

11:22AM  25         GOOD MORNING, EVERYONE.  I KNOW YOU ARE THRILLED TO

Case 4:12-cr-00016-SDJ-CAN  Document 1163  Filed 11/10/14  Page 80 of 226 PageID #:
8648
VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

80

11:22AM  1  HEAR FROM ANOTHER LAWYER.  I'LL TRY TO MAKE IT BRIEF.  I HAVE

11:22AM  2  A FEW TOPICS I WANT TO TALK TO YOU ABOUT.  BUT I WOULD HOPE--

11:22AM  3  I WOULD ENCOURAGE YOU TO TALK TO US.  I MEAN, YOU'VE BEEN

11:22AM  4  SOMEWHAT OF A QUIET GROUP.  AND I UNDERSTAND THIS IS SOMEWHAT

11:22AM  5  NEW FOR YOU-ALL AND CAN BE SOMEWHAT INTIMIDATING, BUT THE MORE

11:23AM  6  YOU TALK, THE BETTER WE'RE ABLE TO DO OUR JOB TO SELECT THE

11:23AM  7  BEST JURORS FOR THIS TYPE OF CASE.  I CAN TELL YOU HISTORICALLY

11:23AM  8  THE MORE QUIET YOU ARE, THE MORE LIKELY YOU ARE TO GET SELECTED.

11:23AM  9  IT JUST HAPPENS TO WORK OUT THAT WAY.

11:23AM  10  Q.    ALSO, SO YOU ARE AWARE, EVERYBODY ON THIS SIDE, YOU MAY

11:23AM  11  BE FEELING A LITTLE BIT BETTER ABOUT YOURSELVES.  JUST TO KIND

11:23AM  12  OF GIVE YOU THE NUMBERS, WE HAVE TO PICK 14 JURORS.  THE

11:23AM  13  DEFENSE GETS TO STRIKE 10 PEOPLE, THE GOVERNMENT GETS TO STRIKE

11:23AM  14  SIX PEOPLE, SO THAT'S 16 PEOPLE, AND 14 MAKES 30.  WHO'S JUROR

11:23AM  15  NUMBER 30?  OKAY.  SO YOU ARE RIGHT AT THE CUT LINE.  OKAY?

11:23AM  16  SO EVERYBODY AFTER 30, YOUR CHANCES ARE DIMINISHED, BUT THERE'S

11:23AM  17  ALWAYS A CHANCE.  SO, IF I'M NOT OVER ON THIS SIDE OF THE ROOM

11:23AM  18  TOO MUCH, DON'T GET OFFENDED, BUT I DO WANT YOU TO ANSWER

11:23AM  19  QUESTIONS AND RAISE YOUR HAND IF IT PERTAINS TO YOU, BUT

11:23AM  20  I MAY BE OVER HERE A LITTLE BIT MORE.  OKAY?

11:23AM  21        THE FIRST THING I WANT TO TALK ABOUT, TOO, IS,

11:24AM  22  MR. GONZALEZ TALKED ABOUT COCONSPIRATOR TESTIMONY AND, YOU

11:24AM  23  KNOW, HOW PEOPLE WILL COME IN HERE AND OBVIOUSLY THEY'RE

11:24AM  24  ALLEGED COCONSPIRATORS, OR THEY'VE PLED GUILTY AND ADMITTED

11:24AM  25  THEIR GUILT.  AND YOU CAN'T CONSIDER THAT PLEA THAT THEY CHOSE

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

81

11:24AM  1    TO DO AS EVIDENCE OF GUILT OF ANY OTHER PERSON.  DOES THAT MAKE

11:24AM  2    SENSE TO EVERYBODY?  OKAY.

11:24AM  3          BUT, ALSO, HE TOLD YOU THAT, YOU KNOW, THAT CAN BE

11:24AM  4    SUFFICIENT.  IF YOU BELIEVE THEM BEYOND A REASONABLE DOUBT,

11:24AM  5    THAT, YOU KNOW, IF YOU BELIEVE IT, IT CAN BE SUFFICIENT TO

11:24AM  6    FIND SOMEBODY GUILTY.  BUT THERE'S ALSO A SECOND PART TO THAT

11:24AM  7    POTENTIAL INSTRUCTION I THINK YOU ARE GOING TO GET.  I WANT TO

11:24AM  8    JUST SHARE IT WITH YOU.  I THINK THE COURT WILL INSTRUCT YOU

11:24AM  9    YOU SHOULD KEEP IN MIND THAT SUCH TESTIMONY IS ALWAYS TO BE

11:24AM  10   RECEIVED WITH CAUTION AND WEIGHED WITH GREAT CARE.  YOU SHOULD

11:24AM  11   NEVER CONVICT A DEFENDANT UPON THE UNSUPPORTED TESTIMONY OF AN

11:24AM  12   ALLEGED ACCOMPLICE UNLESS YOU BELIEVE THAT TESTIMONY BEYOND A

11:25AM  13   REASONABLE DOUBT.  AND THE FACT THEY'VE ENTERED A PLEA IS NOT

11:25AM  14   EVIDENCE OF GUILT OF ANY OTHER PERSON.  SO DOES THAT MAKE SENSE

11:25AM  15   TO EVERYBODY?

11:25AM  16          JUROR NUMBER 3, WHY DO YOU THINK THAT THE COURT MAY

11:25AM  17   INSTRUCT YOU YOU SHOULD WEIGH THAT TESTIMONY WITH GREAT CARE?

11:25AM  18   WHY DO YOU THINK THEY INCLUDE THAT LANGUAGE IN THAT

11:25AM  19   INSTRUCTION?

11:25AM  20   A.     COULD YOU REPEAT THAT?

11:25AM  21   Q.     SURE.  YOU MAY BE INSTRUCTED AS RELATES TO CODEFENDANTS

11:25AM  22   WHO MAY COME IN AND TESTIFY.  THEY'VE PLED GUILTY.  THEY MAY

11:25AM  23   SAY, "THIS IS WHAT I DID IN THE CASE, AND HERE'S WHAT I KNOW

11:25AM  24   ABOUT OTHERS."  YOU MAY BE INSTRUCTED YOU SHOULD ALWAYS WEIGH

11:25AM  25   THEIR TESTIMONY WITH CAUTION AND GREAT CARE AND YOU SHOULD

Case 4:12-cr-00016-SDJ-CAN   Document 1163   Filed 11/10/14   Page 82 of 226  PageID #:
8545
VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

82

11:25AM   1   NEVER CONVICT A DEFENDANT UPON THE UNSUPPORTED TESTIMONY OF

11:25AM   2   ALLEGED ACCOMPLICES UNLESS YOU BELIEVE THEM BEYOND A REASONABLE

11:25AM   3   DOUBT.  WHY DO YOU THINK YOU ARE INSTRUCTED AS IT RELATES TO

11:25AM   4   THAT?  WHY DO YOU THINK COCONSPIRATOR TESTIMONY SHOULD BE

11:25AM   5   WEIGHED WITH GREAT CARE?  DO YOU HAVE ANY THOUGHTS ABOUT THAT?

11:26AM   6   WHAT ARE YOUR THOUGHTS?

11:26AM   7   A.      I JUST THINK YOU NEED TO DISCERN WHETHER THEY'RE LYING,

11:26AM   8   WHETHER THERE'S SOMETHING IN IT FOR THEM.

11:26AM   9   Q.      LET'S TALK ABOUT THAT.  WHEN YOU SAY "THERE'S SOMETHING

11:26AM   10  IN IT FOR THEM," WHAT DO YOU THINK THAT COULD BE?

11:26AM   11  A.      I'M NOT SURE.  DID THEY PLEAD?

11:26AM   12  Q.      MOST OF THE TIME THEY WOULD HAVE PLED GUILTY.

11:26AM   13  A.      RIGHT.

11:26AM   14  Q.      AND SOMETIMES IN PLEA AGREEMENTS THERE'S AN EXPECTATION

11:26AM   15  THAT THEY MAY GET THEIR SENTENCE REDUCED IN EXCHANGE FOR THAT.

11:26AM   16  DO YOU THINK THAT IS SOMETHING THAT COULD MOTIVATE SOMEBODY TO

11:26AM   17  TESTIFY UNTRUTHFULLY?

11:26AM   18  A.      YOU'RE ASKING ME TO DISCERN HIS HEART, HIS HONESTY?

11:26AM   19  Q.      WELL, THAT'S PART OF YOUR JOB AS A JUROR, TO JUDGE

11:26AM   20  CREDIBILITY.  I MEAN, IS THAT SOMETHING YOU WOULD LOOK AT?

11:26AM   21  A.      THERE'S THAT RISK.

11:26AM   22  Q.      OKAY.

11:26AM   23  A.      THERE'S THAT RISK OR THAT THOUGHT.

11:26AM   24  Q.      OKAY.

11:26AM   25          JUROR NUMBER 1, WHAT ARE YOUR THOUGHTS ABOUT THAT?

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

83

11:26AM  1    A.      OBVIOUSLY, THERE'S A LEVEL OF INHERENT DOUBT IF THERE'S

11:26AM  2    SOMETHING FOR THAT PERSON TO GAIN.  SO THEY WOULD HAVE TO, YOU

11:26AM  3    KNOW, OVERWHELM ME WITH EVIDENCE THAT THAT IS SOMETHING THAT

11:27AM  4    HAPPENED.

11:27AM  5    Q.      OKAY.

11:27AM  6            JUROR NUMBER 5, WHAT ARE YOUR THOUGHTS?

11:27AM  7    A.      I HAVE THE SAME OPINION, THAT IF THEY'RE TESTIFYING AND

11:27AM  8    THEY TOOK A PLEA, THAT MAYBE THEY MIGHT GET SOMETHING OUT OF IT

11:27AM  9    FOR TESTIFYING TRUTHFULLY OR UNTRUTHFULLY.

11:27AM 10    Q.      JUROR NUMBER 13.  WHO IS 13?  JUROR NUMBER 13, WHAT ARE

11:27AM 11    YOUR THOUGHTS ABOUT THAT?

11:27AM 12    A.      I HAVE TO TAKE INTO CONSIDERATION THE EVIDENCE THAT HAS

11:27AM 13    BEEN PRESENTED TO SUPPORT WHAT THE PERSON IS STATING AND ALSO

11:27AM 14    LOOK AT THE PLEA BARGAIN THAT WAS DONE, BUT STILL LOOK AT OTHER

11:27AM 15    EVIDENCE THAT WOULD SUPPORT IT.

11:27AM 16    Q.      DOES THAT MAKE SENSE TO YOU, THAT YOU SHOULD WEIGH THAT

11:27AM 17    WITH GREAT CARE?  DOES THAT SEEM RIGHT?

11:27AM 18    A.      YES.

11:27AM 19    Q.      OKAY.

11:27AM 20            DOES ANYBODY HAVE A DIFFERENT OPINION OR WANT TO

11:27AM 21    SHARE A DIFFERENT OPINION AS IT RELATES TO THAT?

11:28AM 22            JUROR NUMBER 16, WHAT ARE YOUR THOUGHTS?

11:28AM 23    A.      AS THEY'VE EXPLAINED, THE BURDEN OF PROOF IS WITH THE

11:28AM 24    GOVERNMENT.  THEY'RE GONNA BRING WITNESSES AND COCONSPIRATORS

11:28AM 25    WHO MAY OR MAY NOT HAVE SOMETHING TO GAIN FROM IT.  BUT THE

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

84

11:28AM  1  TOTAL EVIDENCE IS WHAT YOU MAKE YOUR JUDGMENT ON, NOT JUST THE

11:28AM  2  SOLE PERSON.

11:28AM  3   Q.      OKAY.   THANK YOU.

11:28AM  4          NOW, THE OTHER ISSUE I WANT TO TALK ABOUT IS THAT IN

11:28AM  5  THESE CASES WHERE THERE'S MULTIPLE DEFENDANTS, OBVIOUSLY, THEY

11:28AM  6  TRY THEM TOGETHER.   SO THERE'S THREE PEOPLE THAT HAVE BEEN

11:28AM  7  ACCUSED AND ARE BEING TRIED AT THE SAME TIME.   BUT THE LAW IS

11:28AM  8  GOING TO TELL YOU, AND THE JUDGE WILL INSTRUCT YOU, THAT YOU

11:28AM  9  HAVE TO CONSIDER THE EVIDENCE FOR EACH INDIVIDUAL PERSON

11:28AM  10 SEPARATELY.   OKAY?   YOU ARE GOING TO HEAR A LOT OF STUFF, AND

11:28AM  11 THEN YOU'VE GOT TO HAVE THE ABILITY TO KIND OF SORT THAT OUT

11:28AM  12 AND FIGURE OUT:   HOW DOES THAT APPLY TO THIS DEFENDANT?   HOW

11:28AM  13 DOES THAT APPLY TO THAT PERSON?   HOW DOES IT APPLY TO THIS

11:29AM  14 PERSON?   AND SO THE CONCERN IS THAT SOMEHOW IT'S ALL GONNA

11:29AM  15 GETTING JUMBLED TOGETHER AND IT'S KIND OF LIKE, "WELL, IF

11:29AM  16 THEY'RE ALL HERE TOGETHER, THEY ALL MUST HAVE DONE SOMETHING

11:29AM  17 WRONG," AND IT KIND OF BLEEDS OVER.   THAT'S KIND OF MY CONCERN

11:29AM  18 WHEN WE TRY THESE TYPES OF CASES, IS THAT WHEN YOU ARE TRIED

11:29AM  19 TOGETHER, IT JUST SEEMS LIKE, "WELL, IF THEY'RE TOGETHER,

11:29AM  20 THE EVIDENCE CAN BE USED COLLECTIVELY AGAINST THEM."   SO DOES

11:29AM  21 ANYBODY, AS YOU SIT HERE, FEEL THAT THEY WOULD HAVE DIFFICULTY

11:29AM  22 SEPARATING TESTIMONY AND EVIDENCE OUT AND BEING ABLE TO APPLY

11:29AM  23 IT, YOU KNOW, TO EACH CASE?   BECAUSE BASICALLY YOU HAVE THREE

11:29AM  24 DIFFERENT CASES YOU ARE GONNA BE HEARING.   DOES ANYBODY THINK

11:29AM  25 CONCEPTUALLY, "I'M GONNA HAVE A HARD TIME DOING THAT; THAT'S

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

85

11:29AM  1  GONNA BE DIFFICULT FOR ME TO DO"?  DOES ANYBODY FEEL THAT WAY

11:29AM  2  AS YOU SIT HERE TODAY, KNOWING THAT'S WHAT YOU ARE GOING TO

11:29AM  3  BE REQUIRED TO DO?

11:29AM  4        JUROR NUMBER 10, WHAT ARE YOUR THOUGHTS ON THAT?

11:29AM  5  A.    I THINK IT WOULD BE DIFFICULT, BUT, I MEAN, IF YOU

11:30AM  6  LISTEN TO ALL THE EVIDENCE THAT'S GIVEN AND JUST KIND OF THINK

11:30AM  7  ABOUT EACH INDIVIDUAL PERSON, I THINK YOU CAN WORK THROUGH IT.

11:30AM  8  BUT...

11:30AM  9  Q.    CONCEPTUALLY, IT'S DIFFICULT?

11:30AM 10  A.    WELL, I MEAN, YEAH.  I MEAN, THEY'RE ALL SITTING THERE

11:30AM 11  ON TRIAL TOGETHER.  YOU LISTEN TO THE DEFENSE ABOUT ALL OF THEM

11:30AM 12  TOGETHER, ALL OF THEM INDIVIDUALLY, I WOULD THINK.  I HONESTLY

11:30AM 13  DON'T KNOW.  I MEAN, I'VE NEVER DONE THIS, SO, YOU KNOW...

11:30AM 14  Q.    WELL, AS YOU START TO THINK ABOUT IT AND YOU ARE

11:30AM 15  SITTING HERE HEARING THESE LEGAL CONCEPTS, DO YOU THINK

11:30AM 16  THAT'S SOMETHING YOU COULD DO AND HAVE THE ABILITY TO DO?

11:30AM 17  A.    YEAH, I THINK I COULD.  IT SEEMS LIKE IT WOULD BE A

11:30AM 18  LOT, OR IT'S A LOT RIGHT NOW.

11:30AM 19  Q.    OKAY.

11:30AM 20        DOES ANYBODY FEEL THE SAME WAY AS JUROR NUMBER 10?

11:30AM 21  WE'RE KIND OF THROWING A LOT AT YOU.  OKAY.

11:30AM 22        JUROR NUMBER 7, TELL ME WHAT YOU ARE THINKING RIGHT

11:30AM 23  NOW.  WHAT ARE YOU FEELING?

11:30AM 24  A.    I'M NUMBER 7.  WHAT I BELIEVE, THIS TYPE OF THING IS

11:31AM 25  QUITE NEW.  WHAT WILL BE COMING OUT FROM THE DELIVERING OF THE

11:31AM 1   TESTIMONY, I'LL TAKE A LOOK AT THAT.  AND TO DISTINGUISH

11:31AM 2   BETWEEN INDIVIDUAL AND INDIVIDUAL IS TOUGH JOB [SIC].  BUT

11:31AM 3   SINCE ONLY ONE TIME AND THERE ARE A LOT OF THINGS WE ARE TO

11:31AM 4   BELIVE, WE HAVE DEALING [SIC].  BUT WE'LL SEE.

11:31AM 5   Q.     OKAY.  AND YOU SAID IT'S A TOUGH JOB.  DO YOU THINK YOU

11:31AM 6   HAVE THE ABILITY TO DO THAT AND BE ABLE TO SEPARATE THAT OUT,

11:31AM 7   OR DO YOU THINK "BECAUSE THEY'RE ALL SITTING TOGETHER, IT'S

11:31AM 8   GOING TO BE DIFFICULT FOR ME TO SEPARATE THEM OUT"?

11:31AM 9   A.     IT'S NOT BECAUSE OF THAT.  IT'S BECAUSE I'LL BE ABLE TO

11:31AM 10  DO IT.  THE CASE IS ONE, ONE CRIME, MULTIPLE PEOPLE INVOLVED.

11:31AM 11  Q.     AND YOU WOULD AGREE THAT EVEN THOUGH THEY'VE BEEN

11:31AM 12  CHARGED, THAT DOESN'T MEAN EVERYBODY IS GUILTY?  IT DOESN'T

11:31AM 13  MEAN EVERYBODY IS GUILTY JUST BECAUSE THEY'VE BEEN CHARGED?

11:31AM 14  A.     I DO, YES.

11:31AM 15  Q.     OKAY.  ALL RIGHT.

11:31AM 16         DOES ANYBODY ELSE, AS THEY SIT HERE, SAY TO

11:32AM 17  THEMSELVES, "LOOK, IT'S A TOUGH JOB, IT SEEMS OVERWHELMING TO

11:32AM 18  ME, BUT I'M GOING TO HAVE A HARD TIME TO BE ABLE TO SEPARATE

11:32AM 19  AND GIVE EACH AND EVERY PERSON ACCUSED A SEPARATE, FAIR TRIAL

11:32AM 20  AND JUDGE THEIR EVIDENCE AND THE GOVERNMENT'S CASE AGAINST

11:32AM 21  THEM INDIVIDUALLY AND SEPARATELY"?  IS ANYBODY GOING TO HAVE

11:32AM 22  DIFFICULTY DOING THAT?

11:32AM 23         I KNOW WE'VE TALKED ABOUT THIS, BUT I DON'T THINK

11:32AM 24  WE'VE REALLY KIND OF DELVED INTO IT TOO MUCH.  OBVIOUSLY,

11:32AM 25  PART OF THE PRESUMPTION OF INNOCENCE IS THAT EVERYBODY HAS

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

87

11:32AM 1    AN ABSOLUTE RIGHT TO TESTIFY AT THEIR TRIAL, THEY HAVE AN

11:32AM 2    ABSOLUTE RIGHT NOT TO TESTIFY AT THEIR TRIAL.  AND SO YOU KNOW

11:32AM 3    THAT DECISION TO TESTIFY IS THE PERSON WHO IS ACCUSED OF THE

11:32AM 4    CRIME, IT'S SOLELY THEIR DECISION.  THEY CAN LOOK TO OTHER

11:32AM 5    PEOPLE FOR ADVICE, THEY CAN LOOK TO ME AS THEIR LAWYER FOR

11:32AM 6    ADVICE, THEY CAN THINK ABOUT IT, PRAY ABOUT IT, TALK TO

11:32AM 7    FRIENDS, "SHOULD I TESTIFY OR NOT TESTIFY?"  BUT ULTIMATELY

11:33AM 8    IT'S THEIR DECISION.  EVEN IF I SAID TO THEM, "YOU SHOULD NOT

11:33AM 9    TESTIFY, I DON'T THINK IT'S IN YOUR BEST INTEREST, BECAUSE THE

11:33AM 10   GOVERNMENT HASN'T PROVEN THEIR CASE" OR "YOU'RE NOT THE BEST

11:33AM 11   PUBLIC SPEAKER," THEY COULD SAY, "NO, I WANT TO GET UP AND TELL

11:33AM 12   MY SIDE OF IT."

11:33AM 13           NOW, I COULD ALSO SAY, "I THINK YOU SHOULD."

11:33AM 14           AND THEY COULD SAY, "NO, I DON'T FEEL COMFORTABLE

11:33AM 15   DOING IT.  I DON'T WANT TO DO IT."

11:33AM 16           OKAY?

11:33AM 17           NOW, OUR NATURAL INCLINATION IN LIFE IS YOU WANT TO

11:33AM 18   HEAR BOTH SIDES OF THE STORY.  OKAY?  IF ANYBODY HAS MULTIPLE

11:33AM 19   CHILDREN, THE EXAMPLE OF WHEN THE KIDS GET IN TROUBLE, YOU WANT

11:33AM 20   TO HEAR BOTH SIDES OF THE STORY.  "YOU TELL ME YOUR SIDE OF

11:33AM 21   THE STORY.  I WANT TO HEAR YOUR SIDE OF THE STORY."  AND THEN

11:33AM 22   YOU KIND OF SORT IT OUT.  OKAY?

11:33AM 23           BUT THAT'S NOT WHAT HAPPENS IN A CRIMINAL CASE,

11:33AM 24   BECAUSE THE BURDEN OF PROOF IS ON THE GOVERNMENT.  THEY HAVE TO

11:33AM 25   PROVE IT.  SO YOU MAY NOT HEAR THE OTHER PERSON'S STORY.  BUT

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

88

11:33AM  1   YOU MAY WANT TO HEAR WHAT THEY HAVE TO SAY.  AND THAT'S OKAY.

11:33AM  2   THAT'S NORMAL.  THAT'S COMMON SENSE.  BUT A PERSON DOES HAVE

11:34AM  3   THE RIGHT NOT TO TESTIFY.  AND IF THEY DON'T, THE JUDGE WILL

11:34AM  4   INSTRUCT YOU YOU CAN'T CONSIDER IT FOR ANY REASON WHATSOEVER.

11:34AM  5   OKAY?

11:34AM  6             AS THEY SIT HERE TODAY, THE QUESTION IS:  HOW MANY

11:34AM  7   PEOPLE--IT'S JUST A NATURAL INCLINATION, "IF I WAS ACCUSED OF A

11:34AM  8   CRIME, I WOULD WANT TO GET UP AND TELL MY SIDE OF THE STORY"?

11:34AM  9   HOW MANY PEOPLE WOULD FEEL THAT WAY?  OKAY.

11:34AM  10            JUROR NUMBER 1.  I'M SORRY, I'M GONNA KEEP YOU

11:34AM  11  GETTING UP AND DOWN.  YOU FEEL IF IT WAS YOU YOUR NATURAL

11:34AM  12  INCLINATION IS, "I'D WANT TO GET UP AND TELL MY SIDE OF THE

11:34AM  13  STORY"?

11:34AM  14  A.      SURE.  LIKE YOU SAID, IT'S HUMAN NATURE.

11:34AM  15  Q.      BECAUSE YOU FEEL THAT WAY, IF A PERSON DIDN'T GET UP

11:34AM  16  AND TELL THEIR SIDE OF THE STORY, AND YOU WERE INSTRUCTED NOT

11:34AM  17  TO CONSIDER THAT, WOULD YOU BE ABLE TO FOLLOW THAT INSTRUCTION?

11:34AM  18  A.      ABSOLUTELY.

11:34AM  19  Q.      OKAY.

11:34AM  20            IS THERE ANYBODY HERE THAT SAYS TO THEMSELVES,

11:34AM  21  "LOOK, I COULDN'T FOLLOW THAT INSTRUCTION.  I'M GONNA BE BACK

11:34AM  22  IN THE JURY ROOM WONDERING WHAT THEY WOULD HAVE SAID.  WHY

11:35AM  23  DIDN'T THEY TESTIFY?"  DOES ANYBODY FEEL THAT WAY?  JUROR

11:35AM  24  NUMBER 24.

11:35AM  25  A.      I THINK, BASED ON THE QUESTIONING, IF IT'S A CONSPIRACY

11:35AM  1   AND THERE ARE PEOPLE WHO WILL BE TESTIFYING THAT THEY WERE PART

11:35AM  2   OF THAT, BUT THEY'RE NOT ON TRIAL, IF THERE ARE THOSE WHO WOULD

11:35AM  3   TESTIFY AND WON'T, I THINK IT WOULD SHED SOME SORT OF DOUBT

11:35AM  4   IN MY MIND AS TO WHY THEY WOULD NOT.  THE MURKINESS OF THE

11:35AM  5   CONSPIRACY AND THE CIRCUMSTANTIAL EVIDENCE AND EVERYTHING

11:35AM  6   ELSE THAT'S BEEN LAID OUT WOULD TEND TO PLAY INTO A BIAS.

11:35AM  7    Q.     OKAY.  AND SO WHAT YOU ARE SAYING IS, IF YOU WERE

11:35AM  8   SELECTED AS A JUROR, YOU WOULDN'T BE ABLE TO SET THAT ASIDE

11:35AM  9   IF THEY DIDN'T COME UP AND TESTIFY?

11:35AM  10   A.     I'M SAYING I THINK I WOULD HAVE A BIAS.

11:35AM  11   Q.     OKAY.  AND I HATE TO DO THIS TO YOU, BUT WHEN LAWYERS

11:35AM  12  HEAR "I THINK" OR "I MIGHT," IT DRIVES US CRAZY.

11:36AM  13   A.     I HAVE A BIAS RIGHT NOW AS YOU ASK ME THE QUESTION.

11:36AM  14   Q.     OKAY.  THANK YOU.

11:36AM  15          DOES ANYBODY ELSE FEEL THE SAME WAY AS JUROR NUMBER

11:36AM  16  24?  JUROR NUMBER 4.  TELL ME WHAT YOUR THOUGHTS ARE.

11:36AM  17   A.     WELL, I JUST HAVE THE SAME FEELING.  IF SOMEBODY

11:36AM  18  DOESN'T WANT TO TESTIFY, THEN THERE'S JUST SOME DOUBT THERE

11:36AM  19  THAT HAS TO BE CAREFULLY CONSIDERED, YOU KNOW, AS TO WHY.

11:36AM  20  YOU KNOW, YOU WANT TO ANSWER THAT QUESTION.  IF I WERE ON

11:36AM  21  TRIAL, I WOULD WANT TO TELL MY SIDE OF THE STORY.  SO...

11:36AM  22   Q.     SO YOU FEEL THE SAME WAY, THAT IF THEY DON'T TESTIFY,

11:36AM  23  IT WOULD BE DIFFICULT FOR YOU TO FOLLOW THE INSTRUCTION NOT TO

11:36AM  24  CONSIDER IT?

11:36AM  25   A.     IT WOULD BE HARD TO.  YOU'D HAVE TO BE VERY CAREFUL OF

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

90

11:36AM 1  THE CONSIDERATION.

11:36AM 2   Q.    DOES ANYBODY ELSE FEEL THE SAME WAY AS JURORS NUMBER 4

11:36AM 3  AND 24 ON THIS SIDE OF THE ROOM?

11:36AM 4        ANYBODY ELSE ON THIS SIDE?  OKAY.

11:37AM 5        IS THERE ANYBODY HERE WHO FOR ANY MORAL, RELIGIOUS

11:37AM 6  OR PERSONAL BELIEF CANNOT SIT IN JUDGMENT OF ANOTHER PERSON?

11:37AM 7  "THERE'S JUST NO WAY THAT YOU'RE GONNA ASK ME TO MAKE A

11:37AM 8  DECISION ABOUT SOMEBODY ELSE'S LIFE.  I JUST CAN'T DO THAT."

11:37AM 9  ANYBODY FEEL THAT WAY ABOUT IT?  ALL RIGHT.

11:37AM 10       I HAVE TWO MORE TOPICS TO GO.

11:37AM 11       36.

11:37AM 12  A.    IT DOESN'T SOUND LIKE IT'S THAT KIND OF A CASE, BUT I

11:37AM 13  WOULDN'T APPROVE THE DEATH PENALTY ON ANYBODY.

11:37AM 14  Q.    OKAY.

11:37AM 15  A.    SO THAT'S THE EXCEPTION.

11:37AM 16  Q.    ALL RIGHT.  THANK YOU, SIR.

11:37AM 17       I THINK MR. GONZALEZ BROUGHT UP THE FACT THAT

11:37AM 18  SOMETIMES WITNESSES, THEY HAVE PRIOR CONVICTIONS.  OKAY?

11:37AM 19  THAT'S AN ISSUE THAT COULD AFFECT YOUR CREDIBILITY.  SOMETIMES

11:37AM 20  THEY'RE ADMISSIBLE; SOMETIMES THEY'RE NOT ADMISSIBLE.  THAT'S

11:37AM 21  ONE AREA WHERE PRIOR CONVICTIONS CAN BECOME RELEVANT AND BE

11:38AM 22  INTRODUCED INTO EVIDENCE.  OKAY?

11:38AM 23       THE SECOND TIME OR WAY THAT PRIOR CONVICTIONS CAN BE

11:38AM 24  INTRODUCED IS SOMETIMES THEY CAN BE INTRODUCED FOR A LIMITED

11:38AM 25  PURPOSE TO BE ABLE TO SHOW THEIR MOTIVE OR INTENT OR PLAN,

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

91

11:38AM  1   SCHEME, DESIGN.  OKAY?

11:38AM  2          YOU CAN'T INTRODUCE CONVICTIONS TO PROVE CHARACTER,

11:38AM  3   BECAUSE YOU CAN'T JUST SAY, "BECAUSE THEY DID IT BEFORE, THEY

11:38AM  4   DID IT THIS TIME."  DOES THAT MAKE SENSE TO EVERYBODY?  OKAY.

11:38AM  5          BUT THEY CAN BE LIMITED--THEY CAN BE INTRODUCED FOR

11:38AM  6   THE LIMITED PURPOSE OF TRYING TO SHOW SOMEBODY'S INTENT, THEIR

11:38AM  7   MOTIVE, THOSE TYPES OF THINGS, OR THEIR CREDIBILITY.  OKAY?

11:38AM  8          DOES ANYBODY, AS IT RELATES TO THIS ISSUE, HAVE A

11:38AM  9   PROBLEM WITH PRIOR CONVICTIONS COMING IN AND BEING ABLE TO

11:38AM  10  ONLY USE THEM FOR LIMITED PURPOSES?  I KNOW THAT'S KIND OF

11:38AM  11  CONFUSING.

11:38AM  12         JUROR NUMBER 1, LET ME--YOU ARE NUMBER 1, SO,

11:38AM  13  UNFORTUNATELY, YOU ARE ON THE HOT SEAT.  SO WE'RE GONNA COME

11:39AM  14  BACK TO YOU.  I KNOW THAT'S PROBABLY CLEAR AS MUD.  OKAY?  BUT

11:39AM  15  YOU CAN SEE PRIOR CONVICTIONS COMING IN IF SOMEONE TESTIFIES,

11:39AM  16  UNDER LIMITED CIRCUMSTANCES, TO HELP YOU JUDGE CREDIBILITY.

11:39AM  17  THE SECOND CAN BE IF THEY'RE USED FOR LIMITED PURPOSES OF THEIR

11:39AM  18  INTENT, AND YOU CAN ONLY USE IT FOR THAT PURPOSE.  DO YOU THINK

11:39AM  19  IF YOU WERE INSTRUCTED PROPERLY THAT YOU WOULD BE ABLE TO USE

11:39AM  20  PRIOR CONVICTIONS FOR A LIMITED PURPOSE?  OR HOW WOULD YOU

11:39AM  21  EVALUATE IT?

11:39AM  22   A.     IT WOULD ONLY AFFECT THE CREDIBILITY OF THE WITNESS,

11:39AM  23  NOT GUILT OR INNOCENCE.

11:39AM  24   Q.     OKAY.  BUT, THEN, THEY ALSO CAN BE INTRODUCED FOR

11:39AM  25  A LIMITED PURPOSE TO SHOW A PERSON WHO IS ACCUSED OF THEIR

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

92

11:39AM 1  INTENT.  OKAY?  YOU CAN'T USE IT TO SAY, "IF THEY DID IT LAST

11:39AM 2  TIME, THEY DID IT THIS TIME," BUT YOU CAN SAY, "IF THEY DID IT

11:39AM 3  BEFORE, MAYBE THEY INTENDED TO DO IT AGAIN THIS TIME."  HOW DO

11:39AM 4  YOU THINK ABOUT THAT LIMITED USE OF SOMEONE'S PRIOR CONVICTION?

11:39AM 5  WOULD YOU FEEL IF THEY'VE HAD A PRIOR CONVICTION FOR SOMETHING

11:40AM 6  SIMILAR, THAT'S JUST GONNA PUSH YOU OVER THE EDGE AND YOU'RE

11:40AM 7  NOT GONNA BE ABLE TO FOLLOW THAT TYPE OF INSTRUCTION?  WHAT

11:40AM 8  ARE YOUR THOUGHTS ABOUT THAT?

11:40AM 9  A.     I MEAN, THE CASE STILL NEEDS TO BE PROVEN.  THEY WOULD

11:40AM 10  SHOW A PROPENSITY THAT THEY HAD THE CAPABILITY TO DO THAT, BUT

11:40AM 11  IT DOESN'T MEAN THAT THEY NECESSARILY DID IT.

11:40AM 12  Q.     OKAY.  THAT'S VERY WELL SAID.

11:40AM 13          DOES ANYBODY FEEL DIFFERENTLY THAN JUROR NUMBER 1?

11:40AM 14  "LOOK, IF I HEAR ABOUT ANY PRIOR CONVICTIONS, LIMITING

11:40AM 15  INSTRUCTIONS OR NOT, I'M STILL GONNA THINK IF THEY DID IT IN

11:40AM 16  THE PAST, THEY'LL DO IT AGAIN"?  HOW MANY PEOPLE FEEL THAT WAY?

11:40AM 17          JUROR NUMBER 5, TELL ME WHAT YOUR THOUGHTS ARE.

11:40AM 18  A.     I DO FEEL THAT IF IT'S BROUGHT UP THAT THEY WERE FOUND

11:40AM 19  GUILTY BEFORE, THAT THAT WOULD SWAY MY VOTE OR SWAY MY DECISION

11:40AM 20  ON WHETHER THEY WERE CAPABLE OF DOING IT AGAIN.

11:40AM 21  Q.     OKAY.  BUT IF YOU WERE GIVEN AN INSTRUCTION TO JUST

11:40AM 22  LIMIT YOUR USE OF IT TO JUST THEIR INTENT, PLAN, SCHEME OR

11:41AM 23  DESIGN, WOULD YOU BE ABLE TO DO THAT?  OR DO YOU THINK IF, SAY,

11:41AM 24  THE GOVERNMENT'S CASE WAS NOT AS STRONG, WOULD YOU DISREGARD

11:41AM 25  THAT INSTRUCTION, THEN, AND SAY, "WELL, IF THEY DID IT BEFORE,

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

93

11:41AM  1   THEY PROBABLY DID IT THIS TIME AND THAT CLEARS UP MY REASONABLE

11:41AM  2   DOUBT"?

11:41AM  3    A.      I DON'T THINK I COULD SAY THAT.

11:41AM  4            MR. WHALEN:  OKAY.

11:41AM  5            THE COURT:  ALL RIGHT.  WAIT A MINUTE.

11:41AM  6            JUROR NUMBER 5, YOU CAN CONSIDER PRIOR SIMILAR ACTS

11:41AM  7   SUCH AS PRIOR CONVICTIONS THAT ARE SIMILAR, AS MR. WHALEN SAID,

11:41AM  8   FOR THE PURPOSE OF DETERMINING WHETHER OR NOT--NOT WHETHER OR

11:41AM  9   NOT THE DEFENDANT COMMITTED THE ACT--THE CRIME FOR WHICH HE IS

11:41AM  10  ON TRIAL RIGHT HERE AND NOW, OTHER THAN TO CONSIDER WHETHER OR

11:41AM  11  NOT HE HAD THE MENTAL STATE TO COMMIT THE CRIME FOR WHICH HE

11:41AM  12  IS ON TRIAL NOW, OR WHETHER OR NOT HE COMMITTED THE CRIME FOR

11:41AM  13  WHICH HE IS ON TRIAL NOW BECAUSE OF ACCIDENT OR MISTAKE.  SO

11:41AM  14  YOU CAN CONSIDER THE PRIOR SIMILAR ACT TO DETERMINE WHETHER OR

11:41AM  15  NOT YOU THINK IT MAY HAVE BEEN AN ACCIDENT OR A MISTAKE ON THIS

11:42AM  16  OCCASION.  ON THE INSTANT OCCASION.

11:42AM  17            VENIREPERSON:  YES, I CAN DO THAT.

11:42AM  18            THE COURT:  YEAH.  BUT YOU CAN'T REASON THAT BECAUSE

11:42AM  19  HE DID SOMETHING SIMILAR BEFORE, HE MUST HAVE DONE THIS NOW,

11:42AM  20  HE'S GUILTY.  YOU CAN'T DO THAT.  YOU HAVE TO LOOK AT THE FACTS

11:42AM  21  AND THE EVIDENCE THAT IS PRESENTED ON THIS OCCASION IN MAKING

11:42AM  22  THAT DETERMINATION.

11:42AM  23            VENIREPERSON:  OKAY.

11:42AM  24            THE COURT:  OKAY.

11:42AM  25            MR. WHALEN.

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

94

11:42AM   1          MR. WHALEN:

11:42AM   2   Q.     IN HEARING THE EXPLANATION, YOU WOULD BE ABLE TO NOT

11:42AM   3   USE IT TO SAY--USE IT FOR GUILT PURPOSES, THAT HE COMMITTED

11:42AM   4   THIS OFFENSE?

11:42AM   5   A.     YES.

11:42AM   6   Q.     OKAY.  YOU COULD DO THAT?

11:42AM   7   A.     I COULD DO THAT.

11:42AM   8   Q.     OKAY.

11:42AM   9          DOES ANYBODY FEEL THAT THEY WOULD HAVE TROUBLE DOING

11:42AM  10   THAT?  BASED ON WHAT THE JUDGE HAS SAID, THE LIMITED PURPOSE

11:42AM  11   YOU CAN USE IT, DOES ANYBODY THINK THEY WOULD HAVE DIFFICULTY

11:42AM  12   NOT USING IT FOR THE ULTIMATE ISSUE OF GUILTY OR NOT GUILTY?

11:43AM  13          NUMBER 23, TELL ME YOUR THOUGHTS.

11:43AM  14   A.     I JUST BELIEVE, CONSIDERING THE FACT THAT IT'S INNOCENT

11:43AM  15   BEFORE, YOU KNOW, GUILTY--I THINK IF SOMETHING SIMILAR ALONG

11:43AM  16   THE SAME LINES AS, YOU KNOW, A PRIOR CONVICTION FOR SOMETHING

11:43AM  17   SIMILAR--I THINK THAT WOULD JUST PERSONALLY, FOR ME, KIND OF

11:43AM  18   TAKE THAT, YOU KNOW, INNOCENCE BEFORE GUILT OUT OF THE EQUATION.

11:43AM  19   Q.     OKAY.  SO, THEN, IF YOU HEARD THAT TYPE OF EVIDENCE,

11:43AM  20   YOU COULDN'T PRESUME--

11:43AM  21   A.     I MEAN, I WOULD DEFINITELY TRY, BUT I JUST THINK IT

11:43AM  22   WOULD BE DIFFICULT.

11:43AM  23   Q.     AND WHEN YOU SAY "DEFINITELY TRY," YOU CAN'T GUARANTEE

11:43AM  24   US YOU COULD?

11:43AM  25   A.     I CAN'T GUARANTEE YOU.

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

95

11:43AM  1    Q.    THAT'S FINE.

11:43AM  2            DOES ANYBODY ELSE FEEL THE SAME WAY AS JUROR NUMBER

11:43AM  3    23?

11:43AM  4            JUROR NUMBER 33, TELL ME WHAT YOUR THOUGHTS ARE.

11:44AM  5    A.    JUST PRETTY MUCH WHAT HE SAID.  I THINK EVERYBODY'S

11:44AM  6    PRESUMED INNOCENT UNTIL PROVEN GUILTY.  I THINK YOU WOULD HAVE

11:44AM  7    TO WEIGH THE EVIDENCE.  BUT I THINK THAT THAT TESTIMONY MIGHT

11:44AM  8    BE PART OF MY DECISION ON THE EVIDENCE.  COULD BE CONSIDERED

11:44AM  9    PARTIAL--YOU KNOW, PART OF THE EVIDENCE.

11:44AM  10   Q.    SO, EVEN IF YOU WERE GIVEN AN INSTRUCTION BY THE COURT

11:44AM  11   THAT YOU COULD ONLY USE IT FOR A LIMITED PURPOSE--

11:44AM  12   A.    WELL, LIMITED PURPOSE, YES, I COULD DO IT AS A LIMITED

11:44AM  13   PURPOSE, BUT IT WOULD STILL BE, IN MY MIND, PART OF THE

11:44AM  14   EVIDENCE.

11:44AM  15   Q.    OKAY.  SO EVEN THOUGH YOU'VE HEARD IT AND YOU WERE

11:44AM  16   INSTRUCTED TO LIMIT IT, IT WOULD POTENTIALLY BLEED OVER?

11:44AM  17   A.    YES.

11:44AM  18            THE COURT:  WAIT A MINUTE.  SHE CAN CONSIDER 404(B)

11:44AM  19   EVIDENCE.

11:44AM  20            VENIREPERSON:  RIGHT.

11:44AM  21            THE COURT:  I MEAN, THERE WOULDN'T BE ANY OTHER

11:44AM  22   REASON TO ADMIT IT--

11:44AM  23            VENIREPERSON:  NO.

11:44AM  24            THE COURT:  --OTHER THAN FOR YOU TO CONSIDER IT.

11:44AM  25            VENIREPERSON:  IT WOULD JUST BE PART OF CONSIDERING

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

96

11:45AM  1  ALL OF THE OVERALL EVIDENCE.

11:45AM  2          THE COURT:  WHAT I WOULD INSTRUCT YOU IS THAT IF YOU

11:45AM  3  FIND FROM THE EVIDENCE PRESENTED IN THIS CASE THAT THE ACCUSED

11:45AM  4  COMMITTED THE ACT FOR WHICH HE IS ON TRIAL, WHICH IS, HE'S

11:45AM  5  ACCUSED OF AGREEING WITH OTHERS TO POSSESS WITH INTENT TO

11:45AM  6  DISTRIBUTE METHAMPHETAMINE, THEN YOU CAN CONSIDER PRIOR SIMILAR

11:45AM  7  CONDUCT TO DETERMINE WHETHER OR NOT HE KNOWINGLY CONSPIRED WITH

11:45AM  8  THE PEOPLE HE'S ACCUSED OF CONSPIRING WITH NOW OR WHETHER IT

11:45AM  9  WAS AN ACCIDENT OR A MISTAKE.

11:45AM  10          VENIREPERSON:  THAT WOULD BE THE DETERMINATION IN MY

11:45AM  11  MIND, YES.

11:45AM  12          THE COURT:  YES.  AND THAT'S PERMISSIBLE.

11:45AM  13          VENIREPERSON:  THAT'S WHAT I'M TRYING TO SAY.

11:45AM  14          THE COURT:  OKAY.

11:45AM  15          MR. WHALEN:  ALL RIGHT.

11:45AM  16  Q.      ANYBODY ELSE?  ANY OTHER THOUGHTS OR FEELINGS ABOUT

11:45AM  17  PRIOR CONVICTIONS?  22.  OKAY.

11:45AM  18  A.      I UNDERSTAND THE NOT USING PRIOR EVIDENCE, BUT I'M

11:46AM  19  WONDERING, WHEN YOU SAY IT'S AN ACCIDENT, HOW COULD SOMETHING

11:46AM  20  THAT THEY'RE SHOWING EVIDENCE OF BE AN ACCIDENT?  IN A THREE-

11:46AM  21  PARTY--WOULD YOU SAY THAT SOMEBODY JUST DOESN'T--HAD NO IDEA?

11:46AM  22  EVEN ON THE EXAMPLE THEY USED ON THE TABLE HERE THAT ONE PERSON

11:46AM  23  DIDN'T KNOW THAT ANOTHER PERSON KNEW, THAT THE FIRST PERSON

11:46AM  24  KNEW THAT THE SECOND PERSON DIDN'T KNOW.

11:46AM  25          [LAUGHTER]

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

97

11:46AM  1   A.      I JUST DON'T UNDERSTAND HOW SOMEBODY WOULDN'T--

11:46AM  2   Q.      WELL, HERE'S A POTENTIAL DIFFERENT SCENARIO.  MAYBE

11:46AM  3   THIS WILL HELP.  SAY MR. GONZALEZ HAS AN AGREEMENT WITH

11:46AM  4   MR. MATA TO SELL COCAINE, AND HE HANDS THE BAG TO MS. BATSON

11:46AM  5   AND SAYS, "HEY, CAN YOU GO TAKE THIS TO MR. MATA?"  OKAY?

11:46AM  6   A.      ARE YOU SAYING THAT SHE MAYBE DIDN'T KNOW WHAT--OKAY,

11:46AM  7   I UNDERSTAND.

11:46AM  8   Q.      AND SO, YOU KNOW, THAT COULD BE NOT HAVING ENOUGH

11:46AM  9   KNOWLEDGE.  IT COULD BE "THAT'S NOT WHAT I INTENDED.  I

11:46AM  10  INTENDED TO JUST SELL THEM SOMETHING ELSE.  I DIDN'T KNOW

11:47AM  11  THEY WERE TALKING ABOUT COCAINE."

11:47AM  12          THEY COULD SAY, "HEY, CAN YOU DELIVER THE GOODS OVER

11:47AM  13  THERE?"

11:47AM  14          "SURE, I'LL DELIVER THE GOODS, THAT'S FINE.  I CAN

11:47AM  15  GO DO THAT."

11:47AM  16          THERE'S A LOT OF DIFFERENT SCENARIOS.  THE WAY HE

11:47AM  17  SET IT UP, HE DID IT THAT WAY TO HELP ILLUSTRATE HIS POINT, BUT

11:47AM  18  THERE CAN BE SITUATIONS WHERE--

11:47AM  19          THE COURT:  OR, MA'AM, THERE COULD BE A SITUATION

11:47AM  20  WHERE YOU ARE SHOWN A PHOTOGRAPH OF SOMETHING USED IN THE DRUG

11:47AM  21  BUSINESS.  AND YOU MAY BE ABLE TO CONSIDER THE PRIOR SIMILAR

11:47AM  22  CONDUCT IN ORDER TO DETERMINE WHETHER OR NOT THE DEFENDANT KNEW

11:47AM  23  OR DIDN'T KNOW WHAT THAT'S USED FOR.

11:47AM  24          VENIREPERSON:  OKAY.

11:47AM  25          THE COURT:  BUT THERE MAY BE EVIDENCE OF THAT IN

11:47AM 1    THIS CASE.  AND SO YOU COULD RELY ON THE PRIOR SIMILAR CONDUCT

11:47AM 2    TO DETERMINE WHETHER OR NOT IT WAS A MISTAKE ON THE DEFENDANT'S

11:47AM 3    PART OR WHETHER, BECAUSE HE WAS CONVICTED PREVIOUSLY OF A

11:47AM 4    SIMILAR ACT, HE KNOWS WHAT THAT'S USED FOR.

11:48AM 5            VENIREPERSON:  THANK YOU.

11:48AM 6            MR. WHALEN:  ALL RIGHT.

11:48AM 7    Q.    THE LAST THING I WANT TO TALK ABOUT--THIS IS ANOTHER

11:48AM 8    LEGAL CONCEPT THAT MAY BE CONVOLUTED, AS ALWAYS--IS, SOMETIMES

11:48AM 9    JUST BECAUSE THE GOVERNMENT HAS PROVEN--NOT PROVEN, HAS ALLEGED

11:48AM 10   SOMETHING--EVEN THOUGH THEY'VE ALLEGED IT, THEY MAY NOT PROVE

11:48AM 11   WHAT THEY'VE ALLEGED, BUT THEY MAY PROVE--SOMETIMES IT HAPPENS

11:48AM 12   THAT THEY PROVE THAT A PERSON WAS PART OF A DIFFERENT CONSPIRACY.

11:48AM 13   OKAY?  BECAUSE YOU CAN HAVE A SITUATION--YOU MAY GET AN

11:48AM 14   INSTRUCTION AS IT RELATES TO MULTIPLE CONSPIRACIES.  OKAY?

11:48AM 15   WHERE THE GOVERNMENT HAS TO PROVE THE PERSON ENTERED INTO A

11:48AM 16   CONSPIRACY WITH THE INTENT TO--THERE WAS AN AGREEMENT, THEY

11:48AM 17   ENTERED INTO IT AND THEY DID IT WITH THE INTENT TO FURTHER

11:48AM 18   IT.  OKAY?  NOW, IF THEY DON'T PROVE THAT, OBVIOUSLY, YOU

11:48AM 19   FIND SOMEBODY NOT GUILTY.  OKAY?

11:48AM 20           BUT THERE CAN BE SITUATIONS WHERE THEY PROVE THAT

11:48AM 21   "HEY, THAT PERSON ENTERED INTO A CONSPIRACY, BUT IT JUST WASN'T

11:49AM 22   THIS ONE THAT THEY'VE CHARGED HIM WITH."  OKAY?  AND THE LAW

11:49AM 23   MAY SAY, IF YOU GET THAT INSTRUCTION, THAT YOU CAN'T FIND THEM

11:49AM 24   GUILTY OF THIS CONSPIRACY EVEN IF YOU FIND THEY WERE INVOLVED

11:49AM 25   IN ANOTHER CONSPIRACY.  OKAY?  BECAUSE THERE'S A LOT OF

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN

99

11:49AM  1  DIFFERENT SCENARIOS, POTENTIALLY, OF, YOU KNOW, MULTIPLE

11:49AM  2  CONSPIRACIES GOING ON, DIFFERENT GROUPS OF PEOPLE ACTING IN

11:49AM  3  DIFFERENT WAYS WITH DIFFERENT MOTIVES AND DIFFERENT INTENT.

11:49AM  4  BUT IF THE GOVERNMENT CHARGES IT ONE WAY, THEY HAVE TO PROVE

11:49AM  5  IT THAT WAY.  OKAY?  BUT IF THE EVIDENCE ESTABLISHES A SEPARATE

11:49AM  6  CONSPIRACY OR A DIFFERENT CONSPIRACY THAN THE ONE CHARGED, YOU

11:49AM  7  HAVE TO FIND THEM NOT GUILTY BECAUSE THAT'S WHAT THE LAW SAYS.

11:49AM  8  EVEN THOUGH YOU FIND, "HEY, THEY MAY BE GUILTY OF SOMETHING

11:49AM  9  ELSE, BUT IT'S NOT WHAT YOU'VE PROVEN HERE."  OKAY?  YOU MAY

11:49AM  10  GET THAT INSTRUCTION AS IT RELATES TO MULTIPLE CONSPIRACIES.

11:49AM  11          SO DOES ANYBODY CONCEPTUALLY, AS THEY SIT HERE AND

11:49AM  12  HEAR THAT, SAY, "WELL, HOW DO I FIND SOMEBODY NOT GUILTY IF

11:50AM  13  THEY'VE PROVEN THEY'RE GUILTY OF SOMETHING ELSE?"

11:50AM  14          JUROR 16, WHAT ARE YOUR THOUGHTS?

11:50AM  15  A.    WEIGHING ALL THE EVIDENCE, IT WOULD NOT NECESSARILY BE

11:50AM  16  RIGHT, BUT IT WOULDN'T BE OUR JOB TO MAKE SURE THAT THAT OTHER

11:50AM  17  CONSPIRACY WAS PROSECUTED.  THAT WASN'T OUR JOB.  OUR JOB IS TO

11:50AM  18  PROSECUTE THIS CASE.

11:50AM  19  Q.    ALL RIGHT.

11:50AM  20          DOES ANYBODY DISAGREE WITH WHAT JUROR 16 HAD TO SAY?

11:50AM  21  I MEAN, CONCEPTUALLY, IT COULD BE A HARD THING TO DO.  YOU

11:50AM  22  KNOW, YOU ARE ASKING THEM TO FIND SOMEBODY NOT GUILTY EVEN

11:50AM  23  THOUGH THEY'VE PROVEN THEY MAY BE GUILTY OF SOMETHING, BUT THEY

11:50AM  24  JUST DIDN'T PROVE THIS.  OKAY?  DOES ANYBODY, WHEN YOU HEAR

11:50AM  25  THAT CONCEPT, SAY, "I'M GONNA HAVE A HARD TIME DOING IT, I

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

**100**

11:50AM  1   COULDN'T DO IT, THERE'S NO WAY IMAGINABLE I COULD DO THAT"?

11:50AM  2   ANYBODY FEEL THAT WAY ON THIS SIDE OF THE ROOM?

11:50AM  3           ANYBODY OVER HERE?  ALL RIGHT.

11:50AM  4           I'M GONNA MAKE Y'ALL HAPPY.  I'M GONNA SIT DOWN.

11:51AM  5   YOU'VE GOT ONE MORE LAWYER TO GO.

11:51AM  6           BUT BEFORE MR. PETRAZIO FINISHES, IF THERE'S

11:51AM  7   ANYTHING--YOU'VE HEARD A LOT OF DIFFERENT THINGS, I KNOW, AND

11:51AM  8   IT'S ALL COMING AT YOU QUICK IN A SHORT PERIOD OF TIME.  IF

11:51AM  9   YOU HEAR ANYTHING OR IF YOU THINK OF ANYTHING THAT YOU THINK

11:51AM  10  WE NEED TO KNOW--BECAUSE, AS MR. GONZALEZ SAYS, WE COME INTO

11:51AM  11  THIS ROOM WITH ALL DIFFERENT LIFE EXPERIENCES, AND YOU MAY NOT

11:51AM  12  BE THE BEST JUROR IN CERTAIN TYPES OF CASES.  IF YOU'RE SITTING

11:51AM  13  HERE WITH SOMETHING THAT'S GNAWING AT YOU, THINKING, "I REALLY

11:51AM  14  THINK THEY SHOULD KNOW THIS, BECAUSE IF IT WAS ME, I WOULD WANT

11:51AM  15  THEM TO KNOW IN ORDER TO MAKE AN INFORMED DECISION," FEEL FREE

11:51AM  16  TO VOLUNTEER AND RAISE YOUR HAND.  WE NEED TO KNOW THAT, BOTH

11:51AM  17  OF US, SO WE CAN GET THE BEST JURORS FOR THIS CASE.  OKAY?

11:51AM  18          THANK YOU VERY MUCH.

11:51AM  19          THE COURT:  OKAY.  THANK YOU, MR. WHALEN.

11:51AM  20          MR. PETRAZIO.

11:51AM  21      VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

11:51AM  22          MR. PETRAZIO:  THANK YOU, YOUR HONOR.

11:51AM  23   Q.    LAST NIGHT AT ABOUT 8:00, MY PHONE RANG, AND I ANSWERED

11:51AM  24  MY PHONE.  I GIVE CLIENTS MY CELL PHONE NUMBER.  I ANSWERED

11:52AM  25  THE PHONE, AND IT WAS THE MOM OF A TEENAGE CLIENT OF MINE,

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

**101**

11:52AM  1  AND SHE SAID, "I NEED TO TALK TO YOU ABOUT ANOTHER CASE."

11:52AM  2  I'M THINKING, "WELL, DID YOUR SON DO SOMETHING

11:52AM  3  ELSE?"

11:52AM  4  "NO, NO, THIS DOESN'T HAVE ANYTHING TO DO WITH HIM.

11:52AM  5  I FOUND OUT THIS MORNING THAT MY HUSBAND IS HAVING AN AFFAIR.

11:52AM  6  HE'S GOT A GIRLFRIEND AND HE'S SPENDING LOTS OF MONEY AND HE

11:52AM  7  JUST LEFT THIS MORNING FOR HAWAII FOR A WEEK."

11:52AM  8  NOW, WHY DO I BRING THAT UP?  WHILE I WAS TALKING

11:52AM  9  ON THE PHONE, EVEN THOUGH I COULDN'T SEE HER, SHE CRIED AND

11:52AM  10  SHE GOT MAD AND THEN SHE WAS SCARED.  SHE HAD A WHOLE RANGE OF

11:52AM  11  EMOTIONS.  NOW, YOU SEE HOW SOMEONE IN THAT POSITION PROBABLY

11:52AM  12  WOULDN'T BE A GOOD JUROR ON A DIVORCE CASE.  RIGHT?

11:53AM  13  NUMBER 11, CAN YOU UNDERSTAND HOW A PERSON IN THAT

11:53AM  14  POSITION PROBABLY WOULDN'T BE IN A GOOD POSITION TO SIT ON A

11:53AM  15  JURY IN A CIVIL DIVORCE CASE?

11:53AM  16  A.    I COULD SEE IT, BUT I COULD ALSO UNDERSTAND IF THAT

11:53AM  17  PERSON HAS GOOD CHARACTER THEY CAN STILL DO IT.  I MEAN, THAT'S

11:53AM  18  WHAT YOU ARE LOOKING FOR IN A JURY, IS SOMEBODY TO COME SIT IN

11:53AM  19  A CHAIR AND BE ABLE TO BE IMPARTIAL AND SEE THE EVIDENCE.  SO

11:53AM  20  IN A WAY, YOU ARE ALREADY SAYING THAT PERSON IS NOT--YOU ARE

11:53AM  21  MAKING A JUDGMENT ON THAT PERSON WITHOUT THEM HAVING BEEN

11:53AM  22  PRESUMED INNOCENT.

11:53AM  23  Q.    RIGHT.  WOULD YOU UNDERSTAND HOW, IF EVIDENCE CAME IN

11:53AM  24  IN A DIVORCE TRIAL IN THAT CASE THAT INVOLVED AN AFFAIR, THAT

11:53AM  25  MIGHT BRING UP SOME FEELINGS THAT THAT PERSON HAD PERSONALLY

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

102

11:53AM  1    EXPERIENCED?

11:53AM  2    A.      ANYTHING IS GOING TO BRING UP FEELINGS FOR PEOPLE.

11:53AM  3    Q.      RIGHT.

11:53AM  4    A.      WE'RE HUMAN.

11:54AM  5    Q.      RIGHT.  AND DO YOU UNDERSTAND HOW SOME FEELINGS MAY

11:54AM  6    BE STRONGER FOR SOME PEOPLE AS OPPOSED TO, SAY, SOMEONE THAT'S

11:54AM  7    NEVER BEEN MARRIED, NEVER BEEN PUT IN THAT POSITION?

11:54AM  8    A.      YES.

11:54AM  9    Q.      NUMBER 12, WHAT DO YOU THINK ABOUT THAT?

11:54AM  10   A.      I THINK PEOPLE'S STATE OF MIND IS VERY IMPORTANT WHEN

11:54AM  11   YOU'RE IN A TRIAL, BECAUSE YOU DON'T WANT TO TAKE IT OUT ON

11:54AM  12   THEM ON WHAT SOMEBODY DONE TO YOU.  SO IT IS IMPORTANT TO

11:54AM  13   HAVE A GOOD MIND WHEN YOU GO INTO SOMETHING LIKE THIS.

11:54AM  14   Q.      OKAY.  AND YOU UNDERSTAND YOU ARE GONNA HEAR WORDS LIKE

11:54AM  15   "BIAS" OR "PREJUDICE."  LOOK, THE REALITY IS I KNOW AND THE

11:54AM  16   JUDGE KNOWS AND THE ATTORNEYS KNOW THAT WE'RE NOT GONNA GET

11:54AM  17   Y'ALL TO STAND UP AND ADMIT, "HEY, I'VE GOT A BIAS.  I DON'T

11:54AM  18   THINK I CAN BE FAIR AND IMPARTIAL."  BUT WHAT PEOPLE ARE

11:54AM  19   WILLING TO ACKNOWLEDGE IS THAT YOU MAY HAVE STRONG FEELINGS

11:54AM  20   ABOUT SOMETHING.  AND THERE'S ABSOLUTELY NOTHING WRONG WITH

11:54AM  21   THAT.  WE ALL HAVE WHAT MAY BE REFERRED TO AS BAGGAGE IN

11:55AM  22   CERTAIN AREAS OF OUR LIVES.

11:55AM  23           LET ME GIVE YOU ANOTHER EXAMPLE.  ABOUT 10 YEARS

11:55AM  24   AGO, I HAD A JURY TRIAL IN A DWI CASE, A CRIMINAL CASE.  SAME

11:55AM  25   BURDEN OF PROOF, BEYOND A REASONABLE DOUBT.  AT THE CONCLUSION

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

103

11:55AM  1   OF THE TRIAL, THIS PARTICULAR ONE RESULTED IN A VERDICT OF "NOT

11:55AM  2   GUILTY."  AND SOMETIMES IN STATE COURT THE JUDGE WILL TELL THE

11:55AM  3   JURY AFTERWARDS, "IF YOU WANT TO TALK TO THE LAWYERS, YOU ARE

11:55AM  4   WELCOME TO STAY BEHIND AND ASK QUESTIONS."

11:55AM  5          WELL, I VISITED WITH MY CLIENT FOR ABOUT FIVE

11:55AM  6   MINUTES, AND THEN I STEPPED OUT IN THE HALL TO SEE IF THERE

11:55AM  7   WAS ANYONE WAITING.  EVERYONE HAD LEFT WITH THE EXCEPTION OF

11:55AM  8   THE FOREMAN OF THE JURY.  THE FOREMAN OF THE JURY WALKED UP

11:55AM  9   TO ME AND HE SAID, "MR. PETRAZIO, I JUST WANTED TO TELL YOU

11:55AM 10   SOMETHING."

11:55AM 11          I SAID, "WELL, WHAT IS IT?"

11:55AM 12          AND HE LIFTED THE SLEEVES ON HIS JACKET AND HE

11:55AM 13   PULLED BACK HIS SHIRT ON BOTH ARMS AND THEY WERE BURNT.

11:56AM 14   OBVIOUSLY, HE HAD BEEN IN A FIRE.  AND HE SAID, "ABOUT 15 YEARS

11:56AM 15   AGO, I WAS IN AN AUTOMOBILE ACCIDENT AND I WAS HIT BY A DRUNK

11:56AM 16   DRIVER AND I WAS LEFT IN THAT CAR.  AND IF IT HADN'T BEEN FOR

11:56AM 17   SOMEONE ELSE THAT STOPPED AND GOT ME OUT OF THAT CAR, I WOULD

11:56AM 18   HAVE DIED."

11:56AM 19          NOW I ASK QUESTIONS ABOUT DWI AND I ASK QUESTIONS

11:56AM 20   ABOUT IF ANYBODY HAD A PERSONAL EXPERIENCE IN A SITUATION

11:56AM 21   LIKE THAT.  THAT JUROR DIDN'T RAISE THEIR HAND.

11:56AM 22          AND I KIND OF LOOKED AT HIM AND I WAS, LIKE, "CAN I

11:56AM 23   ASK YOU A QUESTION?  WHY DIDN'T YOU ANSWER THAT QUESTION WHEN

11:56AM 24   I ASKED IT IN VOIR DIRE?"

11:56AM 25          AND HIS RESPONSE TO ME WAS, "I WANTED TO SEE IF I

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

**104**

11:56AM  1  COULD BE FAIR TO YOUR CLIENT."

11:56AM  2          FOLKS, THIS ISN'T THE TIME FOR YOU TO TEST YOUR

11:56AM  3  FORTITUDE.  THIS IS THE TIME FOR YOU TO BE HONEST WITH YOURSELF

11:57AM  4  AND WITH US.  BECAUSE IF THAT VERDICT HAD GONE THE OTHER WAY

11:57AM  5  IN MY CASE, IT PROBABLY WOULD HAVE BEEN GROUNDS FOR A MISTRIAL.

11:57AM  6  AND IF THAT HAPPENED, THEN THAT JUROR WOULD HAVE WASTED

11:57AM  7  EVERYBODY'S TIME FOR THREE DAYS.  DOES EVERYBODY UNDERSTAND...

11:57AM  8          NUMBER 16, CAN YOU UNDERSTAND HOW STRONG FEELINGS

11:57AM  9  MIGHT MAKE SOMEONE THAT'S EXPERIENCED SOMETHING--LET'S SAY IN

11:57AM  10 THIS CASE WE'RE DEALING WITH DRUGS.  CAN YOU UNDERSTAND HOW

11:57AM  11 SOMEONE WHO HAS HAD AN EXPERIENCE AND HAS STRONG FEELINGS

11:57AM  12 ABOUT DRUGS OR DRUG USE MIGHT NOT BE A GOOD JUROR IN THIS CASE?

11:57AM  13  A.     I UNDERSTAND COMPLETELY.

11:57AM  14  Q.     OKAY.  CAN YOU GIVE ME AN EXAMPLE OF AN INSTANCE WHERE

11:57AM  15 YOU THINK PROBABLY A PERSON SHOULD SPEAK UP AND SAY, "HEY, I

11:57AM  16 MIGHT WANT TO PASS ON THIS CASE.  NOT THE BEST CASE FOR ME.

11:58AM  17 IF IT WAS ANOTHER CASE, MAYBE, BUT THIS IS JUST TOO CLOSE TO

11:58AM  18 HOME"?

11:58AM  19  A.     I DON'T HAVE ANY EXPERIENCE WITH SOMETHING LIKE THAT.

11:58AM  20 I COULDN'T SAY.  I DON'T KNOW.

11:58AM  21  Q.     OKAY.  THANK YOU.

11:58AM  22          RAISE YOUR HAND OR SHOW YOUR NUMBER IF YOU

11:58AM  23 PERSONALLY--AND I KNOW THE JUDGE KIND OF COVERED THIS, BUT I

11:58AM  24 WANT TO ASK THE QUESTION A DIFFERENT WAY.  WE ALL HAVE HAD

11:58AM  25 EXPERIENCE WITH SOMEONE OR--MAYBE IN YOUR OWN FAMILY, MAYBE A

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

11:58AM 1   CLOSE RELATIVE, IT MAY BE A CLOSE FRIEND WHO HAS EXPERIENCED

11:58AM 2   DRUG PROBLEMS.  RAISE YOUR HAND IF YOU KNOW SOMEBODY THAT HAS

11:58AM 3   EXPERIENCED--A FRIEND OR FAMILY MEMBER WITH AN ADDICTION OR

11:58AM 4   THAT'S OVERDOSED OR SOMETHING.  SO A LOT OF YOU.  RIGHT?  AND

11:58AM 5   WHAT YOU HAVE TO ASK YOURSELF AND BE HONEST WITH YOURSELF IS,

11:58AM 6   "THERE'S SOMETHING ABOUT THAT THAT MAY CAUSE ME NOT TO BE

11:59AM 7   BIASED OR PREJUDICED AGAINST THESE THREE MEN," BUT THOSE STRONG

11:59AM 8   FEELINGS MIGHT CAUSE YOU TO VIEW THE EVIDENCE A CERTAIN WAY.

11:59AM 9            WHEN MR. WHALEN TALKED ABOUT PRIOR CONVICTIONS AND

11:59AM 10  STUFF COMING IN, LOOK, FOLKS, THERE'S A TENDENCY--IN A DWI

11:59AM 11  CASE, THE NUMBER 1 QUESTION I GET FROM JURORS IS, "YOU KNOW, WE

11:59AM 12  STRUGGLED WITH THIS DECISION.  THE ONE QUESTION WE HAD IN THE

11:59AM 13  BACKS OF OUR MINDS:  WAS THIS THE FIRST TIME FOR THIS GUY?  WAS

11:59AM 14  THIS THE FIRST TIME FOR HER?  BECAUSE, MAN, IT JUST SEEMED LIKE

11:59AM 15  THEY KNEW TOO MUCH ABOUT THE LAW."  BECAUSE THAT AFFECTS THE

11:59AM 16  WAY THEY VIEW GUILT OR INNOCENCE OR GUILT AND INNOCENCE IN THE

11:59AM 17  CASE.  YEAH, THAT MAKES SENSE.  THAT'S FAIR.  THAT'S COMMON

11:59AM 18  SENSE.  RIGHT?

11:59AM 19           I WANT TO TALK A LITTLE BIT ABOUT REASONABLE DOUBT.

11:59AM 20  NUMBER 22, YOU MENTIONED YOU HAD A QUESTION ABOUT ACCIDENT.

12:00PM 21  RIGHT?  YOU ARE A PILOT.  RIGHT?

12:00PM 22   A.     YES.

12:00PM 23   Q.     TELL ME WHAT A PILOT DOES BEFORE THEY CAN START THE

12:00PM 24  ENGINES AND TAXI TO TAKEOFF.

12:00PM 25   A.     EVERYTHING THAT'S INVOLVED.

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

**106**

12:00PM  1   Q.      TELL US ABOUT YOUR CHECK--YOUR PREFLIGHT CHECKLIST.

12:00PM  2   A.      WHEN WE GET THERE, WE'VE GOT TO CHECK THE AIRPLANE ON

12:00PM  3   THE OUTSIDE, CHECK ALL THE SYSTEMS ON THE INSIDE, KNOW WHAT

12:00PM  4   THE WEATHER IS BOTH PLACES, THE AIRPORTS BOTH PLACES, ANYTHING

12:00PM  5   THAT'S WRONG WITH THE RUNWAY, ANY WEATHER EN ROUTE TO THE

12:00PM  6   DESTINATION.

12:00PM  7   Q.      WHY IS THAT IMPORTANT TO YOU AS A PILOT?

12:00PM  8   A.      SO I'M NOT ON THE FRONT PAGE.

12:00PM  9   Q.      RIGHT.  BECAUSE IF SOMETHING HAPPENS, THAT'S YOUR

12:00PM  10  FAULT.  CORRECT?  IF YOU OVERLOOK OR--YOU KNOW, BELIEVE IT

12:00PM  11  OR NOT, SOME PILOTS STILL WILL DO A PREFLIGHT CHECK WITHOUT

12:00PM  12  A CHECKLIST, AND THEY MISS THINGS.  BECAUSE AS HUMANS WE

12:00PM  13  MAKE MISTAKES AND MISS THINGS.  YOU'VE SEEN THAT HAPPEN?

12:01PM  14  A.      OH, YEAH.

12:01PM  15  Q.      BUT THE REASON THAT YOU HAVE A CHECKLIST IS SO YOU

12:01PM  16  DON'T MISS THINGS.  CORRECT?

12:01PM  17  A.      CORRECT.

12:01PM  18  Q.      JUST LIKE THE ELEMENTS OF THE CASE, THEY'VE GOT

12:01PM  19  TO CHECK OFF THE ELEMENTS AND PROVE THOSE TO YOU BEYOND A

12:01PM  20  REASONABLE DOUBT, EACH ONE OF THEM.

12:01PM  21          LET ME ASK YOU A QUESTION.  GIVE US AN EXAMPLE OF

12:01PM  22  SOMETHING THAT YOU MIGHT ENCOUNTER IN YOUR PREFLIGHT CHECKLIST

12:01PM  23  THAT WOULD GIVE YOU PAUSE AS TO WHETHER OR NOT THAT AIRCRAFT

12:01PM  24  AT THAT TIME IS AIRWORTHY.

12:01PM  25  A.      PROBABLY THE EASIEST THING WOULD BE A LEAK, ANY KIND OF

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

107

12:01PM  1  A LEAK.

12:01PM  2  Q.      OKAY.

12:01PM  3  A.      CAN'T DETERMINE WHERE IT'S COMING FROM.

12:01PM  4  Q.      OKAY.  WHAT IS A REASONABLE DOUBT TO YOU AS A PILOT?

12:01PM  5  A.      EXACTLY THAT, NOT BEING ABLE TO DETERMINE WHAT THE

12:01PM  6  CAUSE IS.

12:01PM  7  Q.      OKAY.  AND HOW WOULD THAT REASONABLE DOUBT AFFECT YOUR

12:01PM  8  DECISION ON A GO/NO-GO ON TAKING OFF?

12:01PM  9  A.      IF I HAVE ANY DOUBT, WE'RE NOT GOING.

12:02PM  10  Q.      OKAY.  THAT, TO YOU, WOULD BE A REASONABLE DOUBT.

12:02PM  11  CORRECT?

12:02PM  12  A.      YES.

12:02PM  13  Q.      WHAT ABOUT IF YOUR COMMS ARE OUT, YOUR RADIOS?  THERE'S

12:02PM  14  JUST SOMETHING ABOUT IT.  IT'S CRACKLING A LITTLE BIT.  WOULD

12:02PM  15  THAT BE CAUTION FOR YOU [SIC]?

12:02PM  16  A.      IT WOULD PROBABLY DEPEND EXACTLY WHAT IT WAS, BUT WE

12:02PM  17  DO HAVE A WHOLE LIST OF THINGS THAT ARE OKAY TO GO WITHOUT.

12:02PM  18  Q.      OKAY.

12:02PM  19  A.      AND THAT WOULD BE ONE OF THEM.

12:02PM  20  Q.      WITHOUT RADIOS?

12:02PM  21  A.      WITHOUT--BECAUSE WE HAVE TWO.  IF THERE WAS ONE RADIO,

12:02PM  22  THEN WE COULD GO WITH THE OTHER.

12:02PM  23  Q.      BUT YOU WOULDN'T GO WITHOUT BOTH.  CORRECT?

12:02PM  24  A.      CORRECT.

12:02PM  25  Q.      YOU FLY INSTRUMENTS.  CORRECT?

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

108

12:02PM  1    A.     YEAH.

12:02PM  2    Q.     OKAY.  THANK YOU.

12:02PM  3           NUMBER 10--NUMBER 22, MEET YOUR FRIEND NUMBER 10.

12:02PM  4    YOU ARE AN AIR-TRAFFIC CONTROLLER.  CORRECT?  IS THERE SOMETHING

12:02PM  5    ABOUT YOUR JOB THAT WOULD CAUSE YOU TO HAVE A REASONABLE DOUBT

12:02PM  6    WITH RESPECT TO SOMETHING YOU MAY BE SEEING?  DO YOU ACTUALLY

12:02PM  7    WATCH A SCREEN?

12:02PM  8    A.     YES, SIR.

12:02PM  9    Q.     AND YOU ARE RESPONSIBLE FOR MAINTAINING COMMUNICATIONS

12:02PM  10   BETWEEN THE AIRCRAFT AND GROUND.  CORRECT?

12:03PM  11   A.     YES.

12:03PM  12   Q.     OKAY.  CAN YOU GIVE US AN EXAMPLE OF SOMETHING THAT

12:03PM  13   MIGHT BE REASONABLE DOUBT IN YOUR MIND AS TO WHETHER OR NOT

12:03PM  14   YOU SHOULD TAKE THAT CHAIR AND PERFORM YOUR JOB THAT DAY?

12:03PM  15   A.     YOU MEAN REASONABLE IN PHYSICALLY HOW I AM, OR JUST

12:03PM  16   REASONABLE ON THE JOB LOOKING AT WHETHER SOMETHING IS WORKING

12:03PM  17   OR NOT?

12:03PM  18   Q.     I MEAN, EVERY DAY YOU HAVE TO MAKE A DECISION ON

12:03PM  19   WHETHER YOU SHOULD TAKE--SIT IN THAT CHAIR.  CORRECT?

12:03PM  20   A.     YES.

12:03PM  21   Q.     CAN YOU GIVE ME AN EXAMPLE OF SOMETHING THAT WOULD

12:03PM  22   CAUSE YOU REASONABLE DOUBT AS TO WHETHER OR NOT YOU SHOULD

12:03PM  23   WORK THAT DAY?

12:03PM  24   A.     I MEAN, IF I'M NOT PHYSICALLY ABLE TO DO IT, YOU KNOW,

12:03PM  25   IF I'M SICK, IF I KNOW THAT I CAN'T--IF I CAN'T TALK AND I

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

**109**

12:03PM  1  CAN'T COMMUNICATE.  SO RIGHT THERE WOULD BE A REASON.

12:03PM  2   Q.     OKAY.  THANK YOU.

12:03PM  3        DOES ANYBODY ELSE--CAN YOU GIVE ME AN EXAMPLE OF

12:03PM  4  SOMETHING THAT WOULD GIVE YOU A REASONABLE DOUBT IN MAKING

12:03PM  5  A DECISION IN YOUR EVERYDAY LIFE?  YOU KNOW, THE JUDGE AND THE

12:03PM  6  ATTORNEYS, WE WANT YOU TO USE YOUR REASON, YOUR COMMON SENSE.

12:04PM  7  YOU ARE ACTUALLY GIVEN A DEFINITION IN FEDERAL COURT ABOUT

12:04PM  8  WHAT REASONABLE DOUBT IS.  DOES ANYBODY ELSE HAVE AN EXAMPLE?

12:04PM  9        NOW, OBVIOUSLY, THE STANDARD IN A CRIMINAL CASE IS

12:04PM  10  THE HIGHEST STANDARD WE HAVE IN THE LAW.  OKAY?  AND WHAT DOES

12:04PM  11  IT TAKE FOR SOMEBODY TO BE HERE, TO BE CHARGED WITH A CRIME?

12:04PM  12  WHAT DOES THAT TAKE?  DOES THE OFFICER OR THE AGENT THAT ARRESTS

12:04PM  13  HIM HAVE TO BE A HUNDRED PERCENT CERTAIN THAT THEY'VE COMMITTED

12:04PM  14  A CRIME?  NO.  THEY HAVE TO HAVE PROBABLE CAUSE TO MAKE AN

12:04PM  15  ARREST.  THAT'S THE SAME BURDEN THAT A POLICE OFFICER NEEDS

12:04PM  16  TO WRITE YOU A SPEEDING TICKET.  PROBABLE CAUSE.  PROBABLY.

12:04PM  17  RIGHT?

12:04PM  18        DOES ANYBODY UNDERSTAND HOW YOU COULD BE HERE AND

12:04PM  19  CHARGED WITH A CRIME BUT THE EVIDENCE MIGHT NOT BE ENOUGH TO

12:04PM  20  GET TO WHERE YOU COULD CONVICT SOMEONE BECAUSE THE BURDEN IS

12:04PM  21  SO MUCH HIGHER?  DOES EVERYBODY UNDERSTAND THAT?  AND THAT

12:05PM  22  IT'S OKAY--AND WE'RE NOT CALLING AGENTS OR POLICE OFFICERS

12:05PM  23  OR THE GOVERNMENT--WE'RE NOT CALLING THEM LIARS.  THEY MADE A

12:05PM  24  DECISION BASED ON THE BEST INFORMATION THEY HAD AT THE TIME.

12:05PM  25  BUT UNDERSTAND IT DOESN'T TAKE A WHOLE LOT TO BE SITTING AT

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

110

12:05PM 1 THIS TABLE.  IT DOES REQUIRE A WHOLE LOT TO CONVICT SOMEONE

12:05PM 2 FOR THE CRIME THEY'RE CHARGED WITH.  DOES EVERYBODY AGREE WITH

12:05PM 3 THAT?  RAISE YOUR HAND IF YOU'VE GOT A PROBLEM WITH THAT.

12:05PM 4 ANYONE?

12:05PM 5          HOW MANY OF YOU FEEL, HONESTLY, THAT WE WOULDN'T

12:05PM 6 BE HERE UNLESS THEY DID IT?  HONESTLY.  ANYONE?  OKAY.  GOOD.

12:05PM 7 BECAUSE THIS PRESUMPTION OF INNOCENCE, THIS VEIL THAT COVERS

12:05PM 8 THESE GENTLEMEN AS THEY SIT HERE RIGHT NOW, THAT IS SOMETHING

12:05PM 9 THAT IS AFFORDED TO US IN THE LAW TO PROTECT EACH ONE OF US.

12:06PM 10 IT'S FOR ME, IT'S FOR JUDGE SCHELL, IT'S FOR EVERY SINGLE ONE

12:06PM 11 OF YOU.  BECAUSE IN OUR LAW YOU'VE GOT TWO SIDES; YOU'VE GOT

12:06PM 12 THE PROSECUTION, AND YOU HAVE THE DEFENSE.  YOU'VE GOT LOTS

12:06PM 13 OF RESOURCES ON THIS SIDE, AND THEN YOU HAVE THINGS IN THE

12:06PM 14 LAW TO TRY TO LEVEL THE PLAYING FIELD.

12:06PM 15          WE DON'T HAVE TO DO ANYTHING.  IT'S NOT OUR BURDEN

12:06PM 16 TO TAKE THE STAND AND TESTIFY, LIKE MR. WHALEN TALKED TO YOU

12:06PM 17 ABOUT.  AND YOU ARE GOING TO GET AN INSTRUCTION.  AND, HONESTLY,

12:06PM 18 IF YOU CAN'T SET THAT ASIDE AND FOLLOW THE LAW ON THAT ONE

12:06PM 19 THING--AND THERE'S A LOT OF PEOPLE THAT CAN'T.  THEY WANT TO

12:06PM 20 HEAR FROM OUR SIDE--THIS IS NOT A CIVIL CASE.  THE SCALES OF

12:06PM 21 JUSTICE IS A DIFFERENT BURDEN.  IF YOU TILT THE SCALES IN YOUR

12:06PM 22 FAVOR, YOU WIN.

12:06PM 23          WE'RE NOT WEIGHING ANYTHING HERE, FOLKS.  THEY HAVE

12:06PM 24 TO PROVE EACH AND EVERY ELEMENT BEYOND A REASONABLE DOUBT

12:06PM 25 WITHOUT OUR HELP.  DOES EVERYBODY UNDERSTAND THAT?  DOES

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

**111**

12:07PM   1    ANYBODY HAVE A QUESTION ON THAT?  THAT'S SUPER IMPORTANT THAT

12:07PM   2    WE UNDERSTAND THAT.

12:07PM   3             AND THE ONLY WAY THAT THAT VEIL, THAT CLOAK OF THE

12:07PM   4    PRESUMPTION OF INNOCENCE CAN BE REMOVED FROM EACH ONE OF OUR

12:07PM   5    CLIENTS IS IF THE GOVERNMENT PROVES EACH AND EVERY ONE OF THE

12:07PM   6    ELEMENTS OF THEIR CASE BEYOND A REASONABLE DOUBT WITH RESPECT

12:07PM   7    TO EACH AND EVERY ONE OF THESE GENTLEMEN.

12:07PM   8             SO CRASH COURSE IN CRIMINAL LAW.  IF NOTHING ELSE, I

12:07PM   9    WANT EVERYBODY TO LEAVE HERE UNDERSTANDING WE'VE GOT THE BEST

12:07PM   10   SYSTEM GOING.  OKAY?  THE PRESUMPTION OF INNOCENCE IS SOMETHING

12:07PM   11   THAT IS A VERY POWERFUL PROTECTION FOR OUR INDIVIDUAL RIGHTS IN

12:07PM   12   THIS COUNTRY.

12:07PM   13            NUMBER 38.  THAT'S YOU.  AS YOU SIT HERE--AND THIS

12:08PM   14   QUESTION WAS ASKED BEFORE, BUT I'M GONNA ASK IT AGAIN.  AS YOU

12:08PM   15   SIT HERE, I'M GONNA ASK THAT YOU RENDER YOUR VERDICT IN THIS

12:08PM   16   CASE.  WHAT IS YOUR VERDICT?

12:08PM   17   A.     AT THIS MOMENT?

12:08PM   18   Q.     YES.

12:08PM   19   A.     NOT GUILTY.  NOTHING HAS BEEN PRESENTED.

12:08PM   20   Q.     OKAY.

12:08PM   21            NUMBER 40, DID YOU HEAR WHAT HE SAID?  "NOT GUILTY."

12:08PM   22   NOTHING HAS BEEN PRESENTED.  WHY IS IT THAT THEY'RE NOT GUILTY?

12:08PM   23   A.     [38]  BECAUSE THE LAW STATES THAT THEY'RE INNOCENT

12:08PM   24   UNTIL PROVEN GUILTY.

12:08PM   25   Q.     BECAUSE OF THE PRESUMPTION OF INNOCENCE.  RIGHT?  AND

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

112

| | |
|---|---|
| 12:08PM | 1 |
| 12:08PM | 2 |

AS WE SIT HERE NOW, EACH ONE OF THEM IS NOT GUILTY.  OKAY?
THANK YOU.

NONE OF YOU WILL EVER SEE ON A CRIMINAL VERDICT FORM
THE WORD "INNOCENT."  YOU'RE NOT GONNA SEE IT, BECAUSE THAT'S
NOT THE BURDEN.  THEIR BURDEN IS TO PROVE BEYOND A REASONABLE
DOUBT THAT THE PERSON IS GUILTY.  IF THEY CAN'T MEET THEIR
BURDEN, WHAT DOES THE VERDICT FORM SAY?  IT SAYS "NOT GUILTY."
THAT'S NOT THE SAME AS "INNOCENT."  YOU MAY BELIEVE THAT A
PERSON HAS DONE SOMETHING, YOU MAY BELIEVE THAT A PERSON HAS
BROKEN A LAW, HAS VIOLATED YOUR MORAL CODE, HAS DONE SOMETHING
THAT YOU DON'T AGREE WITH, BUT IF THEY DON'T PROVE THE ELEMENTS
OF THEIR CASE, YOU HAVE TO VOTE "NOT GUILTY."  ALL YOU ARE
SAYING IS, "THEY DIDN'T MEET THEIR BURDEN."

THE ONLY THING WE WANT AS DEFENSE ATTORNEYS IN A
CASE IS FOR THE PEOPLE THAT ULTIMATELY TAKE THOSE SEATS OVER
THERE TO BE HONEST WITH THEMSELVES ABOUT THEIR FEELINGS, IF
THEY HAVE FEELINGS THAT WOULD AFFECT THEIR ABILITY TO SIT AS
A JUROR AND TO LISTEN TO THE EVIDENCE.  WHAT IS EVIDENCE IN
A CRIMINAL CASE?  RAISE YOUR HAND IF YOU KNOW.  ANYONE?  DOES
ANYONE KNOW WHAT "EVIDENCE" IS?  FOLKS, EVIDENCE IS WHAT COMES
IN THROUGH WITNESSES ON THE STAND.  THAT'S WHY STRONG FEELINGS
MATTER.  BECAUSE WE DON'T WANT YOU BRINGING IN YOUR STUFF AND
MAKING YOUR DECISIONS WITH NOT ONLY THE EVIDENCE THAT COMES IN
BUT ALSO YOUR LIFE'S EXPERIENCE IF IT'S SKEWING YOU ONE WAY OR
THE OTHER.  THAT'S WHY STRONG FEELINGS MATTER.  WE DON'T WANT

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

113

| | | |
|---|---|---|
| 12:10PM | 1 | YOUR STRONG FEELINGS TO BE EVIDENCE IN THE CASE.  DOES |
| 12:10PM | 2 | EVERYBODY UNDERSTAND THAT?  THAT'S WHY IT'S SO IMPORTANT.  WE |
| 12:10PM | 3 | DON'T WANT IT TO BE CONSIDERED AS EVIDENCE.  SOMETIMES IT WILL |
| 12:10PM | 4 | CLOUD YOUR JUDGMENT AND YOU MAY RENDER A VERDICT IN A CRIMINAL |
| 12:10PM | 5 | CASE ON SOMETHING LESS THAN BEYOND A REASONABLE DOUBT.  THAT'S |
| 12:10PM | 6 | WHAT WE'RE TRYING TO AVOID.  WE DON'T WANT YOU MAKING YOUR |
| 12:10PM | 7 | DECISION BASED ON THE PREPONDERANCE-OF-THE-EVIDENCE STANDARD; |
| 12:10PM | 8 | WE WANT YOU TO MAKE YOUR DECISION BASED UPON THE BEYOND-A- |
| 12:10PM | 9 | REASONABLE-DOUBT STANDARD.  OKAY? |
| 12:10PM | 10 | THAT BRINGS UP MY LAST POINT.  HOW CAN YOU, IN A |
| 12:11PM | 11 | CRIMINAL CASE, RENDER A VERDICT OF "NOT GUILTY"?  CAN SOMEBODY |
| 12:11PM | 12 | GIVE ME JUST ONE OF THE WAYS THAT THAT CAN BE DONE?  NO RIGHT |
| 12:11PM | 13 | OR WRONG ANSWER.  NUMBER 8. |
| 12:11PM | 14 | A.    IF THEY HAVEN'T PROVEN ALL THREE ELEMENTS, THEN IT'S |
| 12:11PM | 15 | "NOT GUILTY." |
| 12:11PM | 16 | Q.    OKAY.  IF THEY HAVEN'T PROVED ALL THREE ELEMENTS. |
| 12:11PM | 17 | NUMBER 6, YOU HEARD IF THEY HAVEN'T PROVED ALL THREE |
| 12:11PM | 18 | OF THE ELEMENTS--AND THAT WAS THE HYPOTHETICAL HE GAVE, THREE |
| 12:11PM | 19 | ELEMENTS.  WHAT DO YOU THINK ABOUT THAT? |
| 12:11PM | 20 | GO AHEAD AND HAND HER THE MIKE. |
| 12:11PM | 21 | A.    IT WOULD BE "NOT GUILTY." |
| 12:11PM | 22 | Q.    IT WOULD BE "NOT GUILTY."  CORRECT?  OKAY. |
| 12:11PM | 23 | NUMBER 5, WHAT ARE SOME OF THE REASONS THAT THEY |
| 12:11PM | 24 | COULDN'T PROVE EACH OF THE ELEMENTS TO YOU AS A JUROR? |
| 12:11PM | 25 | A.    IF IT WASN'T TRUE, THEN THEY COULDN'T PROVE IT. |

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

114

| | | |
|---|---|---|
| 12:11PM | 1 | Q.      OKAY.  IF IT WASN'T TRUE.  SO, IN OTHER WORDS, THE |
| 12:12PM | 2 | EVIDENCE DIDN'T ADD UP ENOUGH TO YOU TO BELIEVE--YOU UNDERSTAND |
| 12:12PM | 3 | AS A JUROR YOU ARE THE FINDER OF THE FACTS.  YOU HAVE TO |
| 12:12PM | 4 | DETERMINE FOR YOURSELF THE CREDIBILITY TO GIVE TO EACH OF THE |
| 12:12PM | 5 | WITNESSES WHO TAKES THE STAND.  EVERYBODY UNDERSTAND THAT?  SO |
| 12:12PM | 6 | IF YOU DON'T BELIEVE SOMEONE THAT TOOK THE STAND AND GAVE THE |
| 12:12PM | 7 | EVIDENCE ON A PARTICULAR DEFENDANT, THEN YOU WOULD HAVE A HARD |
| 12:12PM | 8 | TIME FINDING THEM GUILTY? |
| 12:12PM | 9 | A.      YES. |
| 12:12PM | 10 | Q.      BECAUSE YOU DIDN'T BELIEVE THEM.  IS THAT FAIR TO SAY? |
| 12:12PM | 11 | A.      RIGHT. |
| 12:12PM | 12 | Q.      ALL RIGHT.  SO CREDIBILITY--THANK YOU. |
| 12:12PM | 13 | CREDIBILITY OF THE EVIDENCE OR CREDIBILITY OF THE |
| 12:12PM | 14 | WITNESSES. |
| 12:12PM | 15 | WHAT'S ANOTHER REASON?  NUMBER 37, WHAT'S ANOTHER |
| 12:12PM | 16 | REASON THAT THE GOVERNMENT MAY NOT BE ABLE TO MEET THEIR |
| 12:12PM | 17 | BURDEN? |
| 12:12PM | 18 | A.      UM, THEY DON'T HAVE GOOD ENOUGH TESTIMONY FROM |
| 12:12PM | 19 | WITNESSES TO BE ABLE TO CONVICT THE PEOPLE WHO ARE ON TRIAL. |
| 12:12PM | 20 | Q.      WHEN YOU SAY "GOOD ENOUGH," WHAT DO YOU MEAN? |
| 12:13PM | 21 | A.      TESTIMONY THAT MAKES YOU BELIEVE WHAT THEY'RE SAYING. |
| 12:13PM | 22 | Q.      OKAY.  THANK YOU.  AND UNDERSTAND THAT IT'S NOT ONLY |
| 12:13PM | 23 | WHAT THESE WITNESSES SAY, BUT THEY'RE GONNA SPONSOR EVIDENCE |
| 12:13PM | 24 | THAT THE GOVERNMENT IS GONNA TRY TO PUT INTO EVIDENCE.  MAYBE |
| 12:13PM | 25 | DRUGS, MAYBE PHOTOGRAPHS.  THAT, ALSO.  SO KNOWING THAT, |

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

**115**

12:13PM 1  NUMBER--THIRD ROW--LET'S SEE.  NUMBER 17, KNOWING THAT--KNOWING

12:13PM 2  THAT SHE SAID THEY MIGHT NOT PUT ENOUGH IN, WHAT'S ANOTHER

12:13PM 3  REASON IN YOUR MIND THAT THEY MAY NOT BE ABLE TO MEET THEIR

12:13PM 4  BURDEN?

12:13PM 5   A.     I'M NOT SURE.  I MEAN, THAT WAS IT FOR ME.

12:13PM 6   Q.     OKAY.  WITNESSES.  YOU DON'T BELIEVE THE WITNESSES.

12:13PM 7  WHAT ELSE?

12:13PM 8   A.     [PAUSING]

12:13PM 9   Q.     OKAY.  THANK YOU.

12:14PM 10          NUMBER 15, I HEARD YOU SAY SOMETHING.  TELL ME WHAT

12:14PM 11  YOU SAID.

12:14PM 12   A.     LACK OF EVIDENCE.

12:14PM 13   Q.     OKAY.  LACK OF EVIDENCE.  EVERYBODY HEAR THAT?  LACK

12:14PM 14  OF EVIDENCE.  EVERYBODY UNDERSTANDS WHAT LACK OF EVIDENCE IS.

12:14PM 15  WE DON'T SAY "LACK OF EVIDENCE."  WE SAY "INSUFFICIENCY OF

12:14PM 16  EVIDENCE."  RIGHT?  INSUFFICIENT.  EVIDENCE IS INSUFFICIENT.

12:14PM 17  SO THEY JUST MIGHT NOT HAVE ENOUGH TO CONVINCE YOU BEYOND A

12:14PM 18  REASONABLE DOUBT.  MAN, IF YOU HAD THAT ONE OTHER THING, YOU

12:14PM 19  COULD HAVE GOTTEN THERE.  "I DIDN'T HEAR IT, I DIDN'T SEE IT,

12:14PM 20  YOU DIDN'T PUT IT IN EVIDENCE.  SO I HAVE TO VOTE "NOT GUILTY"

12:14PM 21  BECAUSE YOU DIDN'T MEET YOUR BURDEN."  DOES EVERYBODY UNDERSTAND

12:14PM 22  THAT?  THAT'S HOW IT WORKS.  THAT'S ALL THAT WE'RE ASKING THAT

12:14PM 23  YOU DO.  THAT'S ALL THAT WE'RE ASKING THAT YOU DO.  BUT IT'S

12:14PM 24  GONNA REQUIRE THAT YOU PAY ATTENTION, AND IT'S GONNA REQUIRE

12:14PM 25  THAT YOU ARE HONEST WITH YOURSELF ABOUT ANY FEELINGS THAT YOU

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA

**116**

12:14PM  1   MAY HAVE.  AND I THINK AT THIS POINT PROBABLY WHAT'S GONNA

12:14PM  2   HAPPEN IS--REMEMBER BEFORE, WHEN THE JUDGE TOOK DOWN SOME

12:14PM  3   NUMBERS?  WE'RE GONNA MEET WITH SOME PEOPLE INDIVIDUALLY.  IF

12:15PM  4   YOU DIDN'T RAISE YOUR NUMBER BEFORE, AND BASED ON SOMETHING

12:15PM  5   THAT ONE OF THE ATTORNEYS HAS SAID, YOU NEED TO MEET WITH THE

12:15PM  6   JUDGE INDIVIDUALLY, RAISE YOUR NUMBER.  IF THERE'S ANYONE ELSE

12:15PM  7   THAT WANTS AN OPPORTUNITY TO TALK ABOUT SOMETHING THAT THEY

12:15PM  8   DON'T WANT TO DISCUSS IN PUBLIC.  IS THERE ANYONE?  OKAY.

12:15PM  9             THANK YOU VERY MUCH.

12:15PM 10             THE COURT:  OKAY.  THANK YOU, MR. PETRAZIO.

12:15PM 11             LADIES AND GENTLEMEN, I'M READY TO VISIT WITH SOME

12:15PM 12   OF YOU INDIVIDUALLY.  I HAVE A CHECKMARK BY YOUR NUMBERS HERE.

12:15PM 13   SO I'LL START WITH JUROR NUMBER 2 AND THEN GO TO JUROR NUMBER 5

12:15PM 14   AND THEN, IT LOOKS LIKE, NUMBER 9.

12:15PM 15             SO WHAT I'M GOING TO ASK YOU TO DO IS STEP OUTSIDE

12:15PM 16   THE COURTROOM.  YOU CAN GO BACK TO THE BIG ROOM WHERE YOU

12:15PM 17   GATHERED THIS MORNING AND WAIT THERE, AND I'LL CALL YOU IN ONE

12:15PM 18   AT A TIME, AT LEAST THOSE OF YOU WHO RAISED YOUR HAND OR SAID

12:16PM 19   YOU NEEDED TO VISIT WITH ME.

12:16PM 20             I'M GOING TO START WITH JUROR NUMBER 2.  NUMBER 2,

12:16PM 21   IF YOU WILL STAY HERE IN THE COURTROOM, I'LL START WITH YOU,

12:16PM 22   MA'AM.  THEN WE'LL GO TO NUMBER 5 AND THEN ON THROUGH THE LIST.

12:16PM 23   THANK YOU.

12:16PM 24             [OPEN COURT, DEFENDANTS PRESENT, VENIREPERSON 2

12:16PM 25   PRESENT, REMAINDER OF VENIRE NOT PRESENT]

12:16PM  1          THE COURT:  OKAY.  YOU CAN BE SEATED.

12:16PM  2              JUROR NUMBER 2, WOULD YOU COME TO THE PODIUM HERE

12:16PM  3  WHERE THERE'S A MICROPHONE.

12:17PM  4  Q.     JUROR NUMBER 2, I THINK YOU RAISED YOUR HAND WHEN I

12:17PM  5  ASKED WHETHER OR NOT ANY MEMBERS OF THE PANEL HAD A DOCTOR'S

12:17PM  6  APPOINTMENT IN THE NEXT TWO WEEKS THAT YOU DID NOT WANT TO

12:17PM  7  RESCHEDULE.  I THINK YOU RAISED YOUR HAND.

12:17PM  8  A.     YES, I DID.  I THINK IT'S ON THE 17TH.  AND I'M NOT

12:17PM  9  SURE IF THAT'S WITHIN THE WEEK AND A HALF--

12:17PM  10  Q.     WE'LL PROBABLY BE FINISHED BY THEN.  OKAY.  YOU ALSO

12:17PM  11  SAID SOMETHING ABOUT HEARING.

12:17PM  12  A.     YEAH.  IT SEEMS PRETTY LOUD IN HERE, BUT I HAVE, LIKE,

12:17PM  13  80 PERCENT LOSS IN MY RIGHT EAR.  SO I WAS JUST CONCERNED THAT,

12:17PM  14  DEPENDING ON WHERE I WOULD BE, YOU KNOW, SITTING, YOU KNOW,

12:17PM  15  WHERE THE WITNESS STAND IS, IT MAY KIND OF CAUSE A LITTLE

12:17PM  16  PROBLEM IF SOMEBODY WASN'T TALKING LOUD ENOUGH WHERE I COULDN'T

12:17PM  17  MAYBE HEAR.

12:17PM  18  Q.     ALL RIGHT.  NOW, WE ALL USE MICROPHONES IN HERE.

12:17PM  19  HAVE YOU BEEN ABLE TO HEAR EVERYONE WHO HAS BEEN SPEAKING?

12:17PM  20  A.     THERE'S BEEN SOME PEOPLE THAT'S TALKED A LITTLE LOW,

12:17PM  21  YOU KNOW, WHERE MAYBE ONE OF THE ATTORNEYS SAID SOMETHING THAT

12:18PM  22  WASN'T REAL CLEAR.  AS FAR AS, YOU KNOW, PEOPLE BEING DISTANT

12:18PM  23  OR KIND OF THE WAY THEY'RE SITTING, IT KIND OF SOMETIMES MESSES

12:18PM  24  UP MY HEARING A LITTLE.  SO I JUST WANTED TO BRING IT UP, YOU

12:18PM  25  KNOW.

12:18PM  1   Q.     OKAY.  WELL, THE LAWYERS WILL BE QUESTIONING THE

12:18PM  2   WITNESSES FROM WHERE YOU ARE STANDING, USING THAT MICROPHONE.

12:18PM  3   THE WITNESSES WILL BE SITTING RIGHT OVER HERE TO MY LEFT, AND

12:18PM  4   THERE'S A MICROPHONE THERE.  AND YOU WOULD BE SITTING THERE

12:18PM  5   IN THE JURY BOX.

12:18PM  6            AS FAR AS YOUR DOCTOR'S APPOINTMENT, I DON'T THINK

12:18PM  7   WE'LL STILL BE IN TRIAL ON THE 17TH.

12:18PM  8   A.     THAT'S FINE.  I JUST WANTED TO BRING IT TO YOUR

12:18PM  9   ATTENTION.

12:18PM  10           THE COURT:  OKAY.

12:18PM  11           I'LL ASK THE LAWYERS IF THEY HAVE ANY QUESTIONS FOR

12:18PM  12  YOU.

12:18PM  13           MS. BATSON:  NONE FROM THE GOVERNMENT, YOUR HONOR.

12:18PM  14           THE COURT:  NO QUESTIONS?  OKAY.

12:18PM  15           THANK YOU, MA'AM.

12:18PM  16           ACTUALLY, BEFORE WE GET TO NUMBER 5, I HAD A NOTE

12:18PM  17  THAT JUROR NUMBER 4 TALKED ABOUT HOW HE FELT ABOUT SOMEONE WHO

12:18PM  18  IS ACCUSED OF A CRIME WHO DID NOT TESTIFY.  I DON'T REMEMBER,

12:19PM  19  BUT I THINK THAT WAS MR. WHALEN'S QUESTIONING.  DO YOU WANT TO

12:19PM  20  BRING HIM IN AND ASK HIM ANY MORE QUESTIONS?

12:19PM  21           MR. WHALEN:  WHAT NUMBER WAS HE AGAIN, YOUR HONOR?

12:19PM  22           THE COURT:  NUMBER 4.  WASN'T IT 4?

12:19PM  23           MR. WHALEN:  YEAH.  NO, I DON'T.

12:19PM  24           THE COURT:  DO YOU WANT TO KEEP HIM ON THE JURY?

12:19PM  25           MR. WHALEN:  NO, I WOULD MOVE FOR CAUSE.

| | | |
|---|---|---|
| 12:19PM | 1 | THE COURT:  ALL RIGHT. |
| 12:19PM | 2 | LET'S SEE, MS. BATSON, DO YOU WANT TO BRING HIM IN |
| 12:19PM | 3 | AND ASK HIM ANY QUESTIONS? |
| 12:19PM | 4 | MS. BATSON:  YES, YOUR HONOR.  I DON'T BELIEVE HE |
| 12:19PM | 5 | WAS DEFINITIVE IN HIS ANSWERS. |
| 12:19PM | 6 | THE COURT:  OKAY. |
| 12:19PM | 7 | WOULD YOU ASK NUMBER 4 TO COME IN. |
| 12:20PM | 8 | Q.    JUROR NUMBER 4, WOULD YOU COME TO THE PODIUM THERE. |
| 12:20PM | 9 | IF YOU ARE CHOSEN ON THE JURY, I'LL INSTRUCT YOU THAT THE LAW |
| 12:20PM | 10 | DOESN'T REQUIRE A DEFENDANT TO PROVE HIS INNOCENCE OR PRODUCE |
| 12:20PM | 11 | ANY EVIDENCE AT ALL, AND YOU CAN'T INFER ANYTHING FROM THE |
| 12:20PM | 12 | ELECTION OF A DEFENDANT NOT TO TESTIFY.  YOU JUST CANNOT |
| 12:20PM | 13 | CONSIDER THAT FOR ANY PURPOSE. |
| 12:20PM | 14 | NOW, I THINK YOU SAID THAT YOU WOULD EXPECT SOMEONE |
| 12:21PM | 15 | ACCUSED OF A CRIME, IF THEY DID NOT COMMIT THE CRIME, TO |
| 12:21PM | 16 | TESTIFY.  CORRECT? |
| 12:21PM | 17 | A.    YES, SIR. |
| 12:21PM | 18 | Q.    OKAY.  ALL RIGHT.  CAN YOU FOLLOW MY INSTRUCTION THAT-- |
| 12:21PM | 19 | NOTWITHSTANDING THAT FEELING THAT IF YOU ARE FALSELY ACCUSED |
| 12:21PM | 20 | OF SOMETHING YOU WOULD SAY SOMETHING ABOUT IT, CAN YOU PUT THAT |
| 12:21PM | 21 | ASIDE AND FOLLOW MY INSTRUCTION THAT YOU CANNOT INFER ANYTHING |
| 12:21PM | 22 | FROM THE ELECTION OF A DEFENDANT NOT TO TESTIFY? |
| 12:21PM | 23 | A.    I JUST THINK IT'S VERY DIFFICULT TO DO.  I GUESS THE |
| 12:21PM | 24 | ANSWER IS "NO." |
| 12:21PM | 25 | Q.    OKAY. |

12:21PM  1   A.      I THINK I STILL HAVE THAT PREJUDICE.

12:21PM  2           THE COURT:  OKAY.  ALL RIGHT.

12:21PM  3           MR. GONZALEZ OR MS. BATSON, DO YOU HAVE ANY

12:21PM  4   QUESTIONS?

12:21PM  5           MS. BATSON:  NO, YOUR HONOR.

12:21PM  6           THE COURT:  OKAY.

12:21PM  7           ANY QUESTIONS BY DEFENSE COUNSEL?

12:21PM  8           MR. WHALEN:  NO, YOUR HONOR.

12:21PM  9           THE COURT:  NO.

12:21PM  10          MR. KEMP:  NO, YOUR HONOR.

12:21PM  11          THE COURT:  ALL RIGHT.

12:21PM  12          THANK YOU, SIR.

12:22PM  13          MR. WHALEN, YOU ARE MOVING TO STRIKE JUROR NUMBER 4

12:22PM  14  FOR CAUSE?

12:22PM  15          MR. WHALEN:  THAT'S CORRECT, YOUR HONOR.

12:22PM  16          THE COURT:  ALL RIGHT.  I'M GOING TO GRANT

12:22PM  17  MR. WHALEN'S MOTION.

12:22PM  18          MS. BATSON:  NO OBJECTION, YOUR HONOR.

12:22PM  19          THE COURT:  OKAY.  NO OBJECTION BY THE GOVERNMENT.

12:22PM  20  I'LL STRIKE JUROR NUMBER 4 FOR CAUSE BASED UPON HIS STATEMENT

12:22PM  21  TO THE COURT THAT HE COULD NOT--THAT HE WOULD CONSIDER, RATHER,

12:22PM  22  AN ELECTION BY A DEFENDANT NOT TO TESTIFY.

12:22PM  23          NUMBER 5.

12:22PM  24   Q.     JUROR NUMBER 5, I BELIEVE YOU RAISED YOUR HAND WHEN

12:22PM  25  I ASKED THE QUESTION ABOUT WHETHER YOU HAD BEEN INVOLVED IN

12:23PM  1  A CRIMINAL MATTER THAT CONCERNED YOU OR A FAMILY MEMBER OR A

12:23PM  2  CLOSE FRIEND THAT WENT TO COURT AND THAT EITHER YOU OR A FAMILY

12:23PM  3  MEMBER OR A CLOSE FRIEND WAS INVOLVED AS A DEFENDANT, A WITNESS

12:23PM  4  OR A VICTIM.

12:23PM  5  A.      YES.

12:23PM  6  Q.      WOULD YOU TELL ME ABOUT THAT?

12:23PM  7  A.      MY MOTHER-IN-LAW IS IN A SENIOR LIVING CENTER HERE IN

12:23PM  8  PLANO, AND WE DISCOVERED MONEY AND THINGS WERE MISSING FROM

12:23PM  9  HER, AND WE PUT UP A CAMERA TO SEE IF WE COULD FIND OUT WHO IT

12:23PM  10  WAS.  AND WE DISCOVERED A WORKER FROM THIS FACILITY WAS COMING

12:23PM  11  IN AND STEALING FROM HER IN THE AMOUNT OF $80,000.

12:23PM  12  Q.      80?

12:23PM  13  A.      $80,000 IN JEWELRY AND CASH.  AND THE PERSON HAS BEEN

12:23PM  14  IN JAIL SINCE APRIL AND IS GOING TO BE CONVICTED, OR SENTENCED,

12:23PM  15  I GUESS, ON DECEMBER 19TH.

12:23PM  16  Q.      OKAY.  ALL RIGHT.  DOES THAT AFFECT YOUR FEELINGS ABOUT

12:23PM  17  BEING A JUROR IN THIS CASE?

12:24PM  18  A.      UM, NO, I DON'T THINK SO.

12:24PM  19  Q.      OKAY.  CAN YOU FOLLOW MY INSTRUCTION THAT SOMEONE WHO

12:24PM  20  IS SIMPLY ACCUSED OF A CRIME BY INDICTMENT, THAT THAT IS NOT

12:24PM  21  ANY EVIDENCE OF GUILT?

12:24PM  22  A.      RIGHT, I CAN DO THAT.

12:24PM  23  Q.      OKAY.  AND THAT THE GOVERNMENT HAS THE BURDEN OF

12:24PM  24  PROVING ITS CASE AGAINST THESE THREE INDIVIDUALS?

12:24PM  25  A.      ABSOLUTELY.

INDIVIDUAL VOIR DIRE QUESTIONING

122

12:24PM   1         THE COURT:  OKAY.  ALL RIGHT.

12:24PM   2         MS. BATSON, ANY QUESTIONS?

12:24PM   3         MS. BATSON:  NO, YOUR HONOR.

12:24PM   4         THE COURT:  ANY QUESTIONS FROM DEFENSE COUNSEL?

12:24PM   5         MR. PETRAZIO:  NO, YOUR HONOR.

12:24PM   6         THE COURT:  NO.  OKAY.

12:24PM   7         THANK YOU, MA'AM.

12:24PM   8         THE NEXT JUROR I HAVE A CHECKMARK BY IS JUROR NUMBER

12:24PM   9  9.  DOES ANYONE WANT TO QUESTION ANYONE BEFORE WE GET TO JUROR

12:24PM  10  NUMBER 9?  OKAY.

12:24PM  11         JUROR NUMBER 9.

12:25PM  12  Q.     JUROR NUMBER 9, I BELIEVE YOU RAISED YOUR HAND WHEN I

12:25PM  13  ASKED WHETHER YOU HAD ANY EXPERIENCE INVOLVING YOURSELF OR A

12:25PM  14  FAMILY MEMBER OR A CLOSE FRIEND THAT SOMEHOW RELATES TO THE

12:25PM  15  USE OR POSSESSION OF DRUGS.

12:25PM  16  A.     YES.

12:25PM  17  Q.     COULD YOU TELL ME ABOUT THAT.

12:25PM  18  A.     MY EX-HUSBAND SERVED TIME FOR DRUG POSSESSION.  I

12:25PM  19  CURRENTLY HAVE A NIECE THAT WAS ON PROBATION, AND SHE HAS

12:25PM  20  VIOLATED HER PROBATION, FOR DRUG POSSESSION.  AND I HAVE

12:25PM  21  OTHER FAMILY--EXTENDED FAMILY MEMBERS THAT WERE IN REHAB AND

12:26PM  22  WHATEVER, BUT NOTHING IN MY IMMEDIATE CLOSE FAMILY.  I MEAN...

12:26PM  23  Q.     OKAY.  ALL RIGHT.  DO YOU KNOW WHAT KIND OF DRUG YOUR

12:26PM  24  EX-HUSBAND AND YOUR NIECE WERE INVOLVED WITH?

12:26PM  25  A.     MY EX-HUSBAND, IT WAS SOME TYPE OF PILLS.  I DON'T KNOW

INDIVIDUAL VOIR DIRE QUESTIONING

123

| | |
|---|---|
| 12:26PM | 1 |
| 12:26PM | 2 |
| 12:26PM | 3 |
| 12:26PM | 4 |
| 12:26PM | 5 |
| 12:26PM | 6 |
| 12:26PM | 7 |
| 12:26PM | 8 |
| 12:26PM | 9 |
| 12:27PM | 10 |
| 12:27PM | 11 |
| 12:27PM | 12 |
| 12:27PM | 13 |
| 12:27PM | 14 |
| 12:27PM | 15 |
| 12:27PM | 16 |
| 12:27PM | 17 |
| 12:27PM | 18 |
| 12:27PM | 19 |
| 12:27PM | 20 |
| 12:27PM | 21 |
| 12:27PM | 22 |
| 12:27PM | 23 |
| 12:27PM | 24 |
| 12:28PM | 25 |

1   WHAT TYPE IT WAS.  IT'S BEEN SEVERAL YEARS AGO, 10 YEARS AGO.

2   BUT MY NIECE AND MY EX-HUSBAND'S SON, WHICH WAS ONE OF THE

3   PEOPLE, IS METHAMPHETAMINE.  AND MY OTHER NEPHEW WAS HEROIN.

4   Q.     OKAY.

5          NOW, THE ACCUSATION IN THIS CASE IS THAT THESE

6   THREE DEFENDANTS CONSPIRED TO POSSESS WITH INTENT TO DISTRIBUTE

7   METHAMPHETAMINE.  TELL ME HOW YOU FEEL ABOUT BEING A JUROR IN

8   THIS CASE.

9   A.     I THINK I COULD LISTEN TO THE EVIDENCE.  I MEAN,

10  THAT'S NOT GONNA SWAY ME.  I, YOU KNOW, DON'T BELIEVE IN DRUG

11  DISTRIBUTION OR THE USE OF IT, BUT THEY WOULD HAVE TO PROVE--

12  YOU KNOW, I'M NOT JUST GONNA SAY BECAUSE THEY'VE BEEN CHARGED

13  WITH IT THEY'RE GUILTY.

14  Q.     OKAY.  SO EVEN THOUGH THE CHARGE HERE HAS TO DO WITH

15  THE SAME DRUG THAT YOUR NIECE AND ANOTHER FAMILY MEMBER WERE

16  INVOLVED WITH, THAT'S NOT SUCH AN EMOTIONAL TRIGGER FOR YOU

17  THAT YOU WOULDN'T BE ABLE TO OBJECTIVELY EVALUATE THE EVIDENCE

18  IN THIS CASE?

19  A.     I DON'T THINK SO, SIR.

20  Q.     OKAY.  SO CAN YOU PRESUME THE THREE INDIVIDUALS SITTING

21  AT COUNSEL TABLE OVER HERE WHO ARE ACCUSED INNOCENT AS THEY SIT

22  THERE RIGHT NOW?

23  A.     TILL I'M SHOWN OTHERWISE, YES.

24         THE COURT:  OKAY.  ALL RIGHT.

25         ANY QUESTIONS FOR JUROR NUMBER 9?

12:28PM  1          MS. BATSON:  NO, YOUR HONOR.

12:28PM  2          MR. PETRAZIO:  BRIEFLY, YOUR HONOR.

12:28PM  3          THE COURT:  OKAY.

12:28PM  4          MR. PETRAZIO:

12:28PM  5  Q.     YOU KEEP USING THE PHRASE YOU DON'T THINK SO.  I

12:28PM  6  UNDERSTAND THAT THESE STRONG FEELINGS I TALKED ABOUT--IS

12:28PM  7  THAT SOMETHING THAT YOU MIGHT CONFUSE IN EITHER HOLDING THE

12:28PM  8  GOVERNMENT TO A HIGHER OR A LOWER BURDEN WITH RESPECT TO THE

12:28PM  9  EVIDENCE?  DO YOU THINK THAT YOU CAN SET THOSE STRONG FEELINGS

12:28PM  10  ASIDE AND THEM NOT BE A FACTOR WHEN YOU WEIGH THE EVIDENCE?

12:28PM  11  BECAUSE YOU ARE WEIGHING THE EVIDENCE.  WOULD THOSE STRONG

12:28PM  12  FEELINGS AFFECT YOU WHERE YOU MIGHT WEIGH THE EVIDENCE

12:28PM  13  DIFFERENTLY, EITHER FOR OR AGAINST THE GOVERNMENT?

12:28PM  14  A.     I DON'T THINK SO.

12:28PM  15  Q.     WE NEED MORE THAN "I DON'T THINK SO."

12:28PM  16  A.     I KNOW.  THAT WAS JUST A PHRASE.  NO.  I STILL SAY

12:28PM  17  I WOULD GO BY THE EVIDENCE.  I MEAN, EVEN IF--LIKE YOU SAID

12:29PM  18  EARLIER, EVEN IF SOMEONE IS GUILTY, IF YOU CAN'T PROVE THEY'RE

12:29PM  19  GUILTY, THAT'S WHAT WE'RE HERE TO DECIDE.  AND I DO HAVE THAT

12:29PM  20  EXPERIENCE.  AND YOU ASKED ME HAD I HAD ANY CONNECTION WITH

12:29PM  21  THAT, EVEN THOUGH IT'S REMOVED AND NOT FIRST--YOU KNOW,

12:29PM  22  FIRSTHAND MYSELF.

12:29PM  23  Q.     SO IT'S NOT GOING TO AFFECT YOUR ABILITY TO WEIGH THE

12:29PM  24  EVIDENCE?

12:29PM  25  A.     NO, I DON'T THINK--I DON'T THINK IT WOULD.

INDIVIDUAL VOIR DIRE QUESTIONING

125

12:29PM  1           MR. PETRAZIO:  THANK YOU, MA'AM.

12:29PM  2           THE COURT:  ALL RIGHT.  THANK YOU, JUROR NUMBER 9.

12:29PM  3           JUROR NUMBER 11.

12:30PM  4           MR. HOLLIS, AFTER NUMBER 11, I'LL NEED 13, THEN 15.

12:30PM  5  Q.     JUROR NUMBER 11, I THINK YOU TOLD ONE OF THE COURT

12:30PM  6  SECURITY OFFICERS THAT YOU NEEDED TO TELL ME SOMETHING ABOUT

12:30PM  7  A PROBLEM YOU MAY HAVE WITH A CAREGIVER.

12:30PM  8  A.     YES.  I HAVE THREE YOUNG CHILDREN.  MY HUSBAND IS ABLE

12:30PM  9  TO TAKE CARE OF THEM THIS WEEK FOR THE TIME THAT THEY WOULD BE

12:30PM  10  OUT OF SCHOOL AND I COULD GET HOME.  BUT NEXT WEEK, STARTING

12:30PM  11  MONDAY, HE WILL BE OUT OF TOWN AND I DON'T REALLY HAVE SOMEBODY

12:30PM  12  THAT I CAN RELY ON FOR EVERY DAY.

12:30PM  13  Q.     OKAY.  WHAT TIME DO YOUR CHILDREN GET HOME?

12:30PM  14  A.     SCHOOL GETS OUT AT 2:50.

12:31PM  15  Q.     OKAY.  ALL RIGHT.  YOU ARE A PRESCHOOL EDUCATOR, BUT

12:31PM  16  RIGHT NOW YOU ARE NOT WORKING?

12:31PM  17  A.     I'M UNEMPLOYED.  SO I'M THE MAIN CAREGIVER FOR MY

12:31PM  18  CHILDREN.  SO WE DON'T HAVE ANYBODY HIRED FOR AFTER SCHOOL.

12:31PM  19  Q.     OKAY.  AND HOW OLD ARE YOUR KIDS?

12:31PM  20  A.     I HAVE AN 11-YEAR-OLD, A 12-YEAR-OLD AND A 14-YEAR-OLD.

12:31PM  21           THE COURT:  ALL RIGHT.

12:31PM  22           ANY QUESTIONS FOR JUROR NUMBER 11?

12:31PM  23           MS. BATSON:  NO, YOUR HONOR.

12:31PM  24           MR. WHALEN:  NO, YOUR HONOR.

12:31PM  25           MR. PETRAZIO:  NO, YOUR HONOR.

INDIVIDUAL VOIR DIRE QUESTIONING

126

12:31PM 1          MR. KEMP:  NO, YOUR HONOR.

12:31PM 2          THE COURT:  ALL RIGHT.  I'M INCLINED TO RELEASE HER.

12:31PM 3     THANK YOU, MA'AM.

12:31PM 4          THE WITNESS:  THANK YOU.

12:31PM 5          THE COURT:  I'M GOING TO STRIKE JUROR NUMBER 11 FOR

12:31PM 6  CAUSE SINCE SHE HAS YOUNG CHILDREN AND NO ONE TO CARE FOR THEM

12:31PM 7  NEXT WEEK.

12:31PM 8          NUMBER 13.

12:32PM 9  Q.     JUROR NUMBER 13, I BELIEVE YOU RAISED YOUR HAND WHEN I

12:32PM 10 ASKED BOTH QUESTIONS, THE FIRST ONE BEING WHETHER YOU HAD BEEN

12:32PM 11 INVOLVED IN A CRIMINAL MATTER IN COURT THAT CONCERNED YOU OR A

12:32PM 12 FAMILY MEMBER OR A CLOSE FRIEND IN SOME WAY, AND THE SECOND ONE

12:32PM 13 HAD TO DO WITH AN EXPERIENCE INVOLVING YOU OR A FAMILY MEMBER

12:32PM 14 OR A CLOSE FRIEND THAT RELATES TO ILLEGAL DRUGS.

12:32PM 15 A.     YES.  MY SON IS A CONVICTED FELON FOR POSSESSION OF

12:32PM 16 METHAMPHETAMINE.

12:32PM 17 Q.     OKAY.

12:32PM 18 A.     AND MULTIPLE MISDEMEANORS FOR POSSESSION OF MARIJUANA

12:32PM 19 LEADING UP TO THE METHAMPHETAMINE.

12:32PM 20 Q.     WHERE WAS HE CONVICTED?

12:32PM 21 A.     COLLIN COUNTY.

12:32PM 22 Q.     OKAY.  HOW LONG AGO WAS THAT?

12:32PM 23 A.     I THINK HIS ARREST WAS IN '04, FEBRUARY OF '04.

12:32PM 24 FEBRUARY OR MARCH OF '04.

12:33PM 25 Q.     OKAY.  WAS HE CONVICTED OF DISTRIBUTION OF

INDIVIDUAL VOIR DIRE QUESTIONING

127

12:33PM 1  METHAMPHETAMINE?

12:33PM 2  A.    JUST POSSESSION OF METH.

12:33PM 3  Q.    OKAY.  AND YOU SAID SOMETHING ABOUT A MARIJUANA

12:33PM 4  CONVICTION?

12:33PM 5  A.    HE HAD THE MISDEMEANORS LEADING UP BEFORE THAT.  HE

12:33PM 6  SPENT A LONG TIME IN JUVY.

12:33PM 7  Q.    OKAY.  OH, IN JUVENILE?

12:33PM 8  A.    JUVENILE, YES.

12:33PM 9  Q.    OKAY.  ALL RIGHT.

12:33PM 10        NOW, THESE THREE INDIVIDUALS ARE ACCUSED OF A

12:33PM 11  METHAMPHETAMINE CRIME.  TELL ME HOW YOU FEEL ABOUT BEING A

12:33PM 12  JUROR IN THIS CASE.

12:33PM 13  A.    I'VE GOT MIXED EMOTIONS ABOUT IT.  IT'S--WELL, SORRY.

12:33PM 14  Q.    OH, SURE.  ALL RIGHT.  LET ME ASK YOU:  WHAT WAS THE

12:33PM 15  OUTCOME OF YOUR SON'S CASE?  WHAT HAPPENED TO HIM?

12:33PM 16  A.    HE SPENT TIME IN STATE PRISON.

12:33PM 17  Q.    OKAY.

12:33PM 18  A.    HE WAS CONVICTED FOR IT.

12:33PM 19  Q.    ALL RIGHT.  DO YOU HAVE AN OPINION ABOUT WHETHER

12:34PM 20  YOUR SON WAS TREATED FAIRLY OR UNFAIRLY BY LAW ENFORCEMENT

12:34PM 21  AUTHORITIES?

12:34PM 22  A.    I MEAN, MINE, HE HAD IT ON HIM, HE'S GUILTY.  BUT THERE

12:34PM 23  WAS ALWAYS THAT--HE WAS SAYING HE SHOULD HAVE NEVER BEEN PULLED

12:34PM 24  OVER.  BUT HE HAD A HISTORY.  HE FELT LIKE THEY WERE LOOKING

12:34PM 25  FOR HIM.

INDIVIDUAL VOIR DIRE QUESTIONING

128

12:34PM  1           I SAID, "WELL, YOU DESERVED IT, BECAUSE EVERY TIME

12:34PM  2  THEY PULLED YOU OVER, YOU HAD SOMETHING ON YOU."

12:34PM  3           IT'S KIND OF LIKE, YOU KNOW, YOU HEAR THERE'S

12:34PM  4  ACTIONS AND CONSEQUENCES.  THAT WAS MY THING.  HE HAD IT ON

12:34PM  5  HIM, HE KNEW WHAT HE WAS DOING, SO HE SHOULD HAVE KNOWN BETTER,

12:34PM  6  BUT...

12:34PM  7  Q.      OKAY.  SO YOU DON'T HAVE ANY HARD FEELINGS AGAINST LAW

12:34PM  8  ENFORCEMENT IN GENERAL?

12:34PM  9  A.      NO.  NO.

12:34PM  10  Q.      ALL RIGHT.  BUT YOU HAVE MIXED FEELINGS ABOUT WHETHER

12:34PM  11  OR NOT--AND YOU ARE NOT SURE WHETHER YOUR SON'S EXPERIENCE AND

12:34PM  12  WHAT YOU WENT THROUGH WITH HIM MIGHT AFFECT YOUR ABILITY TO

12:35PM  13  OBJECTIVELY EVALUATE THE EVIDENCE IN THIS CASE?

12:35PM  14  A.      I WOULD HOPE IT WOULDN'T.  I WOULD REALLY HOPE THAT

12:35PM  15  I COULD BE OBJECTIVE ENOUGH.  BECAUSE, YOU KNOW, BEING IN THE

12:35PM  16  JOB THAT I DO, I MEAN, WE SEE--IN THE EMERGENCY ROOM I SEE ALL

12:35PM  17  DIFFERENT TYPES OF PATIENTS, WHERE THE DRIVER WAS DRUNK-DRIVING

12:35PM  18  AND KILLED A FAMILY, ALL BUT ONE, BUT YOU STILL HAVE TO TREAT

12:35PM  19  THAT PERSON THE SAME EXACT WAY AS ANYBODY.  SO WE HAVE TO BE

12:35PM  20  NONJUDGMENTAL IN WHAT WE DO.  SO I WOULD HOPE I COULD BE THAT

12:35PM  21  WAY.

12:35PM  22  Q.      OKAY.  ARE YOU UNSURE WHETHER YOU COULD BE THAT WAY?

12:35PM  23  A.      I BELIEVE I COULD BE.  I BELIEVE I COULD BE

12:35PM  24  NONJUDGMENTAL, JUST STICK TO THE FACTS.

12:35PM  25  Q.      OKAY.  NOW, IF YOU ARE CHOSEN AS A JUROR AND EVIDENCE

12:35PM  1   IS PRESENTED AND WE GET INTO THE TESTIMONY AND THE EVIDENCE AND

12:35PM  2   CONSIDERING THE CHARGE HERE, WHICH IS AGREEING TO DISTRIBUTE

12:36PM  3   METHAMPHETAMINE, IS THAT GOING TO BRING BACK MEMORIES OF YOUR

12:36PM  4   SON'S EXPERIENCE AND MIGHT EMOTIONALLY AFFECT YOU?

12:36PM  5   A.      I DON'T--I DON'T--NO, I DON'T THINK IT WILL.  I THINK

12:36PM  6   BECAUSE HE WASN'T A DISTRIBUTOR, HE WAS A USER, I DON'T THINK--

12:36PM  7   IT'S A DIFFERENT TYPE OF SITUATION WITH THAT THEN.

12:36PM  8   Q.      OKAY.  ALL RIGHT.  COULD YOU BE A FAIR JUROR TO THE

12:36PM  9   THREE INDIVIDUALS WHO ARE ACCUSED HERE?

12:36PM  10  A.      I BELIEVE I COULD BE.  YES, SIR, I COULD BE.

12:36PM  11  Q.      CAN YOU PRESUME THEM INNOCENT AS THEY SIT THERE RIGHT

12:36PM  12  NOW?

12:36PM  13  A.      YES.

12:36PM  14  Q.      WOULD YOU HOLD THE GOVERNMENT TO ITS BURDEN OF PROOF?

12:36PM  15  A.      RIGHT.  THEY HAVE TO PROVE THAT THEY AREN'T INNOCENT.

12:36PM  16  Q.      THEY HAVE TO PROVE BEYOND A REASONABLE DOUBT--

12:36PM  17  A.      BEYOND A REASONABLE DOUBT, CORRECT.

12:36PM  18  Q.      --THAT THEY DID WHAT THEY ARE ACCUSED OF IN THE

12:36PM  19  INDICTMENT.

12:36PM  20  A.      OKAY.

12:36PM  21          THE COURT:  ALL RIGHT.

12:36PM  22          MS. BATSON, DO YOU HAVE ANY QUESTIONS FOR JUROR

12:36PM  23  NUMBER 13?

12:36PM  24          MS. BATSON:  NO, YOUR HONOR.

12:37PM  25          THE COURT:  MR. WHALEN?

130

12:37PM  1          MR. WHALEN:

12:37PM  2  Q.      MA'AM, OBVIOUSLY, YOU GOT A LITTLE EMOTIONAL.

12:37PM  3  A.      RIGHT.

12:37PM  4  Q.      AND, OBVIOUSLY, THAT'S THE CONCERN.  YOU'VE HAD THESE

12:37PM  5  EXPERIENCES THAT CAUSE YOU SOME EMOTION.  SO, AS YOU SIT HERE

12:37PM  6  NOW, YOU THINK YOU CAN BE A FAIR JUROR?

12:37PM  7  A.      YES, SIR.

12:37PM  8  Q.      OUR CONCERN IS THAT AS THIS TRIAL GOES ON, THAT MAY

12:37PM  9  CHANGE FOR YOU.  IF IT CHANGES FOR YOU, THERE'S NOT ANYTHING WE

12:37PM  10  CAN--YOU KNOW, IT MAY BE TOO LATE FOR YOU TO SAY, "NO, I CAN'T

12:37PM  11  DO THIS THING."  OBVIOUSLY, YOU ARE GETTING EMOTIONAL.  ARE YOU

12:37PM  12  CONFIDENT YOU CAN DO THIS JOB WITHOUT LETTING THOSE EMOTIONS

12:37PM  13  COME INTO PLAY?  CAN YOU GUARANTEE US THAT YOU CAN DO THAT?

12:37PM  14  A.      I THINK I CAN.  THE EMOTION IS BECAUSE HE DESTROYED

12:37PM  15  HIS LIFE.  HE'S HAVING TO GO TO CHINA NOW TO GET A JOB.  HE'S

12:37PM  16  LEAVING.  THAT'S WHERE IT'S COMING FROM.  YES, THE EMOTIONS,

12:38PM  17  AGAIN, ARE BECAUSE HIS DECISIONS WRECKED HIS LIFE.  SO, YES,

12:38PM  18  I THINK I CAN BE--I CAN BE OBJECTIVE IN THIS CASE.

12:38PM  19  Q.      MY LAST QUESTION IS--I KNOW YOU MADE THE DISTINCTION

12:38PM  20  THAT SINCE THIS CASE DIDN'T HAVE TO DO WITH POSSESSION, IT HAD

12:38PM  21  TO DO WITH DISTRIBUTION.  MY QUESTION WOULD BE:  OBVIOUSLY, IF

12:38PM  22  THERE'S NOT DISTRIBUTION, THEN PEOPLE CAN'T POSSESS IT AND USE

12:38PM  23  IT.  SO IS THERE ANY CHANCE THAT BECAUSE THERE'S DISTRIBUTION,

12:38PM  24  THAT YOU WOULD FEEL THAT YOU NEED TO PUNISH THE DISTRIBUTOR OF

12:38PM  25  THE METHAMPHETAMINE BECAUSE IF IT WASN'T FOR THEM, THEN YOUR

INDIVIDUAL VOIR DIRE QUESTIONING

131

12:38PM  1  SON WOULD NEVER HAVE GOTTEN STARTED AND BEEN ABLE TO USE IT?

12:38PM  2  A.      NO.   BECAUSE THE DECISION TO USE IT WAS STRICTLY HIS.

12:38PM  3  I MEAN, HE MADE THE DECISION.   IF IT'S OUT THERE, IT'S STILL

12:38PM  4  HIS DECISION WHETHER OR NOT HE USES IT.

12:38PM  5          MR. WHALEN:  THAT'S ALL I HAVE, YOUR HONOR.

12:38PM  6          THE COURT:  OKAY.

12:38PM  7          MR. KEMP, ANY QUESTIONS?

12:38PM  8          MR. KEMP:  NO, YOUR HONOR.

12:38PM  9          THE COURT:  MR. PETRAZIO?

12:38PM  10         MR. PETRAZIO:  JUST A COUPLE.

12:38PM  11 Q.      YOU MENTIONED THAT YOUR SON STARTED OFF USING MARIJUANA.

12:38PM  12 A.      YES, SIR.

12:38PM  13 Q.      CORRECT?

12:38PM  14 A.      YES, SIR.

12:38PM  15 Q.      DO YOU KNOW HOW HE MADE THE SWITCH TO METHAMPHETAMINE?

12:39PM  16 A.      UM, I'M REALLY NOT SURE.  HE SAID HE BOUGHT IT TO--WHEN

12:39PM  17 MY MOM DIED.  HE WAS SUPPOSED TO BE WATCHING HER, AND HE WASN'T.

12:39PM  18 HE WAS OUT DRINKING WITH HIS FRIENDS.  AND HE FELT RESPONSIBLE.

12:39PM  19 SO HE SAID HE BOUGHT THE METHAMPHETAMINE SO HE COULD JUST

12:39PM  20 ESCAPE, BUT HE NEVER USED IT.

12:39PM  21 Q.      OKAY.

12:39PM  22 A.      SO...

12:39PM  23 Q.      LET ME ASK YOU THIS:  AFTER MR. WHALEN TALKED TO YOU

12:39PM  24 ABOUT MAYBE WANTING TO PUNISH THOSE THAT ARE--AND THERE'S GOING

12:39PM  25 TO BE A LOT OF THEM THAT DON'T HAVE ANYTHING TO DO NECESSARILY

12:39PM   1   WITH THE PEOPLE SITTING AT THIS TABLE, BUT THE CONSPIRACY IN

12:39PM   2   GENERAL, ABOUT THE QUANTITY AND THE LIVES--OBVIOUSLY, YOU ARE

12:39PM   3   GOING TO HEAR EVIDENCE ABOUT LIVES BEING AFFECTED.  DO YOU

12:39PM   4   THINK YOU CAN SET ASIDE THE FACT THAT YOUR SON WAS AN END

12:39PM   5   USER FROM THE WHOLE DRUG PROCESS, FROM PEOPLE MAKING IT, PEOPLE

12:39PM   6   SELLING IT, PEOPLE SHARING IT, PEOPLE USING IT?  YOU CAN SET

12:40PM   7   THAT ASIDE AND THAT'S NOT GONNA AFFECT HOW YOU MAKE YOUR

12:40PM   8   DECISION ON THE EVIDENCE IN THIS CASE?

12:40PM   9   A.      I THINK I CAN, YES.

12:40PM   10   Q.      YOU "THINK" YOU CAN?

12:40PM   11   A.      YES, I CAN.

12:40PM   12   Q.      DO YOU REMEMBER MY EXAMPLE--

12:40PM   13   A.      THERE'S NO THINKING.  YOU HAVE TO--

12:40PM   14   Q.      --ABOUT THE GUY THAT GOT HIT BY THE DRUNK DRIVER?

12:40PM   15   A.      RIGHT.

12:40PM   16   Q.      I'M SURE HE WAS THINKING THE SAME THING.  BUT HE WANTED

12:40PM   17   TO PROVE SOMETHING TO HIMSELF.  YOU ARE NOT SAYING THIS SO YOU

12:40PM   18   CAN PROVE THAT YOU CAN HANDLE THIS, ARE YOU?

12:40PM   19   A.      NO.

12:40PM   20   Q.      'CAUSE THERE'S NOTHING WRONG WITH HAVING THOSE FEELINGS.

12:40PM   21   A.      RIGHT.  NO.  I WOULD NOT SAY THAT, YOU KNOW, I COULD DO

12:40PM   22   IT IF I DIDN'T THINK I COULD.

12:40PM   23           MR. PETRAZIO:  NO FURTHER QUESTIONS, YOUR HONOR.

12:40PM   24           THE COURT:  OKAY.

12:40PM   25           THANK YOU, MA'AM.

INDIVIDUAL VOIR DIRE QUESTIONING

133

12:40PM  1      OKAY.  THAT WAS JUROR NUMBER 13.  ANYONE WANT TO SAY

12:40PM  2  ANYTHING ABOUT JUROR NUMBER 13?

12:41PM  3      OKAY.  WE'LL MOVE ON TO JUROR NUMBER 15.

12:41PM  4  Q.      JUROR NUMBER 15, YOU RAISED YOUR HAND WHEN I ASKED

12:41PM  5  THE QUESTION ABOUT WHETHER YOU HAD BEEN INVOLVED IN A CRIMINAL

12:41PM  6  MATTER THAT CONCERNED YOU OR A CLOSE FRIEND OR A FAMILY MEMBER

12:41PM  7  THAT WENT TO COURT AND THAT YOUR INVOLVEMENT WAS EITHER AS A

12:41PM  8  DEFENDANT, A WITNESS OR A VICTIM.  AND YOU RAISED YOUR HAND

12:41PM  9  WHEN I ASKED THE QUESTION ABOUT WHETHER YOU OR A FAMILY MEMBER

12:41PM  10 OR A CLOSE FRIEND HAD HAD ANY EXPERIENCE THAT RELATES TO DRUGS.

12:41PM  11 COULD YOU TELL ME ABOUT YOUR RESPONSE?

12:41PM  12 A.      YES, SIR.  I TOOK A DRUG CONVICTION IN 2007 IN DENTON

12:41PM  13 COUNTY.

12:41PM  14 Q.      OKAY.

12:41PM  15 A.      FOR POSSESSION OF MARIJUANA.

12:42PM  16 Q.      OKAY.  AND THAT WAS FOR YOU?

12:42PM  17 A.      YES, SIR.

12:42PM  18 Q.      OKAY.  ALL RIGHT.  WHAT WAS THE OUTCOME OF YOUR CASE?

12:42PM  19 A.      I PLED OUT AND DID 30 DAYS IN JAIL.

12:42PM  20 Q.      ALL RIGHT.  DO YOU HAVE AN OPINION ABOUT WHETHER YOU

12:42PM  21 WERE TREATED FAIRLY OR UNFAIRLY BY LAW ENFORCEMENT AND BY THE

12:42PM  22 DENTON COUNTY DA'S OFFICE?

12:42PM  23 A.      I BELIEVE I GOT A FAIR SHAKE.  EVIDENCE WASN'T, I DON'T

12:42PM  24 BELIEVE, PROPERLY PRESENTED AGAINST ME, BUT I PLED GUILTY

12:42PM  25 NONETHELESS.

INDIVIDUAL VOIR DIRE QUESTIONING

**134**

12:42PM 1    Q.    OKAY.  SO YOU DIDN'T HAVE A TRIAL; YOU PLED GUILTY.

12:42PM 2    A.    YES, SIR.

12:42PM 3    Q.    AND THE JUDGE SENTENCED YOU.  IT WAS PROBABLY AN

12:42PM 4    AGREEMENT BETWEEN THE DA'S OFFICE AND--

12:42PM 5    A.    AND MY ATTORNEY.

12:42PM 6    Q.    ALL RIGHT.  IS THERE ANYTHING ABOUT THAT EXPERIENCE

12:43PM 7    THAT WOULD AFFECT YOUR FEELINGS ABOUT BEING A JUROR IN THIS

12:43PM 8    CASE?

12:43PM 9    A.    MAYBE IN THE BACK OF MY MIND.  I FELT LIKE THE OFFICERS

12:43PM 10   THAT ARRESTED ME, AS I SAID EARLIER, DIDN'T PRESENT EVIDENCE

12:43PM 11   AS--THEY DIDN'T TAKE THE SACK AND LAY IT UP THERE ON THE TABLE

12:43PM 12   TO SHOW EVERYBODY, BECAUSE I DIDN'T GO TO TRIAL.  I CHOSE NOT

12:43PM 13   TO GO TO TRIAL.  I FELT--I DON'T KNOW.

12:43PM 14   Q.    IF YOU DON'T GO TO TRIAL--

12:43PM 15   A.    I UNDERSTAND, I UNDERSTAND.  I DON'T KNOW HOW TO ANSWER

12:43PM 16   THIS, SIR.

12:43PM 17   Q.    OKAY.  I GUESS MY QUESTION IS:  DO YOU FEEL THAT YOU

12:43PM 18   COULD BE A FAIR JUROR FOR THE GOVERNMENT IN THIS CASE?

12:44PM 19   A.    UM, IN A DRUG TRIAL, I--I KIND OF WEIGH IT BOTH WAYS,

12:44PM 20   BEING AS I'VE BEEN CONVICTED MYSELF.  I DON'T THINK THAT I CAN

12:44PM 21   PUT BLAME ON SOMEBODY WHEN I DID THE SAME THING.  NOT THAT I'M

12:44PM 22   IN THE CASE THAT THEY'RE IN, BUT...

12:44PM 23   Q.    OKAY.  SO YOU ARE SAYING THAT EVEN IF THE GOVERNMENT

12:44PM 24   PROVED ITS CASE AGAINST ONE OR MORE OF THESE INDIVIDUALS,

12:44PM 25   YOU MIGHT NOT BE ABLE TO FIND THEM GUILTY?

INDIVIDUAL VOIR DIRE QUESTIONING

135

12:44PM  1  A.      JUST FROM MY EXPERIENCE AS TO HOW I HANDLED MY

12:44PM  2  TROUBLES.  I--I PROBABLY COULD, BUT IT'S STILL IN THE BACK

12:44PM  3  OF MY MIND THAT I'VE BEEN IN TROUBLE ALSO.

12:44PM  4  Q.      OKAY.  WELL, THAT'S OKAY.  THE QUESTION--I MEAN, YOU

12:44PM  5  WOULD BE PUTTING ON A DIFFERENT HAT.  IF YOU ARE CHOSEN HERE,

12:45PM  6  YOU WOULD BE A JUROR.

12:45PM  7  A.      YES, SIR.

12:45PM  8  Q.      YOU ARE GOING TO BE JUDGING SOMEONE ELSE'S CASE.  YOU

12:45PM  9  WOULD JUST HAVE TO MAKE A DECISION, AFTER HEARING THE EVIDENCE,

12:45PM  10  WHETHER OR NOT THE GOVERNMENT HAS CONVINCED YOU BEYOND A

12:45PM  11  REASONABLE DOUBT THAT ONE OR MORE OF THESE THREE MEN ARE GUILTY.

12:45PM  12  A.      I COULD--YES, I COULD.

12:45PM  13  Q.      YOU COULD--

12:45PM  14  A.      I COULD BE HONEST AND FORWARD WITH EVIDENCE PRESENTED,

12:45PM  15  MAKING A DECISION.

12:45PM  16  Q.      OKAY.

12:45PM  17  A.      I COULD.

12:45PM  18  Q.      COULD YOU FOLLOW MY INSTRUCTIONS ON PRESUMPTION OF

12:45PM  19  INNOCENCE, THAT THEY'RE PRESUMED INNOCENT--

12:45PM  20  A.      YES, SIR.

12:45PM  21  Q.      --UNLESS AND UNTIL PROVEN GUILTY?

12:45PM  22  A.      YES, SIR.

12:45PM  23  Q.      THAT THE BURDEN OF PROOF IS ON THE GOVERNMENT AND NEVER

12:45PM  24  SHIFTS TO THE DEFENDANTS?

12:45PM  25  A.      YES, SIR.

INDIVIDUAL VOIR DIRE QUESTIONING

136

| | | |
|---|---|---|
| 12:45PM | 1 | Q.     COULD YOU FOLLOW THAT? |
| 12:45PM | 2 | A.     YES, SIR. |
| 12:45PM | 3 | Q.     AND THAT THE STANDARD OF PROOF THAT YOU WOULD USE TO |
| 12:45PM | 4 | TEST THE EVIDENCE WOULD BE "BEYOND A REASONABLE DOUBT."  IN |
| 12:45PM | 5 | OTHER WORDS, YOU WOULD BE SATISFIED BEYOND A REASONABLE DOUBT |
| 12:45PM | 6 | THAT THE GOVERNMENT HAS CONVINCED YOU THAT THEY DID WHAT THEY |
| 12:46PM | 7 | ARE ACCUSED OF DOING. |
| 12:46PM | 8 | A.     YES. |
| 12:46PM | 9 | THE COURT:  OKAY. |
| 12:46PM | 10 | MS. BATSON, DO YOU HAVE QUESTIONS? |
| 12:46PM | 11 | MS. BATSON:  JUST A FEW. |
| 12:46PM | 12 | Q.     SIR, WHILE THEY WERE QUESTIONING THE PANEL, YOU HEARD |
| 12:46PM | 13 | THEM SAY IT'S IMPORTANT FOR YOU TO BE FAIR TO BOTH SIDES? |
| 12:46PM | 14 | A.     YES, MA'AM. |
| 12:46PM | 15 | Q.     AND WHAT I'M HEARING YOU SAY IS THAT IN YOUR CASE, |
| 12:46PM | 16 | YOU WEREN'T HAPPY WITH THE WAY THE LAW ENFORCEMENT OFFICERS |
| 12:46PM | 17 | PRESENTED YOUR CASE. |
| 12:46PM | 18 | A.     CORRECT. |
| 12:46PM | 19 | Q.     AND YOU HEARD THE JUDGE READ OUR WITNESS LIST.  THERE |
| 12:46PM | 20 | WERE NUMEROUS LAW ENFORCEMENT LISTED ON THERE. |
| 12:46PM | 21 | A.     MANY, YES. |
| 12:46PM | 22 | Q.     DO YOU THINK THAT YOU COULD PUT ASIDE WHAT HAPPENED TO |
| 12:46PM | 23 | YOU AND BE FAIR AND IMPARTIAL TO THE GOVERNMENT AS WELL AS TO |
| 12:46PM | 24 | THE DEFENSE? |
| 12:46PM | 25 | A.     I DO BELIEVE I COULD.  BUT AT THE SAME TIME, I'VE STILL |

INDIVIDUAL VOIR DIRE QUESTIONING

137

12:46PM 1  GOT THIS IN THE BACK OF MY HEAD, AND I DON'T WANT TO PUT MY

12:46PM 2  PROBLEMS IN SOMEBODY ELSE'S POCKET.

12:47PM 3  Q.     AND I APPRECIATE THAT.  BUT YOU HEARD BOTH SIDES ALSO

12:47PM 4  SAY YOU MIGHT NOT BE A FAIR JUROR IN THIS PARTICULAR CASE.

12:47PM 5  A.     AND THAT'S WHAT I'M FEELING RIGHT NOW.

12:47PM 6          MS. BATSON:  TOTALLY UNDERSTANDABLE.  THANK YOU,

12:47PM 7  SIR.

12:47PM 8          THE COURT:  OKAY.

12:47PM 9          ANY QUESTIONS BY DEFENSE COUNSEL?  ANYBODY?

12:47PM 10         MR. PETRAZIO:  NONE, YOUR HONOR.

12:47PM 11         THE COURT:  OKAY.

12:47PM 12         THANK YOU, JUROR NUMBER 15.

12:47PM 13         VENIREPERSON:  THANK YOU.

12:47PM 14         THE COURT:  ANYBODY WANT TO SAY ANYTHING ABOUT JUROR

12:47PM 15 NUMBER 15?

12:47PM 16         MS. BATSON:  YES, YOUR HONOR.  WE WOULD MOVE TO

12:47PM 17 STRIKE HIM FOR CAUSE.

12:47PM 18         THE COURT:  OKAY.  HE JUST SAID, AT THE END--IN

12:47PM 19 RESPONSE TO MS. BATSON'S STATEMENT, "YOU HEARD BOTH SIDES

12:47PM 20 SAY YOU MIGHT NOT BE A FAIR JUROR IN THIS PARTICULAR CASE"--

12:47PM 21         HIS RESPONSE WAS, "AND THAT'S WHAT I'M FEELING RIGHT

12:48PM 22 NOW."

12:48PM 23         I THINK HE JUST CONFIRMED THAT HE WOULD NOT BE A

12:48PM 24 FAIR JUROR IN THIS CASE.

12:48PM 25         MS. BATSON:  YES, YOUR HONOR.

| | | |
|---|---|---|
| 12:48PM | 1 | THE COURT:  ALL RIGHT. |
| 12:48PM | 2 | ANYTHING DEFENSE COUNSEL WANTS TO SAY? |
| 12:48PM | 3 | MR. PETRAZIO:  NO, YOUR HONOR. |
| 12:48PM | 4 | THE COURT:  ALL RIGHT.  I'LL GRANT THE GOVERNMENT'S |
| 12:48PM | 5 | MOTION TO STRIKE JUROR NUMBER 15 FOR CAUSE. |
| 12:48PM | 6 | THE NEXT JUROR WOULD BE NUMBER 17. |
| 12:49PM | 7 | MS. BATSON:  JUDGE, THIS WAS THE JUROR WHO WORKED |
| 12:49PM | 8 | NIGHTS.  WE WOULD NOT OPPOSE HIM BEING STRICKEN FOR CAUSE. |
| 12:49PM | 9 | THE COURT:  OKAY.  I DIDN'T KNOW IF ANYBODY WANTED |
| 12:49PM | 10 | TO ASK HIM ANY QUESTIONS. |
| 12:49PM | 11 | ANYBODY HAVE ANY QUESTIONS FOR JUROR NUMBER 17? |
| 12:49PM | 12 | MR. WHALEN:  NO, YOUR HONOR. |
| 12:49PM | 13 | MR. PETRAZIO:  NO, YOUR HONOR. |
| 12:49PM | 14 | MR. KEMP:  NO, YOUR HONOR. |
| 12:49PM | 15 | THE COURT:  OKAY. |
| 12:49PM | 16 | Q.    YOU WORK AT NIGHT? |
| 12:49PM | 17 | A.    YES, SIR. |
| 12:49PM | 18 | Q.    AND YOU WORK UNTIL 11:30 OR 12, SOMETHING LIKE THAT? |
| 12:49PM | 19 | A.    YES, SIR. |
| 12:49PM | 20 | Q.    AND THEN YOU WOULD HAVE TO GET UP AND BE HERE AT 9:00? |
| 12:49PM | 21 | A.    IT DEPENDS.  BECAUSE IT'S THE CHRISTMAS SEASON, WE GET |
| 12:49PM | 22 | STUCK SOMETIMES UNTIL 2:00.  I WORK IN A STEAKHOUSE, FINE- |
| 12:49PM | 23 | DINING, SO WE HAVE TO STAY AS LONG AS THE GUESTS STAY. |
| 12:49PM | 24 | THE COURT:  OKAY.  I DON'T THINK ANYBODY HAS ANY |
| 12:49PM | 25 | QUESTIONS FOR YOU.  THANK YOU, SIR. |

INDIVIDUAL VOIR DIRE QUESTIONING

139

| | | |
|---|---|---|
| 12:49PM | 1 | VENIREPERSON:  THANK YOU. |
| 12:49PM | 2 | THE COURT:  OKAY. |
| 12:49PM | 3 | SO WHAT DO YOU WANT TO DO WITH HIM?  LET HIM GO?  I |
| 12:50PM | 4 | SAY WE LET HIM GO.  IF HE HAS TO WORK UNTIL 2:00, THAT'S NOT |
| 12:50PM | 5 | GOOD. |
| 12:50PM | 6 | MR. WHALEN:  I'D AGREE WITH THAT, YOUR HONOR. |
| 12:50PM | 7 | MS. BATSON:  THAT'S FINE. |
| 12:50PM | 8 | THE COURT:  ALL RIGHT.  I'LL STRIKE JUROR NUMBER 17 |
| 12:50PM | 9 | FOR CAUSE, SINCE HE WORKS NIGHTS AND HE COULD BE WORKING LATE |
| 12:50PM | 10 | NIGHTS. |
| 12:50PM | 11 | THE NEXT PERSON I HAVE DOWN TO QUESTION IS NUMBER |
| 12:50PM | 12 | 19. |
| 12:50PM | 13 | Q.     JUROR NUMBER 19, YOU SAID THAT YOU HAD HAD SOME |
| 12:50PM | 14 | DEALINGS WITH THE DEPARTMENT OF JUSTICE AS RECENT AS THIS YEAR. |
| 12:50PM | 15 | A.     THAT'S CORRECT. |
| 12:50PM | 16 | Q.     OKAY.  I DIDN'T WANT TO GO ON AND QUESTION YOU FURTHER. |
| 12:50PM | 17 | LET'S SEE.  DID YOU SAY IT WAS IN CONNECTION WITH YOUR |
| 12:51PM | 18 | EMPLOYMENT? |
| 12:51PM | 19 | A.     THAT'S CORRECT. |
| 12:51PM | 20 | Q.     OKAY. |
| 12:51PM | 21 | A.     YEAH.  THE U.S. DEPARTMENT OF JUSTICE FILED SUIT |
| 12:51PM | 22 | AGAINST THE COMPANY THAT I'M CHIEF FINANCIAL OFFICER FOR. |
| 12:51PM | 23 | SO I WAS THE MAIN POINT--MAIN CONTACT POINT DURING THE |
| 12:51PM | 24 | COURSE OF THAT INVESTIGATION AND LAWSUIT. |
| 12:51PM | 25 | Q.     OKAY.  HAS THAT BEEN RESOLVED? |

12:51PM  1  A.      IT WAS IN JUNE OF THIS YEAR.

12:51PM  2  Q.      OKAY.  WAS IT RESOLVED TO YOUR SATISFACTION?

12:51PM  3  A.      UM, THAT'S KIND OF A LOADED QUESTION.  I WOULD SAY YES.

12:51PM  4  I DON'T LIKE HOW IT GOT RESOLVED.  IT WAS A 10-YEAR CASE.  I

12:51PM  5  HAD SOME BITTERNESS TOWARD THE CIVIL RIGHTS DIVISION OF THE

12:51PM  6  DEPARTMENT OF JUSTICE.  BUT ALL IN ALL WE'RE GLAD IT'S BEHIND

12:51PM  7  US.

12:51PM  8  Q.      OKAY.  SO YOU HAVE AN OPINION THAT PERHAPS IT WASN'T

12:51PM  9  HANDLED APPROPRIATELY BY THE DEPARTMENT OF JUSTICE?

12:51PM 10  A.      I THINK IT WAS PRETTY CLEAR AT THE END OF THE DAY THAT

12:52PM 11  THEY WEREN'T GONNA WIN THE CASE, BUT THEY CONTINUED TO DRAG US

12:52PM 12  THROUGH THE MUD, AND IT COST US A LOT OF MONEY.

12:52PM 13  Q.      OKAY.  WOULD THAT AFFECT YOUR FEELINGS ABOUT THE

12:52PM 14  GOVERNMENT IN THIS CASE?

12:52PM 15  A.      I'D LIKE TO SAY IT WOULDN'T.

12:52PM 16  Q.      THE U.S. ATTORNEY'S OFFICE.

12:52PM 17  A.      I'D LIKE TO SAY IT WOULDN'T.  I DON'T THINK IT WOULD.

12:52PM 18  I'D LIKE TO BELIEVE THAT I WOULD BE UNBIASED.  BUT IT WAS 10

12:52PM 19  YEARS OF BITTERNESS, JUST TO BE HONEST WITH YOU.

12:52PM 20  Q.      OKAY.  I GUESS THE QUESTION IS:  COULD YOU SIT IN THE

12:52PM 21  JURY BOX, LISTEN TO THE EVIDENCE IN THIS CASE, DECIDE THE CASE

12:52PM 22  BASED ON THE EVIDENCE, GIVE THE GOVERNMENT A FAIR TRIAL THE

12:52PM 23  SAME AS YOU WOULD GIVE THE DEFENDANTS A FAIR TRIAL?

12:52PM 24  A.      I FEEL THAT I COULD.

12:52PM 25  Q.      OKAY.  SINCE THIS IS A COMPLETELY DIFFERENT ISSUE FROM

INDIVIDUAL VOIR DIRE QUESTIONING

**141**

| | | |
|---|---|---|
| 12:52PM | 1 | WHAT YOU WENT THROUGH WITH YOUR COMPANY. |
| 12:52PM | 2 | A.     YES, I FEEL THAT I COULD.  I JUST WANTED TO BE HONEST |
| 12:53PM | 3 | WITH YOU ABOUT MY EXPERIENCE. |
| 12:53PM | 4 | THE COURT:  THANK YOU. |
| 12:53PM | 5 | MS. BATSON, DO YOU HAVE ANY QUESTIONS? |
| 12:53PM | 6 | MS. BATSON:  JUST A COUPLE, YOUR HONOR. |
| 12:53PM | 7 | Q.     SIR, YOU SAID THAT IT WAS 10 YEARS IN LENGTH.  IT'S |
| 12:53PM | 8 | TOTALLY UNDERSTANDABLE YOU FELT THEY KEPT DRAGGING IT ON AND |
| 12:53PM | 9 | DRAGGING IT ON.  AS YOU'VE HEARD BOTH SIDES SAY, SOMETIMES |
| 12:53PM | 10 | YOU SHOULDN'T BE A JUROR IN A PARTICULAR CASE.  BECAUSE OF |
| 12:53PM | 11 | YOUR FEELINGS WITH THE DEPARTMENT OF JUSTICE, WHICH THE U.S. |
| 12:53PM | 12 | ATTORNEY'S OFFICE IS A PART OF, DO YOU FEEL LIKE YOU WOULD |
| 12:53PM | 13 | BE A BETTER JUROR ON ANOTHER CASE? |
| 12:53PM | 14 | A.     TO BE TOTALLY SAFE, I WOULD SAY YES.  I'LL EXPAND |
| 12:53PM | 15 | ON THAT A LITTLE BIT.  AND THIS IS NOTHING AGAINST Y'ALL'S |
| 12:53PM | 16 | DIVISION, OBVIOUSLY.  BUT I FELT THINGS WEREN'T HANDLED VERY |
| 12:53PM | 17 | WELL.  I WOULD BE CONCERNED THAT I WOULD HAVE A BIAS.  IF |
| 12:53PM | 18 | THINGS IN Y'ALL'S PRESENTATION OF THE CASE STARTED GOING A |
| 12:53PM | 19 | DIFFERENT WAY THAT I WOULD HAVE A BIAS IN TERMS OF HOW Y'ALL |
| 12:53PM | 20 | ARE PROSECUTING THE CASE.  I DON'T KNOW THAT FOR SURE, BUT... |
| 12:54PM | 21 | Q.     RIGHT.  WHEN WE BEGIN THE TRIAL AND START-- |
| 12:54PM | 22 | A.     YEAH. |
| 12:54PM | 23 | MS. BATSON:  THEN YOU MAY HAVE A BIAS? |
| 12:54PM | 24 | THE COURT:  MS. BATSON, I CAN BARELY HEAR YOU. |
| 12:54PM | 25 | MS. BATSON:  I'M SORRY, YOUR HONOR.  I WAS SAYING |

12:54PM  1  THAT IF WE GOT INTO THE TRIAL AND OUR PRESENTATION STARTED

12:54PM  2  GOING SOUTH, HE MAY HAVE A BIAS.  AND HE AGREED.

12:54PM  3         THE COURT:  IF YOUR PRESENTATION GOES SOUTH, I DON'T

12:54PM  4  KNOW IF IT WOULD BE A BIAS, BUT...

12:54PM  5         VENIREPERSON:  I'VE GOT SOME PREDISPOSED OPINIONS

12:54PM  6  OF THE DEPARTMENT OF JUSTICE BASED ON MY PERSONAL EXPERIENCE.

12:54PM  7  I DON'T THINK I WOULD BE BIASED IN THIS CASE.  I'M JUST SAYING,

12:54PM  8  YOU KNOW, THAT THERE'S PROBABLY--

12:54PM  9         THE COURT:

12:54PM  10  Q.    IT'S OKAY TO HAVE THOSE OPINIONS ABOUT DOJ.  THIS IS,

12:54PM  11  OF COURSE, AN ARM OF DOJ, BUT EACH OF THE 94 DISTRICTS HAS ITS

12:54PM  12  OWN U.S. ATTORNEY.  AND THE U.S. ATTORNEY FOR OUR DISTRICT RUNS

12:54PM  13  THE U.S. ATTORNEY'S OFFICES, INCLUDING PLANO.  AND SO THIS IS

12:55PM  14  THE PROSECUTION OF A CRIMINAL CASE.  YOUR INVESTIGATION, I

12:55PM  15  ASSUME, WAS SOME SORT OF CIVIL INVESTIGATION.

12:55PM  16  A.    YES, SIR, CIVIL.

12:55PM  17  Q.    ALL RIGHT.  SO, REALLY, THE QUESTION IS:  DO YOU HAVE

12:55PM  18  ANY HARD FEELINGS TOWARD DOJ OR THE GOVERNMENT IN GENERAL THAT

12:55PM  19  WOULD AFFECT YOUR ABILITY TO GIVE THE U.S. ATTORNEY'S OFFICE A

12:55PM  20  FAIR TRIAL IN THIS CASE?

12:55PM  21  A.    NO.

12:55PM  22         THE COURT:  OKAY.

12:55PM  23         QUESTIONS BY DEFENSE COUNSEL?

12:55PM  24         MR. WHALEN:  NO, YOUR HONOR.

12:55PM  25         MR. PETRAZIO:  NO, YOUR HONOR.

INDIVIDUAL VOIR DIRE QUESTIONING

143

| | | |
|---|---|---|
| 12:55PM | 1 | MR. KEMP:  NO, YOUR HONOR. |
| 12:55PM | 2 | THE COURT:  OKAY. |
| 12:55PM | 3 | THANK YOU, SIR. |
| 12:56PM | 4 | THE NEXT JUROR IS JUROR NUMBER 22. |
| 12:56PM | 5 | Q.    JUROR NUMBER 22, IF YOU WILL COME UP TO THE PODIUM |
| 12:56PM | 6 | THERE.  YOU RAISED YOUR HAND WHEN I ASKED THE QUESTION ABOUT |
| 12:56PM | 7 | WHETHER ANYONE ON THE JURY PANEL HAD BEEN INVOLVED IN A |
| 12:57PM | 8 | CRIMINAL MATTER IN COURT THAT CONCERNED YOU OR A FAMILY |
| 12:57PM | 9 | MEMBER OR A CLOSE FRIEND AS A DEFENDANT, A WITNESS OR A VICTIM. |
| 12:57PM | 10 | A.    YES. |
| 12:57PM | 11 | Q.    OKAY.  COULD YOU TELL ME ABOUT THAT. |
| 12:57PM | 12 | A.    WHEN I WAS 18, 19 YEARS OLD, I WAS A CASHIER IN A |
| 12:57PM | 13 | CONVENIENCE STORE AND WE WERE HELD UP BY FOUR GUYS.  SO I WAS |
| 12:57PM | 14 | HELD AT GUNPOINT.  AND I WENT TO COURT AS A WITNESS.  I DON'T |
| 12:57PM | 15 | THINK I WAS A VICTIM, BUT AS A WITNESS FOR THAT. |
| 12:57PM | 16 | Q.    OKAY.  WELL, IF YOU WERE HELD AT GUNPOINT, YOU WERE |
| 12:57PM | 17 | MORE OR LESS A VICTIM, TOO, I GUESS. |
| 12:57PM | 18 | A.    YEAH. |
| 12:57PM | 19 | Q.    OKAY.  AND DID THEY CATCH THE PEOPLE THAT TRIED TO ROB |
| 12:57PM | 20 | THE STORE? |
| 12:57PM | 21 | A.    THEY DID. |
| 12:57PM | 22 | Q.    OKAY.  WERE THEY CONVICTED? |
| 12:57PM | 23 | A.    YES, THEY WERE. |
| 12:57PM | 24 | Q.    WAS THE CASE HANDLED TO YOUR SATISFACTION? |
| 12:57PM | 25 | A.    YES. |

INDIVIDUAL VOIR DIRE QUESTIONING

**144**

| | | |
|---|---|---|
| 12:57PM | 1 | Q.     IS THERE ANYTHING ABOUT THAT EXPERIENCE THAT WOULD |
| 12:57PM | 2 | AFFECT YOUR FEELINGS ABOUT BEING A JUROR IN THIS CASE? |
| 12:57PM | 3 | A.     I DON'T THINK SO. |
| 12:58PM | 4 |            THE COURT:  OKAY. |
| 12:58PM | 5 |            MS. BATSON, ANY QUESTIONS? |
| 12:58PM | 6 |            MS. BATSON:  NO, YOUR HONOR. |
| 12:58PM | 7 |            THE COURT:  ANY QUESTIONS, MR. KEMP, MR. WHALEN, |
| 12:58PM | 8 | MR. PETRAZIO? |
| 12:58PM | 9 |            MR. PETRAZIO:  NOTHING, YOUR HONOR. |
| 12:58PM | 10 |            MR. KEMP:  NO, YOUR HONOR. |
| 12:58PM | 11 |            MR. WHALEN:  NO, YOUR HONOR. |
| 12:58PM | 12 |            THE COURT:  THANK YOU, MA'AM. |
| 12:58PM | 13 | Q.     OH, WAIT A MINUTE, MA'AM.  DID YOU SAY SOMETHING ABOUT |
| 12:58PM | 14 | 404(B) EVIDENCE--WELL, EXCUSE ME--ABOUT SIMILAR-ACT EVIDENCE |
| 12:58PM | 15 | THAT MAY AFFECT YOU?  IN OTHER WORDS, IF THERE'S EVIDENCE |
| 12:58PM | 16 | ADMITTED THAT ONE OR MORE OF THE DEFENDANTS DID SOMETHING |
| 12:58PM | 17 | SIMILAR TO WHAT HE'S ACCUSED OF IN THIS CASE-- |
| 12:58PM | 18 | A.     OH, NO, I DID NOT. |
| 12:58PM | 19 | Q.     OKAY.  AND YOU COULD FOLLOW MY INSTRUCTION THAT IF YOU |
| 12:58PM | 20 | DO RECEIVE THAT TYPE OF EVIDENCE, YOU CAN ONLY CONSIDER IT FOR |
| 12:58PM | 21 | LIMITED PURPOSES, SUCH AS STATE OF MIND OR WHETHER THE OFFENSE |
| 12:58PM | 22 | THAT WE'RE GOING TO HAVE A TRIAL ON WAS DONE BY ACCIDENT OR |
| 12:58PM | 23 | MISTAKE? |
| 12:58PM | 24 | A.     YES. |
| 12:59PM | 25 | Q.     OKAY. |

12:59PM  1   A.      YEAH, I DID, YEAH.

12:59PM  2           THE COURT:  OKAY.  THANK YOU, MA'AM.

12:59PM  3           I HAD A NOTE ON NUMBER 24.  DOES ANYBODY WANT TO

12:59PM  4   QUESTION 24?

12:59PM  5           MR. KEMP:  YOUR HONOR, I THINK COUNSEL FOR THE

12:59PM  6   DEFENSE, ALL THREE OF US, HAD A QUESTION OF 23 ALSO.

12:59PM  7           THE COURT:  23?

12:59PM  8           MR. KEMP:  THE QUESTION THAT YOU JUST ASKED

12:59PM  9   REGARDING THE 404(B) PRIOR CONVICTIONS.

12:59PM  10          THE COURT:  OKAY.

12:59PM  11          NUMBER 23.

01:00PM  12          MR. KEMP, YOU MAY HAVE A BETTER RECOLLECTION THAN ME

01:00PM  13  AS TO WHAT HE SAID.  SO I'LL JUST LET YOU ASK QUESTIONS.  I'LL

01:00PM  14  START WITH YOU.

01:00PM  15          JUROR NUMBER 23, COULD YOU COME TO THE PODIUM HERE.

01:00PM  16  I THINK WE HAD A FEW QUESTIONS FOR YOU.

01:00PM  17          MR. KEMP, DO YOU HAVE QUESTIONS?

01:00PM  18          MR. KEMP:  I DID, YOUR HONOR.

01:00PM  19  Q.      YOU SAID THAT IF ONE OF THE DEFENDANTS HAD SOME PRIOR

01:00PM  20  CONVICTIONS, THAT THAT MAY BIAS YOUR ABILITY TO ASSUME THEM

01:00PM  21  INNOCENT THROUGHOUT THE CASE.  IS THAT WHAT YOU SAID?

01:00PM  22  A.      YES, IT WOULD MAKE IT A LITTLE BIT MORE DIFFICULT.

01:00PM  23  IT WOULD MAKE IT A LITTLE BIT MORE DIFFICULT.

01:00PM  24  Q.      BY "MORE DIFFICULT," YOU MEAN YOU WOULDN'T BE ABLE

01:00PM  25  TO PRESUME THEM INNOCENT SIMPLY BECAUSE THEY HAD A PRIOR

INDIVIDUAL VOIR DIRE QUESTIONING

146

01:00PM  1   CONVICTION?

01:00PM  2   A.      IT DEPENDS ON THE SIMILARITIES TO THE PRIOR CONVICTION

01:00PM  3   AND THIS CURRENT CONVICTION.  BUT IF THEY'RE VERY SIMILAR,

01:00PM  4   IT WOULD BE DIFFICULT FOR ME TO RELINQUISH BIAS.

01:01PM  5   Q.      A BANK-FRAUD CONVICTION, THAT'S NO PROBLEM?

01:01PM  6   A.      YES.  IF IT'S SOMETHING TOTALLY IRRELEVANT TO THE

01:01PM  7   CURRENT CHARGE, THAT PROBABLY WOULDN'T PLAY A FACTOR.

01:01PM  8   Q.      IF THEY HAD A MARIJUANA CHARGE, THAT WOULD DEFINITELY

01:01PM  9   BIAS YOUR ABILITY TO PRESUME THEM INNOCENT?

01:01PM  10  A.      NO, NO, NOT--PROBABLY NOT THAT PARTICULAR CASE, 'CAUSE,

01:01PM  11  YOU KNOW, KIND OF--YOU KNOW, DRUG POSSESSION IS KIND OF--IT'S

01:01PM  12  KIND OF PREVALENT, IT HAPPENS.  SO I WOULDN'T REALLY CONSIDER

01:01PM  13  IT TO BE THE SAME AS, LIKE, MOVING METHAMPHETAMINE.

01:01PM  14  Q.      POSSESSION WITH INTENT TO DISTRIBUTE IS DIFFERENT THAN

01:01PM  15  JUST SIMPLE POSSESSION?

01:01PM  16  A.      I WOULD SAY THAT THERE'S A BIG GRAY AREA THERE.  SO I

01:01PM  17  WOULDN'T PROBABLY TAKE THAT TOO MUCH INTO CONSIDERATION.  IF IT

01:01PM  18  WAS, LIKE, THEY WERE CONVICTED ONCE OF MOVING METHAMPHETAMINES

01:01PM  19  AND THEY'RE DOING IT NOW, THAT WOULD BE A BIAS IN MY OPINION.

01:01PM  20  BUT I THINK POSSESSION OF, LIKE, MARIJUANA AND THIS PROBABLY

01:01PM  21  WOULDN'T PLAY TOO MUCH ON MY--BIAS ON MY PART.

01:02PM  22  Q.      BOTTOM LINE, THOUGH, IF THERE'S A PRIOR CONVICTION

01:02PM  23  THAT'S SIMILARLY RELATED TO THIS CASE HERE, YOU WOULD HAVE

01:02PM  24  A BIAS IN PRESUMING THEM INNOCENT?

01:02PM  25  A.      YES, SIR.

01:02PM 1          MR. KEMP:  THANK YOU.

01:02PM 2          THE COURT:

01:02PM 3   Q.     JUROR NUMBER 23, IF THE COURT ADMITS EVIDENCE OF A

01:02PM 4   SIMILAR ACT, SUCH AS A PRIOR CONVICTION, I WOULD INSTRUCT YOU

01:02PM 5   THAT YOU CAN ONLY CONSIDER THAT FOR A LIMITED PURPOSE.  AND I

01:02PM 6   WOULD INSTRUCT YOU THAT IF YOU FIND FROM OTHER EVIDENCE IN THE

01:02PM 7   CASE THAT THE DEFENDANT DID WHAT HE'S ACCUSED OF IN THIS CASE--

01:02PM 8   THAT IS, COMMITTED THE ACT OF FORMING AN AGREEMENT, FOR

01:02PM 9   EXAMPLE, TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE--

01:02PM 10  THEN YOU CAN CONSIDER THE PRIOR SIMILAR ACT FOR THE PURPOSE OF

01:03PM 11  DETERMINING WHETHER OR NOT THERE WAS SOME SORT OF MISTAKE OR

01:03PM 12  ACCIDENT INVOLVED, OR WHETHER HE DIDN'T REALLY KNOWINGLY FORM

01:03PM 13  ANY AGREEMENT.  SO THOSE ARE THE ONLY PURPOSES FOR WHICH YOU

01:03PM 14  CAN CONSIDER A PRIOR SIMILAR ACT.

01:03PM 15  A.     YES, SIR.

01:03PM 16  Q.     COULD YOU FOLLOW THAT INSTRUCTION FROM ME?

01:03PM 17  A.     I DEFINITELY WOULD TRY MY BEST.  I'M JUST ANSWERING THE

01:03PM 18  MOST HONESTLY I CAN THAT IF THE PRIOR SITUATION IS VERY, VERY

01:03PM 19  SIMILAR, IT WOULD BE DIFFICULT ON MY PART TO RELINQUISH BIAS.

01:03PM 20  BUT, I MEAN, I WOULD TRY MY BEST IN THAT SITUATION.

01:03PM 21  Q.     AND BY "BIAS" YOU MEAN THAT IF YOU ARE TOLD THAT ONE

01:03PM 22  OR MORE OF THESE DEFENDANTS DID SOMETHING VERY SIMILAR TO WHAT

01:03PM 23  THEY'RE ON TRIAL FOR HERE, THAT YOU WOULD TEND TO BELIEVE THAT

01:04PM 24  IF THEY DID IT BEFORE, THEY PROBABLY DID IT NOW?

01:04PM 25  A.     EXACTLY.

INDIVIDUAL VOIR DIRE QUESTIONING

148

| | | |
|---|---|---|
| 01:04PM | 1 | THE COURT:  ALL RIGHT. |
| 01:04PM | 2 | ANY QUESTIONS, MS. BATSON? |
| 01:04PM | 3 | MS. BATSON:  NO, YOUR HONOR. |
| 01:04PM | 4 | THE COURT:  OKAY. |
| 01:04PM | 5 | THANK YOU, SIR. |
| 01:04PM | 6 | VENIREPERSON:  THANK YOU. |
| 01:04PM | 7 | THE COURT:  MR. WHALEN? |
| 01:04PM | 8 | MR. WHALEN:  WE SUBMIT NUMBER 23 FOR CAUSE, YOUR |
| 01:04PM | 9 | HONOR. |
| 01:04PM | 10 | THE COURT:  OKAY.  I'M INCLINED TO STRIKE JUROR |
| 01:04PM | 11 | NUMBER 23. |
| 01:04PM | 12 | MS. BATSON:  NO OBJECTION, YOUR HONOR. |
| 01:04PM | 13 | THE COURT:  OKAY.  JUROR NUMBER 23 IS STRICKEN |
| 01:04PM | 14 | FOR CAUSE.  HE WOULD TEND TO CONSIDER 404(B) EVIDENCE FOR |
| 01:04PM | 15 | ALL PURPOSES, AND IT WOULD BE CONSIDERED BY HIM AS EVIDENCE OF |
| 01:04PM | 16 | GUILT BASED UPON THE REASONING THAT IF SOMEONE DID IT BEFORE, |
| 01:04PM | 17 | THEY PROBABLY DID IT THIS TIME. |
| 01:04PM | 18 | THE NEXT PERSON I HAVE DOWN TO QUESTION IS NUMBER |
| 01:05PM | 19 | 24. |
| 01:05PM | 20 | Q.    JUROR NUMBER 24, WOULD YOU GO TO THAT PODIUM RIGHT |
| 01:05PM | 21 | THERE WHERE THERE'S A MICROPHONE.  I JUST HAD A NOTE THAT IF |
| 01:05PM | 22 | SOMEONE IS ACCUSED OF A CRIME AND THEY'RE ON TRIAL AND THEY |
| 01:05PM | 23 | ELECT NOT TO TESTIFY, THAT YOU MIGHT CONSIDER THAT AS EVIDENCE |
| 01:05PM | 24 | OF GUILT.  YOU UNDERSTAND THAT I WILL INSTRUCT YOU THAT ANYONE |
| 01:06PM | 25 | ACCUSED OF A CRIME HAS THE RIGHT NOT TO TESTIFY AND THAT THE |

01:06PM    1    LAW DOES NOT REQUIRE A DEFENDANT TO PROVE HIS INNOCENCE, HE

01:06PM    2    DOESN'T HAVE TO PRODUCE ANY EVIDENCE AT ALL, AND YOU CANNOT

01:06PM    3    INFER FROM HIS ELECTION NOT TO TESTIFY THAT HE'S GUILTY.

01:06PM    4    COULD YOU FOLLOW THAT INSTRUCTION FROM ME?

01:06PM    5    A.      COULD I RESPOND TO THAT WITHOUT A "YES" OR "NO"?

01:06PM    6    Q.      YES.

01:06PM    7    A.      I BELIEVE I WAS ASKED CONCERNING THE PROPENSITY TO HAVE

01:06PM    8    A BIAS TOWARD SOMEONE NOT TESTIFYING.  AND WHEN I RESPONDED, MY

01:06PM    9    RESPONSE WAS IN THE CONTEXT THAT THERE HAD BEEN MUCH DISCUSSION

01:06PM    10    ABOUT A CONSPIRACY AND THAT THERE HAD BEEN MUCH DISCUSSION

01:06PM    11    ABOUT PEOPLE INVOLVED IN THIS CONSPIRACY WHO WERE NOT

01:06PM    12    DEFENDANTS IN THE TRIAL THAT MAY BE OFFERING TESTIMONY.  SO IN

01:06PM    13    THAT CONTEXT MY ANSWER WAS I FELT LIKE IF THERE WAS THAT MUCH

01:06PM    14    COMMINGLING OF ALL THESE DIFFERENT SCENARIOS AND THERE WERE

01:07PM    15    SOME PEOPLE WHO WERE TESTIFYING ABOUT IT AND SOME PEOPLE WHO

01:07PM    16    WERE NOT, I WOULD BE BIASED TO FEELING LIKE I WANTED TO--I'M

01:07PM    17    SORRY, NOT "FEELING"--I'D BE BIASED TO BE WANTING TO SEE THE

01:07PM    18    TESTIMONY OF ALL PARTIES INVOLVED.

01:07PM    19        SO, TO ANSWER YOU DIRECTLY, I WOULD TRY MY--I DON'T

01:07PM    20    BELIEVE I WAS SAYING I WOULD NOT FOLLOW YOUR INSTRUCTION OR

01:07PM    21    FOLLOW YOUR INSTRUCTION; I WAS SAYING I WOULD HAVE A PROPENSITY

01:07PM    22    TO FEEL LIKE I WOULD WANT TO SEE THOSE PEOPLE DISCUSS THAT THAT

01:07PM    23    WERE CHARGED WITH IT.

01:07PM    24    Q.      INCLUDING--

01:07PM    25    A.      YES, SIR.

INDIVIDUAL VOIR DIRE QUESTIONING

**150**

01:07PM 1   Q.      --YOU SAID, THE PEOPLE WHO ARE ACCUSED OF THE CRIME,

01:07PM 2   WHO ARE ON TRIAL RIGHT HERE?

01:07PM 3   A.      YES, SIR.

01:07PM 4   Q.      OKAY.  AND IF THEY ELECTED NOT TO TESTIFY, HOW WOULD

01:07PM 5   YOU DEAL WITH THAT?

01:07PM 6   A.      I WOULD DEAL WITH IT THE BEST I COULD.  IF I'VE BEEN

01:07PM 7   CHARGED TO DO THAT, I WOULD DO MY BEST TO SET THAT ASIDE.

01:07PM 8   Q.      OKAY.

01:07PM 9   A.      BUT I DON'T THINK THAT WAS THE QUESTION I WAS POSED

01:07PM 10  WHEN I WAS ASKED ABOUT IT.

01:07PM 11  Q.      WELL, LET ME ASK YOU THE QUESTION NOW.  IF THE

01:08PM 12  DEFENDANTS OR ONE OR MORE OF THEM ELECT NOT TO TESTIFY, CAN

01:08PM 13  YOU NOT CONSIDER THAT FOR ANY PURPOSE AND JUST FOCUS ON THE

01:08PM 14  EVIDENCE THAT THE GOVERNMENT OFFERS?  BECAUSE THE GOVERNMENT

01:08PM 15  HAS THE BURDEN OF PROOF.

01:08PM 16  A.      I DON'T KNOW HOW ELSE TO ANSWER YOU, JUDGE.  I'M SORRY.

01:08PM 17  I WOULD DO MY BEST TO DO THAT.  TO SAY AGAIN, WE WERE BEING

01:08PM 18  ASKED ABOUT WHAT OUR PREDISPOSITION IS TO CERTAIN THINGS,

01:08PM 19  AND THAT WOULD BE MY PREDISPOSITION, WHAT I STATED.

01:08PM 20            THE COURT:  ALL RIGHT.

01:08PM 21            QUESTIONS BY MS. BATSON?

01:08PM 22            MS. BATSON:  NO, YOUR HONOR.

01:08PM 23            THE COURT:  QUESTIONS BY DEFENSE COUNSEL?

01:08PM 24            MR. WHALEN:  NO, YOUR HONOR.

01:08PM 25            MR. PETRAZIO:  BRIEFLY, YOUR HONOR.

01:08PM  1           THE COURT:  BRIEFLY?

01:08PM  2           MR. PETRAZIO:

01:08PM  3  Q.     NOTHING WRONG WITH FEELING A CERTAIN WAY.  I HOPE I

01:08PM  4  DIDN'T GIVE THAT IMPRESSION TO THE PANEL.  THE ISSUE THAT WE'RE

01:08PM  5  HAVING, THOUGH, IS WHETHER OR NOT--I TALKED ABOUT INSUFFICIENCY

01:09PM  6  OF THE EVIDENCE, AND I TALKED ABOUT IF THE GOVERNMENT DOESN'T

01:09PM  7  GIVE YOU THAT LAST THING THAT YOU NEED, THAT LAST THING THAT

01:09PM  8  YOU NEED TO PUSH YOU OVER THE TOP TO CONVICT--I GUESS THE

01:09PM  9  REVERSE OF THAT IS, IF WE DON'T GIVE YOU ANYTHING, THAT ONE

01:09PM  10  THING THAT YOU MIGHT NEED TO SWAY YOU FOR "NOT GUILTY"--ARE

01:09PM  11  YOU GONNA HOLD THAT AGAINST SOMEBODY THAT DOESN'T TESTIFY?

01:09PM  12  A.     I BELIEVE THAT'S A BROAD QUESTION, AND I'M ANSWERING

01:09PM  13  A SPECIFIC ISSUE.

01:09PM  14  Q.     OKAY.

01:09PM  15  A.     THE BROAD QUESTION IS:  IF THEY DON'T DO THEIR JOB

01:09PM  16  IN PROVING OR I BELIEVE, ONCE I'VE HEARD ALL OF THAT, THAT

01:09PM  17  YOU HAVEN'T DONE YOUR JOB IN REFUTING--THAT'S A SEPARATE

01:09PM  18  ISSUE.  BUT IT COULD BE COMMINGLED WITH THE FACT THAT IF IT

01:09PM  19  CAME DOWN TO THE ISSUE OF TESTIMONY ABOUT CONSPIRACY AND THOSE

01:09PM  20  CONSPIRATORS WERE TALKING ABOUT THIS PERSON DID THIS, THAT

01:09PM  21  PERSON DID THAT, THERE WERE SOME WHO TALKED, SOME WHO DIDN'T,

01:09PM  22  I WOULD BE PREDISPOSED TO WANTING TO HEAR FROM THE PEOPLE,

01:09PM  23  CONSIDERING THAT THERE WAS ALSO DISCUSSION, THERE WASN'T A

01:09PM  24  WRITTEN AGREEMENT, AND THERE WOULD BE A LACK OF, PROBABLY,

01:10PM  25  HARD EVIDENCE THAT WOULD SET THAT STRUCTURE IN PLACE.

INDIVIDUAL VOIR DIRE QUESTIONING

152

01:10PM  1    Q.    OKAY.  NOTHING WRONG WITH WANTING TO HEAR.  OKAY?

01:10PM  2    THAT'S NOT THE ISSUE.  THE ISSUE IS:  WOULD THAT WANTING--

01:10PM  3    WOULD THAT DESIRE TO HEAR FROM THE OTHER SIDE--WOULD YOU

01:10PM  4    HOLD THE FACT THAT YOU DIDN'T HEAR FROM THEM AGAINST THEM?

01:10PM  5    A.    TO ANSWER HIS CHARGE, I WOULD DO MY BEST NOT TO.

01:10PM  6    Q.    WHAT DOES THAT MEAN, YOUR "BEST"?

01:10PM  7    A.    [PAUSING]

01:10PM  8    Q.    YOU'RE THE ONLY ONE THAT KNOWS THAT.  BECAUSE I CAN'T

01:10PM  9    READ YOUR MIND.  DOES THAT MEAN WITH CERTAINTY YOU COULD FOLLOW

01:10PM  10   THE LAW AS HE GIVES IT TO YOU, OR YOU WOULD JUST TRY YOUR BEST,

01:10PM  11   BUT YOU CAN'T REALLY GUARANTEE US THAT YOU COULD DO IT?  IS

01:10PM  12   YOUR BEST GONNA BE ENOUGH?  THAT'S MY QUESTION.

01:10PM  13   A.    I'VE BEEN EXPLICIT IN SAYING I GO INTO THIS WITH THE

01:10PM  14   BIAS THAT I WOULD WANT TO HEAR FROM THEM.

01:10PM  15            MR. PETRAZIO:  OKAY.

01:10PM  16            NOTHING FURTHER, YOUR HONOR.

01:10PM  17            THE COURT:  DID YOU HAVE A QUESTION?

01:10PM  18            MR. KEMP:  BRIEFLY.

01:10PM  19            THE COURT:  OKAY.

01:11PM  20            MR. KEMP:

01:11PM  21   Q.    IN THE EVENT THAT THE GOVERNMENT DOESN'T SHOW YOU

01:11PM  22   ANY VIDEOS, THE ONLY THING THAT YOU HEAR ARE COCONSPIRATORS'

01:11PM  23   TESTIMONY SAYING A DEFENDANT DID THIS, A DEFENDANT DID THAT,

01:11PM  24   ARE YOU GOING TO HAVE A BIAS IF THAT'S ALL YOU HEAR, IS SIMPLY

01:11PM  25   COCONSPIRATOR TESTIMONY BUT THEN YOU DO NOT HEAR ANYTHING

01:11PM 1  THAT REFUTES THAT FROM ANY ONE OF THE DEFENDANTS?

01:11PM 2  A.    I THINK THAT'S A REPHRASING OF THE SAME ISSUE.  I'M

01:11PM 3  SAYING THAT I GO INTO IT WITH A PREDISPOSITION BASED ON ALL OF

01:11PM 4  THE LIMITED THINGS THAT WE'VE TALKED ABOUT HERE THIS MORNING TO

01:11PM 5  SAY IF IT'S A CONSPIRACY AND IF THERE'S DISCUSSION AND IF THERE

01:11PM 6  ARE COCONSPIRATORS OR PEOPLE INVOLVED, POTENTIALLY, THAT ARE

01:11PM 7  NOT CHARGED OR ARE CHARGED, AND WE START HEARING TESTIMONY

01:11PM 8  TODAY, I WOULD BE PREDISPOSED IN WANTING TO HEAR FROM THE

01:11PM 9  PEOPLE THAT WERE CHARGED WITH IT.

01:11PM 10            MR. KEMP:  OKAY.  THANK YOU.

01:11PM 11            THE COURT:  OKAY.  THANK YOU, SIR.

01:12PM 12            ANY MOTION ON JUROR NUMBER 24?

01:12PM 13            MR. PETRAZIO:  DEFENSE MOVES TO STRIKE FOR CAUSE.

01:12PM 14            THE COURT:  OKAY.

01:12PM 15            ANYTHING YOU WANT TO SAY, MS. BATSON?

01:12PM 16            MS. BATSON:  NO, YOUR HONOR.

01:12PM 17            THE COURT:  OKAY.  I'M GOING TO GRANT THE MOTION TO

01:12PM 18  STRIKE JUROR NUMBER 24 FOR CAUSE.  HE IS NOT SURE IF HE COULD

01:12PM 19  FOLLOW THE INSTRUCTION THAT YOU CANNOT CONSIDER FOR ANY PURPOSE

01:12PM 20  THE ELECTION OF A DEFENDANT NOT TO TESTIFY.

01:12PM 21            MOVING ON, NUMBER 25.

01:13PM 22  Q.    JUROR 25, WOULD YOU GO TO THE MICROPHONE AT THAT

01:13PM 23  PODIUM.  YOU RAISED YOUR HAND WHEN I ASKED TWO QUESTIONS.  THE

01:13PM 24  FIRST ONE WAS:  HAS ANYONE BEEN INVOLVED IN A CRIMINAL MATTER

01:13PM 25  IN COURT THAT CONCERNED YOURSELF OR A FAMILY MEMBER OR A CLOSE

INDIVIDUAL VOIR DIRE QUESTIONING

154

01:13PM  1   FRIEND IN SOME WAY?

01:13PM  2          THE SECOND QUESTION WAS:  HAVE YOU HAD AN EXPERIENCE

01:13PM  3   INVOLVING YOURSELF OR A FAMILY MEMBER OR CLOSE FRIEND THAT

01:13PM  4   RELATES SOMEHOW TO THE USE OR POSSESSION OF DRUGS?

01:13PM  5   A.      CORRECT.

01:13PM  6   Q.      BUT BEFORE I GET TO THAT, YOU ALSO SAID YOU HAVE A

01:13PM  7   DOCTOR'S APPOINTMENT.  DO YOU HAVE A DOCTOR'S APPOINTMENT

01:13PM  8   THIS WEEK OR NEXT WEEK THAT YOU DO NOT WANT TO RESCHEDULE?

01:13PM  9   A.      I HAVE A DERMATOLOGY APPOINTMENT AT 8:00 ON FRIDAY,

01:13PM  10  ORTHOPEDIC AT 1:30 ON FRIDAY AS WELL.  I DON'T WANT TO MISS

01:13PM  11  THEM.  I'M A BASEBALL SCOUT.  I TRAVEL NINE MONTHS OUT OF

01:13PM  12  THE YEAR.  I WANT TO BE AT THOSE APPOINTMENTS.

01:13PM  13          THE COURT:  OKAY.

01:13PM  14          ANY QUESTIONS FOR JUROR NUMBER 25?

01:13PM  15          MS. BATSON:  NO, YOUR HONOR.

01:14PM  16          MR. PETRAZIO:  NONE, YOUR HONOR.

01:14PM  17          THE COURT:  ALL RIGHT.

01:14PM  18          JUROR NUMBER 25, THANK YOU VERY MUCH.

01:14PM  19  Q.      DO YOU TRAVEL ALL OVER LOOKING AT COLLEGES OR--

01:14PM  20  A.      COLLEGES AND HIGH SCHOOL PLAYERS DURING THE SPRINGTIME.

01:14PM  21  DURING THE SUMMER, I DO PRO STUFF, MAJOR-LEAGUE STUFF.

01:14PM  22  Q.      OKAY.  AND YOU LIVE HERE, BUT YOU WORK FOR A BASEBALL--

01:14PM  23  PROFESSIONAL BASEBALL TEAM OUT OF STATE?

01:14PM  24  A.      RIGHT.

01:14PM  25  Q.      OKAY.

01:14PM  1   A.      YEAH.

01:14PM  2   Q.      THAT'S INTERESTING.  OKAY.  THANK YOU.

01:14PM  3   A.      THANK YOU.

01:14PM  4          THE COURT:  OKAY.  HE HAS APPOINTMENTS DURING THE

01:14PM  5   TIME THAT WE WILL BE IN TRIAL, AND HE DOESN'T WANT TO CHANGE

01:14PM  6   THEM.  I'M NOT GOING TO REQUIRE HIM TO.  SO I'LL STRIKE JUROR

01:14PM  7   NUMBER 25 FOR CAUSE.

01:14PM  8          THE NEXT PERSON I HAVE A CHECKMARK BY IS JUROR

01:14PM  9   NUMBER 30, AND THEN 32.

01:15PM  10  Q.      JUROR NUMBER 30, WOULD YOU GO TO THAT MICROPHONE RIGHT

01:15PM  11  THERE.

01:15PM  12  A.      YES, SIR.

01:15PM  13  Q.      YOU RAISED YOUR HAND WHEN I ASKED WHETHER ANYONE HAD

01:15PM  14  BEEN INVOLVED IN A CRIMINAL MATTER IN COURT THAT CONCERNED YOU

01:15PM  15  OR A FAMILY MEMBER OR A CLOSE FRIEND--

01:15PM  16  A.      YES, SIR, I DID.

01:15PM  17  Q.      --AS A DEFENDANT, A WITNESS OR A VICTIM.

01:15PM  18  A.      YES, SIR, I DID.

01:15PM  19  Q.      OKAY.

01:15PM  20  A.      I WAS A DEFENDANT, ACTUALLY, IN TWO CASES IN TENNESSEE.

01:15PM  21  ONE OF THEM WAS RESISTING ARREST.  THE VERDICT CAME OUT TO

01:16PM  22  BE "NOT GUILTY," ALL CHARGES WERE DROPPED DUE TO PSYCHIATRIC

01:16PM  23  REASONS.

01:16PM  24          AND THE SECOND ONE WAS VIOLATION OF, LIKE, A

01:16PM  25  DOMESTIC ORDER.  AND I WAS FOUND GUILTY BECAUSE I DID MAKE

INDIVIDUAL VOIR DIRE QUESTIONING

156

01:16PM 1  THE PHONE CALLS.  I SERVED 70 DAYS IN THE DAVIDSON COUNTY

01:16PM 2  JAIL AND THEN WAS RELEASED AFTER THAT.  AND IT WAS CONSIDERED

01:16PM 3  A MISDEMEANOR.

01:16PM 4   Q.    OKAY.  NOW, DO YOU FEEL THAT YOU WERE TREATED FAIRLY

01:16PM 5  OR UNFAIRLY BY LAW ENFORCEMENT AUTHORITIES IN THOSE TWO CASES?

01:16PM 6   A.    I FEEL I WAS TREATED FAIRLY.  I MEAN, BECAUSE ONE OF

01:16PM 7  THE REASONS WHY I WAS IN CHEATHAM COUNTY, WHICH IS WHERE THE

01:16PM 8  FIRST OFFENSE OCCURRED, THE FACT THAT THE OFFICERS DROPPED THE

01:16PM 9  CHARGES WAS, YOU KNOW, BECAUSE THEY REALIZED THIS WOMAN IS KIND

01:17PM 10 OF LOOPY HERE.  SO I FELT LIKE THAT WAS TREATED FAIRLY.

01:17PM 11         THE ONES IN--AND THEN I DID MAKE A PHONE CALL TWICE

01:17PM 12 TO MY EX-HUSBAND.  SO I WAS GUILTY, AND NOTHING WAS THERE,

01:17PM 13 ACTUALLY, BUT IT WAS REALLY NICE AS FAR AS WHERE I WAS

01:17PM 14 INCARCERATED AT.  VERY, VERY NICE PEOPLE.  SO YES, SIR,

01:17PM 15 IN ANSWER TO YOUR QUESTION.

01:17PM 16  Q.    DID YOU SAY THIS WAS IN TENNESSEE?

01:17PM 17  A.    YES, SIR, IT WAS.  ONE WAS IN CHEATHAM COUNTY, WHICH

01:17PM 18 WOULD HAVE BEEN ASHLAND CITY; THE SECOND ONE WAS IN NASHVILLE,

01:17PM 19 ACTUALLY, NASHVILLE, TENNESSEE.

01:17PM 20  Q.    OKAY.  ALL RIGHT.  ANYTHING ABOUT YOUR EXPERIENCE IN

01:17PM 21 THOSE TWO CASES THAT WOULD AFFECT YOUR ABILITY TO BE FAIR TO

01:17PM 22 BOTH THE GOVERNMENT AND THE DEFENDANTS IN THIS CASE AS A JUROR?

01:17PM 23  A.    ACTUALLY, HAVING BEEN RAISED AS A POLICE OFFICER'S

01:17PM 24 DAUGHTER AND GETTING TO SEE BOTH SIDES OF IT WAS PRETTY--I

01:17PM 25 DON'T WANT TO SAY "INTERESTING."  IT WAS JUST VERY SOBERING

01:17PM  1    AS FAR AS WHAT GOES ON BEHIND THE SCENES AND EVERYTHING.  SO

01:17PM  2    I DON'T THINK IT WOULD AFFECT MY JUDGMENT IN ANYTHING, NO, SIR.

01:18PM  3    Q.      OKAY.

01:18PM  4    A.      I WOULDN'T BE BIASED, IF THAT'S WHAT YOU'RE ASKING.

01:18PM  5    Q.      YOU FEEL THAT YOU COULD BE FAIR TO THE GOVERNMENT IN

01:18PM  6    THIS CASE?

01:18PM  7    A.      YES, SIR.

01:18PM  8    Q.      IN THEY CONVINCE YOU BEYOND A REASONABLE DOUBT--

01:18PM  9    A.      BEYOND A REASONABLE DOUBT, YES, SIR.

01:18PM  10   Q.      --THAT THEY'VE PROVEN THE DEFENDANTS GUILTY, YOU COULD

01:18PM  11   FIND THE DEFENDANTS GUILTY?

01:18PM  12   A.      YES, SIR, YES, SIR.

01:18PM  13   Q.      AND IF YOU ARE NOT CONVINCED BEYOND A REASONABLE DOUBT,

01:18PM  14   YOU COULD FIND THEM NOT GUILTY?

01:18PM  15   A.      YES, SIR, THAT'S CORRECT.

01:18PM  16           THE COURT:  ALL RIGHT.

01:18PM  17           MS. BATSON, DO YOU HAVE ANY QUESTIONS?

01:18PM  18           MS. BATSON:  NO, YOUR HONOR.

01:18PM  19           THE COURT:  ANY QUESTIONS BY MR. WHALEN?

01:18PM  20           MR. WHALEN:  NO, YOUR HONOR.

01:18PM  21           THE COURT:  MR. KEMP?

01:18PM  22           MR. KEMP:  NO, YOUR HONOR.

01:18PM  23           THE COURT:  MR. PETRAZIO?

01:18PM  24           MR. PETRAZIO:  NO, YOUR HONOR.

01:18PM  25           THE COURT:  THANK YOU.

INDIVIDUAL VOIR DIRE QUESTIONING

**158**

01:18PM 1      VENIREPERSON:  THANK YOU, SIR.

01:18PM 2      THE COURT:  OKAY.  JUROR NUMBER 32.

01:19PM 3  Q.     JUROR NUMBER 32, LET'S SEE.  I BELIEVE YOU RAISED

01:19PM 4  YOUR HAND WHEN I ASKED THE QUESTION ABOUT WHETHER YOU HAD BEEN

01:19PM 5  INVOLVED IN A CRIMINAL MATTER THAT WENT TO COURT THAT CONCERNED

01:19PM 6  YOU OR A FAMILY MEMBER OR A CLOSE FRIEND IN SOME WAY.

01:19PM 7  A.     THE ONLY THING I'VE BEEN INVOLVED IN--AND I WASN'T

01:19PM 8  SURE, SO I RAISED MY HAND TO BE CLEAR--I WAS INVOLVED IN A

01:19PM 9  DWI CONVICTION.

01:19PM 10  Q.     OKAY.

01:19PM 11  A.     THAT WAS THE ONE INCIDENT THAT I'VE BEEN INVOLVED IN.

01:19PM 12  Q.     OKAY.  YOU PERSONALLY?

01:19PM 13  A.     YES.

01:19PM 14  Q.     HOW LONG AGO WAS THAT?

01:19PM 15  A.     FOUR OR FIVE YEARS AGO.  IN DENTON COUNTY.

01:19PM 16  Q.     ALL RIGHT.  WHAT WAS THE OUTCOME OF THAT CASE?

01:19PM 17  A.     I RECEIVED PROBATION FOR TWO YEARS.

01:19PM 18  Q.     OKAY.  HAVE YOU COMPLETED THAT?

01:19PM 19  A.     YES, SIR.

01:19PM 20  Q.     ALL RIGHT.  DO YOU HAVE AN OPINION ABOUT WHETHER LAW

01:20PM 21  ENFORCEMENT OFFICERS AND THE DENTON COUNTY DA'S OFFICE TREATED

01:20PM 22  YOU FAIRLY OR UNFAIRLY?

01:20PM 23  A.     I WAS TREATED FAIRLY.  I MEAN, I HAD NO RESERVATIONS

01:20PM 24  ABOUT THE INCIDENT OR ANY OF THE PARTIES INVOLVED AT ALL.

01:20PM 25  Q.     OKAY.  DID YOU PLEAD GUILTY?

01:20PM 1    A.      YES.

01:20PM 2    Q.      OKAY.  ALL RIGHT.  DO YOU FEEL LIKE YOU COULD BE A FAIR

01:20PM 3    JUROR TO THE GOVERNMENT IN THIS CASE?

01:20PM 4    A.      YES, SIR.

01:20PM 5    Q.      COULD YOU BE A FAIR JUROR TO THE THREE MEN WHO ARE ON

01:20PM 6    TRIAL?

01:20PM 7    A.      YES, SIR.

01:20PM 8            THE COURT:  OKAY.

01:20PM 9            ANY QUESTIONS FOR THIS JUROR, MS. BATSON?

01:20PM 10           MS. BATSON:  NO, YOUR HONOR.

01:20PM 11           THE COURT:  ANY QUESTIONS FOR JUROR NUMBER 32 BY

01:20PM 12   DEFENSE COUNSEL?

01:20PM 13           MR. WHALEN:  NO, YOUR HONOR.

01:20PM 14           MR. PETRAZIO:  NO, YOUR HONOR.

01:20PM 15           MR. KEMP:  NO, YOUR HONOR.

01:20PM 16           THE COURT:  THANK YOU, MA'AM.

01:20PM 17           VENIREPERSON:  THANK YOU.

01:20PM 18           THE COURT:  OKAY.

01:20PM 19           JUROR NUMBER 33.  AND THEN 34.

01:21PM 20           JUROR NUMBER 33, IF YOU WILL JUST COME RIGHT THERE

01:21PM 21   TO THAT MICROPHONE.

01:21PM 22   Q.      YOU RAISED YOUR HAND WHEN I ASKED THE QUESTION ABOUT

01:21PM 23   WHETHER ANYONE HAD AN EXPERIENCE INVOLVING YOURSELF OR A FAMILY

01:21PM 24   MEMBER OR A CLOSE FRIEND THAT SOMEHOW RELATES TO THE USE OR

01:21PM 25   POSSESSION OF DRUGS.

INDIVIDUAL VOIR DIRE QUESTIONING

160

01:21PM  1  A.      CORRECT.

01:21PM  2  Q.      OKAY.  YOU ALSO INDICATED THAT YOU MIGHT NEED TO TAKE

01:21PM  3  MORE FREQUENT BREAKS THAN, SAY, EVERY TWO HOURS.

01:21PM  4  A.      WELL, I HAVE A BACK PROBLEM AND I HAVE SOME ARTHRITIS

01:21PM  5  IN MY HIP.  SO IF I SIT FOR VERY LONG ON A HARD SURFACE, IT

01:22PM  6  KIND OF GETS UNCOMFORTABLE.

01:22PM  7  Q.      OKAY.  NOW, I KNOW YOU WERE SITTING ON A HARD SURFACE

01:22PM  8  BACK OVER THERE.  IF YOU WERE CHOSEN AS A JUROR, YOU WOULD BE

01:22PM  9  SITTING IN THESE PADDED CHAIRS HERE.

01:22PM  10  A.      I JUST HAVE A PROBLEM SITTING THAT LONG.  IT JUST CAN

01:22PM  11  GET UNCOMFORTABLE AFTER A WHILE IS ALL.

01:22PM  12  Q.      OKAY.  WELL, CAN YOU SIT IN A CHAIR THAT HAS PADDING--

01:22PM  13  A.      YES.

01:22PM  14  Q.      --FOR, SAY, TWO HOURS?

01:22PM  15  A.      YES.

01:22PM  16  Q.      ALL RIGHT.

01:22PM  17          TELL ME ABOUT YOUR EXPERIENCE OR THAT OF A FAMILY

01:22PM  18  MEMBER OR A CLOSE FRIEND, WHOEVER IT WAS, WITH DRUGS.

01:22PM  19  A.      WELL, I KNOW FIRSTHAND HOW DRUGS--DEVASTATING THEY CAN

01:22PM  20  BE TO INDIVIDUALS AND TO FAMILIES.  MY DAUGHTER HAPPENED TO GET

01:22PM  21  HOOKED ON DRUGS AT 17, AND WE, YOU KNOW, WENT THROUGH A LOT

01:22PM  22  OF PROBLEMS.  BUT, THANK GOODNESS, TODAY SHE'S LIVING A GREAT

01:22PM  23  LIFE.  BUT I KNOW HOW HARD IT CAN BE.  SO IT'S KIND OF A TOUCHY

01:23PM  24  SUBJECT.

01:23PM  25  Q.      OKAY.  HOW LONG AGO WAS THAT WITH YOUR DAUGHTER?

INDIVIDUAL VOIR DIRE QUESTIONING

01:23PM  1   A.      WELL, GOSH, SHE'S 34.  17 YEARS.  IT'S BEEN A LONG TIME

01:23PM  2   AGO.

01:23PM  3   Q.      OKAY.  CAN YOU TELL ME WHAT TYPE OF DRUG IT WAS?

01:23PM  4   A.      COCAINE.

01:23PM  5   Q.      COCAINE.  WOULD THAT AFFECT YOUR ABILITY TO USE YOUR

01:23PM  6   GOOD JUDGMENT AND TO CALMLY CONSIDER THE EVIDENCE IN THIS CASE

01:23PM  7   AND TO BE OBJECTIVE IN THIS CASE?

01:23PM  8   A.      I DON'T THINK SO.

01:23PM  9   Q.      OKAY.  DID YOUR DAUGHTER EVER HAVE A CASE?  DID THE

01:23PM 10   POLICE GET INVOLVED?

01:23PM 11   A.      NO, LUCKILY NOT.  WE GOT INVOLVED BEFORE THAT COULD

01:23PM 12   HAPPEN.

01:23PM 13   Q.      OKAY.

01:23PM 14           DO YOU FEEL LIKE YOU WOULD BE A FAIR JUROR FOR THE

01:23PM 15   GOVERNMENT?

01:23PM 16   A.      YES.

01:23PM 17   Q.      IF THE GOVERNMENT CONVINCED YOU BEYOND A REASONABLE

01:23PM 18   DOUBT OF THE CHARGES THAT HAVE BEEN BROUGHT AGAINST THE

01:24PM 19   DEFENDANTS, COULD YOU FIND THEM GUILTY?

01:24PM 20   A.      YES.

01:24PM 21   Q.      COULD YOU USE YOUR OWN GOOD JUDGMENT AND COMMON SENSE

01:24PM 22   AND, IF THE GOVERNMENT DID NOT CONVINCE YOU BEYOND A REASONABLE

01:24PM 23   DOUBT, COULD YOU FIND THE DEFENDANTS NOT GUILTY?

01:24PM 24   A.      YES, I BELIEVE SO.

01:24PM 25           THE COURT:  OKAY.

01:24PM 1          MS. BATSON, ANY QUESTIONS?

01:24PM 2          MS. BATSON:  NO, YOUR HONOR.

01:24PM 3          THE COURT:  MR. KEMP?

01:24PM 4          MR. KEMP:  NO, YOUR HONOR.

01:24PM 5          THE COURT:  MR. WHALEN?

01:24PM 6          MR. WHALEN:  JUST BRIEFLY, YOUR HONOR.

01:24PM 7          THE COURT:  OKAY.

01:24PM 8          MR. WHALEN:

01:24PM 9  Q.     OBVIOUSLY, I KNOW IT'S BEEN 17 YEARS, BUT IT STILL

01:24PM 10 EVOKES SOME EMOTION IN YOU.  OBVIOUSLY, OUR CONCERN IS IF YOU

01:24PM 11 ARE SELECTED AS A JUROR AND WE GET INVOLVED IN THIS TRIAL, IT

01:24PM 12 COULD START BRINGING UP STUFF FOR YOU AS FAR AS DRUGS AND THE

01:24PM 13 TOPIC ITSELF.  AND SO THAT'S OUR CONCERN, IS THAT IF YOU GET

01:25PM 14 OVER THERE AND IT STARTS COMING UP, IT'S TOO LATE.

01:25PM 15         I KNOW YOU'VE USED THE WORDS "I THINK SO" AND "I

01:25PM 16 FEEL I CAN."  WHAT WE REALLY NEED IS A GUARANTEE FROM YOU THAT

01:25PM 17 IF YOU ARE SELECTED AS A JUROR, YOU'LL BE ABLE TO SET THOSE

01:25PM 18 EXPERIENCES ASIDE AND JUDGE THE CASE ON MERITS ALONE AND NOT

01:25PM 19 LET THAT AFFECT YOU.  CAN YOU GUARANTEE US THAT YOU CAN DO

01:25PM 20 THAT?

01:25PM 21 A.     YES.  YES, I THINK I CAN.  I'M SURE I CAN.

01:25PM 22         MR. WHALEN:  OKAY.

01:25PM 23         THAT'S ALL I HAD.

01:25PM 24         THE COURT:

01:25PM 25 Q.     I JUST HAD A NOTE, JUROR NUMBER 33, REGARDING

INDIVIDUAL VOIR DIRE QUESTIONING

163

01:25PM 1  SIMILAR-ACT EVIDENCE.  DID YOU UNDERSTAND MY EXPLANATION TO

01:25PM 2  THE JURY THAT YOU CAN CONSIDER PRIOR SIMILAR OFFENSES THAT

01:25PM 3  ARE OFFERED INTO EVIDENCE ONLY FOR THE PURPOSE OF DETERMINING

01:25PM 4  WHETHER OR NOT THE DEFENDANT HAD THE STATE OF MIND THAT

01:25PM 5  THE GOVERNMENT MUST PROVE, WHICH IS COMMITTING THE ACT

01:25PM 6  INTENTIONALLY AND KNOWINGLY, AND FOR OTHER PURPOSES, SUCH AS

01:26PM 7  WHETHER OR NOT THE DEFENDANT COMMITTED THE ACT THAT HE'S ON

01:26PM 8  TRIAL FOR BY MISTAKE OR ACCIDENT?  DO YOU UNDERSTAND THOSE ARE

01:26PM 9  THE ONLY TYPES OF CONSIDERATIONS YOU CAN GIVE TO SIMILAR-ACT

01:26PM 10  EVIDENCE?

01:26PM 11  A.     OKAY.  YES, I DID UNDERSTAND.

01:26PM 12  Q.     AND BY "SIMILAR ACT," I MEAN PRIOR CONVICTIONS FOR

01:26PM 13  SOMETHING SIMILAR.

01:26PM 14  A.     CORRECT.

01:26PM 15  Q.     AND THAT YOU CANNOT CONSIDER THE FACT THAT A PERSON WAS

01:26PM 16  CONVICTED BEFORE OF A SIMILAR CRIME AND DETERMINE THAT IF THE

01:26PM 17  PERSON DID IT BEFORE, THEY PROBABLY DID IT NOW, AND I'M GONNA

01:26PM 18  FIND THEM GUILTY.

01:26PM 19  A.     NO.  NO, I DON'T BELIEVE THAT.

01:26PM 20         THE COURT:  OKAY.  ALL RIGHT.  THANK YOU, MA'AM.

01:26PM 21         VENIREPERSON:  UH-HUH.

01:26PM 22         THE COURT:  I NEED JUROR NUMBER 34 AND THEN 35.

01:27PM 23         JUROR NUMBER 34, IF YOU WILL GO TO THE PODIUM.

01:27PM 24  Q.     I THINK YOU RAISED YOUR NUMBER WHEN I STARTED TALKING

01:27PM 25  ABOUT TAKING A BREAK EVERY TWO HOURS.

INDIVIDUAL VOIR DIRE QUESTIONING

164

01:27PM  1   A.     YEAH.  I HAVE BACK SPASMS WHEN I SIT TOO LONG.  IT

01:27PM  2   MAKES IT VERY, VERY PAINFUL.

01:27PM  3   Q.     OKAY.  YOU'VE BEEN SITTING ON A WOODEN BENCH THERE.

01:27PM  4   IF YOU ARE CHOSEN AS A JUROR, YOU WOULD BE SITTING ON PADDED

01:27PM  5   SEATING.

01:27PM  6   A.     I CAN, BUT, LIKE, TONIGHT, I'M NOT GONNA BE ABLE TO

01:27PM  7   SLEEP BECAUSE I'M IN HORRIBLE PAIN.

01:27PM  8   Q.     OH, NO.  OKAY.

01:27PM  9   A.     SO...

01:27PM  10  Q.     OKAY.  IS IT YOUR LOWER BACK?

01:28PM  11  A.     YEAH.

01:28PM  12  Q.     OKAY.  SO IF YOU WERE CHOSEN ON THE JURY AND YOU HAD TO

01:28PM  13  SIT THERE FOR AN HOUR AND A HALF OR TWO HOURS, YOU COULD DO IT,

01:28PM  14  BUT YOU WOULDN'T BE ABLE TO SLEEP THAT NIGHT?

01:28PM  15  A.     EXACTLY.

01:28PM  16         THE COURT:  OKAY.

01:28PM  17         ANY QUESTIONS FOR JUROR NUMBER 34?

01:28PM  18         MS. BATSON:  NO, YOUR HONOR.

01:28PM  19         MR. KEMP:  NO, YOUR HONOR.

01:28PM  20         MR. PETRAZIO:  NO, YOUR HONOR.

01:28PM  21         THE COURT:  OKAY.

01:28PM  22         MR. WHALEN:  JUST BRIEFLY.

01:28PM  23         THE COURT:  OH, YOU DO?

01:28PM  24         MR. WHALEN:

01:28PM  25  Q.     AND, OBVIOUSLY, IF YOU ARE IN PAIN, IT'S GOING TO BE

INDIVIDUAL VOIR DIRE QUESTIONING

165

01:28PM 1  DIFFICULT FOR YOU TO CONCENTRATE?

01:28PM 2  A.      EXACTLY.  THAT WAS MY CONCERN.

01:28PM 3            MR. WHALEN:  THANK YOU.

01:28PM 4            THE COURT:  OKAY.  THANK YOU, MA'AM.

01:28PM 5            VENIREPERSON:  OKAY.

01:28PM 6            THE COURT:  OKAY.  I'M INCLINED TO STRIKE JUROR

01:28PM 7  NUMBER 34 FOR CAUSE BECAUSE SHE WOULD NOT BE ABLE TO SLEEP

01:28PM 8  AT NIGHT IF SHE HAS TO SIT HERE.

01:28PM 9            MR. PETRAZIO:  NO OBJECTION, YOUR HONOR.

01:28PM 10           THE COURT:  OKAY.  HEARING NO OBJECTION FROM COUNSEL,

01:28PM 11 I'LL STRIKE JUROR NUMBER 34 FOR CAUSE.

01:28PM 12 Q.      NUMBER 35, IF YOU WOULD JUST STOP RIGHT THERE AT THAT

01:29PM 13 PODIUM--

01:29PM 14 A.      OKAY.

01:29PM 15 Q.      --AND HANG ON JUST FOR A SECOND.

01:29PM 16 A.      OKAY.

01:29PM 17 Q.      OKAY.  JUROR NUMBER 35, I BELIEVE YOU RAISED YOUR

01:29PM 18 HAND WHEN I ASKED THE QUESTION ABOUT WHETHER YOU HAD HAD ANY

01:29PM 19 EXPERIENCE INVOLVING YOURSELF OR A FAMILY MEMBER OR A CLOSE

01:29PM 20 FRIEND THAT RELATES SOMEHOW TO THE USE OR POSSESSION OF DRUGS.

01:29PM 21 A.      CORRECT.  I JUST HAD MY BEST FRIEND FROM COLLEGE, HER

01:29PM 22 SON HAS BEEN INVOLVED WITH HEROIN AND THEN ALSO A COCAINE

01:29PM 23 POSSESSION CHARGE.

01:29PM 24 Q.      OKAY.  THIS IS YOUR BEST FRIEND WHOSE SON HAS BEEN

01:29PM 25 INVOLVED IN DRUGS?

| | | |
|---|---|---|
| 01:29PM | 1 | A.     YES. |
| 01:29PM | 2 | Q.     OKAY.  IS THAT RECENTLY? |
| 01:29PM | 3 | A.     LAST YEAR. |
| 01:29PM | 4 | Q.     ALL RIGHT.  DO YOU KNOW ENOUGH ABOUT HIS--WAS HE |
| 01:30PM | 5 | ARRESTED OR ANYTHING? |
| 01:30PM | 6 | A.     WELL, YES.  AND HE HAD TO, YOU KNOW, DO COMMUNITY |
| 01:30PM | 7 | SERVICE.  IT WAS IN NORTH CAROLINA WHERE HE WAS GOING TO |
| 01:30PM | 8 | SCHOOL.  SO HE'S JUST COMPLETED ALL THAT.  SO THEY HAD TO |
| 01:30PM | 9 | GO THROUGH THE WHOLE PROCESS, THE LEGAL PROCESS FOR THAT. |
| 01:30PM | 10 | Q.     OKAY.  DO YOU KNOW ENOUGH ABOUT HIS CASE TO HAVE AN |
| 01:30PM | 11 | OPINION AS TO WHETHER OR NOT HE WAS TREATED FAIRLY OR UNFAIRLY |
| 01:30PM | 12 | BY LAW ENFORCEMENT AUTHORITIES? |
| 01:30PM | 13 | A.     NO.  AND IT WOULDN'T REALLY COLOR ANYTHING THAT I WOULD |
| 01:30PM | 14 | DECIDE HERE. |
| 01:30PM | 15 | Q.     OKAY.  THAT'S WHAT I WAS GETTING TO.  SO WAS THERE |
| 01:30PM | 16 | ANYTHING ABOUT HIS CASE THAT WOULD AFFECT-- |
| 01:30PM | 17 | A.     NO, ABSOLUTELY NOT. |
| 01:30PM | 18 | Q.     YOU FEEL THAT YOU COULD BE A FAIR JUROR TO THE |
| 01:30PM | 19 | GOVERNMENT IN THIS CASE? |
| 01:30PM | 20 | A.     YES. |
| 01:30PM | 21 | Q.     AND TO THE DEFENDANTS? |
| 01:30PM | 22 | A.     YES. |
| 01:30PM | 23 | THE COURT:  ANY QUESTIONS FOR JUROR NUMBER 34 [SIC]? |
| 01:30PM | 24 | MS. BATSON:  NO, YOUR HONOR. |
| 01:30PM | 25 | MR. KEMP:  NO, YOUR HONOR. |

01:30PM  1          MR. PETRAZIO:  NO, YOUR HONOR.

01:30PM  2          MR. WHALEN:  NO, YOUR HONOR.

01:30PM  3          THE COURT:  OKAY.  THANK YOU, MA'AM.

01:30PM  4          VENIREPERSON:  THERE WAS ONE OTHER THING THAT YOU

01:30PM  5  MENTIONED.  YOU KNOW, I WOULDN'T THINK THAT THIS WOULD BE A

01:31PM  6  REASON WHY I COULDN'T STAY, BUT YOU HAD MENTIONED WAS THERE ANY

01:31PM  7  REASON WHY YOU COULDN'T SIT FOR THIS LONG OF A PERIOD OF TIME.

01:31PM  8  THAT'S REALLY MY MAIN REASON OF COMING IN, IS THAT, FIRST OF

01:31PM  9  ALL, I DID SOMETHING TO MY BACK YESTERDAY, SO I'VE BEEN VERY,

01:31PM  10  VERY UNCOMFORTABLE SITTING HERE, AND THINKING IF I GET CHOSEN,

01:31PM  11  I DON'T KNOW HOW I'M GONNA BE ABLE TO SIT FOR THAT LONG OF A

01:31PM  12  PERIOD.

01:31PM  13          AND THEN ALSO I REALLY HAVE A HARD TIME FOCUSING AND

01:31PM  14  CONCENTRATING.  I'VE BEEN UNDER A CHEMOTHERAPY DRUG FOR THE

01:31PM  15  LAST FEW YEARS.  AND I REALLY THINK--HONESTLY, I HATE TO SAY

01:31PM  16  THIS, BUT, I MEAN, I CAN'T HARDLY EVEN WATCH A HALF-HOUR TV

01:31PM  17  SHOW.  I CAN WATCH SPORTS, BUT I HAVE A HARD TIME REALLY

01:31PM  18  FOCUSING ON ANYTHING LIKE THAT.  SO I'M JUST AFRAID THAT, YOU

01:31PM  19  KNOW, I WOULDN'T BE ABLE TO REALLY GET EVERYTHING.  I MEAN,

01:31PM  20  MAYBE, BUT I JUST KNOW HOW MY --

01:31PM  21          THE COURT:

01:31PM  22  Q.    THANK YOU FOR TELLING ME.  I KNOW I HAVE READ THAT

01:32PM  23  CHEMOTHERAPY CAN DO THAT.

01:32PM  24  A.    YES.  I DON'T KNOW IF THAT'S IT OR I'M JUST MENOPAUSAL,

01:32PM  25  BUT THAT'S MY EXCUSE.  I DON'T KNOW.  I JUST REALLY HAVE

| | | |
|---|---|---|
| 01:32PM | 1 | NOTICED THAT IN THE LAST FEW YEARS.  SO... |
| 01:32PM | 2 | THE COURT:  OKAY.  THANK YOU. |
| 01:32PM | 3 | ANY FOLLOW-UP QUESTIONS BASED ON WHAT JUROR NUMBER |
| 01:32PM | 4 | 35 JUST SAID? |
| 01:32PM | 5 | MR. KEMP:  NO, YOUR HONOR. |
| 01:32PM | 6 | MR. WHALEN:  NO, YOUR HONOR. |
| 01:32PM | 7 | THE COURT:  ALL RIGHT. |
| 01:32PM | 8 | THANK YOU, MA'AM. |
| 01:32PM | 9 | VENIREPERSON:  THANK YOU. |
| 01:32PM | 10 | MR. KEMP:  I WANTED TO SEE IF WE WOULD BE ABLE TO |
| 01:32PM | 11 | BRING IN JUROR NUMBER 36. |
| 01:32PM | 12 | THE COURT:  OKAY.  BUT, NOW, ON 35, I'M INCLINED TO |
| 01:32PM | 13 | STRIKE HER FOR CAUSE.  IF SHE CAN'T FOCUS AND CONCENTRATE FOR |
| 01:32PM | 14 | A VERY LONG PERIOD OF TIME, THAT WOULD BE A PROBLEM.  ANY |
| 01:32PM | 15 | OBJECTION TO STRIKING HER FOR CAUSE? |
| 01:32PM | 16 | MR. WHALEN:  NO OBJECTION. |
| 01:32PM | 17 | MR. PETRAZIO:  NO OBJECTION, YOUR HONOR. |
| 01:32PM | 18 | MS. BATSON:  NO OBJECTION. |
| 01:32PM | 19 | MR. KEMP:  NO OBJECTION. |
| 01:32PM | 20 | THE COURT:  ALL RIGHT.  I'LL STRIKE JUROR NUMBER 35 |
| 01:33PM | 21 | FOR CAUSE. |
| 01:33PM | 22 | MR. KEMP WANTS TO QUESTION NUMBER 36.  IS THAT |
| 01:33PM | 23 | RIGHT? |
| 01:33PM | 24 | MR. KEMP:  THAT'S CORRECT, YOUR HONOR. |
| 01:33PM | 25 | THE COURT:  OKAY. |

| 01:33PM | 1 | JUROR NUMBER 36. |
| 01:33PM | 2 | NUMBER 36, WOULD YOU COME TO THE MICROPHONE THERE AT |

01:33PM  1    JUROR NUMBER 36.

01:33PM  2        NUMBER 36, WOULD YOU COME TO THE MICROPHONE THERE AT

01:33PM  3  THE PODIUM.  I THINK DEFENSE COUNSEL HAD A QUESTION FOR YOU.

01:33PM  4        VENIREPERSON:  SURE.

01:33PM  5        MR. KEMP:

01:34PM  6  Q.    YOU WORKED AT TEXAS ACTIVITY CENTER FOR T.I.?

01:34PM  7  A.    YES.

01:34PM  8  Q.    WHEN WERE YOU EMPLOYED THERE?

01:34PM  9  A.    AROUND 2000.

01:34PM  10 Q.    WHEN DID YOU CEASE BEING EMPLOYED THERE?

01:34PM  11 A.    THAT WOULD HAVE BEEN JANUARY 2002.

01:34PM  12 Q.    OKAY.  DO YOU REMEMBER ME?

01:34PM  13 A.    NO.

01:34PM  14        MR. KEMP:  OKAY.

01:34PM  15        FOR THE PURPOSES OF THE RECORD, I WORKED IN THE SAME

01:34PM  16 GYM THAT HE WORKED AT, BUT THAT WAS AT A POINT IN TIME WHEN I

01:34PM  17 WAS LEAVING AND HE WAS COMING IN.  I DON'T RECALL WORKING

01:34PM  18 DIRECTLY FOR HIM OR WITH HIM AS AN EMPLOYEE, BUT I DID WANT TO

01:34PM  19 PUT THAT ON THE RECORD, THAT I DID RECOGNIZE HIM AND HIS NAME.

01:34PM  20        THE COURT:  OKAY.  AND THAT WAS AT A GYM FOR TEXAS

01:34PM  21 INSTRUMENTS, DID YOU SAY?

01:34PM  22        MR. KEMP:  THAT'S CORRECT.

01:34PM  23        THE COURT:  WHERE WAS THAT?

01:34PM  24        MR. KEMP:  635 AND 75, AT THE MAIN CAMPUS.

01:34PM  25        VENIREPERSON:  I WAS AT THE PLANO LOCATION.

INDIVIDUAL VOIR DIRE QUESTIONING

170

01:35PM  1          THE COURT:  OKAY.

01:35PM  2          WELL, DOES ANYBODY HAVE ANY QUESTIONS FOR JUROR

01:35PM  3  NUMBER 36?

01:35PM  4          MS. BATSON:  NO, YOUR HONOR.

01:35PM  5          THE COURT:  MAYBE YOU WERE AT DIFFERENT LOCATIONS OR

01:35PM  6  JUST SAW EACH OTHER OR--

01:35PM  7          MR. KEMP:  WE WERE.  I MOVED BACK AND FORTH BETWEEN--

01:35PM  8  I MOVED UP TO THE SPRING CREEK LOCATION WHERE HE WAS AT IN

01:35PM  9  PLANO HERE AND THERE, BUT IT WASN'T REGULAR.  BUT OUT OF AN

01:35PM  10  ABUNDANCE OF CAUTION, I THOUGHT I SHOULD ASK HIM.

01:35PM  11          THE COURT:  OKAY.

01:35PM  12  Q.    JUROR NUMBER 36, IS THERE ANYTHING ABOUT YOU NOW

01:35PM  13  LEARNING ABOUT MR. KEMP APPARENTLY WORKED AT THE SAME PLACE

01:35PM  14  THAT WOULD AFFECT YOUR FEELINGS ABOUT THIS CASE?

01:35PM  15  A.    NO.

01:35PM  16          THE COURT:  OKAY.  THANK YOU.

01:35PM  17          VENIREPERSON:  THANK YOU.

01:35PM  18          THE COURT:  ANYBODY WANT TO SAY ANYTHING ABOUT JUROR

01:35PM  19  NUMBER 36?

01:35PM  20          MS. BATSON:  NO, YOUR HONOR.

01:35PM  21          THE COURT:  OKAY.

01:35PM  22          THE NEXT PERSON THAT I HAVE A NOTE TO TALK TO IS

01:35PM  23  NUMBER 38.  AND THEN 41.

01:36PM  24  Q.    JUROR NUMBER 38, YOU MUST HAVE TOLD ONE OF THE COURT

01:36PM  25  OFFICERS THAT YOU WANTED TO VISIT WITH ME.

01:36PM  1    A.    YES, SIR.

01:36PM  2    Q.    OKAY.

01:36PM  3    A.    I THINK OVER THE TIME I WAS THINKING OUT THERE, BEING

01:36PM  4    38, I WASN'T SURE IF I'D EVEN BE RELEVANT TO THIS DISCUSSION,

01:36PM  5    BUT SO MANY PEOPLE WERE COMING IN, I GOT TO THINKING I PROBABLY

01:36PM  6    OUGHT TO COME IN HERE.  AS A TEACHER AND COACH FOR OVER 30

01:36PM  7    YEARS, I'VE HAD LOTS OF KIDS WHO WENT DOWN WHAT I CONSIDERED

01:36PM  8    THE WRONG PATH, GOT INVOLVED IN DRUGS AND THINGS LIKE THAT.

01:36PM  9    AND THAT HAS TAINTED MY VIEWPOINT ON THIS TYPE OF A PROCEEDING.

01:37PM  10            ONE OF THE DEFENSE ATTORNEYS ALSO--I DON'T KNOW

01:37PM  11   IF HE WAS TRYING TO PLAY FOR SYMPATHY OR SOMETHING, BUT HE

01:37PM  12   MISQUOTED THE CONSTITUTION AND CONFUSED IT WITH THE BILL

01:37PM  13   OF--EXCUSE ME, WITH THE DECLARATION OF INDEPENDENCE A WHILE

01:37PM  14   AGO, WITH THE "LIFE, LIBERTY AND PURSUIT OF HAPPINESS" THING.

01:37PM  15   THAT'S NOT IN THE FIFTH AMENDMENT, THAT'S NOT IN THE

01:37PM  16   CONSTITUTION.

01:37PM  17            ONE OF THE GENTLEMEN OVER HERE ALSO HAS DONE

01:37PM  18   EVERYTHING EXCEPT JUMP UP ON THE BANDSTAND AND SAY THAT

01:37PM  19   THE CLIENTS HAVE PRIOR CONVICTIONS THAT WE SHOULDN'T BE

01:37PM  20   CONSIDERING.  AND THAT JUST--I DON'T KNOW.  I THINK THAT

01:37PM  21   MIGHT HAVE TAINTED ME AS WELL.

01:37PM  22   Q.    WELL, HERE'S THE THING.  PRIOR CONVICTIONS ARE

01:37PM  23   ADMISSIBLE FOR LIMITED PURPOSES UNDER--

01:37PM  24   A.    I UNDERSTAND THAT, YES, SIR.

01:37PM  25   Q.    --CERTAIN CIRCUMSTANCES.  YOU CAN CONSIDER A PRIOR

INDIVIDUAL VOIR DIRE QUESTIONING

01:38PM  1  SIMILAR ACT IN DETERMINING WHETHER OR NOT YOU THINK A PERSON

01:38PM  2  INTENTIONALLY AND KNOWINGLY DID WHAT HE'S ON TRIAL FOR HERE--

01:38PM  3  A.     YES, I UNDERSTAND THE DIFFERENCE.

01:38PM  4  Q.     --OR WHETHER IT WAS AN ACCIDENT OR MISTAKE.  BUT I

01:38PM  5  WOULD GIVE YOU LIMITING INSTRUCTIONS ON THAT.

01:38PM  6  A.     ALL RIGHT.

01:38PM  7  Q.     OKAY?

01:38PM  8         SO DO YOU FEEL THAT YOU SHOULD NOT SERVE AS A JUROR

01:38PM  9  IN THIS CASE?  IS THAT WHAT YOU ARE SAYING?

01:38PM 10  A.     I JUST THOUGHT I MIGHT BE A LITTLE PREJUDICED BASED ON

01:38PM 11  ALL THOSE FACTORS I LISTED FOR YOU.

01:38PM 12  Q.     OKAY.

01:38PM 13  A.     AGAINST THE DEFENSE.

01:38PM 14         THE COURT:  OKAY.  ALL RIGHT.

01:38PM 15         MS. BATSON, ANY QUESTIONS FOR JUROR NUMBER 38?

01:38PM 16         MS. BATSON:  NO, YOUR HONOR.

01:38PM 17         THE COURT:  ANY OTHER QUESTIONS FOR JUROR NUMBER 38?

01:38PM 18  OKAY.

01:38PM 19         MR. KEMP:  NO, YOUR HONOR.

01:38PM 20         MR. WHALEN:  NO, YOUR HONOR.

01:38PM 21         MR. PETRAZIO:  NO, YOUR HONOR.

01:38PM 22         THE COURT:  THANK YOU, SIR.

01:38PM 23         VENIREPERSON:  THANK YOU.

01:38PM 24         THE COURT:  I'M GETTING THE FEELING THAT JUROR

01:38PM 25  NUMBER 38 SHOULD BE STRICKEN FOR CAUSE.

INDIVIDUAL VOIR DIRE QUESTIONING

173

01:38PM 1          MR. WHALEN:  NO OBJECTION, YOUR HONOR.

01:38PM 2          THE COURT:  HE APPEARS TO--I DON'T KNOW.  HE MAY

01:39PM 3   HAVE SOME BIAS AGAINST COUNSEL.

01:39PM 4          [LAUGHTER]

01:39PM 5          MS. BATSON:  WE LIKE HIM, YOUR HONOR.  NO, ACTUALLY,

01:39PM 6   WE HAVE NO OBJECTION.

01:39PM 7          THE COURT:  ALL RIGHT.  LET ME COME BACK TO THAT.

01:39PM 8          JUROR NUMBER 41 IS NOW IN THE COURTROOM.

01:39PM 9   Q.     NUMBER 41, WOULD YOU COME UP TO THE MICROPHONE, PLEASE.

01:39PM 10  I BELIEVE YOU RAISED YOUR--YEAH, YOU RESPONDED TO MY QUESTION

01:39PM 11  ABOUT A DOCTOR'S APPOINTMENT THAT YOU WOULD PREFER NOT TO

01:39PM 12  CHANGE THAT YOU HAVE THIS WEEK OR NEXT WEEK.

01:39PM 13  A.     YES, SIR.

01:39PM 14  Q.     DO YOU HAVE A DOCTOR'S APPOINTMENT THIS WEEK OR NEXT

01:39PM 15  WEEK?

01:39PM 16  A.     YES, SIR, NEXT WEEK.

01:39PM 17  Q.     NEXT WEEK?  OKAY.  DO YOU KNOW WHAT DAY IT'S ON NEXT

01:39PM 18  WEEK?

01:39PM 19  A.     IT'S NOT FIXED YET, BUT I NEED TO HAVE A FOLLOW-UP

01:39PM 20  APPOINTMENT.

01:39PM 21  Q.     OKAY.

01:39PM 22  A.     LAST WEEK I HAD APPOINTMENT [SIC].  DOCTOR SAID, "I

01:39PM 23  NEED TO MEET AFTER ONE WEEK [SIC]."

01:39PM 24  Q.     OKAY.  AND YOU WOULD PREFER NOT TO PUT THAT OFF?

01:40PM 25  A.     YES, SIR.

01:40PM 1      THE COURT:  OKAY.

01:40PM 2      ANY QUESTIONS FOR JUROR NUMBER 41?

01:40PM 3      MS. BATSON:  NO, YOUR HONOR.

01:40PM 4      MR. WHALEN:  NO, YOUR HONOR.

01:40PM 5      MR. KEMP:  NO, YOUR HONOR.

01:40PM 6      MR. PETRAZIO:  NO, YOUR HONOR.

01:40PM 7      THE COURT:  OKAY.

01:40PM 8      THANK YOU, SIR.

01:40PM 9      VENIREPERSON:  THANK YOU.

01:40PM 10     THE COURT:  OKAY.  I'LL STRIKE JUROR NUMBER 41--

01:40PM 11 UNLESS THERE'S AN OBJECTION, I'LL STRIKE JUROR NUMBER 41 FOR

01:40PM 12 CAUSE SINCE HE NEEDS TO GO TO THE DOCTOR NEXT WEEK, WHEN WE

01:40PM 13 WILL MOST LIKELY, BASED UPON THE ESTIMATE OF TIME HERE, BE IN

01:40PM 14 TRIAL.

01:40PM 15     RETURNING TO JUROR NUMBER 38, HE SEEMS TO HAVE SOME

01:40PM 16 SORT OF PROBLEM WITH DEFENSE COUNSEL.  SO I AM GOING TO STRIKE

01:40PM 17 HIM FOR CAUSE UNLESS SOMEBODY WANTS TO BE HEARD.  ALL RIGHT.

01:40PM 18 HEARING NOTHING--

01:40PM 19     MR. PETRAZIO:  NO OBJECTION.

01:40PM 20     THE COURT:  --I'M STRIKING NUMBER 38 FOR CAUSE.

01:41PM 21     WE'RE DOWN TO 41.  I'VE STRICKEN FOR CAUSE JURORS

01:41PM 22 NUMBERED 4, 11, 15, 17, 23, 24, 25, 34, 35, 38 AND 41.  THAT'S

01:41PM 23 11.  WE'RE DOWN THROUGH 41.  I DIDN'T HAVE ANY QUESTIONS FOR

01:41PM 24 42.  SO WE'VE GOT 31.  LET'S SEE.  I THINK WE JUST BARELY HAVE

01:41PM 25 ENOUGH IF WE STOP NOW, EXCEPT THAT ONE OF THE DEFENSE LAWYERS

01:41PM 1    ASKED ME ABOUT EXTRA STRIKES.

01:41PM 2              WAS IT YOU, MR. WHALEN?

01:41PM 3              MR. WHALEN:  YES, YOUR HONOR.

01:41PM 4              THE COURT:  DO YOU STILL WANT TO DISCUSS THAT?

01:42PM 5              MR. WHALEN:  IF YOU WILL GIVE THEM TO US, WE WILL

01:42PM 6    TAKE THEM.

01:42PM 7              THE COURT:  OKAY.  WELL, WHAT I'LL NEED TO DO, OF

01:42PM 8    COURSE, IS BALANCE THE STRIKES BETWEEN THE DEFENSE AND THE

01:42PM 9    GOVERNMENT.  THERE'S NOT BUT A FEW MORE LEFT, SO WE COULD GO

01:42PM 10   THROUGH THE REST OF THE JURORS AND SEE HOW MANY WE HAVE LEFT.

01:42PM 11             THE NEXT PERSON THAT I NEED TO TALK TO IS NUMBER 43

01:42PM 12   AND THEN NUMBER 46.

01:43PM 13   Q.    JUROR NUMBER 43, YOU RAISED YOUR HAND WHEN I ASKED

01:43PM 14   THE QUESTION ABOUT WHETHER ANYONE ON THE JURY PANEL HAD AN

01:43PM 15   EXPERIENCE INVOLVING YOURSELF OR A FRIEND OR A FAMILY MEMBER

01:43PM 16   THAT RELATES SOMEHOW TO THE USE OR POSSESSION OF DRUGS.

01:43PM 17   A.    YES.  MY SISTER AWHILE AGO WAS INVOLVED WITH

01:43PM 18   METHAMPHETAMINES, AND HER BOYFRIEND WAS HER DISTRIBUTOR,

01:43PM 19   AND OTHERS.

01:43PM 20   Q.    OKAY.  DID YOUR SISTER EVER HAVE ANY PROBLEMS WITH THE

01:43PM 21   POLICE OR LAW ENFORCEMENT?

01:43PM 22   A.    SHE DID NOT, BUT HE DID.

01:43PM 23   Q.    OKAY.

01:43PM 24   A.    SHE WASN'T WITH HIM, LIKE, IN THE SAME AREA, WHEN HE

01:44PM 25   GOT ARRESTED.

INDIVIDUAL VOIR DIRE QUESTIONING

176

01:44PM   1   Q.      OKAY.  HOW LONG AGO DID THIS OCCUR?

01:44PM   2   A.      IT WAS ABOUT FOUR YEARS AGO, I BELIEVE.

01:44PM   3   Q.      OKAY.  DO YOU KNOW HIM VERY WELL?

01:44PM   4   A.      I DID AT THE TIME.  I WAS NOT AWARE OF ALL OF WHAT WAS

01:44PM   5   GOING ON, BUT...

01:44PM   6   Q.      DID YOU FOLLOW HIS CASE?

01:44PM   7   A.      NOT--NOT A WHOLE LOT.  MY FAMILY STEPPED AWAY FROM

01:44PM   8   THAT BECAUSE SHE WASN'T PERSONALLY INVOLVED IN TOO MUCH OF IT.

01:44PM   9   Q.      OKAY.

01:44PM  10   A.      SO THERE WAS A DISTINCT SEPARATION.

01:44PM  11   Q.      OKAY.  HAS YOUR SISTER RESOLVED HER PROBLEM WITH

01:44PM  12   METHAMPHETAMINE?

01:44PM  13   A.      YES.  EVENTUALLY SHE DID, YES.

01:44PM  14   Q.      ALL RIGHT.  DO YOU HAVE ANY OPINION ABOUT HER EX--OR,

01:44PM  15   I DON'T KNOW, HER BOYFRIEND'S CASE, AS TO WHETHER OR NOT HE WAS

01:45PM  16   TREATED FAIRLY OR UNFAIRLY BY LAW ENFORCEMENT?

01:45PM  17   A.      AS FAR AS I COULD TELL, HE WAS TREATED VERY FAIRLY.

01:45PM  18   HE WAS CONVICTED, BUT IT WAS ALL PRETTY FAIR AND BASIC, LIKE.

01:45PM  19   Q.      WAS HE CONVICTED IN STATE COURT OR FEDERAL COURT?  OR

01:45PM  20   DO YOU KNOW?

01:45PM  21   A.      I DON'T REMEMBER.

01:45PM  22   Q.      ALL RIGHT.  IS THERE ANYTHING ABOUT YOUR SISTER'S

01:45PM  23   EXPERIENCE AND WHAT YOU KNEW ABOUT IT AND HER BOYFRIEND THAT

01:45PM  24   WOULD AFFECT YOUR FEELINGS ABOUT BEING A JUROR IN THIS CASE?

01:45PM  25   A.      I WOULD LIKE TO SAY NO.  I KNOW SOMETIMES IT HITS A

01:45PM 1    LITTLE CLOSE TO HOME.  BUT I'M GOOD AT SEPARATING THINGS.

01:45PM 2    BUT NOT ALWAYS.

01:45PM 3    Q.    OKAY.

01:45PM 4    A.    I WANT TO SAY NO, BUT I CAN'T GUARANTEE THERE'S NOT

01:45PM 5    GOING TO BE SOMETHING THAT COMES UP THAT ISN'T GOING TO AFFECT

01:46PM 6    ME.

01:46PM 7    Q.    OKAY.  IF IT AFFECTS YOU, THAT'S ONE THING.  IF IT

01:46PM 8    SIMPLY REMINDS YOU OF YOUR SISTER AND HER SITUATION--

01:46PM 9    A.    IT JUST MIGHT BE HARD FOR ME TO REMAIN IMPARTIAL AND

01:46PM 10   UNBIASED.

01:46PM 11   Q.    OKAY.  WITH RESPECT TO THE GOVERNMENT OR THE DEFENDANTS?

01:46PM 12   A.    UM, WITH RESPECT TO THE DEFENDANTS.

01:46PM 13          THE COURT:  OKAY.

01:46PM 14          ANY QUESTIONS FOR JUROR NUMBER 43, MS. BATSON?

01:46PM 15          MS. BATSON:  COUPLE, YOUR HONOR.

01:46PM 16   Q.    THIS CONVICTION OF THE BOYFRIEND, WAS THAT IN DENTON

01:46PM 17   COUNTY?

01:46PM 18   A.    IT WAS--YES, 'CAUSE THEY WERE IN--IT WAS IN THE DFW

01:46PM 19   AREA.  I DON'T REMEMBER WHICH COUNTY.

01:46PM 20   Q.    WHAT'S HIS NAME?

01:46PM 21   A.    KOBE STREAK [PHONETICALLY].

01:46PM 22   Q.    KOBE STREAK?

01:46PM 23   A.    YES.

01:46PM 24          MS. BATSON:  THAT'S ALL I HAVE.

01:46PM 25          THE COURT:  ANY QUESTIONS?

INDIVIDUAL VOIR DIRE QUESTIONING

178

| | | |
|---|---|---|
| 01:46PM | 1 | MR. WHALEN:  NO QUESTIONS, YOUR HONOR. |
| 01:46PM | 2 | MR. PETRAZIO:  NO QUESTIONS. |
| 01:46PM | 3 | MR. KEMP:  NO QUESTIONS. |
| 01:47PM | 4 | THE COURT:  OKAY. |
| 01:47PM | 5 | Q.    SO YOU ARE SAYING THAT WHAT YOU KNEW ABOUT YOUR |
| 01:47PM | 6 | SISTER'S EXPERIENCE WITH DRUGS AND HER BOYFRIEND MAY AFFECT |
| 01:47PM | 7 | YOUR ABILITY TO BE FAIR TO THE DEFENDANTS IN THIS CASE? |
| 01:47PM | 8 | A.    YES, SIR. |
| 01:47PM | 9 | THE COURT:  ALL RIGHT.  THANK YOU, MA'AM. |
| 01:47PM | 10 | ANY MOTION? |
| 01:47PM | 11 | MR. WHALEN:  I WOULD MOVE TO STRIKE HER FOR CAUSE, |
| 01:47PM | 12 | YOUR HONOR. |
| 01:47PM | 13 | THE COURT:  WHAT SAYS THE GOVERNMENT? |
| 01:47PM | 14 | MS. BATSON:  NO OBJECTION, YOUR HONOR. |
| 01:47PM | 15 | THE COURT:  ALL RIGHT.  HEARING NO OBJECTION, I'M |
| 01:47PM | 16 | GOING TO STRIKE JUROR NUMBER 43 FOR CAUSE BASED UPON HER |
| 01:47PM | 17 | RESPONSE TO MY QUESTION. |
| 01:47PM | 18 | OKAY.  NUMBER 46.  AND THEN 47. |
| 01:47PM | 19 | JUROR NUMBER 46, WOULD YOU COME TO THE PODIUM RIGHT |
| 01:48PM | 20 | THERE. |
| 01:48PM | 21 | Q.    I THINK YOU RAISED YOUR HAND WHEN I ASKED WHETHER OR |
| 01:48PM | 22 | NOT ANYBODY HAD A DOCTOR'S APPOINTMENT EITHER THIS WEEK OR NEXT |
| 01:48PM | 23 | WEEK. |
| 01:48PM | 24 | A.    YEAH.  I'VE GOT ONE TOMORROW. |
| 01:48PM | 25 | Q.    TOMORROW? |

INDIVIDUAL VOIR DIRE QUESTIONING

179

| | | |
|---|---|---|
| 01:48PM | 1 | A.      UH-HUH. |
| 01:48PM | 2 | Q.      CAN YOU TELL ME WHAT TIME IT IS TOMORROW? |
| 01:48PM | 3 | A.      UM, 10:00. |
| 01:48PM | 4 | Q.      ALL RIGHT.  LET'S SEE.  AND YOU DON'T WANT TO |
| 01:48PM | 5 | RESCHEDULE THAT? |
| 01:48PM | 6 | A.      I'VE PUT IT OFF ALREADY AND I'M OVERDUE, YEAH. |
| 01:48PM | 7 | THE COURT:  OKAY.  ALL RIGHT. |
| 01:48PM | 8 | ANY QUESTIONS FOR JUROR NUMBER 46? |
| 01:48PM | 9 | MS. BATSON:  NO, YOUR HONOR. |
| 01:48PM | 10 | MR. KEMP:  NO, YOUR HONOR. |
| 01:48PM | 11 | MR. PETRAZIO:  NO, YOUR HONOR. |
| 01:48PM | 12 | THE COURT:  NO QUESTIONS?  OKAY. |
| 01:48PM | 13 | THANK YOU, JUROR NUMBER 46. |
| 01:48PM | 14 | I'M GOING TO STRIKE JUROR NUMBER 46 FOR CAUSE UNLESS |
| 01:49PM | 15 | SOMEONE WANTS TO BE HEARD.  HE HAS A DOCTOR'S APPOINTMENT |
| 01:49PM | 16 | TOMORROW, WHEN WE'LL BE IN TRIAL. |
| 01:49PM | 17 | Q.      JUROR NUMBER 47, I HAVE A NOTE THAT YOU RAISED YOUR |
| 01:49PM | 18 | HAND WHEN I ASKED THE QUESTION ABOUT WHETHER YOU HAD ANY |
| 01:49PM | 19 | EXPERIENCE INVOLVING YOURSELF OR A FAMILY MEMBER OR A CLOSE |
| 01:49PM | 20 | FRIEND THAT SOMEHOW RELATES TO THE USE OR POSSESSION OF DRUGS. |
| 01:49PM | 21 | A.      YES, SIR. |
| 01:49PM | 22 | Q.      COULD YOU TELL ME ABOUT THAT. |
| 01:49PM | 23 | A.      UM, WELL, I GUESS I'VE JUST KNOWN MULTIPLE DIFFERENT |
| 01:49PM | 24 | CIRCUMSTANCES WHERE PEOPLE HAVE DEALT WITH DRUGS.  I GUESS |
| 01:49PM | 25 | MAYBE NOT ANY IN PARTICULAR, BUT JUST I'VE KNOWN ABOUT IT. |

01:49PM 1   Q.    ALL RIGHT.  ALL TYPES OF DRUGS?

01:50PM 2   A.    NEVER ANYTHING LIKE THIS, BUT DIFFERENT DRUGS, YES.

01:50PM 3   Q.    OKAY.  BUT NOT METHAMPHETAMINE?

01:50PM 4   A.    NO, SIR.

01:50PM 5   Q.    OKAY.  LET'S SEE.  DO YOU KNOW ANY PEOPLE WHO HAVE BEEN

01:50PM 6   ARRESTED FOR A DRUG CRIME?

01:50PM 7   A.    UM, YES.  PARAPHERNALIA.  I GUESS THEY HAD

01:50PM 8   PARAPHERNALIA.

01:50PM 9   Q.    PARAPHERNALIA?  OKAY.  DO YOU HAVE AN OPINION ABOUT--

01:50PM 10  AND WERE THEY FRIENDS OF YOURS?

01:50PM 11  A.    YES.

01:50PM 12  Q.    DO YOU HAVE AN OPINION ABOUT WHETHER THEY WERE TREATED

01:50PM 13  FAIRLY OR UNFAIRLY BY THE POLICE?

01:50PM 14  A.    I DO NOT HAVE AN OPINION.

01:50PM 15  Q.    DO NOT.  OKAY.  IS THERE ANYTHING ABOUT THE FACT THAT

01:50PM 16  YOU KNOW SOME PEOPLE WHO HAVE BEEN INVOLVED IN POSSESSING OR

01:50PM 17  USING OR DISTRIBUTING DRUGS--IS THERE ANYTHING ABOUT THAT

01:50PM 18  THAT WOULD AFFECT YOUR ABILITY TO BE A JUROR IN THIS CASE?

01:51PM 19  A.    NO, SIR.

01:51PM 20  Q.    COULD YOU FOCUS ON THE EVIDENCE IN THIS CASE AND DECIDE

01:51PM 21  THIS CASE BASED ON THE EVIDENCE?

01:51PM 22  A.    I BELIEVE SO.

01:51PM 23  Q.    COULD YOU BE A FAIR JUROR FOR THE GOVERNMENT?

01:51PM 24  A.    YES.

01:51PM 25  Q.    IF THE GOVERNMENT CONVINCED YOU BEYOND A REASONABLE

INDIVIDUAL VOIR DIRE QUESTIONING

01:51PM  1   DOUBT IN YOUR MIND THAT THEY HAD PROVEN THE CHARGES THAT HAVE

01:51PM  2   BEEN BROUGHT AGAINST THESE DEFENDANTS, COULD YOU RETURN A

01:51PM  3   VERDICT OF "GUILTY"?

01:51PM  4    A.    YES.

01:51PM  5    Q.    AND IF YOU WERE NOT CONVINCED BEYOND A REASONABLE DOUBT

01:51PM  6   THAT THE GOVERNMENT HAD PROVED ITS CASE, COULD YOU RETURN A

01:51PM  7   VERDICT OF "NOT GUILTY"?

01:51PM  8    A.    YES, SIR.

01:51PM  9          THE COURT:  OKAY.

01:51PM  10         MS. BATSON, DO YOU HAVE ANY QUESTIONS FOR JUROR

01:51PM  11  NUMBER 47?

01:51PM  12         MS. BATSON:  NO, YOUR HONOR.

01:51PM  13         THE COURT:  ANY QUESTIONS, MR. KEMP?

01:51PM  14         MR. KEMP:  NO, YOUR HONOR.

01:51PM  15         THE COURT:  MR. WHALEN?

01:51PM  16         MR. WHALEN:  NO, YOUR HONOR.

01:51PM  17         THE COURT:  MR. PETRAZIO?

01:51PM  18         MR. PETRAZIO:  NO, YOUR HONOR.

01:51PM  19         THE COURT:  ALL RIGHT.

01:51PM  20         THANK YOU.

01:51PM  21         VENIREPERSON:  THANK YOU.

01:52PM  22         THE COURT:  FINALLY, JUROR NUMBER 48.

01:52PM  23         JUROR NUMBER 48, IF YOU COULD JUST GO TO THE

01:52PM  24  MICROPHONE.

01:52PM  25   Q.    YOU RAISED YOUR HAND WHEN I ASKED WHETHER YOU HAD

01:52PM  1    BEEN INVOLVED IN--WHETHER YOU HAD ANY INVOLVEMENT IN A CRIMINAL

01:52PM  2    MATTER THAT WENT TO COURT THAT CONCERNED EITHER YOU OR A FAMILY

01:52PM  3    MEMBER OR A CLOSE FRIEND AS A DEFENDANT, A WITNESS OR A VICTIM.

01:53PM  4    COULD YOU TELL ME ABOUT THAT.

01:53PM  5    A.     IT'S IN THE MIDDLE OF IT.  WE WERE HIT BY A MAN UNDER

01:53PM  6    THE INFLUENCE, AND IT'S STILL PENDING UP IN COLLIN COUNTY.

01:53PM  7    IT'S BEEN POSTPONED FOUR OR FIVE TIMES.  I WAS THE ONE THAT

01:53PM  8    WAS HIT.

01:53PM  9    Q.     OKAY.  WAS ANYONE ELSE IN THE CAR WITH YOU?

01:53PM  10   A.     YES; MY WIFE, MY TWO GRANDKIDS AND MY DAUGHTER.

01:53PM  11   Q.     WAS ANYONE INJURED?

01:53PM  12   A.     ONE OF MY GRANDKIDS AND MY DAUGHTER.

01:53PM  13   Q.     ALL RIGHT.  HAS THE PERSON WHO--SO A PERSON HAS BEEN

01:53PM  14   ARRESTED ON THAT?

01:53PM  15   A.     YES, SIR.

01:53PM  16   Q.     AND THEIR CASE IS PENDING.  IS IT GOING TO BE A TRIAL?

01:53PM  17   OR DO YOU KNOW?

01:53PM  18   A.     WE DON'T KNOW ANYTHING.

01:53PM  19   Q.     OKAY.  ALL RIGHT.

01:53PM  20          DO YOU HAVE AN OPINION ABOUT WHETHER THE POLICE AND

01:53PM  21   THE COLLIN COUNTY DISTRICT ATTORNEY'S OFFICE HAVE HANDLED THE

01:53PM  22   CASE APPROPRIATELY?

01:53PM  23   A.     NO OPINION.  IT SEEMS LIKE IT IS.  ACTUALLY, I DON'T

01:54PM  24   KNOW WHY THEY'RE CALLING ME.  I NEVER SAW THE MAN.  HE HIT US

01:54PM  25   AND TOOK OFF, AND THEY'RE WANTING TO USE MY TESTIMONY.  ALL

INDIVIDUAL VOIR DIRE QUESTIONING

183

01:54PM  1   I CAN SAY IS I SAW A TRUCK HIT ME.

01:54PM  2   Q.     OKAY.

01:54PM  3   A.     SO...

01:54PM  4   Q.     ALL RIGHT.  ANYTHING ABOUT YOUR EXPERIENCE AS THE

01:54PM  5   VICTIM OF A CRIME--IF IT WAS A CRIME, IF HE WAS INTOXICATED,

01:54PM  6   ANYTHING ABOUT YOUR EXPERIENCE THERE THAT WOULD AFFECT YOUR

01:54PM  7   FEELINGS ABOUT BEING A JUROR IN THIS CASE?

01:54PM  8   A.     NO, SIR.

01:54PM  9   Q.     DO YOU BELIEVE THAT YOU COULD BE A FAIR JUROR TO BOTH

01:54PM  10  THE GOVERNMENT AND TO THE ACCUSED?

01:54PM  11  A.     YES, SIR.

01:54PM  12         THE COURT:  OKAY.

01:54PM  13         ANY QUESTIONS FOR JUROR NUMBER 48, MS. BATSON?

01:54PM  14         MS. BATSON:  NO, YOUR HONOR.

01:54PM  15         THE COURT:  MR. KEMP?

01:54PM  16         MR. KEMP:  JUST ONE, YOUR HONOR.

01:54PM  17         THE COURT:  ALL RIGHT.

01:54PM  18         MR. KEMP:

01:54PM  19  Q.     DO YOU HAPPEN TO KNOW WHAT HE WAS UNDER THE INFLUENCE

01:54PM  20  OF?

01:54PM  21  A.     NO.  I HAVE SPECULATION FROM ONE OF THE OFFICERS, BUT

01:54PM  22  THAT'S IT.

01:54PM  23  Q.     WHAT DID THE OFFICER SPECULATE THAT HE WAS UNDER THE

01:55PM  24  INFLUENCE OF?

01:55PM  25  A.     PAINKILLER.

01:55PM  1          MR. KEMP:  THANK YOU.

01:55PM  2          THE COURT:  OKAY.

01:55PM  3          MR. WHALEN, ANY QUESTIONS?

01:55PM  4          MR. WHALEN:  NO QUESTIONS, YOUR HONOR.

01:55PM  5          THE COURT:  MR. PETRAZIO?

01:55PM  6          MR. PETRAZIO:

01:55PM  7   Q.     DO YOU KNOW THE DEFENDANT'S NAME IN THAT CASE?

01:55PM  8   A.     NO, I DON'T.

01:55PM  9          MR. PETRAZIO:  NO FURTHER QUESTIONS.

01:55PM  10          THE COURT:  OKAY.

01:55PM  11          THANK YOU, SIR.

01:55PM  12          WE'VE COVERED EVERYBODY.  SO, AGAIN, I'VE STRICKEN

01:55PM  13   FOR CAUSE NUMBERS 4, 11, 15, 17, 23, 24, 25, 34, 35, 38, 41,

01:55PM  14   43 AND 46.  SO THAT'S 13 FROM 48.  35.  ORDINARILY THE DEFENSE

01:56PM  15   WOULD HAVE 10 STRIKES TO EXERCISE COLLECTIVELY, THE GOVERNMENT

01:56PM  16   WOULD HAVE SIX.  WE NEED 12 JURORS.  THAT'S 28.  WE NEED TWO

01:56PM  17   ALTERNATES.  EACH SIDE WOULD HAVE ONE ADDITIONAL STRIKE.  SO WE

01:56PM  18   NEED ANOTHER FOUR.  THAT WOULD GET US TO 32.  SO WE HAVE THREE

01:56PM  19   EXTRAS.  SO HOW WOULD YOU LIKE TO DIVIDE THOSE?  I COULD GIVE

01:56PM  20   TWO MORE STRIKES TO THE DEFENSE AND ONE MORE STRIKE TO THE

01:56PM  21   GOVERNMENT.

01:56PM  22          MR. WHALEN:  YOUR HONOR, THAT'S WHAT I WOULD PROPOSE,

01:56PM  23   TWO FOR THE DEFENSE, ONE ADDITIONAL FOR THE GOVERNMENT.

01:57PM  24          THE COURT:  ALL RIGHT.  RULE 24(B) OF THE FEDERAL

01:59PM  25   RULES OF CRIMINAL PROCEDURE PROVIDES THAT THE COURT MAY ALLOW

01:59PM  1   ADDITIONAL PEREMPTORY CHALLENGES.

01:59PM  2          MS. BATSON AND MR. GONZALEZ, DO YOU AGREE TO

01:59PM  3   MR. WHALEN'S PROPOSAL THAT THE DEFENSE HAVE TWO MORE STRIKES

01:59PM  4   AND YOU HAVE ONE MORE?

01:59PM  5          MS. BATSON:  YES, YOUR HONOR.

01:59PM  6          THE COURT:  OKAY.

01:59PM  7          DOES THAT WORK OUT MATHEMATICALLY, BONNIE?

01:59PM  8          DEPUTY COURT CLERK:  YES.

02:00PM  9          THE COURT:  WE NEED TWO ALTERNATES.  EACH SIDE WOULD

02:00PM  10  HAVE ONE STRIKE ON THE ALTERNATES.  SO I THINK THAT'S RIGHT.  I

02:00PM  11  THINK THE WAY THIS WOULD WORK IS IF YOU GO THROUGH JUROR NUMBER

02:00PM  12  42, ENDING BEFORE YOU GET TO NUMBER 43, THE GOVERNMENT WILL

02:00PM  13  HAVE SEVEN PEREMPTORY CHALLENGES ON 1 THROUGH 42, EXCLUDING THE

02:00PM  14  ONES WHO HAVE BEEN STRICKEN FOR CAUSE, AND THE DEFENDANTS WOULD

02:00PM  15  COLLECTIVELY HAVE 12 PEREMPTORY CHALLENGES ON JURORS 1 THROUGH

02:00PM  16  42 UNLESS THE DEFENDANTS WANT TO EXERCISE THOSE SEPARATELY.

02:01PM  17  I DON'T KNOW HOW YOU FEEL ABOUT THAT.  IF YOU EXERCISE THEM

02:01PM  18  SEPARATELY, YOU EACH HAVE FOUR.

02:01PM  19         MR. WHALEN:  YOUR HONOR, WE'LL DO IT COLLECTIVELY.

02:01PM  20         THE COURT:  ALL RIGHT.

02:01PM  21         LET'S SEE, MR. WESTBERG, LET'S MAKE SURE THERE ARE

02:01PM  22  NO JURORS COMING IN HERE.  I DON'T KNOW WHO THAT IS.

02:01PM  23         IS THAT AGREEABLE WITH THE GOVERNMENT?

02:01PM  24         MS. BATSON:  YES, YOUR HONOR.

02:01PM  25         THE COURT:  OKAY.  SO FOR 1 THROUGH 42, THE

Case 4:12-cr-00016-SDJ-CAN  Document 1163  Filed 11/10/14  Page 186 of 226 PageID #:
8649
TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

186

| | | |
|---|---|---|
| 02:01PM | 1 | GOVERNMENT HAS SEVEN STRIKES, THE DEFENSE HAVE COLLECTIVELY 12 |
| 02:01PM | 2 | STRIKES.  YES, THAT WOULD BE RIGHT.  AND THEN ON JURORS 44, 45, |
| 02:02PM | 3 | 47 AND 48, EACH SIDE WILL HAVE ONE ADDITIONAL STRIKE ON THOSE |
| 02:02PM | 4 | FOUR JURORS. |
| 02:02PM | 5 | OKAY.  LET'S TAKE A RECESS SO YOU CAN MARK YOUR |
| 02:02PM | 6 | LISTS.  MR. GONZALEZ AND MS. BATSON, IF YOU WOULD LIKE TO GO |
| 02:02PM | 7 | BACK HERE TO THE JURY ROOM, DEFENSE COUNSEL CAN STAY IN THE |
| 02:02PM | 8 | COURTROOM WITH THEIR CLIENTS. |
| 02:03PM | 9 | [RECESS] |
| 02:27PM | 10 | [OPEN COURT, DEFENDANTS PRESENT, VENIRE NOT PRESENT] |
| 02:27PM | 11 | THE COURT:  OKAY.  I'M TOLD THAT WE HAVE A JURY |
| 02:27PM | 12 | SELECTED. |
| 02:27PM | 13 | MS. SANFORD, ARE YOU READY TO BRING IN THE JURY? |
| 02:27PM | 14 | COURTROOM DEPUTY CLERK:  YES. |
| 02:27PM | 15 | THE COURT:  OKAY. |
| 02:27PM | 16 | IT IS ALMOST 2:30.  WHAT WOULD YOU LIKE TO DO?  WE |
| 02:28PM | 17 | NEED TO HAVE LUNCH.  I'M GOING TO SEAT THE JURY, ADMINISTER THE |
| 02:28PM | 18 | OATH TO THEM AND GIVE THEM SOME PRELIMINARY INSTRUCTIONS AND |
| 02:28PM | 19 | THEN LET THEM GO.  BY THE TIME THEY GET BACK, IF I GIVE THEM |
| 02:28PM | 20 | AN HOUR AND 15 MINUTES FOR LUNCH, WHICH IS WHAT I USUALLY DO, |
| 02:28PM | 21 | IT WOULD BE ABOUT 3:45.  I WOULD SAY WE START IN THE MORNING. |
| 02:28PM | 22 | MR. KEMP:  I WOULD AGREE WITH THAT, YOUR HONOR. |
| 02:28PM | 23 | MR. WHALEN:  I'M IN AGREEMENT WITH THAT, TOO, YOUR |
| 02:28PM | 24 | HONOR. |
| 02:28PM | 25 | MR. PETRAZIO:  I AM, AS WELL. |

TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

187

02:28PM   1         MR. GONZALEZ:  NO OBJECTION, YOUR HONOR.  WE'VE GOT

02:28PM   2   WITNESSES WE NEED TO GO SPEAK TO.

02:28PM   3         THE COURT:  OKAY.

02:28PM   4         MR. GONZALEZ:  AND, YOUR HONOR, WE DO NEED TO GET

02:28PM   5   THE PALMPRINTS.

02:28PM   6         THE COURT:  OKAY.  ALL RIGHT.

02:29PM   7         MR. HOLLIS AND MR. WESTBERG, GO AHEAD AND BRING THE

02:29PM   8   JURY IN.

02:31PM   9         [OPEN COURT, DEFENDANTS AND VENIRE PRESENT]

02:31PM  10         THE COURT:  ALL RIGHT.  PLEASE TAKE YOUR SEATS.

02:31PM  11         LADIES AND GENTLEMEN, A JURY HAS BEEN CHOSEN.

02:31PM  12   MS. SANFORD IS GOING TO READ OFF THE NAMES OF THOSE 14 OF YOU

02:31PM  13   WHO HAVE BEEN CHOSEN TO SERVE ON THIS JURY.  SO IF YOUR NAME IS

02:31PM  14   READ, YOU'LL NEED TO WALK AROUND AND HAVE A SEAT OVER HERE IN

02:31PM  15   THE JURY BOX.

02:32PM  16         MS. SANFORD, IF YOU ARE READY, GO AHEAD.

02:32PM  17         DEPUTY COURT CLERK:  JEROME LACKEY.

02:32PM  18         JOYCE MARTIN.

02:32PM  19         JUSTIN HILL.

02:32PM  20         CHUNG CHAN.

02:32PM  21         SHERYL ROGERS.

02:32PM  22         GLENDA MARTIN.

02:33PM  23         TERYE DUBNER.

02:33PM  24         MARIE CHARLOTIN.

02:33PM  25         STEPHANIE QUARTARO.

TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

188

02:33PM 1          JOHN CISSIK.

02:33PM 2          JUDITH HEIKE.

02:33PM 3          AMANDA NU.

02:34PM 4          STARR PEARSON.

02:34PM 5          MICHAEL BAUER.

02:34PM 6          THE COURT:  ALL RIGHT, LADIES AND GENTLEMEN, YOU

02:34PM 7  HAVE BEEN CHOSEN TO SERVE AS THE JURY IN THIS CASE.  OUR

02:34PM 8  LAST TWO JURORS, MS. PEARSON AND MR. BAUER, ARE THE ALTERNATE

02:34PM 9  JURORS.  THEY WILL, OF COURSE, BE PRESENT IN THE COURTROOM,

02:34PM 10 LISTENING TO THE TESTIMONY AND OBSERVING THE EVIDENCE ALONG

02:34PM 11 WITH THE FIRST 12.

02:34PM 12         MS. PEARSON AND MR. BAUER, IF FOR SOME REASON DURING

02:34PM 13 THE COURSE OF THE TRIAL ONE OF THE FIRST 12 SHOULD HAVE TO BE

02:34PM 14 EXCUSED, I'LL SEAT YOU IN THAT PERSON'S PLACE.

02:34PM 15         LADIES AND GENTLEMEN, THERE'S ANOTHER OATH YOU NEED

02:34PM 16 TO TAKE AND SOME PRELIMINARY INSTRUCTIONS I NEED TO GIVE YOU.

02:35PM 17         BUT BEFORE DOING THAT, I WANT TO THANK ALL THE REST

02:35PM 18 OF YOU FOR BEING HERE TODAY.  I APPRECIATE YOUR TIME AND

02:35PM 19 ATTENTION.  I KNOW THAT IT GOES LATE SOMETIMES, ESPECIALLY WHEN

02:35PM 20 WE HAVE CRIMINAL CASES AND THERE'S MORE THAN ONE DEFENDANT WHO

02:35PM 21 IS ON TRIAL.  YOU WILL BE PAID FOR TODAY'S JURY SERVICE.  I

02:35PM 22 WANT TO THANK YOU VERY MUCH.  IF YOU NEED A NOTE FOR YOUR

02:35PM 23 EMPLOYER TO SHOW THAT YOU WERE HERE TODAY, YOU CAN STOP AT

02:35PM 24 THE CLERK'S OFFICE ON THE WAY OUT AND THEY CAN GIVE YOU A SLIP

02:35PM 25 THAT YOU CAN USE TO SHOW YOUR EMPLOYER THAT YOU WERE HERE AS A

TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

189

02:35PM  1    JUROR.

02:35PM  2          DO ANY OF YOU HAVE ANY QUESTIONS FOR ME?  YES, SIR.

02:35PM  3          VENIREPERSON:  DO WE NEED TO CONTINUE TO CALL IN FOR

02:35PM  4    ANY PERIOD OF TIME?

02:35PM  5          THE COURT:  NO.  YOU ARE NOT ON CALL.  AND IF YOU

02:35PM  6    ARE SUMMONSED AGAIN WITHIN THE NEXT TWO YEARS, YOU CAN CALL THE

02:36PM  7    COURT CLERK AND TELL HER THAT YOU WERE HERE TODAY AND YOU CAN

02:36PM  8    BE EXCUSED FROM FEDERAL JURY SERVICE.

02:36PM  9          OKAY.  THANK YOU, FOLKS.  YOU ARE FREE TO GO.

02:36PM  10         [OPEN COURT, DEFENDANTS AND JURY PRESENT]

02:36PM  11         THE COURT:  OKAY.  PLEASE BE SEATED.

02:36PM  12         LADIES AND GENTLEMEN, THERE'S ANOTHER OATH THAT YOU

02:36PM  13    MUST TAKE, IF YOU WILL PLEASE STAND AND RAISE YOUR RIGHT HAND.

02:36PM  14         DEPUTY COURT CLERK:  YOU AND EACH OF YOU DO SOLEMNLY

02:36PM  15    SWEAR THAT YOU WILL AND TRULY TRY THE CASE ABOUT TO BE

02:36PM  16    SUBMITTED TO YOU AND RENDER A VERDICT ACCORDING TO THE LAW AND

02:37PM  17    THE EVIDENCE AS SUBMITTED TO YOU BY THE COURT, SO HELP YOU GOD.

02:37PM  18         THE COURT:  OKAY.  PLEASE BE SEATED.

02:37PM  19         LADIES AND GENTLEMEN, I'M GOING TO GIVE YOU SOME

02:37PM  20    PRELIMINARY INSTRUCTIONS, AND THEN I'M GOING TO RELEASE YOU

02:37PM  21    FOR TODAY.  YOU HAVEN'T HAD LUNCH AND IT IS 2:35.  AND SO AFTER

02:37PM  22    I INSTRUCT YOU, WERE YOU TO GO TO LUNCH AND COME BACK, THERE

02:37PM  23    WOULDN'T BE MUCH TIME LEFT.  SO I'M GOING ASK YOU TO COME BACK

02:37PM  24    IN THE MORNING AT 9:00, AND WE'LL BEGIN WITH OPENING STATEMENTS

02:37PM  25    BY THE LAWYERS AND THEN GO RIGHT INTO THE GOVERNMENT'S EVIDENCE.

02:37PM 1 BUT BEFORE YOU LEAVE, I NEED TO GIVE YOU SOME PRELIMINARY

02:37PM 2 INSTRUCTIONS.

02:37PM 3              AS JURORS, IT WILL BE YOUR DUTY TO DETERMINE THE

02:37PM 4 FACTS IN THE CASE.  I AM THE JUDGE OF THE LAW IN A JURY TRIAL,

02:37PM 5 BUT YOU ARE THE JUDGES OF THE FACTS.  SO I'LL GIVE YOU, BOTH

02:37PM 6 ORALLY AND IN WRITING, THE LAW AND A DESCRIPTION OF THE LAW

02:38PM 7 THAT YOU'LL NEED TO KNOW IN ORDER TO DECIDE THIS CASE.  BUT

02:38PM 8 YOU ARE THE JUDGES OF THE FACTS, AND YOU'LL DETERMINE THE FACTS

02:38PM 9 IN THE CASE BASED UPON THE EVIDENCE THAT'S PRESENTED TO YOU.

02:38PM 10             THE EVIDENCE WILL CONSIST OF TESTIMONY OF WITNESSES.

02:38PM 11 THERE COULD ALSO BE PHYSICAL EVIDENCE THAT WILL BE SHOWN TO

02:38PM 12 YOU.  THERE MAY BE PHOTOGRAPHS THAT WILL BE SHOWN TO YOU,

02:38PM 13 DOCUMENTS THAT WILL BE SHOWN TO YOU.  IN THIS COURTROOM,

02:38PM 14 EVIDENCE CAN BE SHOWN ELECTRONICALLY--THAT IS, DOCUMENTARY

02:38PM 15 EVIDENCE CAN BE SHOWN ELECTRONICALLY.  THERE'S A DROP-DOWN

02:38PM 16 SCREEN OVER HERE WHICH YOU'LL SEE TOMORROW WHEN WE BEGIN THE

02:38PM 17 TRIAL, AND THERE'S A PROJECTOR RIGHT OVERHEAD, RIGHT OVER

02:38PM 18 THE JURY BOX, THAT WILL PROJECT THE IMAGE OF DOCUMENTS AND

02:38PM 19 PHOTOGRAPHS ON THE SCREEN.  SO YOU CAN CONSIDER DOCUMENTS,

02:38PM 20 PHOTOGRAPHS, RECORDINGS, PHYSICAL OBJECTS THAT MAY BE OFFERED

02:39PM 21 AND ADMITTED INTO EVIDENCE, AS WELL AS THE TESTIMONY OF THE

02:39PM 22 WITNESSES.  AS YOU'LL RECALL, I WENT THROUGH THE NAMES OF QUITE

02:39PM 23 A FEW WITNESSES.  SO THERE MAY BE QUITE A NUMBER OF WITNESSES

02:39PM 24 WHO WILL TESTIFY IN THIS CASE.

02:39PM 25             EACH WITNESS WILL BE PLACED UNDER OATH; EACH WITNESS

Case 4:12-cr-00016-SDJ-CAN   Document 1163   Filed 11/10/14   Page 191 of 226 PageID #:
8654
TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

191

02:39PM 1  WILL TESTIFY FROM THE WITNESS STAND, WHICH IS RIGHT HERE TO MY

02:39PM 2  LEFT.   YOU'LL HAVE AN OPPORTUNITY TO OBSERVE EACH WITNESS WHILE

02:39PM 3  HE OR SHE TESTIFIES.   YOU CAN, OF COURSE, COMPARE THE TESTIMONY

02:39PM 4  OF ONE WITNESS WITH THE OTHERS.   AND YOU WILL HAVE TO BEGIN THE

02:39PM 5  PROCESS, BEGINNING WITH THE VERY FIRST WITNESS, OF DECIDING

02:39PM 6  THE CREDIBILITY OF EACH WITNESS.   YOU'LL BE THE JUDGES OF THE

02:39PM 7  BELIEVABILITY OR CREDIBILITY OF EACH AND EVERY WITNESS.   YOU

02:39PM 8  CAN BELIEVE EVERYTHING A WITNESS SAYS, PARTS OF WHAT A WITNESS

02:39PM 9  SAYS, OR NONE OF WHAT A WITNESS SAYS.   YOU USE YOUR OWN COMMON

02:40PM 10 SENSE AND GOOD JUDGMENT TO DETERMINE WHETHER OR NOT YOU THINK

02:40PM 11 THAT PERSON IS TELLING YOU THE TRUTH.

02:40PM 12         NOW, DURING THE COURSE OF THE TRIAL--I'VE TALKED

02:40PM 13 TO YOU ABOUT WHAT THE EVIDENCE IS.   THERE ARE CERTAIN THINGS

02:40PM 14 THAT ARE NOT EVIDENCE BUT CAN ASSIST YOU IN UNDERSTANDING THE

02:40PM 15 EVIDENCE AND IN ORGANIZING THE EVIDENCE IN YOUR OWN MIND.

02:40PM 16 THE OTHER THINGS THAT ARE NOT EVIDENCE WILL BE THE OPENING

02:40PM 17 STATEMENTS OF THE LAWYERS AND THE FINAL ARGUMENTS OF THE

02:40PM 18 LAWYERS.

02:40PM 19         BEFORE THE EVIDENCE IS PRESENTED, EACH SIDE--OR

02:40PM 20 EACH PARTY HERE WILL HAVE AN OPPORTUNITY TO MAKE AN OPENING

02:40PM 21 STATEMENT TO YOU.   SO THE LAWYERS WILL HAVE AN OPPORTUNITY TO

02:40PM 22 TELL YOU WHAT THEY BELIEVE THE EVIDENCE WILL SHOW IN THE CASE

02:40PM 23 AND TO GIVE YOU A SUMMARY OF WHAT WILL BE SHOWN TO YOU.   SO

02:40PM 24 YOU CAN CONSIDER THE OPENING STATEMENT TO HELP YOU GET THE BIG

02:41PM 25 PICTURE OF WHAT THE CASE IS ABOUT AND WHERE THE EVIDENCE IS

Case 4:12-cr-00016-SDJ-CAN   Document 1163   Filed 11/10/14   Page 192 of 226 PageID #:
8655
TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

192

02:41PM   1   GOING, BUT THE OPENING STATEMENTS BY THE LAWYERS ARE NOT,

02:41PM   2   THEMSELVES, EVIDENCE.   THE TESTIMONY OF WITNESSES IS, OF

02:41PM   3   COURSE, EVIDENCE.

02:41PM   4            ALSO, AT THE CONCLUSION OF ALL OF THE EVIDENCE,

02:41PM   5   YOU'LL HEAR THE FINAL ARGUMENTS OF THE LAWYERS.   AGAIN, FINAL

02:41PM   6   ARGUMENTS ARE NOT EVIDENCE, BUT THEY GIVE THE ATTORNEYS THE

02:41PM   7   OPPORTUNITY TO SUM UP THE EVIDENCE FOR YOU AND TO REMIND YOU

02:41PM   8   OF EVIDENCE THAT YOU MIGHT HAVE FORGOTTEN ABOUT.

02:41PM   9            NOW, DURING THE COURSE OF THE TRIAL, I MAY MAKE

02:41PM   10  RULINGS ON OBJECTIONS.   IF A QUESTION IS ASKED OF A WITNESS,

02:41PM   11  OPPOSING COUNSEL MAY STAND UP AND OBJECT.   IF HE DOES, I'LL

02:41PM   12  MAKE A RULING ON THAT.   I'LL EITHER OVERRULE THE OBJECTION OR

02:41PM   13  SUSTAIN THE OBJECTION.   IF I NEED TO HEAR FURTHER ARGUMENTS

02:41PM   14  FROM THE LAWYERS ON THE OBJECTION, I MAY ASK YOU TO LEAVE THE

02:41PM   15  COURTROOM SO THAT I CAN HEAR THE ARGUMENTS.   I'LL MAKE A RULING

02:41PM   16  ON THE OBJECTION AND THEN BRING YOU BACK INTO THE COURTROOM AND

02:42PM   17  WE'LL RESUME.

02:42PM   18            ALSO DURING THE COURSE OF THE TRIAL I MAY GIVE YOU

02:42PM   19  INSTRUCTIONS OR MAKE REMARKS OR HAVE A CONVERSATION WITH THE

02:42PM   20  LAWYERS.   PLEASE DON'T TAKE FROM ANYTHING THAT I SAY THAT I

02:42PM   21  HAVE ANY PARTICULAR OPINION ABOUT THIS CASE.   YOU ARE THE

02:42PM   22  JUDGES OF THE FACTS.   SO DON'T READ INTO ANYTHING THAT I

02:42PM   23  SAY THAT I HAVE AN OPINION ON WHETHER OR NOT THE DEFENDANTS

02:42PM   24  ARE GUILTY OR NOT GUILTY.   YOU WILL MAKE THAT DECISION.

02:42PM   25            ANY EVIDENCE THAT I TELL YOU TO DISREGARD, YOU

Case 4:12-cr-00016-SDJ-CAN   Document 1163   Filed 11/10/14   Page 193 of 226 PageID #: 8656
TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

193

02:42PM 1 SHOULD NOT CONSIDER FOR ANY PURPOSE IN THIS CASE.  ANYTHING

02:42PM 2 THAT YOU MAY HAVE SEEN OR HEARD OUTSIDE THE COURTROOM ABOUT

02:42PM 3 THIS CASE, OF COURSE, IS NOT EVIDENCE.  I DON'T THINK THERE

02:42PM 4 WILL BE ANY NEWS MEDIA FOCUS ON THIS CASE, SO I DON'T THINK

02:42PM 5 THERE WOULD BE ANYTHING THAT WOULD BE WRITTEN ABOUT THIS CASE

02:42PM 6 OR BROADCAST ABOUT THE CASE.  IF THERE IS, YOU SHOULD NOT READ

02:43PM 7 THAT OR VIEW THAT.  OFTENTIMES THAT'S BASED ON JUST BITS AND

02:43PM 8 PIECES OF WHAT'S PRESENTED IN THE COURTROOM.  YOU ARE IN THE

02:43PM 9 BEST POSITION TO DECIDE THE CASE, BECAUSE YOU WILL BE IN THE

02:43PM 10 POSITION TO HEAR FIRSTHAND ALL OF THE TESTIMONY AND SEE ALL

02:43PM 11 OF THE EVIDENCE IN THE CASE.

02:43PM 12 　　　　　　NOW, KEEP IN MIND THE RULES ABOUT PRESUMPTION OF

02:43PM 13 INNOCENCE, THE BURDEN OF PROOF IS ON THE GOVERNMENT, AND THE

02:43PM 14 STANDARD OF PROOF IS "BEYOND A REASONABLE DOUBT."  AND I'LL

02:43PM 15 GIVE YOU WRITTEN INSTRUCTIONS ON THOSE CONCEPTS AT THE

02:43PM 16 CONCLUSION OF THE TRIAL.

02:43PM 17 　　　　　　DURING THE COURSE OF THE TRIAL, I THINK ONE OF THE

02:43PM 18 LAWYERS MENTIONED TO YOU THAT WHEN YOU COME IN IN THE MORNING

02:43PM 19 OR YOU COME BACK AFTER LUNCH, YOU MAY PASS THE LAWYERS IN THE

02:43PM 20 HALL.  THEY CAN SAY "HELLO," BUT THEY CANNOT ENGAGE YOU IN ANY

02:43PM 21 CONVERSATION.  SO YOU WILL UNDERSTAND IF THEY PASS BY YOU AND

02:44PM 22 EITHER DON'T SAY ANYTHING OR SIMPLY SAY "HELLO."  THEY CANNOT

02:44PM 23 CONVERSE WITH YOU.

02:44PM 24 　　　　　　ALSO, DURING THE COURSE OF THE TRIAL, YOU CAN, OF

02:44PM 25 COURSE, VISIT WITH EACH OTHER, YOU CAN GET TO KNOW ONE ANOTHER.

02:44PM 1  BUT I WOULD ASK YOU NOT TO DISCUSS THE CASE.  IN OTHER WORDS,

02:44PM 2  KEEP YOUR THOUGHTS ABOUT THE CASE TO YOURSELF, AND YOUR

02:44PM 3  THOUGHTS ABOUT THE EVIDENCE THAT'S BEEN PRESENTED.  KEEP THOSE

02:44PM 4  THOUGHTS TO YOURSELF UNTIL YOU'VE HEARD ALL THE EVIDENCE.  AND

02:44PM 5  THE REASON I ASK YOU TO DO THAT IS BECAUSE I WANT YOU TO KEEP

02:44PM 6  AN OPEN MIND UNTIL YOU'VE HEARD EVERYTHING.

02:44PM 7       AT THE CONCLUSION OF THE TRIAL, THEN, WHEN YOU GO

02:44PM 8  BACK TO THE JURY ROOM AND THE 12 OF YOU BEGIN TO DELIBERATE ON

02:44PM 9  THE CASE, YOU CAN THEN, OF COURSE, VISIT WITH EACH OTHER ABOUT

02:44PM 10 YOUR IMPRESSIONS OF THE EVIDENCE IN THE CASE AND YOUR OPINIONS

02:44PM 11 ABOUT WHETHER OR NOT THE CASE HAS BEEN PROVED TO YOU BEYOND A

02:45PM 12 REASONABLE DOUBT.  BUT UNTIL THEN KEEP YOUR THOUGHTS ABOUT THE

02:45PM 13 CASE TO YOURSELF.  THAT DOES NOT MEAN YOU CAN'T VISIT WITH

02:45PM 14 EACH OTHER AND GO TO LUNCH TOGETHER.  YOU CERTAINLY CAN.

02:45PM 15      ALSO, UNTIL THE TRIAL IS CONCLUDED, YOU SHOULD NOT

02:45PM 16 TALK TO ANYONE ELSE ABOUT THIS CASE.  IN OTHER WORDS, YOU CAN'T

02:45PM 17 TALK TO NEIGHBORS OR FRIENDS OR FAMILY MEMBERS ABOUT THE CASE.

02:45PM 18 YOU HAVE BEEN CHOSEN THROUGH THIS LONG PROCESS TO DECIDE THE

02:45PM 19 CASE, AND YOU SHOULD MAKE THE DECISION BASED UPON YOUR GOOD

02:45PM 20 JUDGMENT WITHOUT BEING INFLUENCED BY WHAT SOMEONE ELSE MAY

02:45PM 21 THINK WHO WAS NOT CHOSEN AND WHO IS NOT HERE TO DETERMINE--

02:45PM 22 OR TO HEAR THE EVIDENCE AND TO DECIDE THE CASE.

02:45PM 23      ALSO, I NEED TO TELL YOU THAT YOU HAVE TO DECIDE

02:45PM 24 THE CASE BASED ON THE EVIDENCE PRESENTED.  YOU CANNOT DO ANY

02:45PM 25 INDEPENDENT RESEARCH ABOUT THIS CASE.  I DON'T KNOW THAT THERE

02:45PM  1  WOULD BE ANYTHING ON THE INTERNET ABOUT THIS CASE.  I DON'T

02:46PM  2  THINK SO.  BUT YOU CANNOT DO ANY INDEPENDENT RESEARCH ABOUT

02:46PM  3  ANY ASPECT OF THIS CASE.  WHETHER IT HAS TO DO WITH DRUGS OR

02:46PM  4  ANY TYPE OF PHOTOGRAPH YOU MAY BE SHOWN, YOU CAN'T GO BEYOND

02:46PM  5  WHAT'S PRESENTED INSIDE THIS COURTROOM.  AND THE REASON IS, IT

02:46PM  6  WOULD DENY A PERSON A FAIR TRIAL FOR A JUROR TO BASE HIS OR HER

02:46PM  7  DECISION IN THE CASE ON ANYTHING OTHER THAN WHAT IS PRESENTED

02:46PM  8  HERE IN OPEN COURT.  THAT'S THE ONLY FAIR WAY TO DETERMINE THE

02:46PM  9  OUTCOME OF EITHER A CRIMINAL CASE OR A CIVIL LAWSUIT, BECAUSE

02:46PM  10  THEN BOTH SIDES CAN HEAR AND SEE THE EVIDENCE THAT'S PRESENTED,

02:46PM  11  BOTH SIDES HAVE A RIGHT TO EXAMINE OR CROSS-EXAMINE THE

02:46PM  12  WITNESSES AND TO EXAMINE ANY PHYSICAL OR DOCUMENTARY EVIDENCE.

02:46PM  13  SO YOU CAN'T DO ANY INDEPENDENT RESEARCH ON THE CASE.  YOU

02:47PM  14  CANNOT CONSULT WEB SITES OR THE INTERNET.  AND ALSO WHILE YOU

02:47PM  15  ARE SERVING AS A JUROR YOU CANNOT COMMUNICATE WITH SOMEONE

02:47PM  16  OUTSIDE THE JURY, WHILE YOU ARE SERVING HERE AS A JUROR, USING

02:47PM  17  A SMARTPHONE OR USING E-MAIL OR TEXT-MESSAGING OR TWEETS OR

02:47PM  18  ANYTHING LIKE THAT.  THERE HAVE BEEN OCCASIONS WHERE JURORS

02:47PM  19  HAVE--EVEN WHILE THEY'RE IN THE JURY ROOM HAVE BEEN SENDING

02:47PM  20  TEXT MESSAGES TO PEOPLE OUTSIDE THE JURY ROOM, MAYBE BACK IN

02:47PM  21  THE NEIGHBORHOOD OR AT HOME, ABOUT THE CASE AND ABOUT THEIR

02:47PM  22  FEELINGS ABOUT THE CASE.  THAT'S IMPROPER.  THAT CAN CAUSE

02:47PM  23  A MISTRIAL.  SO I NEED TO GIVE YOU THAT INSTRUCTION.

02:47PM  24        NOW, WHEN WE COME BACK TOMORROW MORNING, THE

02:47PM  25  GOVERNMENT HAS THE BURDEN OF PROOF IN THE CASE, SO THE

02:48PM   1   GOVERNMENT HAS THE RIGHT TO PRESENT ITS EVIDENCE FIRST.  I

02:48PM   2   ANTICIPATE THAT MR. GONZALEZ OR MS. BATSON WILL MAKE AN OPENING

02:48PM   3   STATEMENT TO YOU AND WILL PRESENT TO YOU AN OUTLINE OF THEIR

02:48PM   4   CASE GOING FORWARD.

02:48PM   5           FOLLOWING THEIR OPENING STATEMENT, THEN COUNSEL FOR

02:48PM   6   THE DEFENDANTS CAN CHOOSE TO MAKE AN OPENING STATEMENT AT THIS

02:48PM   7   TIME OR RESERVE THEIR RIGHT TO MAKE AN OPENING STATEMENT LATER.

02:48PM   8   IT'S THEIR CHOICE.

02:48PM   9           AFTER THE OPENING STATEMENTS, THEN THE GOVERNMENT

02:48PM  10   WILL BEGIN TO PRESENT ITS EVIDENCE AND WE'LL START GOING

02:48PM  11   THROUGH THE WITNESSES AND THE OTHER EVIDENCE THAT THE

02:48PM  12   GOVERNMENT IS GOING TO OFFER.

02:48PM  13           AT THE CONCLUSION OF THE GOVERNMENT'S EVIDENCE,

02:48PM  14   EACH DEFENDANT HAS THE RIGHT, BUT NOT THE OBLIGATION, TO

02:48PM  15   PRESENT EVIDENCE.  REMEMBER, A DEFENDANT DOES NOT HAVE ANY

02:48PM  16   BURDEN TO PROVE ANYTHING.  THE BURDEN OF PROOF IS ALWAYS UPON

02:48PM  17   THE GOVERNMENT.  BUT A DEFENDANT DOES HAVE THE RIGHT TO PRESENT

02:48PM  18   EVIDENCE.  SO, IF HE WISHES TO, HE CAN.

02:49PM  19           ONCE ALL OF THE EVIDENCE HAS BEEN PRESENTED TO YOU,

02:49PM  20   I'LL GIVE YOU INSTRUCTIONS ON THE LAW.  I'LL GIVE EACH OF YOU

02:49PM  21   A COPY OF THOSE INSTRUCTIONS AND I'LL READ THEM TO YOU.

02:49PM  22           AFTER THAT, YOU'LL HEAR THE FINAL ARGUMENTS OF THE

02:49PM  23   LAWYERS, AND THEN YOU'LL DELIBERATE ON THE CASE.

02:49PM  24           SO THAT'S THE GAME PLAN.

02:49PM  25           LADIES AND GENTLEMEN, I WANT TO THANK YOU NOW FOR

TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

197

02:49PM  1    THE SERVICE THAT YOU WILL GIVE AS JURORS IN THIS CASE.  YOU MAY

02:49PM  2    BE SURPRISED TO FIND OUT THAT YOU'VE BEEN CHOSEN AS JURORS IN

02:49PM  3    THIS CASE.  I HOPE THAT YOU WILL FIND IT TO BE AN INTERESTING

02:49PM  4    AND EDUCATIONAL EXPERIENCE.  I THINK YOU WILL.  MOST JURORS ARE

02:49PM  5    HAPPY THAT THEY HAD THE OPPORTUNITY TO SERVE.  AND I THINK

02:49PM  6    THAT WILL BE THE CASE WITH YOU.  SO THANK YOU VERY MUCH.

02:49PM  7         WE WILL RECESS UNTIL TOMORROW MORNING AT 9:00.

02:49PM  8    THANKS A LOT.  IF YOU WILL GO WITH THE COURT OFFICERS, THEY'LL

02:50PM  9    SHOW YOU WHERE THE JURY ROOM IS.

02:50PM  10        COURT SECURITY OFFICER:  ALL RISE.

02:50PM  11        [OPEN COURT, DEFENDANTS PRESENT, JURY NOT PRESENT]

02:50PM  12        THE COURT:  ALL RIGHT.  WE'LL RECESS UNTIL 9 AM.

02:50PM  13    THANK YOU.  YOU ARE EXCUSED.

02:50PM  14        MR. GONZALEZ:  YOUR HONOR, CAN WE PUT SOMETHING ON

02:50PM  15    THE RECORD BEFORE WE LEAVE?

02:50PM  16        THE COURT:  OKAY.

02:50PM  17        MR. GONZALEZ:  YOUR HONOR, IF WE COULD, WE WOULD

02:50PM  18    LIKE TO PUT ON THE RECORD THAT MULTIPLE PLEA OFFERS WERE MADE

02:50PM  19    TO EACH DEFENDANT AND THAT THOSE MULTIPLE PLEA OFFERS WERE

02:50PM  20    REJECTED BY THE DEFENDANTS AND THAT'S WHY WE'RE HERE TODAY.

02:50PM  21    AND IF I CAN HAVE EACH DEFENSE COUNSEL INDICATE THAT THEY DID

02:50PM  22    RELAY THE OFFERS THAT I MADE TO THEIR CLIENTS AT THIS TIME.

02:50PM  23        THE COURT:  OKAY.

02:51PM  24        MR. KEMP?

02:51PM  25        MR. KEMP:  WITH RESPECT TO MR. SALAZAR, I DID,

02:51PM  1  IN FACT, RECEIVE PLEA OFFERS, MULTIPLE PLEA OFFERS FROM

02:51PM  2  MR. GONZALEZ, AND DID CONVEY THOSE TO MY CLIENT, AND HE

02:51PM  3  SUBSEQUENTLY REJECTED THOSE.

02:51PM  4         THE COURT:  ALL RIGHT.

02:51PM  5         MR. WHALEN?

02:51PM  6         MR. WHALEN:  YOUR HONOR, FOR THE RECORD, WE DID

02:51PM  7  RECEIVE ONE PLEA OFFER FOR MR. BOWEN, WHICH HE DID REJECT.

02:51PM  8  SINCE THAT TIME, AFTER THE ENHANCEMENT PARAGRAPHS HAVE BEEN

02:51PM  9  FILED, THEY DID MAKE AN OFFER TODAY OF 20 YEARS' CONFINEMENT,

02:51PM  10  BUT MR. BOWEN HAS REJECTED THAT.  AND SO I WOULD ALSO PUT ON

02:51PM  11  THE RECORD THAT MR. BOWEN AND I HAVE DISCUSSED THE RAMIFICATIONS

02:51PM  12  OF THE INFORMATION ENHANCEMENT.  HE FULLY UNDERSTANDS THAT AND

02:51PM  13  KNOWS WHAT THE CONSEQUENCES ARE OF PROCEEDING TO TRIAL.

02:51PM  14         THE COURT:  ALL RIGHT.

02:51PM  15         MR. PETRAZIO?

02:51PM  16         MR. PETRAZIO:  YOUR HONOR, WITH RESPECT TO MR. VEGA,

02:51PM  17  MR. VEGA AND I HAVE ENTERED INTO MANY DISCUSSIONS REGARDING

02:52PM  18  DISPOSING OF THIS CASE THROUGH THE PLEA OFFER THAT THE

02:52PM  19  GOVERNMENT HAS EXTENDED, AND ON SEVERAL OCCASIONS HE HAS

02:52PM  20  REJECTED THE PLEA OFFER AND INSISTED ON HIS RIGHT TO A JURY

02:52PM  21  TRIAL.

02:52PM  22         THE COURT:  OKAY.  ALL RIGHT.  VERY WELL.

02:52PM  23         I'LL SEE YOU TOMORROW MORNING AT 9:00.  THANK YOU.

        24         [OVERNIGHT RECESS]

        25                ---------

Case 4:12-cr-00016-SDJ-CAN  Document 1163  Filed 11/10/14  Page 199 of 226 PageID #:
8663
TRIAL TRANSCRIPT, VOLUME 1 OF 7, DECEMBER 4, 2012

199

## COURT REPORTER'S CERTIFICATE

I CERTIFY THAT PAGES 1 THROUGH 226 CONTAIN A CORRECT
TRANSCRIPT FROM THE RECORD OF PROCEEDINGS.

APRIL 21, 2014.

*Jerry Kelley*

JERRY KELLEY, CRR

OFFICIAL COURT REPORTER

U.S. COURTHOUSE

7940 PRESTON ROAD

PLANO, TEXAS 75024

214-872-4829

--------

## TABLE OF CONTENTS

VOIR DIRE EXAMINATION BY THE COURT                          23

VOIR DIRE EXAMINATION ON BEHALF OF THE GOVERNMENT           51

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT                69
SALAZAR

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT BOWEN          79

VOIR DIRE EXAMINATION ON BEHALF OF DEFENDANT VEGA          100

**#**

**#1700** [1] - 2:21

**$**

**$10,000** [2] - 58:3, 58:18
**$15,000** [2] - 58:10, 58:24
**$80,000** [2] - 121:11, 121:13

**'**

**'04** [3] - 126:23, 126:24

**0**

**000** [2] - 1:13, 199:4

**1**

**1** [18] - 1:13, 3:13, 4:5, 38:7, 55:11, 70:2, 70:12, 82:25, 88:10, 91:12, 92:13, 105:11, 185:13, 185:15, 185:25, 199:4
**10** [13] - 11:6, 23:6, 68:23, 80:13, 85:4, 85:20, 102:23, 108:3, 123:1, 140:18, 141:7, 184:15
**10-YEAR** [1] - 140:4
**100** [1] - 199:25
**101** [1] - 2:9
**106** [1] - 2:15
**10:00** [1] - 179:3
**11** [17] - 11:5, 11:6, 41:6, 47:17, 47:22, 48:18, 48:23, 101:13, 125:3, 125:4, 125:5, 125:22, 126:5, 174:22, 174:23, 184:13
**11-YEAR-OLD** [1] - 125:20
**11:30** [1] - 47:17, 47:22, 138:18
**12** [18] - 24:10, 24:16, 24:18, 30:12, 48:18, 50:18, 53:16, 68:23, 77:4, 102:9, 138:18, 184:16, 185:15, 186:1, 188:11,

188:13, 194:8
**12-YEAR-OLD** [1] - 125:20
**12:00** [2] - 48:18, 48:23
**12TH** [3] - 29:12, 50:6, 50:8
**13** [10] - 83:10, 125:4, 126:8, 126:9, 129:23, 133:1, 133:2, 184:14
**14** [10] - 3:13, 4:15, 8:22, 24:11, 41:22, 50:16, 78:11, 80:12, 80:14, 187:12
**14-YEAR-OLD** [1] - 125:20
**15** [16] - 68:23, 78:25, 79:5, 79:7, 103:14, 115:10, 125:4, 133:3, 133:4, 137:12, 137:15, 138:5, 174:22, 184:13, 186:20
**16** [8] - 23:6, 71:12, 71:13, 80:14, 83:22, 99:14, 99:20, 104:8
**17** [11] - 47:11, 47:13, 115:1, 138:6, 138:11, 139:8, 160:21, 161:1, 162:9, 174:22, 184:13
**17TH** [4] - 50:7, 50:8, 117:8, 118:7
**18** [1] - 143:12
**19** [7] - 26:14, 30:12, 75:16, 76:20, 139:12, 139:13, 143:12
**199** [1] - 1:15
**19TH** [1] - 121:15
**1:00** [1] - 47:24
**1:30** [1] - 154:10

**2**

**2** [16] - 13:1, 13:3, 38:19, 49:21, 49:22, 49:23, 55:15, 68:23, 70:2, 70:12, 116:13, 116:20, 116:24, 117:2, 117:4
**20** [2] - 30:12, 198:9
**200** [2] - 1:17, 3:4
**2000** [1] - 169:9
**2001** [3] - 9:25, 10:16, 11:5
**2002** [4] - 10:1, 10:18, 11:5, 169:11

**2007** [1] - 133:12
**2008** [1] - 29:12
**2012** [9] - 1:7, 2:2, 12:3, 12:6, 12:18, 12:23, 17:12, 27:8, 29:13
**20121204** [1] - 2:1
**2014** [1] - 199:6
**21** [3] - 42:9, 42:21, 199:6
**214-368-2560** [1] - 2:23
**214-872-4829** [1] - 199:14
**22** [6] - 96:17, 105:20, 108:3, 143:4, 143:5, 145:8
**2255** [1] - 18:5
**23** [14] - 68:23, 94:13, 95:3, 145:6, 145:7, 145:11, 145:15, 147:3, 148:8, 148:11, 148:13, 174:22, 184:13, 199:20
**24** [12] - 30:12, 88:24, 89:16, 90:3, 145:3, 145:4, 148:19, 148:20, 153:12, 153:18, 174:22, 184:13
**24(B** [1] - 184:24
**25** [8] - 46:22, 153:21, 153:22, 154:14, 154:18, 155:7, 174:22, 184:13
**26** [1] - 68:23
**28** [2] - 23:6, 184:16
**29** [2] - 23:7, 68:23
**29TH** [1] - 27:8
**2:00** [2] - 138:22, 139:4
**2:30** [1] - 186:16
**2:35** [1] - 189:21
**2:50** [1] - 125:14

**3**

**3** [5] - 55:17, 70:3, 70:13, 70:16, 81:16
**30** [9] - 23:7, 42:23, 80:14, 80:15, 80:16, 133:19, 155:9, 155:10, 171:6
**30TH** [1] - 12:6
**31** [2] - 23:7, 174:24
**32** [7] - 23:7, 155:9, 158:2, 158:3, 159:11, 184:18
**33** [5] - 49:13, 95:4,

159:19, 159:20, 162:25
**34** [14] - 3:13, 4:19, 49:12, 159:19, 161:1, 163:22, 163:23, 164:17, 165:7, 165:11, 166:23, 174:22, 184:13
**35** [12] - 49:12, 68:23, 163:22, 165:12, 165:17, 168:4, 168:12, 168:20, 174:22, 184:13, 184:14
**36** [9] - 43:12, 90:11, 168:11, 168:22, 169:1, 169:2, 170:3, 170:12, 170:19
**37** [3] - 43:25, 68:23, 114:15
**38** [13] - 44:9, 111:13, 111:23, 170:23, 170:24, 171:4, 172:15, 172:17, 172:25, 174:15, 174:20, 174:22, 184:13
**39** [3] - 30:12, 76:7
**3:45** [1] - 186:21
**3RD** [1] - 17:19

**4**

**4** [21] - 1:7, 2:2, 17:24, 38:20, 39:22, 70:1, 70:6, 70:24, 71:12, 73:16, 89:16, 90:2, 118:17, 118:22, 119:7, 119:8, 120:13, 120:20, 174:22, 184:13
**40** [2] - 30:13, 111:21
**404(B** [12] - 6:19, 6:21, 7:10, 9:22, 12:4, 12:17, 20:13, 20:16, 95:18, 144:14, 145:9, 148:14
**404(B)** [1] - 10:5
**406** [1] - 2:15
**41** [11] - 48:8, 170:23, 173:8, 173:9, 174:2, 174:10, 174:11, 174:21, 174:22, 184:13
**42** [5] - 174:24, 185:12, 185:13, 185:16, 185:25
**43** [6] - 175:11, 175:13, 177:14,

178:16, 184:14, 185:12
**44** [1] - 186:2
**45** [1] - 186:2
**46** [8] - 68:23, 175:12, 178:18, 178:19, 179:8, 179:13, 179:14, 184:14
**469-223-7821** [1] - 2:17
**47** [6] - 68:23, 178:18, 179:17, 181:11, 186:3
**472** [1] - 9:7
**48** [9] - 5:17, 23:5, 23:8, 46:8, 181:22, 181:23, 183:13, 184:14, 186:3
**4:12CR16** [1] - 1:6

**5**

**5** [12] - 30:12, 71:12, 74:23, 83:6, 92:17, 93:6, 113:23, 116:13, 116:22, 118:16, 120:23, 120:24
**5,000-DOLLAR** [1] - 58:11
**50/50** [2] - 71:18, 72:7
**500** [1] - 2:9
**51** [1] - 199:21
**5700** [1] - 3:4
**581** [1] - 21:21
**5:00** [1] - 47:17
**5TH** [6] - 12:2, 12:4, 12:18, 12:23, 13:11, 17:12

**6**

**6** [1] - 113:17
**613** [2] - 6:14, 7:8
**614** [4] - 7:14, 8:4, 8:16
**621** [2] - 17:10, 17:14
**622** [2] - 17:10, 17:15
**623** [1] - 9:7
**624** [1] - 18:12
**635** [1] - 169:24
**650** [1] - 5:21
**6500** [1] - 2:21
**651** [1] - 19:7
**652** [1] - 6:1
**654** [1] - 19:8
**658** [1] - 20:5
**69** [1] - 199:22

## 7

**7** [3] - 1:13, 85:22, 85:24
**70** [1] - 156:1
**72** [1] - 37:21
**75** [1] - 169:24
**75024** [2] - 3:5, 199:13
**75074** [1] - 2:10
**75093** [1] - 2:22
**76240** [1] - 2:16
**79** [1] - 199:24
**7940** [1] - 199:12

## 8

**8** [3] - 37:18, 40:3, 113:13
**80** [2] - 117:13, 121:12
**851** [1] - 19:18
**8:00** [2] - 100:23, 154:9

## 9

**9** [11] - 1:7, 2:1, 40:20, 116:14, 122:9, 122:10, 122:11, 122:12, 123:25, 125:2, 197:12
**94** [1] - 142:11
**972-509-1201** [1] - 2:11
**972-965-1016** [1] - 3:6
**9:00** [7] - 47:25, 48:24, 48:25, 138:20, 189:24, 197:7, 198:23
**9:20** [1] - 12:20

## A

**ABILITY** [15] - 13:13, 42:3, 84:11, 85:16, 86:6, 112:17, 124:23, 128:12, 142:19, 145:20, 146:9, 156:21, 161:5, 178:7, 180:18
**ABLE** [44] - 49:20, 49:21, 49:23, 61:21, 63:17, 65:13, 66:10, 68:12, 69:19, 71:22, 80:6, 84:22, 86:6, 86:9, 86:18, 88:17, 89:8, 90:25, 91:9, 91:19, 92:7, 92:23, 94:2, 97:21, 101:19, 107:5, 108:24, 114:16, 114:19,

115:3, 117:19, 123:17, 125:8, 131:1, 134:25, 145:24, 162:17, 164:6, 164:14, 165:7, 167:11, 167:19, 168:10
**ABRAHAM** [1] - 36:17
**ABSOLUTE** [2] - 87:1, 87:2
**ABSOLUTELY** [4] - 88:18, 102:20, 121:25, 166:17
**ABUNDANCE** [2] - 14:8, 170:10
**ACCEPT** [2] - 63:17, 66:23
**ACCIDENT** [11] - 93:13, 93:15, 96:9, 96:19, 96:20, 103:15, 105:20, 144:22, 147:12, 163:8, 172:4
**ACCIDENTALLY** [1] - 61:13
**ACCOMPANY** [1] - 59:12
**ACCOMPLICE** [5] - 64:3, 64:8, 64:13, 77:22, 81:12
**ACCOMPLICES** [1] - 82:2
**ACCOMPLISH** [1] - 57:12
**ACCORDING** [1] - 189:16
**ACCOUNT** [3] - 61:17, 64:20, 68:7
**ACCOUNTABLE** [1] - 59:8
**ACCUSATION** [2] - 31:9, 123:5
**ACCUSED** [31] - 29:10, 30:1, 30:17, 30:18, 30:24, 31:2, 39:25, 43:8, 84:7, 86:19, 87:3, 88:7, 91:25, 96:3, 96:5, 96:8, 118:18, 119:15, 119:19, 121:20, 123:21, 127:10, 129:9, 129:18, 136:7, 144:17, 147:7, 148:22, 148:25, 150:1, 183:10
**ACKNOWLEDGE** [1] - 102:19
**ACQUAINTANCE** [1] - 39:7

**ACQUAINTED** [1] - 39:23
**ACT** [23] - 10:11, 11:22, 13:2, 29:21, 57:7, 60:9, 63:23, 66:4, 93:9, 93:14, 96:4, 98:4, 144:14, 147:4, 147:8, 147:10, 147:14, 163:1, 163:5, 163:7, 163:9, 163:12, 172:1
**ACTING** [1] - 99:2
**ACTIONS** [1] - 128:4
**ACTIVITY** [2] - 45:3, 169:6
**ACTS** [5] - 6:16, 10:24, 17:21, 55:22, 93:6
**ACTUAL** [4] - 56:18, 56:22, 71:25, 77:23
**ADD** [1] - 114:2
**ADDICTION** [1] - 105:3
**ADDITION** [1] - 32:19
**ADDITIONAL** [6] - 19:12, 23:2, 184:17, 184:23, 185:1, 186:3
**ADDRESS** [1] - 67:25
**ADMINISTER** [1] - 186:17
**ADMINISTRATION** [6] - 32:16, 33:6, 35:9, 35:15, 35:21, 35:23
**ADMISSIBILITY** [1] - 10:20
**ADMISSIBLE** [4] - 10:10, 90:20, 171:23
**ADMISSION** [1] - 20:4
**ADMISSIONS** [1] - 14:4
**ADMIT** [2] - 95:22, 102:17
**ADMITS** [1] - 147:3
**ADMITTED** [5] - 15:16, 16:11, 80:24, 144:16, 190:21
**ADOPT** [6] - 7:14, 7:16, 8:3, 8:5, 8:8, 8:9
**ADRIANO** [3] - 4:25, 29:2, 29:4
**ADULT** [1] - 61:15
**ADVICE** [2] - 87:5, 87:6
**ADVISE** [1] - 5:4
**AFFAIR** [2] - 101:5, 101:24
**AFFAIRS** [1] - 66:5
**AFFECT** [37] - 27:2, 39:8, 39:19, 40:6,

40:24, 41:9, 42:2, 43:3, 43:17, 44:3, 44:17, 90:19, 91:22, 107:7, 112:17, 121:16, 124:12, 124:23, 128:12, 129:4, 132:7, 134:7, 140:13, 142:19, 144:2, 144:15, 156:21, 157:2, 161:5, 162:19, 166:16, 170:14, 176:24, 177:5, 178:6, 180:18, 183:6
**AFFECTED** [1] - 132:3
**AFFECTS** [3] - 38:11, 105:15, 177:7
**AFFILIATION** [1] - 7:2
**AFFILIATIONS** [1] - 6:16
**AFFORDED** [1] - 110:9
**AFRAID** [1] - 167:18
**AFTERWARDS** [1] - 103:3
**AGENCY** [5] - 3:24, 25:18, 38:2, 38:3, 38:6
**AGENT** [33] - 3:23, 3:25, 13:23, 14:22, 14:24, 15:12, 21:25, 25:17, 25:19, 27:18, 32:13, 32:19, 32:21, 32:22, 32:23, 32:24, 32:25, 33:1, 33:2, 33:3, 33:4, 33:9, 33:10, 40:16, 44:1, 57:21, 58:13, 58:16, 58:24, 59:5, 59:19, 59:22, 109:12
**AGENTS** [5] - 16:24, 27:19, 32:17, 33:7, 109:22
**AGO** [16] - 11:6, 27:7, 76:20, 102:24, 103:15, 123:1, 126:22, 158:14, 158:15, 160:25, 161:2, 171:14, 175:17, 176:1, 176:2
**AGREE** [7] - 58:1, 86:11, 110:2, 112:11, 139:6, 185:2, 186:22
**AGREEABLE** [1] - 185:23
**AGREED** [2] - 29:14, 142:2
**AGREEING** [2] - 96:5, 129:2

**AGREEMENT** [32] - 30:1, 54:24, 55:2, 55:4, 55:10, 55:13, 55:16, 55:18, 55:21, 55:24, 56:2, 56:5, 57:11, 58:13, 58:14, 60:5, 60:12, 63:24, 63:25, 64:10, 64:19, 65:12, 65:19, 65:21, 97:3, 98:16, 134:4, 147:8, 147:13, 151:24, 186:23
**AGREEMENTS** [2] - 65:15, 82:14
**AGREES** [1] - 58:4
**AHEAD** [6] - 70:22, 70:23, 79:2, 113:20, 187:7, 187:16
**AIDED** [1] - 1:25
**AIR** [1] - 108:4
**AIR-TRAFFIC** [1] - 108:4
**AIRCRAFT** [2] - 106:23, 108:10
**AIRPLANE** [1] - 106:2
**AIRPORT** [1] - 44:15
**AIRPORTS** [1] - 106:4
**AIRWORTHY** [1] - 106:24
**AL** [1] - 1:8
**ALARM** [1] - 53:7
**ALLEGATION** [3] - 29:10, 29:22, 45:3
**ALLEGATIONS** [1] - 30:2
**ALLEGED** [12] - 17:21, 29:13, 57:16, 63:22, 64:8, 64:13, 80:24, 81:12, 82:2, 98:9, 98:10, 98:11
**ALLEN** [2] - 34:16, 34:18
**ALLOW** [2] - 11:25, 184:25
**ALMA** [1] - 4:25
**ALMOST** [3] - 44:11, 49:4, 186:16
**ALONE** [5] - 60:23, 60:25, 64:11, 64:15, 162:18
**ALTERNATE** [5] - 24:11, 24:12, 24:22, 24:23, 188:8
**ALTERNATES** [10] - 23:7, 24:17, 24:19, 50:17, 50:20, 50:21, 53:17, 184:17, 185:9, 185:10
**AMANDA** [1] - 188:3
**AMENDED** [2] - 5:20,

5:25
**AMENDMENT** [1] - 171:15
**AMERICA** [1] - 1:6
**AMOUNT** [2] - 62:20, 121:11
**ANALYZE** [1] - 32:1
**ANDREA** [1] - 37:10
**ANDY** [2] - 33:4, 35:2
**ANGELES** [1] - 76:10
**ANNOUNCING** [2] - 9:22, 49:16
**ANSWER** [14] - 53:8, 53:12, 70:24, 80:18, 89:20, 103:23, 113:13, 119:24, 134:15, 149:13, 149:19, 150:16, 152:5, 156:15
**ANSWERED** [2] - 100:23, 100:24
**ANSWERING** [2] - 147:17, 151:12
**ANSWERS** [3] - 51:2, 53:6, 119:5
**ANTHONY** [1] - 35:6
**ANTICIPATE** [7] - 24:2, 54:22, 57:9, 60:2, 62:17, 65:15, 196:2
**ANYWAY** [1] - 18:12
**APPARENTLY** [1] - 170:13
**APPEAR** [1] - 4:10
**APPEARANCES** [1] - 2:4
**APPLICATION** [1] - 56:17
**APPLICATIONS** [1] - 54:4
**APPLIES** [4] - 11:19, 53:13, 54:2, 65:25
**APPLY** [12] - 8:13, 30:6, 43:21, 51:5, 54:3, 61:10, 66:8, 69:1, 84:12, 84:13, 84:22
**APPOINTMENT** [14] - 46:20, 46:23, 50:5, 117:6, 118:6, 154:7, 154:9, 173:11, 173:14, 173:20, 173:22, 178:22, 179:15
**APPOINTMENTS** [2] - 154:12, 155:4
**APPRECIATE** [2] - 137:3, 188:18
**APPROACH** [3] - 39:13, 40:6, 43:18

188:19
**APPROPRIATELY** [2] - 140:9, 182:22
**APPROVE** [1] - 90:13
**APPROVED** [1] - 65:17
**APRIL** [3] - 29:12, 121:14, 199:6
**AREA** [4] - 90:21, 146:16, 175:24, 177:19
**AREAS** [1] - 102:22
**ARGUMENTS** [7] - 24:14, 191:17, 192:5, 192:6, 192:13, 192:15, 196:22
**ARM** [1] - 142:11
**ARMS** [2] - 74:17, 103:13
**ARRANGED** [1] - 47:4
**ARREST** [4] - 13:12, 109:15, 126:23, 155:21
**ARRESTED** [6] - 56:3, 134:10, 166:5, 175:25, 180:6, 182:14
**ARRESTS** [1] - 109:12
**ARSON** [1] - 40:22
**ART** [1] - 69:24
**ARTHRITIS** [1] - 160:4
**ASHLAND** [1] - 156:18
**ASIDE** [10] - 53:1, 89:8, 110:18, 119:21, 124:10, 132:4, 132:7, 136:22, 150:7, 162:18
**ASKEW** [2] - 36:15, 36:16
**ASPECT** [2] - 69:20, 195:3
**ASSAULT** [1] - 75:20
**ASSESSMENT** [1] - 39:17
**ASSIST** [1] - 191:14
**ASSISTANT** [4] - 2:7, 3:15, 25:4, 25:5
**ASSISTING** [1] - 25:16
**ASSUME** [4] - 27:15, 69:5, 142:15, 145:20
**ASSUMING** [1] - 71:13
**ASSURES** [1] - 15:24
**ATE** [1] - 73:5
**ATTACK** [1] - 11:25
**ATTEMPTING** [1] - 53:15
**ATTENTION** [6] - 50:24, 69:11, 79:19, 115:24, 118:9,

188:19
**ATTORNEY** [7] - 2:14, 2:20, 3:3, 26:6, 134:5, 142:12
**ATTORNEY'S** [19] - 2:8, 3:21, 25:12, 25:13, 25:23, 26:1, 26:6, 26:8, 26:15, 26:19, 26:20, 27:13, 42:25, 51:13, 140:16, 141:12, 142:13, 142:19, 182:21
**ATTORNEYS** [13] - 2:7, 3:16, 25:5, 51:24, 53:3, 102:16, 109:6, 112:14, 116:5, 117:21, 171:10, 192:6
**AUGUSTINE** [1] - 36:19
**AUTHORITIES** [4] - 20:3, 127:21, 156:5, 166:12
**AUTOMATICALLY** [3] - 74:12, 78:3, 78:8
**AUTOMOBILE** [1] - 103:15
**AVAILABLE** [2] - 13:9, 32:9
**AVENUE** [1] - 2:15
**AVOID** [1] - 113:6
**AWARE** [2] - 80:10, 176:4
**AWHILE** [1] - 175:17

## B

**BACKS** [1] - 105:13
**BACKUP** [1] - 41:7
**BAD** [1] - 6:16
**BAG** [1] - 97:4
**BAGGAGE** [1] - 102:21
**BALANCE** [1] - 175:8
**BALLPLAYER** [1] - 44:15
**BANDSTAND** [1] - 171:18
**BANK** [9] - 52:10, 52:11, 52:12, 52:13, 55:25, 56:2, 56:4, 60:17, 146:5
**BANK-FRAUD** [1] - 146:5
**BANK-ROBBERY** [1] - 55:25
**BAR** [1] - 65:20
**BARELY** [2] - 141:24, 174:24

**BARGAIN** [1] - 83:14
**BARGAINING** [1] - 65:16
**BARRETT** [1] - 33:16
**BASE** [5] - 9:24, 9:25, 10:16, 10:17, 195:6
**BASEBALL** [3] - 154:11, 154:22, 154:23
**BASED** [29] - 11:11, 11:24, 12:13, 19:11, 39:17, 62:22, 65:8, 65:9, 66:1, 88:25, 94:10, 109:24, 113:7, 113:8, 116:4, 120:20, 140:22, 142:6, 148:16, 153:3, 168:3, 172:10, 174:13, 178:16, 180:21, 190:9, 193:7, 194:19, 194:24
**BASIC** [2] - 30:6, 176:18
**BASIS** [2] - 8:25, 44:12
**BATSON** [85] - 2:6, 3:16, 3:18, 9:9, 25:7, 25:9, 25:10, 25:14, 25:16, 25:23, 27:16, 31:5, 51:15, 56:15, 56:21, 57:23, 58:18, 58:25, 59:7, 59:8, 64:25, 97:4, 118:13, 119:2, 119:4, 120:3, 120:5, 120:18, 122:2, 122:3, 124:1, 125:23, 129:22, 129:24, 136:10, 136:11, 137:6, 137:16, 137:25, 138:7, 139:7, 141:5, 141:6, 141:23, 141:24, 141:25, 144:5, 144:6, 148:2, 148:3, 148:12, 150:21, 150:22, 153:15, 153:16, 154:15, 157:17, 157:18, 159:9, 159:10, 162:1, 162:2, 164:18, 166:24, 168:18, 170:4, 170:20, 172:15, 172:16, 173:5, 174:3, 177:14, 177:15, 177:24, 178:14, 179:9, 181:10, 181:12, 183:13,

183:14, 185:2, 185:5, 185:24, 186:6, 196:2
**BATSON'S** [1] - 137:19
**BAUER** [3] - 188:5, 188:8, 188:12
**BEAUMONT** [1] - 26:4
**BECOME** [3] - 54:7, 57:1, 90:21
**BEECHUM** [1] - 10:10
**BEGIN** [7] - 24:15, 141:21, 189:24, 190:16, 191:4, 194:8, 196:10
**BEGINNING** [2] - 24:25, 191:5
**BEHALF** [11] - 50:25, 51:10, 69:11, 69:13, 79:18, 79:21, 100:21, 199:21, 199:22, 199:24, 199:25
**BEHIND** [3] - 103:4, 140:6, 157:1
**BELIEF** [1] - 90:6
**BELIEVABILITY** [2] - 41:2, 191:7
**BELIVE** [1] - 86:4
**BENCH** [2] - 18:20, 164:3
**BENNETT** [1] - 38:24
**BEST** [25] - 24:4, 24:7, 52:9, 52:17, 65:1, 80:7, 87:9, 87:10, 100:12, 100:17, 104:16, 109:24, 111:9, 147:17, 147:20, 150:6, 150:7, 150:17, 152:5, 152:6, 152:10, 152:12, 165:21, 165:24, 193:9
**BETTER** [6] - 16:16, 80:6, 80:11, 128:5, 141:13, 145:12
**BETWEEN** [7] - 57:11, 62:21, 86:2, 108:10, 134:4, 170:7, 175:8
**BEYOND** [54] - 6:6, 31:7, 31:8, 31:14, 31:20, 54:20, 55:7, 62:23, 64:14, 64:20, 65:23, 66:14, 66:15, 66:17, 66:18, 66:22, 67:1, 69:23, 70:3, 70:11, 70:13, 70:16, 71:8, 71:21, 73:20, 73:21, 78:15, 81:4,

81:12, 82:2, 102:25, 106:19, 110:24, 111:6, 112:5, 113:5, 113:8, 115:17, 129:16, 129:17, 135:10, 136:4, 136:5, 157:8, 157:9, 157:13, 161:17, 161:22, 180:25, 181:5, 193:14, 194:11, 195:4

**BEYOND-A** [1] - 113:8
**BIAS** [23] - 68:5, 89:6, 89:10, 89:13, 102:15, 102:17, 141:17, 141:19, 141:23, 142:2, 142:4, 145:20, 146:4, 146:9, 146:19, 146:21, 146:24, 147:19, 147:21, 149:8, 152:14, 152:24, 173:3
**BIASED** [5] - 105:7, 142:7, 149:16, 149:17, 157:4
**BIG** [4] - 73:13, 116:16, 146:16, 191:24
**BIGGEST** [1] - 52:24
**BIGHAM** [1] - 34:14
**BILL** [1] - 171:12
**BIT** [10] - 49:18, 73:6, 77:21, 80:11, 80:20, 105:19, 107:14, 141:15, 145:22, 145:23
**BITS** [1] - 193:7
**BITTERNESS** [2] - 140:5, 140:19
**BLAME** [1] - 134:21
**BLEED** [1] - 95:16
**BLEEDS** [1] - 84:17
**BLY** [1] - 34:18
**BOBBY** [1] - 36:6
**BONNIE** [1] - 185:7
**BORDER** [1] - 40:18
**BOTTOM** [1] - 146:22
**BOUGHT** [3] - 75:6, 131:16, 131:19
**BOULEVARD** [1] - 2:9
**BOWEN** [28] - 2:18, 3:12, 4:14, 8:22, 9:22, 11:20, 12:5, 12:18, 12:21, 17:12, 18:16, 18:19, 19:1, 28:12, 28:13, 28:17, 29:9, 29:14, 36:12, 36:23, 79:19, 79:21,

198:7, 198:10, 198:11, 199:24
**BOWEN'S** [3] - 9:4, 9:23, 10:12
**BOX** [13] - 72:23, 72:24, 73:2, 73:7, 73:8, 73:11, 73:12, 73:23, 118:5, 140:21, 187:15, 190:18
**BOYFRIEND** [4] - 175:18, 176:23, 177:16, 178:6
**BOYFRIEND'S** [1] - 176:15
**BRAD** [2] - 32:25, 34:14
**BRANDON** [1] - 34:8
**BREAK** [2] - 57:17, 163:25
**BREAKS** [2] - 49:10, 160:3
**BRENT** [1] - 36:15
**BRIAN** [5] - 4:1, 25:20, 27:22, 33:13, 37:11
**BRIEF** [1] - 80:1
**BRIEFLY** [8] - 9:9, 63:19, 124:2, 150:25, 151:1, 152:18, 162:6, 164:22
**BRING** [16] - 22:16, 61:9, 79:4, 83:24, 101:8, 101:25, 102:2, 117:24, 118:8, 118:20, 119:2, 129:3, 168:11, 186:13, 187:7, 192:16
**BRINGING** [3] - 25:3, 112:22, 162:12
**BRINGS** [1] - 113:10
**BRITON** [2] - 22:6, 22:7
**BROAD** [2] - 151:12, 151:15
**BROADCAST** [1] - 193:6
**BROKEN** [1] - 112:10
**BROTHER** [1] - 44:1
**BROUGHT** [7] - 5:18, 26:24, 30:22, 90:17, 92:18, 161:18, 181:2
**BURDEN** [41] - 30:18, 31:1, 31:10, 65:23, 66:14, 66:16, 66:22, 66:23, 66:24, 71:6, 71:7, 71:16, 72:11, 73:19, 74:15, 74:18, 74:21, 78:13, 83:23,

87:24, 102:25, 109:15, 109:20, 110:15, 110:21, 112:5, 112:7, 112:13, 114:17, 115:4, 115:21, 121:23, 124:8, 129:14, 135:23, 150:15, 193:13, 195:25, 196:16
**BURDENS** [1] - 69:23
**BURNT** [1] - 103:13
**BUSINESS** [3] - 12:19, 47:2, 97:21
**BUT..** [6] - 85:8, 128:6, 134:22, 141:20, 142:4, 176:5
**BUY** [1] - 58:1
**BUYING** [1] - 60:6

---

# C

**C-L-O-U-G-H** [1] - 32:23
**CABRALES** [1] - 37:14
**CALMLY** [1] - 161:6
**CAMACHO** [4] - 36:8, 37:12, 37:13
**CAMERA** [1] - 121:9
**CAMPUS** [1] - 169:24
**CANDIDLY** [1] - 51:7
**CANNOT** [13] - 12:22, 90:6, 119:12, 119:21, 149:2, 153:19, 163:15, 193:20, 193:22, 194:24, 195:2, 195:14, 195:15
**CAPABILITY** [1] - 92:10
**CAPABLE** [1] - 92:20
**CAPACITY** [2] - 77:25, 78:22
**CAR** [4] - 60:6, 103:16, 103:17, 182:9
**CARD** [1] - 75:7
**CARDS** [2] - 68:24, 69:6
**CARE** [9] - 18:15, 21:3, 81:10, 81:17, 81:25, 82:5, 83:17, 125:9, 126:6
**CAREFUL** [2] - 66:2, 89:25
**CAREFULLY** [2] - 42:14, 89:19
**CAREGIVER** [2] - 125:7, 125:17

**CARL** [1] - 33:17
**CARLOS** [8] - 3:1, 3:13, 4:19, 28:21, 29:5, 29:14, 33:10, 37:14
**CAROL** [1] - 33:9
**CAROLINA** [1] - 166:7
**CARRIES** [1] - 63:15
**CARROLTON** [1] - 44:14
**CARRY** [4] - 20:10, 61:22, 62:19, 70:22
**CASE** [261] - 1:6, 3:11, 5:2, 10:18, 10:21, 11:1, 11:2, 11:11, 13:11, 13:23, 14:21, 14:23, 15:12, 23:24, 24:7, 24:9, 24:10, 25:2, 25:5, 27:2, 28:4, 30:3, 30:4, 30:7, 30:15, 30:16, 30:22, 31:6, 31:10, 31:13, 32:3, 32:14, 33:14, 34:4, 37:20, 38:12, 39:9, 39:17, 40:7, 40:24, 41:10, 41:14, 42:4, 43:3, 43:18, 44:3, 44:18, 45:3, 45:17, 51:5, 51:17, 51:19, 52:6, 52:10, 52:13, 52:17, 52:18, 53:19, 53:25, 54:7, 54:11, 54:18, 56:7, 57:2, 61:23, 63:20, 66:3, 66:7, 66:14, 66:15, 66:17, 66:19, 66:20, 67:1, 68:15, 68:18, 69:21, 70:9, 71:16, 71:19, 71:25, 72:5, 72:10, 73:18, 74:18, 74:21, 75:1, 75:5, 75:9, 75:11, 75:14, 75:19, 75:23, 76:6, 76:7, 76:11, 76:13, 76:23, 77:1, 77:5, 77:9, 77:17, 77:18, 77:21, 77:24, 78:2, 78:4, 78:6, 78:10, 78:13, 78:14, 80:7, 81:23, 84:23, 86:10, 86:20, 87:10, 87:23, 90:12, 92:9, 92:24, 96:3, 98:1, 99:18, 100:17, 101:1, 101:12, 101:15, 101:24, 102:24, 104:5, 104:10, 104:12, 104:16, 104:17, 105:11, 105:17,

106:18, 109:9, 110:20, 111:6, 111:16, 112:12, 112:15, 112:19, 113:1, 113:5, 121:17, 121:17, 121:24, 123:5, 123:8, 123:18, 127:12, 127:15, 128:13, 130:18, 130:20, 132:8, 133:18, 134:8, 133:18, 134:22, 134:24, 135:8, 136:15, 136:17, 137:4, 137:20, 137:24, 140:4, 140:11, 140:14, 140:21, 141:10, 141:13, 141:18, 141:20, 142:7, 142:14, 142:20, 143:24, 144:2, 144:17, 145:21, 146:10, 146:23, 147:7, 156:22, 157:6, 158:16, 159:3, 161:6, 161:7, 161:9, 162:18, 166:10, 166:16, 166:19, 170:14, 172:9, 176:6, 176:15, 176:24, 178:7, 180:18, 180:20, 180:21, 181:6, 182:16, 182:22, 183:7, 184:7, 188:7, 189:15, 190:4, 190:7, 190:9, 190:24, 191:22, 191:25, 192:21, 193:1, 193:3, 193:4, 193:5, 193:6, 193:9, 193:11, 194:1, 194:2, 194:9, 194:10, 194:11, 194:13, 194:16, 194:17, 194:19, 194:22, 194:24, 194:25, 195:1, 195:3, 195:7, 195:9, 195:13, 195:21, 195:22, 195:25, 196:4, 196:23, 197:1, 197:3, 197:6, 198:18
**CASES** [8] - 84:5, 84:18, 84:24, 100:12, 155:20, 156:5, 156:21,

188:20
**CASH** [1] - 121:13
**CASHIER** [1] - 143:12
**CAT** [9] - 72:23, 72:24, 72:25, 73:2, 73:5, 73:7, 73:8, 73:11
**CATCH** [1] - 143:19
**CATCHPHRASES** [1] - 72:15
**CAUTION** [6] - 14:8, 14:13, 81:10, 81:25, 107:15, 170:10
**CAUTIOUS** [1] - 6:25
**CAZARES** [1] - 37:6
**CEASE** [1] - 169:10
**CELL** [2] - 50:7, 100:24
**CENTER** [3] - 43:13, 121:7, 169:6
**CERTAIN** [10] - 53:2, 68:5, 100:12, 102:22, 105:8, 109:13, 150:18, 151:3, 171:25, 191:13
**CERTAINLY** [3] - 23:12, 79:2, 194:14
**CERTAINTY** [1] - 152:9
**CERTIFICATE** [1] - 199:2
**CERTIFY** [1] - 199:4
**CHAD** [1] - 34:25
**CHAIN** [3] - 62:15, 62:16, 63:9
**CHAIR** [5] - 73:17, 101:19, 108:14, 108:19, 160:12
**CHAIRS** [1] - 160:9
**CHALLENGES** [3] - 185:1, 185:13, 185:15
**CHAN** [1] - 187:20
**CHANCE** [9] - 6:9, 6:10, 9:10, 25:22, 30:3, 35:2, 51:1, 80:17, 130:23
**CHANCES** [1] - 80:16
**CHANGE** [3] - 130:9, 155:5, 173:12
**CHANGES** [1] - 130:9
**CHARACTER** [3] - 10:12, 91:2, 101:17
**CHARGE** [11] - 11:7, 31:21, 56:10, 57:9, 60:3, 123:14, 129:22, 146:7, 146:8, 152:5, 165:23
**CHARGED** [17] - 10:13, 30:5, 30:19,

86:12, 86:13, 98:22, 99:6, 109:11, 109:19, 110:2, 123:12, 149:23, 150:7, 153:7, 153:9
**CHARGES** [6] - 25:3, 99:4, 155:22, 156:9, 161:18, 181:1
**CHARITY** [1] - 35:14
**CHARLES** [1] - 37:7
**CHARLOTIN** [1] - 187:24
**CHARTS** [1] - 45:8
**CHAVEZ** [1] - 36:17
**CHEATHAM** [2] - 156:7, 156:17
**CHECK** [5] - 106:1, 106:2, 106:3, 106:11, 106:19
**CHECKLIST** [4] - 106:1, 106:12, 106:15, 106:22
**CHECKMARK** [4] - 45:6, 116:12, 122:8, 155:8
**CHEMIST** [12] - 14:21, 14:25, 15:20, 16:6, 16:10, 16:17, 16:18, 35:8, 35:10, 35:12, 35:18, 35:22
**CHEMISTS** [2] - 16:20, 35:15
**CHEMOTHERAPY** [2] - 167:14, 167:23
**CHIEF** [1] - 139:22
**CHILDCARE** [1] - 41:7
**CHILDREN** [6] - 61:12, 87:19, 125:8, 125:13, 125:18, 126:6
**CHINA** [1] - 130:15
**CHOICE** [1] - 196:8
**CHOOSE** [3] - 67:22, 68:1, 196:6
**CHOOSES** [1] - 74:11
**CHOSE** [3] - 74:16, 80:25, 134:12
**CHOSEN** [22] - 24:5, 24:12, 31:16, 40:9, 43:5, 47:19, 48:7, 48:19, 50:16, 119:9, 128:25, 135:5, 160:8, 164:4, 164:12, 167:10, 187:11, 187:13, 188:7, 194:18, 194:21, 197:2
**CHRISTINA** [2] - 36:11, 36:18
**CHRISTMAS** [1] -

138:21
**CHUNG** [1] - 187:20
**CIRCUMSTANCE** [1] - 73:24
**CIRCUMSTANCES** [3] - 91:16, 171:25, 179:24
**CIRCUMSTANTIAL** [11] - 62:13, 62:14, 62:15, 62:19, 62:22, 62:23, 62:24, 63:1, 63:14, 63:18, 89:5
**CISSIK** [1] - 188:1
**CITIES** [1] - 17:21
**CITY** [2] - 45:8, 156:18
**CIVIL** [10] - 31:10, 71:11, 71:13, 72:5, 101:15, 110:20, 140:5, 142:15, 142:16, 195:9
**CJA** [2] - 18:5, 18:8
**CLARK** [1] - 77:8
**CLAY** [1] - 35:14
**CLEAR** [6] - 10:24, 73:5, 91:14, 117:22, 140:10, 158:8
**CLEARLY** [1] - 58:12
**CLEARS** [1] - 93:1
**CLERK** [7] - 8:18, 9:19, 185:8, 186:14, 187:17, 189:7, 189:14
**CLERK'S** [1] - 188:24
**CLIENT** [6] - 14:4, 17:25, 100:25, 103:5, 104:1, 198:2
**CLIENT'S** [1] - 18:4
**CLIENTS** [5] - 100:24, 111:5, 171:19, 186:8, 197:22
**CLOAK** [1] - 111:3
**CLOSE** [35] - 38:2, 38:7, 38:8, 40:17, 42:9, 44:23, 45:16, 45:19, 46:7, 46:9, 46:14, 72:24, 73:8, 104:17, 105:1, 121:2, 121:3, 122:14, 122:22, 126:12, 126:14, 133:6, 133:10, 143:9, 153:25, 154:3, 155:15, 158:6, 159:24, 160:18, 165:19, 177:1, 179:19, 182:3
**CLOSER** [1] - 73:12
**CLOUD** [1] - 113:4
**CLOUDY** [2] - 63:3, 63:11

**CLOUGH** [1] - 32:23
**CO-COUNSEL--OR** [1] - 8:5
**COACH** [2] - 44:10, 171:6
**COCAINE** [20] - 9:24, 9:25, 10:16, 10:17, 57:22, 57:24, 58:2, 58:3, 58:7, 58:13, 58:17, 59:7, 59:20, 76:8, 76:9, 97:4, 97:11, 161:4, 161:5, 165:22
**COCONSPIRATOR** [15] - 11:11, 11:24, 13:22, 14:5, 20:4, 63:20, 64:9, 64:13, 64:18, 77:22, 77:24, 78:1, 80:22, 82:4, 152:25
**COCONSPIRATORS** [5] - 57:20, 58:20, 65:11, 77:23, 80:24, 83:24, 153:6
**COCONSPIRATORS'** [1] - 152:22
**CODE** [1] - 112:10
**CODEFENDANT** [2] - 63:20, 64:4, 64:18
**CODEFENDANTS** [4] - 7:15, 23:3, 65:11, 81:21
**CODEFENDANTS'** [1] - 7:16
**COLLEAGUES** [1] - 41:23
**COLLECTIVELY** [6] - 23:5, 84:20, 184:15, 185:15, 185:19, 186:1
**COLLEGE** [1] - 165:21
**COLLEGES** [2] - 154:19, 154:20
**COLLIN** [6] - 75:4, 75:5, 75:20, 126:21, 182:6, 182:21
**COLOR** [1] - 166:13
**COLORED** [1] - 28:14
**COMFORTABLE** [1] - 87:14
**COMING** [15] - 20:17, 63:6, 85:25, 91:9, 91:15, 100:8, 105:10, 107:3, 121:10, 130:16, 162:14, 167:8, 169:17, 171:5, 185:22
**COMMINGLED** [1] - 151:18

**COMMINGLING** [1] - 149:14
**COMMIT** [4] - 29:20, 57:7, 93:11, 119:15
**COMMITTED** [7] - 93:9, 93:12, 94:3, 96:4, 109:13, 147:8, 163:7
**COMMITTING** [2] - 63:23, 163:5
**COMMON** [19] - 59:2, 61:8, 61:10, 61:18, 61:22, 65:9, 66:1, 66:7, 66:8, 66:9, 68:7, 68:8, 68:9, 88:2, 105:17, 109:6, 161:21, 191:9
**COMMS** [1] - 107:13
**COMMUNICATE** [1] - 109:1, 195:15
**COMMUNICATIONS** [1] - 108:9
**COMMUNITY** [1] - 166:6
**COMPANY** [3] - 26:23, 139:22, 141:1
**COMPARE** [3] - 22:6, 22:11, 191:3
**COMPLETED** [2] - 158:18, 166:8
**COMPLETELY** [4] - 24:13, 73:7, 104:13, 140:25
**COMPUTER** [1] - 1:25
**COMPUTER-AIDED** [1] - 1:25
**COMPUTERIZED** [1] - 1:24
**CONCENTRATE** [2] - 165:1, 168:13
**CONCENTRATING** [1] - 167:14
**CONCEPT** [2] - 98:8, 99:25
**CONCEPTS** [2] - 85:15, 193:15
**CONCEPTUALLY** [4] - 84:25, 85:9, 99:11, 99:21
**CONCERN** [9] - 16:7, 18:2, 84:14, 84:17, 130:4, 130:8, 162:10, 162:13, 165:2
**CONCERNED** [14] - 17:6, 45:16, 45:19, 46:6, 117:13, 121:1, 126:11, 133:6, 141:17, 143:8, 153:25, 155:14,

158:5, 182:2

**CONCERNING** [1] - 149:7

**CONCERNS** [3] - 56:11, 59:3, 60:1

**CONCLUDE** [1] - 63:10

**CONCLUDED** [2] - 27:4, 194:15

**CONCLUDES** [1] - 35:24

**CONCLUSION** [11] - 31:15, 41:13, 61:19, 62:16, 62:17, 63:10, 102:25, 192:4, 193:16, 194:7, 196:13

**CONCORDANCE** [1] - 1:17

**CONDITIONALLY** [2] - 14:21, 15:16

**CONDUCT** [4] - 12:22, 96:7, 97:22, 98:1

**CONDUCTED** [1] - 52:24

**CONFIDENT** [1] - 130:12

**CONFINEMENT** [1] - 198:9

**CONFIRMED** [1] - 137:23

**CONFLICT** [1] - 63:21

**CONFUSE** [1] - 124:7

**CONFUSED** [1] - 171:12

**CONFUSING** [2] - 8:12, 91:11

**CONNECTION** [2] - 124:20, 139:17

**CONSENT** [3] - 18:24, 19:3

**CONSENTED** [1] - 18:22

**CONSEQUENCES** [2] - 128:4, 198:13

**CONSIDER** [33] - 6:10, 6:12, 80:25, 84:9, 88:4, 88:17, 89:24, 93:6, 93:10, 93:14, 95:18, 95:24, 96:6, 97:21, 119:13, 120:21, 144:20, 146:12, 147:5, 147:10, 147:14, 148:14, 148:23, 150:13, 153:19, 161:6, 163:2, 163:15, 171:25, 190:19, 191:24, 193:1

**CONSIDERATION** [4] - 66:2, 83:12, 90:1, 146:17

**CONSIDERATIONS** [1] - 163:9

**CONSIDERED** [7] - 6:7, 89:19, 95:8, 113:3, 148:15, 156:2, 171:7

**CONSIDERING** [5] - 94:14, 95:25, 129:2, 151:23, 171:20

**CONSIST** [1] - 190:10

**CONSPIRACIES** [3] - 98:14, 99:2, 99:10

**CONSPIRACY** [47] - 9:24, 10:14, 10:15, 10:18, 11:24, 31:21, 31:24, 54:11, 55:10, 55:21, 55:23, 56:4, 57:4, 57:6, 57:9, 57:11, 57:15, 57:18, 58:12, 58:14, 58:15, 58:16, 58:18, 59:4, 59:8, 59:10, 59:16, 59:22, 60:5, 60:12, 69:25, 88:25, 89:5, 98:12, 98:16, 98:21, 98:24, 98:25, 99:6, 99:17, 132:1, 149:10, 149:11, 151:19, 153:5

**CONSPIRATORS** [2] - 57:16, 151:20

**CONSPIRE** [1] - 29:20

**CONSPIRED** [4] - 29:14, 29:23, 96:7, 123:6

**CONSPIRING** [1] - 96:8

**CONSTITUTION** [3] - 72:15, 171:12, 171:16

**CONSTITUTIONAL** [2] - 67:19, 67:21

**CONSTRUCTIVE** [2] - 56:20, 56:23

**CONSULT** [1] - 195:14

**CONTACT** [2] - 52:3, 139:23

**CONTACTED** [1] - 21:11

**CONTAIN** [1] - 199:4

**CONTENTS** [3] - 1:15, 15:13, 199:18

**CONTEXT** [2] - 149:9, 149:13

**CONTINUE** [5] - 24:23, 47:20, 48:7, 48:20, 189:3

**CONTINUED** [1] - 140:11

**CONTINUING** [4] - 32:15, 33:8, 34:7, 37:1

**CONTINUOUSLY** [1] - 29:12

**CONTRACT** [1] - 60:7

**CONTROLLED** [3] - 29:17, 54:13, 56:7

**CONTROLLER** [1] - 108:4

**CONVENIENCE** [1] - 143:13

**CONVERSATION** [2] - 192:19, 193:21

**CONVERSATIONS** [1] - 52:2

**CONVERSE** [1] - 193:23

**CONVEY** [1] - 198:2

**CONVICT** [7] - 59:15, 81:11, 82:1, 109:20, 110:1, 114:19, 151:8

**CONVICTED** [14] - 10:15, 10:17, 98:3, 121:14, 126:15, 126:20, 126:25, 127:18, 134:20, 143:22, 146:18, 163:16, 176:18, 176:19

**CONVICTION** [17] - 9:23, 9:25, 10:1, 10:2, 92:4, 92:5, 94:16, 127:4, 133:12, 146:1, 146:2, 146:3, 146:5, 146:22, 147:4, 158:9, 177:16

**CONVICTIONS** [22] - 6:16, 10:4, 10:11, 11:4, 12:1, 20:17, 90:18, 90:21, 90:23, 91:2, 91:9, 91:15, 91:20, 92:14, 93:7, 96:17, 105:9, 145:9, 145:20, 163:12, 171:19, 171:22

**CONVINCE** [4] - 31:8, 115:17, 157:8, 161:22

**CONVINCED** [8] - 31:20, 31:23, 135:10, 136:6, 157:13, 161:17, 180:25, 181:5

**CONVOLUTED** [1] - 98:8

**COPELAND** [1] -

34:25

**COPS** [1] - 78:6

**COPY** [3] - 9:15, 13:2, 196:21

**CORE** [1] - 53:16

**CORNER** [1] - 73:13

**CORRECT** [36] - 6:21, 7:18, 12:7, 12:8, 12:16, 14:12, 27:16, 39:5, 47:13, 71:14, 106:10, 106:16, 106:17, 107:11, 107:23, 107:24, 107:25, 108:4, 108:10, 108:19, 113:22, 119:16, 120:15, 129:17, 131:13, 136:18, 139:15, 139:19, 154:5, 157:15, 160:1, 163:14, 165:21, 168:24, 169:22, 199:4

**CORROBORATION** [1] - 64:2

**CORTEZ** [6] - 1:8, 2:12, 3:12, 4:5, 28:5, 29:13

**COST** [1] - 140:12

**COUNSEL** [36] - 3:20, 4:4, 4:20, 5:13, 7:20, 8:6, 8:10, 17:25, 18:9, 23:14, 24:1, 25:2, 25:11, 28:3, 53:3, 60:24, 67:23, 79:24, 120:7, 122:4, 123:21, 137:9, 138:2, 142:23, 145:5, 150:23, 159:12, 165:10, 169:3, 173:3, 174:16, 186:7, 192:11, 196:5, 197:21

**COUNTRY** [2] - 30:17, 111:12

**COUNTS** [2] - 19:7, 19:21

**COUNTY** [24] - 10:3, 34:11, 37:23, 38:8, 41:7, 42:25, 75:4, 75:5, 75:20, 75:21, 75:22, 77:8, 126:21, 133:13, 133:22, 156:1, 156:7, 156:17, 158:15, 158:21, 177:17, 177:19, 182:6, 182:21

**COUPLE** [5] - 45:1,

49:7, 131:10, 141:6, 177:15

**COURSE** [20] - 16:16, 24:18, 29:3, 39:15, 111:8, 139:24, 142:11, 175:8, 188:9, 188:13, 191:3, 191:12, 192:3, 192:9, 192:18, 193:3, 193:17, 193:24, 193:25, 194:9

**COURT** [338] - 1:1, 2:1, 3:10, 3:11, 3:20, 3:23, 4:1, 4:4, 4:8, 4:13, 4:18, 4:23, 5:9, 5:12, 5:16, 5:24, 6:4, 6:15, 6:23, 7:5, 7:9, 7:13, 7:19, 7:22, 7:25, 8:18, 8:19, 9:4, 9:12, 9:15, 9:17, 9:19, 9:20, 10:1, 10:2, 10:16, 10:17, 11:4, 11:13, 11:15, 11:17, 11:21, 11:22, 12:9, 12:13, 12:17, 12:21, 12:22, 13:5, 13:17, 14:1, 14:10, 14:13, 15:2, 15:5, 15:9, 15:17, 15:20, 15:23, 16:2, 16:12, 16:20, 16:22, 17:6, 17:8, 17:17, 18:7, 18:14, 18:25, 19:4, 19:6, 19:14, 19:21, 20:2, 20:12, 20:19, 20:22, 20:24, 21:2, 21:5, 21:13, 21:16, 21:18, 21:21, 22:4, 22:13, 22:20, 22:22, 23:1, 23:4, 23:11, 23:14, 23:17, 23:18, 23:19, 23:20, 25:3, 25:10, 25:20, 28:8, 28:16, 28:24, 45:15, 45:19, 46:6, 53:23, 53:25, 63:5, 65:18, 69:9, 70:5, 70:19, 70:23, 71:2, 76:9, 76:10, 78:18, 79:6, 79:7, 79:9, 79:10, 79:13, 79:15, 79:16, 79:22, 79:23, 81:8, 81:16, 93:5, 93:18, 93:24, 95:10, 95:18, 95:21, 95:24, 96:2, 96:12, 96:14, 97:19, 97:25, 100:19, 103:2, 109:7, 116:10, 116:24, 117:1, 118:10,

118:14, 118:22,
118:24, 119:1,
119:6, 120:2, 120:6,
120:9, 120:11,
120:16, 120:19,
120:21, 121:2,
122:1, 122:4, 122:6,
123:24, 124:3,
125:2, 125:5,
125:21, 126:2,
126:5, 126:11,
129:21, 129:25,
131:6, 131:9,
132:24, 133:7,
136:9, 137:8,
137:11, 137:14,
137:18, 138:1,
138:4, 138:9,
138:15, 138:24,
139:2, 139:8, 141:4,
141:24, 142:3,
142:9, 142:22,
143:2, 143:8,
143:14, 144:4,
144:7, 144:12,
145:2, 145:7,
145:10, 147:2,
147:3, 148:1, 148:4,
148:7, 148:10,
148:13, 150:20,
150:23, 151:1,
152:17, 152:19,
153:11, 153:14,
153:17, 153:25,
154:13, 154:17,
155:4, 155:14,
157:16, 157:19,
157:21, 157:23,
157:25, 158:2,
158:5, 159:8,
159:11, 159:16,
159:18, 161:25,
162:3, 162:5, 162:7,
162:24, 163:20,
163:22, 164:16,
164:21, 164:23,
165:4, 165:6,
165:10, 166:23,
167:3, 167:21,
168:2, 168:7,
168:12, 168:20,
168:25, 169:20,
169:23, 170:1,
170:5, 170:11,
170:16, 170:18,
170:21, 170:24,
172:14, 172:17,
172:22, 172:24,
173:2, 173:7, 174:1,
174:7, 174:10,
174:20, 175:4,

175:7, 176:19,
177:13, 177:25,
178:4, 178:9,
178:13, 178:15,
179:7, 179:12,
181:9, 181:13,
181:15, 181:17,
181:19, 181:22,
182:2, 183:12,
183:15, 183:17,
184:2, 184:5,
184:10, 184:24,
184:25, 185:6,
185:8, 185:9,
185:20, 185:25,
186:10, 186:11,
186:15, 187:3,
187:6, 187:9,
187:10, 187:17,
188:6, 189:5, 189:7,
189:10, 189:11,
189:14, 189:17,
189:18, 195:8,
197:8, 197:10,
197:11, 197:12,
197:16, 197:23,
198:4, 198:14,
198:22, 199:2,
199:10, 199:20
**COURT'S** [1] - 18:10
**COURTHOUSE** [2] -
23:22, 199:11
**COURTROOM** [28] -
3:15, 5:18, 29:2,
43:11, 61:7, 61:9,
61:21, 61:22, 62:11,
62:20, 63:4, 63:7,
63:12, 65:2, 79:2,
79:3, 116:16,
116:21, 173:8,
186:8, 186:14,
188:9, 190:13,
192:15, 192:16,
193:2, 193:8, 195:5
**COVENEY** [1] - 33:23
**COVER** [3] - 54:3,
67:23, 68:13
**COVERED** [2] -
104:23, 184:12
**COVERS** [1] - 110:7
**CRACKLING** [1] -
107:14
**CRASH** [1] - 111:8
**CRAWFORD** [1] -
13:14
**CRAWFORD-
ENCOMPASSING**
[1] - 13:14
**CRAZY** [1] - 89:12
**CREDIBILITY** [19] -

38:14, 38:16, 41:2,
60:22, 65:5, 65:7,
65:8, 68:3, 82:20,
90:19, 91:7, 91:16,
91:22, 114:4,
114:12, 114:13,
191:6, 191:7
**CREDIBLE** [3] - 31:12,
78:3, 78:9
**CREEK** [1] - 170:8
**CRIED** [1] - 101:9
**CRIME** [33] - 29:20,
30:1, 30:17, 30:24,
31:24, 45:17, 45:18,
46:11, 57:6, 57:13,
86:10, 87:4, 88:8,
93:9, 93:11, 93:12,
109:11, 109:14,
109:19, 110:2,
118:18, 119:15,
121:20, 127:11,
148:22, 148:25,
150:1, 163:16,
180:6, 183:5
**CRIMINAL** [45] -
17:21, 23:24, 24:9,
25:2, 30:7, 30:8,
30:9, 30:12, 30:15,
30:16, 30:22, 31:6,
31:13, 45:2, 45:15,
45:17, 45:18, 46:5,
46:10, 65:6, 71:10,
74:24, 75:17, 76:4,
77:4, 87:23, 102:24,
109:9, 111:8, 112:3,
112:19, 113:4,
113:11, 121:1,
126:11, 133:5,
142:14, 143:8,
153:24, 155:14,
158:5, 182:1,
184:25, 188:20,
195:9
**CRIMINAL-JURY** [1] -
75:17
**CROSS** [5] - 13:6,
13:9, 13:13, 13:16,
195:11
**CROSS-
EXAMINATION** [1] -
13:9
**CROSS-EXAMINE** [3]
- 13:6, 13:13,
195:11
**CROSSED** [1] - 74:17
**CRR** [1] - 199:9
**CURRENT** [2] - 146:3,
146:7
**CUSTODIANS** [1] -
37:17

**CUSTOMER** [2] -
58:1, 58:5
**CUSTOMERS** [2] -
43:15, 57:25
**CUT** [2] - 58:25, 80:15
**CUTTER** [1] - 35:4

# D

**D-I-E-H-M** [1] - 32:21
**D.C** [1] - 26:22
**D.M** [1] - 38:21
**DA'S** [3] - 133:22,
134:4, 158:21
**DAD'S** [1] - 42:24
**DAILY** [2] - 44:11,
48:10
**DALLAS** [4] - 17:22,
33:6, 42:24, 43:1
**DANGER** [1] - 10:23
**DANIEL** [1] - 36:14
**DAOLIM** [1] - 33:1
**DATE** [1] - 12:11
**DAUGHTER** [6] -
156:24, 160:20,
160:25, 161:9,
182:10, 182:12
**DAVID** [1] - 34:12
**DAVIDSON** [1] - 156:1
**DAVILA** [1] - 37:2
**DAYS** [9] - 5:8, 5:9,
12:19, 24:3, 24:6,
78:12, 104:7,
133:19, 156:1
**DEA** [7] - 27:18, 27:19,
27:21, 32:18, 32:19,
33:9, 33:10
**DEADLINE** [1] - 6:6
**DEAL** [4] - 59:1,
59:22, 150:5, 150:6
**DEALING** [3] - 59:6,
86:4, 104:10
**DEALINGS** [9] - 26:5,
26:8, 26:18, 27:1,
27:4, 27:12, 27:21,
44:11, 139:14
**DEALT** [2] - 76:5,
179:24
**DEATH** [1] - 90:13
**DECEMBER** [4] - 1:7,
2:2, 17:19, 121:15
**DECIDE** [15] - 24:10,
56:1, 60:23, 60:24,
61:2, 68:2, 124:19,
140:21, 166:14,
180:20, 190:7,
193:9, 194:18,
194:22, 194:23
**DECIDING** [1] - 191:5
**DECISION** [24] -

39:17, 87:3, 87:4,
87:8, 90:8, 92:19,
95:8, 100:15,
105:12, 107:8,
108:18, 109:5,
109:24, 113:7,
113:8, 131:2, 131:3,
131:4, 132:8, 135:9,
135:15, 192:24,
194:19, 195:7
**DECISIONS** [2] -
112:23, 130:17
**DECLARATION** [1] -
171:13
**DEFENDANT** [59] -
2:12, 2:18, 3:1, 4:5,
4:15, 4:19, 8:13,
8:22, 18:10, 21:22,
22:9, 45:17, 45:20,
46:10, 55:1, 55:3,
55:15, 55:17, 59:13,
59:16, 64:16, 64:22,
68:11, 69:13, 74:11,
76:15, 79:21, 81:11,
82:1, 84:12, 93:9,
97:22, 100:21,
114:7, 119:10,
119:12, 119:22,
120:22, 121:3,
133:8, 143:9, 147:7,
149:1, 152:23,
153:20, 155:17,
155:20, 163:4,
163:7, 182:3,
188:20, 196:14,
196:15, 196:17,
197:19, 199:22,
199:24, 199:25
**DEFENDANT'S** [3] -
21:14, 98:2, 184:7
**DEFENDANTS** [53] -
3:10, 3:13, 5:7, 8:6,
23:14, 23:17, 28:3,
31:2, 31:9, 32:2,
41:14, 52:20, 63:22,
66:25, 67:10, 67:22,
74:9, 74:14, 76:17,
77:1, 79:6, 79:9,
79:15, 84:5, 116:24,
123:6, 135:24,
140:23, 144:16,
145:19, 147:22,
149:12, 150:12,
153:1, 156:22,
157:10, 157:11,
161:19, 161:23,
166:21, 177:11,
177:12, 178:7,
181:2, 185:14,
185:16, 186:10,

187:9, 189:10, 192:23, 196:6, 197:11, 197:20

**DEFENDANTS'** [1] - 72:17

**DEFENSE** [37] - 4:4, 5:13, 8:5, 8:10, 28:3, 51:1, 53:3, 60:24, 67:23, 80:13, 85:11, 110:12, 112:14, 120:7, 122:4, 136:24, 137:9, 138:2, 142:23, 145:6, 150:23, 153:13, 159:12, 169:3, 171:10, 172:13, 174:16, 174:25, 175:8, 184:14, 184:20, 184:23, 185:3, 186:1, 186:7, 197:21

**DEFINITELY** [4] - 94:21, 94:23, 146:8, 147:17

**DEFINITION** [7] - 56:9, 56:16, 57:8, 59:12, 65:25, 66:10, 109:7

**DEFINITIONS** [4] - 54:3, 54:4, 56:25, 57:8

**DEFINITIVE** [1] - 119:5

**DELIBERATE** [4] - 24:17, 50:19, 194:8, 196:23

**DELIBERATIONS** [1] - 24:16

**DELIVER** [2] - 97:12, 97:14

**DELIVERING** [1] - 85:25

**DELIVERY** [2] - 9:25, 10:17

**DELVED** [1] - 86:24

**DEMEANOR** [1] - 68:4

**DENIED** [3] - 10:3, 18:13, 19:22

**DENISON** [3] - 17:22, 34:19, 34:23

**DENTON** [8] - 41:7, 75:21, 75:22, 133:12, 133:22, 158:15, 158:21, 177:16

**DENY** [3] - 8:11, 17:13, 195:6

**DENYING** [1] - 9:4

**DEPARTMENT** [41] - 4:2, 25:21, 26:16, 26:18, 26:21, 26:23,

27:1, 27:5, 27:13, 27:23, 27:25, 33:12, 33:15, 33:20, 33:22, 33:24, 34:1, 34:9, 34:12, 34:14, 34:17, 34:20, 34:24, 35:1, 35:3, 35:5, 35:7, 35:11, 35:12, 35:19, 38:21, 40:4, 41:8, 42:10, 42:12, 139:14, 139:21, 140:6, 140:9, 141:11, 142:6

**DEPUTY** [7] - 8:18, 9:19, 34:10, 185:8, 186:14, 187:17, 189:14

**DERMATOLOGY** [1] - 154:9

**DESCRIPTION** [1] - 190:6

**DESERVED** [1] - 128:1

**DESIGN** [2] - 91:1, 92:23

**DESIRE** [1] - 152:3

**DESTINATION** [1] - 106:6

**DESTROYED** [1] - 130:14

**DETAILS** [4] - 57:15, 57:18, 58:21, 60:15

**DETECTIVE** [4] - 4:1, 4:3, 25:20, 27:22

**DETECTIVES** [1] - 39:4

**DETERMINATION** [2] - 93:22, 96:10

**DETERMINE** [19] - 52:19, 60:22, 61:17, 65:7, 68:7, 72:8, 93:14, 96:7, 97:22, 98:2, 107:3, 107:5, 114:4, 163:16, 190:3, 190:8, 191:10, 194:21, 195:8

**DETERMINING** [4] - 93:8, 147:11, 163:3, 172:1

**DEVASTATING** [1] - 160:19

**DFW** [2] - 44:15, 177:18

**DIED** [2] - 103:18, 131:17

**DIEHM** [1] - 32:21

**DIFFERENCE** [3] - 76:22, 76:23, 172:3

**DIFFERENT** [31] -

5:13, 56:8, 62:2, 68:17, 73:7, 83:20, 83:21, 84:24, 97:2, 97:16, 98:12, 99:1, 99:2, 99:3, 99:6, 100:7, 100:11, 104:24, 110:21, 128:17, 129:7, 135:5, 140:25, 141:19, 146:14, 149:14, 170:5, 179:23, 180:2

**DIFFERENTLY** [2] - 92:13, 124:13

**DIFFICULT** [15] - 18:6, 52:23, 85:1, 85:5, 85:9, 86:8, 89:23, 94:22, 119:23, 145:22, 145:23, 145:24, 146:4, 147:19, 165:1

**DIFFICULTY** [3] - 84:21, 86:22, 94:11

**DIGEST** [1] - 9:10

**DIMINISHED** [1] - 80:16

**DINING** [1] - 138:23

**DIRE** [17] - 19:8, 19:23, 23:9, 23:19, 51:10, 51:21, 51:22, 69:13, 79:21, 100:21, 103:24, 199:20, 199:21, 199:22, 199:24, 199:25

**DIRECT** [4] - 62:10, 62:12, 62:19, 63:15

**DIRECTED** [1] - 21:7

**DIRECTING** [1] - 21:22

**DIRECTION** [1] - 60:25

**DIRECTLY** [7] - 26:21, 54:23, 55:12, 59:22, 65:4, 149:19, 169:18

**DISAGREE** [2] - 54:6, 99:20

**DISCERN** [2] - 82:7, 82:18

**DISCOVERED** [2] - 121:8, 121:10

**DISCUSS** [5] - 18:20, 116:8, 149:22, 175:4, 194:1

**DISCUSSED** [1] - 198:11

**DISCUSSION** [6] - 23:1, 149:9, 149:10, 151:23, 153:5, 171:4

**DISCUSSIONS** [1] -

198:17

**DISMISS** [5] - 8:24, 9:5, 9:18, 17:18, 18:13

**DISPATCHER** [1] - 42:11

**DISPOSING** [1] - 198:18

**DISREGARD** [4] - 16:13, 65:13, 92:24, 192:25

**DISTANT** [1] - 117:22

**DISTINCT** [1] - 176:10

**DISTINCTION** [2] - 62:21, 130:19

**DISTINGUISH** [1] - 86:1

**DISTRIBUTE** [15] - 10:14, 10:16, 29:16, 29:17, 29:19, 29:25, 54:12, 54:25, 55:13, 60:13, 96:6, 123:6, 129:2, 146:14, 147:9

**DISTRIBUTING** [1] - 180:17

**DISTRIBUTION** [6] - 51:19, 123:11, 126:25, 130:21, 130:22, 130:23

**DISTRIBUTOR** [3] - 129:6, 130:24, 175:18

**DISTRICT** [13] - 1:1, 1:2, 1:19, 2:2, 10:2, 26:2, 26:7, 26:20, 26:22, 42:25, 142:12, 182:21

**DISTRICTS** [1] - 142:11

**DIVIDE** [1] - 184:19

**DIVISION** [3] - 1:3, 140:5, 141:16

**DIVORCE** [3] - 101:12, 101:15, 101:24

**DIVORCED** [1] - 71:20

**DOCKET** [2] - 7:7, 9:7

**DOCKETED** [2] - 9:12, 9:13

**DOCTOR** [2] - 173:22, 174:12

**DOCTOR'S** [11] - 46:19, 46:23, 50:4, 117:5, 118:6, 154:7, 173:11, 173:14, 178:22, 179:15

**DOCUMENT** [20] - 5:21, 6:1, 6:14, 7:8, 7:13, 8:4, 8:16, 15:12, 15:15, 16:3, 17:5, 18:12, 19:7,

19:8, 20:4, 21:21, 53:14, 53:25, 54:2, 60:9

**DOCUMENTARY** [2] - 190:14, 195:12

**DOCUMENTS** [5] - 17:10, 17:14, 190:13, 190:18, 190:19

**DOJ** [3] - 142:10, 142:11, 142:18

**DOMESTIC** [1] - 155:25

**DONE** [13] - 15:2, 15:9, 83:14, 84:16, 85:13, 93:19, 102:12, 112:9, 112:10, 113:12, 144:22, 151:17, 171:17

**DORRIES** [1] - 36:18

**DOTTED** [1] - 60:8

**DOUBT** [85] - 31:7, 31:8, 31:14, 31:17, 31:19, 31:20, 40:10, 41:12, 54:20, 54:21, 55:7, 62:23, 64:14, 64:20, 65:24, 66:1, 66:3, 66:6, 66:11, 66:12, 66:14, 66:16, 66:18, 66:22, 67:1, 67:2, 69:23, 70:3, 70:12, 70:13, 70:16, 71:8, 71:17, 71:22, 72:9, 72:10, 72:11, 72:13, 72:18, 73:14, 73:20, 73:22, 74:7, 78:15, 81:4, 81:13, 82:3, 83:1, 89:3, 89:18, 93:2, 102:25, 105:19, 106:20, 107:4, 107:7, 107:9, 107:10, 108:5, 108:13, 108:22, 109:4, 109:8, 110:24, 111:6, 112:6, 113:5, 113:9, 115:18, 129:16, 129:17, 135:11, 136:4, 136:5, 157:8, 157:9, 157:13, 161:18, 161:23, 181:1, 181:5, 193:14, 194:12

**DOWN** [17] - 41:16, 53:9, 57:17, 63:4, 68:23, 76:12, 79:3, 88:11, 100:4, 116:2, 139:11, 148:18, 151:19, 171:7,

174:21, 174:23, 190:15
DRAG [1] - 140:11
DRAGGING [2] - 141:8, 141:9
DRINKING [1] - 131:18
DRIVER [3] - 103:16, 128:17, 132:14
DRIVES [1] - 89:12
DRIVING [1] - 128:17
DROP [1] - 190:15
DROP-DOWN [1] - 190:15
DROPPED [2] - 155:22, 156:8
DRUG [34] - 3:23, 25:17, 32:16, 33:5, 35:8, 35:15, 35:21, 35:22, 40:18, 45:3, 51:19, 52:18, 54:14, 63:20, 68:15, 76:6, 77:5, 77:15, 97:20, 104:12, 105:2, 122:18, 122:20, 122:23, 123:10, 123:15, 132:5, 133:12, 134:19, 146:11, 161:3, 167:14, 180:6
DRUGS [31] - 14:20, 16:23, 46:15, 57:22, 60:13, 62:7, 68:16, 69:2, 104:10, 104:12, 114:25, 122:15, 126:14, 133:10, 154:4, 159:25, 160:18, 160:19, 160:21, 162:12, 165:20, 165:25, 171:8, 175:16, 178:6, 179:20, 179:24, 180:1, 180:2, 180:17, 195:3
DRUNK [3] - 103:15, 128:17, 132:14
DRUNK-DRIVING [1] - 128:17
DUBNER [1] - 187:23
DUE [3] - 17:18, 18:13, 155:22
DUNCANVILLE [1] - 17:22
DURING [17] - 7:17, 8:6, 24:18, 29:3, 39:15, 47:8, 59:5, 139:23, 154:20, 154:21, 155:4, 188:12, 191:12,

192:9, 192:18, 193:17, 193:24
DUTY [1] - 190:3
DWI [4] - 102:24, 103:19, 105:10, 158:9

E

E-MAIL [1] - 195:17
EAR [4] - 49:25, 64:25, 65:3, 117:13
EASIEST [1] - 106:25
EAST [2] - 2:9, 26:3
EASTERN [4] - 1:2, 26:1, 26:6, 26:20
EDGE [1] - 92:6
EDUCATIONAL [1] - 197:4
EDUCATOR [1] - 125:15
EFFECT [2] - 71:12, 71:23
EFFECTIVELY [1] - 17:10
EIGHT [2] - 76:4, 78:12
EITHER [13] - 37:23, 45:16, 45:20, 52:3, 121:2, 124:7, 124:13, 133:7, 178:22, 182:2, 192:12, 193:22, 195:9
ELECT [2] - 148:23, 150:12
ELECTED [1] - 150:4
ELECTION [5] - 119:12, 119:22, 120:22, 149:3, 153:20
ELECTRONICALLY [2] - 190:14, 190:15
ELEMENT [19] - 11:7, 31:21, 31:24, 55:15, 55:17, 70:2, 70:3, 70:9, 70:12, 70:13, 70:16, 73:21, 73:22, 73:23, 74:3, 74:4, 78:15, 110:24
ELEMENTS [29] - 54:18, 54:19, 54:22, 55:6, 55:9, 62:24, 64:15, 64:21, 65:22, 66:8, 67:9, 69:23, 69:25, 70:11, 71:7, 73:18, 73:20, 74:16, 74:20, 75:14, 106:18, 106:19, 111:6, 112:11,

113:14, 113:16, 113:18, 113:19, 113:24
ELICIT [3] - 13:18, 13:21
ELICITING [1] - 52:22
EMBARRASS [1] - 53:7
EMERGENCY [1] - 128:16
EMOTION [3] - 130:5, 130:14, 162:10
EMOTIONAL [3] - 123:16, 130:2, 130:11
EMOTIONALLY [1] - 129:4
EMOTIONS [4] - 101:11, 127:13, 130:12, 130:16
EMPLOYED [9] - 28:11, 28:19, 29:8, 38:1, 38:3, 38:6, 38:8, 169:8, 169:10
EMPLOYEE [1] - 169:18
EMPLOYEES [1] - 27:25
EMPLOYER [3] - 48:19, 188:23, 188:25
EMPLOYMENT [2] - 75:8, 139:18
EN [1] - 106:5
ENCOMPASSING [1] - 13:14
ENCOUNTER [1] - 106:22
ENCOURAGE [1] - 80:3
END [6] - 54:1, 54:17, 61:1, 132:4, 137:18, 140:10
ENDING [1] - 185:12
ENFORCE [2] - 51:6, 54:8
ENFORCEMENT [40] - 3:24, 25:15, 25:18, 32:16, 33:5, 34:22, 35:9, 35:15, 35:21, 35:22, 35:24, 36:1, 38:2, 38:3, 38:6, 38:11, 38:15, 40:16, 40:17, 40:18, 40:19, 41:3, 41:21, 41:22, 42:8, 42:9, 44:23, 44:24, 78:6, 127:20, 128:8, 133:21, 136:16, 136:20, 156:5, 158:21,

166:12, 175:21, 176:16
ENGAGE [1] - 193:20
ENGINES [1] - 105:24
ENGLISH [1] - 5:1
ENHANCEMENT [4] - 19:16, 19:20, 198:8, 198:12
ENTERED [7] - 63:24, 64:9, 81:13, 98:15, 98:17, 98:21, 198:17
ENTERPRISE [1] - 37:18
ENTERTAIN [2] - 16:15, 23:1
ENTIRETY [1] - 9:10
ENTITY [1] - 25:3
ENTRIES [1] - 9:7
ENTRY [2] - 7:7, 10:18
EQUATION [1] - 94:18
ERIC [1] - 33:19
ERNEST [4] - 2:5, 3:16, 25:6, 51:13
ESCAPE [1] - 131:20
ESCUADRA [1] - 36:17
ESCUADRA-CHAVEZ [1] - 36:17
ESPECIALLY [1] - 188:19
ESTABLISHED [2] - 16:5, 21:16
ESTABLISHES [1] - 99:5
ESTIMATE [8] - 5:3, 5:7, 5:8, 5:13, 24:4, 24:7, 32:4, 174:13
ET [1] - 1:8
EVALUATE [10] - 38:14, 41:2, 42:3, 42:15, 43:6, 43:20, 78:13, 91:21, 123:17, 128:13
EVENT [1] - 152:21
EVENTS [3] - 62:15, 62:16, 63:9
EVENTUALLY [1] - 176:13
EVERYDAY [1] - 109:5
EVIDENCE [198] - 7:10, 9:23, 10:9, 10:11, 10:20, 10:21, 10:22, 10:24, 11:10, 11:23, 11:24, 12:23, 14:16, 15:25, 20:17, 22:6, 22:12, 24:13, 24:25, 25:17, 30:20, 30:21, 31:3, 31:5, 31:11, 31:12, 31:18,

32:1, 39:14, 40:10, 42:3, 43:6, 55:7, 62:2, 62:3, 62:4, 62:6, 62:7, 62:9, 62:10, 62:13, 62:15, 62:19, 62:22, 62:23, 62:24, 63:1, 63:14, 63:15, 63:18, 66:3, 67:8, 67:9, 67:11, 67:13, 67:14, 67:15, 67:16, 72:6, 72:7, 74:19, 81:1, 81:14, 83:3, 83:12, 83:15, 84:1, 84:9, 84:20, 84:22, 85:6, 86:20, 89:5, 90:22, 93:21, 94:19, 95:7, 95:8, 95:9, 95:14, 95:19, 96:1, 96:3, 96:18, 96:20, 97:25, 99:5, 99:15, 101:19, 101:23, 105:8, 109:19, 112:18, 112:20, 112:23, 113:1, 113:3, 113:7, 114:2, 114:7, 114:13, 114:23, 114:24, 115:12, 115:13, 115:14, 115:15, 115:16, 115:20, 119:11, 121:21, 123:9, 123:17, 124:9, 124:10, 124:11, 124:12, 124:17, 124:24, 128:13, 128:25, 129:1, 132:3, 132:8, 133:23, 134:10, 135:9, 135:14, 136:4, 140:21, 140:22, 144:14, 144:15, 144:20, 147:3, 147:6, 148:14, 148:15, 148:23, 149:2, 150:14, 151:6, 151:25, 161:6, 163:1, 163:3, 163:10, 180:20, 180:21, 188:10, 189:17, 189:25, 190:9, 190:10, 190:11, 190:14, 190:15, 190:21, 191:13, 191:14, 191:15, 191:16, 191:19, 191:22, 191:25, 192:2, 192:3, 192:4, 192:6, 192:7, 192:8,

192:25, 193:3,
193:11, 194:3,
194:4, 194:10,
194:22, 194:24,
195:10, 195:12,
196:1, 196:10,
196:11, 196:13,
196:15, 196:18,
196:19
**EVOKES** [1] - 162:10
**EX** [6] - 122:18,
122:24, 122:25,
123:2, 156:12,
176:14
**EX-HUSBAND** [4] -
122:18, 122:24,
122:25, 156:12
**EX-HUSBAND'S** [1] -
123:2
**EXACT** [1] - 128:19
**EXACTLY** [6] - 61:23,
107:5, 107:16,
147:25, 164:15,
165:2
**EXAGGERATE** [1] -
78:7
**EXAMINATION** [11] -
13:9, 23:19, 51:10,
69:13, 79:21,
100:21, 199:20,
199:21, 199:22,
199:24, 199:25
**EXAMINE** [6] - 13:6,
13:13, 13:16,
195:11, 195:12
**EXAMPLE** [14] -
52:10, 55:25, 73:6,
87:19, 96:22,
102:23, 104:14,
106:21, 108:12,
108:21, 109:3,
109:8, 132:12, 147:9
**EXCEPT** [2] - 171:18,
174:25
**EXCEPTION** [2] -
90:15, 103:7
**EXCHANGE** [1] -
82:15
**EXCLUDING** [1] -
185:13
**EXCUSE** [5] - 24:17,
44:14, 144:14,
167:25, 171:13
**EXCUSED** [7] - 24:19,
24:20, 24:22, 50:22,
188:14, 189:8,
197:13
**EXERCISE** [3] -
184:15, 185:16,
185:17

**EXHIBIT** [2] - 5:25, 6:2
**EXPAND** [2] - 46:23,
141:14
**EXPECT** [1] - 119:14
**EXPECTATION** [1] -
82:14
**EXPERIENCE** [33] -
27:1, 46:14, 52:16,
75:17, 76:5, 103:20,
104:11, 104:19,
104:25, 112:24,
122:13, 124:20,
126:13, 128:11,
129:4, 133:10,
134:6, 135:1, 141:3,
142:6, 144:1, 154:2,
156:20, 159:23,
160:17, 165:19,
175:15, 176:23,
178:6, 179:19,
183:4, 183:6, 197:4
**EXPERIENCED** [4] -
102:1, 104:9, 105:1,
105:3
**EXPERIENCES** [4] -
52:9, 100:11, 130:5,
162:18
**EXPLAIN** [1] - 54:20
**EXPLAINED** [1] -
83:23
**EXPLANATION** [2] -
94:2, 163:1
**EXPLANATIONS** [1] -
56:25
**EXPLICIT** [1] - 152:13
**EXPRESSLY** [1] -
65:17
**EXTENDED** [2] -
122:21, 198:19
**EXTRA** [1] - 175:1
**EXTRAS** [1] - 184:19
**EXTRINSIC** [2] -
10:20, 10:21
**EYES** [1] - 78:9

**F**

**FACILITATED** [1] -
59:23
**FACILITY** [1] - 121:10
**FACT** [19] - 15:24,
30:19, 39:23, 42:2,
52:14, 60:14, 63:10,
74:1, 74:8, 81:13,
90:17, 94:14, 132:4,
151:18, 152:4,
156:8, 163:15,
180:15, 198:1
**FACTOR** [2] - 124:10,
146:7

**FACTORS** [1] - 172:11
**FACTS** [8] - 93:20,
114:3, 128:24,
190:4, 190:5, 190:8,
192:22
**FAILS** [2] - 70:2, 70:13
**FAIR** [34] - 12:21,
39:24, 43:7, 44:5,
52:20, 86:19,
102:18, 104:1,
105:17, 114:10,
129:8, 130:6,
133:23, 134:18,
136:13, 136:23,
137:4, 137:20,
137:24, 140:22,
140:23, 142:20,
156:21, 157:5,
159:2, 159:5,
161:14, 166:18,
176:18, 178:7,
180:23, 183:9,
195:6, 195:8
**FAIRLY** [13] - 42:3,
43:6, 127:20,
133:21, 156:4,
156:6, 156:10,
158:22, 158:23,
166:11, 176:16,
176:17, 180:13
**FALSELY** [1] - 119:19
**FAMILIAR** [3] - 34:3,
36:25, 73:3
**FAMILIES** [1] - 160:20
**FAMILY** [40] - 38:2,
38:6, 38:22, 40:17,
41:21, 42:9, 44:23,
45:16, 45:19, 46:6,
46:9, 46:14, 47:3,
104:25, 105:3,
121:1, 121:2,
122:14, 122:21,
122:22, 123:15,
126:12, 126:13,
128:18, 133:6,
133:9, 143:8,
153:25, 154:3,
155:15, 158:6,
159:23, 160:17,
165:19, 175:15,
176:7, 179:19,
182:2, 194:17
**FAR** [9] - 8:11, 13:3,
17:6, 117:22, 118:6,
156:13, 157:1,
162:12, 176:17
**FAULT** [1] - 106:10
**FAVOR** [1] - 110:22
**FBI** [2] - 40:18, 44:1
**FEARS** [1] - 52:25

**FEBRUARY** [2] -
126:23, 126:24
**FEDERAL** [15] - 10:1,
10:16, 11:1, 17:23,
23:22, 25:3, 29:19,
37:23, 51:19, 76:9,
76:10, 109:7,
176:19, 184:24,
189:8
**FEELINGS** [40] - 27:2,
38:12, 39:8, 40:24,
41:9, 43:3, 44:3,
44:17, 52:6, 53:2,
96:16, 101:25,
102:2, 102:5,
102:19, 104:8,
104:11, 105:8,
112:16, 112:17,
112:21, 112:25,
113:1, 115:25,
121:16, 124:6,
124:9, 124:12,
128:7, 128:10,
132:20, 134:7,
140:13, 141:11,
142:18, 144:2,
170:14, 176:24,
183:7, 195:22
**FELON** [1] - 126:15
**FELT** [9] - 118:17,
127:24, 131:18,
134:9, 134:13,
141:8, 141:16,
149:13, 156:10
**FERNANDO** [1] - 37:5
**FEW** [8] - 32:7, 80:2,
136:11, 145:16,
167:15, 168:1,
175:9, 190:23
**FIELD** [1] - 110:14
**FIFTH** [1] - 171:15
**FIGURE** [1] - 84:12
**FILE** [9] - 6:24, 7:20,
12:15, 17:8, 17:13,
17:25, 18:1, 18:9,
23:4
**FILED** [28] - 5:20, 6:5,
6:8, 6:13, 6:19, 7:9,
7:13, 7:21, 7:23, 8:2,
8:23, 9:22, 10:6,
10:7, 12:14, 17:10,
17:18, 17:19, 18:8,
18:19, 19:6, 19:10,
19:16, 19:18, 20:2,
21:10, 139:21, 198:9
**FILING** [2] - 6:6, 12:17
**FINAL** [6] - 6:1, 24:14,
191:17, 192:5,
196:22
**FINALLY** [8] - 4:19,

14:25, 17:18, 21:6,
28:21, 37:9, 68:6,
181:22
**FINANCIAL** [1] -
139:22
**FINDER** [1] - 114:3
**FINE** [9] - 17:16, 20:1,
64:5, 69:4, 95:1,
97:14, 118:8,
138:22, 139:7
**FINGER** [1] - 61:14
**FINGERPRINT** [2] -
21:23, 35:20
**FINGERPRINTS** [4] -
21:8, 21:13, 22:11,
22:12
**FINISH** [1] - 47:22
**FINISHED** [1] - 117:10
**FINISHES** [1] - 100:6
**FIRE** [1] - 103:14
**FIRST** [34] - 8:23,
10:1, 24:2, 24:6,
24:16, 24:18, 28:4,
38:5, 40:3, 43:12,
44:21, 45:23, 50:18,
51:12, 53:22, 54:5,
54:23, 60:21, 73:21,
80:21, 96:23,
105:13, 105:14,
124:21, 126:10,
153:24, 156:8,
167:8, 188:11,
188:13, 191:5, 196:1
**FIRSTHAND** [3] -
124:22, 160:19,
193:10
**FIT** [1] - 70:15
**FITNESS** [1] - 43:13
**FIVE** [5] - 59:7, 59:8,
103:5, 158:15, 182:7
**FIXED** [1] - 173:19
**FLASHES** [2] - 63:6,
63:12
**FLORIDA** [1] - 38:9
**FLY** [1] - 107:25
**FOCUS** [5] - 66:6,
150:13, 168:13,
180:20, 193:4
**FOCUSING** [2] -
167:13, 167:18
**FOLKS** [6] - 74:22,
104:2, 105:10,
110:23, 112:20,
189:9
**FOLLOW** [26] - 53:22,
54:8, 60:19, 60:21,
66:10, 68:25, 88:17,
88:21, 89:23, 92:7,
110:18, 119:18,
119:21, 121:19,

135:18, 136:1,
144:19, 147:16,
149:4, 149:20,
149:21, 152:9,
153:19, 168:3,
173:19, 176:6
**FOLLOW-UP** [3] -
68:25, 168:3, 173:19
**FOLLOWING** [1] -
196:5
**FORCE** [2] - 68:1,
68:2
**FOREMAN** [3] - 35:14,
103:8
**FORGET** [1] - 16:16
**FORGOTTEN** [1] -
192:8
**FORM** [3] - 112:3,
112:7, 147:12
**FORMAL** [4] - 12:11,
60:5, 60:7, 60:11
**FORMER** [1] - 44:15
**FORMING** [2] - 61:24,
147:8
**FORTH** [1] - 170:7
**FORTITUDE** [1] -
104:3
**FORWARD** [4] -
78:10, 78:16,
135:14, 196:4
**FOUNDED** [1] - 72:16
**FOUR** [7] - 143:13,
158:15, 176:2,
182:7, 184:18,
185:18, 186:4
**FOURTH** [1] - 42:23
**FRAME** [1] - 52:15
**FRAUD** [1] - 146:5
**FREE** [2] - 100:15,
189:9
**FREEDOM** [1] - 72:17
**FRENCH** [1] - 51:22
**FREQUENT** [2] -
49:10, 160:3
**FRIDAY** [5] - 12:6,
21:10, 23:1, 154:9,
154:10
**FRIEND** [39] - 38:2,
38:7, 38:8, 38:22,
39:4, 40:11, 40:17,
41:21, 42:9, 44:16,
44:23, 45:16, 45:19,
46:7, 46:9, 46:15,
105:1, 105:3, 108:3,
121:2, 121:3,
122:14, 126:12,
126:14, 133:6,
133:10, 143:9,
154:1, 154:3,
155:15, 158:6,

159:24, 160:18,
165:20, 165:21,
165:24, 175:15,
179:20, 182:3
**FRIENDS** [5] - 27:24,
87:7, 131:18,
180:10, 194:17
**FRIENDSHIP** [1] -
40:5
**FRITZ** [1] - 32:21
**FRIVOLOUS** [2] -
18:1, 18:9
**FRONT** [2] - 53:8,
106:8
**FULL** [1] - 19:19
**FULLY** [1] - 198:12
**FUTURE** [1] - 17:20

---

# G

**GAIN** [3] - 68:6, 83:2,
83:25
**GAINESVILLE** [4] -
2:16, 28:10, 35:4,
35:6
**GAME** [1] - 196:24
**GANG** [3] - 6:16, 6:17,
7:2
**GANG-AFFILIATION**
[1] - 7:2
**GARIN** [2] - 3:21,
25:12
**GATHERED** [1] -
116:17
**GENERAL** [3] - 128:8,
132:2, 142:18
**GENEVIEVE** [1] -
35:18
**GENTLEMAN** [2] -
71:24, 75:6
**GENTLEMEN** [22] -
23:20, 26:11, 39:12,
45:1, 46:19, 50:12,
51:12, 66:9, 69:8,
69:10, 78:23, 79:17,
110:8, 111:7,
116:11, 171:17,
187:11, 188:6,
188:15, 189:12,
189:19, 196:25
**GET-GO** [1] - 65:14
**GIRLFRIEND** [1] -
101:6
**GIVEN** [11] - 5:3,
10:25, 12:5, 12:11,
53:22, 53:25, 60:18,
85:6, 92:21, 95:10,
109:7
**GLAD** [1] - 140:6
**GLENDA** [1] - 187:22

**GNAWING** [1] -
100:13
**GO/NO** [1] - 107:8
**GO/NO-GO** [1] - 107:8
**GOD** [1] - 189:17
**GONNA** [48] - 13:11,
52:13, 53:3, 53:4,
53:11, 54:3, 56:1,
58:4, 58:15, 60:7,
64:3, 66:13, 66:15,
83:24, 84:14, 84:24,
84:25, 85:1, 88:10,
88:21, 90:7, 91:13,
92:6, 92:7, 92:15,
99:25, 100:4,
102:14, 102:16,
111:14, 111:15,
112:4, 114:23,
114:24, 115:24,
116:1, 116:3,
123:10, 123:12,
132:7, 140:11,
151:11, 152:12,
163:17, 164:6,
167:11
**GONZALEZ** [69] - 2:5,
3:16, 3:19, 5:3, 5:6,
5:11, 5:19, 5:23, 6:3,
6:21, 10:25, 11:3,
11:10, 11:12, 11:14,
11:16, 11:19, 12:10,
12:11, 13:18, 13:20,
14:19, 15:3, 15:10,
15:11, 15:19, 15:22,
16:19, 16:23, 16:25,
18:20, 19:2, 21:24,
22:2, 22:6, 22:8,
22:16, 22:17, 25:6,
25:8, 25:10, 25:14,
25:16, 25:23, 27:16,
31:4, 50:24, 51:9,
51:11, 51:13, 69:9,
69:15, 69:16, 69:24,
74:8, 77:21, 80:22,
90:17, 97:3, 100:10,
120:3, 185:2, 186:6,
187:1, 187:4, 196:2,
197:14, 197:17,
198:2
**GOODNESS** [1] -
160:22
**GOODS** [2] - 97:12,
97:14
**GOSH** [1] - 161:1
**GOVERNMENT** [108] -
2:5, 3:16, 6:15, 6:18,
7:4, 9:21, 11:23,
12:1, 12:5, 15:24,
21:7, 21:8, 23:6,
25:6, 30:18, 31:1,

31:3, 31:7, 31:20,
31:23, 39:25, 41:13,
43:7, 50:25, 51:10,
52:21, 54:17, 54:19,
55:6, 60:24, 63:25,
64:10, 65:12, 65:19,
67:3, 67:13, 67:15,
67:16, 68:11, 70:2,
70:11, 70:16, 71:6,
72:11, 73:19, 73:21,
74:20, 75:13, 78:14,
80:13, 83:24, 87:10,
87:24, 98:9, 98:15,
99:4, 109:23, 111:5,
114:16, 114:24,
118:13, 120:19,
121:23, 124:8,
124:13, 129:14,
134:18, 134:23,
135:10, 135:23,
136:6, 136:23,
140:14, 140:22,
142:18, 150:14,
151:6, 152:21,
156:22, 157:5,
159:3, 161:15,
161:17, 161:22,
163:5, 166:19,
175:9, 177:11,
178:13, 180:23,
180:25, 181:6,
183:10, 184:15,
184:21, 184:23,
185:12, 185:23,
186:1, 193:13,
195:25, 196:1,
196:9, 196:12,
196:17, 198:19,
199:21
**GOVERNMENT'S** [13]
- 3:20, 19:12, 20:13,
21:18, 21:22, 25:11,
65:23, 74:15, 86:20,
92:24, 138:4,
189:25, 196:13
**GRAHAM** [1] - 36:9
**GRAND** [8] - 2:15,
17:22, 37:23, 37:24,
37:25, 44:14
**GRANDKIDS** [2] -
182:10, 182:12
**GRANITE** [1] - 3:4
**GRANT** [8] - 7:9, 7:11,
8:3, 8:4, 21:18,
120:16, 138:4,
153:17
**GRANTED** [2] - 14:15,
21:23
**GRANTING** [2] - 8:15,
12:2

**GRAPEVINE** [3] -
42:10, 42:13, 42:14
**GRAY** [1] - 146:16
**GRAYSON** [2] - 10:3,
34:11
**GREAT** [6] - 81:10,
81:17, 81:25, 82:5,
83:17, 160:22
**GREATER** [1] - 31:11
**GRISSOM** [1] - 34:23
**GRIZZLE** [1] - 35:12
**GROUND** [1] - 108:10
**GROUNDS** [1] - 104:5
**GROUP** [1] - 80:4
**GROUPS** [1] - 99:2
**GUARANTEE** [7] -
94:23, 94:25,
130:13, 152:11,
162:16, 162:19,
177:4
**GUESS** [10] - 70:18,
119:23, 121:15,
134:17, 140:20,
143:17, 151:8,
179:23, 179:24,
180:7
**GUESSING** [1] - 13:1
**GUESTS** [1] - 138:23
**GUILT** [13] - 30:20,
30:21, 80:25, 81:1,
81:14, 91:23, 94:3,
94:18, 105:16,
121:21, 148:16,
148:24
**GUILTY** [82] - 10:18,
30:18, 30:25, 31:22,
31:25, 40:11, 41:15,
54:16, 60:12, 61:25,
62:21, 63:24, 64:12,
64:16, 64:23, 65:6,
66:25, 74:12, 75:12,
76:14, 77:10, 80:24,
81:6, 81:22, 82:12,
86:12, 86:13, 92:19,
93:20, 94:12, 94:15,
95:6, 98:19, 98:24,
99:7, 99:8, 99:12,
99:13, 99:22, 99:23,
103:2, 111:19,
111:21, 111:22,
111:24, 112:1,
112:6, 112:7,
112:12, 113:11,
113:15, 113:21,
113:22, 114:8,
115:20, 123:13,
124:18, 124:19,
127:22, 133:24,
134:1, 134:25,
135:11, 135:21,

149:3, 151:10,
155:22, 155:25,
156:12, 157:10,
157:11, 157:14,
158:25, 161:19,
161:23, 163:18,
181:3, 181:7, 192:24
**GUNPOINT** [2] -
143:14, 143:16
**GUY** [2] - 105:13,
132:14
**GUYS** [1] - 143:13
**GYM** [2] - 169:16,
169:20

# H

**H-O-A-N-G** [1] - 36:21
**HALF** [7] - 5:10, 24:3,
32:3, 50:19, 117:9,
164:13, 167:16
**HALF-HOUR** [1] -
167:16
**HALL** [4] - 22:19, 79:3,
103:6, 193:20
**HALLWAYS** [1] - 52:2
**HAMMOND** [1] - 79:14
**HAMMONDS** [2] -
70:5, 70:19
**HAMPTON** [1] - 38:21
**HAND** [34] - 50:4,
53:13, 56:13, 65:1,
65:3, 72:9, 80:19,
100:16, 103:21,
104:22, 105:2,
110:3, 112:19,
113:20, 116:18,
117:4, 117:7,
120:24, 122:12,
126:9, 133:4, 133:8,
143:6, 153:23,
155:13, 158:4,
158:8, 159:22,
165:18, 175:13,
178:21, 179:18,
181:25, 189:13
**HANDED** [2] - 6:9,
65:3
**HANDFUL** [1] - 76:3
**HANDLE** [1] - 132:18
**HANDLED** [5] - 135:1,
140:9, 141:16,
143:24, 182:21
**HANDS** [4] - 30:7,
69:16, 71:9, 97:4
**HANG** [2] - 78:24,
165:15
**HAPPINESS** [2] -
72:14, 171:14
**HAPPY** [3] - 100:4,

136:16, 197:5
**HARBINSON** [1] -
33:4
**HARD** [16] - 77:14,
84:25, 86:18, 89:25,
99:21, 99:25, 114:7,
128:7, 142:18,
151:25, 160:5,
160:7, 160:23,
167:13, 167:17,
177:9
**HARDEST** [1] - 62:14
**HARDLY** [1] - 167:16
**HARM** [1] - 15:23
**HAT** [1] - 135:5
**HATE** [2] - 89:11,
167:15
**HAWAII** [1] - 101:7
**HEAD** [4] - 39:2,
41:16, 76:12, 137:1
**HEADPHONES** [1] -
28:25
**HEAR** [53] - 23:23,
24:10, 38:25, 40:9,
41:17, 49:20, 49:23,
51:17, 63:5, 66:13,
67:5, 69:17, 72:5,
72:15, 78:4, 80:1,
84:10, 87:18, 87:20,
87:21, 87:25, 88:1,
89:12, 92:14, 99:12,
99:24, 100:9,
102:14, 110:20,
111:21, 115:13,
115:19, 117:17,
117:19, 128:3,
132:3, 141:24,
151:22, 152:1,
152:3, 152:4,
152:14, 152:22,
152:24, 152:25,
153:8, 192:5,
192:13, 192:15,
193:10, 194:22,
195:10, 196:22
**HEARD** [22] - 63:11,
67:8, 67:11, 67:13,
67:20, 69:22, 94:19,
95:15, 100:7,
113:17, 115:10,
136:12, 136:19,
137:3, 137:19,
141:9, 151:16,
174:17, 179:15,
193:2, 194:4, 194:6
**HEARING** [18] - 12:22,
19:19, 20:8, 20:9,
49:19, 49:25, 77:18,
84:24, 85:15, 94:2,
117:11, 117:24,

135:9, 136:15,
153:7, 165:10,
174:18, 178:15
**HEARSAY** [5] - 13:10,
13:19, 13:21, 14:5,
14:6
**HEART** [1] - 82:18
**HEIKE** [1] - 188:2
**HELD** [4] - 59:8,
143:13, 143:14,
143:16
**HELLO** [2] - 193:20,
193:22
**HELP** [7] - 29:4,
91:16, 97:3, 97:17,
110:25, 189:17,
191:24
**HEMINGWAY** [1] -
34:16
**HERNANDEZ** [1] -
33:10
**HEROIN** [2] - 123:3,
165:22
**HESITATE** [1] - 66:4
**HIGH** [2] - 44:10,
154:20
**HIGHER** [5] - 31:13,
66:24, 67:3, 109:21,
124:8
**HIGHEST** [1] - 109:10
**HILL** [1] - 187:19
**HIMSELF** [1] - 132:17
**HIP** [1] - 160:5
**HIRED** [1] - 125:18
**HISTORICALLY** [1] -
80:7
**HISTORIES** [1] - 65:6
**HISTORY** [1] - 127:24
**HIT** [6] - 103:15,
132:14, 182:5,
182:8, 182:24, 183:1
**HITS** [1] - 176:25
**HOA** [1] - 36:21
**HOANG** [1] - 36:21
**HOLD** [10] - 30:10,
45:6, 45:21, 49:17,
66:24, 67:2, 68:10,
129:14, 151:11,
152:4
**HOLDING** [1] - 124:7
**HOLE** [2] - 73:13,
73:23
**HOLLIS** [2] - 125:4,
187:7
**HOME** [5] - 104:18,
125:10, 125:13,
177:1, 195:21
**HONEST** [9] - 53:1,
53:2, 104:3, 105:5,
112:16, 115:25,

135:14, 140:19,
141:2
**HONESTLY** [6] -
85:12, 110:5, 110:6,
110:17, 147:18,
167:15
**HONESTY** [1] - 82:18
**HONOR** [159] - 3:18,
3:19, 3:22, 3:25, 4:3,
4:7, 4:11, 4:17, 4:22,
5:6, 5:11, 5:15, 5:23,
6:3, 6:21, 7:1, 7:12,
11:3, 11:12, 11:16,
12:8, 12:16, 13:3,
13:16, 13:20, 14:19,
16:1, 16:19, 17:2,
18:18, 19:13, 20:1,
20:11, 20:15, 21:1,
21:11, 21:15, 21:20,
22:2, 22:8, 22:17,
22:18, 22:21, 22:25,
23:13, 51:11, 79:12,
100:22, 118:13,
118:21, 119:4,
120:5, 120:8,
120:10, 120:15,
120:18, 122:3,
122:5, 124:1, 124:2,
125:23, 125:24,
125:25, 126:1,
129:24, 131:5,
131:8, 132:23,
137:10, 137:16,
137:25, 138:3,
138:12, 138:13,
138:14, 139:6,
141:6, 141:25,
142:24, 142:25,
143:1, 144:6, 144:9,
144:10, 144:11,
145:5, 145:18,
148:3, 148:9,
148:12, 150:22,
150:24, 150:25,
152:16, 153:16,
154:15, 154:16,
157:18, 157:20,
157:22, 157:24,
159:10, 159:13,
159:14, 159:15,
162:2, 162:4, 162:6,
164:18, 164:19,
164:20, 165:9,
166:24, 166:25,
167:1, 167:2, 168:5,
168:6, 168:17,
168:24, 170:4,
170:20, 172:16,
172:19, 172:20,
172:21, 173:1,
173:5, 174:3, 174:4,

174:5, 174:6, 175:3,
177:15, 178:1,
178:12, 178:14,
179:9, 179:10,
179:11, 181:12,
181:14, 181:16,
181:18, 183:14,
183:16, 184:4,
184:22, 185:5,
185:19, 185:24,
186:22, 186:24,
187:1, 187:4,
197:14, 197:17,
198:6, 198:16
**HONORABLE** [1] -
1:19
**HOOKED** [1] - 160:21
**HOPE** [6] - 80:2,
128:14, 128:20,
151:3, 197:3
**HOPEFULLY** [2] -
74:6
**HORRIBLE** [1] - 164:7
**HOT** [1] - 91:13
**HOUR** [5] - 73:1,
73:10, 164:13,
167:16, 186:20
**HOURS** [8] - 49:2,
49:8, 49:10, 78:21,
160:3, 160:14,
163:25, 164:13
**HOUSE** [6] - 22:8,
22:10, 36:5, 36:11,
60:6, 72:22
**HOUSEHOLDER** [1] -
33:25
**HUDMAN** [2] - 33:17
**HUMAN** [2] - 88:14,
102:4
**HUMANS** [1] - 106:12
**HUNDRED** [1] -
109:13
**HUSBAND** [6] - 101:5,
122:18, 122:24,
122:25, 125:8,
156:12
**HUSBAND'S** [1] -
123:2
**HYPOTHETICAL** [12] -
55:25, 57:21, 60:17,
61:11, 61:15, 63:2,
64:7, 70:10, 72:20,
73:17, 74:7, 113:18
**HYPOTHETICALLY**
[1] - 70:1

# I

**IDEA** [1] - 96:21
**IDENTIFIED** [1] - 36:2

**IDENTIFY** [1] - 14:24
**IDENTITIES** [4] - 57:16, 57:19, 58:19, 60:16
**ILLEGAL** [8] - 29:17, 45:3, 46:15, 55:22, 57:7, 60:9, 60:13, 126:14
**ILLUSTRATE** [1] - 97:17
**ILLUSTRATES** [1] - 74:7
**IMAGE** [1] - 190:18
**IMAGINABLE** [1] - 100:1
**IMMEDIATE** [1] - 122:22
**IMPARTIAL** [6] - 52:20, 66:2, 101:19, 102:18, 136:23, 177:9
**IMPARTIALITY** [1] - 39:19
**IMPARTIALLY** [2] - 42:3, 43:6
**IMPLORE** [1] - 78:12
**IMPORTANT** [17] - 55:11, 55:20, 57:1, 58:22, 58:23, 64:24, 66:4, 69:20, 72:13, 72:19, 102:10, 102:12, 106:7, 111:1, 113:2, 136:13
**IMPORTANTLY** [1] - 55:9
**IMPRESSION** [1] - 151:4
**IMPRESSIONS** [1] - 194:10
**IMPROPER** [1] - 195:22
**INCARCERATED** [1] - 156:14
**INCIDENT** [2] - 158:11, 158:24
**INCLINATION** [3] - 87:17, 88:7, 88:12
**INCLINED** [4] - 126:2, 148:10, 165:6, 168:12
**INCLUDE** [2] - 36:3, 81:18
**INCLUDES** [1] - 37:21
**INCLUDING** [4] - 29:12, 64:9, 142:13, 149:24
**INDEPENDENCE** [1] - 171:13
**INDEPENDENT** [3] - 194:25, 195:2,

195:13
**INDICATE** [1] - 197:21
**INDICATED** [4] - 16:21, 74:23, 75:16, 160:2
**INDICTMENT** [10] - 3:14, 29:10, 29:11, 29:24, 30:6, 30:20, 121:20, 129:19
**INDIRECTLY** [2] - 54:24, 55:12
**INDIVIDUAL** [7] - 37:15, 64:17, 84:9, 85:7, 86:2, 111:11
**INDIVIDUALLY** [8] - 31:17, 45:22, 49:18, 85:12, 86:21, 116:3, 116:6, 116:12
**INDIVIDUALS** [18] - 29:22, 30:19, 31:19, 31:24, 37:21, 39:25, 43:7, 53:16, 56:1, 63:21, 63:23, 65:3, 121:24, 123:20, 127:10, 129:9, 134:24, 160:20
**INFER** [3] - 119:11, 119:21, 149:3
**INFLUENCE** [3] - 182:6, 183:19, 183:24
**INFLUENCED** [1] - 194:20
**INFORMAL** [1] - 22:25
**INFORMANTS** [1] - 77:25
**INFORMATION** [4] - 13:23, 13:24, 109:24, 198:12
**INFORMED** [1] - 100:15
**INHERENT** [1] - 83:1
**INJURED** [1] - 182:11
**INNOCENCE** [15] - 30:23, 67:5, 86:25, 91:23, 94:18, 105:16, 110:7, 111:4, 111:10, 111:25, 119:10, 135:19, 149:1, 193:13
**INNOCENT** [20] - 30:17, 30:24, 67:6, 67:11, 67:12, 67:14, 94:14, 95:6, 101:22, 111:23, 112:4, 112:8, 123:21, 129:11, 129:15, 135:19, 145:21, 145:25, 146:9,

146:24
**INSIDE** [3] - 72:23, 106:3, 195:5
**INSISTED** [1] - 198:20
**INSTANCE** [1] - 104:14
**INSTANT** [1] - 93:16
**INSTRUCT** [13] - 6:15, 16:12, 71:8, 81:8, 81:17, 84:8, 88:4, 96:2, 119:9, 147:4, 147:6, 148:24, 189:22
**INSTRUCTED** [9] - 17:24, 54:13, 60:18, 81:21, 81:24, 82:3, 88:16, 91:19, 95:16
**INSTRUCTION** [26] - 16:15, 20:25, 54:16, 81:7, 81:19, 88:17, 88:21, 89:23, 92:7, 92:21, 92:25, 95:10, 98:14, 98:23, 99:10, 110:17, 119:18, 119:21, 121:19, 144:19, 147:16, 149:4, 149:20, 149:21, 153:19, 195:23
**INSTRUCTIONS** [29] - 7:15, 7:19, 7:22, 7:25, 8:4, 8:9, 8:17, 19:11, 19:12, 19:13, 54:1, 57:5, 57:10, 60:3, 60:4, 60:18, 62:18, 65:24, 92:15, 135:18, 172:5, 186:18, 188:16, 189:20, 190:2, 192:19, 193:15, 196:20, 196:21
**INSTRUCTS** [2] - 73:18, 73:19
**INSTRUMENTS** [2] - 107:25, 169:21
**INSUFFICIENCY** [2] - 115:15, 151:5
**INSUFFICIENT** [2] - 115:16
**INTENDED** [4] - 53:6, 92:3, 97:9, 97:10
**INTENT** [28] - 7:10, 9:24, 10:14, 10:16, 10:19, 10:20, 11:7, 29:16, 29:19, 29:25, 54:11, 54:24, 55:4, 55:13, 55:18, 76:8, 90:25, 91:6, 91:18, 92:1, 92:22, 96:5, 98:16, 98:17, 99:3,

123:6, 146:14, 147:9
**INTENTION** [1] - 13:20
**INTENTIONALLY** [3] - 59:14, 163:6, 172:2
**INTEREST** [1] - 87:9
**INTERESTED** [3] - 58:7, 58:8
**INTERESTING** [3] - 155:2, 156:25, 197:3
**INTERESTINGLY** [1] - 55:11
**INTERNATIONAL** [1] - 2:21
**INTERNET** [2] - 195:1, 195:14
**INTERPRETATION** [1] - 29:4
**INTERPRETER** [1] - 4:9
**INTERPRETERS** [2] - 4:25, 29:1
**INTERPRETING** [2] - 4:9, 5:1
**INTIMIDATING** [1] - 80:5
**INTOXICATED** [1] - 183:5
**INTRODUCE** [9] - 14:20, 14:25, 23:25, 25:1, 28:2, 28:21, 51:12, 59:21, 91:24
**INTRODUCED** [7] - 32:13, 33:13, 90:22, 90:24, 91:5, 91:24
**INTRODUCTION** [2] - 59:21, 59:24
**INVESTIGATE** [1] - 61:17
**INVESTIGATING** [1] - 16:24
**INVESTIGATION** [5] - 13:24, 14:23, 139:24, 142:14, 142:15
**INVESTIGATOR** [2] - 14:23, 40:22
**INVOLVED** [44] - 45:15, 45:18, 46:5, 46:10, 52:14, 54:10, 54:14, 59:7, 63:22, 65:4, 77:24, 86:10, 98:24, 101:24, 105:25, 120:25, 121:3, 122:24, 123:16, 126:11, 133:5, 143:7, 147:12, 149:11, 149:18, 153:6, 153:24, 155:14, 158:5, 158:7, 158:8,

158:11, 158:24, 161:10, 161:11, 162:11, 165:22, 165:25, 171:8, 175:17, 176:8, 180:16, 182:1
**INVOLVEMENT** [2] - 133:7, 182:1
**INVOLVES** [1] - 45:3
**INVOLVING** [11] - 46:14, 51:19, 56:7, 71:11, 122:13, 126:13, 154:3, 159:23, 165:19, 175:15, 179:19
**IRRELEVANT** [1] - 146:6
**IRVING** [3] - 40:4, 40:5, 44:14
**ISSUE** [19] - 10:12, 10:19, 14:19, 16:9, 18:20, 19:17, 20:16, 84:4, 90:19, 91:8, 94:12, 140:25, 151:4, 151:13, 151:18, 151:19, 152:2, 153:2
**ISSUES** [2] - 18:5, 55:24
**ITEM** [2] - 56:22, 56:23
**ITEMS** [2] - 14:20, 22:10
**ITSELF** [2] - 30:20, 162:13

**J**

**JACKET** [1] - 103:12
**JAIL** [3] - 121:14, 133:19, 156:2
**JAMES** [5] - 2:19, 4:15, 20:9, 28:14, 36:6
**JANUARY** [2] - 29:11, 169:11
**JASON** [1] - 33:11
**JEFFCOAT** [1] - 33:11
**JENCKS** [1] - 13:2
**JENNIFER** [1] - 35:10
**JENSEN** [1] - 36:14
**JEREMY** [1] - 33:25
**JEROME** [1] - 187:17
**JERRY** [1] - 199:9
**JESSE** [1] - 34:23
**JEWELRY** [1] - 121:13
**JOB** [16] - 80:6, 82:19, 86:2, 86:5, 86:17, 99:16, 99:17, 108:5, 108:14, 108:16,

128:16, 130:12,
130:15, 151:15,
151:17
**JOE** [7] - 3:23, 25:17,
27:18, 32:13, 32:19,
33:2, 35:22
**JOEL** [4] - 3:2, 4:20,
28:22, 29:6
**JOEY** [1] - 36:10
**JOHN** [3] - 33:21,
40:4, 188:1
**JOIN** [2] - 57:12, 78:11
**JOINED** [3] - 25:11,
55:3, 55:17
**JOINS** [1] - 59:14
**JOINT** [1] - 56:16
**JOSEPH** [1] - 34:19
**JOSHUA** [1] - 36:23
**JOYCE** [1] - 187:18
**JUAN** [6] - 3:1, 3:12,
4:19, 28:21, 29:5,
29:14
**JUDGE** [53] - 1:19,
2:2, 9:11, 9:13, 18:6,
51:18, 52:5, 53:5,
53:10, 53:12, 53:15,
54:10, 54:12, 54:15,
54:22, 55:10, 56:6,
56:9, 57:5, 57:7,
57:10, 60:24, 60:25,
62:18, 64:8, 65:5,
65:8, 65:16, 65:24,
65:25, 68:3, 70:22,
71:8, 73:18, 82:19,
84:8, 86:20, 88:3,
91:16, 94:10,
102:16, 103:2,
104:23, 109:5,
110:10, 116:2,
116:6, 134:3,
136:19, 138:7,
150:16, 162:18,
190:4
**JUDGES** [4] - 190:5,
190:8, 191:6, 192:22
**JUDGING** [1] - 135:8
**JUDGMENT** [13] -
10:25, 11:1, 39:16,
41:1, 84:1, 90:6,
101:21, 113:4,
157:2, 161:6,
161:21, 191:10,
194:20
**JUDITH** [1] - 188:2
**JUMBLED** [1] - 84:15
**JUMP** [1] - 171:18
**JUNE** [2] - 27:8, 140:1
**JURIES** [2] - 30:8,
30:9
**JURISDICTION** [4] -

17:19, 17:23, 17:24,
18:13
**JUROR** [206] - 26:9,
26:14, 30:16, 37:23,
37:24, 37:25, 38:12,
39:8, 39:12, 39:22,
39:24, 40:6, 40:24,
41:10, 43:5, 43:7,
43:18, 44:5, 44:17,
47:13, 47:19, 48:24,
49:23, 50:21, 52:1,
52:17, 53:19, 53:20,
54:7, 60:20, 61:20,
66:21, 70:1, 70:6,
70:24, 71:12, 73:16,
73:17, 73:24, 74:23,
75:16, 76:7, 77:4,
80:14, 81:16, 82:19,
82:25, 83:6, 83:10,
83:22, 85:4, 85:20,
85:22, 88:10, 88:23,
89:8, 89:15, 89:16,
91:12, 92:13, 92:17,
93:6, 95:2, 95:4,
99:14, 99:20,
100:12, 101:12,
103:21, 104:6,
104:12, 112:18,
113:24, 114:3,
116:13, 116:20,
117:2, 117:4,
118:17, 119:8,
120:13, 120:20,
120:24, 121:17,
122:8, 122:9,
122:11, 122:12,
123:7, 123:25,
125:2, 125:3, 125:5,
125:22, 126:5,
126:9, 127:12,
128:25, 129:8,
129:22, 130:6,
133:1, 133:2, 133:3,
133:4, 134:7,
134:18, 135:6,
137:4, 137:12,
137:14, 137:20,
137:24, 138:5,
138:6, 138:7,
138:11, 139:8,
139:13, 141:10,
141:13, 143:4,
143:5, 144:2,
145:15, 147:3,
148:10, 148:13,
148:20, 153:12,
153:18, 153:22,
154:14, 154:18,
155:6, 155:8,
155:10, 156:22,
158:2, 158:3, 159:3,

159:5, 159:9,
159:11, 159:19,
159:20, 160:8,
161:14, 162:11,
162:17, 162:25,
163:22, 163:23,
164:4, 164:17,
165:6, 165:11,
165:17, 166:18,
166:23, 168:3,
168:11, 168:20,
169:1, 170:2,
170:12, 170:18,
170:24, 172:8,
172:15, 172:17,
172:24, 173:8,
174:2, 174:10,
174:11, 174:15,
175:13, 176:24,
177:14, 178:16,
178:19, 179:8,
179:13, 179:14,
179:17, 180:18,
180:23, 181:10,
181:22, 181:23,
183:7, 183:9,
183:13, 185:11,
189:1, 195:6,
195:15, 195:16
**JURORS** [30] - 5:17,
24:11, 24:12, 24:16,
24:18, 24:20, 24:22,
24:23, 34:4, 45:5,
49:12, 80:7, 80:12,
90:2, 100:17,
105:11, 174:21,
175:10, 184:16,
185:15, 185:22,
186:2, 186:4, 188:8,
188:9, 190:3,
195:18, 197:1,
197:2, 197:4
**JURY** [97] - 1:11, 5:2,
5:4, 5:18, 7:19, 7:22,
7:25, 8:9, 8:16,
12:19, 12:20, 15:7,
15:12, 15:16, 15:17,
16:8, 16:12, 16:17,
18:21, 18:23, 19:11,
20:6, 22:16, 23:2,
23:23, 24:5, 24:10,
24:15, 24:24, 31:16,
32:9, 40:9, 47:8,
48:8, 48:19, 50:15,
50:16, 51:18, 52:8,
52:12, 53:16, 53:24,
54:1, 54:16, 56:9,
62:18, 70:10, 71:10,
71:11, 71:13, 74:24,
75:3, 75:17, 75:25,
76:5, 76:6, 77:5,

78:20, 88:22,
101:15, 101:18,
102:24, 103:3,
103:8, 118:5,
118:24, 119:9,
140:21, 143:7,
163:2, 164:12,
175:14, 186:7,
186:11, 186:13,
186:17, 187:8,
187:11, 187:13,
187:15, 188:7,
188:21, 189:8,
189:10, 190:4,
190:18, 194:8,
195:16, 195:19,
195:20, 197:9,
197:11, 198:20
**JURY-TRIAL** [1] - 76:5
**JUSTICE** [14] - 26:16,
26:18, 26:21, 26:23,
27:1, 27:5, 27:13,
110:21, 139:14,
139:21, 140:6,
140:9, 141:11, 142:6
**JUSTIFY** [1] - 10:19
**JUSTIN** [1] - 187:19
**JUVENILE** [2] - 127:7,
127:8
**JUVY** [1] - 127:6

## K

**KEEP** [14] - 30:23,
45:25, 46:17, 51:2,
78:13, 81:9, 88:10,
118:24, 124:5,
193:12, 194:2,
194:3, 194:5, 194:12
**KEEPING** [1] - 32:4
**KEITH** [1] - 3:2
**KELLEY** [1] - 199:9
**KEMP** [74] - 2:13, 4:6,
4:7, 4:11, 6:13, 6:24,
7:1, 7:12, 7:13, 7:18,
7:21, 7:23, 8:2, 8:21,
28:6, 28:7, 28:9,
28:11, 69:11, 69:12,
69:14, 70:8, 70:21,
71:1, 71:3, 78:18,
120:10, 126:1,
131:7, 131:8,
138:14, 143:1,
144:7, 144:10,
145:5, 145:8,
145:12, 145:17,
145:18, 147:1,
152:18, 152:20,
153:10, 157:21,
157:22, 159:15,

162:3, 162:4,
164:19, 166:25,
168:5, 168:10,
168:19, 168:22,
168:24, 169:5,
169:14, 169:22,
169:24, 170:7,
170:13, 172:19,
174:5, 178:3,
179:10, 181:13,
181:14, 183:15,
183:16, 183:18,
184:1, 186:22,
197:24, 197:25
**KEMP'S** [1] - 28:9
**KENNEMER** [1] -
33:21
**KENNETH** [1] - 36:5
**KEPT** [1] - 141:8
**KEVIN** [2] - 33:16,
33:23
**KHAKI** [1] - 28:14
**KHAKI-COLORED** [1]
- 28:14
**KIDS** [3] - 87:19,
125:19, 171:7
**KILLED** [1] - 128:18
**KILO** [5] - 57:22,
57:24, 58:3, 58:6,
58:25
**KILOGRAMS** [2] -
59:7, 59:9
**KIND** [35] - 13:14,
20:8, 40:19, 46:24,
66:3, 69:18, 77:14,
80:11, 84:11, 84:15,
84:17, 85:6, 85:21,
86:24, 87:22, 90:12,
91:10, 94:17,
103:22, 104:23,
106:25, 117:15,
117:23, 122:23,
128:3, 134:19,
140:3, 146:11,
146:12, 156:9,
160:6, 160:23
**KISHA** [1] - 36:12
**KNOW..** [1] - 85:13
**KNOWING** [6] - 57:15,
57:18, 85:2, 114:25,
115:1
**KNOWINGLY** [5] -
29:15, 96:7, 147:12,
163:6, 172:2
**KNOWLEDGE** [2] -
62:12, 97:9
**KNOWN** [3] - 128:5,
179:23, 179:25
**KNOWS** [4] - 98:4,
102:16, 152:8,

198:13
**KOBE** [2] - 177:21, 177:22
**KUNTCHIK** [2] - 34:10
**KYLE** [3] - 2:13, 4:6, 28:6

## L

**LAB** [6] - 14:16, 14:20, 14:22, 14:24, 16:8, 16:10
**LACK** [8] - 17:18, 18:13, 115:12, 115:13, 115:14, 115:15, 151:24
**LACKEY** [1] - 187:17
**LADIES** [20] - 23:20, 26:11, 39:12, 45:1, 46:19, 49:17, 50:12, 51:12, 66:8, 69:8, 69:10, 78:23, 79:17, 116:11, 187:11, 188:6, 188:15, 189:12, 189:19, 196:25
**LADY** [1] - 71:25
**LAID** [2] - 69:24, 89:6
**LAMP** [1] - 61:13
**LANGUAGE** [4] - 4:8, 4:24, 29:1, 81:18
**LARGELY** [2] - 11:13, 11:14
**LAS** [1] - 77:8
**LAST** [21] - 6:8, 7:23, 10:6, 12:6, 14:19, 19:6, 21:10, 32:3, 36:21, 92:1, 98:7, 100:23, 113:10, 130:19, 151:7, 166:3, 167:15, 168:1, 173:22, 188:8
**LASTLY** [1] - 55:3
**LASTS** [1] - 67:7
**LATE** [8] - 6:6, 6:7, 47:15, 48:16, 130:10, 139:9, 162:14, 188:19
**LATEST** [1] - 5:20
**LAUGHTER** [3] - 77:12, 96:25, 173:4
**LAW** [81] - 2:14, 2:20, 3:3, 21:16, 25:15, 28:18, 29:7, 29:19, 34:22, 35:24, 36:1, 38:1, 38:3, 38:6, 38:11, 38:14, 40:16, 40:17, 40:19, 41:3, 41:21, 41:22, 42:8, 42:9, 42:10, 44:22,

44:24, 51:5, 51:6, 53:22, 53:24, 54:2, 54:4, 54:7, 54:8, 54:10, 56:9, 58:23, 59:2, 59:4, 60:17, 60:19, 60:21, 64:7, 67:6, 68:14, 69:22, 78:5, 84:7, 98:22, 99:7, 105:15, 109:10, 110:9, 110:11, 110:14, 110:18, 111:8, 111:23, 112:10, 119:9, 121:7, 127:20, 128:7, 133:21, 136:16, 136:20, 149:1, 152:10, 156:5, 158:20, 166:12, 175:21, 176:16, 189:16, 190:4, 190:6, 196:20
**LAWFUL** [1] - 65:17
**LAWSUIT** [3] - 26:24, 139:24, 195:9
**LAWYER** [8] - 4:5, 4:15, 28:6, 28:14, 28:22, 80:1, 87:5, 100:5
**LAWYERS** [24] - 23:25, 24:14, 25:25, 34:5, 45:12, 50:14, 51:1, 79:18, 89:11, 103:3, 118:1, 118:11, 174:25, 189:25, 191:17, 191:18, 191:21, 192:1, 192:5, 192:14, 192:20, 193:18, 193:19, 196:23
**LAY** [1] - 134:11
**LEAD** [2] - 62:16, 63:9
**LEADING** [2] - 126:19, 127:5
**LEADS** [1] - 62:17
**LEAGUE** [1] - 154:21
**LEAK** [2] - 106:25, 107:1
**LEARNING** [1] - 170:13
**LEAST** [1] - 116:18
**LEAVE** [11] - 12:15, 17:8, 17:13, 61:8, 73:9, 79:2, 79:3, 111:9, 190:1, 192:14, 197:15
**LEAVING** [2] - 130:16, 169:17
**LEDON** [6] - 2:18,

3:12, 4:14, 8:22, 28:12, 29:13
**LEFT** [8] - 101:7, 103:7, 103:16, 118:3, 175:9, 175:10, 189:23, 191:2
**LEGAL** [9] - 28:11, 28:20, 29:8, 53:23, 62:20, 69:24, 85:15, 98:8, 166:9
**LEGALIZATION** [1] - 68:16
**LEGALIZE** [2] - 68:19, 68:21
**LEGALIZED** [1] - 69:3
**LENGTH** [1] - 141:7
**LESS** [3] - 49:4, 113:5, 143:17
**LETTING** [1] - 130:12
**LEVEL** [3] - 67:3, 83:1, 110:14
**LIARS** [1] - 109:23
**LIBERTY** [3] - 72:14, 72:17, 171:14
**LIE** [1] - 78:7
**LIES** [1] - 78:14
**LIFE** [10] - 72:14, 72:17, 87:17, 90:8, 100:11, 109:5, 130:15, 130:17, 160:23, 171:14
**LIFE'S** [2] - 52:9, 112:24
**LIFTED** [1] - 103:12
**LIGHT** [2] - 63:6, 63:12
**LIKELY** [3] - 27:3, 80:8, 174:13
**LIMINE** [14] - 6:14, 7:8, 9:6, 9:18, 9:21, 10:3, 12:2, 13:1, 13:14, 14:18, 17:11, 20:3, 20:8, 20:10
**LIMIT** [2] - 92:22, 95:16
**LIMITED** [18] - 69:18, 90:24, 91:5, 91:6, 91:10, 91:16, 91:17, 91:20, 91:25, 92:4, 94:10, 95:11, 95:12, 144:21, 147:5, 153:4, 171:23
**LIMITING** [3] - 20:25, 92:14, 172:5
**LINCHPIN** [1] - 55:20
**LINE** [3] - 60:8, 80:15, 146:22
**LINES** [1] - 94:16
**LIST** [13] - 5:22, 6:1,

6:2, 32:6, 32:8, 32:10, 32:17, 32:20, 36:2, 37:21, 107:17, 116:22, 136:19
**LISTED** [3] - 3:13, 136:20, 172:11
**LISTEN** [14] - 24:12, 39:13, 39:14, 61:16, 61:23, 65:13, 66:7, 85:6, 85:11, 112:18, 123:9, 140:21
**LISTENING** [3] - 49:8, 188:10
**LISTS** [2] - 5:20, 186:6
**LITIGATION** [1] - 25:12
**LIVE** [2] - 45:9, 154:22
**LIVES** [3] - 102:22, 132:2, 132:3
**LIVING** [2] - 121:7, 160:22
**LOADED** [1] - 140:3
**LOCATED** [1] - 22:10
**LOCATION** [3] - 22:12, 169:25, 170:8
**LOCATIONS** [2] - 26:3, 170:5
**LOGGINS** [1] - 35:20
**LOGICALLY** [1] - 58:22
**LOOK** [19] - 61:1, 68:4, 73:12, 78:10, 78:16, 78:23, 82:20, 83:14, 86:1, 86:17, 87:4, 87:5, 88:21, 92:14, 93:20, 102:15, 105:10
**LOOKED** [2] - 18:16, 103:22
**LOOKING** [7] - 18:4, 57:24, 73:15, 101:18, 108:16, 127:24, 154:19
**LOOKS** [6] - 6:8, 19:9, 30:9, 30:12, 43:12, 116:14
**LOOPY** [1] - 156:10
**LOS** [1] - 76:10
**LOSE** [1] - 68:6
**LOSS** [2] - 49:25, 117:13
**LOUD** [2] - 117:12, 117:16
**LOW** [1] - 117:20
**LOWER** [2] - 124:8, 164:10
**LUCKILY** [1] - 161:11
**LUCKY** [1] - 78:11
**LUNCH** [6] - 186:17, 186:20, 189:21,

189:22, 193:19, 194:14
**LYING** [1] - 82:7

## M

**MA'AM** [28] - 40:20, 40:21, 41:1, 41:12, 41:22, 42:6, 42:23, 43:25, 44:2, 50:11, 97:19, 116:22, 118:15, 122:7, 125:1, 126:3, 130:2, 132:25, 136:14, 144:12, 144:13, 145:2, 159:16, 163:20, 165:4, 167:3, 168:8, 178:9
**MABERRY** [1] - 35:22
**MAD** [1] - 101:10
**MAHLER** [3] - 4:9, 4:25, 29:3
**MAIL** [1] - 195:17
**MAIN** [5] - 125:17, 139:23, 167:8, 169:24
**MAINTAINING** [1] - 108:9
**MAJOR** [1] - 154:21
**MAJOR-LEAGUE** [1] - 154:21
**MAN** [4] - 105:14, 115:18, 182:5, 182:24
**MANAGEMENT** [1] - 43:14
**MANAGER** [1] - 48:22
**MANUEL** [3] - 36:8, 36:20, 37:13
**MANUFACTURE** [5] - 9:24, 29:18, 54:12, 54:25, 55:14
**MARCELENO** [1] - 37:4
**MARCH** [1] - 126:24
**MARCUS** [1] - 32:24
**MARIA** [1] - 37:2
**MARIE** [1] - 187:24
**MARIJUANA** [10] - 68:19, 68:22, 69:1, 69:6, 126:18, 127:3, 131:11, 133:15, 146:8, 146:20
**MARK** [2] - 35:8, 186:5
**MARRIED** [1] - 102:7
**MARSHAL** [2] - 21:25, 44:1
**MARTIN** [2] - 187:18, 187:22

**MATA** [16] - 3:23, 3:25, 25:17, 25:19, 27:18, 32:14, 32:19, 57:22, 58:13, 58:16, 58:24, 59:5, 59:19, 59:22, 97:4, 97:5

**MATERIAL** [2] - 11:7, 13:2

**MATHEMATICALLY** [1] - 185:7

**MATTER** [15] - 45:15, 45:18, 46:5, 46:10, 64:1, 112:22, 112:25, 121:1, 126:11, 133:6, 143:8, 153:24, 155:14, 158:5, 182:2

**MCCLARAN** [5] - 4:1, 4:3, 25:20, 27:22, 33:14

**MCDONALD** [1] - 35:8

**MCMENAMY** [1] - 37:11

**MEAN** [39] - 14:3, 77:23, 78:6, 80:3, 82:20, 85:5, 85:10, 85:13, 86:12, 86:13, 92:9, 92:11, 94:21, 95:21, 99:21, 101:17, 108:15, 108:18, 108:24, 114:20, 115:5, 123:9, 124:17, 127:22, 128:16, 131:3, 135:4, 145:24, 147:20, 147:21, 152:6, 152:9, 156:6, 158:23, 163:12, 167:16, 167:19, 194:13

**MEAN..** [1] - 122:22

**MEANS** [5] - 30:21, 31:11, 51:22, 58:19, 63:21

**MEANT** [2] - 12:25, 13:1

**MEDIA** [1] - 193:4

**MEDICAL** [3] - 46:24, 68:19, 68:22

**MEDICATION** [1] - 68:19

**MEDICINAL** [1] - 69:6

**MEDINA** [1] - 35:18

**MEET** [10] - 10:4, 108:3, 112:6, 112:13, 114:16, 115:3, 115:21, 116:3, 116:5, 173:23

**MEETING** [1] - 18:4

**MELISSA** [1] - 37:3

**MEMBER** [34] - 38:2, 38:7, 40:17, 41:7, 41:21, 42:9, 44:23, 45:16, 45:19, 46:6, 46:9, 46:14, 57:14, 57:17, 105:3, 121:1, 121:3, 122:14, 123:15, 126:12, 126:13, 133:6, 133:9, 143:9, 153:25, 154:3, 155:15, 158:6, 159:24, 160:18, 165:19, 175:15, 179:19, 182:3

**MEMBERS** [3] - 117:5, 122:21, 194:17

**MEMORANDUM** [1] - 20:2

**MEMORIES** [1] - 129:3

**MEMORY** [1] - 7:24

**MEN** [3] - 105:7, 135:11, 159:5

**MENOPAUSAL** [1] - 167:24

**MENTAL** [1] - 93:11

**MENTIONED** [6] - 30:5, 105:20, 131:11, 167:5, 167:6, 193:18

**MERIT** [1] - 18:14

**MERITS** [1] - 162:18

**MESQUITE** [2] - 34:25, 35:2

**MESSAGES** [1] - 195:20

**MESSAGING** [1] - 195:17

**MESSES** [1] - 117:23

**MET** [1] - 72:11

**METH** [2] - 77:16, 127:2

**METHAMPHETAMINE** [29] - 10:14, 29:16, 29:18, 29:19, 29:25, 54:12, 54:13, 54:25, 55:14, 68:17, 69:2, 77:17, 96:6, 123:3, 123:7, 126:16, 126:19, 127:1, 127:11, 129:3, 130:25, 131:15, 131:19, 146:13, 147:9, 176:12, 180:3

**METHAMPHETAMINES** [2] - 146:18, 175:18

**MEXICO** [1] - 75:6

**MICHAEL** [3] - 34:10, 34:18, 188:5

**MICROPHONE** [18] - 26:9, 26:13, 47:10, 48:9, 49:22, 70:5, 70:20, 70:25, 117:3, 118:2, 118:4, 148:21, 153:22, 155:10, 159:21, 169:2, 173:9, 181:24

**MICROPHONES** [1] - 117:18

**MIDDLE** [2] - 43:14, 182:5

**MIDDLE-MANAGEMENT** [1] - 43:14

**MIDNIGHT** [1] - 47:24

**MIGHT** [31] - 39:19, 40:6, 52:15, 52:16, 83:8, 89:12, 95:7, 101:25, 104:9, 104:12, 104:16, 105:8, 106:22, 108:13, 109:19, 115:2, 115:17, 124:7, 124:12, 128:12, 129:4, 134:25, 137:4, 137:20, 148:23, 151:10, 160:2, 171:21, 172:10, 177:9, 192:8

**MIKE** [4] - 4:25, 29:3, 40:4, 113:20

**MIND** [30] - 30:23, 39:13, 51:2, 52:16, 70:2, 70:7, 70:11, 70:14, 71:21, 72:11, 73:21, 76:21, 78:13, 81:9, 89:4, 95:13, 96:11, 102:10, 102:13, 108:13, 115:3, 134:9, 135:3, 144:21, 152:9, 163:4, 181:1, 191:15, 193:12, 194:6

**MINDS** [1] - 105:13

**MINE** [2] - 100:25, 127:22

**MINH** [1] - 36:21

**MINOR** [5] - 59:17, 59:19, 59:23, 59:24, 75:20

**MINUTE** [6] - 10:6, 22:18, 32:6, 93:5, 95:18, 144:13

**MINUTES** [5] - 78:25, 79:5, 79:7, 103:6,

186:20

**MISDEMEANOR** [1] - 156:3

**MISDEMEANORS** [2] - 126:18, 127:5

**MISQUOTED** [1] - 171:12

**MISS** [4] - 106:12, 106:13, 106:16, 154:10

**MISSING** [1] - 121:8

**MISTAKE** [8] - 93:13, 93:15, 96:9, 98:2, 144:23, 147:11, 163:8, 172:4

**MISTAKES** [1] - 106:13

**MISTRIAL** [2] - 104:5, 195:23

**MIXED** [2] - 127:13, 128:10

**MOM** [2] - 100:25, 131:17

**MOMENT** [6] - 22:23, 24:1, 45:12, 46:1, 46:18, 111:17

**MONDAY** [2] - 50:9, 125:11

**MONEY** [5] - 71:11, 71:14, 101:6, 121:8, 140:12

**MONTHS** [1] - 154:11

**MOOT** [1] - 17:15

**MOOTED** [1] - 17:11

**MORAL** [2] - 90:5, 112:10

**MORNING** [45] - 3:17, 3:18, 3:19, 3:21, 3:22, 3:24, 3:25, 4:2, 4:3, 4:6, 4:7, 4:17, 4:18, 4:21, 4:22, 5:2, 5:25, 9:2, 9:14, 20:5, 23:20, 25:8, 25:9, 25:19, 28:7, 28:15, 28:23, 29:3, 47:25, 48:24, 49:20, 49:24, 63:2, 69:14, 79:25, 101:5, 101:7, 116:17, 153:4, 186:21, 189:24, 193:18, 195:24, 197:7, 198:23

**MORNINGS** [1] - 47:18

**MOST** [9] - 5:21, 13:25, 27:3, 66:4, 78:3, 82:12, 147:18, 174:13, 197:4

**MOST-RECENT** [1] - 5:21

**MOTEL** [1] - 37:19

**MOTHER** [1] - 121:7

**MOTHER-IN-LAW** [1] - 121:7

**MOTION** [44] - 6:14, 7:8, 7:11, 7:14, 8:3, 8:12, 8:15, 8:24, 9:4, 10:3, 12:2, 12:14, 12:15, 13:1, 14:15, 17:8, 17:9, 17:13, 17:14, 17:18, 17:20, 17:25, 18:13, 18:14, 18:18, 19:7, 19:10, 19:21, 20:3, 20:8, 20:10, 21:6, 21:19, 21:22, 22:5, 23:4, 120:17, 138:5, 153:12, 153:17, 178:10

**MOTIONS** [23] - 6:5, 6:6, 6:8, 7:7, 7:14, 7:16, 8:3, 8:11, 8:17, 8:20, 8:23, 9:6, 9:18, 9:21, 10:5, 14:17, 17:11, 18:1, 18:9, 18:15, 19:6, 21:3

**MOTIVATE** [1] - 82:16

**MOTIVE** [3] - 68:5, 90:25, 91:7

**MOTIVES** [1] - 99:3

**MOUSE** [9] - 72:23, 72:25, 73:3, 73:4, 73:5, 73:8, 73:12, 73:14

**MOUTHFUL** [1] - 57:17

**MOVE** [4] - 118:25, 133:3, 137:16, 178:11

**MOVED** [2] - 170:7, 170:8

**MOVES** [1] - 153:13

**MOVING** [8] - 7:16, 39:2, 41:16, 76:12, 120:13, 146:13, 146:18, 153:21

**MUD** [2] - 91:14, 140:12

**MULTIPLE** [11] - 84:5, 86:10, 87:18, 98:14, 99:1, 99:10, 126:18, 179:23, 197:18, 197:19, 198:1

**MURKINESS** [1] - 89:4

**MUST** [12] - 10:22, 19:6, 31:8, 31:13, 54:17, 54:19, 55:7, 84:16, 93:19, 163:5, 170:24, 189:13

# N

**NAME** [9] - 23:21, 36:21, 38:25, 45:7, 45:8, 169:19, 177:20, 184:7, 187:13
**NAMED** [2] - 29:24
**NAMES** [8] - 32:11, 34:2, 36:24, 37:8, 37:15, 39:1, 187:12, 190:22
**NASHVILLE** [2] - 156:18, 156:19
**NATURAL** [3] - 87:17, 88:7, 88:11
**NATURE** [2] - 59:13, 88:14
**NECESSARILY** [5] - 8:13, 15:8, 92:11, 99:15, 131:25
**NECESSARY** [1] - 15:25
**NEDEAU** [1] - 32:22
**NEED** [57] - 20:17, 20:20, 21:24, 23:6, 23:7, 24:22, 24:23, 34:5, 39:12, 39:20, 45:2, 47:25, 48:12, 48:14, 53:24, 70:5, 74:19, 74:21, 78:25, 82:7, 100:10, 100:16, 101:1, 116:5, 124:15, 125:4, 130:24, 151:7, 151:8, 151:10, 160:2, 162:16, 163:22, 173:19, 173:23, 175:7, 175:11, 184:16, 184:18, 185:9, 186:17, 187:2, 187:4, 187:14, 188:15, 188:16, 188:22, 189:3, 190:1, 190:7, 192:13, 194:23, 195:23
**NEEDED** [5] - 11:23, 19:16, 19:18, 116:19, 125:6
**NEEDS** [5] - 18:4, 49:10, 92:9, 109:15, 174:12
**NEGATE** [1] - 74:19
**NEIGHBORHOOD** [1] - 195:21
**NEIGHBORS** [1] - 194:17
**NEPHEW** [1] - 123:3

**NEVADA** [1] - 77:8
**NEVER** [11] - 81:11, 82:1, 85:13, 102:7, 127:23, 131:1, 131:20, 135:23, 180:2, 182:24
**NEVERTHELESS** [2] - 6:7, 7:11
**NEW** [3] - 24:24, 80:5, 85:25
**NEWS** [1] - 193:4
**NEXT** [31] - 8:22, 24:6, 45:14, 46:12, 46:21, 46:25, 47:3, 50:9, 78:12, 78:24, 79:18, 117:6, 122:8, 125:10, 126:7, 138:6, 139:11, 143:4, 148:18, 154:8, 155:8, 170:22, 173:12, 173:14, 173:16, 173:17, 174:12, 175:11, 178:22, 189:6
**NGUYEN** [1] - 36:7
**NICE** [3] - 69:16, 156:13, 156:14
**NICK** [1] - 35:12
**NIECE** [4] - 122:19, 122:24, 123:2, 123:15
**NIGHT** [17] - 6:8, 7:23, 19:7, 47:7, 47:13, 47:15, 47:16, 47:20, 48:7, 48:17, 48:18, 48:20, 48:23, 100:23, 138:16, 164:14, 165:8
**NIGHTS** [7] - 47:6, 47:7, 48:6, 49:6, 138:8, 139:9, 139:10
**NIGHTTIME** [1] - 48:13
**NINE** [1] - 154:11
**NOBODY** [2] - 46:11, 74:13
**NONE** [8] - 27:15, 53:6, 61:3, 112:3, 118:13, 137:10, 154:16, 191:9
**NONETHELESS** [1] - 133:25
**NONJUDGMENTAL** [2] - 128:20, 128:24
**NONJURY** [3] - 18:24, 18:25, 19:1
**NORMAL** [1] - 88:2
**NORTH** [1] - 166:7
**NOT-GUILTY** [1] -

10:18
**NOTATIONS** [1] - 7:6
**NOTE** [9] - 7:9, 27:10, 118:16, 145:3, 148:21, 162:25, 170:22, 179:17, 188:22
**NOTEPADS** [1] - 32:9
**NOTES** [3] - 2:1, 32:8, 39:15
**NOTHING** [15] - 59:9, 65:18, 102:20, 111:8, 111:19, 111:22, 122:22, 132:20, 141:15, 144:9, 151:3, 152:1, 152:16, 156:12, 174:18
**NOTICE** [11] - 6:19, 6:22, 7:10, 9:2, 9:14, 9:22, 12:4, 12:11, 12:18, 20:13
**NOTICED** [1] - 168:1
**NOTING** [1] - 49:16
**NOTWITHSTANDING** [3] - 39:23, 40:11, 119:19
**NOUANESENGSY** [1] - 33:1
**NOVEMBER** [1] - 12:6
**NU** [1] - 188:3
**NUMBER** [226] - 4:5, 4:15, 4:19, 5:20, 5:21, 6:1, 6:14, 7:8, 7:14, 8:16, 8:22, 13:1, 13:3, 18:12, 19:7, 20:4, 26:12, 26:13, 26:14, 32:5, 32:15, 38:7, 38:19, 38:20, 39:22, 40:3, 40:20, 41:6, 41:22, 42:9, 42:21, 42:23, 43:12, 43:25, 44:9, 45:6, 45:21, 46:8, 46:22, 47:11, 47:13, 48:8, 49:20, 49:22, 49:23, 53:9, 53:13, 55:11, 55:15, 55:17, 70:1, 70:3, 70:6, 70:12, 70:13, 70:24, 71:12, 73:16, 74:23, 75:16, 77:4, 80:15, 81:16, 82:25, 83:6, 83:10, 83:22, 85:4, 85:20, 85:22, 85:24, 88:10, 88:24, 89:15, 89:16, 90:2, 91:12, 92:13, 92:17, 93:6, 94:13, 95:2, 95:4, 100:24, 101:13,

102:9, 104:8, 104:22, 105:11, 105:20, 108:3, 111:13, 111:21, 113:13, 113:17, 113:23, 114:15, 115:1, 115:10, 116:4, 116:6, 116:13, 116:14, 116:20, 116:22, 117:2, 117:4, 118:16, 118:17, 118:21, 118:22, 119:7, 119:8, 120:13, 120:20, 120:23, 120:24, 122:8, 122:10, 122:11, 122:12, 123:25, 125:2, 125:3, 125:4, 125:5, 125:22, 126:5, 126:8, 126:9, 129:23, 133:1, 133:2, 133:3, 133:4, 137:12, 137:15, 138:5, 138:6, 138:11, 139:8, 139:11, 139:13, 143:4, 143:5, 145:3, 145:11, 145:15, 147:3, 148:8, 148:11, 148:13, 148:18, 148:20, 153:12, 153:18, 153:21, 154:14, 154:18, 155:7, 155:9, 155:10, 158:2, 158:3, 159:11, 159:19, 159:20, 162:25, 163:22, 163:23, 163:24, 164:17, 165:7, 165:11, 165:12, 165:17, 166:23, 168:3, 168:11, 168:20, 168:22, 169:1, 169:2, 170:3, 170:12, 170:19, 170:23, 170:24, 172:15, 172:17, 172:25, 173:8, 173:9, 174:2, 174:10, 174:11, 174:15, 174:20, 175:11, 175:12, 175:13, 177:14, 178:16, 178:18, 178:19, 179:8, 179:13, 179:14, 179:17, 181:11,

181:22, 181:23, 183:13, 185:11, 185:12, 190:23
**NUMBERED** [1] - 174:22
**NUMBERS** [17] - 26:12, 30:10, 30:11, 38:5, 45:25, 46:3, 46:17, 46:18, 49:11, 49:16, 49:17, 68:22, 78:24, 80:12, 116:3, 116:12, 184:13
**NUMEROUS** [1] - 136:20

# O

**OATH** [5] - 54:8, 186:18, 188:15, 189:12, 190:25
**OBJECT** [8] - 14:3, 16:4, 20:16, 20:17, 56:13, 56:16, 192:11
**OBJECTED** [1] - 21:12
**OBJECTING** [1] - 16:2
**OBJECTION** [26] - 8:7, 17:4, 20:18, 20:19, 120:18, 120:19, 148:12, 165:9, 165:10, 168:15, 168:16, 168:17, 168:18, 168:19, 173:1, 173:6, 174:11, 174:19, 178:14, 178:15, 187:1, 192:12, 192:13, 192:14, 192:16
**OBJECTIONS** [7] - 7:14, 7:17, 8:4, 8:5, 8:9, 8:16, 192:10
**OBJECTIVE** [3] - 128:15, 130:18, 161:7
**OBJECTIVELY** [2] - 123:17, 128:13
**OBJECTS** [1] - 190:20
**OBLIGATION** [1] - 196:14
**OBSERVE** [2] - 39:14, 191:2
**OBSERVING** [1] - 188:10
**OBVIOUSLY** [28] - 5:6, 18:21, 18:23, 19:17, 20:16, 20:24, 21:11, 66:17, 68:17, 69:20, 71:7, 73:5, 80:23, 83:1, 84:5,

86:24, 98:18, 103:14, 109:9, 130:2, 130:4, 130:11, 130:21, 132:2, 141:16, 162:9, 162:10, 164:25

**OCCASION** [6] - 22:9, 59:15, 93:16, 93:21

**OCCASIONALLY** [1] - 48:13

**OCCASIONS** [2] - 195:18, 198:19

**OCCUPATION** [2] - 45:9

**OCCUR** [2] - 59:24, 176:1

**OCCURRED** [4] - 11:5, 17:21, 64:20, 156:8

**OCCURRENCE** [1] - 52:15

**OCTOBER** [1] - 10:7

**OFFENDED** [1] - 80:18

**OFFENSE** [10] - 10:13, 10:20, 10:21, 54:18, 63:22, 64:15, 65:7, 94:4, 144:21, 156:8

**OFFENSES** [2] - 11:9, 163:2

**OFFER** [9] - 7:10, 9:23, 12:1, 13:8, 196:12, 198:7, 198:9, 198:18, 198:20

**OFFERED** [3] - 13:15, 163:3, 190:20

**OFFERING** [2] - 14:15, 149:12

**OFFERS** [6] - 150:14, 197:18, 197:19, 197:22, 198:1

**OFFICE** [24] - 2:8, 3:21, 25:12, 25:13, 25:24, 26:1, 26:6, 26:8, 26:15, 26:19, 26:21, 27:13, 34:11, 38:9, 43:1, 51:14, 133:22, 134:4, 140:16, 141:12, 142:19, 158:21, 182:21, 188:24

**OFFICER** [34] - 21:25, 26:23, 33:11, 33:13, 33:16, 33:17, 33:19, 33:21, 33:23, 33:25, 34:8, 34:16, 34:18, 34:19, 34:23, 34:25, 35:2, 35:4, 35:6,

38:11, 39:5, 39:24, 40:16, 41:3, 42:15, 42:18, 42:19, 42:24, 44:15, 109:12, 109:15, 139:22, 183:23, 197:10

**OFFICER'S** [2] - 38:25, 156:23

**OFFICERS** [22] - 16:24, 25:15, 27:25, 34:22, 35:24, 36:2, 38:15, 39:4, 40:12, 42:1, 43:14, 43:21, 44:11, 109:22, 125:6, 134:9, 136:16, 156:8, 158:21, 170:25, 183:21, 197:8

**OFFICERS'** [1] - 41:24

**OFFICES** [5] - 26:2, 28:10, 28:19, 29:7, 142:13

**OFFICIAL** [1] - 199:10

**OFFSHORE** [5] - 48:10, 48:12, 48:15, 48:16

**OFTEN** [1] - 49:15

**OFTENTIMES** [1] - 193:7

**OLD** [2] - 125:19, 143:12

**ONCE** [6] - 51:25, 55:21, 73:17, 146:18, 151:16, 196:19

**ONE** [99] - 5:20, 14:2, 18:17, 22:18, 29:1, 38:24, 41:14, 46:8, 52:24, 57:14, 57:17, 59:15, 59:17, 59:18, 61:5, 61:14, 62:14, 62:24, 64:9, 74:3, 74:4, 76:5, 76:15, 77:18, 78:22, 86:3, 86:10, 90:21, 96:22, 98:22, 99:4, 99:6, 100:5, 103:1, 105:12, 106:20, 107:19, 107:21, 110:9, 110:10, 110:18, 111:4, 111:5, 111:7, 112:1, 112:24, 113:12, 115:18, 116:5, 116:17, 117:21, 123:2, 125:5, 126:6, 126:10, 126:12, 128:18, 134:24, 135:11, 144:16, 145:19, 147:21,

150:12, 151:9, 152:8, 153:1, 153:24, 155:21, 155:24, 156:6, 156:17, 156:18, 158:11, 167:4, 170:24, 171:10, 171:17, 173:23, 174:25, 177:7, 178:24, 182:7, 182:12, 183:16, 183:21, 184:17, 184:20, 184:23, 185:4, 185:10, 186:3, 188:13, 188:20, 191:4, 193:17, 193:25, 198:7

**ONES** [4] - 6:11, 65:4, 156:11, 185:14

**OPEN** [18] - 3:10, 13:5, 23:17, 39:13, 73:2, 73:10, 73:11, 79:6, 79:9, 79:15, 116:24, 186:10, 187:9, 189:10, 194:6, 195:8, 197:11

**OPENING** [10] - 189:24, 191:16, 191:20, 191:24, 192:1, 196:2, 196:5, 196:6, 196:7, 196:9

**OPINION** [19] - 61:24, 68:20, 83:7, 83:20, 83:21, 127:19, 133:20, 140:8, 146:19, 158:20, 166:11, 176:14, 180:9, 180:12, 180:14, 182:20, 182:23, 192:21, 192:23

**OPINIONS** [8] - 52:5, 53:2, 54:5, 56:10, 59:3, 142:5, 142:10, 194:10

**OPPORTUNITY** [12] - 13:15, 45:11, 45:12, 51:24, 52:4, 69:17, 116:7, 191:2, 191:20, 191:21, 192:7, 197:5

**OPPOSE** [1] - 138:8

**OPPOSED** [1] - 102:6

**OPPOSING** [1] - 192:11

**ORALLY** [1] - 190:6

**ORANGE** [1] - 38:8

**ORDER** [19] - 6:7, 8:24, 9:1, 9:3, 9:6,

9:8, 9:17, 13:2, 14:17, 17:11, 19:19, 21:22, 54:15, 66:24, 71:22, 97:22, 100:15, 155:25, 190:7

**ORDINARILY** [2] - 23:5, 184:14

**ORGANIZING** [1] - 191:15

**ORTHOPEDIC** [1] - 154:10

**OTHERWISE** [1] - 123:23

**OUGHT** [1] - 171:6

**OUTCOME** [4] - 127:15, 133:18, 158:16, 195:9

**OUTLINE** [1] - 196:3

**OUTSIDE** [9] - 45:5, 61:9, 63:14, 79:4, 106:3, 116:15, 193:2, 195:16, 195:20

**OUTWEIGHED** [1] - 10:23

**OVERALL** [1] - 96:1

**OVERCAST** [1] - 63:3

**OVERDOSED** [1] - 105:4

**OVERDUE** [1] - 179:6

**OVERHEAD** [1] - 190:17

**OVERLAP** [1] - 46:12

**OVERLOOK** [1] - 106:10

**OVERNIGHT** [1] - 198:24

**OVERRULE** [1] - 192:12

**OVERWHELM** [1] - 83:3

**OVERWHELMING** [1] - 86:17

**OWN** [9] - 39:16, 41:1, 66:5, 72:21, 104:25, 142:12, 161:21, 191:9, 191:15

---

**P**

**P-A-T-T-I** [1] - 33:2

**P.D** [4] - 33:16, 33:18, 34:18, 40:5

**PACKAGING** [1] - 62:8

**PADDED** [2] - 160:9, 164:4

**PADDING** [1] - 160:12

**PAGE** [4] - 1:15, 1:17,

17:24, 106:8

**PAGES** [2] - 1:13, 199:4

**PAGES..** [1] - 19:9

**PAID** [1] - 188:21

**PAIN** [2] - 164:7, 164:25

**PAINFUL** [1] - 164:2

**PAINKILLER** [1] - 183:25

**PALMPRINT** [1] - 21:23

**PALMPRINTS** [4] - 21:8, 22:10, 22:11, 187:5

**PANEL** [5] - 117:5, 136:12, 143:7, 151:4, 175:14

**PANELS** [1] - 68:15

**PARAGRAPH** [1] - 22:5

**PARAGRAPHS** [1] - 198:8

**PARAPHERNALIA** [4] - 77:11, 180:7, 180:8, 180:9

**PARK** [1] - 2:9

**PARKWAY** [2] - 2:21, 3:4

**PART** [24] - 6:17, 8:3, 8:15, 14:22, 18:18, 26:15, 51:20, 61:3, 63:25, 72:1, 78:2, 81:6, 82:19, 86:25, 89:1, 95:8, 95:9, 95:13, 95:25, 98:3, 98:12, 141:12, 146:21, 147:19

**PARTIAL** [1] - 95:9

**PARTICIPATE** [2] - 24:13, 50:17

**PARTICULAR** [11] - 52:6, 52:17, 53:19, 103:1, 114:7, 137:4, 137:20, 141:10, 146:10, 179:25, 192:21

**PARTIES** [2] - 149:18, 158:24

**PARTNERSHIP** [3] - 57:6, 57:13

**PARTS** [1] - 191:8

**PARTY** [3] - 52:3, 96:21, 191:20

**PASS** [4] - 52:2, 104:16, 193:19, 193:21

**PAST** [4] - 15:10, 15:11, 37:24, 92:16

**PATH** [1] - 171:8

**PATIENTS** [1] - 128:17
**PATROL** [1] - 40:19
**PATTI** [1] - 33:2
**PAUL** [2] - 37:12, 37:13
**PAUSE** [1] - 106:23
**PAUSING** [2] - 115:8, 152:7
**PAY** [2] - 58:24, 115:24
**PEARSON** [3] - 188:4, 188:8, 188:12
**PENALTY** [1] - 90:13
**PENDING** [2] - 182:6, 182:16
**PENS** [1] - 32:9
**PEOPLE** [60] - 13:21, 23:5, 23:8, 25:1, 28:2, 32:7, 32:12, 34:3, 35:25, 37:16, 49:9, 52:25, 62:5, 64:1, 68:18, 76:4, 80:13, 80:14, 80:23, 84:6, 86:10, 87:5, 88:7, 88:9, 89:1, 92:16, 96:8, 99:2, 102:2, 102:6, 102:18, 110:19, 112:15, 114:19, 116:3, 117:20, 117:22, 123:3, 130:22, 132:1, 132:5, 132:6, 143:19, 149:11, 149:15, 149:22, 150:1, 151:22, 153:6, 153:9, 156:14, 171:5, 179:24, 180:5, 180:16, 195:20
**PEOPLE'S** [1] - 102:10
**PERALES** [1] - 37:5
**PERCENT** [2] - 109:13, 117:13
**PEREMPTORY** [3] - 185:1, 185:13, 185:15
**PERFECTLY** [1] - 64:5
**PERFORM** [1] - 108:14
**PERHAPS** [2] - 29:24, 140:8
**PERIOD** [6] - 39:6, 100:8, 167:7, 167:12, 168:14, 189:4
**PERMISSIBLE** [1] - 96:12

**PERSON** [54] - 30:18, 30:21, 41:3, 52:9, 63:12, 66:4, 78:3, 81:1, 81:14, 83:2, 83:13, 84:2, 84:9, 84:13, 84:14, 85:7, 86:19, 87:3, 88:2, 88:15, 90:6, 91:25, 96:22, 96:23, 96:24, 98:12, 98:15, 98:21, 101:13, 101:17, 101:20, 101:21, 101:25, 104:15, 112:6, 112:9, 121:13, 128:19, 139:11, 148:18, 151:20, 151:21, 155:8, 163:15, 163:17, 170:22, 172:1, 175:11, 182:13, 191:11, 195:6
**PERSON'S** [3] - 64:2, 87:25, 188:14
**PERSONAL** [3] - 90:6, 103:20, 142:6
**PERSONALLY** [5] - 94:17, 101:25, 104:23, 158:12, 176:8
**PERSONS** [6] - 29:15, 29:20, 29:23, 54:23, 55:12, 57:12
**PERTAINS** [1] - 80:19
**PETRAZIO** [63] - 3:2, 4:20, 4:22, 5:15, 21:9, 21:11, 21:15, 21:17, 21:20, 22:18, 22:21, 28:22, 28:23, 28:24, 29:6, 29:8, 74:16, 78:19, 79:10, 100:6, 100:20, 100:22, 103:9, 116:10, 122:5, 124:2, 124:4, 125:1, 125:25, 131:9, 131:10, 132:23, 137:10, 138:3, 138:13, 142:25, 144:8, 144:9, 150:25, 151:2, 152:15, 153:13, 154:16, 157:23, 157:24, 159:14, 164:20, 165:9, 167:1, 168:17, 172:21, 174:6, 174:19, 178:2, 179:11, 181:17, 181:18, 184:5,

184:6, 184:9, 186:25, 198:15, 198:16
**PETRAZIO'S** [1] - 29:6
**PHELAN** [1] - 35:14
**PHONE** [8] - 50:7, 100:23, 100:24, 100:25, 101:9, 156:1, 156:11
**PHONETICALLY]** [1] - 177:21
**PHOTOGRAPH** [2] - 97:20, 195:4
**PHOTOGRAPHS** [4] - 114:25, 190:12, 190:19, 190:20
**PHRASE** [2] - 124:5, 124:16
**PHYSICAL** [5] - 62:7, 62:9, 190:11, 190:20, 195:12
**PHYSICALLY** [2] - 108:15, 108:24
**PICK** [2] - 20:6, 80:12
**PICKED** [1] - 70:10
**PICTURE** [1] - 191:25
**PIECES** [1] - 193:8
**PILLS** [1] - 122:25
**PILOT** [4] - 105:21, 105:23, 106:7, 107:4
**PILOTS** [1] - 106:11
**PLACE** [6] - 24:20, 50:21, 78:22, 151:25, 170:13, 188:14
**PLACED** [1] - 190:25
**PLACES** [3] - 79:5, 106:4
**PLAGIARIZE** [1] - 72:22
**PLAN** [6] - 24:5, 59:14, 90:25, 92:22, 196:24
**PLANO** [16] - 1:8, 2:2, 2:10, 2:22, 3:5, 25:24, 26:2, 28:19, 29:7, 51:14, 51:15, 121:8, 142:13, 169:25, 170:9, 199:13
**PLAY** [5] - 89:6, 130:13, 146:7, 146:21, 171:11
**PLAYED** [2] - 59:16, 59:23
**PLAYERS** [1] - 154:20
**PLAYING** [2] - 61:12, 110:14
**PLEA** [22] - 10:18, 63:24, 63:25, 64:9,

64:19, 65:12, 65:15, 65:16, 65:19, 65:21, 80:25, 81:13, 82:14, 83:8, 83:14, 197:18, 197:19, 198:1, 198:7, 198:18, 198:20
**PLEA-BARGAINING** [1] - 65:16
**PLEAD** [2] - 82:11, 158:25
**PLED** [8] - 63:24, 65:6, 80:24, 81:22, 82:12, 133:19, 133:24, 134:1
**POCKET** [1] - 137:2
**PODIUM** [10] - 117:2, 119:8, 143:5, 145:15, 148:20, 153:23, 163:23, 165:13, 169:3, 178:19
**POINT** [12] - 12:22, 22:1, 56:22, 56:24, 61:14, 70:4, 97:17, 113:10, 116:1, 139:23, 169:16
**POINTS** [1] - 20:2
**POLICE** [45] - 4:2, 25:21, 27:23, 27:25, 33:11, 33:15, 33:19, 33:21, 33:23, 33:25, 34:8, 34:16, 34:19, 34:23, 34:25, 35:2, 35:4, 35:6, 38:21, 38:25, 39:3, 39:5, 39:24, 40:4, 40:12, 40:18, 41:8, 41:24, 42:10, 42:12, 42:15, 42:18, 42:19, 42:24, 43:14, 43:20, 44:11, 44:15, 109:15, 109:22, 156:23, 161:10, 175:21, 180:13, 182:20
**POSED** [1] - 150:9
**POSITION** [13] - 18:5, 18:6, 21:12, 40:19, 46:21, 47:8, 65:1, 101:11, 101:14, 102:7, 193:9, 193:10
**POSSESS** [15] - 9:24, 10:14, 10:15, 10:22, 29:15, 29:18, 29:25, 54:11, 54:24, 55:13, 56:19, 96:5, 123:6, 130:22, 147:9
**POSSESSING** [1] - 180:16
**POSSESSION** [31] -

46:15, 56:7, 56:8, 56:12, 56:13, 56:16, 56:18, 56:20, 56:22, 56:23, 57:1, 76:8, 77:10, 122:15, 122:18, 122:20, 126:15, 126:18, 127:2, 130:20, 133:15, 146:11, 146:14, 146:15, 146:20, 154:4, 159:25, 165:20, 165:23, 175:16, 179:20
**POSSIBILITY** [1] - 50:20
**POSSIBLE** [1] - 54:5
**POSTPONED** [1] - 182:7
**POTENTIAL** [10] - 32:14, 32:15, 32:20, 33:14, 34:4, 35:16, 36:13, 37:20, 81:7, 97:2
**POTENTIALLY** [5] - 13:11, 34:3, 95:16, 99:1, 153:6
**POWERFUL** [1] - 111:11
**PRAIRIE** [2] - 17:22, 44:14
**PRAY** [1] - 87:6
**PRECLUDE** [2] - 7:4, 20:3
**PREDICATE** [3] - 14:16, 15:25, 17:1
**PREDICT** [1] - 14:11
**PREDISPOSED** [3] - 142:5, 151:22, 153:8
**PREDISPOSITION** [3] - 150:18, 150:19, 153:3
**PREFER** [2] - 173:11, 173:24
**PREFLIGHT** [3] - 106:1, 106:11, 106:22
**PREJUDICE** [3] - 10:23, 102:15, 120:1
**PREJUDICED** [2] - 105:7, 172:10
**PRELIMINARY** [4] - 186:18, 188:16, 189:20, 190:1
**PREPONDERANCE** [3] - 31:11, 72:6, 113:7
**PREPONDERANCE-OF-THE-EVIDENCE** [1] - 113:7

**PRESCHOOL** [1] - 125:15
**PRESENCE** [1] - 45:5
**PRESENT** [28] - 3:10, 3:15, 4:14, 4:20, 5:17, 13:22, 23:17, 31:3, 79:6, 79:9, 79:15, 116:24, 116:25, 134:10, 186:10, 187:9, 188:9, 189:10, 196:1, 196:3, 196:10, 196:15, 196:17, 197:11
**PRESENTATION** [5] - 24:24, 25:16, 141:18, 142:1, 142:3
**PRESENTED** [21] - 31:18, 52:13, 67:13, 83:13, 93:21, 96:3, 111:19, 111:22, 129:1, 133:24, 135:14, 136:17, 190:9, 191:19, 193:8, 194:3, 194:24, 195:5, 195:7, 195:10, 196:19
**PRESENTING** [1] - 31:5
**PRESENTS** [3] - 55:8, 67:15, 67:16
**PRESIDING** [2] - 1:19, 2:3
**PRESTON** [1] - 199:12
**PRESUME** [6] - 67:14, 94:20, 123:20, 129:11, 145:25, 146:9
**PRESUMED** [7] - 30:17, 30:24, 67:6, 67:11, 95:6, 101:22, 135:19
**PRESUMING** [1] - 146:24
**PRESUMPTION** [11] - 30:23, 67:5, 67:7, 67:17, 86:25, 110:7, 111:4, 111:10, 111:25, 135:18, 193:12
**PRETRIAL** [2] - 6:6, 8:11
**PRETTY** [9] - 56:14, 71:17, 73:3, 73:4, 95:5, 117:12, 140:10, 156:24, 176:18
**PREVALENT** [1] - 146:12

**PREVIOUSLY** [2] - 64:21, 98:3
**PRINCIPLE** [1] - 74:8
**PRINT** [1] - 9:17
**PRINTS** [2] - 22:1, 22:3
**PRISCILLA** [1] - 37:4
**PRISON** [1] - 127:16
**PRIVATE** [2] - 41:24, 53:9
**PRO** [1] - 154:21
**PROBABLE** [2] - 109:14, 109:16
**PROBATION** [3] - 122:19, 122:20, 158:17
**PROBATIVE** [1] - 10:22
**PROBLEM** [16] - 15:8, 48:1, 49:7, 49:19, 50:3, 67:18, 91:9, 110:3, 117:16, 125:7, 146:5, 160:4, 160:10, 168:14, 174:16, 176:11
**PROBLEMS** [6] - 55:24, 56:5, 105:2, 137:2, 160:22, 175:20
**PROCEDURE** [2] - 46:24, 184:25
**PROCEED** [1] - 50:14
**PROCEEDED** [1] - 75:7
**PROCEEDING** [4] - 28:4, 28:12, 171:9, 198:13
**PROCEEDINGS** [2] - 1:24, 199:5
**PROCESS** [6] - 69:20, 132:5, 166:9, 191:5, 194:18
**PRODUCE** [3] - 16:10, 119:10, 149:2
**PRODUCED** [1] - 1:25
**PROFESSIONAL** [1] - 154:23
**PROFFERED** [1] - 21:1
**PROFIT** [1] - 58:11
**PROGRAMS** [1] - 43:14
**PROHIBITED** [1] - 64:10
**PROJECT** [1] - 190:18
**PROJECTOR** [1] - 190:17
**PRONOUNCED** [1] - 51:22
**PROOF** [21] - 31:1,

31:6, 31:10, 31:13, 66:15, 71:7, 71:16, 71:21, 72:12, 78:13, 83:23, 87:24, 102:25, 129:14, 135:23, 136:3, 150:15, 193:13, 193:14, 195:25, 196:16
**PROPENSITY** [3] - 92:10, 149:7, 149:21
**PROPER** [2] - 14:16, 65:17
**PROPERLY** [2] - 91:19, 133:24
**PROPOSAL** [1] - 185:3
**PROPOSE** [1] - 184:22
**PROSECUTE** [1] - 99:18
**PROSECUTED** [1] - 99:17
**PROSECUTING** [1] - 141:20
**PROSECUTION** [2] - 110:12, 142:14
**PROSECUTOR** [1] - 51:15
**PROTECT** [1] - 110:9
**PROTECTION** [1] - 111:11
**PROVE** [46] - 15:21, 15:25, 16:17, 16:25, 54:17, 54:19, 55:7, 65:23, 66:13, 66:15, 66:17, 66:25, 67:1, 70:3, 70:13, 72:10, 73:20, 74:15, 74:21, 78:15, 87:25, 91:2, 98:10, 98:11, 98:12, 98:15, 98:18, 98:20, 99:4, 99:24, 106:19, 110:24, 112:5, 112:11, 113:24, 113:25, 119:10, 123:11, 124:18, 129:15, 129:16, 132:17, 132:18, 149:1, 163:5, 196:16
**PROVED** [11] - 31:21, 31:23, 41:14, 70:16, 73:21, 75:14, 113:16, 113:17, 134:24, 181:6, 194:11
**PROVEN** [17] - 30:24, 31:8, 74:1, 74:2, 87:10, 92:9, 95:6, 98:9, 99:9, 99:13,

99:23, 111:24, 113:14, 135:21, 157:10, 181:1
**PROVES** [6] - 62:24, 64:14, 64:21, 70:2, 70:11, 111:5
**PROVIDED** [1] - 65:18
**PROVIDES** [1] - 184:25
**PROVING** [4] - 30:18, 71:6, 121:24, 151:16
**PSYCHIATRIC** [1] - 155:22
**PUBLIC** [9] - 34:13, 34:15, 35:11, 35:13, 35:19, 52:23, 52:25, 87:11, 116:8
**PUBLISH** [3] - 16:17, 16:18, 17:5
**PUBLISHED** [4] - 15:6, 15:11, 16:5, 16:11
**PULLED** [3] - 103:13, 127:23, 128:2
**PUNISH** [2] - 130:24, 131:24
**PURPOSE** [24] - 26:8, 27:21, 55:2, 55:5, 55:16, 55:19, 57:13, 90:25, 91:6, 91:18, 91:20, 91:25, 93:8, 94:10, 95:11, 95:12, 95:13, 119:13, 147:5, 147:10, 150:13, 153:19, 163:3, 193:1
**PURPOSES** [14] - 17:3, 68:19, 68:20, 68:22, 69:7, 91:10, 91:17, 94:3, 144:21, 147:13, 148:15, 163:6, 169:15, 171:23
**PURSUIT** [2] - 72:14, 171:14
**PUSH** [2] - 92:6, 151:8
**PUT** [19] - 72:23, 73:8, 74:19, 102:7, 114:24, 115:2, 115:20, 119:20, 121:9, 134:21, 136:22, 137:1, 169:19, 173:24, 179:6, 197:14, 197:18, 198:10
**PUTTING** [1] - 135:5

**Q**

**QUALIFIED** [1] - 52:8

**QUALIFY** [1] - 14:5
**QUANTITY** [2] - 15:17, 132:2
**QUARTARO** [1] - 187:25
**QUESTIONING** [6] - 50:15, 79:18, 88:25, 118:1, 118:19, 136:12
**QUESTIONS** [89] - 16:23, 16:24, 19:8, 19:23, 19:24, 39:21, 45:2, 45:11, 45:13, 50:25, 51:3, 51:8, 51:24, 51:25, 52:4, 52:19, 52:21, 53:6, 53:11, 56:5, 56:25, 57:2, 59:3, 59:11, 60:1, 69:17, 78:20, 80:19, 103:4, 103:19, 118:11, 118:14, 118:20, 119:3, 120:4, 120:7, 122:2, 122:4, 123:25, 125:22, 126:10, 129:22, 131:7, 132:23, 136:10, 137:9, 138:10, 138:11, 138:25, 141:5, 142:23, 144:5, 144:7, 145:13, 145:16, 145:17, 148:2, 150:21, 150:23, 153:23, 154:14, 157:17, 157:19, 159:9, 159:11, 162:1, 164:17, 166:23, 168:3, 170:2, 172:15, 172:17, 174:2, 174:23, 177:14, 177:25, 178:1, 178:2, 178:3, 179:8, 179:12, 181:10, 181:13, 183:13, 184:3, 184:4, 184:9, 189:2
**QUICK** [1] - 100:8
**QUIET** [2] - 80:4, 80:8
**QUIROLO** [1] - 37:7
**QUITE** [6] - 32:7, 69:15, 70:15, 85:25, 190:22, 190:23

**R**

**RADIO** [1] - 107:21
**RADIOS** [2] - 107:13, 107:20

RAINCOAT [3] - 63:8,
63:9, 63:13
RAINES [1] - 34:19
RAINING [2] - 63:3,
63:14
RAISE [12] - 38:4,
53:13, 80:19,
100:16, 103:21,
104:22, 105:2,
110:3, 112:19,
116:4, 116:6, 189:13
RAISED [24] - 50:4,
69:5, 116:18, 117:4,
117:7, 120:24,
122:12, 126:9,
133:4, 133:8, 143:6,
153:23, 155:13,
156:23, 158:3,
158:8, 159:22,
163:24, 165:17,
173:10, 175:13,
178:21, 179:17,
181:25
RAISES [1] - 10:19
RAISING [1] - 68:24
RAMIFICATIONS [1] -
198:11
RAMIRO [1] - 37:6
RANG [1] - 100:23
RANGE [1] - 101:10
RANGER [1] - 38:24
RATHER [2] - 16:15,
120:21
REACH [5] - 53:24,
61:19, 75:9, 75:22,
76:11
REACHED [2] - 54:24,
55:12
REACHING [1] - 39:16
REACTION [2] -
12:14, 51:4
READ [13] - 30:11,
32:10, 32:11, 32:17,
39:1, 136:19, 152:9,
167:22, 187:12,
187:14, 192:22,
193:6, 196:21
READY [13] - 5:17,
22:16, 23:15, 24:17,
50:18, 79:10, 79:11,
79:12, 79:17,
116:11, 186:13,
187:16
REAL [2] - 72:25,
117:22
REALITY [1] - 102:15
REALIZED [1] - 156:9
REALLY [20] - 7:1,
7:3, 86:24, 100:13,
125:11, 128:14,

131:16, 142:17,
146:12, 147:12,
152:11, 156:13,
162:16, 166:13,
167:8, 167:13,
167:15, 167:17,
167:19, 167:25
REALTIME [1] - 1:24
REASON [28] - 10:9,
12:3, 16:9, 18:19,
24:21, 61:18, 65:9,
66:1, 66:8, 66:9,
68:7, 68:8, 68:9,
88:4, 93:18, 95:22,
106:15, 109:1,
109:6, 114:15,
114:16, 115:3,
167:6, 167:7, 167:8,
188:12, 194:5, 195:5
REASONABLE [79] -
31:7, 31:8, 31:14,
31:17, 31:19, 31:20,
40:10, 41:12, 54:20,
54:21, 55:7, 62:16,
62:17, 62:23, 63:10,
64:14, 64:20, 65:24,
66:1, 66:4, 66:6,
66:10, 66:12, 66:22,
69:23, 70:3, 70:12,
70:13, 70:16, 71:8,
71:17, 71:22, 72:9,
72:10, 72:13, 72:18,
73:14, 73:20, 73:22,
74:7, 78:15, 81:4,
81:13, 82:2, 93:1,
102:25, 105:19,
106:20, 107:4,
107:7, 107:10,
108:5, 108:13,
108:15, 108:16,
108:22, 109:4,
109:8, 110:24,
111:6, 112:5, 113:5,
113:9, 115:18,
129:16, 129:17,
135:11, 136:4,
136:5, 157:8, 157:9,
157:13, 161:17,
161:22, 180:25,
181:5, 193:14,
194:12
REASONABLE-
DOUBT [2] - 74:7,
113:9
REASONING [1] -
148:16
REASONS [3] -
113:23, 155:23,
156:7
REBUTTABLE [1] -

67:7
REBUTTED [1] -
67:17
RECEIVE [4] - 54:17,
144:20, 198:1, 198:7
RECEIVED [4] - 5:25,
14:22, 81:10, 158:17
RECEIVES [1] - 14:24
RECENT [2] - 5:21,
139:14
RECENTLY [1] - 166:2
RECESS [8] - 78:25,
79:7, 79:8, 186:5,
186:9, 197:7,
197:12, 198:24
RECLAIM [2] - 56:21,
56:23
RECOGNIZE [3] -
37:8, 37:16, 169:19
RECOLLECTION [1] -
145:12
RECORD [12] - 4:24,
17:2, 17:3, 18:12,
49:16, 169:15,
169:19, 197:15,
197:18, 198:6,
198:11, 199:5
RECORDING [2] -
11:18
RECORDINGS [1] -
190:20
RECORDS [1] - 37:18
REDUCED [1] - 82:15
REETZ [7] - 3:21,
3:22, 25:12, 25:13,
25:15, 25:23, 27:17
REEVES [1] - 37:10
REFER [2] - 6:15,
26:11
REFERENCES [2] -
7:2, 7:3
REFERRED [1] -
102:21
REFERRING [1] - 69:6
REFUTES [1] - 153:1
REFUTING [1] -
151:17
REGARD [1] - 21:12
REGARDING [5] -
8:16, 17:11, 145:9,
162:25, 198:17
REGARDS [3] - 20:15,
65:15, 68:14
REGULAR [1] - 170:9
REHAB [1] - 122:21
REJECT [1] - 198:7
REJECTED [4] -
197:20, 198:3,
198:10, 198:20
RELATED [1] - 146:23

RELATES [15] - 46:15,
81:21, 82:3, 83:21,
91:8, 98:14, 99:10,
122:14, 126:14,
133:10, 154:4,
159:24, 165:20,
175:16, 179:20
RELATIONSHIP [3] -
38:10, 39:7, 39:18
RELATIONSHIPS [1] -
44:16
RELATIVE [1] - 105:1
RELAY [1] - 197:22
RELEASE [3] - 50:19,
126:2, 189:20
RELEASED [1] - 156:2
RELEVANT [3] -
10:12, 90:21, 171:4
RELIGIOUS [1] - 90:5
RELINQUISH [2] -
146:4, 147:19
RELY [2] - 98:1,
125:12
REMAIN [1] - 67:19,
67:21, 177:9
REMAINDER [1] -
116:25
REMAINING [1] - 36:1
REMARKS [1] -
192:19
REMEMBER [8] -
60:16, 116:2,
118:18, 132:12,
169:12, 176:21,
177:19, 196:15
REMIND [3] - 23:11,
26:15, 192:7
REMINDS [1] - 177:8
REMOTE [1] - 11:5
REMOVED [2] - 111:4,
124:21
RENDER [4] - 111:15,
113:4, 113:11,
189:16
RENE [7] - 1:8, 2:12,
3:12, 4:5, 6:13, 28:5,
29:13
RENEW [2] - 17:4,
20:20
RENTAL [1] - 37:18
REPEAT [1] - 81:20
REPEATING [1] - 70:7
REPHRASING [1] -
153:2
REPORT [2] - 14:22,
16:11
REPORTED [1] - 1:24
REPORTER [1] -
199:10
REPORTER'S [3] -

1:11, 2:1, 199:2
REPORTS [2] - 14:20,
14:24
REPRESENT [2] -
16:19, 18:3
REPRESENTATION
[1] - 18:3
REPRESENTED [1] -
25:4
REPRESENTING [1] -
25:6
REQUEST [7] - 8:5,
16:14, 18:24, 19:8,
19:11, 19:23, 20:25
REQUESTED [3] -
8:10, 18:19, 19:1
REQUESTING [2] -
20:8, 21:7
REQUESTS [2] - 7:15,
18:11
REQUIRE [7] - 48:20,
110:1, 115:24,
119:10, 149:1, 155:6
REQUIRED [10] -
17:4, 18:9, 47:7,
47:20, 55:23, 60:5,
74:9, 77:1, 85:3
REQUIREMENT [1] -
48:21
REQUIREMENTS [1] -
10:5
RESCHEDULE [5] -
46:20, 47:1, 117:7,
154:8, 179:5
RESEARCH [3] -
194:25, 195:2,
195:13
RESERVATIONS [1] -
158:23
RESERVE [1] - 196:7
RESISTING [1] -
155:21
RESOLVED [4] -
139:25, 140:2,
140:4, 176:11
RESOURCES [1] -
110:13
RESPECT [9] - 32:1,
74:14, 108:6, 111:6,
124:8, 177:11,
177:12, 197:25,
198:16
RESPOND [3] - 6:18,
51:7, 149:5
RESPONDED [2] -
149:8, 173:10
RESPONSE [11] -
19:15, 19:19, 20:12,
38:5, 45:4, 103:25,
133:11, 137:19,

137:21, 149:9, 178:17
**RESPONSES** [2] - 52:22, 69:17
**RESPONSIBILITIES** [3] - 53:21, 60:21, 61:5
**RESPONSIBILITY** [9] - 18:1, 31:2, 31:4, 48:21, 53:22, 54:6, 62:1, 78:14
**RESPONSIBLE** [2] - 108:9, 131:18
**REST** [3] - 24:5, 175:10, 188:17
**RESTROOM** [1] - 79:1
**RESTS** [1] - 31:4
**RESULT** [1] - 16:8
**RESULTED** [1] - 103:1
**RESULTS** [4] - 14:16, 15:7, 15:14, 15:18
**RESUME** [2] - 79:17, 192:17
**RETAIN** [1] - 56:22
**RETIRE** [1] - 24:15
**RETIRED** [2] - 42:24, 42:25
**RETURN** [6] - 31:22, 31:25, 40:11, 41:15, 181:2, 181:6
**RETURNED** [1] - 71:23
**RETURNING** [1] - 174:15
**REVERSE** [1] - 151:9
**REVIEWING** [1] - 19:11
**RICHARD** [3] - 1:19, 2:2, 23:21
**RICK** [2] - 32:23, 33:3
**RIGHTS** [3] - 21:14, 111:11, 140:5
**RING** [2] - 71:19, 71:22
**RISE** [1] - 197:10
**RISK** [2] - 82:21, 82:23
**ROAD** [1] - 199:12
**ROB** [3] - 56:1, 56:3, 143:19
**ROBBED** [1] - 52:11
**ROBBERY** [3] - 52:13, 55:25, 60:17
**ROBERT** [3] - 32:22, 34:16, 35:4
**RODRIGUEZ** [1] - 36:19
**ROGERS** [1] - 187:21
**ROLE** [4] - 59:17, 59:19, 59:23, 59:25

**ROOM** [15] - 24:15, 32:9, 46:4, 80:17, 88:22, 90:3, 100:2, 100:11, 116:16, 128:16, 186:7, 194:8, 195:19, 195:20, 197:9
**ROPE** [2] - 73:2, 73:10
**ROUGHHOUSING** [1] - 61:12
**ROUTE** [1] - 106:5
**ROW** [16] - 38:5, 40:3, 40:15, 41:6, 41:20, 42:7, 42:8, 42:22, 42:23, 43:12, 44:21, 44:22, 45:23, 45:24, 45:25, 115:1
**RULE** [1] - 10:5, 184:24
**RULES** [4] - 30:6, 62:18, 184:25, 193:12
**RULING** [6] - 8:14, 10:7, 12:24, 20:13, 192:12, 192:15
**RULINGS** [2] - 7:7, 192:10
**RUMPPE** [1] - 35:10
**RUN** [1] - 43:13
**RUNNING** [3] - 20:18, 20:19, 61:13
**RUNS** [1] - 142:12
**RUNWAY** [1] - 106:5

# S

**SABRINA** [1] - 36:22
**SACK** [1] - 134:11
**SAFE** [1] - 141:14
**SAFETY** [5] - 34:13, 34:15, 35:11, 35:13, 35:19
**SALAZAR** [18] - 1:8, 2:12, 3:12, 4:5, 4:9, 6:13, 6:17, 6:20, 7:10, 28:5, 28:9, 29:9, 29:13, 69:11, 69:13, 197:25, 199:23
**SAMPLES** [1] - 21:23
**SANFORD** [8] - 7:6, 8:15, 9:12, 9:17, 23:16, 186:13, 187:12, 187:16
**SATISFACTION** [2] - 140:2, 143:24
**SATISFIED** [1] - 136:5
**SAW** [11] - 9:13, 9:14, 11:17, 16:16, 62:11, 63:11, 66:19, 76:25,

170:6, 182:24, 183:1
**SCALES** [3] - 62:8, 110:20, 110:21
**SCARED** [1] - 101:10
**SCENARIO** [1] - 97:2
**SCENARIOS** [2] - 97:16, 99:1, 149:14
**SCENES** [1] - 157:1
**SCHEDULED** [2] - 46:25, 47:3
**SCHEDULING** [1] - 16:9
**SCHELL** [4] - 1:19, 2:3, 23:21, 110:10
**SCHEME** [7] - 57:16, 57:19, 58:21, 59:14, 91:1, 92:22
**SCHOLAR** [1] - 53:23
**SCHOOL** [7] - 41:24, 44:10, 125:10, 125:14, 125:18, 154:20, 166:8
**SCHROEDER** [1] - 36:22
**SCOUT** [1] - 154:11
**SCREEN** [3] - 108:7, 190:16, 190:19
**SEARCH** [4] - 12:3, 12:4, 12:18, 17:12
**SEASON** [1] - 138:21
**SEAT** [4] - 91:13, 186:17, 187:14, 188:14
**SEATED** [7] - 23:18, 24:1, 24:19, 25:2, 25:14, 28:2, 50:21, 79:16, 117:1, 189:11, 189:18
**SEATING** [1] - 164:5
**SEATS** [2] - 112:15, 187:10
**SECOND** [22] - 3:14, 10:2, 14:1, 22:5, 40:15, 41:6, 41:20, 42:7, 44:22, 45:25, 60:21, 62:1, 73:22, 81:6, 90:23, 91:17, 96:24, 126:12, 154:2, 155:24, 156:18, 165:15
**SECONDLY** [1] - 55:1
**SECURITY** [3] - 75:7, 125:6, 197:10
**SEE** [52] - 9:1, 11:10, 12:25, 15:23, 21:6, 22:14, 22:22, 23:8, 27:9, 29:2, 30:7, 32:6, 42:14, 45:25, 47:11, 51:4, 56:10, 60:4, 63:5, 74:22,

79:4, 86:4, 91:15, 101:9, 101:11, 101:16, 101:19, 103:6, 103:25, 112:3, 112:4, 115:1, 115:19, 119:2, 121:9, 128:16, 139:17, 149:17, 149:22, 156:24, 158:3, 168:10, 174:24, 175:10, 179:4, 180:5, 185:21, 190:16, 193:10, 195:10, 198:23
**SEEING** [2] - 76:25, 108:6
**SEEKING** [1] - 6:14
**SEEM** [1] - 83:17
**SEES** [2] - 15:12, 15:17
**SEIZED** [4] - 12:23, 22:6, 22:12, 62:8
**SELECT** [5] - 23:23, 24:9, 24:10, 53:16, 80:6
**SELECTED** [11] - 51:18, 52:1, 53:19, 53:20, 60:20, 78:11, 80:8, 89:8, 162:11, 162:17, 186:12
**SELECTION** [7] - 5:2, 5:18, 12:20, 23:2, 23:23, 24:24, 50:15
**SELL** [9] - 57:23, 57:24, 58:10, 58:13, 58:15, 59:20, 76:8, 97:4, 97:10
**SELLING** [5] - 57:22, 58:7, 58:9, 58:17, 132:6
**SELLS** [1] - 59:6
**SENDING** [1] - 195:19
**SENIOR** [1] - 121:7
**SENSE** [24] - 59:2, 61:8, 61:10, 61:18, 61:22, 65:9, 66:2, 66:7, 66:8, 66:9, 68:7, 68:8, 68:9, 81:2, 81:14, 83:16, 88:2, 91:4, 105:17, 105:18, 109:6, 161:21, 191:10
**SENTENCE** [1] - 82:15
**SENTENCED** [2] - 121:14, 134:3
**SENTENCING** [3] - 19:16, 19:17, 19:20
**SEPARATE** [6] - 86:6,

86:8, 86:18, 86:19, 99:5, 151:17
**SEPARATELY** [5] - 32:1, 84:10, 86:21, 185:16, 185:18
**SEPARATING** [2] - 84:22, 177:1
**SEPARATION** [1] - 176:10
**SERVE** [8] - 50:16, 53:16, 53:24, 66:20, 172:8, 187:13, 188:7, 197:5
**SERVED** [12] - 30:8, 30:11, 30:15, 37:22, 37:24, 40:16, 71:10, 71:11, 74:23, 75:25, 122:18, 156:1
**SERVES** [1] - 7:24
**SERVICE** [6] - 30:14, 52:12, 166:7, 188:21, 189:8, 197:1
**SERVICES** [3] - 28:11, 28:20, 29:8
**SERVING** [5] - 37:25, 38:12, 41:9, 195:15, 195:16
**SET** [13] - 5:2, 46:20, 53:1, 74:15, 89:8, 97:17, 110:18, 124:9, 132:4, 132:6, 150:7, 151:25, 162:17
**SEVEN** [9] - 5:8, 5:9, 24:3, 49:2, 49:4, 76:4, 78:12, 185:13, 186:1
**SEVER** [3] - 18:18, 19:7, 19:21
**SEVERAL** [4] - 32:11, 39:6, 123:1, 198:19
**SEVERED** [1] - 18:23
**SEXUAL** [1] - 75:20
**SHADOW** [2] - 66:16, 66:18, 67:2
**SHAKE** [1] - 133:23
**SHAKEN** [1] - 52:16
**SHANNON** [1] - 36:16
**SHARE** [2] - 81:8, 83:21
**SHARING** [1] - 132:6
**SHED** [1] - 89:3
**SHERIFF** [1] - 40:18
**SHERIFF'S** [2] - 34:11, 38:9
**SHERMAN** [22] - 1:3, 4:2, 17:22, 25:21, 26:2, 27:23, 27:25, 33:11, 33:15, 33:16, 33:17, 33:19, 33:21,

33:23, 33:25, 34:8, 37:19, 38:21, 38:25, 39:3, 39:5, 39:24
SHERYL [1] - 187:21
SHIFTS [1] - 135:24
SHIP [1] - 40:12
SHIPS [1] - 44:17
SHIRT [2] - 28:14, 103:13
SHORT [1] - 100:8
SHORTLY [2] - 54:4, 54:21
SHOW [16] - 16:7, 26:13, 30:7, 71:9, 90:25, 91:6, 91:25, 92:10, 104:22, 134:12, 152:21, 167:17, 188:23, 188:25, 191:22, 197:9
SHOWED [1] - 9:9
SHOWING [1] - 96:20
SHOWN [10] - 15:16, 97:20, 123:23, 190:11, 190:12, 190:13, 190:14, 190:15, 191:23, 195:4
SHOWS [2] - 66:13, 67:20
SIC [3] - 7:9, 107:15, 166:23
SIC] [5] - 41:8, 86:2, 86:4, 173:22, 173:23
SICK [2] - 24:21, 108:25
SIDE [27] - 39:2, 40:15, 43:11, 46:3, 46:4, 46:18, 72:7, 80:10, 80:17, 87:12, 87:20, 87:21, 88:8, 88:12, 88:16, 89:21, 90:3, 90:4, 100:2, 110:13, 110:20, 152:3, 184:17, 185:9, 186:3, 191:19
SIDES [11] - 44:6, 87:18, 87:20, 110:11, 136:13, 137:3, 137:19, 141:9, 156:24, 195:10, 195:11
SIGNED [3] - 8:24, 9:6, 14:17
SIGNS [1] - 60:7
SILENT [2] - 67:19, 67:21
SIMILAR [35] - 10:11, 10:13, 10:21, 10:24, 11:8, 11:22, 12:1,

52:15, 53:11, 92:6, 93:6, 93:7, 93:14, 93:19, 94:15, 94:17, 96:6, 97:21, 98:1, 98:4, 144:14, 144:17, 146:3, 147:4, 147:10, 147:14, 147:19, 147:22, 163:1, 163:2, 163:9, 163:12, 163:13, 163:16, 172:1
SIMILAR-ACT [5] - 10:11, 11:22, 144:14, 163:1, 163:9
SIMILARITIES [1] - 146:2
SIMILARLY [1] - 146:23
SIMPLE [2] - 61:15, 146:15
SIMPLY [14] - 19:12, 20:7, 31:11, 39:13, 42:18, 51:3, 74:11, 78:2, 78:5, 121:20, 145:25, 152:24, 177:8, 193:22
SINGLE [2] - 61:7, 110:10
SISTER [5] - 42:10, 175:17, 175:20, 176:11, 177:8
SISTER'S [2] - 176:22, 178:6
SISTER-IN-LAW [1] - 42:10
SIT [32] - 52:7, 52:9, 63:4, 67:10, 74:17, 79:5, 84:21, 85:2, 86:16, 88:6, 90:6, 99:11, 100:4, 101:14, 101:18, 108:19, 110:8, 111:13, 111:15, 112:1, 112:17, 123:21, 129:11, 130:5, 140:20, 160:5, 160:12, 164:1, 164:13, 165:8, 167:7, 167:11
SITES [1] - 195:14
SITTING [23] - 49:7, 49:15, 50:2, 73:17, 78:23, 78:24, 85:10, 85:15, 86:7, 100:12, 109:25, 117:14, 117:23, 118:3, 118:4, 123:20, 132:1, 160:7, 160:9, 160:10, 164:3,

164:4, 167:10
SITUATION [9] - 47:5, 70:10, 97:19, 98:13, 103:20, 129:7, 147:18, 147:20, 177:8
SITUATIONS [2] - 97:18, 98:20
SIX [6] - 19:9, 23:6, 49:2, 49:4, 80:14, 184:16
SKEWING [1] - 112:24
SLEEP [2] - 47:23, 49:1, 49:3, 164:7, 164:14, 165:7
SLEEVES [1] - 103:12
SLIP [1] - 188:24
SMART [1] - 72:21
SMARTPHONE [1] - 195:17
SMITH [2] - 32:25, 33:3
SO-AND-SO [1] - 14:9
SO.. [7] - 50:7, 50:10, 89:21, 131:22, 164:9, 168:1, 183:3
SOBERING [1] - 156:25
SOCIAL [1] - 75:7
SOCIALIZED [1] - 42:1
SOLE [3] - 56:12, 56:13, 84:2
SOLELY [2] - 62:22, 87:4
SOLEMNLY [1] - 189:14
SOMEONE [29] - 22:2, 24:21, 54:16, 60:12, 61:25, 62:10, 63:7, 65:19, 91:15, 101:11, 102:6, 103:17, 104:9, 104:11, 104:25, 109:20, 110:1, 114:6, 118:17, 119:14, 121:19, 124:18, 135:8, 148:16, 148:22, 149:8, 179:15, 194:20, 195:15
SOMETIME [1] - 29:11
SOMETIMES [21] - 8:12, 14:8, 14:10, 24:20, 48:18, 50:2, 71:4, 82:14, 90:18, 90:19, 90:20, 90:24, 98:8, 98:11, 103:2, 113:3, 117:23, 138:22, 141:9,

176:25, 188:19
SOMEWHAT [3] - 80:4, 80:5
SON [10] - 40:22, 101:2, 123:2, 126:15, 127:20, 131:1, 131:11, 132:4, 165:22, 165:24
SON'S [3] - 127:15, 128:11, 129:4
SOON [2] - 63:6, 70:25
SORRY [12] - 10:6, 40:20, 41:17, 42:12, 48:11, 57:10, 75:21, 88:10, 127:13, 141:25, 149:17, 150:16
SORT [6] - 84:11, 87:22, 89:3, 142:15, 147:11, 174:16
SOULS [1] - 78:11
SOUND [3] - 34:2, 36:24, 90:12
SOUTH [2] - 142:2, 142:3
SPANISH [6] - 4:8, 4:24, 5:1, 29:1, 29:4
SPANISH-LANGUAGE [3] - 4:8, 4:24, 29:1
SPASMS [1] - 164:1
SPEAKER [1] - 87:11
SPEAKING [2] - 52:25, 117:19
SPEAKS [1] - 28:25
SPECIAL [20] - 3:23, 3:25, 25:17, 25:19, 27:18, 32:13, 32:17, 32:19, 32:20, 32:22, 32:23, 32:24, 32:25, 33:1, 33:2, 33:3, 33:4, 33:7, 33:9, 33:10
SPECIALIST [1] - 35:20
SPECIFIC [10] - 19:8, 19:23, 54:3, 54:4, 54:18, 54:19, 57:8, 65:25, 151:13
SPECIFICALLY [2] - 7:2, 7:21
SPECULATE [1] - 183:23
SPECULATION [1] - 183:21
SPEEDING [1] - 109:16
SPEEDY [2] - 8:25,

9:5
SPEEDY-TRIAL [1] - 8:25
SPENDING [1] - 101:6
SPENT [2] - 127:6, 127:16
SPONSOR [1] - 114:23
SPORTS [1] - 167:17
SPOUSE'S [1] - 45:9
SPRING [1] - 170:8
SPRINGTIME [1] - 154:20
SQUEEZE [1] - 73:14
STACY [1] - 35:20
STAFF [2] - 26:1, 27:20
STAKE [2] - 72:16, 72:18
STAND [21] - 8:7, 26:12, 28:5, 28:13, 30:5, 30:19, 42:16, 49:9, 49:15, 62:5, 68:6, 79:1, 102:17, 110:16, 112:21, 114:5, 114:6, 117:15, 189:13, 191:1, 192:11
STANDARD [7] - 31:6, 109:9, 109:10, 113:7, 113:9, 136:3, 193:14
STANDARDS [1] - 43:21
STANDING [1] - 118:2
STARR [1] - 188:4
START [19] - 6:13, 14:8, 14:11, 24:24, 38:4, 38:7, 46:16, 63:5, 85:14, 105:23, 116:13, 116:20, 116:21, 141:21, 145:14, 153:7, 162:12, 186:21, 196:10
STARTED [5] - 131:1, 131:11, 141:18, 142:1, 163:24
STARTING [1] - 125:10
STARTS [2] - 55:21, 162:14
STATE [18] - 10:2, 10:17, 11:2, 17:3, 17:20, 17:23, 17:24, 75:1, 75:13, 76:9, 93:11, 102:10, 103:2, 127:16, 144:21, 154:23, 163:4, 176:19

**STATEMENT** [10] -
13:12, 13:15,
120:20, 137:19,
191:21, 191:24,
196:3, 196:5, 196:6,
196:7
**STATEMENTS** [8] -
13:10, 13:21, 14:5,
20:4, 189:24,
191:17, 192:1, 196:9
**STATES** [7] - 1:1, 1:6,
3:11, 25:4, 64:7,
111:23
**STATING** [1] - 83:13
**STAY** [7] - 78:22,
103:4, 116:21,
138:23, 167:6, 186:7
**STEAKHOUSE** [1] -
138:22
**STEALING** [1] -
121:11
**STENOTYPE** [1] -
1:24
**STEP** [2] - 22:19,
116:15
**STEPHANIE** [1] -
187:25
**STEPPED** [2] - 103:6,
176:7
**STEWART** [1] - 37:3
**STICK** [1] - 128:24
**STILL** [20] - 52:16,
59:7, 59:10, 70:24,
83:14, 92:9, 92:15,
95:13, 101:17,
106:11, 118:7,
120:1, 124:16,
128:18, 131:3,
135:2, 136:25,
162:9, 175:4, 182:6
**STOP** [13] - 12:3, 12:4,
12:18, 12:23, 13:11,
17:12, 32:11, 34:2,
34:21, 36:24,
165:12, 174:25,
188:23
**STOPPED** [1] - 103:17
**STORE** [2] - 143:13,
143:20
**STORY** [10] - 64:19,
87:18, 87:20, 87:21,
87:25, 88:8, 88:13,
88:16, 89:21
**STRAIGHT** [1] - 59:1
**STRAIGHTFORWAR
D** [1] - 56:14
**STRAUSER** [1] - 35:6
**STREAK** [2] - 177:21,
177:22
**STREET** [1] - 22:7

**STRETCH** [2] - 78:22,
79:1
**STRICKEN** [6] - 138:8,
148:13, 172:25,
174:21, 184:12,
185:14
**STRICTLY** [1] - 131:2
**STRIKE** [26] - 80:13,
120:13, 120:20,
126:5, 137:17,
138:5, 139:8,
148:10, 153:13,
153:18, 155:6,
165:6, 165:11,
168:13, 168:20,
174:10, 174:11,
174:16, 178:11,
178:16, 179:14,
184:17, 184:20,
185:10, 186:3
**STRIKES** [9] - 23:2,
23:6, 175:1, 175:8,
184:15, 184:20,
185:3, 186:1, 186:2
**STRIKING** [2] -
168:15, 174:20
**STRONG** [11] - 92:24,
102:19, 104:8,
104:11, 105:7,
112:21, 112:25,
113:1, 124:6, 124:9,
124:11
**STRONGER** [1] -
102:6
**STRUCTURE** [1] -
151:25
**STRUGGLED** [1] -
105:12
**STUCK** [1] - 138:22
**STUDIES** [1] - 52:24
**STUFF** [7] - 62:8,
84:10, 105:10,
112:22, 154:21,
162:12
**STYLED** [1] - 3:11
**SUBJECT** [3] - 11:25,
13:9, 160:24
**SUBMIT** [2] - 21:23,
148:8
**SUBMITTED** [2] -
189:16, 189:17
**SUBPOENAED** [1] -
16:20
**SUBSEQUENT** [1] -
6:16
**SUBSEQUENTLY** [1]
- 198:3
**SUBSTANCE** [3] -
29:17, 54:13, 56:8
**SUBSTANTIALLY** [2]

- 10:23, 11:23
**SUCCESSFUL** [2] -
55:22, 60:16
**SUFFICIENT** [7] -
10:19, 59:15, 64:12,
64:16, 64:22, 81:4,
81:5
**SUIT** [1] - 139:21
**SUITE** [3] - 2:9, 2:15,
3:4
**SUM** [1] - 192:7
**SUMMARY** [1] -
191:23
**SUMMER** [1] - 154:21
**SUMMONSED** [1] -
189:6
**SUPER** [2] - 37:18,
111:1
**SUPERSEDING** [1] -
3:14
**SUPPORT** [8] - 20:3,
25:13, 26:1, 48:10,
48:12, 48:14, 83:13,
83:15
**SUPPOSED** [1] -
131:17
**SUPPRESS** [6] -
12:15, 17:9, 17:14
**SUPPRESSION** [1] -
12:22
**SURFACE** [2] - 160:5,
160:7
**SURGERY** [1] - 46:24
**SURPRISED** [1] -
197:2
**SUSTAIN** [2] - 64:12,
192:13
**SWAY** [4] - 92:19,
123:10, 151:10
**SWAYS** [1] - 77:18
**SWEAR** [1] - 189:15
**SWITCH** [1] - 131:15
**SWORN** [1] - 54:8
**SYMPATHY** [1] -
171:11
**SYSTEM** [3] - 72:16,
74:15, 111:10
**SYSTEMS** [1] - 106:3

---

**T**

**T.I** [1] - 169:6
**TABLE** [15] - 1:15,
3:20, 4:4, 24:1, 25:2,
25:11, 28:3, 73:9,
74:17, 96:22, 110:1,
123:21, 132:1,
134:11, 199:18
**TAINTED** [2] - 171:9,
171:21

**TAKEOFF** [1] - 105:24
**TAKERS** [2] - 74:13,
78:4
**TANGIBLE** [1] - 62:8
**TAPE** [4] - 72:24, 73:2,
73:9, 73:11
**TASK** [1] - 39:13
**TASKA** [1] - 36:9
**TATTOO** [1] - 7:3
**TATTOOS** [1] - 6:17
**TAUGHT** [1] - 41:23
**TAXI** [1] - 105:24
**TAYLOR** [1] - 34:12
**TEACHER** [2] - 44:10,
171:6
**TEAM** [7] - 48:10,
48:12, 48:15, 48:16,
48:22, 154:23
**TECHNOLOGY** [1] -
71:4
**TEENAGE** [1] - 100:25
**TELLER** [1] - 52:11
**TEND** [3] - 89:6,
147:23, 148:14
**TENDENCY** [1] -
105:10
**TENNESSEE** [3] -
155:20, 156:16,
156:19
**TERM** [3] - 51:22,
67:4, 72:5
**TERMS** [4] - 66:13,
69:24, 141:19
**TERYE** [1] - 187:23
**TEST** [3] - 10:10,
104:2, 136:4
**TESTED** [1] - 16:6
**TESTIFIED** [1] - 76:22
**TESTIFIES** [7] - 14:21,
15:1, 15:15, 62:11,
78:6, 91:15, 191:3
**TESTIFY** [50] - 13:9,
15:13, 15:14, 16:6,
37:17, 38:15, 38:16,
39:4, 49:9, 64:1,
67:22, 68:1, 68:2,
68:11, 74:9, 74:11,
76:17, 77:1, 81:22,
82:17, 87:1, 87:2,
87:3, 87:7, 87:9,
88:3, 88:23, 89:3,
89:9, 89:18, 89:22,
110:16, 118:18,
119:12, 119:16,
119:22, 120:22,
148:23, 148:25,
149:3, 150:4,
150:12, 151:11,
153:20, 190:24,
191:1

**TESTIFYING** [13] -
13:23, 15:7, 15:13,
62:5, 64:11, 65:20,
68:5, 74:14, 83:7,
83:9, 89:1, 149:8,
149:15
**TESTIMONIAL** [2] -
62:4, 62:5
**TESTIMONY** [49] -
11:11, 11:24, 13:5,
13:8, 13:19, 20:21,
20:25, 39:14, 39:18,
42:15, 43:20, 49:8,
63:20, 63:21, 64:2,
64:11, 64:13, 64:14,
64:15, 65:13, 77:22,
80:22, 81:9, 81:11,
81:12, 81:17, 81:25,
82:1, 82:4, 84:22,
86:1, 95:7, 114:18,
114:21, 129:1,
149:12, 149:18,
151:19, 152:23,
152:25, 153:7,
182:25, 188:10,
190:10, 190:21,
191:3, 192:2, 193:10
**TESTS** [1] - 15:15
**TEXARKANA** [1] -
26:4
**TEXAS** [25] - 1:2, 1:8,
2:2, 2:10, 2:16, 2:22,
3:5, 17:23, 26:2,
26:3, 26:7, 26:20,
28:10, 34:12, 34:14,
35:10, 35:18, 38:24,
43:14, 44:1, 51:14,
51:16, 169:6,
169:20, 199:13
**TEXT** [2] - 195:17,
195:20
**TEXT-MESSAGING**
[1] - 195:17
**THEMSELVES** [5] -
62:7, 86:17, 88:20,
112:16, 192:2
**THEORY** [1] - 56:5
**THEREAFTER** [2] -
29:12, 63:7
**THEREFORE** [1] -
17:12
**THEY'VE** [16] - 80:24,
81:13, 81:22, 83:23,
86:11, 86:13, 92:5,
98:10, 98:11, 98:22,
99:13, 99:23,
106:18, 109:13,
123:12, 157:10
**THIEU** [1] - 36:7
**THINKING** [8] - 85:22,

100:13, 101:2,
132:13, 132:16,
167:10, 171:3, 171:5
**THIRD** [4] - 42:8,
42:22, 73:22, 115:1
**THOROUGHLY** [1] -
67:24
**THOUGHTS** [18] -
82:5, 82:6, 82:25,
83:6, 83:11, 83:22,
85:4, 89:16, 92:8,
92:17, 94:13, 95:4,
96:16, 99:14, 194:2,
194:3, 194:4, 194:12
**THREAT** [1] - 72:3
**THREATENING** [1] -
71:24
**THREE** [34] - 23:2,
24:6, 28:3, 29:22,
30:19, 31:2, 31:18,
32:2, 51:1, 54:19,
55:6, 64:21, 70:9,
70:11, 76:16, 84:6,
84:23, 96:20, 104:7,
105:7, 113:14,
113:16, 113:17,
113:18, 121:24,
123:6, 123:20,
125:8, 127:10,
129:9, 135:11,
145:6, 159:5, 184:18
**THREE-ELEMENT** [1]
- 70:9
**THRILLED** [1] - 79:25
**THROUGHOUT** [2] -
26:3, 145:21
**THROWING** [1] -
85:21
**THUNDER** [2] - 63:5,
63:11
**TIBBS** [1] - 36:4
**TICKET** [1] - 109:16
**TIE** [1] - 72:25
**TILT** [1] - 110:21
**TIMOTHY** [7] - 2:18,
3:12, 4:14, 8:22,
28:12, 29:13, 79:19
**TINY** [1] - 73:23
**TIP** [1] - 61:13
**TODAY** [15] - 5:8,
18:25, 23:22, 52:7,
52:12, 85:2, 88:6,
153:8, 160:22,
188:18, 188:23,
189:7, 189:21,
197:20, 198:9
**TODAY'S** [1] - 188:21
**TOGETHER** [13] -
56:15, 57:12, 58:18,
79:4, 84:6, 84:15,

84:16, 84:19, 85:11,
85:12, 86:7, 194:14
**TOMORROW** [8] -
178:24, 178:25,
179:2, 179:16,
190:16, 195:24,
197:7, 198:23
**TONEY** [1] - 34:8
**TONIGHT** [1] - 164:6
**TONY** [1] - 38:24
**TOOK** [5] - 83:8,
114:6, 116:2,
133:12, 182:25
**TOP** [1] - 151:8
**TOPIC** [1] - 162:13
**TOPICS** [2] - 80:2,
90:10
**TOTAL** [2] - 24:11,
84:1
**TOTALITY** [2] - 61:23,
66:7
**TOTALLY** [5] - 58:25,
137:6, 141:8,
141:14, 146:6
**TOUCH** [1] - 51:4
**TOUCHED** [1] - 74:8
**TOUCHY** [1] - 160:23
**TOUGH** [3] - 86:2,
86:5, 86:17
**TOWARD** [3] - 140:5,
142:18, 149:8
**TOWN** [3] - 41:24,
47:4, 125:11
**TRACEY** [3] - 2:6,
3:16, 25:6
**TRACK** [1] - 32:4
**TRAFFIC** [4] - 12:3,
12:4, 13:10, 108:4
**TRANSACTION** [1] -
59:24
**TRANSCRIPT** [3] -
1:11, 1:25, 199:5
**TRANSCRIPTION** [1] -
1:25
**TRAVEL** [2] - 154:11,
154:19
**TRAVELING** [1] - 9:2
**TREAT** [1] - 128:18
**TREATED** [11] -
127:20, 133:21,
156:4, 156:6,
156:10, 158:21,
158:23, 166:11,
176:16, 176:17,
180:12
**TREATMENT** [1] -
46:24
**TREVATHAN** [1] -
36:10
**TREY** [1] - 36:4

**TRIAL** [90] - 1:11, 5:4,
5:9, 7:17, 8:6, 8:25,
9:5, 10:22, 11:8,
18:20, 18:21, 18:23,
18:24, 18:25, 19:2,
19:17, 19:18, 20:10,
24:2, 24:3, 24:13,
24:18, 24:23, 28:4,
28:12, 30:22, 31:15,
32:2, 39:15, 41:13,
50:17, 51:20, 54:1,
63:23, 76:5, 85:11,
86:19, 87:1, 87:2,
89:2, 89:21, 93:10,
93:12, 93:13, 96:4,
101:24, 102:11,
102:24, 103:1,
114:19, 118:7,
130:8, 134:1,
134:12, 134:13,
134:14, 134:19,
140:22, 140:23,
141:21, 142:1,
142:20, 144:22,
147:23, 148:22,
149:12, 150:2,
155:5, 159:6,
162:11, 163:8,
172:2, 174:14,
179:16, 182:16,
188:13, 188:21,
190:4, 190:17,
191:12, 192:9,
192:18, 193:16,
193:17, 193:24,
194:7, 194:15,
195:6, 198:13,
198:21
**TRIALS** [2] - 30:8,
30:12
**TRIED** [3] - 84:7,
84:18, 143:19
**TRIGGER** [1] - 123:16
**TRIP** [1] - 47:2
**TROOPER** [2] - 34:12,
34:14
**TROUBLE** [4] - 49:14,
87:19, 94:9, 135:3
**TROUBLES** [1] -
135:2
**TRUCK** [1] - 183:1
**TRUE** [2] - 113:25,
114:1
**TRULY** [1] - 189:15
**TRUTH** [6] - 51:23,
60:23, 61:19, 78:7,
191:11
**TRUTHFULLY** [1] -
83:9
**TRY** [14] - 58:4, 74:19,

80:1, 84:6, 84:18,
94:21, 94:23,
110:14, 114:24,
147:17, 147:20,
149:19, 152:10,
189:15
**TRYING** [6] - 7:4,
13:8, 91:6, 96:13,
113:6, 171:11
**TUESDAY** [1] - 2:1
**TURN** [1] - 70:19
**TV** [4] - 66:13, 67:5,
67:20, 167:16
**TWEETS** [1] - 195:17
**TWICE** [1] - 156:11
**TWINE** [1] - 73:9
**TWIST** [1] - 73:6
**TWO** [47] - 5:4, 10:4,
10:11, 12:1, 12:19,
13:25, 14:17, 20:16,
24:11, 24:17, 25:15,
29:1, 41:23, 49:10,
50:17, 50:20, 53:17,
53:20, 54:23, 55:12,
56:1, 57:12, 60:21,
61:11, 62:21, 78:21,
90:10, 107:21,
110:11, 117:6,
153:23, 155:20,
156:5, 156:21,
158:17, 160:3,
160:14, 163:25,
164:13, 182:10,
184:16, 184:20,
184:23, 185:3,
185:9, 188:8, 189:6
**TYLER** [1] - 26:3
**TYPE** [21] - 13:12,
14:9, 52:6, 52:10,
52:17, 57:2, 75:5,
75:19, 76:7, 77:15,
80:7, 85:24, 92:7,
94:19, 122:25,
123:1, 129:7,
144:20, 161:3,
171:9, 195:4
**TYPES** [8] - 56:8,
62:2, 84:18, 91:7,
100:12, 128:17,
163:9, 180:1
**TYPICAL** [1] - 14:23
**TYPICALLY** [2] - 57:1,
63:19

**U**

**U.S** [28] - 1:19, 2:2,
2:7, 2:8, 3:15, 3:21,
25:4, 25:5, 25:12,
25:13, 25:23, 26:1,

26:5, 26:6, 26:8,
26:15, 26:19, 26:20,
27:13, 51:13,
139:21, 140:16,
141:11, 142:12,
142:13, 142:19,
199:11
**ULTIMATE** [2] - 15:7,
94:12
**ULTIMATELY** [2] -
87:7, 112:15
**UMBRELLA** [3] - 63:8,
63:13
**UNBIASED** [2] -
140:18, 177:10
**UNCOMFORTABLE**
[3] - 160:6, 160:11,
167:10
**UNDER** [11] - 6:6,
10:10, 18:3, 19:18,
91:16, 167:14,
171:23, 182:5,
183:19, 183:23,
190:25
**UNDERLYING** [1] -
17:1
**UNDERSTAND..** [1] -
104:7
**UNDERSTANDABLE**
[2] - 137:6, 141:8
**UNDO** [1] - 73:2
**UNEMPLOYED** [1] -
125:17
**UNFAIR** [1] - 10:23
**UNFAIRLY** [7] -
127:20, 133:21,
156:5, 158:22,
166:11, 176:16,
180:13
**UNFORTUNATELY**
[1] - 91:13
**UNINDICTED** [1] -
78:1
**UNION** [1] - 37:18
**UNITED** [2] - 1:1, 1:6,
3:11, 25:3, 25:4
**UNLAWFUL** [9] -
29:20, 55:1, 55:5,
55:16, 55:19, 57:13,
57:15, 57:19, 59:13
**UNLESS** [10] - 16:2,
30:24, 81:12, 82:2,
110:6, 135:21,
174:11, 174:17,
179:14, 185:16
**UNLIKE** [1] - 69:15
**UNSUPPORTED** [2] -
81:11, 82:1
**UNSURE** [1] - 128:22
**UNTIMELY** [3] - 6:12,

12:19, 19:22
**UNTRUTHFULLY** [2] -
82:17, 83:9
**UNWIND** [1] - 73:1
**UP** [72] - 6:11, 8:7,
13:25, 15:21, 16:9,
16:17, 18:10, 19:13,
24:13, 26:22, 28:5,
29:12, 30:10, 38:19,
41:16, 45:6, 45:21,
45:25, 46:17, 49:17,
51:7, 52:2, 52:25,
68:25, 72:21, 72:24,
72:25, 73:9, 74:15,
76:12, 79:1, 87:11,
88:8, 88:11, 88:12,
88:15, 89:9, 90:17,
92:18, 93:1, 97:17,
101:8, 101:25,
102:2, 102:17,
103:8, 104:15,
113:10, 114:2,
117:24, 121:9,
126:19, 127:5,
134:11, 138:20,
143:5, 143:13,
162:12, 162:14,
168:3, 170:8,
171:18, 173:9,
173:19, 177:5,
182:6, 192:7, 192:11
**URBINA** [1] - 36:20
**USER** [2] - 129:6,
132:5
**USES** [1] - 131:4

**V**

**VACATION** [1] - 47:3
**VALUE** [1] - 10:22
**VARIOUS** [1] - 44:11
**VEGA** [18] - 3:1, 3:13,
4:12, 4:20, 5:1,
11:19, 21:7, 28:22,
28:24, 28:25, 29:5,
29:10, 29:14,
100:21, 198:16,
198:17, 199:25
**VEGAS** [1] - 77:8
**VEIL** [2] - 110:7, 111:3
**VENIRE** [8] - 3:10,
23:17, 79:6, 79:9,
79:15, 116:25,
186:10, 187:9
**VENIREPERSON** [27]
- 93:17, 93:23,
95:20, 95:23, 95:25,
96:10, 96:13, 97:24,
98:5, 116:24,
137:13, 139:1,

142:5, 148:6, 158:1,
159:17, 163:21,
165:5, 167:4, 168:9,
169:4, 169:25,
170:17, 172:23,
174:9, 181:21, 189:3
**VERDICT** [27] - 31:22,
31:25, 39:16, 40:11,
41:15, 53:24, 64:12,
70:4, 70:17, 73:24,
75:9, 75:11, 75:22,
76:11, 77:9, 103:1,
104:4, 111:15,
111:16, 112:3,
112:7, 113:4,
113:11, 155:21,
181:3, 181:7, 189:16
**VERSUS** [2] - 3:12,
18:21
**VICTIM** [11] - 45:17,
45:20, 46:11, 121:4,
133:8, 143:9,
143:15, 143:17,
155:17, 182:3, 183:5
**VIDEO** [2] - 11:18,
13:10
**VIDEOS** [1] - 152:22
**VIDEOTAPE** [1] -
77:11
**VIEW** [4] - 18:4, 105:8,
105:16, 193:7
**VIEWPOINT** [1] -
171:9
**VIEWPOINTS** [1] -
68:17
**VIOLATE** [1] - 21:14
**VIOLATED** [2] -
112:10, 122:20
**VIOLATION** [1] -
155:24
**VIOLENCE** [2] - 71:25,
72:1
**VISIT** [8] - 45:4, 49:13,
116:11, 116:19,
170:25, 193:25,
194:9, 194:13
**VISITED** [1] - 103:5
**VOICE** [2] - 8:7, 71:5
**VOIR** [17] - 19:8,
19:23, 23:9, 23:19,
51:10, 51:21, 51:22,
69:13, 79:21,
100:21, 103:24,
199:20, 199:21,
199:22, 199:24,
199:25
**VOLUME** [1] - 1:13
**VOLUNTEER** [1] -
100:16
**VOTE** [4] - 67:12,

92:19, 112:12,
115:20
**VS** [1] - 1:7

**W**

**WAIT** [6] - 22:22, 79:3,
93:5, 95:18, 116:17,
144:13
**WAITING** [3] - 12:20,
63:5, 103:7
**WALK** [1] - 187:14
**WALKED** [3] - 52:11,
63:3, 103:8
**WALKS** [1] - 63:7
**WANTS** [6] - 6:18,
116:7, 138:2,
168:22, 174:17,
179:15
**WASHINGTON** [1] -
26:22
**WASTED** [1] - 104:6
**WATCH** [3] - 108:7,
167:16, 167:17
**WATCHING** [1] -
131:17
**WAYS** [3] - 99:3,
113:12, 134:19
**WEARING** [1] - 63:13
**WEATHER** [2] - 106:4,
106:5
**WEB** [1] - 195:14
**WEDNESDAY** [1] -
50:8
**WEEK** [31] - 5:9, 24:3,
24:6, 32:3, 46:21,
46:25, 47:3, 50:19,
101:7, 117:9, 125:9,
125:10, 126:7,
154:8, 173:12,
173:14, 173:15,
173:16, 173:17,
173:18, 173:22,
173:23, 174:12,
178:22, 178:23
**WEEKEND** [1] - 19:2
**WEEKS** [2] - 5:4,
117:6
**WEIGH** [8] - 81:17,
81:24, 83:16, 95:7,
124:10, 124:12,
124:23, 134:19
**WEIGHED** [2] - 81:10,
82:5
**WEIGHING** [4] - 72:7,
99:15, 110:23,
124:11
**WEIGHS** [1] - 72:7
**WEIGHT** [5] - 31:12,
62:20, 63:15, 63:18,

64:12
**WELCOME** [2] -
23:21, 103:4
**WEST** [1] - 32:24
**WESTBERG** [2] -
185:21, 187:7
**WESTERN** [1] - 37:18
**WET** [3] - 63:8, 63:9,
63:13
**WHALEN** [118] - 2:19,
4:16, 4:17, 7:21,
8:23, 9:1, 9:9, 9:13,
9:16, 12:7, 12:8,
12:14, 12:16, 12:25,
13:3, 13:7, 14:3,
14:4, 14:7, 14:12,
15:5, 15:6, 16:1,
16:4, 16:14, 17:2,
17:7, 17:13, 17:16,
17:20, 18:2, 18:17,
19:1, 19:5, 19:10,
19:15, 19:24, 20:1,
20:7, 20:15, 20:20,
20:23, 21:4, 22:24,
22:25, 23:10, 23:13,
28:14, 28:15, 28:18,
28:20, 74:16, 78:19,
79:11, 79:12, 79:18,
79:20, 79:22, 79:24,
93:4, 93:7, 93:25,
94:1, 96:15, 98:6,
100:19, 105:9,
110:16, 118:21,
118:23, 118:25,
120:8, 120:13,
120:15, 125:24,
129:25, 130:1,
131:5, 131:23,
138:12, 139:6,
142:24, 144:7,
144:11, 148:7,
148:8, 150:24,
157:19, 157:20,
159:13, 162:5,
162:6, 162:8,
162:22, 164:22,
164:24, 165:3,
167:2, 168:6,
168:16, 172:20,
173:1, 174:4, 175:2,
175:3, 175:5, 178:1,
178:11, 181:15,
181:16, 184:3,
184:4, 184:22,
185:19, 186:23,
198:5, 198:6
**WHALEN'S** [5] - 9:18,
28:18, 118:19,
120:17, 185:3
**WHATSOEVER** [1] -

88:4
**WHEREBY** [1] - 30:21
**WHISPER** [1] - 64:25
**WHISPERED** [1] -
65:2
**WHOLE** [8] - 16:3,
101:10, 107:17,
109:25, 110:1,
132:5, 166:9, 176:7
**WIFE** [1] - 182:10
**WILLFULLY** [2] - 55:4,
55:18
**WILLING** [2] - 58:24,
102:19
**WILSON** [1] - 33:9
**WIN** [2] - 110:22,
140:11
**WINDOWS** [1] - 63:6
**WIRETAPS** [1] - 11:15
**WISH** [1] - 39:15
**WISHES** [1] - 196:18
**WITHROW** [1] - 33:19
**WITNESS** [52] - 5:20,
5:21, 13:6, 32:5,
32:8, 32:10, 32:14,
32:20, 33:14, 36:2,
38:16, 39:19, 41:2,
42:16, 43:22, 45:17,
45:20, 46:10, 49:9,
61:3, 61:4, 62:5,
64:11, 66:20, 67:17,
68:4, 91:22, 117:15,
121:3, 126:4, 133:8,
136:19, 143:9,
143:14, 143:15,
155:17, 182:3,
190:25, 191:1,
191:2, 191:4, 191:5,
191:6, 191:7, 191:8,
191:9, 192:10
**WITNESSES** [33] -
13:19, 14:8, 32:5,
32:7, 32:16, 33:5,
34:4, 35:16, 36:1,
36:13, 37:20, 60:22,
61:24, 67:16, 83:24,
90:18, 112:21,
114:5, 114:14,
114:19, 114:23,
115:6, 118:2, 118:3,
187:2, 190:10,
190:22, 190:23,
192:2, 195:12,
196:11
**WIVES** [1] - 41:24
**WOMAN** [2] - 71:19,
156:9
**WONDERING** [2] -
88:22, 96:19
**WONDERS** [1] - 71:4

**WOODEN** [1] - 164:3
**WORD** [3] - 57:4,
57:11, 112:4
**WORDS** [7] - 102:14,
114:1, 136:5,
144:15, 162:15,
194:1, 194:16
**WORKER** [1] - 121:10
**WORKS** [7] - 48:6,
49:6, 70:25, 71:4,
71:5, 115:22, 139:9
**WRECKED** [1] -
130:17
**WRITE** [1] - 109:16
**WRITING** [2] - 60:11,
190:6
**WRITTEN** [4] - 9:3,
151:24, 193:5,
193:15

### Y

**Y'ALL** [3] - 100:4,
102:17, 141:19
**Y'ALL'S** [2] - 141:15,
141:18
**YEAR** [4] - 139:14,
140:1, 154:12, 166:3
**YEARS** [19] - 11:6,
39:6, 76:20, 102:23,
103:14, 123:1,
140:19, 141:7,
143:12, 158:15,
158:17, 161:1,
162:9, 167:15,
168:1, 171:7, 176:2,
189:6
**YEARS'** [1] - 198:9
**YESTERDAY** [4] -
17:10, 17:19, 52:11,
167:9
**YOU-ALL** [1] - 80:5
**YOUNG** [2] - 125:8,
126:6
**YOURSELF** [17] -
46:14, 57:3, 104:3,
105:5, 114:4,
115:25, 122:13,
153:25, 154:3,
159:23, 165:19,
175:15, 179:19,
194:2, 194:4, 194:13
**YOURSELVES** [2] -
31:16, 80:11